**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | **CHAPTER 12 BANKRUPTCY** |
| **KINNEY FARMS, INC.,** | : | **CASE NO.: 3:18-bk-04194-JAF** |
| | : | |
| **Debtor.** | : | |

---

**EVIDENTIARY SUBMISSION OF WRITTEN DECLARATIONS REQUIRED BY FEDERAL RULES OF EVIDENCE 902(11) AND THE ORDER SCHEDULING TRIAL (DOC. 159) IN THE CONTESTED MATTER ARISING FROM CONFIRMATION OF CHAPTER 12 PLAN**

COMES NOW Conterra Holdings, LLC, as servicing agent for Rooster Capital LLC, a Delaware Limited Liability Company (hereinafter "Conterra") and files this its *Evidentiary Submission of Written Declarations Required by Federal Rules of Evidence 902(11) and the Order Scheduling Trial (Doc. 159) in the Contested Matter Arising from Confirmation of Chapter 12 Plan* and shows the following:

1.

On or about August 5, 2020, Kinney Farms, Inc. filed its *Debtor's Chapter 12 Plan – Initial Plan* (Doc. 125).

2.

On or about September 9, 2020, Conterra filed its *Conterra Holdings, LLC's Objection to Confirmation of Debtor's Chapter 12 Plan* (Doc. 129).

3.

On or about March 14, 2021, Debtor filed its *Debtor's Amended Chapter 12 Plan* (Doc. 156).

4.

On March 16, 2021, this Court entered its *Order Scheduling Trial* (Doc. 159), scheduling the trial of the contested matter arising from the Confirmation of Chapter 12 Plan and stating certain deadlines, including the deadline for filing declarations related to Federal Rules of Evidence 902(11).

5.

Pursuant to Federal Rules of Evidence 902(11) and pursuant to the *Order Scheduling Trial*, Conterra files the following declarations:

(1) The *Business Records Certificate* for Great American Insurance Company, attached hereto as Exhibit "1"; and

(2) The *Business Records Certificate* for Agri-General Insurance Company, attached hereto as Exhibit "2."

WHEREFORE, in compliance with Federal Rules of Evidence 902(11) and this Court's *Order Scheduling Trial*, Conterra hereby files the foregoing and attached declarations.

RESPECTFULLY SUBMITTED this 7th day of April 2021.

**MOORE, CLARKE, DuVALL & RODGERS, P.C.**

By:    */s/ Matthew E. Eutzler*
**MATTHEW E. EUTZLER**
Florida State Bar Number:  50665
**DAVID A. GARLAND**
Georgia State Bar Number: 005680
(Admitted Pro Hac Vice)
*Attorneys for Conterra Holdings, LLC, as Servicing Agent for Rooster Capital LLC, a Delaware Limited Liability Company*
P.O. Box 4540
2611 N. Patterson Street, 2nd Floor (31602)
Valdosta, Georgia  31604-4540
Telephone:  (229) 245-7823
Facsimile:  (229) 245-7825
Email:        meutzler@mcdr-law.com;
                 dgarland@mcdr-law.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | **CHAPTER 12 BANKRUPTCY** |
| KINNEY FARMS, INC., | : | **CASE NO.: 3:18-bk-04194-JAF** |
| | : | |
| Debtor. | : | |
| | : | |

---

**CERTIFICATE OF SERVICE**

---

THIS WILL CERTIFY that the following parties have been served with the following *Evidentiary Submission of Written Declarations Required by Federal Rules of Evidence 902(11) and the Order Scheduling Trial (Doc. 159) in the Contested Matter Arising from Confirmation of Chapter 12 Plan* by electronic service through CM/ECF, via hand-delivery within our firm, and/or by depositing a copy in the United States Mail with sufficient postage affixed thereon to assure delivery to the individuals and/or entities on the attached Exhibit "A":

This 7th day of April 2021.

MOORE, CLARKE, DuVALL & RODGERS, P.C.

/s/ Matthew E. Eutzler
**MATTHEW E. EUTZLER**
Florida State Bar Number: 50665
*Attorneys for Conterra Holdings, LLC, as Servicing Agent for Rooster Capital LLC, a Delaware Limited Liability Company*

**EXHIBIT "A"**

Kinney Farms, Inc.
P.O. Box 1505
Bunnel, FL 32110
*Debtor*

Scott W. Spradley
Law Offices of Scott W. Spradley, P.A.
109 South 5th Street
P.O. Box 1
Flagler Beach, FL 32136
*Attorney for Debtors*
Email:  scott@flaglerbeachlaw.com

Noel R Boeke on behalf of Creditor Nutrien Ag Solutions, Inc.
noel.boeke@hklaw.com, wendysue.henry@hklaw.com

Scott E Bomkamp on behalf of U.S. Trustee United States Trustee - JAX 11
scott.e.bomkamp@usdoj.gov

Matthew E Eutzler on behalf of Creditor Conterra Agricultural Capital
meutzler@mcdr-law.com, kporter@mcdr-law.com

Matthew E Eutzler on behalf of Creditor Conterra Holdings, LLC, as Servicing Agent for U.S. Bank National
Association, as Custodian/Trustee for Federal Agricultural Mortgage Corporation
meutzler@mcdr-law.com, kporter@mcdr-law.com

Matthew E Eutzler on behalf of Creditor as Servicing Agent for Rooster Capital LLC Conterra Holdings, LLC
meutzler@mcdr-law.com, kporter@mcdr-law.com

David A Garland on behalf of Creditor Conterra Holdings, LLC, as Servicing Agent for U.S. Bank National
Association, as Custodian/Trustee for Federal Agricultural Mortgage Corporation
dgarland@mcdr-law.com

David A Garland on behalf of Creditor as Servicing Agent for Rooster Capital LLC Conterra Holdings, LLC
dgarland@mcdr-law.com

Robert Bruce George on behalf of Creditor Farm Credit of Florida, N.A.
rgeorge@thelilesfirm.com, aperry@thelilesfirm.com;rmittauer@thelilesfirm.com

Douglas W Neway - Chapter 12 Trustee
dneway@ch13jaxfl.com, tnewsome@ch13jaxfl.com

Scott W Spradley on behalf of Debtor Kinney Farms, Inc.
scott@flaglerbeachlaw.com, suzy@flaglerbeachlaw.com;danielle@flaglerbeachlaw.com

United States Trustee - JAX 11
USTP.Region21.OR.ECF@usdoj.gov