```
Date    : 04/26/2019                    AGRI GENERAL INSURANCE COMPANY              Page:      1
State   : FLORIDA                              CLAIM SUMMARY                      Policy: MP0749812
Crop Year: 2019                                                                    Loss: 19-003688
                                                                              Loss type: P
                                                                                   Crop: PTATO
        Insured: JULINGTON CREEK FARMS              Agency: PROGRESSIVE AG
                 PO BOX 600277                              417 38TH ST SW STE A
                 JACKSONVILLE FL 32260                      FARGO ND 58103-6508

                                                           7772-30
Additional payees:

- none -
                         *** CLAIM RELEASED WITH NO PAYABLE LOSS ***

                                                                         *         $0
```

| ACRES | PRODUCTION | PAYMENT | CHECK | CHECK DATE 4/26/2019 | CLAIM AMT | LOSS CREDIT | CHECK AMT | LOSS AMOUNT |
|-------|-----------|---------|-------|---------------------|-----------|-------------|-----------|-------------|

```
                                    CLAIM TOTAL ->


    AMOUNT REPORTED TO I.R.S.        $0.00
    UNDER SOCIAL SECURITY NUMBER    *****3132
```

# Rain and Hail L.L.C.

**Southern Division**
1951 Rosebud Road
Grayson, GA 30017
Tel: (770) 339-8020
      (800) 538-8020
Fax: (515) 559-1558
Website: www.RainHail.com



A Chubb Company

April 25, 2018

*File*

Julington Creek Farms
PO Box 600277
Jacksonville FL 32260

Re:   Denied 2019 Potatoes Prevented Planting Claim
      ACE Property and Casualty Insurance Company
      MP-0749812   Claim No. 19-003688

Dear Julington Creek Farms:

Your claim has been processed in accordance with the rules and regulations set forth by the Federal Crop Insurance Corporation ("FCIC").  We regret to inform you that your claim has been denied due to the following reasons: With the information we have to date your claim fails to meet eligibility for a Prevented Planting payment due to *the rainfall data provided by USDA/RMA reflects times when crops could have been planted and other producers in the area were planting.*

Also of the acres claimed as Prevented Planting 76.0 acres were not planted in at least one of the three previous crop years.

## 2018 BASIC PROVISIONS

**1. Definitions.**
Prevented planting - Failure to plant the insured crop by the final planting date designated in the Special Provisions for the insured crop in the county, or within any applicable late planting period, due to an insured cause of loss that is general to the surrounding area and that prevents other producers from planting acreage with similar characteristics. Failure to plant because of uninsured causes such as lack of proper equipment or labor to plant acreage, or use of a particular production method, is not considered prevented planting.

**9. Insurable Acreage.**
(a) All acreage planted to the insured crop in the county in which you have a share:
(1) Except as provided in section 9(a)(2), is insurable if the acreage has been planted and harvested or insured (including insured acreage that was prevented from being planted) in any one of the three previous crop years. Acreage that has not been planted and harvested (grazing is not considered harvested for the purposes of section 9(a)(1)) or insured in at least one of the three previous crop years may still be insurable if:

**17. Prevented Planting**
**(d) Prevented planting coverage will be provided against:**

*(2) Causes other than drought ... However, if it is possible for you to plant on or prior to the final planting date when other producers in the area are planting and you fail to plant, no prevented planting payment will be made ...*

**2019 PREVENTED PLANTING LASH**
**24 Perils Covered by Prevented Planting (Continued)**

**C. Other Insured Causes of Loss Covered by Prevented Planting**
*(2) Any other insured COL not listed above but that is listed in the CP for the insured crop, provided the cause occurred during the PP insurance period and the cause prevented the insured from planting the insured crop. However, for COLs other than drought, failure of the irrigation water supply, failure, or breakdown of the irrigation equipment or facilities or inability to prepare the land using established irrigation methods, if it is possible for the insured to have planted on or prior to the FPD when other producers in the area were planting and the insured failed to plant, no PP payment will be made.*

**FINAL AGENCY DETERMINATION: FAD-186**
*...it must also be read in concert with other applicable policy provisions related to prevented planting.*

*... Section 17(d)(2)* <u>*states that if it is possible for a policyholder to plant when other producers in the area are planting and the policyholder does not, no prevented planting payment will be made.*</u>

*...when all the conditions of section 17(d)(1)(i) are met, other producers in the area are considered to have been prevented from planting even if they elect to take the risk and plant a crop.*

If you have questions, concerns, or additional information please contact Jeff Lanier, AVP Field Claims at 912-690-1738 or feel free to contact me at 800-538-8020 x 2414.

Sincerely,

W. Wyatt Sumner
AVP Claims/QC
Southern Division

CC:     Tim Copeland, SVP Southern Division
        Progressive AG, Agency
        Jeff Lanier, AVP Field Claims
        Michael Smith, AVP Marketing
        Brad Gruner, Senior Adjuster

## Disclosure Statement

Your claim has been processed in accordance with the rules and regulations set forth by the Federal Crop Insurance Corporation ("FCIC"). Since this is a Multiple Peril Crop Insurance ("MPCI") policy, which is insured pursuant to the Federal Crop Insurance Act ("FCIA"), the scope of our duties is bound to the confinements of the policy. The FCIA created the FCIC as an agency within the USDA. One of the primary goals is to ensure the equal treatment of all insurance recipients through the adoption of common sets of regulation. The first page of the MPCI Common Crop Insurance Policy 2011-NCIS 700B the policy at issue states:

*"This insurance policy is reinsured by the Federal Crop Insurance Corporation (FCIC) under the provisions of the Federal Crop Insurance Act (Act) (7 U.S.C. 1501 et seq.). All provisions of the policy and rights and responsibilities of the parties are specifically subject to the Act. The provisions of the policy may not be waived or varied in any way by us, our insurance agent or any other contractor or employee of ours or any employee of USDA unless the policy specifically authorizes a waiver or modification by written agreement. We will use the procedures (handbooks, manuals, memoranda and bulletins), as issued by FCIC and published on RMA's Web site at http://www.rma.usda.gov/ or a successor Web site, in the administration of this policy, including the adjustment of any loss or claim submitted hereunder."*

If you disagree with any determination made by us, please reference Section 20 of your MPCI Policy, "Mediation, Arbitration, Appeal, Reconsideration, and Administrative and Judicial Review." If you desire arbitration, you may locate more information by going to www.adr.org. Any demand for arbitration must be filed within 1 year from the date of this letter.

*Deny.*
*Corrected*

# eAdjuster Claim Summary   RECEIVED APR 2 2 2019

| Insured Name | Company | Agency | Division/State |
|---|---|---|---|
| JULINGTON CREEK FARMS | AGRI GENERAL INSURANCE COMPANY (Crop Insurance Serviced by Rain and Hail) | PROGRESSIVE AG (7772-30) | Division 8 FLORIDA |

| Policy Number | Claim Number | Crop/Plan | Loss Type |
|---|---|---|---|
| MP-0749812 | 19-003688 | PTATO/APH | Prevented Planting |

| Adjuster | eAdjuster Version | Finalized Date |
|---|---|---|
| BG8 | Version 2019.03 | 04/16/2019 |

**For Office Use Only**

## MANDATORY DIVISION REVIEW

eAdjuster Automatically Flagged this Claim for Mandatory Division Review for the following reasons:
The added land question for FLAGLER county needs reviewed.
No other producers in area were prevented from planting.
All Spring Acres not available.

## Détermined Acres

| Unit No. (Crop/County) | Yield ID | Line ID | Determined Acres |
|---|---|---|---|
| 3.07 OU (PTATO/FLAGLER) | 20.0 | 1.0 - PP | 24 ~~100.0~~ |
| | | | TOTAL: 100.0 |

## Loss Credit Agreement

In addition to any premium and/or administrative fees for all crop(s)/county(ies) in which the billing date has passed and for the crop/county(ies) with the loss, I agree to have my total premium and/or administrative fees for all of my crop(s)/county(ies) insured under this policy or any other policy authorized under the ACT deducted from the indemnity or prevented planted loss due me under this claim. If the billing date has passed for any crop(s)/county(ies) at the time the loss payment is processed, any amounts due for those crop(s)/county(ies) will be deducted, regardless of how you answered this question.       Yes **X** No ___

## Summary Questions

Is any acreage of the damage crops considered a second crop following a first insured crop which was planted and incurred an indemnity within the same crop year?       no

Is any acreage of the damage crops considered a second crop following a first insured crop which was prevented from being planted within the same crop year?       no

Were there other producers in the general area that were prevented from planting?       no

## Verifications

Policyholder verified Tax ID XXXXX3132 is correct.       Yes **X** No ___

Policyholder verified Entity Type Limited Liability Company is correct.       Yes **X** No ___

## Comments

PH(2/26/19)-PREVENT PLANT POTATOES

100 total acres
24 eligible -planted 2018
76 not eligible New break

Company: AGRI GENERAL INSURANCE COMPANY — Crop Insurance Serviced by Rain and Hail

**PRODUCTION WORKSHEET/PROOF OF LOSS**

| POLICY NO. | CLAIM NO. | FIELD | ADJUSTER | LOSS TYPE | BATCH DATE | PAGE |
|---|---|---|---|---|---|---|
| MP-0749812 | 19-003688 | JL | BGB | P | 04/16/2019 | |

### PRODUCER/OWNER INFORMATION

JULINGTON CREEK FARMS
PO BOX 600277
JACKSONVILLE, FL 32260-0000

| PHONE | SSN/EIN | ENTITY |
|---|---|---|
| 608-339-9869 | XXXXX3132 | LLC |

STATE: FLORIDA CODE: 9

### AGENCY INFORMATION

PROGRESSIVE AG
417 38TH ST SW STE A
FARGO, ND 58103-6508

| PHONE | CODE |
|---|---|
| 701-277-9210 | 777230 |

COUNTY: FLAGLER CODE: 35

| CROP/PLAN | UNIT NO. | INTENDED USE | PRICE/LEVEL | CROP YEAR | LOCATION DESCRIPTION |
|---|---|---|---|---|---|
| 84-PTATO 90-APH | 3.07 OU | OT | $17.25 0.80 | 2019 | |

CAUSE(S) OF DAMAGE: 31 - Excess Moisture/Precipit
DATE(S) OF DAMAGE: 12/2018
INSURED CAUSE %: 100
LOSS PAYABLE TO ME AND NO OTHERS

## SECTION I - ACREAGE APPRAISED, PRODUCTION AND ADJUSTMENTS

### A. ACTUARIAL

| Policy/Yield Line (16) | Field ID (16) | Multi-Crop Code (17) | Reported Acres (18) | Determined Acres (19) | Interest or Share (20) | Risk (21) | Type/Class /Sub-Class (22-24) | Irr, Cropping, Organic Practice (25-28) | Farm Serial No. | Stage (29) | Use of Acreage (30) | Appraised Potential (31) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.0 / 20.0 | | NS | 100.0 | ~~100.0~~ 24.0 | 1 | 000 | (RPAC1610) | IRRIGATED (20) | 389 | PP | N/A | |

### B. POTENTIAL YLD PER ACRE C. TOTAL POTENTIAL PRODUCTION YIELD

| 32a Moisture % / 32b Factor (32a/32b) | Shell %, Factor or Value (33) | Production Pre OA (34) | Quality Factor (35) | Production Post OA (36) | Uninsured Causes (37) | Total to Count (38) |
|---|---|---|---|---|---|---|
| Options: PF | | | | | | |

### D. STAGE GUARANTEE

| Per Acre | Total |
|---|---|
| 123.6 | 12,360 |

39. TOTALS | OTHER PERSON SHARING: | 42.TOTALS

40. Quality: TW ☐ KD ☐ Aflatoxin ☐ Vomitoxin ☐ Fumonisin ☐ Garlicky ☐ Dark Roast ☐ Sclerotinia ☐ Ergoty ☐ CoFo ☐ Other ☐ None ☒ ·    41. Do any mycotoxins exceed FDA, State or other health organization maximum limits? Yes ☐ No ☒

### 14. Date(s) Notice of Loss

| 1st Notice | 2nd Notice | Final Notice |
|---|---|---|
| 02/26/2019 | | |

Is any acreage of the damage crop(s) considered a second crop which was planted and insured within the same crop year? Yes ☐ No ☒
Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was prevented from being planted within the same crop year? Yes ☐ No ☒

## SECTION II - HARVESTED PRODUCTION    43. Date Harvest Completed: _____    44. Is damage similar to other farms in the area? Yes ☐ No ☐    45. Assignment of Indemnity? Yes ☐ No ☐    46. Transfer of Right to Indemnity? Yes ☐ No ☐

### A. MEASUREMENTS

| 47a Share / 47b Field ID | Multi-Crop Code (48) | Length or Diameter (49) | Width (50) | Depth (51) | Deduc-tion (52) | Net Cubic Feet (53) | Conversion Factor (54) | Gross Production (55) | Bu, Ton, Lbs. Cwt. (56) | Shell/ Sugar Factor (57) | 58a Foreign Material % / 58b Factor | 59a Moisture % / 59b Factor | 60a Test WT / 60b Factor | Adjusted Production (61) | Production Not to Count (62) | Production Pre-OA (63) | 64a Value / 64b KXL Price | Quality Factor (65) | Production to Count (66) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |

### B. GROSS PRODUCTION / C. ADJUSTMENTS TO HARVESTED PRODUCTION

I certify that to the best of my knowledge and belief all of the information on this form is correct and complete and that it will be used to determine my loss, if any, for damage to my insured crops. I understand that this Production Worksheet/Proof of Loss and supporting papers are subject to audit and approval by us. I understand that this crop insurance is subsidized and reinsured by the Federal Crop Insurance Corporation, an agency of the United States Department of Agriculture (USDA). I accept the Agreed Amount Payable, subject to policy provisions, for damage to my insured crops. I hereby certify that the acreage reports for each insured crop that I submitted are true and correct and that all documents or copies of documents that I have submitted in support of my insurance claim are true, correct and complete. I hereby authorize you to inspect any and all scale tickets, warehouse receipts, inventory records and any other documents that pertain to the crop I have harvested and marketed or that I now have in my possession wherever located. I also hereby expressly authorize you to inspect and copy any and all records of the Farm Service Agency of the USDA, consent to the release of the records that pertain to my farming operation, my production history, and my compliance with program requirements. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes).

· Under penalties of perjury, I certify that: 1. My taxpayer identification number shown on this form is correct, 2. I am not subject to backup withholding as a result of a failure to report all interest or dividend income, and 3. I am a United States (U.S.) citizen or other U.S. person. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| 67. TOTAL | |
|---|---|
| 68. SECTION II TOTAL | |
| 69. SECTION I TOTAL | |
| 70. UNIT TOTAL | |
| 71. ALLOCATED PROD | |
| 72. TOTAL APH PROD | |

| 73. Adjuster's Signature | Date | 74. Insured's Signature | Date |
|---|---|---|---|
| 73. Adjuster's Signature | Date | 74. Insured's Signature | Date |

Unit Guarantee − Total Production to Count = Deficiency × Price Election × Share = Estimated Indemnity

SEE REVERSE SIDE OF THIS FORM FOR NONDISCRIMINATION STATEMENT AND PRIVACY ACT STATEMENT.
COMPANY/AGENT COPY    RH-5008-2019

# MULTIPLE PERIL CROP INSURANCE
## NON-WAIVER AGREEMENT

INSURED: JULINGTON CREEK FARMS          POLICY #: MP-0749812          LOSS #: 19-003688          APPROVED INSURANCE PROVIDER: AGRI GENERAL INSURANCE

It is the desire of all parties indicated on the Non-Waiver Agreement to gather, without delay, all necessary information pertaining to this claim to the crop or crops described below.

The intent of this agreement is to provide for the determination of the loss and damage to the crop or crops and allow for an investigation of the circumstances, without regard to the liability of the Approved Insurance Provider, and to preserve all the rights of the parties indicated on this agreement.

## NON-WAIVER INFORMATION AGREEMENT

INSURED: JULINGTON CREEK FARMS          POLICY #: MP-0749812          LOSS #: 19-003688          APPROVED INSURANCE PROVIDER: AGRI GENERAL INSURANCE

In accordance with the signed Non-Waiver Agreement, it is agreed that the attached production information is correct for the crop or crops indicated for the location(s) or the FSA farm number(s) described below, as well as the additional information requested.

| Unit # | Location | | | FSA FSN | Original Crop | % Interest | Determined Acres | Stage | Final Use | Peril(s) | Peril Dates |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ¼ Section | Twp. | Rge. | | | | | | | | |
| 3.07 OU | 26 | 13S | 29E | 389 | 2610 | 100.0 % | 0 | | | | |
| 3.07 OU | 2 | 14S | 29E | 389 | 2610 | 100.0 % | 0 | | | | |
| 3.07 OU | 35 | 13S | 29E | 389 | 1610 | 100.0 % | ~~100.0~~ 24.0 | PP | | Excess Moist | 12/2018 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

PRODUCTION INFO:    0.0 App. Wksht.    3.07 OU Unit;    0.0 Settlmt. Sht.    3.07 OU Unit;    0.0 Farm Storage    3.07 OU Unit;    0.0 Other 3.07 OU Unit;

It is mutually stipulated and agreed that any action taken in determining this information which has occurred prior to and including the date and hour of the signing of this agreement shall not waive nor invalidate any conditions of the policy nor of the application on which this policy was issued, and shall not waive nor invalidate any rights of any party to this agreement.

It is mutually understood and agreed that no representative of the approved insurance provider has the authority to waive or modify any of the conditions of the policy or application.

It is understood that this agreement does not promise to pay any sum whatsoever nor does it create any liability on the part of the company.

This agreement was signed by all parties (date) _____ 04/16/2019 _____ (time) _____ 9:08 AM _____ m.

INSURED: _____          ADJUSTER: _____          BG8  WITNESS: _____

©NCIS–M 921_Rev 12-2013          (See Reverse Side for Required Statements)

**Rain and Hail**
A Chubb Company

## UNDERWRITING CERTIFICATION FORM

Loss No. _____ 19-003688

Policy No. _____ MP-0749812

AGRI GENERAL INSURANCE COMPANY                          **INSURANCE COMPANY**

Date _____ 04/16/2019

Name of Insured JULINGTON CREEK FARMS

Address PO BOX 600277 _____ City JACKSONVILLE _____ State FL 32260-0000

Agency Name & Address PROGRESSIVE AG, 417 38TH ST SW STE A, FARGO, ND 58103-6508

To  Rain and Hail

List the crop years in which you have been actively engaged in farming this production.

Include farming as an SBI on another policy. Example: 2016, 2017, 2018

Answer: 2018

This line was flagged as New Practice/Type/Variety in 2019. Have you been actively

engaged in farming a share of the production on this line (100 acres of POTATOES in

FLAGLER county)?                                                        NO

Answer: yes

Have you been actively engaged in farming for a share of the production of any crop on

the acreage designated as Added Land in FLAGLER county prior to the year in which the

land was identified as added land on your policy (year added: 2019)?    NO

Answer: yes

04/16/2019 _____ Signature Date _____ Insured's Signature

RH-5151-2016



# ADJUSTER'S SPECIAL REPORT

AGRI GENERAL INSURANCE COMPANY

Loss No. _____ 19-003688 _____

Policy No. _____ MP-0749812 _____

**INSURANCE COMPANY**

Date _____ 04/16/2019 _____

Name of Insured JULINGTON CREEK FARMS

Address PO BOX 600277 _____ City JACKSONVILLE _____ State FL 32260-0000

Agency Name & Address PROGRESSIVE AG, 417 38TH ST SW STE A, FARGO, ND 58103-6508

To Claims manager

Insured stated that wet weather throughout the growing season caused him to not be able

to plant his potatoes on approximately 100 acres.  Field visit after the final plant

date showed ground that was still wet with muddy spots throughout.

Included is a letter from a sod farm next to this location stating they were not able to

cut any sod durning this time.

Insured stated that they will be planting a cover crop of Sudan grass on the PP acres.

Supporting documents have been uploaded.

Claim is being signed on a non-waiver as this was the only PP claim in the area.

Insured was claiming 100 acres as PP, however
review of records show that only 24 acres
are eligible (planted 24 acres 2018)! The other 76
acres are ineligible since that land is NB (New break)

- PP Not general in the area

_____ N S _____ Adjuster

©NCIS 7101 Rev. 96

# PREVENTED PLANTED FIRST INSURED CROP DECLARATION FORM

| Insured Name | | | Policy Number | Company Name |
|---|---|---|---|---|
| JULINGTON CREEK FARMS | | | MP-0749812  AGRI GENERAL INSURANC... | |

| Claim Number | Crop Year | County |
|---|---|---|
| 19-003688 | 2019 | FLAGLER |

| Unit Number (First Crop) | Line Number | Yield Number | Legal Description/FSN | First Insured Crop | Intended Second Crop | Option Number | Acres |
|---|---|---|---|---|---|---|---|
| 3.07 OU | 1.0 | 20 | 389 | PTATO (0084) | N/A | 1 (NS) | ~~100.0~~ |
| | | | | | | | 24.0 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Enter the applicable option number(s) in the above table (First Crop Prevented Planted Acreage):

1. I certify that I will **not plant a second crop** on the prevented planted acreage. The prevented planted first crop premium and indemnity will be reduced by 65% if a second crop is planted (by you or another person or entity) on the prevented planted first crop acreage. You will also be responsible for notifying us if a second crop is planted, or if you receive cash rent for any of the prevented planted first crop acreage, and repaying any overpayment on the first insured crop. **(Code NS)**

2. I certify that I **will plant a second crop** or will receive a cash rent payment on the prevented planted acreage. I also certify that the second crop will not be planted, or a volunteer crop or cover crop hayed, grazed or otherwise harvested, on or before the end of the late planting period for the prevented planted first crop, or the final planting date if no late planting period is applicable. **(Code RP)**

3. I certify that I **will plant a second crop** on the prevented planted acreage. I also certify that the second crop will not be planted, or a volunteer crop or cover crop hayed, grazed or otherwise harvested, on or before the end of the late planting period for the prevented planted first crop, or the final planting date if no late planting period is applicable. I have, and am submitting, acceptable records to show that I have double cropped acreage in at **least two of the last four crop years** in which the insured crop that is prevented from being planted in the current crop year was grown in the county or can show that the applicable acreage was double cropped in at least two of the last four crop years in which the insured crop was grown on it. I also agree that if I have planted more double cropped acres than can be supported by my records, the extra acres will be handled in accordance with option number two above. **(Code DC)**

A second crop is defined as the next occurrence of planting any agricultural commodity for harvest following a first insured crop on the same acreage. A cover crop, planted after a first insured crop and planted for the purpose of haying grazing or otherwise harvesting in any manner, or that is hayed or grazed prior to November 1 of the current crop year, or otherwise harvested at any time, is considered a second crop. It is not considered a second crop if a volunteer crop or cover crop is not intended to be hayed, grazed or otherwise harvested (i.e. green manure, erosion control etc.), or is hayed or grazed on or after November 1 of the current crop year.

I certify that to the best of my knowledge and belief all of the information on this form is correct. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes).

| Insured's Signature | Date | |
|---|---|---|
| *[signature]* | 04/16/2019 | Page 1 of 1 |

## Adams, Gail - 08

| | |
|---|---|
| **From:** | Gruner, Bradley - 08 |
| **Sent:** | Tuesday, April 23, 2019 10:15 AM |
| **To:** | Lanier, Jeff - 08; Adams, Gail - 08 |
| **Cc:** | Sumner, Wyatt - 08; Bell, Kim - 08 |
| **Subject:** | RE: JULINGTON CREEK FARMS MP-749812, 19-3688 POTATO PP CLAIM |
| **Attachments:** | Julington Creek corrected.pdf |

Gail,

Here is the corrected paperwork reflecting the acre change. Please let me know if you need anything else.

**Brad Gruner**
Senior Adjuster-Florida
Rain and Hail, Southern Division
Cell: 863-221-4616
Bradley.Gruner@RainHail.com

*For more information about the Agriculture Insurance from Rain and Hail visit www.RainHail.com.*

# Rain and Hail

A Chubb Company

---

**From:** Lanier, Jeff - 08
**Sent:** Tuesday, April 23, 2019 9:40 AM
**To:** Adams, Gail - 08 <gail.adams@rainhail.com>
**Cc:** Sumner, Wyatt - 08 <Wallace.Sumner@rainhail.com>; Gruner, Bradley - 08 <bradley.gruner@rainhail.com>
**Subject:** RE: JULINGTON CREEK FARMS MP-749812, 19-3688 POTATO PP CLAIM

Gail

After discussion with Brad and Wyatt, we determined that PP was not general to the area, so no PP payment will be made on this claim.

Also, based on our findings, most of the land the insured was claiming PP coverage does not qualify for coverage under the policy provisions. See below:

In 2108, according to our summary of coverage, FSN-389 was uninsurable due to being new break land. In 2018, FSN-389, T-426, fields 2, 25, and 40 were planted for a total of 83.0 acres.

For the 2019 PP claim, the insured is claiming PP of 100 acres for fields 2 and 39 for FSN-389, Tract 426. For 2019, Field 39, FSN-389, Tract 426 does not qualify for coverage due to being new break land, and field 2, FSN-389, tract 426 would qualify for 24 acres of PP coverage due to being planted in the 2018 crop year provided the 24 acres is the same "black dirt" that was planted in the 2018 crop year.

However, even if the 24 acres is the same "black dirt" as planted in the 2018 crop year, there is no other PP claims in the area. Therefore, the claim can not be accepted.

Thanks, Jeff.

1

**From:** Adams, Gail - 08
**Sent:** Monday, April 22, 2019 4:13 PM
**To:** Lanier, Jeff - 08 <jeff.lanier@rainhail.com>
**Subject:** JULINGTON CREEK FARMS MP-749812, 19-3688 POTATO PP CLAIM

Jeff

This is a PP potato claim on a nonwaiver. Have you looked at this? Please advise if ok to pay?

Thanks

*Gail*

**Gail Adams**
Claims/QC Auditor II
Rain and Hail, Southern Division
Office: 770.339.8020  ext 2431
Fax: 515-5591558
Gail.Adams@RainHail.com

*For more information about the Agriculture Insurance from Rain and Hail visit www.RainHail.com.*

# Rain and Hail
A Chubb Company

**Bell, Kim - 08**

| | |
|---|---|
| **From:** | Sumner, Wyatt - 08 |
| **Sent:** | Wednesday, June 5, 2019 2:25 PM |
| **To:** | Gruner, Bradley - 08 |
| **Cc:** | Bell, Kim - 08; Lanier, Jeff - 08 |
| **Subject:** | RE: LARGE LOSS CLAIMS FLAG |

Let's pull the trigger timely not the week we are signing the claim.

Based on Brads comments **No -** If it is not going to be a large loss, set the RMA Participated Large Loss flag to 'D' (Determined loss to be less than 500k, RMA will not be notified).

BROOKS TROPICALS LLC          MP-758371          19-009853          H          AVOCADOS
JEM/ROTH VENTURE          MP-401601          19-011484          U          FM          SWEET CORN
DBM FARMS INC          MP-715385          19-003383          H          PEPPERS
JULINGTON CREEK FARMS          MP-749812          19-006204          U          POTATOES

Still waiting on more info on:
SUNRISE GROWERS INC          MP-762526          19-003030          U          FM          SWEET CORN

*Wyatt*
AVP Claims Manager
Southern Division
AL, AR, FL, GA, MS, KY, LA, & TN
800 538 8020 Ext. 2414
229 349 7888 Cell
(515) 559-1558 Fax
Rain and Hail
*A Chubb company*

*MP - 749812*
*19-006204*

1

**From:** Gruner, Bradley - 08 <bradley.gruner@rainhail.com>
**Sent:** Wednesday, June 5, 2019 11:04 AM
**To:** Sumner, Wyatt - 08 <Wallace.Sumner@rainhail.com>
**Subject:** Re: LARGE LOSS CLAIMS FLAG

Only one that might be is the one Bill has on sunrise. Just talked to him and the insured keeps giving him different acres affected.

Brooks tropical is a notice of damage.

Thank you
Brad

On Jun 5, 2019, at 10:20 AM, Sumner, Wyatt - 08 <Wallace.Sumner@rainhail.com> wrote:

> Brad,
>
> Let us know where we stand on these!
>
>
> *Wyatt*
> AVP Claims Manager
> Southern Division
> **AL, AR, FL, GA, MS, KY, LA, & TN**
> 800 538 8020 Ext. 2414
> 229 349 7888 Cell
> (515) 559-1558 Fax
> <u>**Rain and Hail**</u>
> *A Chubb company*
>
> **From:** Bell, Kim - 08 <Kim.Bell@rainhail.com>
> **Sent:** Wednesday, June 5, 2019 10:17 AM
> **To:** Gruner, Bradley - 08 <bradley.gruner@rainhail.com>; Lanier, Jeff - 08 <jeff.lanier@rainhail.com>
> **Cc:** Ellis, Lynne - 08 <lynne.ellis@rainhail.com>; Adams, Gail - 08 <gail.adams@rainhail.com>; Sumner, Wyatt - 08 <Wallace.Sumner@rainhail.com>
> **Subject:** LARGE LOSS CLAIMS FLAG
>
> Jeff/Brad
>
> Have we set the reserves on the claims below? And do we know if they will go over $500,000?
>
> | | | | | |
> |---|---|---|---|---|
> | BROOKS TROPICALS LLC | MP-758371 | 19-009853 | H | AVOCADOS |
> | JEM/ROTH VENTURE | MP-401601 | 19-011484 | U | FM SWEET CORN |
> | SUNRISE GROWERS INC | MP-762526 | 19-003030 | U | FM SWEET CORN |
> | DBM FARMS INC | MP-715385 | 19-003383 | H | PEPPERS |
> | JULINGTON CREEK FARMS | MP-749812 | 19-006204 | U | POTATOES |
>
> Thank you.
>
> *Kim*

## Bell, Kim - 08

| | |
|---|---|
| **From:** | Sumner, Wyatt - 08 |
| **Sent:** | Tuesday, April 9, 2019 1:10 PM |
| **To:** | Lanier, Jeff - 08 |
| **Cc:** | Bell, Kim - 08; Adams, Gail - 08 |
| **Subject:** | FW: Warning: Loss suspended, $500K liability detected on  MP-0749812 19-006204 |

Let me know when you set the reserve if we are in the 500K range.

*Wyatt*
AVP Claims Manager
Southern Division
AL, AR, FL, GA, MS, KY, LA, & TN
800 538 8020 Ext. 2414
229 349 7888 Cell
(515) 559-1558 Fax
Rain and Hail
*A Chubb company*

**From:** IT Claims <ITClaims@rainhail.com>
**Sent:** Monday, April 8, 2019 1:01 PM
**To:** MPClaim_500K_08
**Subject:** Warning: Loss suspended, $500K liability detected on MP-0749812 19-006204

| | |
|---|---|
| **Crop Year** | : 2019 |
| **Division** | : 8 |
| **State** | : FLORIDA (9) |
| **Policyholder** | : JULINGTON CREEK FARMS |
| **Crop/Plan** | : POTATOES / APH |
| **Loss Type** | : UNHARVESTED |
| **Claim Supervisor** | : JEFF LANIER (JL) |
| **Adjuster** | : JEFF LANIER (JL) |
| **Claim Number** | : 19-006204 |
| **Link to policy** | : Click to open |

The following county(ies) have more than $500,000 in liability for this claim. Please use the link above to update the claim; designating if this claim has the potential to be a large loss or not.

### Will this potentially be a large loss?

**Yes -** If this claim has potential to be a large loss and RMA should be notified, update the reserve accordingly and set the RMA Participated Large Loss flag to 'S' (Send to RMA). All of the required information will be sent to the applicable Regional Office for you electronically. You do not need to email RMA to notify them.

**No -** If it is not going to be a large loss, set the RMA Participated Large Loss flag to 'D' (Determined loss to be less than 500k, RMA will not be notified).

| Potential Large Loss Counties for 19-006204 | | | |
|---|---|---|---|
| Crop/Plan | County | Liability | Reserve |
| 84 / 90 | FLAGLER | $ 576,084 | $ 22,000 |

Thank you,

IT Division



Crop Insurance Serviced by:
RAIN AND HAIL L.L.C.

Applicant/Policyholder Information
**JULINGTON CREEK FARMS (MP-749812)**
Crop Year 2019

Agency/Agent Information
PROGRESSIVE AG (777230)

ASSOCIATED
POTATOES (217.12)

Copyright 2019, Rain and Hail, All rights reserved, 9200 Northpark Drive, Johnston, IA 50131, 1-800-776-4045
07/10/2019

# **Special Report**

See the attached map.  This is land that Julington farmed and they were able to get potatoes in just down the road from the PP acers in question.

Julington farms with two other entities who both turned in a PP claim, however they released the claims as they were able to get the potato crop in.



# eAdjuster Claim Summary

**RECEIVED AUG 1 3 2019**

| Insured Name | Company | Agency | Division/State |
|---|---|---|---|
| JULINGTON CREEK FARMS | AGRI GENERAL INSURANCE COMPANY (Crop Insurance Serviced by Rain and Hail) | PROGRESSIVE AG (7772-30) | Division 8 FLORIDA |

| Policy Number | Claim Number | Crop/Plan | Loss Type |
|---|---|---|---|
| MP-0749812 | 19-006204 | PTATO/APH | Unharvested |

| Adjuster | eAdjuster Version | Finalized Date |
|---|---|---|
| WBA | Version 2019.07.18 | 08/08/2019 |

| For Office Use Only |
|---|
|  |

## Estimated Indemnity

| Line ID | Yield ID | Acres | Prod/Acre | Guarantee | - | Total Production to Count | = | Deficiency | X | Price Election | X | Share | = | Estimated Indemnity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit 3.08 OU: FLAGLER | | | | | | | | | | | | | | |
| 5.0 | 21.0 | 28 (H) | 124.9 | 6,810.0 | - | 3,497.7 | = | 3,312.3 | X | $12 | X | 1.000 | = | $39,748 |
| | | | FSN 396 | | | | | | | | | | | |
| | | 28.0 | | | | | | | | | | | | $39,748 |
| | | | | | | | | | | | | Total Estimated Indemnity: | | $39,748 |

## Loss Credit Agreement

In addition to any premium and/or administrative fees for all crop(s)/county(ies) in which the billing date has passed and for the crop/county(ies) with the loss, I agree to have my total premium and/or administrative fees for all of my crop(s)/county(ies) insured under this policy or any other policy authorized under the ACT deducted from the indemnity or prevented planted loss due me under this claim. If the billing date has passed for any crop(s)/county(ies) at the time the loss payment is processed, any amounts due for those crop(s)/county(ies) will be deducted, regardless of how you answered this question.     Yes **X**  No ___

## Summary Questions

Is any acreage of the damage crops considered a second crop following a first insured crop which was planted and incurred an indemnity within the same crop year?     no

Is any acreage of the damage crops considered a second crop following a first insured crop which was prevented from being planted within the same crop year?     no

Was any part of this crop loss due to chemical damage?     no

## Verifications

Policyholder verified Tax ID XXXXX3132 is correct.     Yes **X**  No ___

Policyholder verified Entity Type Limited Liability Company is correct.     Yes **X**  No ___

## Comments

PH(4/8/19)-POTATO EXCESS RAIN 4/7
Additional Damage Notes:
04/09/2019 POTATO 4-5 INCHES MORE RAIN 4/8

**Rain and Hail**
A Chubb Company

## UNDERWRITING CERTIFICATION FORM

Loss No. _____ 19-006204 _____

Policy No. _____ MP-0749812 _____

AGRI GENERAL INSURANCE COMPANY _____ **INSURANCE COMPANY**

Date _____ 08/08/2019 _____

Name of Insured JULINGTON CREEK FARMS _____

Address PO BOX 600277 _____ City JACKSONVILLE _____ State FL 32260-0000

Agency Name & Address PROGRESSIVE AG, 417 38TH ST SW STE A, FARGO, ND 58103-6508

To Rain and Hail _____

Have you been actively engaged in farming for a share of the production of any crop on

the acreage designated as Added Land in FLAGLER county prior to the year in which the

land was identified as added land on your policy (year added: 2019)?

Answer: no

08/08/2019   Signature Date   _____ _Witt_____ _____ Insured's Signature

# EADJUSTER CLAIM INFORMATION AND DEFERRAL (CID)

| INSURED NAME: JULINGTON CREEK FARMS | | | POLICY NUMBER: MP-0749812 | |
|---|---|---|---|---|
| COMPANY: ACE PROPERTY AND CASUALTY INSURANCE COMPANY | AGENCY: PROGRESSIVE AG<br>AGENT OF RECORD: PENNEY HAMMER | | CROP YEAR: 2019 | Claim No. 19-006204 |
| Contact Information - Name: JULINGTON CREEK FARMS Phone: 608-339-9869 | | | Claim Entry Date: 04/08/2019 | |

## COMMENTS

PH(4/8/19)-POTATO EXCESS RAIN 4/7

## CONTRACTS

| CROP | PLAN | TYPE | COVERAGE | PRICE | LEVEL | PLANT REPORT_DATE | COUNTY | OPTIONS |
|---|---|---|---|---|---|---|---|---|
| *84 (POTATOES) | APH(90) | IRRIGATED GRPA | A | 17.25 | 0.80 | 02/25/2019 | FLAGLER | PFYAYC |
| *84 (POTATOES) | APH(90) | IRRIGATED GRPB | A | 12.00 | 0.80 | 02/25/2019 | FLAGLER | PFYAYC |
| *84 (POTATOES) | APH(90) | IRRIGATED GRPA | A | 17.25 | 0.85 | 02/25/2019 | ST. JOHNS | YAYC |

## LOSS PAYEE/TRANSFER OF COVERAGE

| CROP | YIELD | TYPE | NAME | ADDRESS |
|---|---|---|---|---|

No loss payee or transfer of coverage.

## COMPANIONS

| NAME | COMPANY | POLICY | LOSS NUMBER |
|---|---|---|---|

No companions

## DETAILS

| LINE# | CROP | FARM UNIT | FSN# | SHARE | PERSON SHARING/COUNTY | LOCATION | APP YLD/ACRE GUAR | ACRES | PLANT REPORT DATE | TOTAL GUARANTEE | PRICE | LIAB | RISK AREA | LOSS AVG YLD | EST PROD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.0<br>YLD#<br>7.0 | 90-PTATO IRRIGATED GRPB | 2.03<br>OU<br>OPT-> | 310<br>PF | 0.500 | ONEIDA POTATO EXCHANGE<br>FLAGLER | 12S 29E 29<br>KINNEY 105 BARN | 310.00<br>248.0 | ADDED LAND 2017 (R)40.0 | 02/10/2019 | 9920 | 10.8000 | 53568 | 000 | 296.0 CWT | 11840.0 CWT |
| 3.0<br>YLD#<br>12.0 | 90-PTATO IRRIGATED GRPB | 3.04<br>OU<br>OPT-> | 272<br>PF | 1.000 | FLAGLER | 14S 29E 1<br>BARTON N | 304.00<br>243.2 | ADDED LAND 2018 (R)79.0 | 02/23/2019 | 19213 | 10.8000 | 207500 | 000 | 385.0 CWT | 30415.0 CWT |
| 4.0<br>YLD#<br>13.0 | 90-PTATO IRRIGATED GRPB | 3.04<br>OU<br>OPT-> | 272<br>PF | 1.000 | FLAGLER | 14S 29E 12<br>BARTON S | 304.00<br>243.2 | ADDED LAND 2018 (R)70.0 | 02/15/2019 | 17024 | 10.8000 | 183859 | 000 | 385.0 CWT | 26950.0 CWT |
| 1.0<br>YLD#<br>20.0 | 90-PTATO IRRIGATED GRPA | 3.07<br>OU<br>OPT-> | 389<br>PF | 1.000 | FLAGLER | 13S 29E 35<br>13S 29E 26 | 309.00<br>0 | ADD P/T/V 2019 (R)76.0 | PRV PLNT 0.0% GU | (REDUCE) 0 | 17.25 | 0 | 000 | | |

Uninsured due to:31-New Break - Land not previously farmed

| 7.0<br>YLD#<br>20.0 | 90-PTATO IRRIGATED GRPA | 3.07<br>OU<br>OPT-> | 389<br>PF | 1.000 | FLAGLER | 13S 29E 35<br>13S 29E 26 | 309.00<br>0 | ADD P/T/V 2019 (R)24.0 | PRV PLNT 0.0% GU | (REDUCE) 0 | 17.25 | 0 | 000 | | |

# EADJUSTER CLAIM INFORMATION AND DEFERRAL (CID) EXTENDER

| INSURED NAME: JULINGTON CREEK FARMS | | POLICY NUMBER: MP-0749812 |
|---|---|---|

| COMPANY: ACE PROPERTY AND CASUALTY INSURANCE COMPANY | AGENCY: PROGRESSIVE AG<br>AGENT OF RECORD: PENNEY HAMMER | CROP YEAR: 2019 | Claim No. 19-006204 |
|---|---|---|---|

| Contact Information - Name: JULINGTON CREEK FARMS Phone: 608-339-9869 | Claim Entry Date: 04/08/2019 |
|---|---|

## DETAILS

| LINE# | CROP | FARM UNIT | FSN# | SHARE | PERSON SHARING/COUNTY | LOCATION | APP YLD/ACRE GUAR | ACRES | PLANT REPORT DATE | TOTAL GUARAN TEE | PRICE | LIAB | RISK AREA | LOSS AVG YLD | EST PROD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Uninsured due to:76-PP acres do not meet eligibility requirements | | | | | | | | | | | | | | |
| 5.0<br>YLD#<br>21.0 | 90-PTATO<br>IRRIGATED<br>GRPB | 3.08<br>OU<br>OPT-> | 396<br>PF | 1.000 | FLAGLER | 12S  29E 33 | 304.00<br>243.2 | ADDED LAND 2019<br>(R)28.0<br>(D)28.0 | 02/24/2019 | 6810 | 12 | 81720 | 000 | 124.9<br>CWT | Loss |



# ADJUSTER'S SPECIAL REPORT

Loss No. ___19-006204___

Policy No. ___MP-0749812___

AGRI GENERAL INSURANCE COMPANY                    ___INSURANCE COMPANY

Date ___08/08/2019___

Name of Insured JULINGTON CREEK FARMS

Address PO BOX 600277                    City JACKSONVILLE                    State FL 32260-0000

Agency Name & Address PROGRESSIVE AG, 417 38TH ST SW STE A, FARGO, ND 58103-6508

To Claims

All potato's harvested for the entity. Unit 3.08 FSN 396 was the only unit to have a

claim due to harvest date and hot weather. These were the last harvested and went

through the higher than average May temperatures. All potato's had been harvested before

I was assigned the claim. All non-loss units estimated production entered. All

supporting documents attached.

WBA _____ Adjuster

©NCIS 7101 Rev. 96



# ADJUSTER'S SPECIAL REPORT

Loss No. _____19-006204_____

Policy No. _____MP-0749812_____

AGRI GENERAL INSURANCE COMPANY

**INSURANCE COMPANY**

Date_____08/08/2019_____

Name of Insured_JULINGTON CREEK FARMS_____

Address_PO BOX 600277_____City_JACKSONVILLE_____State_FL 32260-0000_

Agency Name & Address_PROGRESSIVE AG, 417 38TH ST SW STE A, FARGO, ND 58103-6508_____

To_Rain and Hail_____

Narrative for Unit 2.03 OU:

- Acres verified by RH-1156 and Map. Share verified by RH-1156.

Narrative for Unit 3.08 OU:

- Acres verified by RH-1156 and Map. Share verified by RH-1156.

This claim is considered a delayed claim for the following reason(s):

- Unit '3.08 OU' was not settled within 60 days of '2019-06-05' (the harvest
  complete date).

Reason for delayed claim:

- Insured requested and received an extension from Rain and Hail

WBA _____Adjuster

©NCIS 7101 Rev. 96

**Company:** AGRI GENERAL INSURANCE COMPANY — Crop Insurance Serviced by Rain and Hail

## PRODUCTION WORKSHEET/PROOF OF LOSS

| POLICY NO. | CLAIM NO. | FIELD | ADJUSTER | LOSS TYPE | BATCH DATE | PAGE |
|---|---|---|---|---|---|---|
| MP-0749812 | 19-006204 | WS8 | WBA | U | 08/08/2019 | |

| CROP/PLAN | UNIT NO. | INTENDED USE | PRICE/LEVEL | CROP YEAR | LOCATION DESCRIPTION |
|---|---|---|---|---|---|
| 84-PTATO 90-APH | 3.08 OU | OT | $12 0.80 | 2019 | 33 12 S 29 E |

**PRODUCER/OWNER INFORMATION**

JULINGTON CREEK FARMS
PO BOX 600277
JACKSONVILLE, FL 32260-0000

**AGENCY INFORMATION**

PROGRESSIVE AG
417 38TH ST SW STE A
FARGO, ND 58103-6508

| CAUSE(S) OF DAMAGE | 31 - Excess Moisture/Precipit | 12 - Heat | |
|---|---|---|---|
| DATE(S) OF DAMAGE | 04/2019 | 05/2019 | |
| INSURED CAUSE % | 50 | 50 | |

PHONE 608-339-9869   SSN/EIN XXXXX3132   ENTITY LLC

PHONE 701-277-9210   CODE 777230

LOSS PAYABLE TO ME AND NO OTHERS

STATE: FLORIDA   CODE: 9   COUNTY: FLAGLER   CODE: 35

## SECTION I - ACREAGE APPRAISED, PRODUCTION AND ADJUSTMENTS

### A. ACTUARIAL

| Policy / Yield Line | 16 Field ID | 17 Multi-Crop Code | 18 Reported Acres | 19 Determined Acres | 20 Interest or Share | 21 Risk | 22-24 Type/Class /Sub-Class | 26-28 Irr, Cropping, Organic Practice | Farm Serial No. | 29 Stage | 30 Use of Acreage | 31 Appraised Potential | 32a Moisture % / 32b Factor | 33 Shell %, Factor or Value | 34 Production Pre QA | 35 Quality Factor | 36 Production Post QA | 37 Uninsured Causes | 38 Total to Count | Per Acre | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5.0 21.0 | | NS | 28.0 | 28.0 | 1 | 000 | GRPB(2610) | IRRIGATED (20) | 396 | H | H N/A | | | Options: PF | | | | | | 243.2 | 6,810 |
| | | | | | | | | | | | | | | | | | | | | | |

**39. TOTALS** 28.0   28.0   OTHER PERSON SHARING: _____   **42.TOTALS** 0 | 0 | 0 | 0 | 6,810.0

**40. Quality:** TW ☐ KD ☐ Aflatoxin ☐ Vomitoxin ☐ Fumonisin ☐ Garlicky ☐ Dark Roast ☐ Sclerotinia ☐ Ergoty ☐ CoFo ☐ Other ☐ None ☒   **41.** Do any mycotoxins exceed FDA, State or other health organization maximum limits? Yes ☐ No ☒

**14. Date(s) Notice of Loss**
1st Notice 04/08/2019   2nd Notice 04/09/2019   Final Notice

Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was planted and incurred an indemnity within the same crop year? Yes ☐ No ☒
Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was prevented from being planted within the same crop year? Yes ☐ No ☒

## SECTION II - HARVESTED PRODUCTION

**43.** Date Harvest Completed: 06/05/2019   **44.** Is damage similar to other farms in the area? Yes ☒ No ☐   **45.** Assignment of Indemnity? Yes ☐ No ☒   **46.** Transfer of Right to indemnity? Yes ☐ No ☒

### A. MEASUREMENTS | B. GROSS PRODUCTION | C. ADJUSTMENTS TO HARVESTED PRODUCTION

| 47a Share / 47b Field ID | 48 Multi-Crop Code | 49 Length or Diameter | 50 Width | 51 Depth | 52 Deduction | 53 Net Cubic Feet | 54 Conversion Factor | 55 Gross Production | 56 Bu. Ton. Lbs. Cwt. | 57 Shell/ Sugar Factor | 58a Foreign Material % / 58b Factor | 59a Moisture % / 59b Factor | 60a Test WT / 60b Factor | 61 Adjusted Production | 62 Production Not to Count | 63 Production Pre-QA | 64a Value / 64b Mkt. Price | 65 Quality Factor | 66 Production to Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 5.0 | NS | | | | | MBT PRODUCE INC, JACKSONVILLE, FL 25000 | | 424.2 | 424.2 CWT | | | | | 424.2 | 0.0 | 424.2 | | | 424.2 |
| 1 5.0 | NS | | | | | MBT PRODUCE INC, JACKSONVILLE, FL 25001 | | 493.2 | 493.2 CWT | | | | | 493.2 | 0.0 | 493.2 | | | 493.2 |
| 1 5.0 | NS | | | | | MBT PRODUCE INC, JACKSONVILLE, FL 25002 | | 452.7 | 452.7 CWT | | | | | 452.7 | 0.0 | 452.7 | | | 452.7 |
| 1 5.0 | NS | | | | | MBT PRODUCE INC, JACKSONVILLE, FL 25003 | | 413.1 | 413.1 CWT | | | | | 413.1 | 0.0 | 413.1 | | | 413.1 |
| 1 5.0 | NS | | | | | MBT PRODUCE INC, JACKSONVILLE, FL 25004 | | 424.4 | 424.4 CWT | | | | | 424.4 | 0.0 | 424.4 | | | 424.4 |

I certify that, to the best of my knowledge and belief all of the information on this form is correct and complete and that it will be used to determine my loss, if any, for damage to my insured crops. I understand that this Production Worksheet/Proof of Loss and supporting papers are subject to audit and approval by us. I understand that this crop insurance is subsidized and reinsured by the Federal Crop Insurance Corporation, an agency of the United States Department of Agriculture (USDA). I accept the Agreed Amount Payable, subject to policy provisions, for damage to my insured crops. I hereby certify that the acreage reports for each insured crop that I submitted are true and correct and that all documents or copies of documents that I have submitted in support of my insurance claim are true, correct and complete. I hereby authorize you to inspect any and all scale tickets, warehouse receipts, inventory records and any other documents that pertain to the crop I have harvested and marketed or that I now have in my possession wherever located. I also hereby expressly authorize you to inspect and copy any and all records of the Farm Service Agency of the USDA, consent to the release of the records that pertain to my farming operation, my production history, and my compliance with program requirements. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes).

Under penalties of perjury, I certify that: 1. My taxpayer identification number shown on this form is correct, 2. I am not subject to backup withholding as a result of a failure to report all interest or dividend income, and 3. I am a United States (U.S.) citizen or other U.S. person. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | |
|---|---|
| **67. TOTAL** | 3,497.7 |
| **68. SECTION II TOTAL** | 3,497.7 |
| **69. SECTION I TOTAL** | 0 |
| **70. UNIT TOTAL** | 3,497.7 |
| **71. ALLOCATED PROD** | 0.0 |
| **72. TOTAL APH PROD** | 3,497.7 |

| 73. Adjuster's Signature | Date | 74. Insured's Signature | Date | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| WBA | 08/08/2019 | | 08/08/2019 | Unit Guarantee - | Total Production to Count = | Deficiency × | Price Election × | Share = | Estimated Indemnity |
| 73. Adjuster's Signature | Date 06/08/2019 | 74. Insured's Signature | Date 08/08/2019 | 6,810.0 | 3,497.7 | 3,312.3 | $12 | 1.000 | $39,748 |

SEE REVERSE SIDE OF THIS FORM FOR NONDISCRIMINATION STATEMENT AND PRIVACY ACT STATEMENT.
COMPANY/AGENT COPY   RH-5008-2019

# PRODUCTION WORKSHEET
## Continuation Sheet – Harvested Production

| 1. Crop/Code # | 2. Unit # | 3. Location Description | | 8. Name of Insured | | |
|---|---|---|---|---|---|---|
| PTATO 84 | 3.08 OU | | 7. Company AGRI GENERAL INSURANCE COMPANY | JULINGTON CREEK FARMS | | |
| | | | Agency PROGRESSIVE AG | 9. Claim # 19-006204 | 10. Policy # MP-0749812 | 11. Crop Year 2019 |

## SECTION II – DETERMINED HARVESTED PRODUCTION

| 47a/47b Share/Field ID | 48 Multi-Crop Code | 49 Length or Diameter | 50 Width | 51 Depth | 52 Deduction | 53 Net Cubic Feet | 54 Conversion Factor | 55 Gross Prod. | 56 Bu. Ton, Lbs., CWT. | 57 Shell/Sugar Factor | 58a FM % / 58b Factor | 59a Moisture % / 59b Factor | 60a Test WT / 60b Factor | 61 Adjusted Production | 62 Production Not to Count | 63 Production Pre-QA | 64a Value / 64b Mkt. Price | 65 Quality Factor | 66 Production to Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.000 5.0 | NS | MBT PRODUCE INC, JACKSONVILLE, FL 25005 | | | | | | 418.0 | 418.0 CWT | | | | | 418.0 | 0.0 | 418.0 | | | 418.0 |
| 1.000 5.0 | NS | MBT PRODUCE INC, JACKSONVILLE, FL 25006 | | | | | | 440.1 | 440.1 CWT | | | | | 440.1 | 0.0 | 440.1 | | | 440.1 |
| 1.000 5.0 | NS | MBT PRODUCE INC, JACKSONVILLE, FL 25007 | | | | | | 432.0 | 432.0 CWT | | | | | 432.0 | 0.0 | 432.0 | | | 432.0 |
| | | | | | | | | | | | | TOTAL for Policy Line 5.0 | | 3497.7 | | | | | 3497.7 |

**A. MEASUREMENTS**   **B. GROSS PRODUCTION**   **C. ADJUSTMENTS TO HARVESTED PRODUCTION**

| 67. SECTION II SUBTOTAL (Add to Section II Total on Page I) | 1290.1 | 68. SECTION II SUBTOTAL (Add to Section II Total on Page I) | 1290.1 |
|---|---|---|---|

# PLANTED FIRST INSURED CROP DECLARATION FORM

| Insured Name JULINGTON CREEK FARMS | | | | | Policy Number            Company Name MP-0749812  AGRI GENERAL INSURANC... | | | |
| Claim Number        19-006204 | | | Crop Year    2019 | | County    FLAGLER | | | |
| Unit Number (First Crop) | Line Number | Yield Number | Legal Description/FSN | First Insured Crop | Intended Second Crop | Option Number | Acres |
|---|---|---|---|---|---|---|---|
| 3.08 OU | 5.0 | 21 | 396 | PTATO (0084) | N/A | 1 (NS) | 28 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Enter the applicable option number(s) in the above table (First Crop **Planted Acreage**):

1. I certify that I will **not plant a second crop** on the same acreage where the first insured crop is planted. The first crop premium and indemnity will be reduced by 65% if a second crop is planted (by you or another person or entity), insured, and has a payable indemnity (handled in accordance with option number three below). You will also be responsible for notifying us of this change in your intentions and repaying any overpayment on the first insured crop. **(Code NS)**

2. I elect to **NOT insure** any acreage of a second crop planted on the same acreage as any planted first insured crop in the unit (decision applies to all second crop acreage on a first insured crop unit basis). **(Code WI)**

3. I certify that I will **insure** the acreage of a second crop planted on the same acreage as any planted first insured crop in accordance with my policy provisions (regardless of whether the acreage is insured with a different insurance provider or planted and insured by a different person or entity). **I also agree to accept whatever option results in the greatest number of net dollars between the additional first crop indemnity (less additional first crop premium) and any potential second crop indemnity, UNLESS this amount is limited by the terms of the policy provisions. (Code IR)**

4. I certify that I will **insure** the acreage of a second crop planted on the same acreage as any planted first insured crop in accordance with my policy provisions (regardless of whether the acreage is insured with a different insurance provider or planted and insured by a different person or entity). I have, and am submitting, acceptable records to show that I have **double cropped acreage in at least two of the last four crop years** in which the first insured crop was planted in the county or can show that the applicable acreage was double cropped in at least two of the last four crop years in which the first insured crop was grown on it. I also agree that if I have planted more double cropped acres than can be supported by my records, the extra acres will be handled in accordance with the applicable option number elected above for such acreage. **(Code DC)**

5. I certify that I will plant and insure a second crop on the same acreage where the first insured crop is planted. The first insured crop acreage in this situation does not contribute to the first insured crop unit loss which results in such acreage not being subject to an indemnity reduction. This code is used when no other multiple cropping code applies to such acreage and a 100% indemnity is applicable. **(Code FC)**

A second crop is defined as the next occurrence of planting any agricultural commodity for harvest following a first insured crop on the same acreage. A cover crop, planted after a first insured crop and planted for the purpose of haying grazing or otherwise harvesting in any manner, or that is hayed or grazed prior to November 1 of the current crop year, or otherwise harvested at any time, is considered a second crop. It is not considered a second crop if a volunteer crop or cover crop is not intended to be hayed, grazed or otherwise harvested (i.e. green manure, erosion control etc.), or is hayed or grazed on or after November 1 of the current crop year.

I certify that to the best of my knowledge and belief all of the information on this form is correct. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes).

| Insured's Signature | Date 08/08/2019 | Page 1 of 1 |

**Rain and Hail**
A Chubb Company

**EXTENSION REQUEST FOR SUBMITTING CLAIM**

Insured's Name: <u>JULINGTON CREEK FARMS</u>          Policy #: <u>MP- 749812</u>          Loss # <u>19-006204</u>

State: <u>FLORIDA</u>  Crop: <u>PTATO (84)</u>          Plan: <u>APH (90)</u>          County: <u>FLAGLER</u>

Unit Structure: <u>OU</u>          EOIP:¹ _____          EOIP Date: <u>06/30</u>          Last Harvest Price Released (if applicable):² <u>12.00</u>

### Section I

Unless this extension is granted, I (Insured) understand the requirements per the policy provisions to submit (sign) the final claim declaring the amount of loss no later than:

(1) For policies other than revenue protection (YP, APH, Other), 60 days after the End of Insurance Period (EOIP) for all acreage in the unit.
   ¹ EOIP is defined in the policy provisions as the *earlier of*: (1) The Total Destruction of the insured crop on the unit; (2) Abandonment; (3) Harvest of the unit; (4) Final Adjustment of a loss on a unit; (5) The Calendar Date for the EOIP; or (6) As Otherwise Specified in the Crop Provisions.
   Or;

(2) For revenue protection (RP), the *later of*:
   ² (i) 60 days after the last date the harvest price is released for the crop listed above; or
   (ii) 60 days after the date the EOIP for all acreage in the unit by the dates shown in (1) above

I also understand the failure to timely submit (sign) a claim or provide the required information necessary to determine the amount of the claim will result in no indemnity and I will still be required to pay the premium due under the policy for the unit, unless Rain and Hail L.L.C. (RHLLC) agrees to this request for extension. This request may only be granted if the amount of loss cannot be determined within the required time period stated above because the information needed to determine the amount of the loss is not available. If this request for extension is granted,

(1) And continues beyond the date I am required to submit my production report, I will be assigned the previous year's approved yield as a temporary yield in accordance with applicable procedures.

(2) It does not extend any dates specified in the policy by which premiums, administrative fees, or other debts owed must be paid.

(3) Damage occurring after the end of the insurance period as stated above is not covered.

I request this extension be granted by Rain and Hail due to:

☐ Incomplete marketing/production records available from Buyer/Processor

☐ Delayed Measurement of Farm Stored Production (Grain Crops Only, See Section II)

☒ Other (explain): <u>Gathering records and Insured/ AIP availability to meet to sign claim</u>

### Section II (Delayed Measurement of Farm Stored Grain(s) Production Only)

#### REQUEST TO DELAY MEASUREMENT OF FARM STORED PRODUCTION

In addition to Section I above, I understand that this does not waive or change any terms of the policy & that I will contact RHLLC immediately upon completed delivery of the insured commodity (not to exceed 180 days after the EOIP). I hereby request to delay measurement of my farm-stored insured grain crop(s) listed above for up to 180 days after the End of Insurance Period (EOIP) .

_____          _____
Insured's Signature                          Date

| Policy No. MP-0749812 | Claim No. 19-006204 | Division 8 | Document Name: Claim Ext Req Form.pdf |
|---|---|---|---|

## COLLECTION OF INFORMATION AND DATA (PRIVACY ACT) STATEMENT
### Agents, Loss Adjusters, and Policyholders

The following statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a): The Risk Management Agency (RMA) is authorized by the Federal Crop Insurance Act (7 U.S.C. 1501-1524) or other Acts, and the regulations promulgated thereunder, to solicit the information requested on documents established by RMA, or by approved insurance providers (AIPs), that have been approved by the Federal Crop Insurance Corporation (FCIC), to deliver Federal crop insurance. The information is necessary for AIPs and RMA to operate the Federal crop insurance program, determine program eligibility, conduct statistical analysis, and ensure program integrity. Information provided herein may be furnished to other Federal, State, or local agencies, as required or permitted by law, law enforcement agencies, courts or adjudicative bodies, foreign agencies, magistrate, administrative tribunal, AIPs contractors and cooperators, Comprehensive Information Management System (CIMS), congressional offices, or entities under contract with RMA. For insurance agents, certain information may also be disclosed to the public to assist interested individuals in locating agents in a particular area. Disclosure of the information requested is voluntary. However, failure to correctly report the requested information may result in the rejection of this document by the AIP or RMA in accordance with the Standard Reinsurance Agreement between the AIP and FCIC, Federal regulations, or RMA-approved procedures and the denial of program eligibility or benefits derived therefrom. Also, failure to provide true and correct information may result in civil suit or criminal prosecution and the assessment of penalties or pursuit of other remedies.

## NONDISCRIMINATION STATEMENT
### Non-Discrimination Policy:

The U.S. Department of Agriculture (USDA) prohibits discrimination against its customers, employees, and applicants for employment on the bases of race, color, national origin, age, disability, sex, gender identity, religion, reprisal, and where applicable, political beliefs, marital status, familial or parental status, sexual orientation, or all or part of an individual's income is derived from any public assistance program, or protected genetic information in employment or in any program or activity conducted or funded by the Department. (Not all prohibited bases will apply to all programs and/or employment activities.)
### To File a Program Complaint:

If you wish to file a Civil Rights program complaint of discrimination, complete the USDA Program Discrimination Complaint Form, found online at http://www.ascr.usda.gov/complaint_filing_cust.html, or at any USDA office, or call (866) 632-9992 to request the form. You may also write a letter containing all of the information requested in the form. Send your completed complaint form or letter by mail to the U.S. Department of Agriculture, Director, Office of Adjudication, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, by fax (202) 690-7442 or email at program.intake@usda.gov.
### Persons with Disabilities:

Individuals who are deaf, hard of hearing or have speech disabilities and wish to file either an EEO or program complaint please contact USDA through the Federal Relay Service at (800) 877-8339 or (800) 845-6136 (in Spanish).

Persons with disabilities, who wish to file a program complaint, please see information above on how to contact the Department by mail directly or by email. If you require alternative means of communication for program information (e.g., Braille, large print, audiotape, etc.) please contact USDA's TARGET Center at (202) 720-2600 (voice and TDD).

# Detailed Data
# PRISM Precipitation Data for Single Location and Time Period
## (created 08 Aug 2019)



Location: **Lat: 29.4226 Lon: -81.3777 (Florida - Flagler County); T12S R29E Sec 33**
Elevation: **16 ft**
Start Date: **01 April 2019** Data for this date is **unlikely to change**
End Date: **15 June 2019** Data for this date is **likely to change**
Assessment Basis: **Prior 10 years (2009-2018)**
Plant Hardiness Zone: **9a: 20 to 25 °F**

**Precipitation (total inches)**

■ Precip
···· 10-yr avg precip



## Individual data values for time series

| Time | Precip | 10yr avg Precip |
| --- | --- | --- |
| 04-01-2019 | 0.00 | 0.102 |
| 04-02-2019 | 0.51 | 0.102 |
| 04-03-2019 | 0.32 | 0.103 |
| 04-04-2019 | 0.00 | 0.104 |
| 04-05-2019 | 0.13 | 0.105 |
| 04-06-2019 | 0.02 | 0.105 |
| 04-07-2019 | 1.52 | 0.105 |
| 04-08-2019 | 0.00 | 0.105 |
| 04-09-2019 | 1.15 | 0.105 |
| 04-10-2019 | 0.35 | 0.105 |
| 04-11-2019 | 0.00 | 0.104 |
| 04-12-2019 | 0.00 | 0.104 |
| 04-13-2019 | 0.00 | 0.104 |
| 04-14-2019 | 0.00 | 0.103 |
| 04-15-2019 | 0.61 | 0.103 |
| 04-16-2019 | 0.00 | 0.102 |
| 04-17-2019 | 0.00 | 0.102 |
| 04-18-2019 | 0.00 | 0.102 |
| 04-19-2019 | 0.64 | 0.102 |
| 04-20-2019 | 0.91 | 0.102 |
| 04-21-2019 | 0.00 | 0.102 |
| 04-22-2019 | 0.00 | 0.103 |
| 04-23-2019 | 0.00 | 0.103 |
| 04-24-2019 | 0.00 | 0.104 |
| 04-25-2019 | 0.00 | 0.106 |
| 04-26-2019 | 0.08 | 0.107 |
| 04-27-2019 | 0.04 | 0.109 |
| 04-28-2019 | 0.00 | 0.112 |
| 04-29-2019 | 0.00 | 0.114 |
| 04-30-2019 | 0.00 | 0.117 |
| 05-01-2019 | 0.00 | 0.121 |
| 05-02-2019 | 0.00 | 0.125 |
| 05-03-2019 | 0.01 | 0.129 |
| 05-04-2019 | 0.03 | 0.134 |
| 05-05-2019 | 0.40 | 0.139 |
| 05-06-2019 | 1.57 | 0.144 |
| 05-07-2019 | 0.00 | 0.150 |
| 05-08-2019 | 0.00 | 0.156 |
| 05-09-2019 | 0.00 | 0.162 |
| 05-10-2019 | 0.00 | 0.168 |
| 05-11-2019 | 0.00 | 0.175 |
| 05-12-2019 | 0.04 | 0.181 |
| 05-13-2019 | 0.01 | 0.187 |
| 05-14-2019 | 0.73 | 0.194 |
| 05-15-2019 | 0.00 | 0.199 |
| 05-16-2019 | 0.00 | 0.205 |
| 05-17-2019 | 0.00 | 0.210 |

| | | | |
|---|---|---|---|
| 05-19-2019 | | 0.00 | 0.219 |
| 05-20-2019 | | 0.00 | 0.222 |
| 05-21-2019 | | 0.00 | 0.225 |
| 05-22-2019 | | 0.00 | 0.228 |
| 05-23-2019 | | 0.00 | 0.229 |
| 05-24-2019 | | 0.00 | 0.231 |
| 05-25-2019 | | 0.00 | 0.232 |
| 05-26-2019 | | 0.00 | 0.232 |
| 05-27-2019 | | 0.00 | 0.232 |
| 05-28-2019 | | 0.02 | 0.231 |
| 05-29-2019 | | 0.00 | 0.230 |
| 05-30-2019 | | 0.00 | 0.229 |
| 05-31-2019 | | 0.00 | 0.228 |
| 06-01-2019 | | 0.02 | 0.227 |
| 06-02-2019 | | 0.00 | 0.225 |
| 06-03-2019 | | 0.05 | 0.224 |
| 06-04-2019 | | 0.00 | 0.222 |
| 06-05-2019 | | 0.00 | 0.221 |
| 06-06-2019 | | 0.09 | 0.220 |
| 06-07-2019 | | 0.02 | 0.220 |
| 06-08-2019 | | 0.04 | 0.220 |
| 06-09-2019 | | 1.69 | 0.219 |
| 06-10-2019 | | 2.06 | 0.219 |
| 06-11-2019 | | 0.06 | 0.220 |
| 06-12-2019 | | 0.15 | 0.222 |
| 06-13-2019 | | 0.53 | 0.225 |
| 06-14-2019 | | 0.28 | 0.229 |
| 06-15-2019 | | 0.00 | 0.233 |
| | Total | 14.08 | 12.458 |

| Policy No. MP-0749812 | Claim No. 19-006204 | Division 8 | Document Name: JULINGTON CREEK 2019 PROD.... |
|---|---|---|---|

_unit # 3.08_
_Julington Creek_

# Invoice

Julington Creek Farms

PO BOX 600277
Jacksonville, FL 32260

| Date | Invoice # |
|---|---|
| 6/3/2019 | 25000 |

**Bill To**

MBT Produce INC.
PO Box 600277
Jacksonville, FL 32260-0277

| P.O. No. | Terms | Project |
|---|---|---|
| 0124 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 424.2 | Bulk Chipping Potatoes | 14.00 | 5,938.80 |

| | **Total** | $5,938.80 |
|---|---|---|

| Policy No. MP-0749812 | Claim No. 19-006204 | Division 8 | Document Name: JULINGTON CREEK 2019 PROD.... |
|---|---|---|---|

Julington Creek Farms

PO BOX 600277
Jacksonville, FL 32260

# Invoice

| Date | Invoice # |
|---|---|
| 6/3/2019 | 25001 |

| Bill To |
|---|
| MBT Produce INC.<br>PO Box 600277<br>Jacksonville, FL 32260-0277 |

| P.O. No. | Terms | Project |
|---|---|---|
| 0125 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 493.15 | Bulk Chipping Potatoes | 14.00 | 6,904.10 |

| | Total | $6,904.10 |
|---|---|---|

| Policy No. MP-0749812 | Claim No. 19-006204 | Division 8 | Document Name: JULINGTON CREEK 2019 PROD.... |
|---|---|---|---|

Julington Creek Farms

PO BOX 600277
Jacksonville, FL 32260

# Invoice

| Date | Invoice # |
|---|---|
| 6/4/2019 | 25002 |

| Bill To |
|---|
| MBT Produce INC.<br>PO Box 600277<br>Jacksonville, FL 32260-0277 |

| P.O. No. | Terms | Project |
|---|---|---|
| 0126 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 452.65 | Bulk Chipping Potatoes | 14.00 | 6,337.10 |

| | Total | $6,337.10 |
|---|---|---|

| Policy No. MP-0749812 | Claim No. 19-006204 | Division 8 | Document Name: JULINGTON CREEK 2019 PROD.... |
|---|---|---|---|

Julington Creek Farms

PO BOX 600277
Jacksonville, FL 32260

# Invoice

| Date | Invoice # |
|---|---|
| 6/4/2019 | 25003 |

| Bill To |
|---|
| MBT Produce INC.<br>PO Box 600277<br>Jacksonville. FL 32260-0277 |

| P.O. No. | Terms | Project |
|---|---|---|
| 0127 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 413.05 | Bulk Chipping Potatoes | 14.00 | 5,782.70 |

| | Total | $5,782.70 |
|---|---|---|

Julington Creek Farms

PO BOX 600277
Jacksonville, FL 32260

# Invoice

| Date | Invoice # |
|---|---|
| 6/4/2019 | 25004 |

**Bill To**

MBT Produce INC.
PO Box 600277
Jacksonville. FL 32260-0277

| P.O. No. | Terms | Project |
|---|---|---|
| 0128 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 424.4 | Bulk Chipping Potatoes | 14.00 | 5,941.60 |

| | **Total** | $5,941.60 |
|---|---|---|

| Policy No. MP-0749812 | Claim No. 19-006204 | Division 8 | Document Name: JULINGTON CREEK 2019 PROD.... |

Julington Creek Farms

PO BOX 600277
Jacksonville, FL 32260

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/5/2019 | 25005 |

| Bill To |
|---------|
| MBT Produce INC.<br>PO Box 600277<br>Jacksonville, FL 32260-0277 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 0128 | | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 418 | Bulk Chipping Potatoes | 14.00 | 5,852.00 |

| | Total | $5,852.00 |

| Policy No. MP-0749812 | Claim No. 19-006204 | Division 8 | Document Name: JULINGTON  CREEK 2019 PROD.... |
|---|---|---|---|

Julington Creek Farms

PO BOX 600277
Jacksonville, FL 32260

# Invoice

| Date | Invoice # |
|---|---|
| 6/5/2019 | 25006 |

| Bill To |
|---|
| MBT Produce INC.<br>PO Box 600277<br>Jacksonville, FL 32260-0277 |

| P.O. No. | Terms | Project |
|---|---|---|
| 0130 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 440.1 | Bulk Chipping Potatoes | 14.00 | 6,161.40 |

| | Total | $6,161.40 |
|---|---|---|

| Policy No. MP-0749812 | Claim No. 19-006204 | Division 8 | Document Name: JULINGTON CREEK 2019 PROD.... |
| --- | --- | --- | --- |

Julington Creek Farms

PO BOX 600277
Jacksonville, FL 32260

# Invoice

| Date | Invoice # |
| --- | --- |
| 6/5/2019 | 25007 |

**Bill To**

MBT Produce INC.
PO Box 600277
Jacksonville, FL 32260-0277

| P.O. No. | Terms | Project |
| --- | --- | --- |
| 0131 | | |

| Quantity | Description | Rate | Amount |
| --- | --- | --- | --- |
| 432 | Bulk Chipping Potatoes | 14.00 | 6,048.00 |

| | **Total** | $6,048.00 |
| --- | --- | --- |

# Customized Analysis of Short-Term Conditions
## for a Parcel in Flagler County, FL
## 01 April 2019 - 15 June 2019

Location: **Flagler County, FL; T12S R29E Sec Sec 33; Lat: 29.4226, Lon: -81.3777**
Report prepared by PRISM Climate Group, Northwest Alliance for Computational Science and Engineering, Oregon State University, Corvallis, OR, 13 Aug 2019

This document provides an analysis of the precipitation and temperature conditions for a point in Flagler County, FL over the period from 01 April 2019 through 15 June 2019. The map indicates the location of the point within the surrounding region.



**Figure 1.** Location of the selected point (red dot).

Daily observations during the period of interest were compared to the same dates in the prior 10-year period (2009-2018). Figure 2 shows the assessment classifications for total precipitation and temperature. Figures 3 and 4 show the values recorded over the period, compared to the 10-year averages. Overall, in comparison with the 10-year period, precipitation conditions were determined to be typical



**Figure 2.** Relative assessment of conditions during the period, compared to the prior 10-year period.



**Figure 3.** Total precipitation during the period, compared to calculated averages over the prior 10-year period.



**Figure 4.** Temperatures during the period, compared to calculated averages over the prior 10-year period.

Note: Rather than calculating days based on the 24-hour period ending at midnight local time, PRISM defines a "day" as the 24 hours ending at 12:00 Greenwich Mean Time (GMT, or 7:00am Eastern Standard Time). This means that PRISM data for May 26, for example, actually refers to the 24 hours ending at 7:00am EST on May 26. (This is done so that days are consistent across the country, regardless of time zone or daylight savings time and because most of the weather observations on which PRISM depends are taken only once per day, early in the morning.)

## COLLECTION OF INFORMATION AND DATA (PRIVACY ACT) STATEMENT
### Agents, Loss Adjusters and Policyholders

The following statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a):  The Risk Management Agency (RMA) is authorized by the Federal Crop Insurance Act (7 U.S.C. 1501-1524) or other Acts, and the regulations promulgated thereunder, to solicit the information requested on documents established by RMA or by approved insurance providers (AIPs) that have been approved by the Federal Crop Insurance Corporation (FCIC) to deliver Federal crop insurance.  The information is necessary for AIPs and RMA to operate the Federal crop insurance program, determine program eligibility, conduct statistical analysis, and ensure program integrity.  Information provided herein may be furnished to other Federal, State, or local agencies, as required or permitted by law, law enforcement agencies, courts or adjudicative bodies, foreign agencies, magistrate, administrative tribunal, AIPs contractors and cooperators, Comprehensive Information Management System (CIMS), congressional offices, or entities under contract with RMA.  For insurance agents, certain information may also be disclosed to the public to assist interested individuals in locating agents in a particular area.  Disclosure of the information requested in voluntary.  However, failure to correctly report the requested information may result in the rejection of this document by the AIP or RMA in accordance with the Standard Reinsurance Agreement between the AIP and FCIC, Federal regulations, or RMA-approved procedures and the denial of program eligibility or benefits derived therefrom.  Also, failure to provide true and correct information may result in civil suit or criminal prosecution and the assessment of penalties or pursuit of other remedies.

## NONDISCRIMINATION STATEMENT

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or a part of an individual's income is derived from any public assistance program.  (Not all prohibited bases apply to all programs.)  Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at  (202) 720-2600 (voice and TDD).

To file a complaint of discrimination, write to: USDA, Director, Office of Civil Rights,1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, or call (800) 795-3272 (voice) or (202) 720-6382 (TDD).  USDA is an equal opportunity provider and employer.

# MPCI Claim Progress Report

**Crop Year: 2019**



Serviced by RAIN AND HAIL L.L.C.
SOUTHERN DIVISION
1951 ROSEBUD ROAD
GRAYSON, GA 30017-1558

| Claim | Name | Policy | Suspended Loss | Type | Phone | Claim Date | CID Print Date | Adjusted Date | Received Date | Loss Reserve | 1st Crop Reserve |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19-006204 | JULINGTON CREEK FARMS | MP-0749812 | Y | Unharvested | (608)339-9869 (701)277-9210 | 04/08/2019 | 08/05/2019 | 08/08/2019 | 08/13/2019 | $ 14880 | |

**Area Coord:**
**Primary Adj:**    WILLIAM B BARKER
**Agency:**    PROGRESSIVE AG 7772-30
**Crop:**    Potatoes-APH

| Adjuster Contact Date/Claim Status | Spoke With | Appointment/Follow Up | Comment |
|---|---|---|---|
| 04/16/2019(Morning): Waiting for Harvest to be C... | Policyholder(In person) | Adjuster within 30 days | Went and visited fields. Crop did receive some damage but insured is taking to harvest. |

**Deferred Status:**  (50) 500k liab, review for possible RMA involvement - 04/08/2019
**Comments:** PH(4/8/19)-POTATO EXCESS RAIN 4/7

2019 51289209 INTERNAL_PROD

```
Date    : 08/15/2019                    AGRI GENERAL INSURANCE COMPANY                      Page:     1
State   : FLORIDA                              CLAIM SUMMARY                                Policy: MP0749812
Crop Year: 2019                                                                            Loss:  19-006204

                                                                                           Crop:  PTATO

       Insured: JULINGTON CREEK FARMS                  Agency: PROGRESSIVE AG
                PO BOX 600277                                   417 38TH ST SW STE A
                JACKSONVILLE FL 32260                           FARGO ND 58103-6508

                                                               7772-30
Additional payees:

- none -
```

| CROP | UNIT | FARM | TOWN/RANGE/SEC | STAGE | ACRES | x | ACRE GUAR | = | TOTAL GUAR | - | PROD COUNTED | = | DEFICIENCY | x PRICE | x INTEREST | = INDEMNITY | AMOUNT = PAYABLE | 1ST CROP RESERVE |
|------|------|------|----------------|-------|-------|---|-----------|---|------------|---|--------------|---|------------|---------|-----------|-------------|------------------|------------------|
| PL 5.0 YD 21.0 | | | | | | | | | | | | | | | | | | |
| PTATO | 3.08 | 396 | 12S 29E 33 | H | 28.0 | | 243.2 CWT | | 6,810.0 CWT | | 3,497.7 CWT | | 3,312.3 | $12.00 | 1.000 | 39,748 | $39,748 | |

<div align="right">*        $39,748</div>

| | COUNTY | ACRES | PRODUCTION | PAYMENT | CHECK | CHECK DATE | CLAIM AMT | LOSS CREDIT | CHECK AMT | | |
|---|--------|-------|------------|---------|-------|-----------|-----------|-------------|-----------|---|---|
| PTATO | FLAGLER | 28.0 | 3,497.7 | $39,748 | 3255821 | 8/15/2019 | $39,748.00 | $34,815.00 | $4,933.00 | LOSS AMOUNT $39,748 | |
| | | | | | | | | | | APPLIED TO PREMIUM $34,815 | |
| | | | | | | CLAIM TOTAL -> | $39,748.00 | $34,815.00 | $4,933.00 | CURRENT CHECK #3255821 $4,933 | |
| | | | | | | | | | | * PAYEE'S SHARE AMOUNT | |

```
AMOUNT REPORTED TO I.R.S.      $39,748.00
UNDER SOCIAL SECURITY NUMBER    *****3132
```

**Please enter the URL below to participate in a brief claim survey regarding this claim settlement. All responses will be kept confidential.**

**https://www.rainhail.com/s/claimsurvey**

**Rain and Hail**
A Chubb Company

EXTENSION REQUEST FOR SUBMITTING CLAIM

Insured's Name: JULINGTON CREEK FARMS          Policy #: MP- 749812      Loss # 19-006204

State: FLORIDA  Crop: PTATO (84)          Plan: APH (90)      County: FLAGLER

Unit Structure: OU ____  EOIP:¹ ____          EOIP Date: 06/30   Last Harvest Price Released (if applicable):² 12.00

## Section I

Unless this extension is granted, I (Insured) understand the requirements per the policy provisions to submit (sign) the final claim declaring the amount of loss no later than:

(1) For policies other than revenue protection (YP, APH, Other), 60 days after the End of Insurance Period (EOIP) for all acreage in the unit.
  ¹ EOIP is defined in the policy provisions as the *earlier of*: (1) The Total Destruction of the insured crop on the unit; (2) Abandonment; (3) Harvest of the unit; (4) Final Adjustment of a loss on a unit; (5) The Calendar Date for the EOIP; or (6) As Otherwise Specified in the Crop Provisions.

  Or;

(2) For revenue protection (RP), the *later of*:
  ² (i) 60 days after the last date the harvest price is released for the crop listed above; or
  (ii) 60 days after the date the EOIP for all acreage in the unit by the dates shown in (1) above

I also understand the failure to timely submit (sign) a claim or provide the required information necessary to determine the amount of the claim will result in no indemnity and I will still be required to pay the premium due under the policy for the unit, unless Rain and Hail L.L.C. (RHLLC) agrees to this request for extension. This request may only be granted if the amount of loss cannot be determined within the required time period stated above because the information needed to determine the amount of the loss is not available. If this request for extension is granted,

(1) And continues beyond the date I am required to submit my production report, I will be assigned the previous year's approved yield as a temporary yield in accordance with applicable procedures.

(2) It does not extend any dates specified in the policy by which premiums, administrative fees, or other debts owed must be paid.

(3) Damage occurring after the end of the insurance period as stated above is not covered.

I request this extension be granted by Rain and Hail due to:

☐ Incomplete marketing/production records available from Buyer/Processor

☐ Delayed Measurement of Farm Stored Production (Grain Crops Only, See Section II)

☒ Other (explain): __Gathering records and Insured/ AIP availability to meet to sign claim__

## Section II (Delayed Measurement of Farm Stored Grain(s) Production Only)

REQUEST TO DELAY MEASUREMENT OF FARM STORED PRODUCTION

In addition to Section I above, I understand that this does not waive or change any terms of the policy & that I will contact RHLLC immediately upon completed delivery of the insured commodity (not to exceed 180 days after the EOIP). I hereby request to delay measurement of my farm-stored insured grain crop(s) listed above for up to 180 days after the End of Insurance Period (EOIP) .

_____                    8/5/19  _____
Insured's Signature                                         Date

## COLLECTION OF INFORMATION AND DATA (PRIVACY ACT) STATEMENT
### Agents, Loss Adjusters, and Policyholders

The following statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a): The Risk Management Agency (RMA) is authorized by the Federal Crop Insurance Act (7 U.S.C. 1501-1524) or other Acts, and the regulations promulgated thereunder, to solicit the information requested on documents established by RMA, or by approved insurance providers (AIPs), that have been approved by the Federal Crop Insurance Corporation (FCIC), to deliver Federal crop insurance. The information is necessary for AIPs and RMA to operate the Federal crop insurance program, determine program eligibility, conduct statistical analysis, and ensure program integrity. Information provided herein may be furnished to other Federal, State, or local agencies, as required or permitted by law, law enforcement agencies, courts or adjudicative bodies, foreign agencies, magistrate, administrative tribunal, AIPs contractors and cooperators, Comprehensive Information Management System (CIMS), congressional offices, or entities under contract with RMA. For insurance agents, certain information may also be disclosed to the public to assist interested individuals in locating agents in a particular area. Disclosure of the information requested is voluntary. However, failure to correctly report the requested information may result in the rejection of this document by the AIP or RMA in accordance with the Standard Reinsurance Agreement between the AIP and FCIC, Federal regulations, or RMA-approved procedures and the denial of program eligibility or benefits derived therefrom. Also, failure to provide true and correct information may result in civil suit or criminal prosecution and the assessment of penalties or pursuit of other remedies.

## NONDISCRIMINATION STATEMENT
### Non-Discrimination Policy:

The U.S. Department of Agriculture (USDA) prohibits discrimination against its customers, employees, and applicants for employment on the bases of race, color, national origin, age, disability, sex, gender identity, religion, reprisal, and where applicable, political beliefs, marital status, familial or parental status, sexual orientation, or all or part of an individual's income is derived from any public assistance program, or protected genetic information in employment or in any program or activity conducted or funded by the Department. (Not all prohibited bases will apply to all programs and/or employment activities.)

### To File a Program Complaint:

If you wish to file a Civil Rights program complaint of discrimination, complete the USDA Program Discrimination Complaint Form, found online at http://www.ascr.usda.gov/complaint_filing_cust.html, or at any USDA office, or call (866) 632-9992 to request the form. You may also write a letter containing all of the information requested in the form. Send your completed complaint form or letter by mail to the U.S. Department of Agriculture, Director, Office of Adjudication, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, by fax (202) 690-7442 or email at program.intake@usda.gov.

### Persons with Disabilities:

Individuals who are deaf, hard of hearing or have speech disabilities and wish to file either an EEO or program complaint please contact USDA through the Federal Relay Service at (800) 877-8339 or (800) 845-6136 (in Spanish).

Persons with disabilities, who wish to file a program complaint, please see information above on how to contact the Department by mail directly or by email. If you require alternative means of communication for program information (e.g., Braille, large print, audiotape, etc.) please contact USDA's TARGET Center at (202) 720-2600 (voice and TDD).

RH-5157-2017

## Bell, Kim - 08

| | |
|---|---|
| **From:** | Sumner, Wyatt - 08 |
| **Sent:** | Tuesday, August 6, 2019 9:08 AM |
| **To:** | Barker, William - 08 |
| **Cc:** | Adams, Gail - 08; Bell, Kim - 08 |
| **Subject:** | RE: [EXTERNAL] Emailing: extension forms - signed for Rain and Hail.pdf |

Add a copy of this email and Extension Request form to the file through Adjuster Upload.

Make sure if we have units with complete records available and nearing 60 day we need to pay those units and reopen the claim

18-BR
(Released Nov 2017) COMMON CROP INSURANCE POLICY
14. Duties in the Event of Damage, Loss, Abandonment, Destruction, or Alternative Use of Crop or Acreage.
Your Duties: (Insured's)
(3) You must submit a claim not later than:
(i) For policies other than revenue protection, 60 days after the date the insurance period ends for all acreage in the unit
(When there is acreage in the unit where the insurance period ended on different dates, it is the last date the insurance period ends on the unit. For example, if a unit has corn acreage that was put to another use on July 15 and corn acreage where harvest was completed on September 30, the claim must be submitted not later than 60 days after September 30); or
(ii) For revenue protection, the later of:
(A) 60 days after the last date the harvest price is released for any crop in the unit; or
(B) The date determined in accordance with section 14(e)(3)(i). (above)

Wyatt
AVP Claims Manager
Southern Division
AL, AR, FL, GA, MS, KY, LA, & TN
800 538 8020 Ext. 2414
229 349 7888 Cell
(515) 559-1558 Fax
Rain and Hail
A Chubb company

-----Original Message-----
From: Barker, William - 08 <William.Barker@rainhail.com>
Sent: Tuesday, August 6, 2019 8:50 AM
To: Adams, Gail - 08 <gail.adams@rainhail.com>; Bell, Kim - 08 <Kim.Bell@rainhail.com>
Cc: Sumner, Wyatt - 08 <wyatt.sumner@rainhail.com>
Subject: FW: [EXTERNAL] Emailing: extension forms - signed for Rain and Hail.pdf

See attached claim extensions for Onieda and Julington Creek Potato's

Thanks,

750018          749812

1

Will Barker
Adjuster
Rain and Hail, Southern Division
Cell: 478.808.6916
William.Barker@rainhail.com

For more information about the Agriculture Insurance from Rain and Hail visit www.RainHail.com.

Rain and Hail
A Chubb Company

-----Original Message-----
From: Wes Thigpen <westhigpen@bellsouth.net>
Sent: Monday, August 5, 2019 3:20 PM
To: Barker, William - 08 <William.Barker@rainhail.com>
Cc: westhigpen@bellsouth.net
Subject: [EXTERNAL] Emailing: extension forms - signed for Rain and Hail.pdf


Mbt Produce Inc.
p.o. box 600277
Jacksonvile, Fl 32260
Ph# 904-880-1031
Cell# 904-868-7235
Email: westhigpen@bellsouth.net
Website: mbtproduce.com


Your message is ready to be sent with the following file or link
attachments:

extension forms - signed for Rain and Hail.pdf


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file
attachments.  Check your e-mail security settings to determine how attachments are handled.

# Acreage/Production Reporting

## AGRI GENERAL INSURANCE COMPANY
### RAIN AND HAIL L.L.C.
**MFCI Application/Cancellation/Transfer/Policy Change/Reporting Form**

| Policy | MP-0749812 | State | FLORIDA 9 | Date | 11/30/2016 | Page 1 of 4 | JS |
|---|---|---|---|---|---|---|---|
| For | 2017 | and succeeding years | | | | | |

SCAN: 726353615244580015   2017

### Applicant/Insured Information
JULINGTON CREEK FARMS
PO BOX 600277
JACKSONVILLE FL 32260-0000

Phone 608-339-9869   SSN / EIN / Ran *****3132   *Person Type Limited Liability Company   State of Incorp

### Signature Authorization
I grant the person(s) listed below the authority to sign any and all crop insurance documents on my behalf. I understand that by authorizing such persons to sign documents on my behalf I am legally bound by all terms and conditions of such documents and of the crop insurance contract. I also understand that granting the following person(s) the authority to sign on my behalf does not obligate that person(s) to the terms and conditions of my crop insurance contract. I further understand that this authorization may be revoked by me at any time upon written notice, signed and delivered to my Approved Insurance Provider.

APPLICANT/INSURED AUTHORIZED REPRESENTATIVE

### Agency/Agent Information
PROGRESSIVE AG
417 38TH ST SW STE A
FARGO ND 58103-6508

mailto: LAUREL@PROGRESSIVEAG.COM

Phone 701-277-9210   Agency Code 7772-30
The person who is insuring the other's share must provide evidence of the other party's approval, such as the lease agreement or power of attorney.

### Form Action Requested (check all that apply):
☐ New Applicant ☐ Transfer ☐ Coverage Change ☐ Cancellation ☐ Policy Change ☐ Required Field Review ☐ Acreage Report ☒ Production Report

Other Changes:
☐ Add/change/correct insured's authorized representative
☐ Change/correct insured's address
☐ Add Signature Authorization
☐ Correct insured's identification number
☐ Correct the spelling of insured's name
☐ Remove Signature Authorization
☐ Correct SBI's identification number
☐ Correct the spelling of SBI's name

☐ Yes ☐ No  Is the applicant at least 18 years old?
☐ Yes ☒ No  Is applicant insuring landlord's share? (List as SBI)
☐ Yes ☒ No  Is applicant insuring tenant's share? (List as SBI)

ADDED COUNTY ELECTION ☒ YES ☐ NO   I request insurance coverage for my share of the Category B crops (except forage production) specified below with a designated county in all added counties where the crops are insured. I understand that the coverage in effect for the crop in the designated county (as selected in the "Designated County" column below) will apply to added county acreage which qualifies for such coverage.

### APPLICATION INFORMATION

| County | Name of Crop | Effective Crop Year | Plan of Insurance Current | Change | Coverage Level Current | Change | Percentage of Price Election, Projected Price, Amount of Ins., or Proj. Factor Current | Change | Practice/Type/Class etc. | Options, Elections or Endorsements | Unit Structure Code | Crop to Cancel | New Producer | Designated County | Zero Acres | ARC/SCO Coverage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FLAGLER | POTATOES | 2017 | APH | | A 0.75 | | MKT | | IRRIGATED GRPA | YA | OU | | | X | | ☐YES ☐NO |
| | POTATOES | 2017 | APH | | A 0.75 | | MKT | | IRRIGATED GRPB | YA | OU | | | X | | ☐YES ☐NO |
| St. Johns | Potatoes | 2017 | APH | | .75 | | MKT | | IR GRPA | YA | OU | | X | | | ☐YES ☐NO |
| St. Johns | Potatoes | 2017 | APH | | .75 | | MKT | | IR GRP B | YA | OU | | X | | | ☐YES ☐NO |
| | | | | | | | | | | | | | | | | ☐YES ☐NO |
| | | | | | | | | | | | | | | | | ☐YES ☐NO |
| | | | | | | | | | | | | | | | | ☐YES ☐NO |
| | | | | | | | | | | | | | | | | ☐YES ☐NO |
| | | | | | | | | | | | | | | | | ☐YES ☐NO |

### REMARKS/OTHER:

### POLICY LOSS PAYEE AND ADDRESS

### LOSS PAYABLE TO ME AND NO OTHERS

### SBI INFORMATION - List all persons with a substantial beneficial interest (10% or more) in the insured/applicant as defined in the applicable policy provisions (include landlords or tenants insured under the applicant). If none, state NONE. For spousal insureds/applicants, indicate the spouse's name, identification number and identification number type. If individual insured/applicant is not married, state No Spouse.

| SBI Request | Name | Complete Address | Telephone Number | Identification Number | Identification Number Type | Person Type |
|---|---|---|---|---|---|---|
| ☐ UPDATE ☐ REMOVE | WESTON THIGPEN | PO BOX 600277 JACKSONVILLE FL 32260-0000 | 608-339-9869 | *****0104 | SSN | Individual |
| ☐ ADD | | | | | | |

WEB COPY   Acreage/Production Reporting   RH-5200-2017 (Rev.10-2016)

Case 3:18-bk-04194-JAF  Doc 165-4  Filed 04/07/21  Page 52 of 372

| | | | | | | Policy | MP-0749812 | | State | FLORIDA 9 | | Date | 11/30/2016 | | Page 2 of 4 | | JS |

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.
**MPCI Acreage Reporting Form**

For **2017** and succeeding years — **JULINGTON CREEK FARMS**

SCAN: 726353615244580026  2017

| Crop | Practice | Type | Unit Number/ Options | Approved Yield | Insured's Share | 3 Name of Other Person(s) Sharing in the Crop | Final Plant (Days/AR Due) | 4Acreage Type | FSA Farm-Tract-Field | Acres | Yield Number | Planted Acres | Date Planting Completed | Prevented Planting Acres | Unassurable Acres | High Risk Acres/ Area Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POTATOES | IRRIGATED | GRPB | BU 1.00 | 0.0 | 0.500 | BOARDWALK FARMS | 02/25/17 03/15/17 | | 89 | | 4.0 | | | | | |
| | | | | | | | | | 265-269-5 | 101.08 | | | | | | |
| | | | | | | | | | 265-269-5 | 33.00 | | | | | | |
| | | | | | | | | | 265-269-7 | 53.50 | | | | | | |

Legal Description: **FLAGLER 35**   6 12S 29E

Unit Description: **FIELD 4**

Remarks: T, 100% of T-Yield

☐ Added Land Cropland Acres ☐ New Crop ☐ New Pract Type/TWA ☐ Meas Serv

| POTATOES | IRRIGATED | GRPA | BU 2.00 | 351.0 | 0.500 | ONEIDA POTATO EXCHANGE | 02/25/17 03/15/17 | | 0 | | 3.0 | | | | | |
| | | | | | | | | | 265-269-5 | 33.00 | | | | | | |
| | | | | | | | | | 265-269-5 | 101.08 | | | | | | |

Legal Description: **FLAGLER 35**   6 12S 29E

Unit Description: **FIELD 3**

Remarks: A, Actual

☐ Added Land Cropland Acres ☐ New Crop ☐ New Pract Type/TWA ☐ Meas Serv

| POTATOES | IRRIGATED | GRPB | OU 3.01 | 353.0 | 1.000 | | 02/25/17 03/15/17 | | 0 | | 2.0 | | | | | |
| | | | | | | | | | 265-269-4 | 37.59 | | | | | | |
| | | | | | | | | | 265-269-5 | 33.00 | | | | | | |
| | | | | | | | | | 265-269-6 | 31.31 | | | | | | |

Legal Description: **FLAGLER 35**   6 12S 29E

Unit Description: **FIELD 6**

Remarks: Z, Zero Acres

☐ Added Land Cropland Acres ☐ New Crop ☐ New Pract Type/TWA ☐ Meas Serv

| POTATOES | IRRIGATED | GRPA | OU 3.02 | 0.0 | 1.000 | | 02/25/17 03/15/17 | | 201 | | 6.0 | | | | | |
| | | | | | | | | | 265-269-3 | 33.00 | | | | | | |
| | | | | | | | | | 265-269-5 | 33.00 | | | | | | |

Legal Description: **FLAGLER 35**   6 12S 29E

Unit Description:

Remarks: T, 100% of T-Yield

☐ Added Land Cropland Acres ☐ New Crop ☐ New Pract Type/TWA ☐ Meas Serv

| POTATOES | IRRIGATED | GRPB | OU 3.02 | 327.0 | 1.000 | | 02/25/17 03/15/17 | | 201 | | 5.0 | | | | | |
| | | | | | | | | | 201-225-2 | 37.09 | | | | | | |
| | | | | | | | | | 201-225-5 | 34.00 | | | | | | |

Legal Description: **FLAGLER 35**   9 12S 29E

Unit Description: **JASON SOUTH**

Remarks: Z, Zero Acres

☐ Added Land Cropland Acres ☐ New Crop ☐ New Pract Type/TWA ☐ Meas Serv

RH-5201-2016

2017 7 26353615 2445803

| | | | | | | | Policy | MP-0749812 | | State | FLORIDA 9 | | Date | 11/30/2016 | Page 3 of 4 | | JS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.
**MPCI Production Reporting Form**

For 2017 and succeeding years | JULINGTON CREEK FARMS

SCAN: 726353615244580037  2017

| Crop | Practice | Type | Unit Number/ Options | Insured's Share | Name of Other Person(s) Sharing in the Crop | FSA Farm-Tract-Field | Rpt Date | T-Yield Appr/Area/ Class | T-Yield PY-Yield | Record Type/ Insur. | Yield Number | APH Year Total Production | 2016 Acres | Yield | Uninsurable Total Production | Acres |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POTATOES | IRRIGATED | GRPB 1.00 | | 0.500 | BOARDWALK FARMS | 99 | 02/14/17 | | 246.0 319.0 | | 4.0 | 24431.5 | 65.50 | | | |
| Legal Description: 35 FLAGLER | | 6 125 29E | | | | Unit Description: FIELD 4 Remarks: T, 100% of T-Yield | | | | ☐ Added Land/Cropland Acres | ☐ New Crop ☐ New Prac/Type/TMA ☐ Meas Serv | | | | | |
| POTATOES | IRRIGATED | GRPA 2.00 | | | 0.500 | ONEIDA POTATO EXCHANGE | 0 | 02/14/17 | | 229.0 364.0 | 2016 LOSS | 3.0 | 5809.60 | 33.00 | 176.0 |
| Legal Description: 35 FLAGLER | | 6 125 29E | | | | Unit Description: FIELD 3 Remarks: A Actual | | | | ☐ Added Land/Cropland Acres | ☐ New Crop ☐ New Prac/Type/TMA ☐ Meas Serv | | | | | |
| POTATOES | IRRIGATED | GRPB 3.01 | 1.000 | | | 0 | 02/14/17 | | 246.0 353.0 | | 2.0 | 0.00 | 0.00 | 0.0 | |
| Legal Description: 35 FLAGLER | | 6 125 29E | | | | Unit Description: FIELD 5 Remarks: Z, Zero Acres | | | | ☐ Added Land/Cropland Acres | ☐ New Crop ☐ New Prac/Type/TMA ☐ Meas Serv | | | | | |
| POTATOES | IRRIGATED | GRPA 3.02 | 1.000 | | | 201 | 02/14/17 | | 228.0 228.0 | | 6.0 | 16932 | 41.50 | | |
| Legal Description: 35 FLAGLER | | 6 125 29E | | | | Unit Description: Remarks: T, 100% of T-Yield | | | | ☐ Added Land/Cropland Acres | ☐ New Crop ☐ New Prac/Type/TMA ☐ Meas Serv | | | | | |
| POTATOES | IRRIGATED | GRPB 3.02 | 1.000 | | | 201 | 02/14/17 | | 246.0 327.0 | | 5.0 | 0.00 | 0.00 | 0.0 | |
| Legal Description: 35 FLAGLER | | 6 125 29E | | | | Unit Description: JASON SOUTH Remarks: Z, Zero Acres | | | | ☐ Added Land/Cropland Acres | ☐ New Crop ☐ New Prac/Type/TMA ☐ Meas Serv | | | | | |
| | | | | | | | | | | | | | | | |
| Legal Description: | | | | | | Unit Description: Remarks: | | | | | Added Land ☐ New Crop ☐ New Prac/Type/TMA ☐ | | | | |
| | | | | | | | | | | | | | | | |
| Legal Description: | | | | | | Unit Description: Remarks: | | | | | Added Land ☐ New Crop ☐ New Prac/Type/TMA ☐ | | | | |
| | | | | | | | | | | | | | | | |
| Legal Description: | | | | | | Unit Description: Remarks: | | | | | Added Land ☐ New Crop ☐ New Prac/Type/TMA ☐ | | | | |
| | | | | | | | | | | | | | | | |
| Legal Description: | | | | | | Unit Description: Remarks: | | | | | Added Land ☐ New Crop ☐ New Prac/Type/TMA ☐ | | | | |
| | | | | | | | | | | | | | | | |
| Legal Description: | | | | | | Unit Description: Remarks: | | | | | Added Land ☐ New Crop ☐ New Prac/Type/TMA ☐ | | | | |
| | | | | | | | | | | | | | | | |
| Legal Description: | | | | | | Unit Description: Remarks: | | | | | Added Land ☐ New Crop ☐ New Prac/Type/TMA ☐ | | | | |

2017  7c7ddcb02bca2b16

**WEB COPY**

RH-520S-2016



# AGRI GENERAL INSURANCE COMPANY
### RAIN AND HAIL L.L.C.
#### MPCI Application/Cancellation/Transfer/Policy Change/Reporting Form

| Policy | MP-0749812 | State | FLORIDA 9 | Date | 11/30/2016 | Page 4 of 4 | JS |
|---|---|---|---|---|---|---|---|
| For | 2017 | and succeeding years | | JULINGTON CREEK FARMS | | | |

SCAN: 726353615244580048  2017

**CANCELLATION INFORMATION:** I hereby request cancellation of my crop insurance policy for the crop(s) and crop year shown on this cancellation. I understand that if this form is not executed on or before the cancellation date for any crop year listed, the cancellation of insurance on such crop(s) will not become effective until the following crop year.

REASON FOR CANCELLATION: ☐ Mutual Consent ☐ Insured's Request
☐ Death, Incompetence or Dissolution ☐ Other

**TRANSFER INFORMATION:**
Part I: I hereby request cancellation of my insurance policy with [Enter Ceding AIP's Name and Policy No.] _____ for the crop(s) and crop year(s) shown on this application because I have applied for insurance with another Approved Insurance Provider. I understand that if this form is not executed on or before the established cancellation date for any crop listed, the cancellation of insurance on such crop(s) will not become effective until the following crop year.

I hereby authorize and direct the Ceding Approved Insurance Provider shown above to furnish any information relative to my insurance policy to the Assuming Approved Insurance Provider specified under Part II. I understand that if coverage for any crop(s) is now provided or would have subsequently terminated for delinquent debt had this transfer not occurred, no coverage can be provided by the assuming Approved Insurance Provider.

Part II: By submission of this form, we agree to provide crop insurance to this applicant for the crop(s) and crop year shown on this application unless this form is not executed on or before the established cancellation date for any of the crop(s) shown, in which case insurance will be provided for such crop(s) for the following crop year.

Assuming AIP and Policy Issuing Company Code

Signature of AIP Representative Authorized to Accept Applications          Date

---

**A) CONDITIONS OF ACCEPTANCE STATEMENT:** This application is accepted and insurance attaches in accordance with the policy unless: (1) The Federal Crop Insurance Corporation determines that, in accordance with the regulations, the risk is excessive; (2) any material fact is omitted, concealed or misrepresented in the submission of this application or the application; (3) you have failed to provide complete and accurate information required by this form; or (4) the answer to any of the following questions is "yes." An answer of "yes" to these questions does not automatically result in rejection of the application. For example, if you answer "yes" to question (a) but your debt was discharged in bankruptcy, the application would not be rejected.

| Yes | No | |
|---|---|---|
| ☐ | ☒ | (a) Are you now indebted, and the debt is delinquent, for insurance coverage under the Federal Crop Insurance Act? |
| ☐ | ☒ | (b) Have you in the last five years been convicted under federal or state law of planting, cultivating, growing, producing, harvesting, or storing a controlled substance? |
| ☐ | ☒ | (c) Have you ever had insurance coverage under the authority of the Federal Crop Insurance Act terminated for violation of the terms of the contract or regulations, or for failure to pay your delinquent debt? |
| ☐ | ☒ | (d) Are you disqualified or debarred under the Federal Crop Insurance Act, the regulations of the FCIC, or the USDA? |
| ☐ | ☒ | (e) Have you ever entered into an agreement with the FCIC or with the Department of Justice that you would refrain from participating in programs under the authority of the Federal Crop Insurance Act and that agreement is still effective? |
| ☐ | ☐ | (f) Do you have like insurance on any of the above crop(s)? |

I understand that if coverage for any crop is currently terminated or would have subsequently terminated for indebtedness had this application been filed after the termination date, no coverage can be provided and I am ineligible for any benefits under the Federal Crop Insurance Act until the cause for termination is corrected.

We will notify you of rejection by depositing notification in the United States mail, postage paid, to the applicant's address. Unless rejected or the sales closing date has passed at the time you signed this application, insurance shall be in effect for the crop(s) and crop years specified and shall continue for each succeeding crop year, unless otherwise specified in the policy, until canceled, terminated or voided. This insurance contract, which includes the accepted application, is defined in the regulation published at 7 CFR chapter IV. No term or condition of the contract shall be waived or changed unless such waiver or change is expressly allowed by the contract and is in writing.

**B) CERTIFICATION STATEMENT:** I certify that to the best of my knowledge and belief all of the information on this form is correct. I also understand that failure to report completely and accurately may result in sanctions under my policy including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C §3729, §3730 and any other applicable federal statutes)

I certify that all information and answers on this application are correct to my knowledge and belief, that none of the reasons for rejection in items 1 through 4 of the "Conditions of Acceptance" apply, and that I am aware of and understand the requirements of the Collection of Information and Data (Privacy Act), as well as all of the provisions contained on this application. I personally guarantee payment of the total premium and any applicable administrative fees (premium not applicable to CAT coverage).

**C) USDA MULTIPLE BENEFIT CERTIFICATION STATEMENT:** I understand that obtaining multiple Federal benefits for the same loss, such as a Non-insured Crop Disaster Assistance Program (NAP) payment(s) and a Federal crop insurance indemnity, is prohibited by law. I certify that I have, or will disclose any other USDA benefit, including any NAP benefit, received for this crop. Failure to disclose the receipt of multiple Federal benefits, or failure to repay one of the multiple Federal benefits such as either the NAP benefit or the Federal crop insurance indemnity for the same crop, may result in my being disqualified from receiving Federal crop insurance benefits, as well as being ineligible for various programs administered by the Farm Service Agency for up to five (5) years.

**D) ANTI-REBATING CERTIFICATION STATEMENT FOR APPLICANT/INSURED:** I certify for the crop year indicated, that I have not directly or indirectly received, accepted, or been paid, offered, promised, or given any benefit, including money, goods, or services for which payment is usually made, rebate, discount, abatement, credit, or reduction of premium, or any other valuable consideration, as an inducement to procure insurance or in exchange for purchasing this insurance policy after it has been procured. I understand that this prohibition does not include payment of administrative fees, performance based discounts, and any other payment approved by FCIC that are authorized under sections 508(a)(9)(B) and 508(c)(3) of the Federal Crop Insurance Act (Act) (7 U.S.C. §§ 1508(a)(9)(B) and 1508(c)(3)). I understand that a false certification or failure to completely and accurately report any information on this form may subject me, and any person with a substantial beneficial interest in me, to sanctions, including but not limited to, criminal and civil penalties and administrative sanctions in accordance with section 515(h) of the Act (7 U.S.C. §1515(h)) and all other applicable federal statutes.

**E) ANTI-REBATING CERTIFICATION STATEMENT FOR AGENT:** I certify, for the crop year indicated, that I have neither offered nor promised, directly or indirectly, any benefit, including money, goods, or services for which payment is usually made, rebate, discount, credit, reduction of premium, or any other valuable consideration to this person either as an inducement to procure insurance or in exchange for obtaining insurance after it has been procured. I understand that this prohibition does not include payment of administrative fees, performance based discounts, and any other payment approved by FCIC that are authorized under sections 508(a)(9)(B) and 508(c)(3) of the Federal Crop Insurance Act (Act) (7 U.S.C. §§ 1508(a)(9)(B) and 1508(c)(3)). I understand that a false certification or failure to completely and accurately report any violation may subject me, and all agencies/companies I represent, to sanctions, including but not limited to criminal and civil penalties and administrative sanctions in accordance with section 515(h) of the Act (7 USC §1515(h)) and all other applicable federal statutes.

**F) NONDISCRIMINATION STATEMENT:**
Non-Discrimination Policy: The U.S. Department of Agriculture (USDA) prohibits discrimination against its customers, employees, and applicants for employment on the bases of race, color, national origin, age, disability, sex, gender identity, religion, reprisal, and where applicable, political beliefs, marital status, familial or parental status, sexual orientation, or all or part of an individual's income is derived from any public assistance program, or protected genetic information in employment or in any program or activity conducted or funded by the Department. (Not all prohibited bases will apply to all programs and/or employment activities.)

To File a Program Complaint: If you wish to file a Civil Rights program complaint of discrimination, complete the USDA Program Discrimination Complaint Form, found online at http://www.ascr.usda.gov/complaint_filing_cust.html, or at any USDA office, or call (866) 632-9992 to request the form. You may also write a letter containing all of the information requested in the form. Send your completed complaint form or letter by mail to the U.S. Department of Agriculture, Director, Office of Adjudication, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, by fax (202) 690-7442 or email at program.intake@usda.gov.

Persons with Disabilities: Individuals who are deaf, hard of hearing or have speech disabilities and wish to file either an EEO or program complaint please contact USDA through the Federal Relay Service at (800) 877-8339 or (800) 845-6136 (in Spanish). Persons with disabilities, who wish to file a program complaint, please see information above on how to contact the Program but may direct or by email. If you require alternative means of communication for program information (e.g., Braille, large print, audiotape, etc.) please contact USDA's TARGET Center at (202) 720-2600 (voice and TDD).

**G) COLLECTION OF INFORMATION AND DATA (PRIVACY ACT) STATEMENT:** Agents, Loss Adjusters, and Policyholders: The following statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a): The Risk Management Agency (RMA) is authorized by the Federal Crop Insurance Act (7 U.S.C. 1501-1524) or other Acts, and the regulations promulgated thereunder, to solicit the information requested on documents established by RMA, or by approved insurance providers (AIPs), that have been approved by the Federal Crop Insurance Corporation (FCIC), to deliver Federal crop insurance. The information is necessary for AIPs and RMA to operate the Federal crop insurance program, determine program eligibility, conduct statistical analysis, and ensure program integrity. Information provided herein may be furnished to other Federal, State, or local agencies, as required or permitted by law, law enforcement agencies, courts or adjudicative bodies, foreign agencies, magistrate, administrative tribunal, AIPs contractors and cooperators, Comprehensive Information Management System (CIMS), congressional offices, or entities under contract with RMA. For insurance agents, certain information may also be disclosed to the public to assist interested individuals in locating agents in a particular area. Disclosure of the information requested is voluntary. However, failure to correctly report the requested information may result in the rejection of this document by the AIP or RMA in accordance with the Standard Reinsurance Agreement between the AIP and FCIC, Federal regulations, or RMA-approved procedures and the denial of program eligibility and benefits derived therefrom. Also, failure to provide true and correct information may result in civil suit or criminal prosecution and the assessment of penalties or pursuit of other remedies.

**H) NEW PRODUCER:** I certify that I have not produced the insured crop in the county for more than two APH crop years. I certify that I was not a member of another insured entity as a substantial beneficial interest holder, which produced the insured crop in the county for more than two APH crop years. I certify that any substantial beneficial interest holders for the policy in which new producer status is requested, have not produced the insured crop in the county for more than two APH crop years. I understand that any risk certification may result in reclassification of my yield guarantees, premiums and any applicable loss payments. The certification statements contained in this paragraph apply to any crop(s)/county(ies) that have been marked as being a New Producer in the New Producer column of the application.

Weston h Thigpen
Applicant/Insured's Printed Name

*Weston H Thigpen*   12/6/16
Applicant/Insured's Signature   Date

*Jenney Skinner*
Licensed Agent's Printed Name

Code

*[signature]*   12-6-16
Licensed Agent's Signature   Date

**PROMISSORY NOTE:** On or before ___ 08/15/17 ___ the Undersigned, in consideration of the issuance of the policy above shown, hereby agrees to pay, at 9200 Northpark Drive, Suite 300, Johnston, Iowa 50131, to the order of the Company the total premium and applicable administrative fees, as allowed by law. The Undersigned agrees to pay the maximum amount of interest on the total unpaid premium after such date dates (1)n reasonable costs of collection, including any fees, as allowed by law as stated in 7 CFR 457.8 and consents to the Iowa Court jurisdiction and venue. The Undersigned agrees and acknowledges that the Company may deduct any and all amounts owed under this policy or any other policy, whether or not due, from any loss payable to you under this policy.

**Native Sod:** (IA, MN, MT, NE, ND, SD ONLY) ☐ I HAVE ☐ I HAVE NOT broken native sod after February 7, 2014. I understand that if I till native sod acreage, I will be assessed a reduction in yield guarantee and premium subsidy, these reductions apply in the crop year that my total native sod acreage tilled exceeds 5 acres in the county (cumulative across crops and crop years), and these reduction in benefits may be retroactively applied within a crop year

WEB COPY

SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS

RH-5200-2017 (Rev.10-2016)

**1 PERSON TYPE**

| | | | |
|---|---|---|---|
| A. Public Schools | F. Transfer of Rights to Indemnity (SBI only) | P. Partnerships | X. Individual Operating as a Business |
| B. Trust-Bureau of Indian Affairs (BIA) and Indian Tribe Ventures | G. Receiver or Liquidator | R. Revocable Trust | Y. Limited Liability Company |
| C. Corporations | H. Public Agency State/Local Government | S¹. Spouse,Married | |
| D. Estates | I. Individuals | T. Irrevocable Trust | |
| E. Non-Profit or Tax Exempt Organizations | J. Joint Operations/Joint Ventures/Co-Ownerships | U. Undivided Interest (CAT only) | |

¹ Enter the spouse's information on the front of the 5200 form in the SBI information section. If not married, state No Spouse.

For all insured persons other than "S", list all persons or entities with 10 percent or more interest in the insured/applicant on the front of the 5200 form in the SBI Information section.

**2 LEGAL DESCRIPTION**

Section, township, range, other land identifier (e.g., Spanish land grants, metes and bounds, etc.)

**3 NAME OF OTHER PERSON(S) SHARING IN THE CROP**

If the landlord or tenant is insuring the others share on this policy, indicate the landlord or tenant's name and the percent of share of the landlord or tenant listed.

**4 ACREAGE TYPE**

| | | |
|---|---|---|
| A. Insured (planted) | E. Insured – New breaking acreage insured by WA and the insured is able to substantiate the acreage has previously been in production | I. Insured – Total native sod acreage greater than five acres insured by WA |
| B. Insured - Acreage emerging from an USDA program the initial crop year | | J. Insured – Short rated acreage |
| C. Insured – Insurable acreage insured in accordance with the policy (i.e., 5 percent or less of insured acreage planted in the unit) the initial crop year or insured under SP and the insured is able to substantiate the acreage has previously been in production | F. Insured – New breaking acreage insured by WA and the insured is unable to substantiate the acreage has previously been in production | K. Insured – Late-planted acreage |
| | | L. Prevented planting |
| | G. Insured – Total native sod acreage greater than five acres insurable under the terms of the policy | M. Uninsured |
| | | N. Uninsurable |
| D. Insured – New breaking acreage insured in accordance with the policy or under SP and the insured is unable to substantiate the acreage has previously been in production | H. Insured – Total native sod acreage greater than five acres insured under the terms of the SP | O. Uninsurable due to 2nd crop provisions |
| | | P. Uninsurable due to new breaking and the insured substantiates the acreage has been in production |

| |
|---|
| Q. Uninsurable due to new breaking and the insured cannot substantiate the acreage has previously been in production |
| R. Uninsurable due to total native sod acreage greater than five acres and is not insured by SP or WA |
| S. Unreported acreage (within the same unit) |
| T. Unreported units |
| U. Zero acreage report for unit |
| V. Zero acreage report for county |

**5 RECORD TYPE**

| | | |
|---|---|---|
| A. Production Sold/Commercial Storage | E. Farm Stored Measured by Authorized Representative | I. Field Harvest Records |
| B. Farm Stored Measured by Insured | F. Livestock Feeding Records | J. Other |
| C. Pick/Daily Sales Records | G. Claim For Indemnity | K. (ARPI Only) unharvested and destroyed |
| D. Automated Yield Monitoring System | H. Appraisal (non-loss) | L. (ARPI Only) unharvested and put to another use |

| |
|---|
| M. (ARPI Only) unharvested and production appraised |
| N. (ARPI Only) unreported production |

**6 INSURABILITY**

Indicate whether acreage and production being reported is from insurable, uninsurable, uninsurable cause of loss appraisal, uninsured acreage or from acreage on which a PP payment was reduced due to a second crop being planted.

**7 MULTI CROP YEAR REPORTING REASON**

Enter the applicable code(s) for the reason the insured is reporting a crop year other than the most recent APH crop year. Insureds may certify production reports for crop years other than the most recent for various reasons, including:

| | | |
|---|---|---|
| A. certification of crop years not previously certified; | D. replacement of assigned yield; | G. recertification for new actuarial offer; |
| B. correction; | E. certification by new insured; | H. recertification for new unit structure; or |
| C. replacement of temporary yield; | F. certification using another producer's history for new acreage; | I. other. |

If not applicable, leave blank.

**8 SUPPLEMENTAL COVERAGE OPTION (SCO) ENDORSEMENT TERMS AND CONDITIONS**

In addition to Section 3B(2) of the Basic Provisions, I hereby elect this Supplemental Coverage Option Endorsement, and by this election I understand:

A. I must have purchased a policy under the Common Crop Insurance Basic Provisions and applicable Crop Provisions to elect this Endorsement and must also purchase this Endorsement with the same Approved Insurance Provider as my Common Crop Insurance Policy.
B. I may elect coverage under this Endorsement and the Farm Service Agency's Agriculture Risk Coverage Program, but the same acreage of the crop cannot be covered under both programs.
C. I may elect coverage under this Endorsement and Stacked Income Protection Plan for the upland cotton, but the same acreage cannot be insured under both.
D. If at any time my Common Crop Insurance Policy for the crop is canceled or terminated, coverage under this endorsement is automatically canceled or terminated.
E. That by electing this Endorsement, it will continue from year to year unless I or you cancel or change my election by written notice on or before the cancellation date or my coverage is otherwise canceled or terminated under the terms of my policy.
F. Separate Administrative Fees will be assessed for each crop insured under this Endorsement.

ARC Coverage ☐ YES   ☐ NO means if you elected the SCO Endorsement, do you also have ARC Coverage?

**9 STACKED INCOME PROTECTION PLAN (STAX) TERMS AND CONDITIONS**

I may not elect coverage under this plan of insurance on the same acres I elect coverage for the Supplemental Coverage Option (SCO) Endorsement if I participate in the SCO. I understand that by signing this application, the coverage under this plan of insurance will continue from year to year unless I or you cancel or change my election by written notice on or before the cancellation date or my coverage is otherwise canceled or terminated under the terms of my policy.

A. Coverage Level represents STAX Coverage Range
B. Percentage of Price Election represents STAX Protection Factor
C. Designated County means when both SCO and STAX are elected for the same crop and county(ies), if land is added to this operation after the Sales Closing Date and reported by the Acreage Reporting Date, such acreage will be covered by SCO or STAX as indicated in this column. If no designation is made, the acreage is covered by SCO.
D. SCO Coverage ☐ YES   ☐ NO means if you elected the STAX Policy, do you also have SCO Coverage for the same county(ies)? If Yes, identify by APH Database whether SCO or STAX applies by listing the Yield No (s) and plan in the REMARKS/OTHER section of this form. Any acres insured by the companion policy that are not designated for STAX coverage will be covered by SCO.

Production Reporting / AR

5

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.

MPCI Application/Cancellation/Transfer/Policy Change/Reporting Form

| Policy | MP-0749812 | State | FLORIDA 9 | Date | 02/15/2017 | Page 1 of | JS |
| For | 2017 | and succeeding years | | | | |

SCAN: 728041469827000013   2017

| Applicant/Insured Information | Signature Authorization | Agency/Agent Information |
|---|---|---|
| JULINGTON CREEK FARMS<br>PO BOX 600277<br>JACKSONVILLE FL 32260-0000 | I grant the person(s) listed below the authority to sign any and all crop insurance documents on my behalf. I understand that by authorizing such persons to sign documents on my behalf I am legally bound by all terms and conditions of such documents and of the crop insurance contract. I also understand that granting the following person(s) the authority to sign on my behalf does not obligate that person(s) to the terms and conditions of my crop insurance contract. I further understand that this authorization may be revoked by me at any time upon written notice, signed and delivered to my Approved Insurance Provider.<br><br>APPLICANT/INSURED AUTHORIZED REPRESENTATIVE | PROGRESSIVE AG<br>417 38TH ST SW STE A<br>FARGO ND 58103-6508<br><br>mailto: LAUREL@PROGRESSIVEAG.COM |

| Phone<br>608-339-9869 | SSN / EIN / Ran<br>*****3132 | Person Type<br>Limited Liability Company | State of Incorp.<br>FL | | Phone<br>701-277-9210 | Agency Code<br>7772-30 |

**Form Action Requested (check all that apply):**
☐ New Applicant   ☐ Transfer   ☐ Coverage Change   ☐ Cancellation   ☐ Policy Change   ☐ Required Field Review   ☑ Acreage Report   ☐ Production Report

**Other Changes:**
☐ Add/change/correct insured's authorized representative        ☐ Add Signature Authorization        ☐ Remove Signature Authorization
☐ Change/correct insured's address        ☐ Correct insured's identification number        ☐ Correct SBI's identification number
        ☐ Correct the spelling of insured's name        ☐ Correct the spelling of SBI's name

☒ Yes  ☐ No  Is the applicant at least 18 years old?
☐ Yes  ☒ No  Is applicant insuring landlord's share? (List as SBI)
☐ Yes  ☒ No  Is applicant insuring tenant's share? (List as SBI)

The person who is insuring the other's share must provide evidence of the other party's approval, such as the lease agreement or power of attorney.

**ADDED COUNTY ELECTION**  ☒ YES ☐ NO   I request insurance coverage for my share of the Category B crops (except forage production) specified below with a designated county in all added counties where the crops are insurable. I understand that the coverage in effect for the crop in the designated county (as selected in the "Designated County" column below) will apply to added county acreage which qualifies for such coverage

**APPLICATION INFORMATION**

| County | Name of Crop | Effective Crop Year | Plan of Insurance Current | Plan of Insurance Change | Coverage Level Current | Coverage Level Change | Percentage of Price Election, Projected Price, Amount of Ins., or Prot. Factor Current | Percentage of Price Election... Change | Practice/Type/Class etc | Options, Elections or Endorsements | Unit Structure Code | Crop to Cancel | New Producer | Designated County | "X" if Zero Acres | ARC/ SCO Coverage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FLAGLER | POTATOES | 2017 | APH | | A 0.75 | | 19.25 | =100.0 AC | IRRIGATED GRPA | YA Red | OU | | | X | | ☐YES ☐NO |
| | POTATOES | 2017 | APH | | A 0.75 | | 12.00 | =329.0 AC | IRRIGATED GRPB | YA Wht | OU | | | X | | ☐YES ☐NO |
| ST. JOHNS | POTATOES | 2017 | APH | | A 0.75 | | 19.25 | O | IRRIGATED GRPA | YA | OU | | Y | | | ☐YES ☐NO |
| | POTATOES | 2017 | APH | | A 0.75 | | 12.00 | O | IRRIGATED GRPB | YA | OU | | Y | | | ☐YES ☐NO |
| | | | | | | | | | | | | | | | ☐YES ☐NO |
| | | | | | | | | | | | | | | | ☐YES ☐NO |
| | | | | | | | | | | | | | | | ☐YES ☐NO |
| | | | | | | | | | | | | | | | ☐YES ☐NO |

= 100.0 AC CORPA = 100%.
= 273.0 AC CORPB = 100%
= 56.0 AC CORPB = 50%

**REMARKS/OTHER:**

**POLICY LOSS PAYEE AND ADDRESS**

LOSS PAYABLE TO ME AND NO OTHERS

**SBI INFORMATION** - List all persons with a substantial beneficial interest (10% or more) in the insured/applicant as defined in the applicable policy provisions (include landlords or tenants insured under the applicant). If none, state NONE. For spousal insureds/applicants, indicate the spouse's name, identification number and identification number type. If individual insured/applicant is not married, state No Spouse.

| SBI Request | Name | Complete Address | Telephone Number | Identification Number | Identification Number Type | Person Type |
|---|---|---|---|---|---|---|
| ☐ UPDATE<br>☐ REMOVE | WESTON THIGPEN | PO BOX 600277<br>JACKSONVILLE FL 32260-0000 | 608-339-9869 | ****0104 | SSN | Individual |
| ☐ ADD | | | | | | |

WEB COPY

Production Reporting

RH-5200-2017 (Rev.10-2016)

5

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.

MPCI Acreage and Production Reporting Form

| | |
|---|---|
| Policy | MP-0748612 | State | FLORIDA 9 | Date | 02/15/2017 | Page 2 of ~~7~~ | J5 |
| For | 2017 and succeeding years | JULINGTON CREEK FARMS |

SCAN: 728041469827010026 2017

---

County 35 FLAGLER
Crop APH-POTATOES
Practice IRRIGATED
Type GRPB      *Whites*
²Legal Description
FSN: 99
6 12S 29E

Unit Description FIELD 4
Insured's Share 0.500    ³Other persons sharing in crop
BOARDWALK FARMS
*Cov/Ac = $3159*
Unit Number BU 1.00    FSN 99 Yield No. 4.0

| Crop Year | Total Production | Acres | Yield/Yield Descriptor |
|---|---|---|---|
| 07 | | | |
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | 6450.00 | 25.80 | 250.0  A |
| 14 | 10050.00 | 30.00 | 335.0  A |
| 15 | 22377.00 | 50.40 | 444.0  A |
| 16 | 24431.50 | 65.50 | 373.0  A |

| Total Yield | 1492.0 | Prior Yield | 319.0 |
| - Years | 4 | Ave Yield | 351.0 |
| = Prelim Yield | 351.0 | Rate Yield | 351.0 |
| T-Yield | 246.0 | Appr Yield | 351.0 |

Record Type
Planted Acres  O
Prevented Acres
Uninsurable Acres/Prod.
Date Planting Completed
High Risk Acres
High Risk Acres Class.

Remarks/Other: SC 01/03/17 PR 02/14/17 PL 02/25/17 AR 03/15/17

---

County 35 FLAGLER
Crop APH-POTATOES
Practice IRRIGATED
Type GRPA      *Reds*
²Legal Description
FSN: 0
6 12S 29E

Unit Description FIELD 3
Insured's Share 0.500    ³Other persons sharing in crop
ONEIDA POTATO EXCHANGE
*Cov/Ac = $5067*
Unit Number BU 2.00    FSN 0 Yield No. 3.0

| Crop Year | Total Production | Acres | Yield/Yield Descriptor |
|---|---|---|---|
| 07 | | | |
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | 18840.00 | 53.20 | 354.0  A |
| 14 | 8100.00 | 20.00 | 405.0  A |
| 15 | 17281.00 | 37.00 | 467.0  A |
| 16 | 5809.60 | 33.00 | 176.0  A L |

| Total Yield | 1616.0 | Prior Yield | 384.0 |
| - Years | 5 | Ave Yield | 351.0 |
| = Prelim Yield | 351.0 | Rate Yield | 351.0 |
| T-Yield | 228.0 | Appr Yield | 351.0 |

Record Type  2016 LOSS
Planted Acres  O
Prevented Acres
Uninsurable Acres/Prod.
Date Planting Completed
High Risk Acres
High Risk Acres Class.

Remarks/Other: SC 01/03/17 PR 02/14/17 PL 02/25/17 AR 03/15/17
A, Actual

27.0 AC 3/7 F# 265-269-5
23.0 AC 2/3 F# 265-269-5
25.0 AC 2/3 F# 265-269-3

---

County 35 FLAGLER
Crop APH-POTATOES
Practice IRRIGATED
Type GRPB      *Whites*
²Legal Description
FSN: 201
6 12S 29E

Unit Description ~~FIELD 8~~
Insured's Share 1.000    ³Other persons sharing in crop
*Cov/Ac = $3177*
Unit Number OU 3.01    FSN 0 Yield No. 2.0

| Crop Year | Total Production | Acres | Yield/Yield Descriptor |
|---|---|---|---|
| 07 | | | |
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | 0.00 | 246.0 | T |
| 13 | 29288.00 | 80.90 | 362.0  A |
| 14 | 17250.00 | 50.00 | 345.0  A |
| 15 | 31167.00 | 68.00 | 457.0  A |
| 16 | | 0.00 | -  Z |

| Total Yield | 1624.0 | Prior Yield | 353.0 |
| - Years | 5 | Ave Yield | 353.0 |
| = Prelim Yield | 353.0 | Rate Yield | 353.0 |
| T-Yield | 246.0 | Appr Yield | 353.0 |

Record Type
Planted Acres  75.0 ✓
Prevented Acres
Uninsurable Acres/Prod.
Date Planting Completed  2-7-17
High Risk Acres
High Risk Acres Class.

Remarks/Other: SC 01/03/17 PR 02/14/17 PL 02/25/17 AR 03/15/17
Z, Zero Acres

---

County 35 FLAGLER
Crop APH-POTATOES
Practice IRRIGATED
Type GRPA      *Reds*
²Legal Description
FSN: 201
6 12S 29E

Unit Description *None*
Insured's Share 1.000    ³Other persons sharing in crop
*Cov/Ac = $3941*
Unit Number OU 3.02    FSN 201 Yield No. 6.0

| Crop Year | Total Production | Acres | Yield/Yield Descriptor |
|---|---|---|---|
| 07 | | | |
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | 0.00 | 228.0  T |
| 14 | | 0.00 | 228.0  T |
| 15 | | 0.00 | 228.0  T |
| 16 | 16633.00 | 41.50 | 408.0  A |

| Total Yield | 1092.0 | Prior Yield | 228.0 |
| - Years | 4 | Ave Yield | 273.0 |
| = Prelim Yield | 273.0 | Rate Yield | 273.0 |
| T-Yield | 228.0 | Appr Yield | 273.0 |

Record Type
Planted Acres  60.0 ✓
Prevented Acres
Uninsurable Acres/Prod.
Date Planting Completed  2-2-17
High Risk Acres
High Risk Acres Class.

Remarks/Other: SC 01/03/17 PR 02/14/17 PL 02/25/17 AR 03/15/17
T, 100% of T-Yield

27.0 1/20 F# 265-269-2
33.0 3/2 F# 265-269-3,5

---

WEB COPY

RH-5204-2016

**5**

# AGRI GENERAL INSURANCE COMPANY
## RAIN AND HAIL L.L.C.
### MPCI Acreage and Production Reporting Form

| Policy | MP-0749812 | State | FLORIDA 9 | | Date | 02/15/2017 | Page 3 of ~~3~~ | JS |
|---|---|---|---|---|---|---|---|---|
| For | 2017 and succeeding years | | JULINGTON CREEK FARMS | | | | | |

SCAN: 728041469827010037 2017

| | Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|---|
| County | 35 FLAGLER | 35 Flagler | | |
| Crop | APH-POTATOES | APH Potatoes | | |
| Practice | IRRIGATED | Irr | | |
| Type | GRPB — White S | GRP B — White S | | |
| ²Legal Description FSN: 201 9 12S 29E | | 29-12S-29E AL | | |
| Unit Description | JASON SOUTH BAR D | Kinney 105 - Born | | |
| Insured's Share | 1.000 | .50 | | |
| ³Other persons sharing in crop | | Oneida Potato Exchange | | |

COV/DC = $2943

| | Unit Number | FSN | Yield No. | Unit Number | FSN | Yield No. | Unit Number | FSN | Yield No. | Unit Number | FSN | Yield No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 00302 | 201 | 5.0 | | | 7 | | | | | | |

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 07 | | | |
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | 0.00 | 245.0 | T |
| 13 | 0.00 | 246.0 | T |
| 14 | 11408.00 | 31.00 | 368.0 | A |
| 15 | 13678.00 | 30.60 | 447.0 | A |
| 16 | | 0.00 | - | Z |

| Total Yield | 1207.0 | Prior Yield | 327.0 |
|---|---|---|---|
| ÷ Years | 4 | Ave Yield | 327.0 |
| = Prelim Yield | 327.0 | Rate Yield | 327.0 |
| T-Yield | 246.0 | Appr Yield | 327.0 |

| ⁴Record Type | | Prevented Acres | |
|---|---|---|---|
| Planted Acres | 28.0 | Uninsurable Acres/Prod. | |
| Date Planting Completed | 2-13-17 | High Risk Acres | |
| High Risk Acres Class | | | |

| Total Yield | | Prior Yield | |
|---|---|---|---|
| ÷ Years | | Ave Yield | |
| = Prelim Yield | | Rate Yield | |
| T-Yield | 246 | Appr Yield | |

| ⁴Record Type | | Prevented Acres | |
|---|---|---|---|
| Planted Acres | 40.0 ✓ | Uninsurable Acres/Prod. | |
| Date Planting Completed | 1-28-17 | High Risk Acres | |
| High Risk Acres Class | | | |

(circle) O
(circle) O

Remarks/Other: SE 01/11/17 PB 02/10/17 PL 01/25/17 AB 03/15/17 Z, Zero Acres

F# 171-206-10

Remarks/Other: 40.0 1/28 F# 310-310-3

Remarks/Other:

Remarks/Other:

WEB COPY

RH-5204-2016

2017 F 728041469 28041469

| Policy | | State | Florida 9 | Date | 2-15-17 | Page | of 5 |

For **2017** and succeeding years

## MPCI Acreage and Production Reporting Form

| County | 35 Flagler | County | 35 Flagler | County | 35 - Flagler | County | 35 - Flagler |
|---|---|---|---|---|---|---|---|
| Crop | APH - Potatoes | Crop | APH Whites | Crop | APH Potatoes | Crop | APH Potatoes |
| Practice | IRR | Practice | IRR | Practice | IRR | Practice | IRR |
| Type | GRP A Reds | Type | GRP B Whites | Type | GRP B Whites | Type | GRP B Whites |

| ¹Legal Description 8-12S-29E      AL | ¹Legal Description 2-12S-28E      AL — Front | ¹Legal Description 29/30-12S-29E      AL | ¹Legal Description 2-12S-28E      AL BACK WEST |
|---|---|---|---|
| Unit Description BAR D | Unit Description KINNEY 100 - North | Unit Description Kinney 105 Back 80 / Home | Unit Description Kinney 100 Front West |
| Insured's Share 1.00  ³Other persons sharing in crop | Insured's Share 1.00  ³Other persons sharing in crop | Insured's Share 1.00  ³Other persons sharing in crop | Insured's Share .50  ³Other persons sharing in crop ONeida Potato Exchange |

| Unit Number | FSN | Yield No. 8 | Unit Number | FSN | Yield No. 9 | Unit Number | FSN | Yield No. 10 | Unit Number | FSN | Yield No. 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ Added Land/Cropland Acres ____ ☐ New Prac/Type/TMA ☐ New Crop ☐ Meas. Serv. | | | ☐ Added Land/Cropland Acres ____ ☐ New Prac/Type/TMA ☐ New Crop ☐ Meas. Serv. | | | ☐ Added Land/Cropland Acres ____ ☐ New Prac/Type/TMA ☐ New Crop ☐ Meas. Serv. | | | ☐ Added Land/Cropland Acres ____ ☐ New Prac/Type/TMA ☐ New Crop ☐ Meas. Serv. | | |

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor | Crop Year | Total Production | Acres | Yield/ Yield Descriptor | Crop Year | Total Production | Acres | Yield/ Yield Descriptor | Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| Total Yield | | Prior Yield | | Total Yield | | Prior Yield | | Total Yield | | Prior Yield | | Total Yield | | Prior Yield | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| + Years | | Ave Yield | | + Years | | Ave Yield | | + Years | | Ave Yield | | + Years | | Ave Yield | |
| = Prelim Yield | | Rate Yield | | = Prelim Yield | | Rate Yield | | = Prelim Yield | | Rate Yield | | = Prelim Yield | | Rate Yield | |
| T-Yield | 228 | Appr Yield | | T-Yield | 246 | Appr Yield | | T-Yield | 246 | Appr Yield | | T-Yield | 246 | Appr Yield | |

| ⁴Record Type | | Prevented Acres | | ⁴Record Type | | Prevented Acres | | ⁴Record Type | | Prevented Acres | | ⁴Record Type | | Prevented Acres | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Planted Acres | 40.0 | Uninsurable Acres/Prod. | | Planted Acres | 90.0 | Uninsurable Acres/Prod. | | Planted Acres | 80.0 | Uninsurable Acres/Prod. | | Planted Acres | 16.0 | Uninsurable Acres/Prod. | |
| Date Planting Completed 1-9-17 | | High Risk Acres | | Date Planting Completed 2-18-17 | | High Risk Acres | | Date Planting Completed 1-31-17 | | High Risk Acres | | Date Planting Completed 2-23-17 | | High Risk Acres | |
| High Risk Acres Class. | | | | High Risk Acres Class. | | | | High Risk Acres Class. | | | | High Risk Acres Class. | | | |

| Remarks/Other: ¹Acreage Type: F# 171-206-1 T-Yield Map Area: ²Insurability: F# 171-206-2 ³Multi-Crop Year Reporting Reason: Yield Indicator: Processor Number/Name: Number of Trees or Vines: Adjusted Yield: | Remarks/Other: ¹Acreage Type: 48.0 3/18 F# 297-303-5,6 T-Yield Map Area: 42.0 3/4 ²Insurability: F# 297-303-1 ³Multi-Crop Year Reporting Reason: Yield Indicator: Processor Number/Name: Number of Trees or Vines: Adjusted Yield: | Remarks/Other: ¹Acreage Type: 24.0 1/31 F# 310-310-1 T-Yield Map Area: 56.0 1/19 F# 310-310-6 ²Insurability: ³Multi-Crop Year Reporting Reason: Yield Indicator: Number of Trees or Vines: Adjusted Yield: | Remarks/Other: ¹Acreage Type: 8.0 2/20 F# 297-303-4 T-Yield Map Area: 8.0 2/23 F# 297-303-2 ²Insurability: ³Multi-Crop Year Reporting Reason: Yield Indicator: Processor Number/Name: Number of Trees or Vines: Adjusted Yield: |
|---|---|---|---|

COMPANY/AGENCY COPY

This form is not valid without the MPCI Application/Cancellation/Transfer/Policy Change/Reporting Form

RH-5204-2016

5 of 5

# AGRI GENERAL INSURANCE COMPANY

RAIN AND HAIL L.L.C.

MPCI Application/Cancellation/Transfer/Policy Change/Reporting Form

| | | | | | |
|---|---|---|---|---|---|
| Policy: [illegible] | State: FLORIDA | Date: 03/15/2017 | Page 1 of 1 | JS | |
| For: 2017 and succeeding years | JULINGTON CREEK FARMS | | | | |
| SCAN: 728041469827010098 2017 | | | | | |

**CANCELLATION INFORMATION:** I hereby request cancellation of my crop insurance policy for the crop(s) and crop year shown on this cancellation. I understand that if this form is not executed on or before the cancellation date for any crop year listed, the cancellation of insurance on such crop(s) will not become effective until the following crop year.

**REASON FOR CANCELLATION:** ☐ Mutual Consent ☐ Insured's Request ☐ Death, Incompetence or Dissolution ☐ Other: ______

**TRANSFER INFORMATION:**

**Part I:** I hereby request cancellation of my insurance policy with (Enter Ceding AIP's Name and Policy No.) ______ for the crop(s) and crop year(s) shown on this application because I have applied for insurance with another approved Insurance Provider. I understand that if this form is not executed on or before the established cancellation date for any crop listed, the cancellation of insurance on such crop(s) will not become effective until the following crop year.

I hereby authorize and direct the Ceding Approved Insurance Provider shown above to furnish any information relative to my insurance policy to the Accepting Approved Insurance Provider specified under Part II. I understand that if coverage for any crop(s) is now terminated or would have subsequently terminated for delinquent debt had this transfer not occurred, no coverage can be provided by the accepting Approved Insurance Provider.

**Part II:** By submission of this form, we agree to provide crop insurance to this applicant for the crop(s) and crop year shown on this application unless this form is not executed on or before the established cancellation date for any of the crop(s) shown, in which case insurance will be provided for such crop(s) for the following crop year.

Assuming AIP and Policy Issuing Company Code:

Signature of AIP Representative Authorized to Accept Application: ______ Date: ______

**A) CONDITIONS OF ACCEPTANCE STATEMENT:** This application is accepted and insurance attaches in accordance with the policy unless: (1) The Federal Crop Insurance Corporation determines that, in accordance with the regulations, the risk is excessive, (2) any material fact is omitted, concealed or misrepresented in this application or in the submission of this application, (3) you have failed to provide complete and accurate information required by this application, or (4) the answer to any of the following questions is "yes." An answer of "yes" to these questions does not automatically result in rejection of the application. For example, if you answer "yes" to question (a) but your debt was discharged in bankruptcy, the application would not be rejected.

| Yes | No | |
|---|---|---|
| ☐ | ☒ | (a) Are you now indebted, and the debt is delinquent, for insurance coverage under the Federal Crop Insurance Act? |
| ☐ | ☒ | (b) Have you in the last five years been convicted under federal or state law of planting, cultivating, growing, producing, harvesting, or storing a controlled substance? |
| ☐ | ☒ | (c) Have you ever had insurance coverage under the authority of the Federal Crop Insurance Act terminated for violation of the terms of the contract or regulations, or for failure to pay your delinquent debt? |
| ☐ | ☒ | (d) Are you disqualified or debarred under the Federal Crop Insurance Act, the regulations of the FCIC, or the USDA? |
| ☐ | ☒ | (e) Have you ever entered into an agreement with the FCIC or with the Department of Justice that you would refrain from participating in programs under the authority of the Federal Crop Insurance Act and that agreement is still effective? |
| ☐ | ☒ | (f) Do you have like insurance on any of the above crop(s)? |

I understand that if coverage for any crop is currently terminated or would have subsequently terminated for indebtedness had this application been filed after the termination date, no coverage can be provided and I am ineligible for any benefits under the Federal Crop Insurance Act until the cause for termination is corrected.

We will notify you of rejection by depositing notification in the United States mail, postage paid, to the applicant's address. Unless rejected or the sales closing date has passed at the time you signed the application, insurance shall be in effect for the crop(s) and crop years specified and shall continue for each succeeding crop year, unless otherwise specified in the policy, until canceled, terminated or voided. The insurance contract, which includes the accepted application, is defined in the regulation published at 7 CFR chapter IV. No term or condition of the contract shall be waived or changed unless such waiver or change is expressly allowed by the contract and is in writing.

**B) CERTIFICATION STATEMENT:** I certify that to the best of my knowledge and belief all of the information on this form is correct. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes).

**C) USDA MULTIPLE BENEFIT CERTIFICATION STATEMENT:** I understand that obtaining multiple Federal benefits for the same loss, such as a Noninsured Crop Disaster Assistance Program (NAP) payment(s), and a Federal crop insurance indemnity, is prohibited by law. I certify that I have, or will disclose, any other USDA benefit, including any NAP benefits received for this crop. Failure to disclose the receipt of multiple Federal benefits, or failure to repay one of the multiple Federal benefits such as either the NAP benefit or the Federal crop insurance indemnity for the same crop, may result in my being disqualified from receiving Federal crop insurance benefits, as well as being ineligible for various programs administered by the Farm Service Agency for up to five (5) years.

D) ANTI-REBATING CERTIFICATION STATEMENT FOR APPLICANT/INSURED: I certify, for the crop year indicated, that I have not directly or indirectly received, accepted, or been paid, offered, promised, or given any benefit, including money, goods, or services for which payment is usually made, rebate, discount, abatement, credit, or reduction of premium, or any other valuable consideration, as an inducement to procure insurance or in exchange for purchasing this insurance policy after it has been procured. I understand that this prohibition does not include payment of administrative fees, performance based discounts, and any other payment approved by FCIC that are authorized under sections 508(a)(9)(B) and 508(d)(3) of the Federal Crop Insurance Act (7 U.S.C. §§ 1508(a)(9)(B) and 1508(d)(3)). I understand that a false certification or failure to completely and accurately report any information on this form may subject me, and any person with a substantial beneficial interest in me, to sanctions, including but not limited to, criminal and civil penalties and administrative sanctions in accordance with section 515(h) of the Act (7 U.S.C. §1515(h)) and all other applicable federal statutes.

E) ANTI-REBATING CERTIFICATION STATEMENT FOR AGENT: I certify, for the crop year indicated, that I have neither offered nor promised, directly or indirectly, any benefit, including money, goods, or services for which payment is usually made, rebate, discount, credit, reduction of premium, or any other valuable consideration to this person either as an inducement to procure insurance or in exchange for obtaining insurance after it has been procured. I understand that this prohibition does not include payment of administrative fees, performance-based discounts, and any other payment approved by FCIC that are authorized under sections 508(a)(9)(B) and 508(d)(3) of the Federal Crop Insurance Act (7 U.S.C. §§ 1508(a)(9)(B) and 1508(d)(3)). I understand that a false certification or failure to completely and accurately report any information may subject me, and all agencies/companies I represent, to sanctions including but not limited to criminal and civil penalties and administrative sanctions in accordance with section 515(h) of the Act (7 U.S.C. §1515(h)) and all other applicable federal statutes.

F) NONDISCRIMINATION STATEMENT:

Non-Discrimination Policy: The U.S. Department of Agriculture (USDA) prohibits discrimination against its customers, employees, and applicants for employment on the bases of race, color, national origin, age, disability, sex, gender identity, religion, reprisal, and where applicable, political beliefs, marital status, familial or parental status, sexual orientation, or all or part of an individual's income is derived from any public assistance program, or protected genetic information in employment or in any program or activity conducted or funded by the Department. (Not all prohibited bases will apply to all programs and/or employment activities.)

To File a Program Complaint: If you wish to file a Civil Rights program complaint of discrimination, complete the USDA Program Discrimination Complaint Form, found online at http://www.ascr.usda.gov/complaint_filing_cust.html, or at any USDA office, or call (866) 632-9992 to request the form. You may also write a letter containing all of the information requested in the form. Send your completed complaint form or letter by mail to the U.S. Department of Agriculture, Director, Office of Adjudication, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, by fax (202) 690-7442 or email at program.intake@usda.gov.

Persons with Disabilities: Individuals who are deaf, hard of hearing or have speech disabilities and wish to file either an EEO or program complaint, please contact USDA through the Federal Relay Service at (800) 877-8339 or (800) 845-6136 (in Spanish). Persons with disabilities who wish to file a program complaint, please see information above on how to contact the Department by mail directly or by email. If you require alternative means of communication for program information (e.g., Braille, large print, audiotape, etc.) please contact USDA's TARGET Center at (202) 720-2600 (voice and TDD).

G) COLLECTION OF INFORMATION AND DATA (PRIVACY ACT) STATEMENT: Agents, Loss Adjusters, and Policyholders: The following statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a): The Risk Management Agency (RMA) is authorized by the Federal Crop Insurance Act (7 U.S.C. 1501-1524) or other Acts, and the regulations promulgated thereunder, to solicit the information requested on documents established by RMA or by approved insurance providers (AIPs) that have been approved by the Federal Crop Insurance Corporation (FCIC), to deliver Federal crop insurance. The information is necessary for AIPs and RMA to operate the Federal crop insurance program, determine program eligibility, conduct statistical analysis, and ensure program integrity. Information provided herein may be furnished to other Federal, State, or local agencies, as required or permitted by law, law enforcement agencies, courts or adjudicative bodies, foreign agencies, magistrate, administrative tribunal, AIPs contractors and cooperators, Comprehensive Information Management System (CIMS), congressional offices, or entities under contract with RMA. For insurance agents, certain information may also be disclosed to the public to assist interested individuals in locating agents in a particular area. Disclosure of the information requested is voluntary. However, failure to correctly report the requested information may result in the rejection of this document by the AIP or RMA in accordance with the Standard Reinsurance Agreement between the AIP and FCIC, Federal regulations, or RMA-approved procedures and the denial of program eligibility or benefits derived therefrom. Also, failure to provide true and correct information may result in civil suit or criminal prosecution and the assessment of penalties or pursuit of other remedies.

H) NEW PRODUCER: I certify that I have not produced the insured crop in the county for more than two APH crop years, and that I was not a member of another insured entity as a substantial beneficial interest holder, which produced the insured crop in the county for more than two APH crop years. I certify that any substantial beneficial interest holders for the policy in which new producer status is requested, have not produced the insured crop in the county for more than two APH crop years. I understand that any false certification may result in recalculation of my yield guarantees, premiums and any applicable loss payments. The certification statements contained in this paragraph apply to any crop(s)/county(ies) that have been marked as being a New Producer in the New Producer column of the application.

I certify that the information and answers on this application are correct to my knowledge and belief, that none of the reasons for rejection in items 1 through 4 of the "Conditions of Acceptance" apply, and that I am aware of and understand the requirements of the Collection of Information and Data (Privacy Act), as well as all other provisions contained on this application. I personally guarantee payment of the total premium and any applicable administrative fees (premium not applicable to CAT coverage).

Weston H Thigpen

Applicant/Insured's Printed Name

[signature] 3/15/17

Applicant/Insured's Signature — Date

I certify that I am responsible for calculating the approved APH yields that are used to calculate the production guarantees contained in this coverage report and that such approved APH yields are correct to the best of my knowledge. I understand this form may be reviewed or audited, and that information inaccurately reported or failure to retain records to support information on this form, may result in a recomputation of the approved APH yield.

[signature]

Licensed Agent's [redacted] Name — Code

[signature] 3-15-17

Licensed Agent's Signature — Date

PROMISSORY NOTE: On or before 06/30/17 the Undersigned, in consideration of the issuance of the policy shown above, hereby agrees to pay at 9200 Northpark Drive, Suite 300, Johnston, Iowa 50131, to the order of the Company the total premium and applicable administrative fees, as is allowed by law. The Undersigned agrees to pay the maximum amount of interest on the total unpaid premium after such due date plus reasonable costs of collection and attorney fees, all as allowed by law and 7 CFR 457.8 and consents to the Iowa Court jurisdiction and venue. The Undersigned agrees and acknowledges that the Company may deduct any and all amounts owed under this policy or any other policy, whether as the debt, from any loss payable to you under this policy.

Native Sod (IA, MN, MT, NE, ND, SD ONLY) ☐ I HAVE ☐ I HAVE NOT broken native sod after February 7, 2014. I understand that if all native sod acreage, I will be assessed a reduction in yield guarantee and premium subsidy; these reductions apply in the crop year that my total native sod acreage that exceeds 5 acres in the county for insured crops or crop years, and these reductions in benefits may be retroactively applied within 4 crop years.

WEB COPY

SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS

RH-5200-2017 (Rev 10-2016)

## 1 PERSON TYPE

| | | | |
|---|---|---|---|
| A. Public Schools | F. Transfer of Rights to Indemnity (SBI only) | P. Partnerships | X. Individual Operating as a Business |
| B. Trust-Bureau of Indian Affairs (BIA) and Indian Tribe Ventures | G. Receiver or Liquidator | R. Revocable Trust | Y. Limited Liability Company |
| C. Corporations | H. Public Agency State/Local Government | S¹. Spousal/Married | |
| D. Estates | I Individuals | T. Irrevocable Trust | |
| E. Non-Profit or Tax Exempt Organizations | J Joint Operations/Joint Ventures/Co-Ownerships | U. Undivided Interest (CAT only) | |

¹ Enter the spouse's information on the front of the 5200 form in the SBI Information section. If not married, state No Spouse.

For all insured persons other than "S", list all persons or entities with 10 percent or more interest in the insured/applicant on the front of the 5200 form in the SBI Information section.

## 2 LEGAL DESCRIPTION

Section, township, range, other land identifier (e.g., Spanish land grants, metes and bounds, etc.)

## 3 NAME OF OTHER PERSON(S) SHARING IN THE CROP

If the landlord or tenant is insuring the others share on this policy, include the landlord or tenant's name and the percent of share of the landlord or tenant listed.

## 4 ACREAGE TYPE

| | | | |
|---|---|---|---|
| A. Insured (planted) | E. Insured – New breaking acreage insured by WA and the insured is able to substantiate the acreage has previously been in production | I. Insured – Total native sod acreage greater than five acres insured by WA | Q. Uninsurable due to new breaking and the insured cannot substantiate the acreage has previously been in production |
| B. Insured - Acreage emerging from an USDA program the initial crop year | | J. Insured – Short rated acreage | R. Uninsurable due to total native sod acreage greater than five acres and is not insured by SP or WA |
| C. Insured – New breaking acreage insured in accordance with the policy (i.e., 5 percent or less of insured acreage planted in the unit) the initial crop year or insured under SP and the insured is able to substantiate the acreage has previously been in production | F. Insured – New breaking acreage insured by WA and the insured is unable to substantiate the acreage has previously been in production | K. Insured – Late-planted acreage | S. Unreported acreage (within the same unit) |
| | G. Insured – Total native sod acreage greater than five acres insured under the terms of the policy | L. Prevented planting | T. Unreported units |
| D. Insured – New breaking acreage insured in accordance with the policy or under SP and the insured is unable to substantiate the acreage has previously been in production | H. Insured – Total native sod acreage greater than five acres insured under the terms of the SP | M. Uninsured | U. Zero acreage report for unit |
| | | N. Uninsurable | V. Zero acreage report for county |
| | | O. Uninsurable due to 2nd crop provisions | |
| | | P. Uninsurable due to new breaking and the insured substantiates the acreage has been in production | |

## 5 RECORD TYPE

| | | | |
|---|---|---|---|
| A. Production Sold/Commercial Storage | E. Farm Stored Measured by Authorized Representative | I. Field Harvest Records | M. (ARPI Only) unharvested and production appraised |
| B. Farm Stored Measured by Insured | F. Livestock Feeding Records | J. Other | N. (ARPI Only) unreported production |
| C. Pick/Daily Sales Records | G. Claim For Indemnity | K. (ARPI Only) unharvested and destroyed | |
| D. Automated Yield Monitoring System | H. Appraisal (non-loss) | L. (ARPI Only) unharvested and put to another use | |

## 6 INSURABILITY

Indicate whether acreage and production being reported is from insurable, uninsurable, uninsurable cause of loss appraisal, uninsured acreage or from acreage on which a PP payment was reduced due to a second crop being planted.

## 7 MULTI CROP YEAR REPORTING REASON

Enter the applicable code(s) for the reason the insured is reporting a crop year other than the most recent APH crop year. Insureds may certify production reports for crop years other than the most recent for various reasons, including:

| | | |
|---|---|---|
| A. certification of crop years not previously certified; | D. replacement of assigned yield; | G. recertification for new actuarial offer; |
| B. correction; | E. certification by new insured; | H. recertification for new unit structure; or |
| C. replacement of temporary yield; | F. certification using another producer's history for new acreage; | I. other. |

If not applicable, leave blank.

## 8 SUPPLEMENTAL COVERAGE OPTION (SCO) ENDORSEMENT TERMS AND CONDITIONS

In addition to Section 38(2) of the Basic Provisions, I hereby elect this Supplemental Coverage Option Endorsement, and by this election I understand:

A. I must have purchased a policy under the Common Crop Insurance Policy Basic Provisions and applicable Crop Provisions to elect this Endorsement and must also purchase this Endorsement with the same Approved Insurance Provider as my Common Crop Insurance Policy.
B. I may elect coverage under this Endorsement and the Farm Service Agency's Agriculture Risk Coverage Program, but the same acreage of the crop cannot be covered under both programs.
C. I may elect coverage under this Endorsement and Stacked Income Protection Plan for the upland cotton, but the same acreage cannot be insured under both.
D. If at any time my Common Crop Insurance Policy for the crop is canceled or terminated, coverage under this endorsement is automatically canceled or terminated.
E. That by electing this Endorsement, it will continue from year to year unless I or you cancel or change my election by written notice on or before the cancellation date or my coverage is otherwise canceled or terminated under the terms of my policy.
F. Separate Administrative Fees will be assessed for each crop insured under this Endorsement.

ARC Coverage ☐ YES  ☐ NO means if you elected the ARC Endorsement, do you also have ARC Coverage?

## 9 STACKED INCOME PROTECTION PLAN (STAX) TERMS AND CONDITIONS

I may not elect coverage under this plan of insurance on the same acres I elect coverage for the Supplemental Coverage Option (SCO) Endorsement if I participate in the SCO. I understand that by signing this application, the coverage under this plan of insurance will continue from year to year unless I or you cancel or change my election by written notice on or before the cancellation date or my coverage is otherwise canceled or terminated under the terms of my policy.

A. Coverage Level represents STAX Coverage Range
B. Percentage of Price Election represents STAX Protection Factor
C. Designated County means when both SCO and STAX are elected for the same crop and county(ies), if land is added to this operation after the Sales Closing Date and reported by the Acreage Reporting Date, such acreage will be covered by SCO or STAX as indicated in this column. If no designation is made, the acreage is covered by SCO.
D. SCO Coverage ☐ YES  ☐ NO means if you elected the STAX Policy, do you also have SCO Coverage for the same county(ies)? If Yes, identify by APH Database whether SCO or STAX applies by listing the Yield No.(s) and plan in the REMARKS/OTHER section of this form. Any acres insured by the companion policy that are not designated for STAX coverage will be covered by SCO.

Gen/Blue    ORANGE    Purple    Yellow

| Farm | Boardwalk | | Oneida | | Julington | | J/O 50/50 | | Flagler | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Whites | Reds | Whites | Reds | Whites | Reds | Whites | Reds | Whites | Reds | Total Acres |
| Sec1 8-12-29 Sec7 9-12-29 | 28ac 1/6 Sec+8 ✓ 36ac 1/4 Sec+8 ✓ | | 38ac 1/10 Sect8✓ 26ac 1/4 Sect9✓ | | 28ac 2/13 Sect9✓ | 40ac 1/9 Sec+8✓ | | | | | |
| Bar D | (64) | | (64) | | (28) | (40) | 40 | | | | 236 Bar D |
| 6-12-29 Home | 14ac 1/3 20ac 2/3 30ac 3/2 (104✓) 34ac 3/2 ↯₂₇ ✓ | | 16ac 1/30✓ 28ac 1/31✓ (44)✓ | | 27ac 3/9 25ac 2/3 23ac 2/3 79 15 | 27ac 1/20✓ 33ac 3/2✓ (60) | | | 73 | 9 | 3,5 392 Home |
| Tower | | | | | | | | | 60 | | 60 Tower |
| Kinney 100 | | House= 30ac 2/9 2-12-28 (30) | | North= 48ac 2/18 2-12-28✓ Front= 42ac 2/4 2-12-28 (90) | | Back/west=8ac 1/20 ✓ Front/west=8ac 2/23 ✓ 2-12-28 (16) | | | | | 136 Kinney 100 |
| kinney 105 | | Less=48ac Sect29-12-29 1/24 (48) | | Back 80= 24ac Sect29/30-12-29 1/31✓ Home= 56 ac Sect29-12-29 1/19✓ (80) | | Back= 40ac 29-12-29 1/24 (40) | | | | | 168 kinney 105 |
| | 168 191 | 0 | 186 | 0 | 273 277 | 100 | 56 | 0 | 965 173 | 9 | 992 |
| | | | | | | | | | | | |
| Whites | 856 883 | 483 In5 | | | | | | | | | |
| Reds | 109 65 | 100 In5 | | | | | | | | | |
| | 965 | | | | | | | | | | |
| Total Acres | 992 | | | | | | | | | | |

# Sec 29 + 30 Township 12S Range 29E



Back
(sec 30-3)
24 Ac

Sec 29

Jan 25th- 28th
Barn

Sec 29

Jan 20-24th (less)
48 ACRES

3 40 ACRES
50/50

Jan 25th (Barn)
28th
40 ACRES

Jan 14-19th (Home)
Sec 29
56 ACRES

12S29E019
12S29E020
12S29E021
12S29E028
12S29E029
12S29E030
12S29E031
12S29E032
12S29E033

# USDA United States Department of Agriculture
## Farm Service Agency
## Flagler County, FL
1:9,640

Farm: 310
Tract: 310

August 28, 2016



WPS
on leader

Sec 29 - 12S - 29E
Sec 30 - 12S - 29E
"Kinney 105"

*claimer: Wetland identifiers do not represent the size, shape or specific determination of the area. Refer to your original determination (CPA-026 and attached maps) for exact wetland boundaries and determinations, or contact NRCS.



Case 3:18-bk-04194-JAF Doc 165-4 Filed 04/07/21 Page 64 of 372

USDA United States Department of Agriculture
Farm Service Agency

Farm: 297
Tract: 303

**Flagler County, FL**
1:8,500

March 26, 2015

Disclaimer: Wetland identifiers do not represent the size, shape or specific determination of the area. Refer to your original determination (CPA-026 and attached maps) for exact wetland boundaries and determinations, or contact NRCS.

Sect 8 - 12S - 29E

BAR-D

Sect 9 - 12S - 29E

STATE HWY. 100 W

CANAL AVE.

Lakes/Rivers from US Census Dept. may not match parcels exactly

MLS Listings

0   8.08  0.16  0.24  0.32 mi

Parcel: 06-12-29-0000-01010-0000  Acres: 498.05

| OLD DIXIE CATTLE COMPANY LLC | 0 |
| 185 COUNTY RD 55 | 0 |
| 2,900,000 on 02-2009 Reason=U Qual=N | 102,158 |
| PO BOX 354788 | 1,860,331 |
| PALM COAST, FL 321354788 | 380,890 |
| | 0 |
| | 380,890 |

The Flagler County Property Appraiser's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assessment information is from the last certified tax roll. All data is subject to change before the next certified tax roll. PLEASE NOTE THAT THE PROPERTY APPRAISER MAPS ARE FOR ASSESSMENT PURPOSES ONLY. NEITHER FLAGLER COUNTY NOR ITS EMPLOYEES ASSUME RESPONSIBILITY FOR ERRORS OR OMISSIONS—THIS IS NOT A SURVEY.
Date printed: 01/10/07; 07:11:45

Sect 6-12S-29E

Flagler



LakesRivers from US Census,
Cat, may not match parcels
exactly

MLS Listings

0   0.08  0.16  0.24  0.32 mi

Julington
Oneida
Flagler    Flagler
Boardwalk

Parcel: 06-12-29-0000-01010-0000 Acres: 498.05

| OLD DIXIE CATTLE COMPANY LLC | | 0 |
| 165 COUNTY RD 55 | | 0 |
| 2,300,000 on 02-2009 Reason=U Qual=N | | 98,123 |
| PO BOX 354768 | | 1,877,296 |
| PALM COAST, FL 32135-4768 | | 377,657 |
| | | 0 |
| | | 377,657 |

The Flagler County Property Appraiser's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for
the data herein, its use or interpretation. The assessment information is from the last certified tax roll. All data is subject to change before the next certified tax roll. PLEASE
NOTE THAT THE PROPERTY APPRAISER MAPS ARE FOR ASSESSMENT PURPOSES ONLY. NEITHER FLAGLER COUNTY NOR ITS EMPLOYEES ASSUME
RESPONSIBILITY FOR ERRORS OR OMISSIONS.—THIS IS NOT A SURVEY.—
Date printed: 02/20/12 10:47:11

**Production Reporting**

| AGRI GENERAL INSURANCE COMPANY RAIN AND HAIL L.L.C. | Policy | MP-0749812 | State | FLORIDA 9 | Date | 11/22/2017 | Page 1 of 6 | JS |
| | For | 2018 and succeeding years | | | | | | |

SCAN: 80234628655653330014    2018

| Applicant/Insured Information | Signature Authorization | Agency/Agent Information |
| --- | --- | --- |
| JULINGTON CREEK FARMS PO BOX 600277 JACKSONVILLE FL 32260-0000 | I grant the person(s) listed below the authority to sign any and all crop insurance documents on my behalf. I understand that by authorizing such persons to sign documents on my behalf I am legally bound by all terms and conditions of such documents and of the crop insurance contract. I also understand that granting the following person(s) the authority to sign on my behalf does not obligate that person(s) to the terms and conditions of my crop insurance contract. I further understand that this authorization may be revoked by me at any time upon written notice, signed and delivered to my Approved Insurance Provider. | PROGRESSIVE AG 417 38TH ST SW STE A FARGO ND 58103-6508 mailto: LAUREL@PROGRESSIVEAG.COM |
| | APPLICANT/INSURED AUTHORIZED REPRESENTATIVE | |

| Phone 608-339-9869 | SSN / EIN / Ran *****3132 | °Person Type Limited Liability Company | State of Incorp. FL | Phone 701-277-9210 | Agency Code 7772-30 |

Other Changes:
☐ Add Signature Authorization  ☐ Add/change/correct Insured's authorized representative  ☐ Correct the spelling of Insured's name  ☐ Correct SBI's identification number
☐ Remove Signature Authorization  ☐ Correct Insured's identification number  ☐ Change/correct Insured's address  ☐ Correct the spelling of SBI's name

# MPCI Production Reporting Form

| County | Name of Crop | Effective Crop Year | **Plan of Insurance | °Coverage Level | °Percentage of Price Election, Projected Price, Amount of Ins., or Prot. Factor | Practice/Type/Class etc. | Options, Elections or Endorsements | Unit Structure Code | °New Producer | °Designated County | Total Acres |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FLAGLER | POTATOES | 2018 | APH | A 0.75 | 85% | MKT | IRRIGATED GRPA | YA | OU | | X | |
| | POTATOES | 2018 | APH | A 0.75 | 85% | MKT | IRRIGATED GRPB | YA | OU | | X | |
| ST. JOHNS | POTATOES | 2018 | APH | A 0.75 | 85% | MKT | | YA | OU | P | | |

**REMARKS/OTHER:**

**POLICY LOSS PAYEE AND ADDRESS**

LOSS PAYABLE TO ME AND NO OTHERS

**SBI INFORMATION** - List all persons with a substantial beneficial interest (10% or more) in the insured/applicant as defined in the applicable policy provisions (include landlords or tenants insured under the applicant). If none, state NONE. For spousal insureds/applicants, indicate the spouse's name, identification number and identification number type. If individual insured/applicant is not married, state No Spouse.

| SBI Request | Name | Complete Address | Telephone Number | Identification Number | Identification Number Type | Person Type |
| --- | --- | --- | --- | --- | --- | --- |
| ☐ UPDATE ☐ REMOVE | WESTON THIGPEN | PO BOX 600277 JACKSONVILLE FL 32260-0000 | 608-339-9869 | *****0104 | SSN | Individual |
| ☐ ADD | | | | | | |

WEB COPY                                    Production Reporting                          RH-5200-2018 (Rev.09-2017)

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.
MPCI Acreage and Production Reporting Form

| Policy | MP-0749812 | State | FLORIDA 9 | Date | 11/22/2017 | Page 2 of 6 | JS |
|---|---|---|---|---|---|---|---|
| For | 2018 and succeeding years | | JULINGTON CREEK FARMS | | | | |

SCAN: 80234628655653340027    2018

---

County  35 FLAGLER
Crop  APH-POTATOES
Practice  IRRIGATED
Type  GRPB
²Legal Description
FSN: 99
6 12S 29E

Unit Description  FIELD 4
Insured's Share  0.500    ³Other persons sharing in crop
BOARDWALK FARMS

Unit Number  BU 1.00    FSN  99  Yield No.  4.0
☐ Added Land/Cropland Acres___ ☐ New Prac/Type/TMA ☐ New Crop ☐ Meas. Serv.

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | 6450.00 | 25.80 | 250.0  A |
| 14 | 10050.00 | 30.00 | 335.0  A |
| 15 | 22377.00 | 50.40 | 444.0  A |
| 16 | 24431.50 | 65.50 | 373.0  A |
| 17 | - | 0.00 | -  Z |

| Total Yield | 1402.0 | Prior Yield | 351.0 |
| + Years | 4 | Ave Yield | 351.0 |
| = Prelim Yield | 351.0 | Rate Yield | 351.0 |
| T-Yield | 246.0 | Appr Yield | 351.0 |

| ⁴Record Type | | Prevented Acres | |
| Planted Acres | | Uninsurable Acres/Prod | |
| Date Planting Completed | | High Risk Acres | |
| High Risk Acres Class | | | |

Remarks/Other:  SC 01/02/18 PR 02/14/18 PL 02/25/18 AR 03/15/18
Z, Zero Acres

---

County  35 FLAGLER
Crop  APH-POTATOES
Practice  IRRIGATED
Type  GRPA
²Legal Description
FSN: 0
6 12S 28E

Unit Description  FIELD 3
Insured's Share  0.500    ³Other persons sharing in crop
ONEIDA POTATO EXCHANGE

Unit Number  0U 2.01    FSN  0  Yield No.  3.0
☐ Added Land/Cropland Acres___ ☐ New Prac/Type/TMA ☐ New Crop ☐ Meas. Serv.

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | 18840.00 | 53.20 | 354.0  A |
| 14 | 8100.00 | 20.00 | 405.0  A |
| 15 | 17261.00 | 37.00 | 467.0  A |
| 16 | 5809.60 | 33.00 | 176.0  A L |
| 17 | - | 0.00 | -  Z |

| Total Yield | 1616.0 | Prior Yield | 351.0 |
| + Years | 5 | Ave Yield | 351.0 |
| = Prelim Yield | 351.0 | Rate Yield | 351.0 |
| T-Yield | 228.0 | Appr Yield | 351.0 |

| ⁴Record Type | | Prevented Acres | |
| Planted Acres | | Uninsurable Acres/Prod | |
| Date Planting Completed | | High Risk Acres | |
| High Risk Acres Class | | | |

Remarks/Other:  SC 01/02/18 PR 02/14/18 PL 02/25/18 AR 03/15/18
Z, Zero Acres

---

County  35 FLAGLER
Crop  APH-POTATOES
Practice  IRRIGATED
Type  GRPB
²Legal Description
FSN: 297
2 12S 28E

Unit Description  KINNEY 100 FRONT W, BACK W
Insured's Share  0.500    ³Other persons sharing in crop
ONEIDA POTATO EXCHANGE

Unit Number  0U 2.02 YA    FSN  297  Yield No.  11.0
☑ Added Land/Cropland Acres___ ☐ New Prac/Type/TMA ☐ New Crop ☐ Meas. Serv.

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | 0.00 | 0.00 | 344.0  L |
| 15 | 0.00 | 0.00 | 344.0  L |
| 16 | 0.00 | 0.00 | 344.0  L |
| 17 | 1647.60 | 16.00 | 103.0 P A L |

| Total Yield | 1135.0 | Prior Yield | 344.0 |
| + Years | 4 | Ave Yield | 284.0 |
| = Prelim Yield | 284.0 | Rate Yield | 284.0 |
| T-Yield | 248.0 | Appr Yield | 310.0 |

| ⁴Record Type | 2017 LOSS | Prevented Acres | |
| Planted Acres | | Uninsurable Acres/Prod | |
| Date Planting Completed | | High Risk Acres | |
| High Risk Acres Class | | | |

Remarks/Other:  SC 01/02/18 PR 02/14/18 PL 02/25/18 AR 03/15/18
60% YA Plug,17T=344
Yield Adjustment
L, Added Land, Simple Avg
ADDED LAND 2017

---

County  35 FLAGLER
Crop  APH-POTATOES
Practice  IRRIGATED
Type  GRPB
²Legal Description
FSN: 310
29 12S 29E

Unit Description  KINNEY 105 BARN
Insured's Share  0.500    ³Other persons sharing in crop
ONEIDA POTATO EXCHANGE

Unit Number  0U 2.03    FSN  310  Yield No.  7.0
☑ Added Land/Cropland Acres___ ☐ New Prac/Type/TMA ☐ New Crop ☐ Meas. Serv.

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | 0.00 | 0.00 | 344.0  L |
| 15 | 0.00 | 0.00 | 344.0  L |
| 16 | 0.00 | 0.00 | 344.0  L |
| 17 | 8231.80 | 40.00 | 206.0  A L |

| Total Yield | 1238.0 | Prior Yield | 344.0 |
| + Years | 4 | Ave Yield | 310.0 |
| = Prelim Yield | 310.0 | Rate Yield | 310.0 |
| T-Yield | 246.0 | Appr Yield | 310.0 |

| ⁴Record Type | 2017 LOSS | Prevented Acres | |
| Planted Acres | | Uninsurable Acres/Prod | |
| Date Planting Completed | | High Risk Acres | |
| High Risk Acres Class | | | |

Remarks/Other:  SC 01/02/18 PR 02/14/18 PL 02/25/18 AR 03/15/18
L, Added Land, Simple Avg
ADDED LAND 2017

---

RH-5204-2016

## AGRI GENERAL INSURANCE COMPANY
### RAIN AND HAIL L.L.C.
#### MPCI Acreage and Production Reporting Form

| Policy | MP-0749812 | State | FLORIDA 9 | | Date | 11/22/2017 | Page 3 of 6 | JS |
|---|---|---|---|---|---|---|---|---|
| For | 2018 | and succeeding years | | JULINGTON CREEK FARMS | | | | |

SCAN: 80234628655653340038    2018

---

County  35 FLAGLER
Crop  APH-POTATOES
Practice  IRRIGATED
Type  GRPB
²Legal Description
FSN: 0
6 12S 29E

Unit Description  FIELD 6
Insured's Share  1.000    ³Other persons sharing in crop

Unit Number  0U 3.01    FSN    0    Yield No.  2.0
☐ Added Land/Cropland Acres ___  ☐ New Prac/Type/TMA  ☐ New Crop  ☐ Meas. Serv.

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | 29288.00 | 80.90 | 362.0 A |
| 14 | 17250.00 | 50.00 | 345.0 A |
| 15 | 31167.00 | 68.20 | 457.0 A |
| 16 | | 0.00 | . |
| 17 | 29,047.5 | 75.00 | 387.3 A |

| | | | |
|---|---|---|---|
| Total Yield | | Prior Yield | 353.0 |
| + Years | 5 | Ave Yield | |
| = Prelim Yield | | Rate Yield | |
| T-Yield | 246.0 | Appr Yield | |

Record Type | | Prevented Acres |
Planted Acres | | Unins.urable Acres/Prod |
Date Planting Completed | | High Risk Acres |
High Risk Acres Class |

Remarks/Other:  SC 01/02/18 PR 02/14/18 PL 02/25/18 AR 03/15/18
9-15 YLD 1378.0
Z, Zero Acres

---

County  35 FLAGLER
Crop  APH-POTATOES
Practice  IRRIGATED
Type  GRPB
²Legal Description
FSN: 171
9 12S 28E

Unit Description  BAR D
Insured's Share  1.000    ³Other persons sharing in crop

Unit Number  0U 3.01 YA    FSN    171    Yield No.  5.0
☐ Added Land/Cropland Acres ___  ☐ New Prac/Type/TMA  ☐ New Crop  ☐ Meas. Serv.

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | 0.00 | 246.0 T |
| 14 | 11408.00 | 31.00 | 368.0 A |
| 15 | 13678.00 | 30.60 | 447.0 A |
| 16 | | 0.00 | Z |
| 17 | 1320.00 | 28.00 | 47.0 P A L |

| | | | |
|---|---|---|---|
| Total Yield | 1108.0 | Prior Yield | 327.0 |
| + Years | 4 | Ave Yield | 277.0 |
| = Prelim Yield | 277.0 | Rate Yield | 277.0 |
| T-Yield | 246.0 | Appr Yield | 302.0 |

Record Type | 2017 LOSS | Prevented Acres |
Planted Acres | | Unins.urable Acres/Prod |
Date Planting Completed | | High Risk Acres |
High Risk Acres Class |

Remarks/Other:  SC 01/02/18 PR 02/14/18 PL 02/25/18 AR 03/15/18
60% YA Plug,17T=246
Yield Adjustment
Z, Zero Acres

---

County  35 FLAGLER
Crop  APH-POTATOES
Practice  IRRIGATED
Type  GRPB
²Legal Description
FSN: 297
2 12S 28E

Unit Description  KINNEY 100 NORTH, FRONT
Insured's Share  1.000    ³Other persons sharing in crop

Unit Number  0U 3.02 YA    FSN    297    Yield No.  9.0
☐ Added Land/Cropland Acres ___  ☐ New Prac/Type/TMA  ☐ New Crop  ☐ Meas. Serv.

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | 0.00 | 246.0 T |
| 15 | | 0.00 | 246.0 T |
| 16 | | 0.00 | 246.0 T |
| 17 | 9873.60 | 90.00 | 110.0 P A L |

| | | | |
|---|---|---|---|
| Total Yield | 848.0 | Prior Yield | 246.0 |
| + Years | 4 | Ave Yield | 212.0 |
| = Prelim Yield | 212.0 | Rate Yield | 212.0 |
| T-Yield | 246.0 | Appr Yield | 222.0 |

Record Type | 2017 LOSS | Prevented Acres |
Planted Acres | | Unins.urable Acres/Prod |
Date Planting Completed | | High Risk Acres |
High Risk Acres Class |

Remarks/Other:  SC 01/02/18 PR 02/14/18 PL 02/25/18 AR 03/15/18
60% YA Plug,17T=246
Yield Adjustment
T, 100% of T-Yield

---

County  35 FLAGLER
Crop  APH-POTATOES
Practice  IRRIGATED
Type  GRPA
²Legal Description
FSN: 285
6 12S 29E

Unit Description  HOME
Insured's Share  1.000    ³Other persons sharing in crop

Unit Number  0U 3.03    FSN    265    Yield No.  6.0
☐ Added Land/Cropland Acres ___  ☐ New Prac/Type/TMA  ☐ New Crop  ☐ Meas. Serv.

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | 16932.00 | 41.50 | 408.0 A |
| 17 | 15,387 | 60.00 | 256.45 A |

| | | | |
|---|---|---|---|
| Total Yield | | Prior Yield | 273.0 |
| + Years | 4 | Ave Yield | |
| = Prelim Yield | | Rate Yield | |
| T-Yield | 228.0 | Appr Yield | |

Record Type | | Prevented Acres |
Planted Acres | | Unins.urable Acres/Prod |
Date Planting Completed | | High Risk Acres |
High Risk Acres Class |

Remarks/Other:  SC 01/02/18 PR 02/14/18 PL 02/25/18 AR 03/15/18
16-16 YLD 408.0
T, 100% of T-Yield

---

RH-5204-2016

## AGRI GENERAL INSURANCE COMPANY
### RAIN AND HAIL L.L.C.
MPCI Acreage and Production Reporting Form

| Policy | MP-0749812 | State | FLORIDA 9 | Date | 11/22/2017 | Page 4 of 6 | JS |
|---|---|---|---|---|---|---|---|
| For | 2018 | and succeeding years | JULINGTON CREEK FARMS | | | | |

SCAN#: 80234628655653340049    2018

---

County  35 FLAGLER
Crop  APH-POTATOES
Practice  IRRIGATED
Type  GRPB
¹Legal Description
FSN: 310
29 30 12S 29E

Unit Description  KINNEY 105 BACK 80/HOME
Insured's Share  1.000    ³Other persons sharing in crop

Unit Number  OU 3.03    FSN  310    Yield No.  10.0

☒ Added Land/Cropland Acres____  ☐ New Prac/Type/TMA  ☐ New Crop  ☐ Meas. Serv.

| Crop Year | Total Production | Acres | Yield/Yield Descriptor |
|---|---|---|---|
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | 0.00 | 0.00 | 344.0  L |
| 15 | 0.00 | 0.00 | 344.0  L |
| 16 | 0.00 | 0.00 | 344.0  L |
| 17 | 19759.80 | 80.00 | 247.0  A L |

| Total Yield | 1279.0 | Prior Yield | 344.0 |
| ÷ Years | 4 | Ave Yield | 320.0 |
| = Prelim Yield | 320.0 | Rate Yield | 320.0 |
| T-Yield | 246.0 | Appr Yield | 320.0 |

Record Type  2017 LOSS
Planted Acres
Date Planting Completed
High Risk Acres Class.

Prevented Acres
Uninsurable Acres/Prod
High Risk Acres

Remarks/Other:   SC 01/02/18 FR 02/14/18 PL 02/25/18 AR 03/15/18
L, Added Land, Simple Avg
ADDED LAND 2017

---

County  35 FLAGLER
Crop  APH-POTATOES
Practice  IRRIGATED
Type  GRPA
²Legal Description
FSN: 0
8 12S 29E

Unit Description  BAR D/FSN 171
Insured's Share  1.000    ³Other persons sharing in crop

Unit Number  OU 3.06    FSN  0    Yield No.  8.0

☒ Added Land/Cropland Acres____  ☐ New Prac/Type/TMA  ☐ New Crop  ☐ Meas. Serv.

| Crop Year | Total Production | Acres | Yield/Yield Descriptor |
|---|---|---|---|
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | 0.00 | 0.00 | 312.0  L |
| 14 | 0.00 | 0.00 | 312.0  L |
| 15 | 0.00 | 0.00 | 312.0  L |
| 16 | 0.00 | 0.00 | 312.0  L |
| 17 | 10,258 | 40.00 | 256.45 A |

| Total Yield | | Prior Yield | 312.0 |
| ÷ Years | 5 | Ave Yield | |
| = Prelim Yield | | Rate Yield | |
| T-Yield | 228.0 | Appr Yield | |

Record Type
Planted Acres
Date Planting Completed
High Risk Acres Class

Prevented Acres
Uninsurable Acres/Prod
High Risk Acres

Remarks/Other:   SC 01/02/18 FR 02/14/18 PL 02/25/18 AR 03/15/18
13-16 YLD 1248.0
L, Added Land, Simple Avg
ADDED LAND 2017

---

County  FLAGLER
Crop  POTATOES
Practice  IRRIGATED
Type  GRPA
²Legal Description

MASTER YIELD

Unit Description
Insured's Share    ³Other persons sharing in crop

Unit Number    FSN    Yield No.

☐ Added Land/Cropland Acres____  ☐ New Prac/Type/TMA  ☐ New Crop  ☐ Meas. Serv.

| Crop Year | Total Production | Acres | Yield/Yield Descriptor |
|---|---|---|---|
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | 18840 | 53.2 | 354 |
| 14 | 8100 | 20.0 | 405 |
| 15 | 17261 | 37.0 | 467 |
| 16 | 22741.6 | 74.5 | 305 |
| 17 | 25,445 | 100.0 | 256. |

| Total Yield | | Prior Yield | |
| ÷ Years | 5 | Ave Yield | |
| = Prelim Yield | | Rate Yield | |
| T-Yield | 228 | Appr Yield | 357 |

Record Type
Planted Acres
Date Planting Completed
High Risk Acres Class

Prevented Acres
Uninsurable Acres/Prod
High Risk Acres

Remarks/Other:

---

County  FLAGLER
Crop  POTATOES
Practice  IRRIGATED
Type  GRPB
²Legal Description

MASTER YIELD

Unit Description
Insured's Share    ³Other persons sharing in crop

Unit Number    FSN    Yield No.

☐ Added Land/Cropland Acres____  ☐ New Prac/Type/TMA  ☐ New Crop  ☐ Meas. Serv.

| Crop Year | Total Production | Acres | Yield/Yield Descriptor |
|---|---|---|---|
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | 35738 | 106.7 | 335 |
| 14 | 38708 | 111.0 | 349 |
| 15 | 67222 | 149.2 | 451 |
| 16 | 24431.5 | 65.5 | 373 |
| 17 | 69,880.3 | 329.0 | 212 |

| Total Yield | | Prior Yield | |
| ÷ Years | 5 | Ave Yield | |
| = Prelim Yield | | Rate Yield | |
| T-Yield | 246 | Appr Yield | 344 |

Record Type
Planted Acres
Date Planting Completed
High Risk Acres Class

Prevented Acres
Uninsurable Acres/Prod
High Risk Acres

Remarks/Other:

---

# AGRI GENERAL INSURANCE COMPANY
### RAIN AND HAIL L.L.C.
#### MPCI Acreage and Production Reporting Form

| | |
|---|---|
| Policy MP-0749812 | State FLORIDA 9 | Date 11/22/2017 | Page 5 of 6 | JS |
| For 2018 and succeeding years | JULINGTON CREEK FARMS |

SCAN: 80234628655653340050   2018

---

County
Crop
Practice
Type
²Legal Description

Unit Description
Insured's Share          ³Other persons sharing in crop

Unit Number          FSN          Yield No.
☐ Added Land/Cropland Acres ___  ☐ New Prac/Type/TMA  ☐ New Crop  ☐ Meas. Serv.

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| Total Yield | | Prior Yield | |
| + Years | | Ave Yield | |
| = Prelim Yield | | Rate Yield | |
| T-Yield | | Appr Yield | |
| ⁴Record Type | | Prevented Acres | |
| Planted Acres | | Uninsurable Acres/Prod. | |
| Date Planting Completed | | High Risk Acres | |
| High Risk Acres Class | | | |

Remarks/Other:

---

County
Crop
Practice
Type
²Legal Description

Unit Description
Insured's Share          ³Other persons sharing in crop

Unit Number          FSN          Yield No.
☐ Added Land/Cropland Acres ___  ☐ New Prac/Type/TMA  ☐ New Crop  ☐ Meas. Serv.

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| Total Yield | | Prior Yield | |
| + Years | | Ave Yield | |
| = Prelim Yield | | Rate Yield | |
| T-Yield | | Appr Yield | |
| ⁴Record Type | | Prevented Acres | |
| Planted Acres | | Uninsurable Acres/Prod. | |
| Date Planting Completed | | High Risk Acres | |
| High Risk Acres Class | | | |

Remarks/Other:

---

County
Crop
Practice
Type
²Legal Description

Unit Description
Insured's Share          ³Other persons sharing in crop

Unit Number          FSN          Yield No.
☐ Added Land/Cropland Acres ___  ☐ New Prac/Type/TMA  ☐ New Crop  ☐ Meas. Serv.

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| Total Yield | | Prior Yield | |
| + Years | | Ave Yield | |
| = Prelim Yield | | Rate Yield | |
| T-Yield | | Appr Yield | |
| ⁴Record Type | | Prevented Acres | |
| Planted Acres | | Uninsurable Acres/Prod. | |
| Date Planting Completed | | High Risk Acres | |
| High Risk Acres Class | | | |

Remarks/Other:

---

County
Crop
Practice
Type
²Legal Description

Unit Description
Insured's Share          ³Other persons sharing in crop

Unit Number          FSN          Yield No.
☐ Added Land/Cropland Acres ___  ☐ New Prac/Type/TMA  ☐ New Crop  ☐ Meas. Serv.

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| Total Yield | | Prior Yield | |
| + Years | | Ave Yield | |
| = Prelim Yield | | Rate Yield | |
| T-Yield | | Appr Yield | |
| ⁴Record Type | | Prevented Acres | |
| Planted Acres | | Uninsurable Acres/Prod. | |
| Date Planting Completed | | High Risk Acres | |
| High Risk Acres Class | | | |

Remarks/Other:

---

RH-5204-2016



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AGRI GENERAL INSURANCE COMPANY<br>RAIN AND HAIL L.L.C. | Policy | MP-0749812 | State | FLORIDA 9 | Date | 11/22/2017 | Page 6 of 6 | JS |
| | For | 2018 and succeeding years | | JULINGTON CREEK FARMS | | | | |
| MPCI Application/Cancellation/Transfer/Policy Change/Reporting Form | | SCAN: 80234628655653340061 2018 | | | | | | |

**CANCELLATION INFORMATION:** I hereby request cancellation of my crop insurance policy for the crop(s) and crop year shown on this cancellation. I understand that if this form is not executed on or before the cancellation date for any crop year listed, the cancellation of insurance on such crop(s) will not become effective until the following crop year.

**REASON FOR CANCELLATION:** ☐ Mutual Consent ☐ Insured's Request ☐ Death, Incompetence or Dissolution ☐ Other ______

**TRANSFER INFORMATION:**

Part I: I hereby request cancellation of my insurance policy with (Enter Ceding AIP's Name and Policy No.) ______ for the crop(s) and crop year(s) shown on this application because I have applied for insurance with another Approved Insurance Provider. I understand that if this form is not executed on or before the established cancellation date for any crop listed, the cancellation of insurance on such crop(s) will not become effective until the following crop year.

I hereby authorize and direct the Ceding Approved Insurance Provider shown above to furnish any information relative to my insurance policy to the Assuming Approved Insurance Provider specified under Part II. I understand that if coverage for any crop(s) is now terminated or would have subsequently terminated for delinquent debt had this transfer not occurred, no coverage can be provided by the assuming Approved Insurance Provider.

Part II: By submission of this form, we agree to provide crop insurance to this applicant for the crop(s) and crop year shown on this application unless this form is not executed on or before the established cancellation date for any of the crop(s) shown, in which case insurance will be provided for such crop(s) for the following crop year.

Assuming AIP and Policy Issuing Company Code ______

Signature of AIP Representative Authorized to Accept Applications ______ Date ______

**A) CONDITIONS OF ACCEPTANCE STATEMENT** This application is accepted and insurance attaches in accordance with the policy unless: (1) the Federal Crop Insurance Corporation determines that in accordance with the regulations the risk is excessive; (2) any material fact is omitted, concealed or misrepresented in this application or in the submission of this application; (3) you have failed to provide complete and accurate information required by this application; or (4) the answer to any of the following questions is yes. An answer of "Yes" to these questions does not automatically result in rejection of the application. For example, if you answer yes to question (a) but your debt was discharged in bankruptcy, the application would not be rejected.

| Yes | No | | |
|---|---|---|---|
| ☐ | ☒ | (a) | Are you now indebted, and the debt is delinquent, for insurance coverage under the Federal Crop Insurance Act? |
| ☐ | ☒ | (b) | Have you in the last five years been convicted under federal or state law of planting, cultivating, growing, producing, harvesting, or storing a controlled substance? |
| ☐ | ☒ | (c) | Have you ever had insurance coverage under the authority of the Federal Crop Insurance Act terminated for violation of the terms of the contract or regulations or for failure to pay your delinquent debt? |
| ☐ | ☒ | (d) | Are you disqualified or debarred under the Federal Crop Insurance Act, the regulations of the FCIC, or the USDA? |
| ☐ | ☒ | (e) | Have you ever entered into an agreement with the FCIC or with the Department of Justice that you would refrain from participating in programs under the authority of the Federal Crop Insurance Act and that agreement is still effective? |
| ☐ | ☒ | (f) | Do you have like insurance on any of the above crop(s)? |

I understand that if coverage for any crop is currently terminated or would have subsequently terminated for indebtedness had this application been filed after the termination date, no coverage can be provided and I am ineligible for any benefits under the Federal Crop Insurance Act until the cause for termination is corrected.

We will notify you of rejection by depositing notification in the United States mail, postage paid, to the applicant's address. Unless rejected or the sales closing date has passed at the time you signed this application, insurance shall be in effect for the crop(s) and crop years specified and shall continue for each succeeding crop year unless otherwise specified in the policy, until canceled, terminated or voided. The insurance contract, which includes the accepted application, is defined in the regulation published at 7 CFR chapter IV. No term or condition of the contract shall be waived or changed unless such waiver or change is expressly allowed by the contract and is in writing.

**B) CERTIFICATION STATEMENT:** I certify that to the best of my knowledge and belief all of the information on this form is correct. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014, 7 U.S.C. §1506, 31 U.S.C. §3729, §3730 and any other applicable federal statutes).

**C) USDA MULTIPLE BENEFIT CERTIFICATION STATEMENT** I understand that obtaining multiple Federal benefits for the same loss, such as a Noninsured Crop Disaster Assistance Program (NAP) payment(s) and a Federal crop insurance indemnity is prohibited by law. I certify that I have or will disclose any other USDA benefit, including any NAP benefit received for this crop. Failure to disclose the receipt of multiple Federal benefits, or failure to repay one of the multiple Federal benefits such as either the NAP benefit or the Federal crop insurance indemnity for the same crop, may result in my being disqualified from receiving Federal crop insurance benefits as well as being ineligible for various programs administered by the Farm Service Agency for up to five (5) years.

**D) ANTI-REBATING CERTIFICATION STATEMENT FOR APPLICANT/INSURED** I certify for the crop year indicated that I have not directly or indirectly received, accepted or been paid, offered, promised, or given any benefit, including money, goods, or services for which payment is usually made, rebate, discount, abatement, credit, or reduction of premium, or any other valuable consideration as an inducement to procure insurance or in exchange for purchasing this insurance policy after it has been procured. I understand that this prohibition does not include payment of administrative fees, performance based discounts, and any other payment approved by FCIC that are authorized under sections 508(a)(9)(B) and 508(d)(3) of the Federal Crop Insurance Act (Act) (7 U.S.C. §§ 1508(a)(9)(B) and 1508(d)(3)). I understand that a false certification or failure to completely and accurately report any information on this form may subject me, and any person with a substantial beneficial interest in me, to sanctions including but not limited to criminal and civil penalties and administrative sanctions in accordance with section 515(h) of the Act (7 U.S.C. §1515(h)) and all other applicable federal statutes.

**E) ANTI-REBATING CERTIFICATION STATEMENT FOR AGENT** I certify, for the crop year indicated, that I have neither offered nor promised, directly or indirectly, any benefit, including money, goods or services for which payment is usually made, rebate, discount, credit, reduction of premium, or any other valuable consideration to this person either as an inducement to procure insurance or in exchange for obtaining insurance after it has been procured. I understand that this prohibition does not include payment of administrative fees, performance based discounts, and any other payment approved by FCIC that are authorized under sections 508(a)(9)(B) and 508(d)(3) of the Federal Crop Insurance Act (Act) (7 U.S.C. §§ 1508(a)(9)(B) and 1508(d)(3)). I understand that a false certification or failure to completely and accurately report any violation may subject me, and all agents/companies I represent, to sanctions, including but not limited to criminal and civil penalties and administrative sanctions in accordance with section 515(h) of the Act (7 U.S.C. §1515(h)) and all other applicable federal statutes.

**F) NONDISCRIMINATION STATEMENT**

**Non-Discrimination Policy:** The U.S. Department of Agriculture (USDA) prohibits discrimination against its customers, employees, and applicants for employment on the bases of race, color, national origin, age, disability, sex, gender identity, religion, reprisal, and where applicable, political beliefs, marital status, familial or parental status, sexual orientation, or all or part of an individual's income is derived from any public assistance program, or protected genetic information in employment or in any program or activity conducted or funded by the Department. (Not all prohibited bases will apply to all programs and/or employment activities.)

**To File a Program Complaint:** If you wish to file a Civil Rights program complaint of discrimination, complete the USDA Program Discrimination Complaint Form, found online at https://www.ascr.usda.gov/ad-3027-usda-program-discrimination-complaint-form, or at any USDA office, or call (866) 632-9992 to request the form. You may also write a letter containing all of the information requested in the form. Send your completed complaint form or letter by mail to the U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, by fax (202) 690-7442 or email at program.intake@usda.gov.

**Persons with Disabilities:** Individuals who are deaf, hard of hearing or have speech disabilities and wish to file either an EEO or program complaint please contact USDA through the Federal Relay Service at (800) 877-8339 or (800) 845-6136 (in Spanish). Persons with disabilities, who wish to file a program complaint, please see information above on how to contact the Department by mail directly or by email. If you require alternative means of communication for program information (e.g., Braille, large print, audiotape, etc.) please contact USDA's TARGET Center at (202) 720-2600 (voice and TDD).

**G) COLLECTION OF INFORMATION AND DATA (PRIVACY ACT) STATEMENT:** Agents, Loss Adjusters, and Policyholders: The following statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a). The Risk Management Agency (RMA) is authorized by the Federal Crop Insurance Act (7 U.S.C. 1501-1524) or other Acts, and the regulations promulgated thereunder, to solicit the information requested on documents established by RMA or by approved insurance providers (AIPs) that have been approved by the Federal Crop Insurance Corporation (FCIC), to deliver Federal crop insurance. The information is necessary for AIPs and RMA to operate the Federal crop insurance program, determine program eligibility, conduct statistical analysis, and ensure program integrity. Information provided herein may be furnished to other Federal, State, or local agencies, as required or permitted by law, law enforcement agencies, courts or adjudicative bodies, foreign agencies, magistrate, administrative tribunal, AIPs, contractors and cooperators, Comprehensive Information Management System (CIMS), congressional offices, or entities under contract with RMA. For insurance agents, certain information may also be disclosed to the public to assist interested individuals in locating agents in a particular area. Disclosure of the information requested is voluntary. However, failure to correctly report the requested information may result in the rejection of this document by the AIP or RMA in accordance with the Standard Reinsurance Agreement between the AIP and FCIC, Federal regulations, or RMA-approved procedures and the denial of program eligibility or benefits derived therefrom. Also, failure to provide true and correct information may result in civil suit or criminal prosecution and the assessment of penalties or pursuit of other remedies.

**H) NEW PRODUCER:** I certify that I have not produced the insured crop in the county for more than two APH crop years. I certify that I was not a member of another insured entity as a substantial beneficial interest holder which produced the insured crop in the county for more than two APH crop years. I certify that any substantial beneficial interest holders for the policy in which new producer status is requested, have not produced the insured crop in the county for more than two APH crop years. I understand that any mis-certification may result in recalculation of my yield guarantees, premiums and any applicable loss payments. The certification statements contained in this paragraph apply to any crop(s)/county(ies) that have been marked as being a New Producer in the New Producer column of the application.

I certify that the information and answers on this application are correct to my knowledge and belief that none of the reasons for rejection in items 1 through 4 of the "Conditions of Acceptance" apply, and that I am aware of and understand the requirements of the Collection of Information and Data (Privacy Act), as well as all other provisions contained on this application. I personally guarantee payment of the total premium and any applicable administrative fees (premium not applicable to CAT coverage).

Weston H. Thigpen

Applicant/Insured's Printed Name

[signature] 12/28/17

Applicant/Insured's Signature Date

I certify that I am responsible for establishing the approved APH yields that are used to calculate the production guarantees contained in this acreage report and that such approved APH yields are correct to the best of my knowledge. I understand this form may be reviewed or audited, and that information inaccurately reported or failure to retain records to support information on this form, may result in a recomputation of the approved APH yield.

Penny Hammer

Licensed Agent's Printed Name Code

[signature] 12-28-17

Licensed Agent's Signature Date

**PROMISSORY NOTE:** On or before ______08/15/18______ the Undersigned, in consideration of the issuance of the policy shown above, hereby agrees to pay at 9200 Northpark Drive, Suite 300, Johnston, Iowa 50131, to the order of the Company, the total premium and applicable administrative fees, all as allowed by law. The Undersigned agrees to pay the maximum amount of interest on the total unpaid premium after such due dates plus reasonable costs of collection and attorney fees, all as allowed by law as stated in 7 CFR 457.8 and consents to the Iowa Court jurisdiction and venue. The Undersigned agrees and understands that the Company may deduct any and all amounts owed from this policy or any other policy whether or not due, from any sums payable to and under this policy.

**Native Sod (IA, MN, MT, NE, ND, SD ONLY)** ☐ I HAVE ☐ I HAVE NOT broken native sod after February 7, 2014. I understand that if the native sod acreage I will be assessed a [illegible]

WEB COPY

SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS

RH-5200 2018 (Rev.09-2017)

## 1 PERSON TYPE

A. Public Schools
B. Trust-Bureau of Indian Affairs (BIA) and Indian Tribe Ventures
C. Corporations
D. Estates
E. Non-Profit or Tax Exempt Organizations

F. Transfer of Rights to Indemnity (SBI only)
G. Receiver or Liquidator
H. Public Agency State/Local Government
I. Individuals
J. Joint Operations/Joint Ventures/Co-Ownerships

P. Partnerships
R. Revocable Trust
S[1]. Spousal/Married
T. Irrevocable Trust
U. Undivided Interest (CAT only)

X. Individual Operating as a Business
Y. Limited Liability Company

[1] Enter the spouse's information on the front of the 5200 form in the SBI Information section. If not married, state No Spouse.

For all insured persons other than "S", list all persons or entities with 10 percent or more interest in the insured/applicant on the front of the 5200 form in the SBI Information section.

## 2 LEGAL DESCRIPTION

Section, township, range, other land identifier (e.g., Spanish land grants, metes and bounds, etc.)

## 3 NAME OF OTHER PERSON(S) SHARING IN THE CROP

If the landlord or tenant is insuring the others share on this policy, include the landlord or tenant's name and the percent of share of the landlord or tenant listed.

## 4 ACREAGE TYPE

A. Insured (planted)
B. Insured - Acreage emerging from an USDA program the initial crop year
C. Insured - New breaking acreage insured in accordance with the policy (i.e., 5 percent or less of insured acreage planted in the unit) the initial crop year or insured under SP and the insured is able to substantiate the acreage has previously been in production
D. Insured – New breaking acreage insured in accordance with the policy or under SP and the insured is unable to substantiate the acreage has previously been in production

E. Insured – New breaking acreage insured by WA and the insured is able to substantiate the acreage has previously been in production
F. Insured – New breaking acreage insured by WA and the insured is unable to substantiate the acreage has previously been in production
G. Insured – Total native sod acreage greater than five acres insured under the terms of the policy
H. Insured – Total native sod acreage greater than five acres insured under the terms of the SP

I. Insured – Total native sod acreage greater than five acres insured by WA
J. Insured – Short rated acreage
K. Insured – Late-planted acreage
L. Insured-UUF/Third Party damaged acreage
M. Prevented planting
N. Uninsured
O. Uninsurable
P. Uninsurable due to 2nd crop provisions
Q. Uninsurable due to new breaking and the insured substantiates the acreage has been in production

R. Uninsurable due to new breaking and the insured cannot substantiate the acreage has previously been in production
S. Uninsurable due to total native sod acreage greater than five acres and is not insured by SP or WA
T. Unreported acreage (within the same unit)
U. Unreported units
V. Zero acreage report for unit
W. Zero acreage report for county

Z. Zero Planted Acres

## 5 RECORD TYPE

A. Harvested Production: Sold/Commercial Storage
B. Harvested Production: Farm Stored/Measured by Insured
C. Harvested Production: Pick/Daily Sales Records
D. Harvested Production: Automated Yield Monitoring System
E. Harvested Production: Farm Stored/Measured by Authorized Representative

F. Harvested Production: Livestock Feeding Records
G. Harvested Production: Field Harvest Records
H. Harvested Production: Other
I. Unharvested and Destroyed (ARPI only)
J. Unharvested and Put to Another Use (ARPI only)

K. Unharvested and Production Appraised by AIP (ARPI only)
L. Unreported Production (ARPI only)
M. Claim for Indemnity
N. Appraisal (non-loss)
O. UUF or Third Party Damage

## 6 INSURABILITY

Indicate whether acreage and production being reported is from insurable, uninsurable, uninsurable cause of loss appraisal, uninsured acreage or from acreage on which a PP payment was reduced due to a second crop being planted.

## 7 MULTI CROP YEAR REPORTING REASON

Enter the applicable code(s) for the reason the insured is reporting a crop year other than the most recent APH crop year. Insureds may certify production reports for crop years other than the most recent for various reasons, including:

A. certification of crop years not previously certified;
B. correction;
C. replacement of temporary yield;

D. replacement of assigned yield;
E. certification by new insured;
F. certification using another producer's history for new acreage;

G. recertification for new actuarial offer;
H. recertification for new unit structure; or

I. other.

If not applicable, leave blank.

## 8 SUPPLEMENTAL COVERAGE OPTION (SCO) ENDORSEMENT TERMS AND CONDITIONS

In addition to Section 3B(2) of the Basic Provisions, I hereby elect this Supplemental Coverage Option Endorsement, and by this election I understand:

A. I must have purchased a policy under the Common Crop Insurance Policy Basic Provisions and applicable Crop Provisions to elect this Endorsement and must also purchase this Endorsement with the same Approved Insurance Provider as my Common Crop Insurance Policy.
B. I may elect coverage under this Endorsement and the Farm Service Agency's Agriculture Risk Coverage Program, but the same acreage of the crop cannot be covered under both programs.
C. I may elect coverage under this Endorsement and Stacked Income Protection Plan for the upland cotton, but the same acreage cannot be insured under both.
D. If at any time my Common Crop Insurance Policy for the crop is canceled or terminated, coverage under this endorsement is automatically canceled or terminated.
E. That by electing this Endorsement, it will continue from year to year unless I or you cancel or change my election by written notice on or before the cancellation date or my coverage is otherwise canceled or terminated under the terms of my policy.
F. Separate Administrative Fees will be assessed for each crop insured under this Endorsement.

ARC Coverage ☐ YES ☐ NO means if you elected the SCO Endorsement, do you also have ARC Coverage?

## 9 STACKED INCOME PROTECTION PLAN (STAX) TERMS AND CONDITIONS

I may not elect coverage under this plan of insurance on the same acres I elect coverage for the Supplemental Coverage Option (SCO) Endorsement if I participate in the SCO. I understand that by signing this application, the coverage under this plan of insurance will continue from year to year unless I or you cancel or change my election by written notice on or before the cancellation date or my coverage is otherwise canceled or terminated under the terms of my policy.

A. Coverage Level represents STAX Coverage Range
B. Percentage of Price Election represents STAX Protection Factor
C. Designated County means when both SCO and STAX are elected for the same crop and county(ies), if land is added to this operation after the Sales Closing Date and reported by the Acreage Reporting Date, such acreage will be covered by SCO or STAX as indicated in this column. If no designation is made, the acreage is covered by SCO.
D. SCO Coverage ☐ YES ☐ NO means if you elected the STAX Policy, do you also have SCO Coverage for the same county(ies)? If Yes, identify by APH Database whether SCO or STAX applies by listing the Yield No (s) and plan in the REMARKS/OTHER section of this form. Any acres insured by the companion policy that are not designated for STAX coverage will be covered by SCO.

## AGRI GENERAL INSURANCE COMPANY
### RAIN AND HAIL L.L.C.
**MPCI Application/Cancellation/Transfer/Policy Change/Reporting Form**

| Policy | MP-0749812 | State | FLORIDA 9 | Date | 09/26/2017 | Page 1 of 2 | JS |
|--------|-----------|-------|-----------|------|-----------|-------------|-----|
| For | 2018 | and succeeding years | | | | | |

SCAN: 8033351299274636000610  2018

| Applicant/Insured Information | Signature Authorization | Agency/Agent Information |
|---|---|---|
| JULINGTON CREEK FARMS<br>PO BOX 600277<br>JACKSONVILLE FL 32260-0000 | I grant the person(s) listed below the authority to sign any and all crop insurance documents on my behalf. I understand that by authorizing such persons to sign documents on my behalf I am legally bound by all terms and conditions of such documents and of the crop insurance contract. I also understand that granting the following person(s) the authority to sign on my behalf does not obligate that person(s) to the terms and conditions of my **crop insurance contract. I further understand that this authorization may be revoked by me at any time upon** written notice, signed and delivered to my Approved Insurance Provider.<br><br>APPLICANT/INSURED AUTHORIZED REPRESENTATIVE | PROGRESSIVE AG<br>417 38TH ST SW STE A<br>FARGO ND 58103-6508<br><br>mailto: LAUREL@PROGRESSIVEAG.COM |
| Phone<br>608-339-9869   SSN / EIN / Ran   *Person Type   State of Incorp.<br>*****3132   Limited Liability Company   FL | | Phone<br>701-277-9210   Agency Code<br>7772-30 |

**Form Action Requested (check all that apply):**
☐ New Applicant  ☐ Transfer  ☒ Coverage Change  ☐ Cancellation  ☐ Policy Change  ☐ Required Field Review  ☐ Acreage Report  ☐ Production Report

| Other Changes: | | The person who is insuring the other's share must provide |
|---|---|---|
| ☐ Add/change/correct insured's authorized representative | ☐ Add Signature Authorization   ☐ Remove Signature Authorization | ☒ Yes ☐ No  Is the applicant at least 18 years old? |
| ☐ Change/correct insured's address | ☐ Correct insured's identification number   ☐ Correct SBI's identification number | ☐ Yes ☒ No  Is applicant insuring landlord's share? (List as SBI) |
| | ☐ Correct the spelling of insured's name   ☐ Correct the spelling of SBI's name | ☒ Yes ☒ No  Is applicant insuring tenant's share? (List as SBI) |

evidence of the other party's approval, such as the lease agreement or power of attorney.

**ADDED COUNTY ELECTION** ☒ YES ☐ NO   I request insurance coverage for my share of the Category B crops (except forage production) specified below with a designated county in all added counties where the crops are insurable. I understand that the coverage in effect for the crop in the designated county (as selected in the 'Designated County' column below) will apply to added county acreage which qualifies for such coverage.

### APPLICATION INFORMATION

| County | Name of Crop | Effective Crop Year | Plan of Insurance Current | Plan of Insurance Change | Coverage Level Current | Coverage Level Change | Percentage of Price Election, Projected Price, Amount of Ins. or Prot. Factor Current | Percentage of Price Election, Projected Price, Amount of Ins. or Prot. Factor Change | Practice/Type/Class etc. | Options, Elections or Endorsements | Unit Structure Code | Crop to Cancel | *New Producer | *Designated County | "X" If Zero Acres | *ARC/ *SCO Coverage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FLAGLER | POTATOES | 2018 | APH | Reds | A 0.75 | 85% | MKT | $18.00 | IRRIGATED GRPA | YA | OU | | | | X | ☐YES ☐NO |
| | POTATOES | 2018 | APH | WhT | A 0.75 | 85% | MKT | $12.25 | IRRIGATED GRPB | YA | OU | | | | X | ☐YES ☐NO |
| ST. JOHNS | POTATOES | 2018 | APH | | A 0.75 | 85% | MKT | 18.00 IR GRPA | YA | OU | | | P | | | ☐YES ☐NO |
| ↓ | ↓ | ↓ | ↓ | | | 85% | | 12.25 IR GRP B YA    OU | | | | | P | | | ☐YES ☐NO |
| | | | | | | | | | | | | | | | ☐YES ☐NO |
| | | | | | | | | | | | | | | | ☐YES ☐NO |
| | | | | | | | | | | | | | | | ☐YES ☐NO |
| | | | | | | | | | | | | | | | ☐YES ☐NO |
| | | | | | | | | | | | | | | | ☐YES ☐NO |

**REMARKS/OTHER:** 2017 = Reds = 19.25
WhTs = $12.00

### POLICY LOSS PAYEE AND ADDRESS

**LOSS PAYABLE TO ME AND NO OTHERS**

**SBI INFORMATION** - List all persons with a substantial beneficial interest (10% or more) in the insured/applicant as defined in the applicable policy provisions (include landlords or tenants insured under the applicant). If none, state NONE. For spousal insureds/applicants, indicate the spouse's name, identification number and identification number type. If individual insured/applicant is not married, state No Spouse.

| SBI Request | Name | Complete Address | Telephone Number | Identification Number | Identification Number Type | Person Type |
|---|---|---|---|---|---|---|
| ☐ UPDATE<br>☐ REMOVE | WESTON THIGPEN | PO BOX 600277<br>JACKSONVILLE FL 32260-0000 | 608-339-9869 | *****0104 | SSN | Individual |
| ☐ ADD | | | | | | |

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL, L.L.C.

**MPCI Application/Cancellation/Transfer/Policy Change/Reporting Form**

| Policy | MP-0749812 | State | FLORIDA 9 | Date | 09/26/2017 | Page 2 of 2 | JS |
|--------|-----------|-------|-----------|------|------------|-------------|-----|
| For | 2018 | and succeeding years | JULINGTON CREEK FARMS | | | | |

SCAN- 80333512992746370023 2018

**CANCELLATION INFORMATION:** I hereby request cancellation of the crop insurance policy for the crop(s) and crop year shown on this cancellation. I understand that if this form is not executed on or before the cancellation date for any crop year listed, this cancellation of insurance on such crop(s) will not become effective until the following crop year.

**REASON FOR CANCELLATION** ☐ Mutual Consent ☐ Insured's Request ☐ Death, Incompetence or Dissolution ☐ Other ___

**TRANSFER INFORMATION:**

**Part I:** I hereby request cancellation of my insurance policy with [Enter Ceding AIP's Name and Policy No.] _____ for the crop(s) and crop year(s) shown on this application because I have applied for insurance with another Approved Insurance Provider. I understand that if this form is not executed on or before the established cancellation date for any crop year listed, the cancellation of insurance on such crop(s) will not become effective until the following crop year.

I hereby authorize and direct the Ceding Approved Insurance Provider shown above to furnish any information relative to my insurance policy to the Assuming Approved Insurance Provider specified under Part II. I understand that if coverage for any crop(s) is now terminated or would have subsequently terminated for delinquent debt had this transfer not occurred, no coverage can be provided by the assuming Approved Insurance Provider.

**Part II:** By submission of this form, we agree to provide crop insurance to this applicant for the crop(s) and crop year shown on this application unless this form is not executed on or before the established cancellation date for any of the crop(s) shown, in which case insurance will be provided for such crop(s) for the following crop year.

Assuming AIP and Policy Issuing Company Code _____

Signature of AIP Representative Authorized to Accept Applications _____ Date _____

**A) CONDITIONS OF ACCEPTANCE STATEMENT:** This application is accepted and insurance attaches in accordance with the policy unless: 1) The Federal Crop Insurance Corporation determines that, in accordance with the regulations, the risk is excessive; (2) any material fact is omitted, concealed or misrepresented in this application or in the submission of this application; (3) you have failed to provide complete and accurate information required by this application; or (4) the answer to any of the following questions is 'yes'. An answer of 'yes' to these questions does not automatically result in rejection of the application. For example, if you answer 'yes' to question (a) that your debt was discharged in bankruptcy, the application would not be rejected.

| Yes | No | |
|-----|----|----|
| ☐ | ☐ | (a) Are you now indebted, and the debt is delinquent for insurance coverage under the Federal Crop Insurance Act? |
| ☐ | ☐ | (b) Have you in the last five years been convicted under federal or state law of planting, cultivating, growing, producing, harvesting, or storing a controlled substance? |
| ☐ | ☐ | (c) Have you ever had insurance coverage under the authority of the Federal Crop Insurance Act terminated for violation of the terms of the contract or regulations, or for failure to pay your delinquent debt? |
| ☐ | ☐ | (d) Are you disqualified or debarred under the Federal Crop Insurance Act, the regulations of the FCIC, or the USDA? |
| ☐ | ☐ | (e) Have you ever entered into an agreement with the FCIC or with the Department of Justice that you would refrain from participating in programs under the authority of the Federal Crop Insurance Act and that agreement is still effective? |
| ☐ | ☐ | (f) Do you have title insurance on any of the above crop(s)? |

**C) USDA MULTIPLE BENEFIT CERTIFICATION STATEMENT** ...

**D) ANTI-REBATING CERTIFICATION STATEMENT FOR APPLICANT/INSURED:** ...

**E) ANTI-REBATING CERTIFICATION STATEMENT FOR AGENT:** ...

**F) NONDISCRIMINATION STATEMENT**

**Non-Discrimination Policy:** ...

**B) CERTIFICATION STATEMENT:** I certify that to the best of my knowledge and belief all of the information on this form is correct ...

**G) COLLECTION OF INFORMATION AND DATA (PRIVACY ACT) STATEMENT:** Agents, Loss Adjusters, and Policyholders ...

**H) NEW PRODUCER:** ...

**I) NEW PRODUCER:** ...

**PROMISSORY NOTE:** On or before _____ the Undersigned ...

Weston H. Thigpen
Applicant/Insured's Printed Name

Applicant/Insured's Signature  Date 12/28/17

Licensed Agent's Printed Name

Licensed Agent's Signature  Code 12-28-17  Date 12-28-17

SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS

RH-5200-2018 (Rev. 08-2017)

**1 PERSON TYPE**

| | | |
|---|---|---|
| A. Public Schools | F. Transfer of Rights to Indemnity (SBI only) | P. Partnerships |
| B. Trust-Bureau of Indian Affairs (BIA) and Indian Tribe Ventures | G. Receiver or Liquidator | R. Revocable Trust |
| C. Corporations | H. Public Agency State/Local Government | S¹. Spousal/Married |
| D. Estates | I. Individuals | T. Irrevocable Trust |
| E. Non-Profit or Tax Exempt Organizations | J. Joint Operations/Joint Ventures/Co-Ownerships | U. Undivided Interest (CAT only) |

| | |
|---|---|
| X. Individual Operating as a Business | |
| Y. Limited Liability Company | |

¹ Enter the spouse's information on the front of the 5200 form in the SBI Information section. If not married, state No Spouse.

For all insured persons other than "S", list all persons or entities with 10 percent or more interest in the insured/applicant on the front of the 5200 form in the SBI Information section.

**2 LEGAL DESCRIPTION**

Section, township, range, other land identifier (e.g., Spanish land grants, metes and bounds, etc.)

**3 NAME OF OTHER PERSON(S) SHARING IN THE CROP**

If the landlord or tenant is insuring the others share on this policy, include the landlord or tenant's name and the percent of share of the landlord or tenant listed.

**4 ACREAGE TYPE**

A. Insured (planted)

B. Insured - Acreage emerging from an USDA program the initial crop year

C. Insured - New breaking acreage insured in accordance with the policy (i.e., 5 percent or less of insured acreage planted in the unit) the initial crop year or insured under SP and the insured is able to substantiate the acreage has previously been in production

D. Insured – New breaking acreage insured in accordance with the policy or under SP and the insured is unable to substantiate the acreage has previously been in production

E. Insured – New breaking acreage insured by WA and the insured is able to substantiate the acreage has previously been in production

F. Insured – New breaking acreage insured by WA and the insured is unable to substantiate the acreage has previously been in production

G. Insured – Total native sod acreage greater than five acres insured under the terms of the policy

H. Insured – Total native sod acreage greater than five acres insured under the terms of the SP

I. Insured – Total native sod acreage greater than five acres insured by WA

J. Insured – Short rated acreage

K. Insured – Late-planted acreage

L. Insured-UUF/Third Party damaged acreage

M. Prevented planting

N. Uninsured

O. Uninsurable

P. Uninsurable due to 2nd crop provisions

Q. Uninsurable due to new breaking and the insured substantiates the acreage has been in production

R. Uninsurable due to new breaking and the insured cannot substantiate the acreage has previously been in production

S. Uninsurable due to total native sod acreage greater than five acres and is not insured by SP or WA

T. Unreported acreage (within the same unit)

U. Unreported units

V. Zero acreage report for unit

W. Zero acreage report for county

**5 RECORD TYPE**

A. Production Sold/Commercial Storage

B. Farm Stored Measured by Insured

C. Pick/Daily Sales Records

D. Automated Yield Monitoring System

E. Farm Stored Measured by Authorized Representative of the AIP

F. Livestock Feeding Records

G. Claim For Indemnity

H. Appraisal (non-loss)

I. Field Harvest Records

J. Zero planted acreage report

K. UUF/Third Party Damage

L. Other

M. (ARPI Only) unharvested and destroyed

N. (ARPI Only) unharvested and put to another use

O. (ARPI Only) unharvested and production appraised

P. (ARPI Only) unreported production

**6 INSURABILITY**

Indicate whether acreage and production being reported is from insurable, uninsurable, uninsurable cause of loss appraisal, uninsured acreage or from acreage on which a PP payment was reduced due to a second crop being planted.

**7 MULTI CROP YEAR REPORTING REASON**

Enter the applicable code(s) for the reason the insured is reporting a crop year other than the most recent APH crop year. Insureds may certify production reports for crop years other than the most recent for various reasons, including:

A. certification of crop years not previously certified;

B. correction;

C. replacement of temporary indemnity;

D. replacement of assigned yield;

E. certification by new insured;

F. certification using another producer's history for new acreage;

G. recertification for new actuarial offer;

H. recertification for new unit structure; or

I. other.

If not applicable, leave blank.

**8 SUPPLEMENTAL COVERAGE OPTION (SCO) ENDORSEMENT TERMS AND CONDITIONS**

In addition to Section 3B(2) of the Basic Provisions, I hereby elect this Supplemental Coverage Option Endorsement, and by this election I understand:

A. I must have purchased a policy under the Common Crop Insurance Policy Basic Provisions and applicable Crop Provisions to elect this Endorsement and must also purchase this Endorsement with the same Approved Insurance Provider as my Common Crop Insurance Policy.

B. I may elect coverage under this Endorsement and the Farm Service Agency's Agriculture Risk Coverage Program, but the same acreage of the crop cannot be covered under both programs.

C. I may elect coverage under this Endorsement and Stacked Income Protection Plan for the upland cotton, but the same acreage cannot be insured under both.

D. If at any time my Common Crop Insurance Policy for the crop is canceled or terminated, coverage under this endorsement is automatically canceled or terminated.

E. That by electing this Endorsement, it will continue from year to year unless I or you cancel or change my election by written notice on or before the cancellation date or my coverage is otherwise canceled or terminated under the terms of my policy.

F. Separate Administrative Fees will be assessed for each crop insured under this Endorsement.

ARC Coverage ☐ YES ☐ NO means if you elected the SCO Endorsement, do you also have ARC Coverage?

**9 STACKED INCOME PROTECTION PLAN (STAX) TERMS AND CONDITIONS**

I may not elect coverage under this plan of insurance on the same acres I elect coverage for the Supplemental Coverage Option (SCO) Endorsement if I participate in the SCO. I understand that by signing this application, the coverage under this plan of insurance will continue from year to year unless I or you cancel or change my election by written notice on or before the cancellation date or my coverage is otherwise canceled or terminated under the terms of my policy.

A. Coverage Level represents STAX Coverage Range

B. Percentage of Price Election represents STAX Protection Factor

C. Designated County means when both SCO and STAX are elected for the same crop and county(ies), if land is added to this operation after the Sales Closing Date and reported by the Acreage Reporting Date, such acreage will be covered by SCO or STAX as indicated in this column. If no designation is made, the acreage is covered by SCO.

D. SCO Coverage ☐ YES ☐ NO means if you elected the STAX Policy, do you also have SCO Coverage for the same county(ies)? If Yes, identify by APH Database whether SCO or STAX applies by listing the Yield No.(s) and plan in the REMARKS/OTHER section of this form. Any acres insured by the companion policy that are not designated for STAX coverage will be covered by SCO.

RH-5200-2018 (Rev. 08-2017)

**Production Reporting**

| Policy | MP-0749812 | State | FLORIDA 9 | Date | 11/05/2019 | Page 1 of 3 | AJS |
|---|---|---|---|---|---|---|---|

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.

For **2020** and succeeding years

SCAN: 00354129399636210011  2020

| Applicant/Insured Information | Signature Authorization | Agency/Agent Information |
|---|---|---|
| JULINGTON CREEK FARMS<br>PO BOX 600277<br>JACKSONVILLE FL 32260-0000<br><br>Mobile Number: 608-339-9869 | I grant the person(s) listed below the authority to sign any and all crop insurance documents on my behalf. I understand that by authorizing such persons to sign documents on my behalf I am legally bound by all terms and conditions of such documents and of the crop insurance contract. I also understand that granting the following person(s) the authority to sign on my behalf does not obligate that person(s) to the terms and conditions of my crop insurance contract. I further understand that this authorization may be revoked by me at any time upon written notice, signed and delivered to my Approved Insurance Provider.<br><br>APPLICANT/INSURED AUTHORIZED REPRESENTATIVE | PROGRESSIVE AG<br>417 38TH ST SW STE A<br>FARGO ND 58103-6508<br><br>mailto: RLG@PROGRESSIVEAG.COM<br>JOAN@PROGRESSIVEAG.COM |

| Phone<br>608-339-9869 | SSN / EIN / Ran<br>****3132 | Person Type<br>Limited Liability Company | State of Incorp.<br>FL | | Phone<br>701-277-8210 | Agency Code<br>7772-30 |

Other Changes:
☐ Add Signature Authorization  ☐ Add/change/correct Insured's authorized representative  ☐ Correct the spelling of Insured's name  ☐ Correct SBI's identification number
☐ Remove Signature Authorization  ☐ Correct Insured's identification number  ☐ Change/correct Insured's address  ☐ Correct the spelling of SBI's name

# MPCI Production Reporting Form

| County | Name of Crop | Effective Crop Year | Plan of Insurance | Coverage Level | Percentage of Price Election, Projected Price, Amount of Ins., or Proj. Factor | Practice/Type/Class etc. | Options, Elections or Endorsements | Unit Structure Code | New Producer | Designated County | Total Acres | "X" if Zero Acres |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FLAGLER | POTATOES | 2020 | APH | A 0.80 | MKT | IRRIGATED GRPA | PFYAYC | OU | | X | | |
| | POTATOES | 2020 | APH | A 0.80 | MKT | IRRIGATED GRPB | PFYAYC | OU | | X | | |
| ST. JOHNS | POTATOES | 2020 | APH | A 0.85 | MKT | | YAYC | OU | P | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

**REMARKS/OTHER:**

**POLICY LOSS PAYEE AND ADDRESS**

LOSS PAYABLE TO ME AND NO OTHERS

**SBI INFORMATION** - List all persons with a substantial beneficial interest (10% or more) in the insured/applicant as defined in the applicable policy provisions (include landlords or tenants insured under the applicant). If none, state NONE. For spousal insureds/applicants, indicate the spouse's name, identification number and identification number type. If individual insured/applicant is not married, state No Spouse.

| SBI Request | Name | Complete Address | Telephone Number | Identification Number | Identification Number Type | Person Type |
|---|---|---|---|---|---|---|
| ☐ UPDATE<br>☐ REMOVE<br><br>☐ ADD | WESTON THIGPEN | PO BOX 600277<br>JACKSONVILLE FL 32260-0000 | 608-339-9869 | ****0104 | SSN | Individual |

WEB COPY

Production Reporting

RH-5200-2020

2020 P 54753386 54/128399  SORT UNIT REMOVED_FARMING ACREAGE_ONLY

| Policy | MP-0749812 | State | FLORIDA 9 | | Date | 11/05/2019 | Page 2 of 3 | AJS |
|---|---|---|---|---|---|---|---|---|

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.

**MPCI Production Reporting Form**

For 2020 and succeeding years — JULINGTON CREEK FARMS

SCAN: 00354129399636210022 2020

| Crop | Practice | Type | Unit Number/ Options | Insured's Share | Name of Other Person(s) Sharing in the Crop | FSA Farm-Tract-Field | PR Date | T-Yield Area/Area Class | T-Yield/ PY-Yield | Production Record Type/ Insur. | Yield Number | APH Year Total Production | 2019 Acres | Yield | Uninsurable Total Production | Acres |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POTATOES | IRRIGATED | GRPB | OU 2.03 PF | 0.500 | ONEIDA POTATO EXCHANGE | 310 | 02/14/20 | 247.0 310.0 | | A&B | 7.0 | 10,628.78 | 40.00 | 265.7 | | |
| Legal Description: 35 FLAGLER | | | 29 12S 29E | | | | | Unit Description: KINNEY 105 BARN | | ☒ Added Land/Cropland Acres_____ ☐ New Crop ☐ New Prac/Type/TMA ☐ Meas Serv | | | | | | |
| | | | | | | | | Remarks Prevented Plant + 5%;Z, Zero Acres;ADDED LAND 2017 | | | | | | | | |
| POTATOES | IRRIGATED | GRPB | OU 3.04 PF | 1.000 | | 272 | 02/14/20 | 247.0 304.0 | | A&B | 12.0 | 24,885.5 | 79.00 | 315.0 | | |
| Legal Description: 35 FLAGLER | | | 1 14S 29E | | | | | Unit Description: BARTON N | | ☒ Added Land/Cropland Acres_____ ☐ New Crop ☐ New Prac/Type/TMA ☐ Meas Serv | | | | | | |
| | | | | | | | | Remarks Prevented Plant + 5%;L, Added Land, Simple Avg;ADDED LAND 2018 | | | | | | | | |
| POTATOES | IRRIGATED | GRPB | OU 3.04 PF | 1.000 | | 272 | 02/14/20 | 247.0 304.0 | | A&B | 13.0 | 21,059.2 | 70.00 | 300.84 | | |
| Legal Description: 35 FLAGLER | | | 12 14S 29E | | | | | Unit Description: BARTON S | | ☒ Added Land/Cropland Acres_____ ☐ New Crop ☐ New Prac/Type/TMA ☐ Meas Serv | | | | | | |
| | | | | | | | | Remarks Prevented Plant + 5%;L, Added Land, Simple Avg;ADDED LAND 2018 | | | | | | | | |
| POTATOES | IRRIGATED | GRPA | OU 3.06 PF | 1.000 | claim | 399 | 02/14/20 | 225.0 309.0 | | | 20.0 | 0.00 | 0.00 | 309.0 ✓ | | 100.00 |
| Legal Description: 35 FLAGLER | | | 26 35 13S 29E | | | | | Unit Description: | | ☐ Added Land/Cropland Acres_____ ☐ New Crop ☒ New Prac/Type/TMA ☐ Meas Serv | | | | | | |
| | | | | | | | | Remarks Prevented Plant + 5%;C, New Crop/Practice/Type Avg/Emerging CRP;ADD PRAC/TYPE/VARIETY 2019 | | | | | | | | |
| POTATOES | IRRIGATED | GRPB | OU 3.07 PFYA | 1.000 | | 396 | 02/14/20 | 247.0 304.0 | | M | 21.0 | 3498.00 | 28.00 | 125.0 ✓ | | |
| Legal Description: 35 FLAGLER | | | 33 12S 29E | | claim | | | Unit Description: | | ☒ Added Land/Cropland Acres_____ ☐ New Crop ☐ New Prac/Type/TMA ☐ Meas Serv | | | | | | |
| | | | | | | | | Remarks: OPTIONS:PFYA;L, Added Land, Simple Avg;ADDED LAND 2019;60% YA Plug,19T=304 | | | | | | | | |
| Legal Description | | | | | | | | Unit Description: | | ☐ Added Land/Cropland Acres_____ ☐ New Crop ☐ New Prac/Type/TMA ☐ Meas Serv | | | | | | |
| | | | | | | | | Remarks: | | | | | | | | |
| Legal Description | | | | | | | | Unit Description: | | ☐ Added Land/Cropland Acres_____ ☐ New Crop ☐ New Prac/Type/TMA ☐ Meas Serv | | | | | | |
| | | | | | | | | Remarks | | | | | | | | |
| Legal Description | | | | | | | | Unit Description: | | ☐ Added Land/Cropland Acres_____ ☐ New Crop ☐ New Prac/Type/TMA ☐ Meas Serv | | | | | | |
| | | | | | | | | Remarks | | | | | | | | |
| Legal Description | | | | | | | | Unit Description: | | ☐ Added Land/Cropland Acres_____ ☐ New Crop ☐ New Prac/Type/TMA ☐ Meas Serv | | | | | | |
| | | | | | | | | Remarks | | | | | | | | |
| Legal Description: | | | | | | | | Unit Description | | ☐ Added Land/Cropland Acres_____ ☐ New Crop ☐ New Prac/Type/TMA ☐ Meas Serv | | | | | | |
| | | | | | | | | Remarks: | | | | | | | | |
| Legal Description: | | | | | | | | Unit Description: | | ☐ Added Land/Cropland Acres_____ ☐ New Crop ☐ New Prac/Type/TMA ☐ Meas Serv | | | | | | |
| | | | | | | | | Remarks: | | | | | | | | |

2020 P 54129399 54129399  SORT,UNIT REMOVED_FARMING ACREAGE_ONLY

RH-5205-2019



| Policy | MP-0749812 | State | FLORIDA | Date | 11/05/2019 | Page 3 of 3 | AJS |
|---|---|---|---|---|---|---|---|
| For | 2020 | and succeeding years | | JULINGTON CREEK FARMS | | | |

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.

**MPCI Application/Cancellation/Transfer/Policy Change/Reporting Form**

SCAN:  00354129399636210033   2020

**CANCELLATION INFORMATION:** I hereby request cancellation of my crop insurance policy for the crop(s) and crop year shown on this cancellation. I understand that if this form is not executed on or before the cancellation date for any crop year listed, the cancellation of insurance on such crop(s) will not become effective until the following crop year.

REASON FOR CANCELLATION   ☐ Mutual Consent   ☐ Insured's Request
☐ Death, Incompetence or Dissolution   ☐ Other ___

**TRANSFER INFORMATION:**

Part I: I hereby request cancellation of my insurance policy with [Enter Ceding AIP's Name and Policy No.:] ___ for the crop(s) and crop year(s) shown on this application because I have applied for insurance with another Approved Insurance Provider. I understand that if this form is not executed on or before the established cancellation date for any crop listed, the cancellation of insurance on such crop(s) will not become effective until the following crop year.

I hereby authorize and direct the Ceding Approved Insurance Provider shown above to furnish any information relative to my insurance policy to the Assuming Approved Insurance Provider specified under Part II. I understand that if coverage for any crop(s) is now terminated or would have subsequently terminated for delinquent debt had this transfer not occurred, no coverage can be provided by the assuming Approved Insurance Provider.

Part II: By submission of this form, we agree to provide crop insurance to this applicant for the crop(s) and crop year shown on this application unless this form is not executed on or before the established cancellation date for any of the crop(s) shown, in which case insurance will be provided for such crop(s) for the following crop year.

Assuming AIP and Policy Issuing Company Code ___

Signature of AIP Representative Authorized to Accept Applications ___   Date ___

**A) CONDITIONS OF ACCEPTANCE STATEMENT:** This application is accepted and insurance attaches in accordance with the policy unless. (1) The Federal Crop Insurance Corporation determines that in accordance with the regulations, the risk is excessive; (2) any material fact is omitted, concealed or misrepresented in this application or in the submission of this application; (3) you have failed to provide complete and accurate information required by this application; or (4) the answer to any of the following questions is "yes." An answer of "yes" to these questions does not automatically result in rejection of the application. For example, if you answer "yes" to question (a) but your debt was discharged in bankruptcy, the application would not be rejected.

| Yes | No | |
|---|---|---|
| ☐ | ☒ | (a) Are you now indebted, and the debt is delinquent, for insurance coverage under the Federal Crop Insurance Act? |
| ☐ | ☒ | (b) Have you in the last five years been convicted under federal or state law of planting, cultivating, growing, producing, harvesting, or storing a controlled substance? |
| ☐ | ☒ | (c) Have you ever had insurance coverage under the authority of the Federal Crop Insurance Act terminated for violation of the terms of the contract or regulations, or for failure to pay your delinquent debt? |
| ☐ | ☒ | (d) Are you disqualified or debarred under the Federal Crop Insurance Act, the regulations of the FCIC, or the USDA? |
| ☐ | ☒ | (e) Have you ever entered into an agreement with the FCIC or with the Department of Justice that you would refrain from participating in programs under the authority of the Federal Crop Insurance Act and that agreement is still effective? |
| ☐ | ☒ | (f) Do you have like insurance on any of the above crop(s)? |

I understand that if coverage for any crop is currently terminated or would have subsequently terminated for indebtedness had this application been filed after the termination date, no coverage can be provided and I am ineligible for any benefits under the Federal Crop Insurance Act until the cause for termination is corrected.

We will notify you of rejection by depositing notification in the United States mail postage paid to the applicant's address. Unless rejected or the sales closing date has passed at the time you signed this application, insurance shall be in effect for the crop(s) and crop year's special and shall continue for each succeeding crop year, unless otherwise specified in the policy, until canceled, terminated or voided. This insurance contract, which includes the accepted application, is derived in the regulation published at 7 CFR chapter IV. No term or condition of the contract shall be waived or changed unless such waiver or change is expressly allowed by the contract and is in writing.

**B) CERTIFICATION STATEMENT:** I certify that to the best of my knowledge and belief all of the information on this form is correct. I also understand that failure to report completely and accurately may result in sanctions under the policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014, 7 U.S.C. §1506, 31 U.S.C. §3729, §3730 and any other applicable federal statutes).

I certify that the information and answers on this application are correct to my knowledge and belief, that none of the reasons for rejection in items 1 through 6 of the "Conditions of Acceptance" apply, and that I am aware of and understand the requirements of the Collection of Information and Data (Privacy Act), as well as all other provisions contained in this application. I personally guarantee payment of the total premium and any applicable administrative fees (premium not applicable to CAT coverage).

**C) USDA MULTIPLE BENEFIT CERTIFICATION STATEMENT.** I understand that obtaining multiple Federal benefits for the same loss, such as a Noninsured Crop Disaster Assistance Program (NAP) payment(s) and a Federal crop insurance indemnity, is prohibited by law. I certify that I have, or will disclose any other USDA benefit, including any NAP benefit, received for this crop. Failure to disclose the receipt of multiple Federal benefits, or failure to repay one of the multiple Federal benefits such as either the NAP benefit or the Federal crop insurance indemnity for the same crop, may result in my being disqualified from receiving Federal crop insurance benefits, as well as being ineligible for various programs administered by the Farm Service Agency for up to five (5) years.

**D) ANTI-REBATING CERTIFICATION STATEMENT FOR APPLICANT/INSURED:** I certify, for the crop year indicated, that I have not directly or indirectly received, accepted, or been paid, offered, promised, or given any benefit, including money, goods, or services for which payment is usually made, rebate, discount, abatement, credit, or reduction of premium, or any other valuable consideration, as an inducement to procure insurance or in exchange for purchasing this insurance policy after it has been procured. I understand that this prohibition does not include payment of administrative fees, performance based discounts, and any other payment approved by FCIC that are authorized under sections 508(a)(9)(B) and 508(d)(3) of the Federal Crop Insurance Act (Act) (7 U.S.C. §§ 1508(a)(9)(B) and 1508(d)(3)). I understand that a false certification or failure to completely and accurately report any information on this form may subject me and any person with a substantial beneficial interest in me, to sanctions, including but not limited to, criminal and civil penalties and administrative sanctions in accordance with section 515(h) of the Act (7 U.S.C. §1515(h)) and all other applicable federal statutes.

**E) ANTI-REBATING CERTIFICATION STATEMENT FOR AGENT:** I certify, for the crop year indicated, that I have neither offered nor promised, directly or indirectly, any benefit, including money, goods, or services for which payment is usually made, rebate, discount, credit, reduction of premium, or any other valuable consideration to this person while as an inducement to procure insurance or in exchange for obtaining insurance after it has been procured. I understand that this prohibition does not include payment of administrative fees, performance based discounts, and any other payment approved by FCIC that are authorized under sections 508(a)(9)(B) and 508(d)(3) of the Federal Crop Insurance Act (Act) (7 U.S.C. §§ 1508(a)(9)(B) and 1508(d)(3)). I understand that a false certification or failure to completely and accurately report any information may subject me and any person with a substantial beneficial interest in me, to sanctions, including but not limited to criminal and civil penalties and administrative sanctions in accordance with section 515(h) of the Act (7 U.S.C. §1515(h)) and all other applicable federal statutes.

**F) NONDISCRIMINATION STATEMENT**

Non-Discrimination Statement: In accordance with Federal law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating on the basis of race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs).

To File a Program Complaint: If you wish to file a Civil Rights program complaint of discrimination complete the USDA Program Discrimination Complaint Form, found online at https://www.ascr.usda.gov/ad-3027-usda-program-discrimination-complaint-form, or at any USDA office or call (866) 632-9992 to request the form. You may also write a letter containing all of the information requested in the form. Send your completed complaint form or letter by mail to the U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410 or email at program.intake@usda.gov.

Persons with Disabilities: Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible State or local Agency that administers the program or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

Persons with disabilities, who wish to file a program complaint, please see information above on how to contact the Department by mail directly or by email.

**G) COLLECTION OF INFORMATION AND DATA (PRIVACY ACT) STATEMENT:** Agents, Loss Adjusters, and Policyholders: The following statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a). The Risk Management Agency (RMA) is authorized by the Federal Crop Insurance Act (7 U.S.C. 1501-1524) or other Acts, and the regulations promulgated thereunder, to solicit the information requested on documents established by RMA or by approved insurance providers (AIPs), that have been approved by the Federal Crop Insurance Corporation (FCIC), to deliver Federal crop insurance. The information is necessary for AIPs and RMA to operate the Federal crop insurance program, determine program eligibility, conduct statistical analysis, and ensure program integrity. Information provided herein may be furnished to other Federal, State, or local agencies, as required or permitted by law, law enforcement agencies, courts or adjudicative bodies, foreign agencies, magistrate administrative tribunals, AIPs contractors and cooperators, Comprehensive Information Management System (CIMS), congressional offices, or entities under contract with RMA. For insurance agents, certain information may also be disclosed to the public to assist interested individuals in locating agents in a particular area. Disclosure of the information requested is voluntary. However, failure to correctly report the requested information may result in the rejection of this document by the AIP or RMA in accordance with the Standard Reinsurance Agreement between the AIP and FCIC, Federal regulations or RMA-approved procedures and the approval of program eligibility or benefits derived therefrom. Also, failure to provide true and correct information may result in civil suit or criminal prosecution and the assessment of penalties or pursuit of other remedies.

**H) NEW PRODUCER:** I certify that I have not produced the insured crop in the county for more than two APH crop years. I certify that I was not a member of another insured entity as a substantial beneficial interest holder which produced the insured crop in the county for more than two APH crop years. I certify that any substantial beneficial interest holder for the policy in which new producer status is requested have not produced the insured crop in the county for more than two APH crop years. I understand that any mis-certification may result in recalculation of my yield guarantees, premiums and any applicable fees payments. The certification statements contained in this paragraph apply to any crop's/county(ies) that have been marked as being a New Producer in the New Producer column of the application.

**PROMISSORY NOTE:** On or before 08/15/20, the Undersigned in consideration of the issuance of the policy shown above, hereby agrees to pay at $200 Northpark Drive, Suite 300, Johnston, Iowa 50131 to the order of the Company, the total premium and applicable administrative fees, all as allowed by law. The Undersigned agrees to pay the maximum amount of interest on the total unpaid premium after such dates plus reasonable costs of collection and attorney fees, all as allowed by law as stated in 7 CFR 457.8 and consents to the Iowa Court jurisdiction and venue. The Undersigned agrees and acknowledges that the Company may deduct any and all amounts owed under this policy or any other policy whether or not due, from any late payable to you under this policy.

Native Sod: (IA, MN, MT, NE, ND, SD ONLY) ☐ I HAVE ☐ I HAVE NOT broken native sod after February 7, 2014. I understand that if I till native sod acreage, I will be assessed a reduction in yield guarantee and premium subsidy. These reductions apply in the crop year that my initial native sod acreage total exceeds 5 acres in the county (cumulative across crops and crop years), and these reductions in benefits may be retroactively applied within a crop year.

Applicant/Insured's Printed Name: **Weston Thigpen**

Applicant/Insured's Signature: [signature]   Date: 2/14/20

Licensed Agent's Printed Name: [signature]   Code: ___   Date: 2-14-2020

Licensed Agent's Signature: [signature]

SCAN: 0035412939963621004

## 1 PERSON TYPE

A. Public Schools
B. Trust - Bureau of Indian Affairs (BIA) and Indian Tribe Ventures
C. Corporations
D. Estates
E. Non-Profit or Tax Exempt Organizations

F. Transfer of Rights to Indemnity (SBI only)
G. Receiver or Liquidator
H. Public Agency State/Local Government
I. Individuals
J. Joint Operations/Joint Ventures/Co-Ownerships

P. Partnerships
R. Revocable Trust
S'. Spousal/Married
T. Irrevocable Trust
U. Undivided Interest (CAT only)

X. Individual Operating as a Business
Y. Limited Liability Company

¹ Enter the spouse's information on the front of the 5200 form in the SBI Information section. If not married, state No Spouse.

For all insured persons other than "S", list all persons or entities with 10 percent or more interest in the insured/applicant on the front of the 5200 form in the SBI Information section.

## 2 LEGAL DESCRIPTION

Section, township, range, other land identifier (e.g., Spanish land grants, metes and bounds, etc.)

## 3 NAME OF OTHER PERSON(S) SHARING IN THE CROP

If the landlord or tenant is insuring the others share on this policy, include the landlord or tenant's name and the percent of share of the landlord or tenant listed.

## 4 ACREAGE TYPE

A. Insured (planted)
B. Insured - Acreage emerging from an USDA program the initial crop year
C. Insured - New breaking acreage insured in accordance with the policy (i.e., 5 percent or less of insured acreage planted in the unit) the initial crop year or insured under SP and the insured is able to substantiate the acreage has previously been in production
D. Insured – New breaking acreage insured in accordance with the policy or under SP and the insured is unable to substantiate the acreage has previously been in production

E. Insured – New breaking acreage insured by WA and the insured is able to substantiate the acreage has previously been in production
F. Insured – New breaking acreage insured by WA and the insured is unable to substantiate the acreage has previously been in production
G. Insured – Total native sod acreage greater than five acres insured under the terms of the policy
H. Insured – Total native sod acreage greater than five acres insured under the terms of the SP

I. Insured – Total native sod acreage greater than five acres insured by WA
J. Insured – Short rated acreage
K. Insured – Late-planted acreage
L. Insured-UUF/Third Party damaged acreage
M. Prevented planting
N. Uninsured
O. Uninsurable
P. Uninsurable due to 2nd crop provisions
Q. Uninsurable due to new breaking and the insured substantiates the acreage has been in production

R. Uninsurable due to new breaking and the insured cannot substantiate the acreage has previously been in production
S. Uninsurable due to total native sod acreage greater than five acres and is not insured by SP or WA
T. Unreported acreage (within the same unit)
U. Unreported units
V. Zero acreage report for unit
W. Zero acreage report for county

## 5 PRODUCTION RECORD TYPE

A. Harvested Production: Sold/Commercial Storage
B. Harvested Production: Farm Stored/Measured by Insured
C. Harvested Production: Pick/Daily Sales Records
D. Harvested Production: Automated Yield Monitoring System
E. Harvested Production: Farm Stored/Measured by Authorized Representative

F. Harvested Production: Livestock Feeding Records
G. Harvested Production: Field Harvest Records
H. Other
I. Unharvested and Destroyed (ARPI only)
J. Unharvested and Put to Another Use (ARPI only)

K. Unharvested and Production Appraised by AIP (ARPI only)
L. Unreported Production (ARPI only)
M. Claim for Indemnity
N. Appraisal (non-loss)
O. UUF or Third Party Damage

P. Unharvested with Harvest Incomplete (ARPI Only)
Q. Zero production when no claim/appraisal/UUF/3rd party or production record
Z. Zero Planted Acres

## 6 INSURABILITY

Indicate whether acreage and production being reported is from insurable, uninsurable, uninsurable cause of loss appraisal, uninsured acreage or from acreage on which a PP payment was reduced due to a second crop being planted.

## 7 MULTI CROP YEAR REPORTING REASON

Enter the applicable code(s) for the reason the insured is reporting a crop year other than the most recent APH crop year. Insureds may certify production reports for crop years other than the most recent for various reasons, including:

A. certification of crop years not previously certified;
B. correction;
C. replacement of temporary yield;

D. replacement of assigned yield;
E. certification by new insured;
F. certification using another producer's history for new acreage;

G. recertification for new actuarial offer;
H. recertification for new unit structure; or

I. other.

If not applicable, leave blank.

## 8 SUPPLEMENTAL COVERAGE OPTION (SCO) ENDORSEMENT TERMS AND CONDITIONS

In addition to Section 38(2) of the Basic Provisions, I hereby elect this Supplemental Coverage Option Endorsement, and by this election I understand:

A. I must have purchased a policy under the Common Crop Insurance Policy Basic Provisions and applicable Crop Provisions to elect this Endorsement and must also purchase this Endorsement with the same Approved Insurance Provider as my Common Crop Insurance Policy.
B. I may elect coverage under this Endorsement and the Farm Service Agency's Agriculture Risk Coverage Program, but the same acreage of the crop cannot be covered under both programs.
C. I may elect coverage under this Endorsement and Stacked Income Protection Plan for the upland cotton, but the same acreage cannot be insured under both.
D. If at any time my Common Crop Insurance Policy for the crop is canceled or terminated, coverage under this endorsement is automatically canceled or terminated.
E. That by electing this Endorsement, I will continue from year to year unless I or you cancel or change my election by written notice on or before the cancellation date or my coverage is otherwise canceled or terminated under the terms of my policy.
F. Separate Administrative Fees will be assessed for each crop insured under this Endorsement.

Percentage of Price Election represents SCO Coverage Percentage. ARC Coverage ☐ YES  ☐ NO means if you elected the SCO Endorsement, do you also have ARC Coverage?

## 9 STACKED INCOME PROTECTION PLAN (STAX) TERMS AND CONDITIONS

I may elect coverage under this plan of insurance and the Farm Service Agency's Agriculture Risk Coverage Program or Price Loss Coverage Program, but the same acreage of the crop cannot be covered under both programs. I may not elect coverage under this plan of insurance on the same acres I elect coverage for the Supplemental Coverage Option (SCO) Endorsement if I participate in the SCO. I understand that by signing this application, the coverage under this plan of insurance will continue from year to year unless I or you cancel or change my election by written notice on or before the cancellation date or my coverage is otherwise canceled or terminated under the terms of my policy.

A. Coverage Level represents STAX Coverage Range
B. Percentage of Price Election represents STAX Protection Factor
C. Designated County means when both SCO and STAX are elected for the same crop and county(ies), if land is added to this operation after the Sales Closing Date and reported by the Acreage Reporting Date, such acreage will be covered by SCO or STAX as indicated in this column. If no designation is made, the acreage is covered by SCO.
D. SCO Coverage ☐ YES  ☐ NO means if you elected the STAX Policy, do you also have SCO Coverage for the same county(ies)?  If Yes, identify by APH Database whether SCO or STAX applies by listing the Yield No.(s) and plan in the REMARKS/OTHER section of this form. Any acres insured by the companion policy that are not designated for STAX coverage will be covered by SCO.

## 10 MULTI-COUNTY ENTERPRISE UNIT (MCEU)

Enter a "P" for the primary county and an "S" for the secondary county. If there is more than one primary county and/or more than one secondary county, you will need to associate which primary and secondary county go together.  For example, if County A is the primary county associated with County B as the secondary county, enter "P1" for County A and "S1" for County B.  If County D is the primary county associated with County C as the secondary county, enter "P2" for County D and "S2" for County C.

RH-5200-2020

| Policy | MP-0748812 | State | FLORIDA 9 | Date | 11/04/2020 | Page 1 of 7 | AJS |
|---|---|---|---|---|---|---|---|
| For | 2021 | and succeeding years | | | | | |

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.

SCAN: 1036595730481410012  2021

| Applicant/Insured Information | Signature Authorization | Agency/Agent Information |
|---|---|---|
| JULINGTON CREEK FARMS<br>PO BOX 600277<br>JACKSONVILLE FL 32260-0000<br><br>Mobile Number: 608-339-9869 | I grant the person(s) listed below the authority to sign any and all crop insurance documents on my behalf. I understand that by authorizing such persons to sign documents on my behalf I am legally bound by all terms and conditions of such documents and of the crop insurance contract. I also understand that granting the following person(s) the authority to sign on my behalf does not obligate that person(s) to the terms and conditions of my crop insurance contract. I further understand that this authorization may be revoked by me at any time upon written notice, signed and delivered to my Approved Insurance Provider.<br><br>APPLICANT/INSURED AUTHORIZED REPRESENTATIVE | PROGRESSIVE AG<br>417 38TH ST SW STE A<br>FARGO ND 58103-6508<br><br>mailto: RLG@PROGRESSIVEAG.COM<br>JOAN@PROGRESSIVEAG.COM |

| Phone<br>608-339-9869 | SSN / EIN / Ran        8132  Limited Liability Company | Person Type | State of Incorp.<br>FL | Phone<br>701-277-9210 | Agency Code<br>7772-30 |

Other Changes:  ☐ Add Signature Authorization  ☐ Add/change/correct Insured's authorized representative  ☐ Correct the spelling of Insured's name  ☐ Correct SBI's identification number
☐ Remove Signature Authorization  ☐ Correct Insured's identification number  ☐ Change/correct Insured's address  ☐ Correct the spelling of SBI's name

# MPCI Production Reporting Form

| County | Name of Crop | Effective Crop Year | **Plan of Insurance | *Coverage Level | *Percentage of Price Election, Projected Price, Amount of Ins., or Prot. Factor | Practice/Type/Class | Options, Elections or Endorsements | Unit Structure Code | *New Producer | *Designated County | Total Acres | "X" If Zero Acres |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FLAGLER | POTATOES | 2021 | APH | A 0.80 | ADDL | IRRIGATED GRPA | PFYAYC | OU | | X | | |
| | POTATOES | 2021 | APH | A 0.80 | ADDL | IRRIGATED GRPB | PFYAYC | OU | | X | | |
| ST. JOHNS | POTATOES | 2021 | APH | A 0.85 | ADDL | | YAYC | OU | P | | | |

**REMARKS/OTHER:**

**POLICY LOSS PAYEE AND ADDRESS**

LOSS PAYABLE TO ME AND NO OTHERS

**SBI INFORMATION** - List all persons with a substantial beneficial interest (10% or more) in the insured/applicant as defined in the applicable policy provisions (include landlords or tenants insured under the applicant). If none, state NONE. For spousal insureds/applicants, indicate the spouse's name, identification number and identification number type. If individual insured/applicant is not married, state No Spouse.

| SBI Request | Name | Complete Address | Telephone Number | Identification Number | Identification Number Type | Person Type |
|---|---|---|---|---|---|---|
| ☐ UPDATE<br>☐ REMOVE<br>☐ ADD | WESTON THIGPEN | PO BOX 600277<br>JACKSONVILLE FL 32260-0000 | 608-339-9869 | 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 | SSN | Individual |

WEB COPY                        Production Reporting                        RH-5200-2020 (Rev. 03-2020)

2021 F 0559730 0559730M  SORT UNIT REMOVED_FARGING

**AGRI GENERAL INSURANCE COMPANY**
**RAIN AND HAIL L.L.C.**
MPCI Acreage and Production Reporting Form

| Policy | MP-0748812 | State | FLORIDA 9 | | Date | 11/04/2020 | Page 2 of 7 | | AJS |
|---|---|---|---|---|---|---|---|---|---|
| For | 2021 | and succeeding years | | JULINGTON CREEK FARMS | | | | | |

SCAN: 10365957304814110025 2021

| | Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|---|
| County | 35 FLAGLER | 35 FLAGLER | 35 FLAGLER | 35 FLAGLER |
| Crop | APH-POTATOES | APH-POTATOES | APH-POTATOES | APH-POTATOES |
| Practice | IRRIGATED | IRRIGATED | IRRIGATED | IRRIGATED |
| Type | GRPB | GRPA | GRPB | GRPB |
| ²Legal Description | | | | |
| FSN: | 99 | 0 | 297 | 310 |
| | 6 12S 29E | 6 12S 28E | 2 12S 28E | 29 12S 29E |
| Unit Description | FIELD 4 | FIELD 3 | KINNEY 100 FRONT W, BACK W | KINNEY 105 BARN |
| Insured's Share | 0.500 | 0.500 | 0.500 | 0.500 |
| ³Other persons sharing in crop | BOARDWALK FARMS | ONEIDA POTATO EXCHANGE | ONEIDA POTATO EXCHANGE | ONEIDA POTATO EXCHANGE |

Unit Number BU 1.00 PF   FSN   99 Yield No. 4.0
Unit Number OU 2.01 PF   FSN   0 Yield No. 3.0
Unit Number OU 2.02 PFYA   FSN   297 Yield No. 11.0
Unit Number OU 2.03 PF   FSN   310 Yield No. 7.0

**Column 1 — Unit BU 1.00 PF**

| Crop Year | Pre/Post-Quality Total Production | Acres | Pre/Post-Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | 5450.00 | 25.80 | 250.0 A |
| 14 | 10050.00 | 30.00 | 335.0 A |
| 15 | 22377.00 | 50.40 | 444.0 A |
| 16 | 24432.00 | 65.50 | 373.0 A |
| 17 | 0.00 | 0.00 | · Z |
| 18 Z | 0.00 | 0.00 | · Z |
| 19 | 0.00 | 0.00 | · Z |
| 20 | 0.00 | 0.00 | · Z |
| Total Yield | 1402.0 | Prior Yield | 351.0 |
| + Years | 4 | Ave Yield | 351.0 |
| · Prelim Yield | 351.0 | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | 351.0 |
| | | Appr Yield | 351.0 |

Remarks/Other:   SC 12/31/20 PR 02/15/21 PL 02/25/21 AR 03/15/21
Prevented Plant + 5%
Z, Zero Acres

**Column 2 — Unit OU 2.01 PF**

| Crop Year | Pre/Post-Quality Total Production | Acres | Pre/Post-Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 09 | | | |
| 12 | | | |
| 13 | 18840.00 | 53.20 | 354.0 A |
| 14 | 8100.00 | 20.00 | 405.0 A |
| 15 | 17261.00 | 37.00 | 467.0 A |
| 16 | 5810.00 | 33.00 | 176.0 A L |
| 17 | 0.00 | 0.00 | · Z |
| 18 Z | 0.00 | 0.00 | · Z |
| 19 | 0.00 | 0.00 | · Z |
| 20 | 0.00 | 0.00 | · Z |
| Total Yield | 1616.0 | Prior Yield | 351.0 |
| + Years | 5 | Ave Yield | 351.0 |
| · Prelim Yield | 351.0 | Adj Yield | |
| T-Yield | 225.0 | Rate Yield | 351.0 |
| | | Appr Yield | 351.0 |

Remarks/Other:   SC 12/31/20 PR 02/15/21 PL 02/25/21 AR 03/15/21
Prevented Plant + 5%
Z, Zero Acres

**Column 3 — Unit OU 2.02 PFYA**

| Crop Year | Pre/Post-Quality Total Production | Acres | Pre/Post-Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | 0.00 | 0.00 | 344.0 L |
| 15 | 0.00 | 0.00 | 344.0 L |
| 16 | 0.00 | 0.00 | 344.0 L |
| 17 | 1848.00 | 16.00 | 103.0 P A L |
| 18 Z | 0.00 | 0.00 | · Z |
| 19 | 0.00 | 0.00 | · Z |
| 20 | 0.00 | 0.00 | · Z |
| Total Yield | 1135.0 | Prior Yield | 310.0 |
| + Years | 4 | Ave Yield | 284.0 |
| · Prelim Yield | 284.0 | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | 284.0 |
| | | Appr Yield | 310.0 |

Remarks/Other:   SC 12/31/20 PR 02/15/21 PL 02/25/21 AR 03/15/21
OPTIONS:PFYA
Z, Zero Acres
ADDED LAND 2017
60% YA Plug,17T=344

**Column 4 — Unit OU 2.03 PF**

| Crop Year | Pre/Post-Quality Total Production | Acres | Pre/Post-Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | 0.00 | 0.00 | 344.0 L |
| 16 | 0.00 | 0.00 | 344.0 L |
| 17 | 8232.00 | 40.00 | 206.0 A L |
| 18 Z | 0.00 | 0.00 | · Z |
| 19 A | 10629.00 | 40.00 | 266.0 A |
| 20 | 0.00 | 0.00 | · Z |
| Total Yield | 1160.0 | Prior Yield | 290.0 |
| + Years | 4 | Ave Yield | 290.0 |
| · Prelim Yield | 290.0 | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | 290.0 |
| | | Appr Yield | 290.0 |

Remarks/Other:   SC 12/31/20 PR 02/15/21 PL 02/25/21 AR 03/15/21
Prevented Plant + 5%
Z, Zero Acres
ADDED LAND 2017

WEB COPY

RH-5204-2021

## AGRI GENERAL INSURANCE COMPANY
### RAIN AND HAIL L.L.C.
**MPCI Acreage and Production Reporting Form**

| Policy | MP-0748812 | State | FLORIDA 9 | | Date | 11/04/2020 | Page 3 of 7 | AJS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| For | 2021 | and succeeding years | | JULINGTON CREEK FARMS | | | | |

SCAN: 10365957304814120038  2021

---

County **35 FLAGLER**
Crop **APH-POTATOES**
Practice **IRRIGATED**
Type **GRPB**
²Legal Description
FSN: 389
35 13S 29E

Unit Description
Insured's Share **0.500**     ³Other persons sharing in crop
ONEIDA POTATO EXCHANGE LLC

Unit Number **BU 3.00 PFYA**  FSN   **389** Yield No. **23.0**
☐ Added Land/Cropland Acres___ ☒ New Prac/Type/TMA ☐ New Crop ☐ Meas Serv

| Crop Year | Pre/Post-Quality Total Production | Acres | Pre/Post-Quality Yield/Yield Descriptor |
| --- | --- | --- | --- |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | 0.00 | 0.00 | 299.0  C |
| 18 | 0.00 | 0.00 | 299.0  C |
| 19 | 0.00 | 0.00 | 299.0  C |
| 20 M | 5642.00 | 51.70 | 109.0 P A L |

| Total Yield | 1006.0 | Prior Yield | 299.0 |
| --- | --- | --- | --- |
| + Years | 4 | Ave Yield | 252.0 |
| = Prelim Yield | 252.0 | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | 252.0 |
| | | Appr Yield | 269.0 |

⁴Production Record Type **M**    Prevented Acres
Planted Acres    Unnsurable Acres/Prod.
Date Planting Completed    High Risk Acres
High Risk Acres Class

Remarks/Other:   SC 12/31/20 PR 02/15/21 PL 02/25/21 AR 03/15/21
OPTIONS:PFYA
A. Actual
ADD PRAC/TYPE/VARIETY 2020
60% YA Plug,20T=299

County **35 FLAGLER**
Crop **APH-POTATOES**
Practice **IRRIGATED**
Type **GRPA**
²Legal Description
FSN: 0
8 12S 29E

Unit Description **BAR D/FSN 171**
Insured's Share **1.000**     ³Other persons sharing in crop

Unit Number **OU 4.01 PF**  FSN   **0** Yield No. **8.0**
☒ Added Land/Cropland Acres___ ☐ New Prac/Type/TMA ☐ New Crop ☐ Meas Serv

| Crop Year | Pre/Post-Quality Total Production | Acres | Pre/Post-Quality Yield/Yield Descriptor |
| --- | --- | --- | --- |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | 0.00 | 0.00 | 312.0  L |
| 15 | 0.00 | 0.00 | 312.0  L |
| 16 | 0.00 | 0.00 | 312.0  L |
| 17 H | 10258.00 | 40.00 | 256.0  A |
| 18 Z | 0.00 | 0.00 | · Z |
| 19 | 0.00 | 0.00 | · Z |
| 20 | 0.00 | 0.00 | · Z |

| Total Yield | 1192.0 | Prior Yield | 298.0 |
| --- | --- | --- | --- |
| + Years | 4 | Ave Yield | 298.0 |
| = Prelim Yield | 298.0 | Adj Yield | |
| T-Yield | 225.0 | Rate Yield | 298.0 |
| | | Appr Yield | 298.0 |

⁴Production Record Type    Prevented Acres
Planted Acres    Unnsurable Acres/Prod
Date Planting Completed    High Risk Acres
High Risk Acres Class

Remarks/Other:   SC 12/31/20 PR 02/15/21 PL 02/25/21 AR 03/15/21
Prevented Plant + 5%
Z, Zero Acres
ADDED LAND 2017

County **35 FLAGLER**
Crop **APH-POTATOES**
Practice **IRRIGATED**
Type **GRPB**
²Legal Description
FSN: 0
6 12S 29E

Unit Description **FIELD 6**
Insured's Share **1.000**     ³Other persons sharing in crop

Unit Number **OU 4.01 PF**  FSN   **0** Yield No. **2.0**
☐ Added Land/Cropland Acres___ ☐ New Prac/Type/TMA ☐ New Crop ☐ Meas Serv

| Crop Year | Pre/Post-Quality Total Production | Acres | Pre/Post-Quality Yield/Yield Descriptor |
| --- | --- | --- | --- |
| 08 | | | |
| 12 | | | |
| 13 | 29288.00 | 80.90 | 362.0  A |
| 14 | 17250.00 | 50.00 | 345.0  A |
| 15 | 31167.00 | 68.20 | 457.0  A |
| 16 | 0.00 | 0.00 | · Z |
| 17 H | 29048.00 | 75.00 | 387.0  A |
| 18 Z | 0.00 | 0.00 | · Z |
| 19 | 0.00 | 0.00 | · Z |
| 20 | 0.00 | 0.00 | · Z |

| Total Yield | 1765.0 | Prior Yield | 388.0 |
| --- | --- | --- | --- |
| + Years | 5 | Ave Yield | 388.0 |
| = Prelim Yield | 388.0 | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | 388.0 |
| | | Appr Yield | 388.0 |

⁴Production Record Type    Prevented Acres
Planted Acres    Unnsurable Acres/Prod.
Date Planting Completed    High Risk Acres
High Risk Acres Class

Remarks/Other:   SC 12/31/20 PR 02/15/21 PL 02/25/21 AR 03/15/21
Prevented Plant + 5%
Z, Zero Acres

County **35 FLAGLER**
Crop **APH-POTATOES**
Practice **IRRIGATED**
Type **GRPB**
²Legal Description
FSN: 171
9 12S 29E

Unit Description **BAR D**
Insured's Share **1.000**     ³Other persons sharing in crop

Unit Number **OU 4.02 PFYA**  FSN   **171** Yield No. **5.0**
☐ Added Land/Cropland Acres___ ☐ New Prac/Type/TMA ☐ New Crop ☐ Meas Serv

| Crop Year | Pre/Post-Quality Total Production | Acres | Pre/Post-Quality Yield/Yield Descriptor |
| --- | --- | --- | --- |
| 11 | | | |
| 12 | | | |
| 13 | | 0.00 | 247.0  T |
| 14 | 11408.00 | 31.00 | 368.0  A |
| 15 | 13678.00 | 30.60 | 447.0  A |
| 16 | 0.00 | 0.00 | · Z |
| 17 | 1320.00 | 28.00 | 47.0 P A L |
| 18 Z | 0.00 | 0.00 | · Z |
| 19 | 0.00 | 0.00 | · Z |
| 20 | 0.00 | 0.00 | · Z |

| Total Yield | 1109.0 | Prior Yield | 303.0 |
| --- | --- | --- | --- |
| + Years | 4 | Ave Yield | 277.0 |
| = Prelim Yield | 277.0 | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | 277.0 |
| | | Appr Yield | 303.0 |

⁴Production Record Type    Prevented Acres
Planted Acres    Unnsurable Acres/Prod.
Date Planting Completed    High Risk Acres
High Risk Acres Class

Remarks/Other:   SC 12/31/20 PR 02/15/21 PL 02/25/21 AR 03/15/21
OPTIONS:PFYA
Z, Zero Acres
60% YA Plug.17T=246

2021 P 86587303 6596T304  SORT;UNIT;REMOVED_FARMING

WEB COPY

RH-5204-2021

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.
MPCI Acreage and Production Reporting Form

| Policy | MP-0749812 | State | FLORIDA 9 | Date | 11/04/2020 | Page 4 of 7 | AJS |
|---|---|---|---|---|---|---|---|

For **2021** and succeeding years    JULINGTON CREEK FARMS

SCAN: 10365957304814120049    2021

---

| | Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|---|
| County | 35 FLAGLER | 35 FLAGLER | 35 FLAGLER | 35 FLAGLER |
| Crop | APH-POTATOES | APH-POTATOES | APH-POTATOES | APH-POTATOES |
| Practice | IRRIGATED | IRRIGATED | IRRIGATED | IRRIGATED |
| Type | GRPA | GRPA | GRPB | GRPB |
| ²Legal Description | | | | |
| FSN | 265 | 272 | 272 | 272 |
| | 6 12S 29E | 1 14S 29E | 1 14S 29E | 12 14S 29E |
| Unit Description | HOME | BARTON | BARTON N | BARTON S |
| Insured's Share | 1.000 | 1.000 | 1.000 | 1.000 |
| ³Other persons sharing in crop | | | | |

---

Unit Number OU 4.03 PF    FSN    265 Yield No. 6.0

| Crop Year | Pre/Post Quanty Total Production | Acres | Pre/Post Quanty Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | 0.00 | 225.0  T |
| 15 | | 0.00 | 225.0  T |
| 16 | 16932.00 | 41.50 | 408.0  A |
| 17  H | 15387.00 | 60.00 | 256.0  A |
| 18  Z | 0.00 | 0.00 | - Z |
| 19 | 0.00 | 0.00 | - Z |
| 20 | 0.00 | 0.00 | - Z |

| Total Yield | 1114.0 | Prior Yield | 279.0 |
| + Years | 4 | Ave Yield | 279.0 |
| = Prelim Yield | 279.0 | Adj Yield | |
| T-Yield | 225.0 | Rate Yield | 279.0 |
| | | Appr Yield | 279.0 |

⁵Production Record Type: Revented Acres
Planted Acres: Unmeasurable Acres/Prod
Date Planting Completed: High Risk Acres
High Risk Acres Class:

Remarks/Other    SC 12/21/20 PP 02 15/21 PL 02/25/21 AR 33/15 20
Prevented Plant + 5%
Z. Zero Acres

---

Unit Number OU 4.04 PF    FSN    272 Yield No. 22.0

| Crop Year | Pre/Post Quanty Total Production | Acres | Pre/Post Quanty Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | 0.00 | 0.00 | 309.0  C |
| 17 | 0.00 | 0.00 | 309.0  C |
| 18 | 0.00 | 0.00 | 309.0  C |
| 19 | 0.00 | 0.00 | 309.0  C |
| 20 | 356025 | 80.00 | A |

| Total Yield | | Prior Yield | 309.0 |
| + Years | 5 | Ave Yield | |
| = Prelim Yield | | Adj Yield | |
| T-Yield | 225.0 | Rate Yield | |
| | | Appr Yield | |

⁵Production Record Type: Prevented Acres
Planted Acres: Unmeasurable Acres/Prod
Date Planting Completed: High Risk Acres
High Risk Acres Class:

Remarks/Other    SC 12/31/20 PP 02 15/21 PL 02/25/21 AR 03 15/21
16-19 YLD 1236.0
Prevented Plant + 5%
A. Actual
ADD PRAC/TYPE/VARIETY

---

Unit Number OU 4.04 PF    FSN    272 Yield No. 12.0

| Crop Year | Pre/Post Quanty Total Production | Acres | Pre/Post Quanty Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | 0.00 | 0.00 | 304.0  L |
| 17 | 0.00 | 0.00 | 304.0  L |
| 18 | 0.00 | 0.00 | 304.0  L |
| 19  A | 24886.00 | 79.00 | 315.0  A |
| 20 | 3464.9. | 9.00 | A |

| Total Yield | | Prior Yield | 307.0 |
| + Years | 5 | Ave Yield | |
| = Prelim Yield | | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | |
| | | Appr Yield | |

⁵Production Record Type: Prevented Acres
Planted Acres: Unmeasurable Acres/Prod
Date Planting Completed: High Risk Acres
High Risk Acres Class:

Remarks/Other    SC 12/31/20 PP 32 15/21 PL 02/25/21 AR 03/15/21
18-19 YLD 1227.0
Prevented Plant + 5%
A. Actual
ADDED LAND 2018

---

Unit Number OU 4.04 PF    FSN    272 Yield No. 13.0

| Crop Year | Pre/Post Quanty Total Production | Acres | Pre/Post Quanty Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | 0.00 | 304.0  L |
| 17 | | 0.00 | 304.0  L |
| 18 | | 0.00 | 304.0  L |
| 19  A | 21059.00 | 70.00 | 301.0  A |
| 20 | 31603.8 | 69.00 | A |

| Total Yield | | Prior Yield | 303.0 |
| + Years | 5 | Ave Yield | |
| = Prelim Yield | | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | |
| | | Appr Yield | |

⁵Production Record Type: Prevented Acres
Planted Acres: Unmeasurable Acres/Prod
Date Planting Completed: High Risk Acres
High Risk Acres Class:

Remarks/Other    SC 12/31 20 PP 02/15/21 PL 02/25/21 AR 03/25/21
18-19 YLD 1213.0
Prevented Plant + 5%
A. Actual
ADDED LAND 2018

---

WEB COPY

RH-5204-2021

SORT LATE/ROYED FARMING

| Policy MP-0749812 | State FLORIDA 9 | Date 11/04/2020 | Page 5 of 7 | AJS |

**AGRI GENERAL INSURANCE COMPANY**
**RAIN AND HAIL L.L.C.**
MPCI Acreage and Production Reporting Form

For 2021 and succeeding years    JULINGTON CREEK FARMS

SCAN: 10365957304814120050  2021

| County 35 FLAGLER | County 35 FLAGLER | County 35 FLAGLER | County 35 FLAGLER |
|---|---|---|---|
| Crop APH-POTATOES | Crop APH-POTATOES | Crop APH-POTATOES | Crop APH-POTATOES |
| Practice IRRIGATED | Practice IRRIGATED | Practice IRRIGATED | Practice IRRIGATED |
| Type GRPB | Type GRPB | Type GRPB | Type GRPA |
| ²Legal Description | ²Legal Description | ²Legal Description | ²Legal Description |
| FSN: 297 | FSN: 310 | FSN: 310 | FSN: 389 |
| 2 12S 28E | 29 12S 29E | 30 12S 29E | 26 35 13S 29E |
| Unit Description KINNEY 100 NORTH, FRONT | Unit Description KINNEY 105 BACK 80/HOME | Unit Description KINNEY 105 BACK 80/HOME | Unit Description |
| Insured's Share 1.000   ³Other persons sharing in crop | Insured's Share 1.000   ³Other persons sharing in crop | Insured's Share 1.000   ³Other persons sharing in crop | Insured's Share 1.000   ³Other persons sharing in crop |
| Unit Number OU 4.04 PFYA FSN 297 Yield No. 9.0 | Unit Number OU 4.05 PF FSN 310 Yield No. 17.0 | Unit Number OU 4.05 PF FSN 310 Yield No. 18.0 | Unit Number OU 4.06 PF FSN 389 Yield No. 20.0 |

**Column 1 (FSN 297)**

| Crop Year | Pre/Post-Quality Total Production | Acres | Pre/Post-Quality Yield/Yield Actual Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | 0.00 | 247.0 T |
| 15 | | 0.00 | 247.0 T |
| 16 | | 0.00 | 247.0 T |
| 17 | 9874.00 | 90.00 | 110.0P A L |
| 18 Z | 0.00 | 0.00 | - Z |
| 19 | 0.00 | 0.00 | - Z |
| 20 | 0.00 | 0.00 | - Z |

| Total Yield | 851.0 | Prior Yield | 222.0 |
| • Years | 4 | Ave Yield | 213.0 |
| • Prelim Yield | 213.0 | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | 213.0 |
| | | Appr Yield | 222.0 |

**Column 2 (FSN 310)**

| Crop Year | Pre/Post-Quality Total Production | Acres | Pre/Post-Quality Yield/Yield Actual Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | 0.00 | 0.00 | 308.0 L |
| 16 | 0.00 | 0.00 | 308.0 L |
| 17 | 19780.00 | 80.00 | 247.0 A L |
| 18 A | 23467.00 | 102.00 | 230.0 A L |
| 19 | 0.00 | 0.00 | - Z |
| 20 | 0.00 | 0.00 | - Z |

| Total Yield | 1093.0 | Prior Yield | 273.0 |
| • Years | 4 | Ave Yield | 273.0 |
| • Prelim Yield | 273.0 | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | 273.0 |
| | | Appr Yield | 273.0 |

**Column 3 (FSN 310)**

| Crop Year | Pre/Post-Quality Total Production | Acres | Pre/Post-Quality Yield/Yield Actual Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | 0.00 | 0.00 | 308.0 L |
| 16 | 0.00 | 0.00 | 308.0 L |
| 17 | 19780.00 | 80.00 | 247.0 A L |
| 18 A | 23467.00 | 102.00 | 230.0 A L |
| 19 | 0.00 | 0.00 | - Z |
| 20 | 0.00 | 0.00 | - Z |

| Total Yield | 1093.0 | Prior Yield | 273.0 |
| • Years | 4 | Ave Yield | 273.0 |
| • Prelim Yield | 273.0 | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | 273.0 |
| | | Appr Yield | 273.0 |

**Column 4 (FSN 389)**

| Crop Year | Pre/Post-Quality Total Production | Acres | Pre/Post-Quality Yield/Yield Actual Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | 0.00 | 0.00 | 309.0 C |
| 18 | 0.00 | 0.00 | 309.0 C |
| 19 | 0.00 | 0.00 | 309.0 C |
| 20 | 0.00 | 0.00 | 309.0 C |

| Total Yield | 1236.0 | Prior Yield | 309.0 |
| • Years | 4 | Ave Yield | 309.0 |
| • Prelim Yield | 309.0 | Adj Yield | |
| T-Yield | 225.0 | Rate Yield | 309.0 |
| | | Appr Yield | 309.0 |

Remarks/Other: SC 12/31/20 PR 02/15/21 PL 02/25/21 AR 03/15/21
OPTIONS:PFYA
Z. Zero Acres
60% YA Plug,17T=246

Remarks/Other: SC 12/31/20 PR 02/15/21 PL 02/25/21 AR 03/15/21
Prevented Plant + 5%
Z. Zero Acres
ADDED LAND 2017

Remarks/Other: SC 12/31/20 PR 02/15/21 PL 02/25/21 AR 03/15/21
Prevented Plant + 5%
Z. Zero Acres
ADDED LAND 2017

Remarks/Other: SC 12/31/20 PR 02/15/21 PL 02/25/21 AR 03/15/21
Prevented Plant + 5%
C. New Crop/Practice/Type Avg/Emerging CRP
ADD PRAC/TYPE/VARIETY 2019

2021 F 6557303 6557304  SORT UNIT REMOVED_FARMING

| | | |
|---|---|---|
| Policy | MP-0749812 | State FLORIDA 9 |
| For | 2021 and succeeding years | Date 11/04/2020 | Page 6 of 7 | AJS |

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.
MPCI Acreage and Production Reporting Form

JULINGTON CREEK FARMS

SCAN: 10365957304814120061   2021

| | | | |
|---|---|---|---|
| County 35 FLAGLER | County 35 FLAGLER | County 35 FLAGLER | County |
| Crop APH-POTATOES | Crop APH-POTATOES | Crop APH-POTATOES | Crop |
| Practice IRRIGATED | Practice IRRIGATED | Practice IRRIGATED | Practice |
| Type GRPB | Type GRPB | Type GRPB | Type |
| Legal Description | Legal Description | Legal Description | Legal Description |
| FSN 389 | FSN 389 | FSN 396 | |
| 2 14S 29E | 26 13S 29E | 33 12S 29E | |
| Unit Description FFF 2018 NB | Unit Description FFF 2018 NB | Unit Description | Unit Description |
| Insured's Share 1.000    Other persons sharing in crop | Insured's Share 1.000    Other persons sharing in crop | Insured's Share 1.000    Other persons sharing in crop | Insured's Share    Other persons sharing in crop |

**Unit Number OU 4.06 PF    FSN    389    Yield No. 16.0**

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | 0.00 | 0.00 | 304.0 L |
| 18 | 0.00 | 0.00 | 304.0 L |
| 19 | 0.00 | 0.00 | 304.0 L |
| 20 | 0.00 | 0.00 | 304.0 L |
| Total Yield | 1216.0 | Prior Yield | 304.0 |
| Years | 4 | Ave Yield | 304.0 |
| Prelim Yield | 304.0 | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | 304.0 |
| | | Appr Yield | 304.0 |

Production Record Type
Planted Acres
Date Planting Completed
High Risk Acres Class

Remarks/Other   SC 12/31/20 PR 02/15/21 PL 02/26/21 AR 03 15/21
Prevented Plant + 5%
L. Added Land. Simple Avg
ADDED LAND 2018

**Unit Number OU 4.07 PF    FSN    389    Yield No. 15.0**

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | 0.00 | 0.00 | 304.0 L |
| 17 | 0.00 | 0.00 | 304.0 L |
| 18 | 0.00 | 0.00 | 304.0 L |
| 19 | 0.00 | 0.00 | 304.0 L |
| 20 | 24650.6 | 85.00 | A |
| Total Yield | | Prior Yield | 304.0 |
| Years | 5 | Ave Yield | |
| Prelim Yield | | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | |
| | | Appr Yield | |

Production Record Type
Planted Acres
Date Planting Completed
High Risk Acres Class

Remarks/Other   SC 12/31/20 PR 32/15/21 PL 02/29/21 AR 33 15/21
16-19 YLD 1216.0
Prevented Plant + 5%
A. Actual
ADDED LAND 2018

**Unit Number OU 4.07 PFYA    FSN    396    Yield No. 21.0**

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | 0.00 | 0.00 | 304.0 L |
| 17 | 0.00 | 0.00 | 304.0 L |
| 18 | 0.00 | 0.00 | 304.0 L |
| 19 M | 3498.00 | 28.00 | 125.0 P A L |
| 20 | 0.00 | 0.00 | - Z |
| Total Yield | 1037.0 | Prior Yield | 274.0 |
| Years | 4 | Ave Yield | 259.0 |
| Prelim Yield | 259.0 | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | 259.0 |
| | | Appr Yield | 274.0 |

Production Record Type
Planted Acres
Date Planting Completed
High Risk Acres Class

Remarks/Other   SC 12/31/20 PR 02 15/21 PL 32/29/21 AR 03/29/21
OPTIONS:PFYA
Z. Zero Acres
ADDED LAND 2019
60% YA Plug.19T=304

**Unit Number    FSN    Yield No.**

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| | | | |
| Total Yield | | Prior Yield | |
| Years | | Ave Yield | |
| Prelim Yield | | Adj Yield | |
| T-Yield | | Rate Yield | |
| | | Appr Yield | |

Production Record Type
Planted Acres
Date Planting Completed
High Risk Acres Class

Remarks/Other

RH-5204-2021

| | | Policy | MP-0749812 | State | FLORIDA 9 | Date | 11/04/2020 | Page 7 of 7 | AJS |
|---|---|---|---|---|---|---|---|---|---|

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.

MPCI Application/Cancellation/Transfer/Policy Change/Reporting Form

For 2021 and succeeding years    JULINGTON CREEK FARMS

SCAN: 10365957304814120072  2021

**CANCELLATION INFORMATION:** I hereby request cancellation of my crop insurance policy for the crop(s) and crop year shown on this cancellation. I understand that if this form is not executed on or before the cancellation date for any crop year listed, the cancellation of insurance on such crop(s) will not become effective until the following crop year.

REASON FOR CANCELLATION: ☐ Mutual Consent  ☐ Insured's Request

☐ Death, Incompetence or Dissolution  ☐ Other ___

**TRANSFER INFORMATION:**

**Part I:** I hereby request cancellation of my insurance policy with [Enter Ceding AIP's Name and Policy No.] _____ for the crop(s) and crop year(s) shown on this application because I have applied for insurance with another Approved Insurance Provider. I understand that if this form is not executed on or before the established cancellation date for any crop listed, the cancellation of insurance on such crop(s) will not become effective until the following crop year.

I hereby authorize and direct the Ceding Approved Insurance Provider shown above to furnish any information relative to my insurance policy to the Assuming Approved Insurance Provider specified under Part II. I understand that if coverage for any crop(s) is now terminated or would have subsequently terminated for delinquent debt had this transfer not occurred, no coverage can be provided by the assuming Approved Insurance Provider.

**Part II:** By submission of this form, we agree to provide crop insurance to this applicant for the crop(s) and crop year(s) shown on this application unless this form is not executed on or before the established cancellation date for any of the crop(s) shown, in which case insurance will be provided for such crop(s) for the following crop year.

Assuming AIP and Policy Issuing Company Code

Signature of AIP Representative Authorized to Accept Applications    Date

**A) CONDITIONS OF ACCEPTANCE STATEMENT:** This application is accepted and insurance attaches in accordance with the policy unless: (1) The Federal Crop Insurance Corporation determines that, in accordance with the regulations, the risk is excessive; (2) any material fact is omitted, concealed or misrepresented in this application or in the submission of this application; (3) you have failed to provide complete and accurate information required by this application; or (4) the answer to any of the following questions is "yes." An answer of "yes" to these questions does not automatically result in rejection of the application. For example, if you answer "yes" to question (a) but your debt was discharged in bankruptcy, the application would not be rejected.

| | Yes | No | |
|---|---|---|---|
| | ☐ | ☑ | (a) Are you now indebted, and the debt is delinquent, for insurance coverage under the Federal Crop Insurance Act? |
| | ☐ | ☑ | (b) Have you in the last five years been convicted under federal or state law of planting, cultivating, growing, producing, harvesting, or storing a controlled substance? |
| | ☐ | ☑ | (c) Has your or had insurance coverage under the authority of the Federal Crop Insurance Act terminated for violation of the terms of the contract or regulations, or for failure to pay your delinquent debt? |
| | ☐ | ☑ | (d) Are you disqualified or debarred under the Federal Crop Insurance Act, the regulations of the FCIC, or the USDA? |
| | ☐ | ☑ | (e) Have you ever entered into an agreement with the FCIC or with the Department of Justice that you would refrain from participating in programs under the authority of the Federal Crop Insurance Act and that agreement is still effective? |
| | ☑ | ☐ | (f) Do you have life insurance on any of the above crop(s)? |

I understand that if coverage for any crop is currently terminated or would have subsequently terminated for indebtedness had this application been filed after the termination date, no coverage can be provided and I am ineligible for any benefits under the Federal Crop Insurance Act until the cause for termination is corrected.

We will notify you of rejection by depositing notification in the United States mail, postage paid, to the applicant's address. Unless rejected or the sales closing date has passed at the time you signed this application, insurance shall be in effect for the crop(s) and crop years specified and shall continue for each succeeding crop year, unless otherwise specified in the policy, until canceled, terminated or voided. The insurance contract, which includes the accepted application, is defined in the regulation published at 7 CFR chapter IV. No term or condition of the contract shall be waived or changed unless such waiver or change is expressly allowed by the contract and is in writing.

**B) CERTIFICATION STATEMENT:** I certify that to the best of my knowledge and belief all of the information on this form is correct. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes).

**C) USDA MULTIPLE BENEFIT CERTIFICATION STATEMENT:** I understand that obtaining multiple Federal benefits for the same loss, such as a Noninsured Crop Disaster Assistance Program (NAP) payment(s) and a Federal crop insurance indemnity, is prohibited by law. I certify that I have, or will disclose any other USDA benefit, including any NAP benefit, received for this crop. Failure to disclose the receipt of multiple Federal benefits, or failure to repay one of the multiple Federal benefits such as either the NAP benefit or the Federal crop insurance indemnity for the same crop, may result in my being disqualified from receiving Federal crop insurance benefits, as well as being ineligible for various programs administered by the Farm Service Agency for up to five (5) years.

**D) ANTI-REBATING CERTIFICATION STATEMENT FOR APPLICANT/INSURED:** I certify, for the crop year indicated, that I have not directly or indirectly received, accepted, or been paid, offered, promised, or given any benefit, including money, goods, or services for which payment is usually made, rebate, discount, abatement, credit, or reduction of premium, or any other valuable consideration, as an inducement to procure insurance or in exchange for purchasing this insurance policy after it has been procured. I understand that this prohibition does not include payment of administrative fees, performance based discounts, and any other payment approved by FCIC that are authorized under sections 508(a)(9)(B) and 508(d)(3) of the Federal Crop Insurance Act (Act) (7 U.S.C. §§ 1508(a)(9)(B) and 1508(d)(3)). I understand that a false certification or failure to completely and accurately report any information on this form may subject me, and any person with a substantial beneficial interest in me, to sanctions, including but not limited to, criminal and civil penalties and administrative sanctions in accordance with section 515(h) of the Act (7 U.S.C. §1515(h)) and all other applicable federal statutes.

**E) ANTI-REBATING CERTIFICATION STATEMENT FOR AGENT:** I certify, for the crop year indicated, that I have neither offered nor promised, directly or indirectly, any benefit, including money, goods, or services for which payment is usually made, rebate, discount, credit, reduction of premium, or any other valuable consideration to this person either as an inducement to procure insurance or in exchange for obtaining insurance after it has been procured. I understand that this prohibition does not include payment of administrative fees, performance based discounts, and any other payment approved by FCIC that are authorized under sections 508(a)(9)(B) and 508(d)(3) of the Federal Crop Insurance Act (Act) (7 U.S.C. §§ 1508(a)(9)(B) and 1508(d)(3)). I understand that a false certification or failure to completely and accurately report any violation may subject me, and all agencies/companies I represent, to sanctions, including but not limited to, criminal and civil penalties and administrative sanctions in accordance with section 515(h) of the Act (7 USC §1515(h)) and all other applicable federal statutes.

**F) NONDISCRIMINATION STATEMENT**

Non-Discrimination Policy: In accordance with Federal law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating on the basis of race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs).

To File a Program Complaint: If you wish to file a Civil Rights program complaint of discrimination, complete the USDA Program Discrimination Complaint Form, found online at https://www.ascr.usda.gov/ad 3027.usda-program-discrimination-complaint-form, or at any USDA office, or call (866) 632-9992 to request the form. You may also write a letter containing all of the information requested in the form. Send your completed complaint form or letter by mail to the U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410 or email at program.intake@usda.gov.

Persons with Disabilities: Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible State or local Agency that administers the program or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

Persons with disabilities, who wish to file a program complaint, please see information above on how to contact the Department by mail directly or by email.

**G) COLLECTION OF INFORMATION AND DATA (PRIVACY ACT) STATEMENT:** Agents, Loss Adjusters, and Policyholders: The following statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a): The Risk Management Agency (RMA) is authorized by the Federal Crop Insurance Act (7 U.S.C. 1501-1524) or other Acts, and the regulations promulgated thereunder, to solicit the information requested on documents established by RMA, or by approved insurance providers (AIPs), that have been approved by the Federal Crop Insurance Corporation (FCIC), to deliver Federal crop insurance. The information is necessary for AIPs and RMA to operate the Federal crop insurance program, determine program eligibility, conduct statistical analysis, and ensure program integrity. Information provided herein may be furnished to other Federal, State, or local agencies, as required or permitted by law, law enforcement agencies, courts or adjudicative bodies, foreign agencies, magistrate, administrative tribunal, AIPs contractors and cooperators, Comprehensive Information Management System (CIMS), congressional offices, or entities under contract with RMA. For insurance agents, certain information may also be disclosed to the public to assist interested individuals in locating agents in a particular area. Disclosure of the information requested is voluntary. However, failure to correctly report the requested information may result in the rejection of the documents by the AIP or RMA in accordance with the Standard Reinsurance Agreement between the AIP and FCIC, Federal regulations, or RMA-approved procedures and the denial of program eligibility or benefits derived therefrom. Also, failure to provide true and correct information may result in civil suit or criminal prosecution and the assessment of penalties or pursuit of other remedies.

**H) NEW PRODUCER:** I certify that I have not produced the insured crop in the county for more than two APH crop years. I certify that I was not a member of another insured entity as a substantial beneficial interest holder, which produced the insured crop in the county for more than two APH crop years. I certify that any substantial beneficial interest holders for the policy in which new producer status is requested have not produced the insured crop in the county for more than two APH crop years. I understand that any mis-certification may result in recalculation of my yield guarantees, premiums and any applicable loss payments. The certification statements contained in this paragraph apply to any crop(s)/county(ies) that have been marked as being a New Producer in the New Producer column of the application.

I certify that the information and answers on this application are correct to my knowledge and belief; that none of the reasons for rejection in items 1 through 4 of the "Conditions of Acceptance" apply; and that I am aware of and understand the requirements of the Collection of Information and Data (Privacy Act), as well as all other provisions contained on this application. I personally guarantee payment of the total premium and any applicable administrative fees (premium not applicable to CAT coverage).

Julington Creek Farms by

Weston Thigpen
**Applicant/Insured's Printed Name**

12/23/20
**Applicant/Insured's Signature    Date**

I certify that I am responsible for establishing the approved APH yields that are used to calculate the production guarantees contained in this acreage report and that such approved APH yields are correct to the best of my knowledge. I understand this form may be reviewed or audited, and that information inaccurately reported or failure to retain records to support information on this form, may result in a recomputation of the approved APH yield.

**Licensed Agent's Printed Name**    Code

(signature)    12-23-20
**Licensed Agent's Signature    Date**

**PROMISSORY NOTE:** On or before ___ 08/15/21 ___ the Undersigned, in consideration of the issuance of the policy shown above, hereby agrees to pay, at 9200 Northpark Drive, Suite 300, Johnston, Iowa 50131, to the order of the Company the total premium and applicable administrative fees, all as allowed by law. The Undersigned agrees to pay the maximum amount if premium on the total unpaid premium after such due date plus reasonable costs of collection and attorney fees, all as allowed by law as stated in 7 CFR 457.8 and consents to the Iowa Court jurisdiction and venue. The Undersigned agrees and acknowledges that the Company may deduct any and all amounts owed under this policy or any other policy, whether or not due, from any loss payable to you under this policy.

Native Sod: (IA, MN, MT, ND, SD, NE, and WY only) ☐ I HAVE ☐ I HAVE NOT broken native sod after February 7, 2014. If you native sod acreage broken after December 20, 2018, identify the year it was broken separately for each crop. I understand that if I till native sod acreage, I will be assessed a reduction in yield guarantee and premium subsidy, these reductions apply in the crop year that my total native sod acreage tilled exceeds 5 acres in the county (cumulated across crops and crop years), and these reduction in benefits may be retroactively applied within a crop year.

WEB COPY    SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS    RH-5200-2020 (Rev. 03-2020)

SCAN: 10365957304814120083

## 1 PERSON TYPE

A. Public Schools
B. Trust-Bureau of Indian Affairs (BIA) and Indian Tribe Ventures
C. Corporations
D. Estates
E. Non-Profit or Tax Exempt Organizations

F. Transfer of Rights to Indemnity (SBI only)
G. Receiver or Liquidator
H. Public Agency State/Local Government
I. Individuals
J. Joint Operations/Joint Ventures/Co-Ownerships

P. Partnerships
R. Revocable Trust
S¹. Spousal/Married
T. Irrevocable Trust
U. Undivided Interest (CAT only)

X. Individual Operating as a Business
Y. Limited Liability Company

¹ Enter the spouse's information on the front of the 5200 form in the SBI Information section. If not married, state No Spouse.

For all insured persons other than "S", list all persons or entities with 10 percent or more interest in the insured/applicant on the front of the 5200 form in the SBI Information section.

## 2 LEGAL DESCRIPTION

Section, township, range, other land identifier (e.g., Spanish land grants, metes and bounds, etc.)

## 3 NAME OF OTHER PERSON(S) SHARING IN THE CROP

If the landlord or tenant is insuring the others share on this policy, include the landlord or tenant's name and the percent of share of the landlord or tenant listed.

## 4 ACREAGE TYPE

A. Insured (planted)
B. Insured – Acreage emerging from an USDA program the initial crop year
C. Insured – New breaking acreage insured in accordance with the policy (i.e., 5 percent or less of insured acreage planted in the unit) the initial crop year or insured under SP and the insured is able to substantiate the acreage has previously been in production
D. Insured – New breaking acreage insured in accordance with the policy or under SP and the insured is unable to substantiate the acreage has previously been in production

E. Insured – New breaking acreage insured by WA and the insured is able to substantiate the acreage has previously been in production
F. Insured – New breaking acreage insured by WA and the insured is unable to substantiate the acreage has previously been in production
G. Insured – Total native sod acreage greater than five acres insured under the terms of the policy
H. Insured – Total native sod acreage greater than five acres insured under the terms of the SP

I. Insured – Total native sod acreage greater than five acres insured by WA
J. Insured – Short rated acreage
K. Insured – Late-planted acreage
L. Insured-UUF/Third Party damaged acreage
M. Prevented planting
N. Uninsured
O. Uninsurable
P. Uninsurable due to 2nd crop provisions
Q. Uninsurable due to new breaking and the insured substantiates the acreage has been in production

R. Uninsurable due to new breaking and the insured cannot substantiate the acreage has previously been in production
S. Uninsurable due to total native sod acreage greater than five acres and is not insured by SP or WA
T. Unreported acreage (within the same unit)
U. Unreported units
V. Zero acreage report for unit
W. Zero acreage report for county

## 5 PRODUCTION RECORD TYPE

A. Harvested Production: Sold/Commercial Storage
B. Harvested Production: Farm Stored/Measured by Insured
C. Harvested Production: Pick/Daily Sales Records
D. Harvested Production: Automated Yield Monitoring System
E. Harvested Production, Farm Stored/Measured by Authorized Representative

F. Harvested Production: Livestock Feeding Records
G. Harvested Production: Field Harvest Records
H. Other
I. Unharvested and Destroyed (ARPI only)
J. Unharvested and Put to Another Use (ARPI only)

K. Unharvested and Production Appraised by AIP (ARPI only)
L. Unreported Production (ARPI only)
M. Claim for Indemnity
N. Appraisal (non-loss)
O. UUF or Third Party Damage

P. Unharvested with Harvest Incomplete (ARPI Only)
Q. Zero production when no claim/appraisal/UUF/3rd party or production record
Z. Zero Planted Acres

## 6 INSURABILITY

Indicate whether acreage and production being reported is from insurable, uninsurable, uninsurable cause of loss appraisal, uninsured acreage or from acreage on which a PP payment was reduced due to a second crop being planted.

## 7 MULTI CROP YEAR REPORTING REASON

Enter the applicable code(s) for the reason the insured is reporting a crop year other than the most recent APH crop year. Insureds may certify production reports for crop years other than the most recent for various reasons, including:

A. certification of crop years not previously certified;
B. correction;
C. replacement of temporary yield;

D. replacement of assigned yield;
E. certification by new insured;
F. certification using another producer's history for new acreage;

G. recertification for new actuarial offer;
H. recertification for new unit structure; or
I. other.

If not applicable, leave blank.

## 8 SUPPLEMENTAL COVERAGE OPTION (SCO) ENDORSEMENT TERMS AND CONDITIONS

In addition to Section 3(b)(2) of the Basic Provisions, I hereby elect this Supplemental Coverage Option Endorsement, and by this election I understand:

A. I must have purchased a policy under the Common Crop Insurance Policy Basic Provisions and applicable Crop Provisions to elect this Endorsement and must also purchase this Endorsement with the same Approved Insurance Provider as my Common Crop Insurance Policy.
B. I may elect coverage under this Endorsement and the Farm Service Agency's Agriculture Risk Coverage Program, but the same acreage of the crop cannot be covered under both programs.
C. I may elect coverage under this Endorsement and Stacked Income Protection Plan for the upland cotton, but the same acreage cannot be insured under both.
D. If at any time my Common Crop Insurance Policy for the crop is canceled or terminated, coverage under this endorsement is automatically canceled or terminated.
E. That by electing this Endorsement, it will continue from year to year unless I or you cancel or change my election by written notice on or before the cancellation date or my coverage is otherwise canceled or terminated under the terms of my policy.
F. Separate Administrative Fees will be assessed for each crop insured under this Endorsement.

Percentage of Price Election represents SCO Coverage Percentage. ARC Coverage ☐ YES  ☐ NO means if you elected the SCO Endorsement, do you also have ARC Coverage?

## 9 STACKED INCOME PROTECTION PLAN (STAX) TERMS AND CONDITIONS

I may elect coverage under this plan of insurance and the Farm Service Agency's Agriculture Risk Coverage Program or Price Loss Coverage Program, but the same acreage of the crop cannot be covered under both programs. I may not elect coverage under this plan of insurance on the same acres I elect coverage for the Supplemental Coverage Option (SCO) Endorsement if I participate in the SCO. I understand that by signing this application, the coverage under this plan of insurance will continue from year to year unless I or you cancel or change my election by written notice on or before the cancellation date or my coverage is otherwise canceled or terminated under the terms of my policy.

A. Coverage Level represents STAX Coverage Range
B. Percentage of Price Election represents STAX Protection Factor
C. Designated County means when both SCO and STAX are elected for the same crop and county(ies), if land is added to this operation after the Sales Closing Date and reported by the Acreage Reporting Date, such acreage will be covered by SCO or STAX as indicated in this column. If no designation is made, the acreage is covered by SCO.
D. SCO Coverage ☐ YES  ☐ NO means if you elected the STAX Policy, do you also have SCO Coverage for the same county(ies)? If Yes, identify by APH Database whether SCO or STAX applies by listing the Yield No.(s) and plan in the REMARKS/OTHER section of this form. Any acres insured by the companion policy that are not designated for STAX coverage will be covered by SCO.

## 10 MULTI-COUNTY ENTERPRISE UNIT (MCEU)

Enter a "P" for the primary county and an "S" for the secondary county. If there is more than one primary county and/or more than one secondary county, you will need to associate which primary and secondary county go together. For example, if County A is the primary county associated with County B as the secondary county, enter "P1" for County A and "S1" for County B. If County D is the primary county associated with County C as the secondary county, enter "P2" for County D and "S2" for County C.

## 11 HURRICANE INSURANCE PROTECTION-WIND INDEX (HIP-WI) ENDORSEMENT TERMS AND CONDITIONS

In addition to Section 3(b)(2) of the Basic Provisions, I hereby elect this Hurricane Insurance Protection – Wind Index Endorsement, and by this election I understand:

A. I must have purchased an underlying policy consisting of the Common Crop Insurance Policy Basic Provisions and applicable Crop Provisions to elect this Endorsement and must also purchase this Endorsement with the same Approved Insurance Provider as my Common Crop Insurance Policy.
B. If at any time my underlying policy for the crop is cancelled or terminated, coverage under this Endorsement is automatically cancelled or terminated
C. That by electing this Endorsement, it will continue from year to year unless I or you cancel or change my election by written notice on or before the cancellation date or my coverage is otherwise canceled or terminated under the terms of my underlying policy.
D. Separate Administrative Fees will be assessed for each crop insured under this Endorsement.

Percentage of Price Election represents the HIP-WI Coverage Percentage

| Policy | MP-0748812 | State | FLORIDA 9 | Date | 11/04/2020 | Page 1 of 7 | AJS |
|---|---|---|---|---|---|---|---|

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.

SCAN: 1036595730481410 0012 2021

### Applicant/Insured Information

JULINGTON CREEK FARMS
PO BOX 600277
JACKSONVILLE FL 32260-0000

Mobile Number: 608-339-9869

Phone 608-339-9869
SSN / EIN / Ram ...8132  Person Type: Limited Liability Company  State of Incorp. FL

### Signature Authorization

I grant the person(s) listed below the authority to sign any and all crop insurance documents on my behalf. I understand that by authorizing such persons to sign documents on my behalf I am legally bound by all terms and conditions of such documents and of the crop insurance contract. I also understand that granting the following person(s) the authority to sign on my behalf does not obligate that person(s) to the terms and conditions of my crop insurance contract. I further understand that this authorization may be revoked by me at any time upon written notice, signed and delivered to my Approved Insurance Provider.

APPLICANT/INSURED AUTHORIZED REPRESENTATIVE

### Agency/Agent Information

PROGRESSIVE AG
417 38TH ST SW STE A
FARGO ND 58103-6508

mailto: RLG@PROGRESSIVEAG.COM
        JOAN@PROGRESSIVEAG.COM

Phone 701-277-9210   Agency Code 7772-30

Other Changes: ☐ Add Signature Authorization ☐ Remove Signature Authorization  ☐ Add/change/correct insured's authorized representative ☐ Correct insured's identification number  ☐ Correct the spelling of insured's name ☐ Change/correct insured's address  ☐ Correct SBI's identification number ☐ Correct the spelling of SBI's name

# MPCI Production Reporting Form

| County | Name of Crop | Effective Crop Year | **Plan of Insurance | *Coverage Level | *Percentage of Price Election, Projected Price, Amount of Ins., or Prot. Factor | Practice/Type/Class etc. | Options, Elections or Endorsements | Unit Structure Code | *New Producer | *Designated County | Total Acres | "X" If Zero Acres |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FLAGLER | POTATOES | 2021 | APH | A 0.80 | ADDL | IRRIGATED GRPA | PFYAYC | OU | | X | | |
| | POTATOES | 2021 | APH | A 0.80 | ADDL | IRRIGATED GRPB | PFYAYC | OU | | X | | |
| ST. JOHNS | POTATOES | 2021 | APH | A 0.85 | ADDL | | YAYC | OU | P | | | |

**REMARKS/OTHER:**

**POLICY LOSS PAYEE AND ADDRESS**

LOSS PAYABLE TO ME AND NO OTHERS

**SBI INFORMATION** - List all persons with a substantial beneficial interest (10% or more) in the insured/applicant as defined in the applicable policy provisions (include landlords or tenants insured under the applicant). If none, state NONE. For spousal insureds/applicants, indicate the spouse's name, identification number and identification number type. If individual insured/applicant is not married, state No Spouse.

| SBI Request | Name | Complete Address | Telephone Number | Identification Number | Identification Number Type | Person Type |
|---|---|---|---|---|---|---|
| ☐ UPDATE ☐ REMOVE ☐ ADD | WESTON THIGPEN | PO BOX 600277 JACKSONVILLE FL 32260-0000 | 608-339-9869 | 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 | SSN | Individual |

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.
MPCI Acreage and Production Reporting Form

| Policy | MP-0748812 | State | FLORIDA 9 | Date | 11/04/2020 | Page 2 of 7 | AJS |
|---|---|---|---|---|---|---|---|
| For | 2021 | and succeeding years | JULINGTON CREEK FARMS | | | | |

SCAN: 10365957304814110025 2021

---

**Column 1**
County 35 FLAGLER
Crop APH-POTATOES
Practice IRRIGATED
Type GRPB
²Legal Description
FSN: 99
6 12S 29E

Unit Description FIELD 4
Insured's Share 0.500   ³Other persons sharing in crop
BOARDWALK FARMS

Unit Number BU 1.00 PF   FSN 89   Yield No. 4.0

| Crop Year | Pre/Post-Quality Total Production | Acres | Pre/Post-Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | 5450.00 | 25.80 | 250.0 A |
| 14 | 10050.00 | 30.00 | 335.0 A |
| 15 | 22377.00 | 50.40 | 444.0 A |
| 16 | 24432.00 | 65.50 | 373.0 A |
| 17 | 0.00 | 0.00 | · Z |
| 18 Z | 0.00 | 0.00 | · Z |
| 19 | 0.00 | 0.00 | · Z |
| 20 | 0.00 | 0.00 | · Z |
| Total Yield | 1402.0 | Prior Yield | 351.0 |
| + Years | 4 | Ave Yield | 351.0 |
| Prelim Yield | 351.0 | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | 351.0 |
| | | Appr Yield | 351.0 |

Production Record Type — Prevented Acres
Planted Acres — Unsurable Acres·Proc.
Date Planting Completed — High Risk Acres
High Risk Acres Class

Remarks/Other: SC 12/31/20 PR 02/15/21 PL 02/25/21 AR 03/15/21
Prevented Plant + 5%
Z, Zero Acres

---

**Column 2**
County 35 FLAGLER
Crop APH-POTATOES
Practice IRRIGATED
Type GRPA
²Legal Description
FSN: 0
6 12S 29E

Unit Description FIELD 3
Insured's Share 0.500   ³Other persons sharing in crop
ONEIDA POTATO EXCHANGE

Unit Number OU 2.01 PF   FSN 0   Yield No. 3.0

| Crop Year | Pre/Post-Quality Total Production | Acres | Pre/Post-Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 09 | | | |
| 12 | | | |
| 13 | 18840.00 | 53.20 | 354.0 A |
| 14 | 8100.00 | 20.00 | 405.0 A |
| 15 | 17261.00 | 37.00 | 467.0 A |
| 16 | 5810.00 | 33.00 | 176.0 A L |
| 17 | 0.00 | 0.00 | · Z |
| 18 Z | 0.00 | 0.00 | · Z |
| 19 | 0.00 | 0.00 | · Z |
| 20 | 0.00 | 0.00 | · Z |
| Total Yield | 1616.0 | Prior Yield | 351.0 |
| + Years | 5 | Ave Yield | 351.0 |
| Prelim Yield | 351.0 | Adj Yield | |
| T-Yield | 225.0 | Rate Yield | 351.0 |
| | | Appr Yield | 351.0 |

Remarks/Other: SC 12/31/20 PR 02/15/21 PL 02/25/21 AR 03/15/21
Prevented Plant + 5%
Z, Zero Acres

---

**Column 3**
County 35 FLAGLER
Crop APH-POTATOES
Practice IRRIGATED
Type GRPB
²Legal Description
FSN: 297
2 12S 28E

Unit Description KINNEY 100 FRONT W, BACK W
Insured's Share 0.500   ³Other persons sharing in crop
ONEIDA POTATO EXCHANGE

Unit Number OU 2.02 PFYA   FSN 297   Yield No. 11.0

| Crop Year | Pre/Post-Quality Total Production | Acres | Pre/Post-Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | 0.00 | 0.00 | 344.0 L |
| 15 | 0.00 | 0.00 | 344.0 L |
| 16 | 0.00 | 0.00 | 344.0 L |
| 17 | 1848.00 | 16.00 | 103.0 P A L |
| 18 Z | 0.00 | 0.00 | · Z |
| 19 | 0.00 | 0.00 | · Z |
| 20 | 0.00 | 0.00 | · Z |
| Total Yield | 1135.0 | Prior Yield | 310.0 |
| + Years | 4 | Ave Yield | 284.0 |
| Prelim Yield | 284.0 | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | 284.0 |
| | | Appr Yield | 310.0 |

Remarks/Other: SC 12/31/20 PR 02/15/21 PL 02/25/21 AR 03/15/21
OPTIONS:PFYA
Z, Zero Acres
ADDED LAND 2017
60% YA Plug,17T=344

---

**Column 4**
County 35 FLAGLER
Crop APH-POTATOES
Practice IRRIGATED
Type GRPB
²Legal Description
FSN: 310
29 12S 29E

Unit Description KINNEY 105 BARN
Insured's Share 0.500   ³Other persons sharing in crop
ONEIDA POTATO EXCHANGE

Unit Number OU 2.03 PF   FSN 310   Yield No. 7.0

| Crop Year | Pre/Post-Quality Total Production | Acres | Pre/Post-Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | 0.00 | 0.00 | 344.0 L |
| 16 | 0.00 | 0.00 | 344.0 L |
| 17 | 8232.00 | 40.00 | 206.0 A L |
| 18 Z | 0.00 | 0.00 | · Z |
| 19 A | 10629.00 | 40.00 | 266.0 A |
| 20 | 0.00 | 0.00 | · Z |
| Total Yield | 1160.0 | Prior Yield | 290.0 |
| + Years | 4 | Ave Yield | 290.0 |
| Prelim Yield | 290.0 | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | 290.0 |
| | | Appr Yield | 290.0 |

Remarks/Other: SC 12/31/20 PR 02/15/21 PL 02/25/21 AR 03/15/21
Prevented Plant + 5%
Z, Zero Acres
ADDED LAND 2017

---

WEB COPY

RH-5204-2021

| Policy | MP-0748812 | State | FLORIDA 9 | | Date | 11/04/2020 | Page 3 of 7 | | AJS |
|---|---|---|---|---|---|---|---|---|---|
| For | 2021 | and succeeding years | | JULINGTON CREEK FARMS | | | | | |

**AGRI GENERAL INSURANCE COMPANY**
**RAIN AND HAIL L.L.C.**
MPCI Acreage and Production Reporting Form

SCAN: 10365957304814120038   2021

---

| | Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|---|
| County | 35 FLAGLER | 35 FLAGLER | 35 FLAGLER | 35 FLAGLER |
| Crop | APH-POTATOES | APH-POTATOES | APH-POTATOES | APH-POTATOES |
| Practice | IRRIGATED | IRRIGATED | IRRIGATED | IRRIGATED |
| Type | GRPB | GRPA | GRPB | GRPB |
| ²Legal Description | FSN: 389 / 35 13S 29E | FSN: 0 / 8 12S 29E | FSN: 0 / 6 12S 29E | FSN: 171 / 9 12S 29E |
| Unit Description | | BAR D/FSN 171 | FIELD 6 | BAR D |
| Insured's Share | 0.500 | 1.000 | 1.000 | 1.000 |
| ³Other persons sharing in crop | ONEIDA POTATO EXCHANGE LLC | | | |
| Unit Number | BU 3.00 PFYA | OU 4.01 PF | OU 4.01 PF | OU 4.02 PFYA |
| FSN | 389 | 0 | 0 | 171 |
| Yield No. | 23.0 | 8.0 | 2.0 | 5.0 |

**Unit 1 (BU 3.00 PFYA / FSN 389 / Yield No. 23.0)**

| Crop Year | Pre/Post-Quality Total Production | Acres | Pre/Post-Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | 0.00 | 0.00 | 299.0 C |
| 18 | 0.00 | 0.00 | 299.0 C |
| 19 | 0.00 | 0.00 | 299.0 C |
| 20 M | 5642.00 | 51.70 | 109.0 P A L |
| Total Yield | 1006.0 | | 299.0 |
| + Years | 4 | | |
| Prelim Yield | 252.0 | Ave Yield | 252.0 |
| T-Yield | 247.0 | Adj Yield | 252.0 |
| | | Appr Yield | 269.0 |

Production Record Type: M
Remarks/Other: SC 12/31/20 PR 02/15/21 PL 02/25/21 AR 03/15/21
OPTIONS:PFYA
A. Actual
ADD PRAC/TYPE/VARIETY 2020
60% YA Plug,20T=299

**Unit 2 (OU 4.01 PF / FSN 0 / Yield No. 8.0)**

| Crop Year | Pre/Post-Quality Total Production | Acres | Pre/Post-Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | 0.00 | 0.00 | 312.0 L |
| 15 | 0.00 | 0.00 | 312.0 L |
| 16 | 0.00 | 0.00 | 312.0 L |
| 17 H | 10258.00 | 40.00 | 256.0 A |
| 18 Z | 0.00 | 0.00 | · Z |
| 19 | 0.00 | 0.00 | · Z |
| 20 | 0.00 | 0.00 | · Z |
| Total Yield | 1192.0 | | 298.0 |
| + Years | 4 | | |
| Prelim Yield | 298.0 | Ave Yield | 298.0 |
| T-Yield | 225.0 | Adj Yield | 298.0 |
| | | Appr Yield | 298.0 |

Remarks/Other: SC 12/31/20 PR 02/15/21 PL 02/25/21 AR 03/15/21
Prevented Plant + 5%
Z. Zero Acres
ADDED LAND 2017

**Unit 3 (OU 4.01 PF / FSN 0 / Yield No. 2.0)**

| Crop Year | Pre/Post-Quality Total Production | Acres | Pre/Post-Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 08 | | | |
| 12 | | | |
| 13 | 29288.00 | 80.90 | 362.0 A |
| 14 | 17250.00 | 50.00 | 345.0 A |
| 15 | 31187.00 | 68.20 | 457.0 A |
| 16 | 0.00 | 0.00 | · Z |
| 17 H | 29048.00 | 75.00 | 387.0 A |
| 18 Z | 0.00 | 0.00 | · Z |
| 19 | 0.00 | 0.00 | · Z |
| 20 | 0.00 | 0.00 | · Z |
| Total Yield | 1765.0 | | 388.0 |
| + Years | 5 | | |
| Prelim Yield | 388.0 | Ave Yield | 388.0 |
| T-Yield | 247.0 | Adj Yield | |
| | | Appr Yield | 388.0 |

Remarks/Other: SC 12/31/20 PR 02/15/21 PL 02/25/21 AR 03/15/21
Prevented Plant + 5%
Z. Zero Acres

**Unit 4 (OU 4.02 PFYA / FSN 171 / Yield No. 5.0)**

| Crop Year | Pre/Post-Quality Total Production | Acres | Pre/Post-Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | 0.00 | 247.0 T |
| 14 | 11408.00 | 31.00 | 368.0 A |
| 15 | 13678.00 | 30.60 | 447.0 A |
| 16 | 0.00 | 0.00 | · Z |
| 17 | 1320.00 | 28.00 | 47.0 P A L |
| 18 Z | 0.00 | 0.00 | · Z |
| 19 | 0.00 | 0.00 | · Z |
| 20 | 0.00 | 0.00 | · Z |
| Total Yield | 1109.0 | | 303.0 |
| + Years | 4 | | |
| Prelim Yield | 277.0 | Ave Yield | 277.0 |
| T-Yield | 247.0 | Adj Yield | 277.0 |
| | | Appr Yield | 303.0 |

Remarks/Other: SC 12/31/20 PR 02/15/21 PL 02/25/21 AR 03/15/21
OPTIONS:PFYA
Z. Zero Acres
60% YA Plug.17T=246

RH-5204-2021

| | Policy | MP-0749812 | State | FLORIDA 9 | Date | 11/04/2020 | Page 4 of 7 | AJS |

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.

MPCI Acreage and Production Reporting Form

For **2021** and succeeding years — JULINGTON CREEK FARMS

SCAN: 10365957304814120049   2021

| County | 35 FLAGLER | County | 35 FLAGLER | County | 35 FLAGLER | County | 35 FLAGLER |
| Crop | APH-POTATOES | Crop | APH-POTATOES | Crop | APH-POTATOES | Crop | APH-POTATOES |
| Practice | IRRIGATED | Practice | IRRIGATED | Practice | IRRIGATED | Practice | IRRIGATED |
| Type | GRPA | Type | GRPA | Type | GRPB | Type | GRPB |
| ²Legal Description | | ²Legal Description | | ²Legal Description | | ²Legal Description | |
| FSN 265 | | FSN 272 | | FSN 272 | | FSN 272 | |
| 6 12S 29E | | 1 14S 29E | | 1 14S 29E | | 12 14S 29E | |

| Unit Description HOME | Unit Description BARTON | Unit Description BARTON N | Unit Description BARTON S |
| Insured's Share 1.000 | ³Other persons sharing in crop | Insured's Share 1.000 | ³Other persons sharing in crop | Insured's Share 1.000 | ³Other persons sharing in crop | Insured's Share 1.000 | ³Other persons sharing in crop |

**Unit 1: OU 4.03 PF — FSN 265 — Yield No. 6.0**

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | 0.00 | 225.0 T |
| 15 | | 0.00 | 225.0 T |
| 16 | 16932.00 | 41.50 | 408.0 A |
| 17 H | 15387.00 | 80.00 | 256.0 A |
| 18 Z | 0.00 | 0.00 | - Z |
| 19 | 0.00 | 0.00 | - Z |
| 20 | 0.00 | 0.00 | - Z |
| Total Yield | 1114.0 | Prior Yield | 279.0 |
| + Years | 4 | Ave Yield | 279.0 |
| + Prelim Yield | 279.0 | Adj Yield | |
| T-Yield | 225.0 | Rate Yield | 279.0 |
| | | Appr Yield | 279.0 |

Production Record Type — Prevented Acres
Planted Acres — Unmarketable Acres/Prod
Date Planting Completed — High Risk Acres
High Risk Acres Class

Remarks/Other   SC 12/21/20 PR DZ 15/51 PL 02/25/21 AR 31/15/20
Prevented Plant + 5%
Z. Zero Acres

**Unit 2: OU 4.04 PF — FSN — 272 Yield No. 22.0**

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 16 | | | |
| 16 | 0.00 | 0.00 | 309.0 C |
| 17 | 0.00 | 0.00 | 309.0 C |
| 18 | 0.00 | 0.00 | 309.0 C |
| 19 | 0.00 | 0.00 | 309.0 C |
| 20 | 356005 | 80.00 | A |
| Total Yield | | Prior Yield | 309.0 |
| + Years | 5 | Ave Yield | |
| + Prelim Yield | | Adj Yield | |
| T-Yield | 225.0 | Rate Yield | |
| | | Appr Yield | |

Production Record Type A — Prevented Acres
Planted Acres — Unmarketable Acres/Prod
Date Planting Completed — High Risk Acres
High Risk Acres Class

Remarks/Other   SC 12/21/20 PR DZ 15/21 PL 02/25/21 AR 03/15/21
16-19 YLD 1236.0
Prevented Plant + 5%
A. Actual
ADD PRAC/TYPE/VARIETY

**Unit 3: OU 4.04 PF — FSN — 272 Yield No. 12.0**

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | 0.00 | 0.00 | 304.0 L |
| 17 | 0.00 | 0.00 | 304.0 L |
| 18 | 0.00 | 0.00 | 304.0 L |
| 19 A | 24886.00 | 79.00 | 315.0 A |
| 20 | 3464.9. | 9.00 | A |
| Total Yield | | Prior Yield | 307.0 |
| + Years | 5 | Ave Yield | |
| + Prelim Yield | | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | |
| | | Appr Yield | |

Production Record Type A — Prevented Acres
Planted Acres — Unmarketable Acres/Prod
Date Planting Completed — High Risk Acres
High Risk Acres Class

Remarks/Other   SC 12/31/20 PR 32/15/21 PL 02/25/21 AR 03/15/21
16-19 YLD 1227.0
Prevented Plant + 5%
A. Actual
ADDED LAND 2018

**Unit 4: OU 4.04 PF — FSN — 272 Yield No. 13.0**

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | 0.00 | 304.0 L |
| 17 | | 0.00 | 304.0 L |
| 18 | | 0.00 | 304.0 L |
| 19 A | 21098.00 | 70.00 | 301.0 A |
| 20 | 31603.8 | 89.00 | A |
| Total Yield | | Prior Yield | 303.0 |
| + Years | 5 | Ave Yield | |
| + Prelim Yield | | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | |
| | | Appr Yield | |

Production Record Type A — Prevented Acres
Planted Acres — Unmarketable Acres/Prod
Date Planting Completed — High Risk Acres
High Risk Acres Class

Remarks/Other   SC 12/31/20 PR 02/15/21 PL 02/25/21 AR 03/15/21
16-19 YLD 1213.0
Prevented Plant + 5%
A. Actual
ADDED LAND 2018

WEB COPY

RH-5204-2021

| | | | |
|---|---|---|---|
| Policy | MP-0749812 | State FLORIDA 9 | Date 11/04/2020 | Page 5 of 7 | AJS |

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.
MPCI Acreage and Production Reporting Form

For 2021 and succeeding years    JULINGTON CREEK FARMS

SCAN: 10365957304814120050  2021

---

| | Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|---|
| County | 35 FLAGLER | 35 FLAGLER | 35 FLAGLER | 35 FLAGLER |
| Crop | APH-POTATOES | APH-POTATOES | APH-POTATOES | APH-POTATOES |
| Practice | IRRIGATED | IRRIGATED | IRRIGATED | IRRIGATED |
| Type | GRPB | GRPB | GRPB | GRPA |
| Legal Description FSN | FSN: 297 / 2 12S 28E | FSN: 310 / 29 12S 29E | FSN: 310 / 30 12S 29E | FSN: 389 / 26 35 13S 29E |
| Unit Description | KINNEY 100 NORTH, FRONT | KINNEY 105 BACK 80/HOME | KINNEY 105 BACK 80/HOME | |
| Insured's Share | 1.000 | 1.000 | 1.000 | 1.000 |
| Other persons sharing in crop | | | | |

---

### Column 1: Unit Number OU 4.04 PFYA  FSN 297  Yield No. 9.0

| Crop Year | Pre/Post-Quality Total Production | Acres | Pre/Post-Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | 0.00 | 247.0  T |
| 15 | | 0.00 | 247.0  T |
| 16 | | 0.00 | 247.0  T |
| 17 | 9874.00 | 80.00 | 110.0 P A L |
| 18  Z | 0.00 | 0.00 | ·  Z |
| 19 | 0.00 | 0.00 | ·  Z |
| 20 | 0.00 | 0.00 | ·  Z |

| Total Yield | 851.0 | Prior Yield | 222.0 |
|---|---|---|---|
| • Years | 4 | Ave Yield | 213.0 |
| • Prelim Yield | 213.0 | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | 213.0 |
| | | Appr Yield | 222.0 |

Production Record Type / Prevented Acres
Planted Acres / Unsurable Acres/Prod.
Date Planting Completed / High Risk Acres
High Risk Acres Class

Remarks/Other:  SC 12/31/20 PR 02/15/21 PL 02/25/21 AR 03/15/21
OPTIONS:PFYA
Z, Zero Acres
60% YA Plug,17T=246

### Column 2: Unit Number OU 4.05 PF  FSN 310  Yield No. 17.0

| Crop Year | Pre/Post-Quality Total Production | Acres | Pre/Post-Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | 0.00 | 0.00 | 308.0  L |
| 16 | 0.00 | 0.00 | 308.0  L |
| 17 | 19780.00 | 80.00 | 247.0  A L |
| 18  A | 23457.00 | 102.00 | 230.0  A L |
| 19 | 0.00 | 0.00 | ·  Z |
| 20 | 0.00 | 0.00 | ·  Z |

| Total Yield | 1093.0 | Prior Yield | 273.0 |
|---|---|---|---|
| • Years | 4 | Ave Yield | 273.0 |
| • Prelim Yield | 273.0 | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | 273.0 |
| | | Appr Yield | 273.0 |

Production Record Type / Prevented Acres
Planted Acres / Unsurable Acres/Prod.
Date Planting Completed / High Risk Acres
High Risk Acres Class

Remarks/Other:  SC 12/31/20 PR 02/15/21 PL 02/25/21 AR 03/15/21
Prevented Plant + 5%
Z, Zero Acres
ADDED LAND 2017

### Column 3: Unit Number OU 4.05 PF  FSN 310  Yield No. 18.0

| Crop Year | Pre/Post-Quality Total Production | Acres | Pre/Post-Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | 0.00 | 0.00 | 308.0  L |
| 16 | 0.00 | 0.00 | 308.0  L |
| 17 | 19780.00 | 80.00 | 247.0  A L |
| 18  A | 23457.00 | 102.00 | 230.0  A L |
| 19 | 0.00 | 0.00 | ·  Z |
| 20 | 0.00 | 0.00 | ·  Z |

| Total Yield | 1093.0 | Prior Yield | 273.0 |
|---|---|---|---|
| • Years | 4 | Ave Yield | 273.0 |
| • Prelim Yield | 273.0 | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | 273.0 |
| | | Appr Yield | 273.0 |

Production Record Type / Prevented Acres
Planted Acres / Unsurable Acres/Prod.
Date Planting Completed / High Risk Acres
High Risk Acres Class

Remarks/Other:  SC 12/31/20 PR 02/15/21 PL 02/25/21 AR 03/15/21
Prevented Plant + 5%
Z, Zero Acres
ADDED LAND 2017

### Column 4: Unit Number OU 4.06 PF  FSN 389  Yield No. 20.0

| Crop Year | Pre/Post-Quality Total Production | Acres | Pre/Post-Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | 0.00 | 0.00 | 309.0  C |
| 18 | 0.00 | 0.00 | 309.0  C |
| 19 | 0.00 | 0.00 | 309.0  C |
| 20 | 0.00 | 0.00 | 309.0  C |

| Total Yield | 1236.0 | Prior Yield | 309.0 |
|---|---|---|---|
| • Years | 4 | Ave Yield | 309.0 |
| • Prelim Yield | 309.0 | Adj Yield | |
| T-Yield | 225.0 | Rate Yield | 309.0 |
| | | Appr Yield | 309.0 |

Production Record Type / Prevented Acres
Planted Acres / Unsurable Acres/Prod.
Date Planting Completed / High Risk Acres
High Risk Acres Class

Remarks/Other:  SC 12/31/20 PR 02/15/21 PL 02/25/21 AR 03/15/21
Prevented Plant + 5%
C, New Crop/Practice/Type Avg/Emerging CRP
ADD PRAC/TYPE/VARIETY 2019

2021 F 65957303 65957304  SORT:UNIT REMOVED_FARMING

RH-5204-2021

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.
MPCI Acreage and Production Reporting Form

| Policy | MP-0748812 | State | FLORIDA 9 | Date | 11/04/2020 | Page 6 of 7 | AJS |
|---|---|---|---|---|---|---|---|

For **2021** and succeeding years   JULINGTON CREEK FARMS

SCAN: 10365957304814120061  2021

| | Col 1 | Col 2 | Col 3 | Col 4 |
|---|---|---|---|---|
| County | 35 FLAGLER | 35 FLAGLER | 35 FLAGLER | |
| Crop | APH-POTATOES | APH-POTATOES | APH-POTATOES | |
| Practice | IRRIGATED | IRRIGATED | IRRIGATED | |
| Type | GRPB | GRPB | GRPB | |
| Legal Description | FSN 389 / 2 14S 29E | FSN 389 / 26 13S 29E | FSN 398 / 33 12S 29E | |
| Unit Description | FFF 2018 NB | FFF 2018 NB | | |
| Insured's Share | 1.000 | 1.000 | 1.000 | |

Column 1: Unit Number OU 4.06 PF   FSN 389   Yield No. 16.0
Column 2: Unit Number OU 4.07 PF   FSN 389   Yield No. 15.0
Column 3: Unit Number OU 4.07 PFYA   FSN 398   Yield No. 21.0

**Column 1 (Unit OU 4.06 PF, FSN 389, Yield No. 16.0)**

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | 0.00 | 0.00 | 304.0  L |
| 18 | 0.00 | 0.00 | 304.0  L |
| 19 | 0.00 | 0.00 | 304.0  L |
| 20 | 0.00 | 0.00 | 304.0  L |

| | | | |
|---|---|---|---|
| Total Yield | 1216.0 | Prior Yield | 304.0 |
| + Years | 4 | Ave Yield | 304.0 |
| = Prelim Yield | 304.0 | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | 304.0 |
| | | Appr Yield | 304.0 |

Production Record Type: / Prevented Acres: / Planted Acres: / Unmapable Acres/Prod: / Date Planting Completed: / High Risk Acres: / High Risk Acres Class:

Remarks/Other: SC 12/31/20 PH 02/15/21 PL 02/26/21 AR 03 15/21
Prevented Plant + 5%
L. Added Land. Simple Avg
ADDED LAND 2018

**Column 2 (Unit OU 4.07 PF, FSN 389, Yield No. 15.0)**

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | 0.00 | 0.00 | 304.0  L |
| 17 | 0.00 | 0.00 | 304.0  L |
| 18 | 0.00 | 0.00 | 304.0  L |
| 19 | 0.00 | 0.00 | 304.0  L |
| 20 | 24650.6 | 85.00 | A |

| | | | |
|---|---|---|---|
| Total Yield | | Prior Yield | 304.0 |
| + Years | 5 | Ave Yield | |
| = Prelim Yield | | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | |
| | | Appr Yield | |

Production Record Type: A / Prevented Acres: / Planted Acres: / Unmapable Acres/Prod: / Date Planting Completed: / High Risk Acres: / High Risk Acres Class:

Remarks/Other: SC 12/31/20 PH 02/15/21 PL 02/26/21 AR 03 15/21
16-19 YLD 1216.0
Prevented Plant + 5%
A, Actual
ADDED LAND 2018

**Column 3 (Unit OU 4.07 PFYA, FSN 398, Yield No. 21.0)**

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | 0.00 | 0.00 | 304.0  L |
| 17 | 0.00 | 0.00 | 304.0  L |
| 18 | 0.00 | 0.00 | 304.0  L |
| 19  M | 3498.00 | 28.00 | 125.0 P A L |
| 20 | 0.00 | 0.00 | - Z |

| | | | |
|---|---|---|---|
| Total Yield | 1037.0 | Prior Yield | 274.0 |
| + Years | 4 | Ave Yield | 259.0 |
| = Prelim Yield | 259.0 | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | 259.0 |
| | | Appr Yield | 274.0 |

Production Record Type: / Prevented Acres: / Planted Acres: / Unmapable Acres/Prod: / Date Planting Completed: / High Risk Acres: / High Risk Acres Class:

Remarks/Other: SC 12/31/20 PH 02 15/21 PL 02/26/21 AR 03/15/21
OPTIONS:PFYA
Z. Zero Acres
ADDED LAND 2019
60% YA Plug, 1ST=304

| | | | |
|---|---|---|---|
| County | | | |
| Crop | | | |
| Practice | | | |
| Type | | | |
| Legal Description | | | |
| Unit Description | | | |
| Insured's Share | | Other persons sharing in crop | |

Unit Number   FSN   Yield No.

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| Total Yield | | Prior Yield | |
| + Years | | Ave Yield | |
| = Prelim Yield | | Adj Yield | |
| T-Yield | | Rate Yield | |
| | | Appr Yield | |

Remarks/Other:

RH-5204-2021

| Policy | MP-0749812 | State | FLORIDA 9 | Date | 11/04/2020 | Page 7 of 7 | AJS |
|---|---|---|---|---|---|---|---|

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.

MPCI Application/Cancellation/Transfer/Policy Change/Reporting Form

For 2021 and succeeding years    JULINGTON CREEK FARMS

SCAN: 1036595730481412 0072  2021

**CANCELLATION INFORMATION:** I hereby request cancellation of my crop insurance policy for the crop(s) and crop year shown on this cancellation. I understand that if this form is not executed on or before the cancellation date for any crop year listed, the cancellation of insurance on such crop(s) will not become effective until the following crop year.

**REASON FOR CANCELLATION:** ☐ Mutual Consent ☐ Insured's Request
☐ Death, Incompetence or Dissolution ☐ Other ___

**TRANSFER INFORMATION:**

Part I: I hereby request cancellation of my insurance policy with [Enter Ceding AIP's Name and Policy No.] _____ for the crop(s) and crop year(s) shown on this application because I have applied for insurance with another Approved Insurance Provider. I understand that if this form is not executed on or before the established cancellation date for any crop listed, the cancellation of insurance on such crop(s) will not become effective until the following crop year.

I hereby authorize and direct the Ceding Approved Insurance Provider shown above to furnish any information relative to my insurance policy to the Assuming Approved Insurance Provider specified under Part II. I understand that if coverage for any crop(s) is now terminated or would have subsequently terminated for delinquent debt had this transfer not occurred, no coverage can be provided by the assuming Approved Insurance Provider.

Part II: By submission of this form, we agree to provide crop insurance to this applicant for the crop(s) and crop year shown on this application unless this form is not executed on or before the established cancellation date for any of the crop(s) shown, in which case insurance will be provided for such crop(s) for the following crop year.

Assuming AIP and Policy Issuing Company Code

Signature of AIP Representative Authorized to Accept Applications    Date

**A) CONDITIONS OF ACCEPTANCE STATEMENT:** This application is accepted and insurance attaches in accordance with the policy unless: (1) The Federal Crop Insurance Corporation determines that, in accordance with the regulations, the risk is excessive; (2) any material fact is omitted, concealed or misrepresented in this application or in the submission of this application; (3) you have failed to provide complete and accurate information required by this application; or (4) the answer to any of the following questions is "yes." An answer of "yes" to these questions does not automatically result in rejection of the application. For example, if you answer "yes" to question (a) but your debt was discharged in bankruptcy, the application would not be rejected.

Yes No
☐ ☐ (a) Are you now indebted, and the debt is delinquent, for insurance coverage under the Federal Crop Insurance Act?
☐ ☐ (b) Have you in the last five years been convicted under federal or state law of planting, cultivating, growing, producing, harvesting, or storing a controlled substance?
☐ ☐ (c) Has your or had insurance coverage under the authority of the Federal Crop Insurance Act terminated for violation of the terms of the contract or regulations, or for failure to pay your delinquent debt?
☐ ☐ (d) Are you disqualified or debarred under the Federal Crop Insurance Act, the regulations of the FCIC, or the USDA?
☐ ☐ (e) Have you ever entered into an agreement with the FCIC or with the Department of Justice that you would refrain from participating in programs under the authority of the Federal Crop Insurance Act and that agreement is still effective?
☐ ☐ (f) Do you have life insurance on any of the above crop(s)?

I understand that if coverage for any crop is currently terminated or would have subsequently terminated for indebtedness had this application been filed after the termination date, no coverage can be provided and I am ineligible for any benefits under the Federal Crop Insurance Act until the cause for termination is corrected.

We will notify you of rejection by depositing notification in the United States mail, postage paid, to the applicant's address. Unless rejected or the sales closing date has passed at the time you signed this application, insurance shall be in effect for the crop(s) and crop years specified and shall continue for each succeeding crop year, unless otherwise specified in the policy, until canceled, terminated or voided. The insurance contract, which includes the accepted application, is defined in the regulation published at 7 CFR chapter IV. No term or condition of the contract shall be waived or changed unless such waiver or change is expressly allowed by the contract and is in writing.

**B) CERTIFICATION STATEMENT:** I certify that to the best of my knowledge and belief all of the information on this form is correct. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes).

I certify that the information and answers on this application are correct to my knowledge and belief; that none of the reasons for rejection in items 1 through 4 of the "Conditions of Acceptance" apply; and that I am aware of and understand the requirements of the Collection of Information and Data (Privacy Act), as well as all other provisions contained on this application. I personally guarantee payment of the total premium and any applicable administrative fees (premium not applicable to CAT coverage).

Julington Creek Farms by
Weston Thigpen
Applicant/Insured's Printed Name

_____ 12/23/20
Applicant/Insured's Signature    Date

**C) USDA MULTIPLE BENEFIT CERTIFICATION STATEMENT:** I understand that obtaining multiple Federal benefits for the same loss, such as a Noninsured Crop Disaster Assistance Program (NAP) payment(s) and a Federal crop insurance indemnity, is prohibited by law. I certify that I have, or will disclose any other USDA benefit, including any NAP benefit, received for this crop. Failure to disclose the receipt of multiple Federal benefits, or failure to repay one of the multiple Federal benefits such as either the NAP benefit or the Federal crop insurance indemnity for the same crop, may result in my being disqualified from receiving Federal crop insurance benefits, as well as being ineligible for various programs administered by the Farm Service Agency for up to five (5) years.

**D) ANTI-REBATING CERTIFICATION STATEMENT FOR APPLICANT/INSURED:** I certify, for the crop year indicated, that I have not directly or indirectly received, accepted, or been paid, offered, promised, or given any benefit, including money, goods, or services for which payment is usually made, rebate, discount, abatement, credit, or reduction of premium, or any other valuable consideration, as an inducement to procure insurance or in exchange for purchasing this insurance policy after it has been procured. I understand that this prohibition does not include payment of administrative fees, performance based discounts, and any other payment approved by FCIC that are authorized under sections 508(a)(9)(B) and 508(d)(3) of the Federal Crop Insurance Act (Act) (7 U.S.C. §§ 1508(a)(9)(B) and 1508(d)(3)). I understand that a false certification or failure to completely and accurately report any information on this form may subject me, and any person with a substantial financial interest in me, to sanctions, including but not limited to, criminal and civil penalties and administrative sanctions in accordance with section 515(h) of the Act (7 U.S.C. §1515(h)) and all other applicable federal statutes.

**E) ANTI-REBATING CERTIFICATION STATEMENT FOR AGENT:** I certify, for the crop year indicated, that I have neither offered nor promised, directly or indirectly, any benefit, including money, goods, or services for which payment is usually made, rebate, discount, credit, reduction of premium, or any other valuable consideration to this person either as an inducement to procure insurance or in exchange for obtaining insurance after it has been procured. I understand that this prohibition does not include payment of administrative fees, performance based discounts, and any other payment approved by FCIC that are authorized under sections 508(a)(9)(B) and 508(d)(3) of the Federal Crop Insurance Act (Act) (7 U.S.C. §§ 1508(a)(9)(B) and 1508(d)(3)). I understand that a false certification or failure to completely and accurately report any violation may subject me, and all agencies/companies I represent, to sanctions, including but not limited to criminal and civil penalties and administrative sanctions in accordance with section 515(h) of the Act (7 USC §1515(h)) and all other applicable federal statutes.

**F) NONDISCRIMINATION STATEMENT**

Non-Discrimination Policy: In accordance with Federal law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating on the basis of race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs).

To File a Program Complaint: If you wish to file a Civil Rights program complaint of discrimination, complete the USDA Program Discrimination Complaint Form, found online at https://www.ascr.usda.gov/ad_2027-usda-program-discrimination-complaint-form, or at any USDA office, or call (866) 632-9992 to request the form. You may also write a letter containing all of the information requested in the form. Send your completed complaint form or letter by mail to the U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410 or email at program.intake@usda.gov.

Persons with Disabilities: Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible State or local Agency that administers the program or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

Persons with disabilities, who wish to file a program complaint, please see information above on how to contact the Department by mail directly or by email.

**G) COLLECTION OF INFORMATION AND DATA (PRIVACY ACT) STATEMENT:** Agents, Loss Adjusters, and Policyholders: The following statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a). The Risk Management Agency (RMA) is authorized by the Federal Crop Insurance Act (7 U.S.C. 1501-1524) or other Acts, and the regulations promulgated thereunder, to solicit the information requested on documents established by RMA, or by approved insurance providers (AIPs), that have been approved by the Federal Crop Insurance Corporation (FCIC), to deliver Federal crop insurance. The information is necessary for AIPs and RMA to operate the Federal crop insurance program, determine program eligibility, conduct statistical analysis, and ensure program integrity. Information provided herein may be furnished to other Federal, State, or local agencies, as required or permitted by law, law enforcement agencies, courts or adjudicative bodies, foreign agencies, magistrate, administrative tribunal, AIPs contractors and cooperators, Comprehensive Information Management System (CIMS), congressional offices, or entities under contract with RMA. For insurance agents, certain information may also be disclosed to the public to assist interested individuals in locating agents in a particular area. Disclosure of the information requested is voluntary. However, failure to correctly report the requested information may result in the rejection of the documents by the AIP or RMA in accordance with the Standard Reinsurance Agreement between the AIP and FCIC, Federal regulations, or RMA-approved procedures and the denial of program eligibility or benefits derived therefrom. Also, failure to provide true and correct information may result in civil suit or criminal prosecution and the assessment of penalties or pursuit of other remedies.

**H) NEW PRODUCER:** I certify that I have not produced the insured crop in the county for more than two APH crop years. I certify that I was not a member of another insured entity or a substantial beneficial interest holder, which produced the insured crop in the county for more than two APH crop years. I certify that any substantial beneficial interest holders for the policy in which new producer status is requested have not produced the insured crop in the county for more than two APH crop years. I understand that any mis-certification may result in recalculation of my yield guarantee's premiums and any applicable loss payments. The certification statements contained in this paragraph apply to any crop(s)/county(ies) that have been marked as being a New Producer in the New Producer column of this application.

I certify that I am responsible for establishing the approved APH yields that are used to calculate the production guarantees contained in this acreage report and that such approved APH yields are correct to the best of my knowledge. I understand this form may be reviewed or audited, and that information inaccurately reported or failure to retain records to support information on this form, may result in a recomputation of the approved APH yield.

**PROMISSORY NOTE:** On or before _____ 08/15/21 ____. The Undersigned, in consideration of the issuance of the policy shown above, hereby agrees to pay, at 9200 Northpark Drive, Suite 300, Johnston, Iowa 50131, to the order of the Company the total premium and applicable administrative fees, all as allowed by law. The Undersigned agrees to pay the maximum amount if interest on the total unpaid premium after such due date plus reasonable costs of collection and attorney fees, all as allowed by law as stated in 7 CFR 457.8 and consents to the Iowa Court jurisdiction and venue. The Undersigned agrees and acknowledges that the Company may deduct any and all amounts owed under this policy or any other policy, whether or not due, from any loss payable to you under this policy.

Native Sod (SA, MN, MT, ND, SD ONLY) ☐ I HAVE ☐ I HAVE NOT broken native sod after February 7, 2014. For any native sod acreage broken after December 29, 2018, identify the year it was broken separately for each crop. I understand that if I till native sod acreage, I will be assessed a reduction in yield guarantee and premium subsidy. These reductions apply in the crop year that my total native sod acreage diled exceeds 5 acres in the county (cumulated across crops and crop years), and these reductions in benefits may be retroactively applied within a crop year.

Licensed Agent's Printed Name    Code
Fetner    12-23-20
Licensed Agent's Signature    Date

WEB COPY    SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS    RH-5200-2020 (Rev. 03-2020)

SCAN: 10365957304814120083

## 1 PERSON TYPE

| | | | |
|---|---|---|---|
| A. Public Schools | F. Transfer of Rights to Indemnity (SBI only) | P. Partnerships | X. Individual Operating as a Business |
| B. Trust-Bureau of Indian Affairs (BIA) and Indian Tribe Ventures | G. Receiver or Liquidator | R. Revocable Trust | Y. Limited Liability Company |
| C. Corporations | H. Public Agency State/Local Government | S¹. Spousal/Married | |
| D. Estates | I. Individuals | T. Irrevocable Trust | |
| E. Non-Profit or Tax Exempt Organizations | J. Joint Operations/Joint Ventures/Co-Ownerships | U. Undivided Interest (CAT only) | |

¹ Enter the spouse's information on the front of the 5200 form in the SBI Information section. If not married, state No Spouse.

For all insured persons other than "S", list all persons or entities with 10 percent or more interest in the insured/applicant on the front of the 5200 form in the SBI Information section.

## 2 LEGAL DESCRIPTION

Section, township, range, other land identifier (e.g., Spanish land grants, metes and bounds, etc.)

## 3 NAME OF OTHER PERSON(S) SHARING IN THE CROP

If the landlord or tenant is insuring the others share on this policy, include the landlord or tenant's name and the percent of share of the landlord or tenant listed.

## 4 ACREAGE TYPE

| | | |
|---|---|---|
| A. Insured (planted) | E. Insured – New breaking acreage insured by WA and the insured is able to substantiate the acreage has previously been in production | I. Insured – Total native sod acreage greater than five acres insured by WA |
| B. Insured – Acreage emerging from an USDA program the initial crop year | | J. Insured – Short rated acreage |
| C. Insured – New breaking acreage insured in accordance with the policy (i.e., 5 percent or less of insured acreage planted in the unit) the initial crop year or insured under SP and the insured is able to substantiate the acreage has previously been in production | F. Insured – New breaking acreage insured by WA and the insured is unable to substantiate the acreage has previously been in production | K. Insured – Late-planted acreage |
| | | L. Insured-UUF/Third Party damaged acreage |
| | G. Insured – Total native sod acreage greater than five acres insured under the terms of the policy | M. Prevented planting |
| | | N. Uninsured |
| | | O. Uninsurable |
| D. Insured – New breaking acreage insured in accordance with the policy or under SP and the insured is unable to substantiate the acreage has previously been in production | H. Insured – Total native sod acreage greater than five acres insured under the terms of the SP | P. Uninsurable due to 2nd crop provisions |
| | | Q. Uninsurable due to new breaking and the insured substantiates the acreage has been in production |

| | |
|---|---|
| R. Uninsurable due to new breaking and the insured cannot substantiate the acreage has previously been in production | |
| S. Uninsurable due in total native sod acreage greater than five acres and is not insured by SP or WA | |
| T. Unreported acreage (within the same unit) | |
| U. Unreported units | |
| V. Zero acreage report for unit | |
| W. Zero acreage report for county | |

## 5 PRODUCTION RECORD TYPE

| | | |
|---|---|---|
| A. Harvested Production: Sold/Commercial Storage | F. Harvested Production: Livestock Feeding Records | K. Unharvested and Production Appraised by AIP (ARPI only) |
| B. Harvested Production: Farm Stored/Measured by Insured | G. Harvested Production: Field Harvest Records | L. Unreported Production (ARPI only) |
| C. Harvested Production: Pick/Daily Sales Records | H. Other | M. Claim for Indemnity |
| D. Harvested Production: Automated Yield Monitoring System | I. Unharvested and Destroyed (ARPI only) | N. Appraisal (non-loss) |
| E. Harvested Production, Farm Stored/Measured by Authorized Representative | J. Unharvested and Put to Another Use (ARPI only) | O. UUF or Third Party Damage |

| | |
|---|---|
| P. Unharvested with Harvest Incomplete (ARPI Only) | |
| Q. Zero production when no claim/appraisal/UUF/3rd party or production record | |
| Z. Zero Planted Acres | |

## 6 INSURABILITY

Indicate whether acreage and production being reported is from insurable, uninsurable, uninsurable cause of loss appraisal, uninsured acreage or from acreage on which a PP payment was reduced due to a second crop being planted.

## 7 MULTI CROP YEAR REPORTING REASON

Enter the applicable code(s) for the reason the insured is reporting a crop year other than the most recent APH crop year. Insureds may certify production reports for crop years other than the most recent for various reasons, including:

| | | |
|---|---|---|
| A. certification of crop years not previously certified; | D. replacement of assigned yield; | G. recertification for new actuarial offer; |
| B. correction; | E. certification by new insured; | H. recertification for new unit structure; or |
| C. replacement of temporary yield; | F. certification using another producer's history for new acreage; | I. other. |

If not applicable, leave blank.

## 8 SUPPLEMENTAL COVERAGE OPTION (SCO) ENDORSEMENT TERMS AND CONDITIONS

In addition to Section 3(b)(2) of the Basic Provisions, I hereby elect this Supplemental Coverage Option Endorsement, and by this election I understand:

A. I must have purchased a policy under the Common Crop Insurance Policy Basic Provisions and applicable Crop Provisions to elect this Endorsement and must also purchase this Endorsement with the same Approved Insurance Provider as my Common Crop Insurance Policy.

B. I may elect coverage under this Endorsement and the Farm Service Agency's Agriculture Risk Coverage Program, but the same acreage of the crop cannot be covered under both programs.

C. I may elect coverage under this Endorsement and Stacked Income Protection Plan for the upland cotton, but the same acreage cannot be insured under both.

D. If at any time my Common Crop Insurance Policy for the crop is canceled or terminated, coverage under this endorsement is automatically canceled or terminated.

E. That by electing this Endorsement, it will continue from year to year unless I or you cancel or change my election by written notice on or before the cancellation date or my coverage is otherwise canceled or terminated under the terms of my policy.

F. Separate Administrative Fees will be assessed for each crop insured under this Endorsement.

Percentage of Price Election represents SCO Coverage Percentage. ARC Coverage ☐ YES   ☐ NO means if you elected the SCO Endorsement, do you also have ARC Coverage?

## 9 STACKED INCOME PROTECTION PLAN (STAX) TERMS AND CONDITIONS

I may elect coverage under this plan of insurance and the Farm Service Agency's Agriculture Risk Coverage Program or Price Loss Coverage Program, but the same acreage of the crop cannot be covered under both programs. I may not elect coverage under this plan of insurance on the same acres I elect coverage for the Supplemental Coverage Option (SCO) Endorsement if I participate in the SCO. I understand that by signing this application, the coverage under this plan of insurance will continue from year to year unless I or you cancel or change my election by written notice on or before the cancellation date or my coverage is otherwise canceled or terminated under the terms of my policy.

A. Coverage Level represents STAX Coverage Range

B. Percentage of Price Election represents STAX Protection Factor

C. Designated County means when both SCO and STAX are elected for the same crop and county(ies), if land is added to this operation after the Sales Closing Date and reported by the Acreage Reporting Date, such acreage will be covered by SCO or STAX as indicated in this column. If no designation is made, the acreage is covered by SCO.

D. SCO Coverage ☐ YES  ☐ NO means if you elected the STAX Policy, do you also have SCO Coverage for the same county(ies)? If Yes, identify by APH Database whether SCO or STAX applies by listing the Yield No.(s) and plan in the REMARKS/OTHER section of this form. Any acres insured by the companion policy that are not designated for STAX coverage will be covered by SCO.

## 10 MULTI-COUNTY ENTERPRISE UNIT (MCEU)

Enter a "P" for the primary county and an "S" for the secondary county. If there is more than one primary county and/or more than one secondary county, you will need to associate which primary and secondary county go together. For example, if County A is the primary county associated with County B as the secondary county, enter "P1" for County A and "S1" for County B. If County D is the primary county associated with County C as the secondary county, enter "P2" for County D and "S2" for County C.

## 11 HURRICANE INSURANCE PROTECTION-WIND INDEX (HIP-WI) ENDORSEMENT TERMS AND CONDITIONS

In addition to Section 3(b)(2) of the Basic Provisions, I hereby elect this Hurricane Insurance Protection – Wind Index Endorsement, and by this election I understand:

A. I must have purchased an underlying policy consisting of the Common Crop Insurance Policy Basic Provisions and applicable Crop Provisions to elect this Endorsement and must also purchase this Endorsement with the same Approved Insurance Provider as my Common Crop Insurance Policy.

B. If at any time my underlying policy for the crop is cancelled or terminated, coverage under this Endorsement is automatically cancelled or terminated

C. That by electing this Endorsement, it will continue from year to year unless I or you cancel or change my election by written notice on or before the cancellation date or my coverage is otherwise canceled or terminated under the terms of my underlying policy.

D. Separate Administrative Fees will be assessed for each crop insured under this Endorsement.

Percentage of Price Election represents the HIP-WI Coverage Percentage

MPCI APH COPY

## AGRI GENERAL INSURANCE COMPANY
Crop Insurance Serviced By RAIN AND HAIL L.L.C.
### 2021 APH INFORMATION INQUIRY REPORT

| Policy | MP-0750018 | State | FLORIDA 9 | Date | 02/22/2021 | Page 1 of 1 |
|---|---|---|---|---|---|---|
| For | 2021 and succeeding years | | | | | |

SCAN: 10270102753225080016   2021

| PRODUCER/OWNER INFORMATION | AGENCY INFORMATION |
|---|---|
| ONEIDA POTATO EXCHANGE<br>PAUL SOWINSKI<br>5818 FIRE LN<br>RHINELANDER WI 54501-0000 | PROGRESSIVE AG<br>417 38TH ST SW STE A<br>FARGO ND 58103-6508<br><br>mailto: RLG@PROGRESSIVEAG.COM<br>JOAN@PROGRESSIVEAG.COM |

I request insurance coverage for my share of the Category B crop (except forage production) specified with a designated county in all added counties where the crops are insurable. --> YES

Signature Authorization: PAUL SOWINSKI

| PHONE | SSN/EIN/OTHER | ENTITY | STATE OF INCORP. |
|---|---|---|---|
| 715-272-1192 | *****4830 (EIN) | LLC | WI |

| PHONE | CODE |
|---|---|
| 701-277-9210 | 7772-30 |

## COVERAGE

| COUNTY | PLAN | CROP | TYPE CLASS, ETC | OPTION | LEVEL | PRICE | FINAL PLANT DATE | ACRES | LIABILITY | PREMIUM | SUBSIDY | NET PREMIUM | CREDITS | FEES | INTEREST | BALANCE | BILLING DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FLAGLER | APH | POTATOES | IRRIGATED GRPA | YAYC | A | 75 | 18.25 | 02/25/2021 | | | | | | | | | 08/15/2021 |
| | | | IRRIGATED GRPB | YAYC | A | 75 | 12.25 | 02/25/2021 | | | | | | | | | 08/15/2021 |
| PUTNAM | APH | POTATOES | IRRIGATED GRPA | YAYC | A | 85 | 18.25 | 02/25/2021 | | | | | | | | | 08/15/2021 |
| | | | IRRIGATED GRPB | YAYC | A | 85 | 12.25 | 02/25/2021 | | | | | | | | | 08/15/2021 |
| ST. JOHNS | APH | POTATOES | IRRIGATED GRPA | YAYC | A | 75 | 18.25 | 02/25/2021 | | | | | | | | | 08/15/2021 |
| | | | | | | | | 0.00 | | | | | | | | | |

THIS IS NOT A BILL

## SUMMARY MESSAGE
We have received and approved an Assignment of Indemnity on behalf of the above named insured. Please distribute a copy to any applicable parties requiring a copy of the schedule of insurance.

**LOSS PAYABLE TO ME AND**

| | | |
|---|---|---|
| COMPEER FINANCIAL<br>1430 NORTH RIDGE DRIVE<br>PRAIRIE DU SAC WI 53578<br>POTATOES ST. JOHNS | COMPEER FINANCIAL<br>1430 NORTH RIDGE DRIVE<br>PRAIRIE DU SAC WI 53578<br>POTATOES FLAGLER | COMPEER FINANCIAL<br>1430 NORTH RIDGE DRIVE<br>PRAIRIE DU SAC WI 53578<br>POTATOES PUTNAM |

70102753  P 1880

RH-1880

# AGRI GENERAL INSURANCE COMPANY

## APH Information Inquiry

| POLICY # | CROP YEAR | DATE |
|---|---|---|
| MP-0750018 | 2021 | 02/22/2021 |
| | | PAGE |
| | | 1 of 3 |

| INSURED INFORMATION | AGENCY INFORMATION | COMPANY INFORMATION |
|---|---|---|
| ONEIDA POTATO EXCHANGE<br>5818 FIRE LN<br>RHINELANDER, WI 54501-0000<br>PHONE: 715-272-1192 | PROGRESSIVE AG<br>417 38TH ST SW STE A<br>FARGO, ND 58103-6508<br>PHONE: 701-277-9210    CODE: 7772-30 | SOUTHERN DIVISION<br>1951 ROSEBUD ROAD<br>GRAYSON, GA 30017-1558 |

---

**Yield Number** 4.0    **Unit** 1.01
**Crop** APH Potatoes    **Farm** 265
**Prac** IRRIGATED (20)    **County** FLAGLER
**Type** GRPB (2610)    **County T-Yield** 247.0
**Unit Description**
FSN: 265, 6 12S 29E

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | 0.00 | 247.0 T |
| 14 | | 0.00 | 247.0 T |
| 15 | 22377.00 | 50.40 | 444.0 A |
| 16 | 8618.00 | 22.80 | 378.0 A |
| 17 | 0.00 | 0.00 | - Z |
| 18 | Z 0.00 | 0.00 | - Z |
| 19 | 0.00 | 0.00 | - Z |
| 20 | 0.00 | 0.00 | - Z |

**Interest** 0.500 **Avg Yld** 329.0 **Non-Trend**
**App Yld**
**Prior Yld** 329.0 **App Yld** 329.0

---

**Yield Number** 20.0    **Unit** 1.02
**Crop** APH Potatoes    **Farm** 310
**Prac** IRRIGATED (20)    **County** FLAGLER
**Type** GRPB (2610)    **County T-Yield** 247.0
**Unit Description** BARN
FSN: 310, 29 12S 29E

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | 0.00 | 247.0 T |
| 18 | | 0.00 | 247.0 T |
| 19 | | 0.00 | 247.0 T |
| 20 | M 4349.00 | 41.00 | 106.0 P A L |

**Interest** 0.500 **Avg Yld** 212.0 **Non-Trend**
**OPTIONS** YA    **App Yld**
**Prior Yld** 247.0 **App Yld** 222.0

---

**Yield Number** 3.0    **Unit** 3.01
**Crop** APH Potatoes    **Farm** 265
**Prac** IRRIGATED (20)    **County** FLAGLER
**Type** GRPA (1610)    **County T-Yield** 225.0
**Unit Description** FIELD 3
FSN: 265, 6 12S 29E

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | 0.00 | 225.0 T |
| 14 | 8100.00 | 20.00 | 405.0 A |
| 15 | 17261.00 | 37.00 | 467.0 A |
| 16 | 5810.00 | 33.00 | 176.0 A L |
| 17 | 0.00 | 0.00 | - Z |
| 18 | Z 0.00 | 0.00 | - Z |
| 19 | 0.00 | 0.00 | - Z |
| 20 | 0.00 | 0.00 | - Z |

**Interest** 0.500 **Avg Yld** 318.0 **Non-Trend**
**App Yld**
**Prior Yld** 318.0 **App Yld** 318.0

---

**Yield Number** 12.0    **Unit** 3.02
**Crop** APH Potatoes    **Farm** 297
**Prac** IRRIGATED (20)    **County** FLAGLER
**Type** GRPB (2610)    **County T-Yield** 247.0
**Unit Description** KINNEY 100 FRONT WEST BACK WES
FSN: 297, 2 12S 28E

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | 0.00 | 0.00 | 328.0 L |
| 15 | 0.00 | 0.00 | 328.0 L |
| 16 | 0.00 | 0.00 | 328.0 L |
| 17 | 1675.00 | 16.00 | 105.0 P A L |
| 18 | Z 0.00 | 0.00 | - Z |
| 19 | 0.00 | 0.00 | - Z |
| 20 | 0.00 | 0.00 | - Z |

**Interest** 0.500 **Avg Yld** 272.0 **Non-Trend**
**OPTIONS** YA    **App Yld**
**Prior Yld** 295.0 **App Yld** 295.0

---

**Yield Number** 6.0    **Unit** 3.03
**Crop** APH Potatoes    **Farm** 310
**Prac** IRRIGATED (20)    **County** FLAGLER
**Type** GRPB (2610)    **County T-Yield** 247.0
**Unit Description** KINNEY 105 - BARN
FSN: 310, 29 12S 29E

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | 0.00 | 0.00 | 328.0 L |
| 16 | 0.00 | 0.00 | 328.0 L |
| 17 | 8232.00 | 40.00 | 206.0 A L |
| 18 | Z 0.00 | 0.00 | - Z |
| 19 | A 10629.00 | 40.00 | 266.0 A |
| 20 | 0.00 | 0.00 | - Z |

**Interest** 0.500 **Avg Yld** 282.0 **Non-Trend**
**App Yld**
**Prior Yld** 282.0 **App Yld** 282.0

---

**Yield Number** 22.0    **Unit** 3.04
**Crop** APH Potatoes    **Farm** 389
**Prac** IRRIGATED (20)    **County** FLAGLER
**Type** GRPB (2610)    **County T-Yield** 247.0
**Unit Description** CO RD 135
FSN: 389, 35 13S 29E

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | 0.00 | 247.0 T |
| 18 | | 0.00 | 247.0 T |
| 19 | | 0.00 | 247.0 T |
| 20 | M 5642.00 | 51.70 | 109.0 P A L |

**Interest** 0.500 **Avg Yld** 213.0 **Non-Trend**
**OPTIONS** YA    **App Yld**
**Prior Yld** 247.0 **App Yld** 222.0

---

**Yield Number** 9.0    **Unit** 4.01
**Crop** APH Potatoes    **Farm** 171
**Prac** IRRIGATED (20)    **County** FLAGLER
**Type** GRPB (2610)    **County T-Yield** 247.0
**Unit Description** HWY 100 S
FSN: 171, 7 8 12S 29E

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | 0.00 | 0.00 | 328.0 L |
| 16 | 0.00 | 0.00 | 328.0 L |
| 17 | H 14277.00 | 38.00 | 376.0 A |
| 18 | Z 0.00 | 0.00 | - Z |
| 19 | 0.00 | 0.00 | - Z |
| 20 | A 38081.00 | 85.00 | 448.0 A |

**Interest** 1.000 **Avg Yld** 370.0 **Non-Trend**
**App Yld**
**Prior Yld** 340.0 **App Yld** 370.0

---

**Yield Number** 2.0    **Unit** 4.02
**Crop** APH Potatoes    **Farm** 201
**Prac** IRRIGATED (20)    **County** FLAGLER
**Type** GRPB (2610)    **County T-Yield** 247.0
**Unit Description** BAR D
FSN: 201, 9 12S 29E

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | 0.00 | 247.0 T |
| 14 | 7250.00 | 29.00 | 250.0 A |
| 15 | 12974.00 | 30.60 | 424.0 A |
| 16 | 0.00 | 0.00 | - Z |
| 17 | 2153.00 | 26.00 | 83.0 P A L |
| 18 | Z 0.00 | 0.00 | - Z |
| 19 | 0.00 | 0.00 | - Z |
| 20 | 0.00 | 0.00 | - Z |

**Interest** 1.000 **Avg Yld** 251.0 **Non-Trend**
**OPTIONS** YA    **App Yld**
**Prior Yld** 267.0 **App Yld** 267.0

---

2021 P 70102744 70102745

AGRI GENERAL INSURANCE COMPANY

**APH Information Inquiry**

| POLICY # | CROP YEAR | DATE |
|---|---|---|
| MP-0750018 | 2021 | 02/22/2021 |

PAGE 2 of 3

| INSURED INFORMATION | AGENCY INFORMATION | COMPANY INFORMATION |
|---|---|---|
| ONEIDA POTATO EXCHANGE<br>5818 FIRE LN<br>RHINELANDER, WI 54501-0000<br>PHONE: 715-272-1192 | PROGRESSIVE AG<br>417 38TH ST SW STE A<br>FARGO, ND 58103-6508<br>PHONE: 701-277-9210   CODE: 7772-30 | SOUTHERN DIVISION<br>1951 ROSEBUD ROAD<br>GRAYSON, GA 30017-1558 |

---

**Yield Number** 5.0 **Unit** 4.03
**Crop** APH Potatoes **Farm** 265
**Prac** IRRIGATED (20) **County** FLAGLER
**Type** GRPA (1610) **County T-Yield** 225.0
**Unit Description**
FSN: 265, 6 12S 29E

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | 0.00 | 225.0 T |
| 13 | | 0.00 | 225.0 T |
| 14 | | 0.00 | 225.0 T |
| 15 | 11477.00 | 29.00 | 396.0 A |
| 16 | 0.00 | 0.00 | - Z |
| 17 | 0.00 | 0.00 | - Z |
| 18 | Z 0.00 | 0.00 | - Z |
| 19 | 0.00 | 0.00 | - Z |
| 20 | 0.00 | 0.00 | - Z |

**Interest** 1.000 **Avg Yld** 268.0 **Non-Trend App Yld**
**Prior Yld** 268.0 **App Yld** 268.0

---

**Yield Number** 1.0 **Unit** 4.03
**Crop** APH Potatoes **Farm** 265
**Prac** IRRIGATED (20) **County** FLAGLER
**Type** GRPB (2610) **County T-Yield** 247.0
**Unit Description** FIELD HOME
FSN: 265, 6 12S 29E

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | 36113.00 | 110.00 | 328.0 A |
| 14 | 37400.00 | 110.00 | 340.0 A |
| 15 | 16563.00 | 41.10 | 403.0 A |
| 16 | 34209.00 | 90.50 | 378.0 A |
| 17 | H 16584.00 | 44.00 | 377.0 A |
| 18 | 0.00 | 0.00 | - Z |
| 19 | 0.00 | 0.00 | - Z |
| 20 | 0.00 | 0.00 | - Z |

**Interest** 1.000 **Avg Yld** 365.0 **Non-Trend App Yld**
**Prior Yld** 365.0 **App Yld** 365.0

---

**Yield Number** 13.0 **Unit** 4.04
**Crop** APH Potatoes **Farm** 272
**Prac** IRRIGATED (20) **County** FLAGLER
**Type** GRPB (2610) **County T-Yield** 247.0
**Unit Description** BARTON 2018 NB
FSN: 272, 1 14S 29E

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | 0.00 | 0.00 | 311.0 L |
| 18 | 0.00 | 0.00 | 311.0 L |
| 19 | 0.00 | 0.00 | 311.0 L |
| 20 | 0.00 | 0.00 | 311.0 L |

**Interest** 1.000 **Avg Yld** 311.0 **Non-Trend App Yld**
**Prior Yld** 311.0 **App Yld** 311.0

---

**Yield Number** 10.0 **Unit** 4.05
**Crop** APH Potatoes **Farm** 297
**Prac** IRRIGATED (20) **County** FLAGLER
**Type** GRPB (2610) **County T-Yield** 247.0
**Unit Description** KINNEY 100 HOUSE
FSN: 297, 2 12S 28E

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | 0.00 | 0.00 | 328.0 L |
| 15 | 0.00 | 0.00 | 328.0 L |
| 16 | 0.00 | 0.00 | 328.0 L |
| 17 | 3233.00 | 30.00 | 108.0 P A L |
| 18 | Z 0.00 | 0.00 | - Z |
| 19 | 0.00 | 0.00 | - Z |
| 20 | 0.00 | 0.00 | - Z |

**Interest** 1.000 **Avg Yld** 273.0 **Non-Trend**
**OPTIONS** YA **App Yld**
**Prior Yld** 295.0 **App Yld** 295.0

---

**Yield Number** 11.0 **Unit** 4.06
**Crop** APH Potatoes **Farm** 310
**Prac** IRRIGATED (20) **County** FLAGLER
**Type** GRPB (2610) **County T-Yield** 247.0
**Unit Description** BACK, HOME
FSN: 310, 29 30 12S 29E

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | 0.00 | 0.00 | 328.0 L |
| 17 | 7336.00 | 48.00 | 153.0 A L |
| 18 | Z 0.00 | 0.00 | - Z |
| 19 | M 18961.00 | 106.00 | 179.0 A L |
| 20 | M 16957.00 | 114.00 | 149.0 A L |

**Interest** 1.000 **Avg Yld** 202.0 **Non-Trend App Yld**
**Prior Yld** 266.0 **App Yld** 262.0 **APH YIELD FLOORED**

---

**Yield Number** 17.0 **Unit** 4.07
**Crop** APH Potatoes **Farm** 316
**Prac** IRRIGATED (20) **County** FLAGLER
**Type** GRPB (2610) **County T-Yield** 247.0
**Unit Description**
FSN: 316, 32 12S 29E

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | 0.00 | 0.00 | 311.0 L |
| 17 | 0.00 | 0.00 | 311.0 L |
| 18 | 0.00 | 0.00 | 311.0 L |
| 19 | M 2994.00 | 20.00 | 150.0 P A L |
| 20 | 0.00 | 0.00 | - Z |

**Interest** 1.000 **Avg Yld** 271.0 **Non-Trend**
**OPTIONS** YA **App Yld**
**Prior Yld** 280.0 **App Yld** 280.0

---

**Yield Number** 18.0 **Unit** 4.08
**Crop** APH Potatoes **Farm** 389
**Prac** IRRIGATED (20) **County** FLAGLER
**Type** GRPA (1610) **County T-Yield** 225.0
**Unit Description**
FSN: 389, 2 14S 29E

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | 0.00 | 0.00 | 293.0 C |
| 17 | 0.00 | 0.00 | 293.0 C |
| 18 | 0.00 | 0.00 | 293.0 C |
| 19 | A 10232.00 | 45.00 | 227.0 A |
| 20 | 0.00 | 0.00 | - Z |

**Interest** 1.000 **Avg Yld** 277.0 **Non-Trend App Yld**
**Prior Yld** 277.0 **App Yld** 277.0

---

**Yield Number** 14.0 **Unit** 4.08
**Crop** APH Potatoes **Farm** 389
**Prac** IRRIGATED (20) **County** FLAGLER
**Type** GRPB (2610) **County T-Yield** 247.0
**Unit Description** FFF 2018 NB
FSN: 389, 2 14S 29E

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | 0.00 | 0.00 | 311.0 L |
| 17 | 0.00 | 0.00 | 311.0 L |
| 18 | 0.00 | 0.00 | 311.0 L |
| 19 | A 13280.00 | 30.00 | 443.0 A |
| 20 | 0.00 | 0.00 | - Z |

**Interest** 1.000 **Avg Yld** 344.0 **Non-Trend App Yld**
**Prior Yld** 344.0 **App Yld** 344.0

SCAN: 10370102745225150034

# AGRI GENERAL INSURANCE COMPANY

## APH Information Inquiry

| POLICY # | CROP YEAR | DATE |
|---|---|---|
| MP-0750018 | 2021 | 02/22/2021 |
| | | PAGE |
| | | 3 of 3 |

| INSURED INFORMATION | AGENCY INFORMATION | COMPANY INFORMATION |
|---|---|---|
| ONEIDA POTATO EXCHANGE<br>5818 FIRE LN<br>RHINELANDER, WI 54501-0000<br>PHONE: 715-272-1192 | PROGRESSIVE AG<br>417 38TH ST SW STE A<br>FARGO, ND 58103-6508<br>PHONE: 701-277-9210    CODE: 7772-30 | SOUTHERN DIVISION<br>1951 ROSEBUD ROAD<br>GRAYSON, GA 30017-1558 |

---

**Yield Number** 15.0    **Unit** 4.08
**Crop** APH Potatoes    **Farm** 389
**Prac** IRRIGATED (20)    **County** FLAGLER
**Type** GRPB (2610)    **County T-Yield** 247.0
**Unit Description** CO RD 135
FSN: 389, 26 35 13S 29E

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | 0.00 | 0.00 | 311.0  L |
| 18 | 0.00 | 0.00 | 311.0  L |
| 19 | 0.00 | 0.00 | 311.0  L |
| 20 | 0.00 | 0.00 | 311.0  L |

**Interest** 1.000 **Avg Yld** 311.0 **Non-Trend**
**App Yld**
**Prior Yld** 311.0 **App Yld** 311.0

---

**Yield Number** 21.0    **Unit** 4.09
**Crop** APH Potatoes    **Farm** 396
**Prac** IRRIGATED (20)    **County** FLAGLER
**Type** GRPB (2610)    **County T-Yield** 247.0
**Unit Description** JOHNNY P
FSN: 396, 33 12S 29E

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | 0.00 | 0.00 | 306.0  L |
| 18 | 0.00 | 0.00 | 306.0  L |
| 19 | 0.00 | 0.00 | 306.0  L |
| 20 | M | 2718.00 | 28.00 | 97.0 P A L |

**Interest** 1.000 **Avg Yld** 254.0 **Non-Trend**
OPTIONS YA    **App Yld**
**Prior Yld** 306.0 **App Yld** 276.0

---

**Yield Number** 24.0    **Unit** 2.00
**Crop** APH Potatoes    **Farm** 1395
**Prac** IRRIGATED (20)    **County** PUTNAM
**Type** GRPB (2610)    **County T-Yield** 253.0
**Unit Description** BIG FIELD EAST
FSN: 1395, 49 9S 27E

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | 0.00 | 0.00 | 268.0  C |
| 18 | 0.00 | 0.00 | 268.0  C |
| 19 | 0.00 | 0.00 | 268.0  C |
| 20 | M | 5655.00 | 45.00 | 126.0 P A L |

**Interest** 0.500 **Avg Yld** 233.0 **Non-Trend**
OPTIONS YA    **App Yld**
**Prior Yld** 268.0 **App Yld** 241.0

---

**Yield Number** 19.0    **Unit** 5.01
**Crop** APH Potatoes    **Farm** 1323
**Prac** IRRIGATED (20)    **County** PUTNAM
**Type** GRPB (2610)    **County T-Yield** 253.0
**Unit Description** EVELYN, DIRST LEFT
FSN: 1323, 49 9S 27E

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | 0.00 | 253.0  T |
| 18 | | 0.00 | 253.0  T |
| 19 | A | 15923.00 | 51.00 | 312.0  A |
| 20 | A | 27396.00 | 99.00 | 277.0  A |

**Interest** 1.000 **Avg Yld** 274.0 **Non-Trend**
**App Yld**
**Prior Yld** 268.0 **App Yld** 274.0

---

**Yield Number** 23.0    **Unit** 5.02
**Crop** APH Potatoes    **Farm** 1395
**Prac** IRRIGATED (20)    **County** PUTNAM
**Type** GRPA (1610)    **County T-Yield** 219.0
**Unit Description** EVELYN RED
FSN: 1395, 49 9S 27E

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | 0.00 | 219.0  T |
| 18 | | 0.00 | 219.0  T |
| 19 | | 0.00 | 219.0  T |
| 20 | A | 257.00 | 1.00 | 257.0  A |

**Interest** 1.000 **Avg Yld** 229.0 **Non-Trend**
**App Yld**
**Prior Yld** 219.0 **App Yld** 229.0

---

2021 P 70102744 70102745

AGRI GENERAL INSURANCE COMPANY
RAIN AND HAIL L.L.C.

**MPCI Claim Notice of Prevented Planting, or Damage or Loss**

| | | |
|---|---|---|
| Policy No. MP 09500018 | State | FL |
| Claim No. 17-000176 | Date | 03/20/2017 |
| Crop Year 2017 | Page | 1 OF 1 |

| INSURED INFORMATION | AGENT / AGENCY INFORMATION |
|---|---|
| ONEIDA POTATO EXCHANGE<br>5818 FIRE LN<br>RHINELANDER, WI 54501-0000 | PROGRESSIVE AG<br>Agent Code: PH<br>Agent was notified of claim via: Email |
| PHONE: (715)272-1210 | PHONE: (701)277-9210      CODE: 7772-30 |

**PLEASE SPECIFY THE CROP FOR WHICH YOU ARE FILING A LOSS. (One crop per notice.)**: POTATOES(84) - APH(90)

Specify below all county locations that have experienced damage.

| County | Unit No. | Legal Description | Cause of Loss | Date of Loss | Intentions* |
|---|---|---|---|---|---|
| FLAGLER (35) | UNKNOWN | UNKNOWN | Freeze | 03/15/2017 | OT |
| | | | | | |
| | | | | | |
| | | | | | |

*Intentions Legend: To harvest = HT; To chop/silage = CS; Leave for cover = LC; Destroy = DS; Plant to another crop = PC; Pasture = PS; Hay = HY; Crop will be direct marketed = DM; Other (please explain) = OT; Replant = RP; Unknown at this time (Substantive) = UK

**Indicate the condition of the damaged crop acreage for which you are claiming a loss by marking the box at left and answering the questions for that section.**

☐ **PREVENTED PLANTING**
(Unable to plant all or part of the insured crop acreage by the final planting date or within the late planting period for the crop.)

☐ **REPLANT TO SAME CROP**
(Replanting previously planted crop acreage to the same crop due to damage or conditions preventing an adequate stand.)
1. Are at least 20 acres or 20% of the acres in each of the reported unit(s) being replanted?    ☐ YES    ☐ NO
2. Are more than 50 acres being replanted within any unit being reported?    ☐ YES    ☐ NO
**(You must obtain company approval before destroying or replanting any of the crop acreage you intend on replanting!)****

☐ **NOTICE of DAMAGE**
(Crop has sustained damage, however all acres will be taken to harvest - it appears production will exceed guarantee at this time.)
** A claim will be filed for the crop(s) reported.  The company will take no further action at this time.  Please notify your agent if loss becomes apparent or if crop sustains additional damage.

☒ **HARVESTABLE**
(Part or all of crop acreage being reported has significant damage, however all crop acres will be harvested.)
(Harvest means: Harvesting in a manner consistent for the insured crop being reported, ie. corn insured as grain, harvested for grain.)
1. What is the approximate date of harvest for the crop(s), you are reporting a loss? 06/01/2017
2. Will any harvested production from the reported acreage be farm stored or used in another method other than storing or selling?    ☐ YES    ☒ NO
3. Will all harvested production from the reported acreage be delivered or sold to an elevator, processor, or third party?    ☒ YES    ☐ NO
4. Will the estimated amount of your loss exceed $5000 for any individual crop unit for which you are reporting a claim?    ☒ YES    ☐ NO
**Your policy requires that you keep a complete record of harvesting and marketing records of each insured crop for each unit.**

☐ **SEVERELY DAMAGED**
(Part or all of the crop acreage has sustained severe damage - Intend to destroy, hay, graze, chop for silage or abandon ANY acres of the crop within the unit(s) being reported.)
**You must have company approval before destroying any crop acreage of the unit(s) reported for loss**
**Your policy requires that you continue to provide ordinary care to your crop(s) after reporting a claim.*

| *Other policies?* If the interest share for any of the crop units reported for loss are less than 100%, is the other share insured? | ☐ YES    ☒ NO |
|---|---|

**Please list associated policies.**

| Name | Policy Number | Company |
|---|---|---|
| | | |
| | | |

**Contact Information:**
Best time to contact insured ..................................................................    ☐ AM    ☒ Noon    ☐ PM
Contact Name and Phone Number: Mark Bula, H:(715)272-1192
Comments:

**The insured or member of the insured's immediate family is either an insurance agent, adjuster or employee of the insurance industry or Risk Management Agency?**    ☐ YES    ☒ NO

| | | |
|---|---|---|
| | PENNEY HAMMER | 03/20/2017 |
| INSURED'S SIGNATURE | AGENT'S SIGNATURE | DATE |

*Your policy requires that you report any probable loss in writing within 72 hours of your initial discovery of damage (but not later than 15 days after the end of the insurance period) by unit, for each insured crop, unless stated otherwise in the specific crop provisions. If during harvest a probable loss is suspected, you must notify the Company promptly, and give dates when harvest will be completed.  Representative unharvested sample areas of the crop must be left, as specified by the Crop Provisions, so the adjuster may verify the cause and extent of damage.  The size and number of sample areas may vary by crop and acreage but should be for most crops: (a) a strip at least ten feet wide extending the entire length of each field in the unit(s) or (b) as specified by the specific crop provisions for the crop.  The sample areas must not be harvested or destroyed until the time specified in the applicable crop provisions.  Should you wish to work the harvested acreage, some crop's provisions require that representative sample areas of the stubble be left in tact.  Make sure sample areas are representative of the entire field.*

WEB COPY

RH-5026-2016

2017 29008768 EXTERNAL_PROD



# PSU Claim Wksht
## check all that apply



| Division | Policy Number |
|---|---|
| 0 8 | 0 7 5 0 0 1 8 |

Name **ONEIDA POTATO EXCHANGE**

Claim Number

| 1 7 | – 0 0 0 1 7 6 |

## Final Status:

☐ **Nothing Keyed**
(code as "U")

**Do not key unit affected:**

Revisions needed to:
- ○ Interest % - Unit(s) not keyed: _____ _____
- ○ Practice/Type - Unit(s) not keyed: _____ _____
- ○ Problem with 5051 - Unit(s) not keyed: _____ _____
- ○ Modified Acreage Flag Already Set - Unit(s) not keyed: _____ _____
- ○ Unable to Save Acre Changes - Unit(s) not keyed: _____ _____
- ○ Uninsured Cause - Unit(s) not keyed: _____ _____
- ○ Missing Information - Unit(s) not keyed: _____
  (example: date, cause of damage, appraised potential, production)
- Ø "Both dates cannot be after the Notice of Loss Date" - Unit(s) not keyed: _____ _____

**Do not key anything:**
- ○ Prevented Planting
- ○ Replant Loss
- ○ DC or RP Option on 5051
- ○ No losses to key

**System messages:**
- ○ Possible Second Crop claim
- ○ "This policy has a $_____ balance in _____"

☒ **Keyed but Suspended**
(code as "N")

- ○ Estimate and System don't match:
  Estimate $_____ , System $_____
- ○ Claim $ amount exceeds - $199,999
- ○ "Conflict of Interest"
- ○ "Outstanding Quality Control Review"
- ○ "More than one transfer has been made to this policy"
- ○ "Loss has been selected for a Crop Audit"
- ○ "Organic crop detected"
- ○ "Insured Tax ID failed verification"
- ○ "Adjuster has already been assigned to QC - changed to code _____
- ○ Loss Cause 13, 14, 15, 71, 81, 91 or 99 (requires extra documentation)
- ○ Spousal information indicated (Individual/Single policies)
- ○ Individual(Single) question not answered
- ○ Missing Forms: Certification ___ Appraisal ___ CID/eAdjuster Summary ___ Tobacco Bill of Sale ___
- ○ Missing Forms on Self Cert Replants: Seed Receipts ___ Maps ___
- ○ Missing Weather Data on Prevented Planting Losses
- ○ Missing Signatures
- ○ System Message (other) _____

_____
- ○ Other _____
_____

## Key and Suspend:

- ○ Non Waiver Agreement
- ○ Underwriting Problem comments
- ● Quality Adjustment
- ○ TOC found
- ○ Mandatory Division Review
- ○ Insured is on uninsurable list
- ○ Tax I.D. match with FCIC's Ineligible Tracking System.

**Revisions needed to:**
- ○ Insured Name
- ○ Tax ID/Entity
- ○ Legal Description
- ○ FSN (when legals do NOT exist)
- ○ Other Share Person
- ○ Loss Payee

☐ **Keyed and Paid but Additional Work Needs to be Completed by Division**

(code as "D")

- ○ Partial loss
- ○ Re-open Claim = yes

## Key and Pay:     (code as "Y")

**Revisions needed to:**
| | | |
|---|---|---|
| ○ Acres - Unit(s) _____ | completed: _____ |
| ○ FSN (when legals exist) _____ | completed: _____ |
| ○ Unit Description-Unit(s) _____ | completed: _____ |
| ○ Address / Phone # | completed: _____ |

Revised 09/07/2016



# eAdjuster Claim Summary

**RECD JUL 12 2017**

| Insured Name | Company | Agency | Division/State |
|---|---|---|---|
| ONEIDA POTATO EXCHANGE | AGRI GENERAL INSURANCE COMPANY (Crop Insurance Serviced by Rain and Hail) | PROGRESSIVE AG (7772-30) | Division 8 FLORIDA |

| Policy Number | Claim Number | Crop/Plan | Loss Type |
|---|---|---|---|
| MP-0750018 | 17-000176 | PTATO/APH | Harvested |

| Adjuster | eAdjuster Version | Finalized Date |
|---|---|---|
| TC8 | Version 9.4.0 (Downloaded with Version 9.3.0) | 07/12/2017 |

**For Office Use Only**

## Estimated Indemnity

| Line ID | Yield ID | Acres | Prod/Acre | Guarantee | - | Total Production to Count | = | Deficiency | X | Price Election | X | Share | = | Estimated Indemnity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Unit 2.02 OU: FLAGLER** | | | | | | | | | | | | | | |
| 1.0 | 12.0 | 10.0 | 167.5 | 2,460.0 | - | 1,674.6 | = | 785.4 | X | $12 | X | 0.500 | = | $4,712 |
| FSN 297, KINNEY 100 FRONT WEST BACK WES | | | | | | | | | | | | | | |
| 1.0 | 12.0 | 6.0 | 0.0 | 1,476.0 | - | 0.0 | = | 1,476.0 | X | $10.8000 | X | 0.500 | = | $7,970 |
| FSN 297, KINNEY 100 FRONT WEST BACK WES | | | | | | | | | | | | | | |
| | | 16.0 | | | | | | | | | | | | $12,682 |
| **Unit 2.03 OU: FLAGLER** | | | | | | | | | | | | | | |
| 5.0 | 6.0 | 40.0 | 205.8 | 9,840.0 | - | 8,231.8 | = | 1,608.2 | X | $12 | X | 0.500 | = | $9,649 |
| FSN 310, KINNEY 105 - BARN | | | | | | | | | | | | | | |
| | | 40.0 | | | | | | | | | | | | $9,649 |
| **Unit 3.02 OU: FLAGLER** | | | | | | | | | | | | | | |
| 2.0 | 2.0 | 26.0 | 82.8 | 5,694.0 | - | 2,153.2 | = | 3,540.8 | X | $12 | X | 1.000 | = | $42,490 |
| FSN 201, BAR D | | | | | | | | | | | | | | |
| | | 26.0 | | | | | | | | | | | | $42,490 |
| **Unit 3.04 OU: FLAGLER** | | | | | | | | | | | | | | |
| 4.0 | 10.0 | 30.0 | 107.8 | 7,380.0 | - | 3,232.8 | = | 4,147.2 | X | $12 | X | 1.000 | = | $49,766 |
| FSN 297, KINNEY 100 HOUSE | | | | | | | | | | | | | | |
| | | 30.0 | | | | | | | | | | | | $49,766 |
| **Unit 3.05 OU: FLAGLER** | | | | | | | | | | | | | | |
| 6.0 | 11.0 | 48.0 | 152.8 | 11,808.0 | - | 7,336.2 | = | 4,471.8 | X | $12 | X | 1.000 | = | $53,662 |
| FSN 310, KINNEY 105 LESS | | | | | | | | | | | | | | |
| | | 48.0 | | | | | | | | | | | | $53,662 |

**Total Estimated Indemnity: $168,249**

## Loss Credit Agreement

In addition to any premium and/or administrative fees for all crop(s)/county(ies) in which the billing date has passed and for the crop/ccounty(ies) with the loss, I agree to have my total premium and/or administrative fees for all of my crop(s)/county(ies) insured under this policy or any other policy authorized under the ACT deducted from the indemnity or prevented planted loss due me under this claim. If the billing date has passed for any crop(s)/county(ies) at the time the loss payment is processed, any amounts due for those crop(s)/county(ies) will be deducted, regardless of how you answered this question.

Yes **X**   No ___

## Summary Questions

Is any acreage of the damage crops considered a second crop following a first insured crop which was planted and incurred an indemnity within the same crop year?

no

Is any acreage of the damage crops considered a second crop following a first insured crop which was prevented from being planted within the same crop year?

**no**

Was any part of this crop loss due to chemical damage?

**no**

## Verifications

Policyholder verified Tax ID XXXXX4830 is correct.     Yes **X**  No __

Policyholder verified Entity Type Limited Liability Company is correct.     Yes **X**  No __

## Comments

BG8(3/24/17)-Called and left message with Mary Jo for Mark Bula to give me a call.BG8(3/27/17)-Insured stated that around 200-300 acres affected, varying amounts of damage.TC8(6/3/17)-5/27/17 SAMPLES TAKEN FROM UNIT-3.02 16.0 ACRES FOR USDA GRADE-FAILED TO MEET US #1-HARVEST ANYWAY---CULLING OUT OVER 50%.



# UNDERWRITING CERTIFICATION FORM

Loss No. _____ 17-000176 _____

Policy No. ____ MP-0750018 ____

AGRI GENERAL INSURANCE COMPANY                    **INSURANCE COMPANY**

Date _____ 07/12/2017 _____

Name of Insured ONEIDA POTATO EXCHANGE

Address 5818 FIRE LN                    City RHINELANDER            State WI 54501-0000

Agency Name & Address PROGRESSIVE AG, 417 38TH ST SW STE A, FARGO, ND 58103-6508

To Rain and Hail

```
Have you been actively engaged in farming for a share of the production of any crop on

the acreage designated as Added Land in FLAGLER county prior to the year in which the

land was identified as added land on your policy (year added: 2017)?

                                                                    Answer: no
```

07/12/2017    Signature Date _____ _Wood B—|_ _____    Insured's Signature

RH-5151-2013

# EADJUSTER CLAIM INFORMATION AND DEFERRAL (CID)

| INSURED NAME: ONEIDA POTATO EXCHANGE<br>AUTHORIZED SIGNATURE(S): PAUL SOWINSKI | | POLICY NUMBER: MP-0750018 |
|---|---|---|
| COMPANY: ACE PROPERTY AND CASUALTY INSURANCE COMPANY | AGENCY: PROGRESSIVE AG<br>AGENT OF RECORD: PENNEY HAMMER | CROP YEAR: 2017   Claim No. 17-000176 |
| Contact Information - Name: Mark Bula Phone: 1192 | | Claim Entry Date: 03/20/2017 |

## COMMENTS

BG8(3/24/17)-Called and left message with Mary Jo for Mark Bula to give me a call.BG8(3/27/17)-Insured stated that around 200-300 acres affected, varying amounts of damage.TC8(6/3/17)-5/27/17 SAMPLES TAKEN FROM UNIT-3.02 16.0 ACRES FOR USDA GRADE-FAILED TO MEET US #1-HARVEST ANYWAY---CULLING OUT OVER 50%.

## CONTRACTS

| CROP | PLAN | TYPE | COVERAGE | PRICE | LEVEL | PLANT REPORT DATE | COUNTY | OPTIONS |
|---|---|---|---|---|---|---|---|---|
| *84 (POTATOES) | APH(90) | IRRIGATED GRPA | A | 19.25 | 0.75 | 02/25/2017 | FLAGLER | YA |
| *84 (POTATOES) | APH(90) | IRRIGATED GRPB | A | 12.00 | 0.75 | 02/25/2017 | FLAGLER | YA |
| *84 (POTATOES) | APH(90) | MKT | A | MKT | 0.75 | 02/25/2017 | ST. JOHNS | YA |

## LOSS PAYEE/TRANSFER OF COVERAGE

| CROP | YIELD | TYPE | NAME | ADDRESS |
|---|---|---|---|---|
| No loss payee or transfer of coverage. | | | | |

## COMPANIONS

| NAME | COMPANY | POLICY | LOSS NUMBER |
|---|---|---|---|
| No companions | | | |

## DETAILS

| LINE# | CROP | FARM UNIT | FSN# | SHARE | PERSON SHARING/COUNTY | LOCATION | APP YLD/ACRE GUAR | ACRES | PLANT REPORT DATE | TOTAL GUARANTEE | PRICE | LIAB | RISK AREA | LOSS/AVG YLD | EST PROD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.0<br>YLD#<br>12.0 | 90-PTATO IRRIGATED GRPB | 2.02 OU | 297 | 0.500 | JULINGTON CREEK FARMS<br>FLAGLER | 12S  28E 2<br>KINNEY 100 FRONT WEST ... | 328.00<br>246.0 | ADDED LAND 2017<br>(R)10.00<br>(D)10.00 | 02/23/2017 | 2460 | 12 | 14760 | 000 | 167.5 CWT | Loss |
| 1.0<br>YLD#<br>12.0 | 90-PTATO IRRIGATED GRPB | 2.02 OU | 297 | 0.500 | JULINGTON CREEK FARMS<br>FLAGLER | 12S  28E 2<br>KINNEY 100 FRONT WEST ... | 328.00<br>246.0 | ADDED LAND 2017<br>(R)6.00<br>(D)6.00 | 02/23/2017 | 1476 | 10.8000 | 7970 | 000 | | Loss |
| 5.0<br>YLD#<br>6.0 | 90-PTATO IRRIGATED GRPB | 2.03 OU | 310 | 0.500 | JULINGTON CREEK FARMS<br>FLAGLER | 12S  29E 29<br>KINNEY 105 - BARN | 328.00<br>246.0 | ADDED LAND 2016<br>(R)40.00<br>(D)40.00 | 01/28/2017 | 9840 | 12 | 59040 | 000 | 205.8 CWT | Loss |
| 8.0<br>YLD#<br>9.0 | 90-PTATO IRRIGATED GRPB | 3.01 OU | 171 | 1.000 | FLAGLER | 12S  29E 7<br>12S  29E 8<br>BAR D | 328.00<br>246.0 | ADDED LAND 2017<br>(R)38.00 | 01/10/2017 | 9348 | 12 | 112176 | 000 | 300.0 CWT | 11400.0 CWT |
| 2.0<br>YLD#<br>2.0 | 90-PTATO IRRIGATED GRPB | 3.02 OU | 201 | 1.000 | FLAGLER | 12S  29E 9<br>BAR D | 292.00<br>219.0 | (R)26.00<br>(D)26.00 | 02/14/2017 | 5694 | 12 | 68328 | 000 | 82.8 CWT | Loss |

# EADJUSTER CLAIM INFORMATION AND DEFERRAL (CID) EXTENDER

| INSURED NAME: ONEIDA POTATO EXCHANGE<br>AUTHORIZED SIGNATURE(S): PAUL SOWINSKI | | POLICY NUMBER: MP-0750018 |
|---|---|---|

| COMPANY: ACE PROPERTY AND CASUALTY INSURANCE COMPANY | AGENCY: PROGRESSIVE AG<br>AGENT OF RECORD: PENNEY HAMMER | CROP YEAR: 2017 | Claim No. 17-000176 |
|---|---|---|---|

| Contact Information - Name: Mark Bula Phone: 1192 | | Claim Entry Date: 03/20/2017 |
|---|---|---|

## DETAILS

| LINE# | CROP | FARM UNIT | FSN# | SHARE | PERSON SHARING/COUNTY | LOCATION | APP YLD/ACRE GUAR | ACRES | PLANT REPORT DATE | TOTAL GUARANTEE | PRICE | LIAB | RISK AREA | LOSS AVG YLD | EST PROD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.0<br>YLD#<br>1.0 | 90-PTATO<br>IRRIGATED<br>GRPB | 3.03<br>OU | 265 | 1.000 | <br>FLAGLER | 12S  29E 6<br>FIELD HOME | 362.00<br>271.5 | (R)44.00 | 01/31/2017 | 11946 | 12 | 143352 | 000 | 321.0<br>CWT | 14124.0<br>CWT |
| 4.0<br>YLD#<br>10.0 | 90-PTATO<br>IRRIGATED<br>GRPB | 3.04<br>OU | 297 | 1.000 | <br>FLAGLER | 12S  28E 2<br>KINNEY 100 HOUSE | 328.00<br>246.0 | ADDED LAND 2017<br>(R)30.00<br>(D)30.00 | 02/09/2017 | 7380 | 12 | 88560 | 000 | 107.8<br>CWT | Loss |
| 6.0<br>YLD#<br>11.0 | 90-PTATO<br>IRRIGATED<br>GRPB | 3.05<br>OU | 310 | 1.000 | <br>FLAGLER | 12S -29E 29<br>KINNEY 105 LESS | 328.00<br>246.0 | ADDED LAND 2017<br>(R)48.00<br>(D)48.00 | 01/24/2017 | 11808 | 12 | 141696 | 000 | 152.8<br>CWT | Loss |



# ADJUSTER'S SPECIAL REPORT

Loss No. _____ 17-000176

Policy No. _____ MP-0750018

AGRI GENERAL INSURANCE COMPANY                    **INSURANCE COMPANY**

Date _____ 07/12/2017

Name of Insured ONEIDA POTATO EXCHANGE

Address 5818 FIRE LN                    City RHINELANDER                    State WI 54501-0000

Agency Name & Address PROGRESSIVE AG, 417 38TH ST SW STE A, FARGO, ND 58103-6508

To CLAIMS DEPT.

ACRES AND SHARE VERIFIED TO BE CORRECT. PRODUCTION IN LINE WITH INSPECTIONS. SEE

SUPPORTING DOCUMENTATION.

TC8 _____ _Tony Ortica_ _____ Adjuster

©NCIS 7101 Rev. 96



**\*\*GENERATED BY EADJUSTER\*\***
# ADJUSTER'S SPECIAL REPORT

Loss No. _____ 17-000176

Policy No. _____ MP-0750018

AGRI GENERAL INSURANCE COMPANY                    **INSURANCE COMPANY**

Date _____ 07/12/2017

Name of Insured ONEIDA POTATO EXCHANGE

Address 5818 FIRE LN                    City RHINELANDER          State WI 54501-0000

Agency Name & Address PROGRESSIVE AG, 417 38TH ST SW STE A, FARGO, ND 58103-6508

To Rain and Hail

Acres for POTATOES in FLAGLER county are outside the 5% tolerance. The exact yield lines

causing the problem could not be identified.

No CIMS data was found for POTATOES in FLAGLER county.

Narrative for Unit 2.02 OU:

- Acres verified using GPS. Share verified by settlement sheet.

Narrative for Unit 2.03 OU:

- Acres verified using GPS. Share verified by settlement sheet.

Narrative for Unit 3.02 OU:

- Acres verified using GPS. Share verified by settlement sheet.

Narrative for Unit 3.04 OU:

- Acres verified using GPS. Share verified by settlement sheet.

Narrative for Unit 3.05 OU:

- Acres verified using GPS. Share verified by settlement sheet.

_____
                                                    Adjuster

©NCIS 7101 Rev. 96



**GENERATED BY EADJUSTER**

# ADJUSTER'S SPECIAL REPORT

Loss No. ____17-000176____

Policy No. ____MP-0750018____

AGRI GENERAL INSURANCE COMPANY                    **INSURANCE COMPANY**

Date ____07/12/2017____

Name of Insured ONEIDA POTATO EXCHANGE

Address 5818 FIRE LN          City RHINELANDER          State WI 54501-0000

Agency Name & Address PROGRESSIVE AG, 417 38TH ST SW STE A, FARGO, ND 58103-6508

To _____

Added Land Question already answered for FLAGLER county (last loss was in the year 2016)

on yield line(s) 6.This claim is considered a delayed claim for the following reason(s):

- Unit '3.05 OU' was not settled within 60 days of '2017-05-12' (the harvest complete date).

Reason for delayed claim:

- Unable to get timely response from insured
- DUE TO SICKNESS.

TC8          _Tony Ortiz_          Adjuster

©NCIS 7101 Rev. 96



# ADJUSTER'S SPECIAL REPORT

Loss No. _____ 17-000176 _____

Policy No. _____ MP-0750018 _____

AGRI GENERAL INSURANCE COMPANY                                  **INSURANCE COMPANY**

Date _____ 07/12/2017 _____

Name of Insured ONEIDA POTATO EXCHANGE

Address 5818 FIRE LN                          City RHINELANDER                    State WI 54501-0000

Agency Name & Address PROGRESSIVE AG, 417 38TH ST SW STE A, FARGO, ND 58103-6508

To Rain and Hail

Yield Line 12.0, Date of Consent 06/07/2017

Comments entered for unit 2.02 OU:  BILLY DAVIS WAS IN AREA WHEN INSURED CALLED NEEDING

INSPECTION .BILLY INSPECTED AND DETERMINED THAT POTATOES WERE NO GOOD EITHER MUSH OR

WITH SOFT SPOTS AND ROTTING. HE TOOK PICTURES OF THE SAMPLES AND RELEASED TO DESTROY.

TC8       _Tony Ortiz_                          Adjuster

©NCIS 7101 Rev. 96

**Company:** AGRI GENERAL INSURANCE COMPANY — Crop Insurance Serviced by Rain and Hail

# PRODUCTION WORKSHEET/PROOF OF LOSS

| POLICY NO. | CLAIM NO. | FIELD | ADJUSTER | LOSS TYPE | BATCH DATE | PAGE |
|---|---|---|---|---|---|---|
| MP-0750018 | 17-000176 | JL | TC8 | H | 07/12/2017 | |

| PRODUCER/OWNER INFORMATION | AGENCY INFORMATION | CROP/PLAN | UNIT NO. | INTENDED USE | PRICE/LEVEL | CROP YEAR | LOCATION DESCRIPTION |
|---|---|---|---|---|---|---|---|

PRODUCER/OWNER INFORMATION
ONEIDA POTATO EXCHANGE
5818 FIRE LN
RHINELANDER, WI 54501-0000

AGENCY INFORMATION
PROGRESSIVE AG
417 38TH ST SW STE A
FARGO, ND 58103-6508

| CROP/PLAN | UNIT NO. | INTENDED USE | PRICE/LEVEL | CROP YEAR | LOCATION DESCRIPTION |
|---|---|---|---|---|---|
| 84-PTATO 90-APH | 2.02 OU | OT | $12 0.75 | 2017 | 2 12 3 28 E<br>3 12 3 28 E<br>KIRBY 100 FRONT WEST BACK<br>YES |

| PHONE | SSN/EIN | ENTITY |
|---|---|---|
| 715-272-1192 | XXXXX4830 | LLC |

| PHONE | CODE |
|---|---|
| 701-277-9210 | 777230 |

| CAUSE(S) OF DAMAGE | 42 - Freeze |
|---|---|
| DATE(S) OF DAMAGE | 03/03/2017 |
| INSURED CAUSE % | 100 |

STATE: FLORIDA  CODE: 9  COUNTY: FLAGLER  CODE: 35

LOSS PAYABLE TO ME AND NO OTHERS

## SECTION I - ACREAGE APPRAISED, PRODUCTION AND ADJUSTMENTS

### A. ACTUARIAL | B. POTENTIAL YLD PER ACRE | C. TOTAL POTENTIAL PRODUCTION YIELD | D. STAGE GUARANTEE

| Policy/Yield Line | 16 Field ID | 17 Multi-Crop Code | 18 Reported Acres | 19 Determined Acres | 20 Interest or Share | 21 Risk | 22-24 Type/Class /Sub-Class | 26-28 Irr, Cropping, Organic Practice | Farm Serial No. | 29 Stage | 30 Use of Acreage | 31 Appraised Potential | 32a Moisture %<br>32b Factor | 33 Shell %, Factor or Value | 34 Production Pre QA | 35 Quality Factor | 36 Production Post QA | 37 Uninsured Causes | 38 Total to Count | Per Acre | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.0 12.0 | (NS | | 10.0 | 10.0 | 0.500 | 000 | GRPB(2610) | IRRIGATED (20) | 297 | H | | | | | | | | | | 246.0 | 2,460 |
| 1.0 12.0 | FSN-297 T-303 284 | (NS | 6.0 | 6.0 | 0.500 | 000 | GRPB(2610) | IRRIGATED (20) | 297 | UH | UH-DESTROY | 0.0 | | | 0 | | 0 | 0 | 0 | 246.0 | 1,476 |

| 39. TOTALS | 16.0 | 16.0 | OTHER PERSON SHARING: JULINGTON CREEK FARMS | 42.TOTALS | 0 | | 0 | 0 | | 3,936.0 |
|---|---|---|---|---|---|---|---|---|---|---|

40. Quality: TW ☐ KD ☐ Aflatoxin ☐ Vomitoxin ☐ Fumonisin ☐ Garlicky ☐ Dark Roast ☐ Sclerotinia ☐ Ergoty ☐ CoFo ☐ Other ☐ None ☒   41. Do any mycotoxins exceed FDA, State or other health organization maximum limits? Yes ☐ No ☒

**14.** Date(s) Notice of Loss

| 1st Notice | 2nd Notice | Final Notice |
|---|---|---|
| 03/20/2017 | | |

Is any acreage of the damaged crop(s) considered a second crop following a first insured crop which was planted and incurred an indemnity within the same crop year? Yes ☐ No ☒
Is any acreage of the damaged crop(s) considered a second crop following a first insured crop which was prevented from being planted within the same crop year? Yes ☐ No ☒

## SECTION II - HARVESTED PRODUCTION
43. Date Harvest Completed: 06/07/2017   44. Is damage similar to other farms in the area? Yes ☒ No ☐   45. Assignment of Indemnity? Yes ☐ No ☒   46. Transfer of Right to Indemnity? Yes ☐ No ☒

### A. MEASUREMENTS | B. GROSS PRODUCTION | C. ADJUSTMENTS TO HARVESTED PRODUCTION

| 47a Share / 47b Field ID | 48 Multi-Crop Code | 49 Length or Diameter | 50 Width | 51 Depth | 52 Deduction | 53 Net Cubic Feet | 54 Conversion Factor | 55 Gross Production | 56 Bu. Ton. Lbs. Cwt. | 57 Shell/Sugar Factor | 58a Foreign Material %<br>58b Factor | 59a Moisture %<br>59b Factor | 60a Test WT<br>60b Factor | 61 Adjusted Production | 62 Production Not to Count | 63 Production Pre-QA | 64a Value<br>64b Mkt. Price | 65 Quality Factor | 66 Production to Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.500 1.0 | NS | MB1 PRODUCE,INC, JACKSONVILLE ,FL 4015-4028 4 L | | | | | | 1,674.6 | 1,674.6 CWT | | | | | 1,674.6 | 0.0 | 1674.6 | | | 1,674.6 |

I certify that to the best of my knowledge and belief all of the information on this form is correct and complete and that it will be used to determine my loss, if any, for damage to my insured crops. I understand that this Production Worksheet/Proof of Loss and supporting papers are subject to audit and approval by us. I understand that this crop insurance is subsidized and reinsured by the Federal Crop Insurance Corporation, an agency of the United States Department of Agriculture (USDA). I accept the Agreed Amount Payable, subject to policy provisions, for damage to my insured crops. I hereby certify that the acreage reports for each insured crop that I submitted are true and correct and that all documents or copies of documents that I have submitted in support of my insurance claim are true, correct and complete. I hereby authorize you to inspect any and all scale tickets, warehouse receipts, inventory records and any other documents that pertain to the crop I have harvested and marketed or that I now have in my possession wherever located. I also hereby expressly authorize you to inspect and copy any and all records of the Farm Service Agency of the USDA, consent to the release of the records that pertain to my farming operation, my production history, and my compliance with program requirements. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes).

Under penalties of perjury, I certify that: 1. My taxpayer identification number shown on this form is correct; 2. I am not subject to backup withholding as a result of a failure to report all interest or dividend income, and 3. I am a United States (U.S.) citizen or other U.S. person. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| 67. TOTAL | 1,674.6 |
|---|---|
| 68. SECTION II TOTAL | 1,674.6 |
| 69. SECTION I TOTAL | 0 |
| 70. UNIT TOTAL | 1,674.6 |
| 71. ALLOCATED PROD | 0.0 |
| 72. TOTAL APH PROD | 1,674.6 |

| 73. Adjuster's Signature | Date 07/12/2017 | TC8 | 74. Insured's Signature | Date 07/12/2017 | Unit Guarantee | Total Production to Count | = Deficiency | × Price Election | × Share | = Estimated Indemnity |
|---|---|---|---|---|---|---|---|---|---|---|
| 73. Adjuster's Signature | Date 07/12/2017 | | 74. Insured's Signature | Date 07/12/2017 | 3,936.0 | 1,674.6 | 2,261.4 | See Above | 0.500 | $12,682 |

SEE REVERSE SIDE OF THIS FORM FOR NONDISCRIMINATION STATEMENT AND PRIVACY ACT STATEMENT.
COMPANY/AGENT COPY    RH-5008-2014

# CENTRAL AND SOUTHERN POTATO WEIGHT METHOD APPRAISAL WORKSHEET

| COMPANY: AGRI GENERAL INSURANCE COMPANY | 1. INSURED'S NAME | 2. POLICY NO. | 3. UNIT NO. | 4. CROP YEAR |
|---|---|---|---|---|
| CLAIM NO.: 17-000176 | ONEIDA POTATO EXCHANGE | MP-0750018 | 2.02 OU | 2017 |

| FIELD ID | ACRES IN FIELD | ROW SPACE | TYPE | WEIGHT OF POTATOES IN EACH SAMPLE (EACH BLOCK EQUALS 1/1000 ACRE SAMPLE ROW) | | | | | TOTAL ALL SAMPLES | NO. OF SAMPLES | AVG. LBS. PER SAMPLE (10 ÷ 11) | % POTATOES REMAINING (EXCLUDING EXTERNAL DEFECTS) (REFER TO ITEM 24) | AVG. LBS. PER SAMPLE (EXCLUDING EXTERNAL DEFECTS) (12 X 13) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 6 | 7 | 8 | 9 | | | | | 10 | 11 | 12 | 13 | 14 |
| FSN-297 T-303 2&4 | 6.0 | 40 | 2610 GRPB | 0 | 0 | 0 | | | 0 | 3 | 0.0 | 1.000 | 0.0 |

| DID THE LOT FAIL U.S. #2 DUE TO INTERNAL OR OTHER DEFECTS? | FACTOR "YES" IN 15, ENTER "0" "NO" IN 15, ENTER "1" | AVG. LBS. TO COUNT PER SAMPLE (14 X 16) | CONVERSION FACTOR | APPRAISAL CWT. PER ACRE (17 X 18) |
|---|---|---|---|---|
| 15 | 16 | 17 | 18 | 19 |
| YES ☐   NO ☒ | 1 | 0.0 | 10 | 0.0 |

## GRADE DETERMINATION

20. PRODUCTION GRADED BY: **LABORATORY** ☐ **LICENSED GRADER** ☒

| EXTERNAL DEFECTS | TOTAL WEIGHT OF SAMPLE TO BE GRADED FOR EXTERNAL DEFECTS | TOTAL WEIGHT OF POTATOES FAILING U.S. #2 DUE TO EXTERNAL DEFECTS | % POTATOES FAILING U.S. #2 DUE TO EXTERNAL DEFECTS (22 ÷ 21) | % POTATOES REMAINING (EXCLUDES EXTERNAL DEFECTS) (1.000 − 23) (TRASFER TO ITEM 13) | REMARKS: BILLY DAVIS WAS IN AREA WHEN INSURED NEEDED INSPECTION- BILLY INSPECTED AND DETERMINED THAT POTATOES WERE NO GOOD EITHER MUSH OR SOFT SPOTS AND ROTTING. SEE PICTURES. null |
|---|---|---|---|---|---|
| | 21 | 22 | 23 | 24 | |
| | 0.0 | 0.0 | 0.000 | 1.000 | |

| INTERNAL DEFECTS | TOTAL WEIGHT OF SAMPLE TO BE GRADED FOR INTERNAL DEFECTS (21 − 22) | TOTAL WEIGHT OF POTATOES FAILING U.S. #2 DUE TO INTERNAL DEFECTS | % POTATOES FAILING U.S. #2 DUE TO INTERNAL DEFECTS (26 ÷ 25) | DOES % IN ITEM 27 EXCEED TOLERANCE IN GRADE STANDARDS FOR U.S. #2 POTATOES? |
|---|---|---|---|---|
| | 25 | 26 | 27 | 28 |
| | 0.0 | 0.0 | 0.000 | YES ☐   NO ☒ |

| OTHER DEFECTS (Freezing, Southern Bacterial Wilt, Ring Rot, Late Blight, Soft Rot or Wet Breakdown) | TOTAL WEIGHT OF SAMPLE TO BE GRADED FOR OTHER DEFECTS (21 − 22) | TOTAL WEIGHT OF POTATOES FAILING U.S. #2 DUE TO OTHER DEFECTS | % POTATOES FAILING U.S. #2 DUE TO OTHER DEFECTS (30 ÷ 29) | DOES % IN ITEM 31 EXCEED TOLERANCE IN GRADE STANDARDS FOR U.S. #2 POTATOES? |
|---|---|---|---|---|
| | 29 | 30 | 31 | 32 |
| | 0.0 | 0.0 | 0.000 | YES ☐   NO ☒ |

| 33. ADJUSTER'S SIGNATURE | CODE NO. | DATE | 34. INSURED'S SIGNATURE | DATE |
|---|---|---|---|---|
| *Tony Artino* | TC8 | 07/12/2017 | *Witthrop* | 07/12/2017 |

©NCIS–M 562_Rev..02-2014 — (See Reverse Side for Required Statements) — Page 1 of 1

# CERTIFICATION FORM

**COMPANY NAME:** AGRI GENERAL INSURANCE COMPANY

Complete and mail this form within five (5) days (or within the timeframe specified by your Approved Insurance Provider) after:
- (1) All acreage in the unit has been put to another use,
- (2) Completion of replanting on the unit for replanting payment [1],
- (3) For nursery, all ZMV plants on the unit have been destroyed, or
- (4) Any action to which you have certified as stated on this form.

| 1. POLICY NUMBER | 2. INSURED'S NAME | 3. DATE ORIGINATED |
|---|---|---|
| MP-0750018 | ONEIDA POTATO EXCHANGE | 07/03/2017 |

| 4a. CROP | 4b. PRACTICE | 4c. TYPE | 5. FSA FARM/TRACT/FIELD NO. | 6. RETURN TO: |
|---|---|---|---|---|
| POTATOES (84) | IRRIGATED | GRPB | 297 | Rain and Hail |

| 7. UNIT NUMBER | 8. UNIT ACRES | 9. CROP YEAR | |
|---|---|---|---|
| 2.02 OU | 16  00 | 2017 | PO Box 14564<br>Des Moines, IA 50306-9018 |

Replant, destruction or other use of acreage (plants for nursery) identified was completed on the date(s) shown.

| FIELD ID 10 | INTENDED USE 11 | ACRES 12 | ACTUAL USE 13 | ACRES 14 | DATE 15 | REPLANT COST PER ACRE 16 |
|---|---|---|---|---|---|---|
| T-303  2 & 4<br>Yield ID: 12.0 | H | 6  00 | UH DESTROYED | 6  00 | 06/22/2017 | |
| | | | | | | |
| | | | | | | |
| **17. TOTALS** | | 6  00 | | 6  00 | | |

## USE BELOW FOR CERTIFICATION INVOLVING NURSERY

| PLANT LOCATION 10 | INTENDED USE 11 | PLANTS 12 | ACTUAL USE 13 | NO. OF PLANTS 14 | DATE 15 | REPLANT COST PER ACRE 16 |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **17. TOTALS** | | | | | | |

**18. REMARKS**

[1] Refer to the crop policy qualifications for replanting payments.

Certification Statements (the loss adjuster must check the applicable statement(s) in accordance with the loss adjustment procedures):

☒ I certify that the damaged acreage cannot be mechanically harvested with normal harvest equipment and will not be harvested. If the crop is harvested after this certification, I understand I may be subject to the misrepresentation provisions in the crop insurance policy.

☐ I certify that the acreage in Unit [ 2.02 OU_____ ] will not be harvested and that the acreage will be put to the use as stated in [item 11 above] when there is sufficient soil moisture. I understand the acreage will not be reappraised by the AIP.

☐ I certify that the damaged acreage that cannot be mechanically harvested with normal harvest equipment and if the acreage is gleaned it will be gleaned by the organization shown in the narrative of the claim form (or other USDA approved charitable organizations) and the insured will not receive any compensation from the organization. If I harvest the crop after this certification or receive compensation from the charitable organization, I understand I may be subject to the misrepresentation provisions in the crop insurance policy.

**23. For Office Use Only:**
- ☐ ACCEPTED
- ☐ REJECTED
- ☐ SECOND INSPECTION

I certify that to the best of my knowledge and belief all of the information on this form is correct. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes). Additionally, I understand the information on this form may be used for processing the claim which I previously signed.

| 19. INSURED'S PRINTED NAME AND SIGNATURE | | 20. DATE |
|---|---|---|
| *[signature]* | | 07/12/2017 |

| 21. LOSS ADJUSTER'S PRINTED NAME AND SIGNATURE | CODE NO. | 22. DATE |
|---|---|---|
| *[signature]* | TC8 | 07/12/2017 |

©NCIS–M 915_Rev 10-2015          **(See Reverse Side for Required Statements)**

PAGE 1 of 1

# PRODUCTION WORKSHEET/PROOF OF LOSS

Company: AGRI GENERAL INSURANCE COMPANY — Crop Insurance Serviced by Rain and Hail

| POLICY NO. | CLAIM NO. | FIELD | ADJUSTER | LOSS TYPE | BATCH DATE | PAGE |
|---|---|---|---|---|---|---|
| MP-0750018 | 17-000176 | JL | TC8 | H | 07/12/2017 | |

**PRODUCER/OWNER INFORMATION**

ONEIDA POTATO EXCHANGE
5818 FIRE LN
RHINELANDER, WI 54501-0000

PHONE 715-272-1192  SSN/EIN XXXXX4830  ENTITY LLC

STATE: FLORIDA  CODE: 9

**AGENCY INFORMATION**

PROGRESSIVE AG
417 38TH ST SW STE A
FARGO, ND 58103-6508

PHONE 701-277-9210  CODE 777230

COUNTY: FLAGLER  CODE: 35

| CROP/PLAN | UNIT NO. | INTENDED USE | PRICE/LEVEL | CROP YEAR | LOCATION DESCRIPTION |
|---|---|---|---|---|---|
| 84-PTATO 90-APH | 2.03 OU | OT | $12  0.75 | 2017 | 29 12 S 29 E KIRNEY 105 - BARN |

CAUSE(S) OF DAMAGE: 42 - Freeze
DATE(S) OF DAMAGE: 03/03/2017
INSURED CAUSE %: 100

LOSS PAYABLE TO ME AND NO OTHERS

## SECTION I - ACREAGE APPRAISED, PRODUCTION AND ADJUSTMENTS

### A. ACTUARIAL / B. POTENTIAL YLD PER ACRE / C. TOTAL POTENTIAL PRODUCTION YIELD / D. STAGE GUARANTEE

| Policy/Yield Line | 16 Field ID | 17 Multi-Crop Code | 18 Reported Acres | 19 Determined Acres | 20 Interest or Share | 21 Risk | 22-24 Type/Class /Sub-Class | 26-28 Irr, Cropping, Organic Practice | 29 Farm Serial No. | 30 Stage | 31 Use of Acreage | 32 Appraised Potential | 32a Moisture % / 32b Factor | 33 Shell %, Factor or Value | 34 Production Pre QA | 35 Quality Factor | 36 Production Post QA | 37 Uninsured Causes | 38 Total to Count | Per Acre | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5.0 6.0 | | NS | 40.0 | 40.0 | 0.500 | 000 | GRPB(2610) | IRRIGATED (20) | 310 | H | | | | | | | | | | 246.0 | 9,840 |

**39. TOTALS** 40.0  40.0  OTHER PERSON SHARING: JULINGTON CREEK FARMS  **42. TOTALS** 0  0  0  0  9,840.0

40. Quality: TW ☐ KD ☐ Aflatoxin ☐ Vomitoxin ☐ Fumonisin ☐ Garlicky ☐ Dark Roast ☐ Sclerotinia ☐ Ergoty ☐ CoFo ☐ Other ☐ None ☒   41. Do any mycotoxins exceed FDA, State or other health organization maximum limits? Yes ☐ No ☒

**14.** Date(s) Notice of Loss

| 1st Notice | 2nd Notice | Final Notice |
|---|---|---|
| 03/20/2017 | | |

Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was planted and incurred an indemnity within the same crop year? Yes ☐ No ☒
Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was prevented from being planted within the same crop year? Yes ☐ No ☒

## SECTION II - HARVESTED PRODUCTION

43. Date Harvest Completed: 05/18/2017  44. Is damage similar to other farms in the area? Yes ☒ No ☐  45. Assignment of Indemnity? Yes ☐ No ☒  46. Transfer of Right to Indemnity? Yes ☐ No ☒

### A. MEASUREMENTS / B. GROSS PRODUCTION / C. ADJUSTMENTS TO HARVESTED PRODUCTION

| 47a Share / 47b Field ID | 48 Multi-Crop Code | 49 Length or Diameter | 50 Width | 51 Depth | 52 Deduction | 53 Net Cubic Feet | 54 Conversion Factor | 55 Gross Production | 56 Bu. Ton Lbs. Cwt | 57 Shell/Sugar Factor | 58a Foreign Material % / 58b Factor | 59a Moisture % / 59b Factor | 60a Test WT / 60b Factor | 61 Adjusted Production | 62 Production Not to Count | 63 Production Pre-QA | 64a Value / 64b Mkt. Price | 65 Quality Factor | 66 Production to Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.500 5.0 | NS | MBT PRODUCE,INC & BACKERS POT, JACKSONVILLE FL FULTON | | | | | | 8,231.8 | MO 3639-3776 19LOA 8,231.8 CWT | | | | | 8,231.8 | 0.0 | 8231.8 | | | 8,231.8 |

I certify that to the best of my knowledge and belief all of the information on this form is correct and complete and that it will be used to determine my loss, if any, for damage to my insured crops. I understand that this Production Worksheet/Proof of Loss and supporting papers are subject to audit and approval by us. I understand that this crop insurance is subsidized and reinsured by the Federal Crop Insurance Corporation, an agency of the United States Department of Agriculture (USDA). I accept the Agreed Amount Payable, subject to policy provisions, for damage to my insured crops. I hereby certify that the acreage reports for each insured crop that I submitted are true and correct and that all documents or copies of documents that I have submitted in support of my insurance claim are true, correct and complete. I understand and authorize you to inspect any and all scale tickets, warehouse receipts, inventory records and any other documents that pertain to the crop I have harvested and marketed or that I now have in my possession wherever located. I also hereby expressly authorize you to inspect and copy any and all records of the Farm Service Agency of the USDA, consent to the release of the records that pertain to my farming operation, my production history, and my compliance with program requirements. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes).

Under penalties of perjury, I certify that: 1. My taxpayer identification number shown on this form is correct, 2. I am not subject to backup withholding as a result of a failure to report all interest or dividend income, and 3. I am a United States (U.S.) citizen or other U.S. person. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| 67. TOTAL | 8,231.8 |
|---|---|
| 68. SECTION II TOTAL | 8,231.8 |
| 69. SECTION I TOTAL | 0 |
| 70. UNIT TOTAL | 8,231.8 |
| 71. ALLOCATED PROD | 0.0 |
| 72. TOTAL APH PROD | 8,231.8 |

| 73. Adjuster's Signature | Date | 74. Insured's Signature | Date |
|---|---|---|---|
| Tony Coltum  TC8 | 07/12/2017 | Wei Purdy | 07/12/2017 |
| 73. Adjuster's Signature | Date | 73. Insured's Signature | Date |
| | 07/12/2017 | | 07/12/2017 |

| Unit Guarantee | = | Total Production to Count | Deficiency | × | Price Election | × | Share | = | Estimated Indemnity |
|---|---|---|---|---|---|---|---|---|---|
| 9,840.0 | | 8,231.8 | 1,608.2 | | $12 | | 0.500 | | $9,649 |

SEE REVERSE SIDE OF THIS FORM FOR NONDISCRIMINATION STATEMENT AND PRIVACY ACT STATEMENT.
COMPANY/AGENT COPY  RH-5008-2014

# CENTRAL AND SOUTHERN POTATO WEIGHT METHOD APPRAISAL WORKSHEET

| COMPANY:<br>AGRI GENERAL INSURANCE COMPANY<br>CLAIM NO:<br>17-000176 | 1. INSURED'S NAME<br><br>ONEIDA POTATO EXCHANGE | 2. POLICY NO.<br><br>MP-0750018 | 3. UNIT NO.<br><br>3.02 OU | 4. CROP YEAR<br><br>2017 |
|---|---|---|---|---|

| FIELD ID<br><br>5 | ACRES IN FIELD<br><br>6 | ROW SPACE<br><br>7 | TYPE<br><br>8 | WEIGHT OF POTATOES IN EACH SAMPLE<br>(EACH BLOCK EQUALS 1/1000 ACRE SAMPLE ROW)<br>9 | TOTAL ALL SAMPLES<br><br>10 | NO. OF SAMPLES<br><br>11 | AVG. LBS. PER SAMPLE<br>(10 ÷ 11)<br>12 | % POTATOES REMAINING (EXCLUDING EXTERNAL DEFECTS)<br>(REFER TO ITEM 24)<br>13 | AVG. LBS. PER SAMPLE (EXCLUDING EXTERNAL DEFECTS)<br>(12 X 13)<br>14 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| DID THE LOT FAIL U.S. #2 DUE TO INTERNAL OR OTHER DEFECTS?<br>15 | FACTOR<br>"YES" IN 15, ENTER "0"<br>"NO" IN 15, ENTER "1"<br>16 | AVG. LBS. TO COUNT PER SAMPLE<br>(14 X 16)<br>17 | CONVERSION FACTOR<br>18 | APPRAISAL CWT. PER ACRE<br>(17 X 18)<br>19 |
|---|---|---|---|---|
| YES ☐   NO ☐ | | | 10 | |

## GRADE DETERMINATION

20. PRODUCTION GRADED BY: **LABORATORY ☐  LICENSED GRADER ☒**

| | TOTAL WEIGHT OF SAMPLE TO BE GRADED FOR EXTERNAL DEFECTS<br>21 | TOTAL WEIGHT OF POTATOES FAILING U.S. #2 DUE TO EXTERNAL DEFECTS<br>22 | % POTATOES FAILING U.S. #2 DUE TO EXTERNAL DEFECTS<br>(22 ÷ 21)<br>23 | % POTATOES REMAINING (EXCLUDES EXTERNAL DEFECTS)<br>(1.000 − 23)<br>(TRANSFER TO ITEM 13)<br>24 | REMARKS: |
|---|---|---|---|---|---|
| **EXTERNAL DEFECTS** | 26.0 | 5.8 | 0.223 | 0.777 | |

| | TOTAL WEIGHT OF SAMPLE TO BE GRADED FOR INTERNAL DEFECTS<br>(21 − 22)<br>25 | TOTAL WEIGHT OF POTATOES FAILING U.S. #2 DUE TO INTERNAL DEFECTS<br>26 | % POTATOES FAILING U.S. #2 DUE TO INTERNAL DEFECTS<br>(26 ÷ 25)<br>27 | DOES % IN ITEM 27 EXCEED TOLERANCE IN GRADE STANDARDS FOR U.S. #2 POTATOES?<br>28 |
|---|---|---|---|---|
| **INTERNAL DEFECTS** | 20.2 | 0.0 | 0.000 | YES ☐  NO ☒ |

| | TOTAL WEIGHT OF SAMPLE TO BE GRADED FOR OTHER DEFECTS<br>(21 − 22)<br>29 | TOTAL WEIGHT OF POTATOES FAILING U.S. #2 DUE TO OTHER DEFECTS<br>30 | % POTATOES FAILING U.S. #2 DUE TO OTHER DEFECTS<br>(30 ÷ 29)<br>31 | DOES % IN ITEM 31 EXCEED TOLERANCE IN GRADE STANDARDS FOR U.S. #2 POTATOES?<br>32 |
|---|---|---|---|---|
| **OTHER DEFECTS**<br>(Freezing, Southern Bacterial Wilt, Ring Rot, Late Blight, Soft Rot or Wet Breakdown) | 20.2 | 1.3 | 0.064 | YES ☒  NO ☐ |

| 33. ADJUSTER'S SIGNATURE | CODE NO. | DATE | 34. INSURED'S SIGNATURE | DATE |
|---|---|---|---|---|
| | | | | |

# CENTRAL AND SOUTHERN POTATO WEIGHT METHOD APPRAISAL WORKSHEET

| COMPANY: AGRI GENERAL INSURANCE COMPANY | 1. INSURED'S NAME | 2. POLICY NO. | 3. UNIT NO. | 4. CROP YEAR |
|---|---|---|---|---|
| CLAIM NO: 17-000176 | ONEIDA POTATO EXCHANGE | MP-0750018 | 3.02 OU | 2017 |

| FIELD ID | ACRES IN FIELD | ROW SPACE | TYPE | WEIGHT OF POTATOES IN EACH SAMPLE (EACH BLOCK EQUALS 1/1000 ACRE SAMPLE ROW) | TOTAL ALL SAMPLES | NO. OF SAMPLES | AVG. LBS. PER SAMPLE (10 ÷ 11) | % POTATOES REMAINING (EXCLUDING EXTERNAL DEFECTS) (REFER TO ITEM 24) | AVG. LBS. PER SAMPLE (EXCLUDING EXTERNAL DEFECTS) (12 X 13) |
|---|---|---|---|---|---|---|---|---|---|
| 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| | | | | | | | | | |

| DID THE LOT FAIL U.S. #2 DUE TO INTERNAL OR OTHER DEFECTS? 15 | FACTOR "YES" IN 15, ENTER "0" "NO" IN 15, ENTER "1" 16 | AVG. LBS. TO COUNT PER SAMPLE (14 X 16) 17 | CONVERSION FACTOR 18 | APPRAISAL CWT. PER ACRE (17 X 18) 19 |
|---|---|---|---|---|
| YES ☐  NO ☐ | | | 10 | |

## GRADE DETERMINATION

20. PRODUCTION GRADED BY: LABORATORY ☐  LICENSED GRADER ☒

| | TOTAL WEIGHT OF SAMPLE TO BE GRADED FOR EXTERNAL DEFECTS 21 | TOTAL WEIGHT OF POTATOES FAILING U.S. #2 DUE TO EXTERNAL DEFECTS 22 | % POTATOES FAILING U.S. #2 DUE TO EXTERNAL DEFECTS (22 ÷ 21) 23 | % POTATOES REMAINING (EXCLUDES EXTERNAL DEFECTS) (1.000 − 23) (TRASFER TO ITEM 13) 24 | REMARKS: |
|---|---|---|---|---|---|
| **EXTERNAL DEFECTS** | 26.0 | 5.8 | 0.223 | 0.777 | |

| | TOTAL WEIGHT OF SAMPLE TO BE GRADED FOR INTERNAL DEFECTS (21 − 22) 25 | TOTAL WEIGHT OF POTATOES FAILING U.S. #2 DUE TO INTERNAL DEFECTS 26 | % POTATOES FAILING U.S. #2 DUE TO INTERNAL DEFECTS (26 ÷ 25) 27 | DOES % IN ITEM 27 EXCEED TOLERANCE IN GRADE STANDARDS FOR U.S. #2 POTATOES? 28 | |
|---|---|---|---|---|---|
| **INTERNAL DEFECTS** | 20.2 | 0.0 | 0.000 | YES ☐  NO ☒ | |

| | TOTAL WEIGHT OF SAMPLE TO BE GRADED FOR OTHER DEFECTS (21 − 22) 29 | TOTAL WEIGHT OF POTATOES FAILING U.S. #2 DUE TO OTHER DEFECTS 30 | % POTATOES FAILING U.S. #2 DUE TO OTHER DEFECTS (30 ÷ 29) 31 | DOES % IN ITEM 31 EXCEED TOLERANCE IN GRADE STANDARDS FOR U.S. #2 POTATOES? 32 | |
|---|---|---|---|---|---|
| **OTHER DEFECTS** (Freezing, Southern Bacterial Wilt, Ring Rot, Late Blight, Soft Rot or Wet Breakdown) | 20.2 | 1.3 | 0.064 | YES ☒  NO ☐ | |

| 33. ADJUSTER'S SIGNATURE | CODE NO. | DATE | 34. INSURED'S SIGNATURE | DATE |
|---|---|---|---|---|
| | | | | |

©NCIS–M 562_Rev. 02-2014      (See Reverse Side for Required Statements)      Page 2 of 2

PAGE 1 of 1

**PRODUCTION WORKSHEET/PROOF OF LOSS**

Company: AGRI GENERAL INSURANCE COMPANY — Crop Insurance Serviced by Rain and Hail

| POLICY NO. | CLAIM NO. | FIELD | ADJUSTER | LOSS TYPE | BATCH DATE | PAGE |
|---|---|---|---|---|---|---|
| MP-0750018 | 17-000176 | JL | TC8 | H | 07/12/2017 | |

| | | | | | |
|---|---|---|---|---|---|
| CROP/PLAN | UNIT NO. | INTENDED USE | PRICE/LEVEL | CROP YEAR | LOCATION DESCRIPTION |
| 84-PTATO 90-APH | 3.02 OU | OT | $12  0.75 | 2017 | 3  12 S  29 E  BAR  D |

PRODUCER/OWNER INFORMATION
ONEIDA POTATO EXCHANGE
5818 FIRE LN
RHINELANDER, WI 54501-0000

PHONE 715-272-1192  SSN/EIN XXXXX4830  ENTITY LLC

STATE: FLORIDA  CODE: 9

AGENCY INFORMATION
PROGRESSIVE AG
417 38TH ST SW STE A
FARGO, ND 58103-6508

PHONE 701-277-9210  CODE 777230

COUNTY: FLAGLER  CODE: 35

CAUSE(S) OF DAMAGE  42 - Freeze
DATE(S) OF DAMAGE  03/03/2017
INSURED CAUSE %  100

LOSS PAYABLE TO ME AND
NO OTHERS

**SECTION I - ACREAGE APPRAISED, PRODUCTION AND ADJUSTMENTS**

A. ACTUARIAL | B. POTENTIAL YLD PER ACRE | C. TOTAL POTENTIAL PRODUCTION YIELD | D. STAGE GUARANTEE

| Policy/Yield Line | 16 Field ID | 17 Multi-Crop Code | 18 Reported Acres | 19 Determined Acres | 20 Interest or Share | 21 Risk | 22-24 Type/Class /Sub-Class | 26-28 Irr, Cropping, Organic Practice | 29 Farm Serial No. | 30 Stage | 31 Use of Acreage | Appraised Potential | 32a Moisture % / 32b Factor | 33 Shell %, Factor or Value | 34 Production Pre QA | 35 Quality Factor | 36 Production Post QA | 37 Uninsured Causes | 38 Total to Count | Per Acre | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.0 2.0 | | NS | 26.0 | 26.0 | 1.000 | 000 | GRPB(2610) (20) | IRRIGATED | 201 | H | H | | | | | | | | | 219.0 | 5,694 |

**39. TOTALS** 26.0  26.0  OTHER PERSON SHARING: _____  **42.TOTALS** 0 | 0 | 0 | 5,694.0

40. Quality: TW ☐ KD ☐ Aflatoxin ☐ Vomitoxin ☐ Fumonisin ☐ Garlicky ☐ Dark Roast ☐ Sclerotinia ☐ Ergoty ☐ CoFo ☐ Other ☒ None ☐  41. Do any mycotoxins exceed FDA, State or other health organization maximum limits? Yes ☐ No ☒

14. Date(s) Notice of Loss
1st Notice 03/20/2017  2nd Notice  Final Notice

Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was planted and incurred an indemnity within the same crop year? Yes ☐ No ☒
Is any acreage of the damage crop(s) considered a first insured crop which was prevented from being planted within the same crop year? Yes ☐ No ☒

**SECTION II - HARVESTED PRODUCTION**  43. Date Harvest Completed: 06/02/2017  44. Is damage similar to other farms in the area? Yes ☒ No ☐  45. Assignment of Indemnity? Yes ☐ No ☒  46. Transfer of Right to Indemnity? Yes ☐ No ☒

A. MEASUREMENTS | B. GROSS PRODUCTION | C. ADJUSTMENTS TO HARVESTED PRODUCTION

| 47a Share / 47b Field ID | 48 Multi-Crop Code | 49 Length or Diameter | 50 Width | 51 Depth | 52 Deduction | 53 Net Cubic Feet | 54 Conversion Factor | 55 Gross Production | 56 Bu. Ton. Lbs. Cwt. | 57 Shell/ Sugar Factor | 58a Foreign Material % / 58b Factor | 59a Moisture % / 59b Factor | 60a Test WT / 60b Factor | 61 Adjusted Production | 62 Production Not to Count | 63 Production Pre-QA | 64a Value / 64b Mkt. Price | 65 Quality Factor | 66 Production to Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.000 2.0 | NS | E.K.BARE & SONS,INC., BIRD IN-HAND,PA 3948,3947 | | | | | | 3948,3947 901.2 | 901.2 CWT | | | | | 901.2 | 0.0 | 901.2 | | | 901.2 |
| 1.000 2.0 | NS | MBT PRODUCE,INC, JACKSONVILLE ,FL 3943,42,33 | | | | | | 1,252.0 | 1,252.0 CWT | | | | | 1,252.0 | 0.0 | 1252.0 | | | 1,252.0 |
| 1.000 2.0 | NS | MBT PRODUCE,INC, JACKSONVILLE ,FL 4198,4195,4184 | | | | | | 1,327.6 | 1,327.6 CWT | | | | | 1,327.6 | 0.0 | 1327.6 | 0 | | 0.0 |
| | | | | | | | | TOTAL for Policy Line 2.0 | 3,480.8 | | | | | | | | | | 2,153.2 |

I certify that to the best of my knowledge and belief all of the information on this form is correct and complete and that it will be used to determine my loss, if any, for damage to my insured crops. I understand that this Production Worksheet/Proof of Loss and supporting papers are subject to audit and approval by us. I understand that this crop insurance is subsidized and insured by the Federal Crop Insurance Corporation, an agency of the United States Department of Agriculture (USDA). I accept the Agreed Amount Payable, subject to policy provisions, for damage to my insured crops. I hereby certify that the acreage reports for each insured crop that I submitted are true and correct and that all documents or copies of documents that I have submitted in support of my insurance claim are true, correct and complete. I hereby authorize you to inspect any and all scale tickets, warehouse receipts, inventory records and any other documents that pertain to the crop I have harvested and marketed or that I now have in my possession wherever located. I also hereby expressly authorize you to inspect and copy any and all records of the Farm Service Agency of the USDA, consent to the release of the records that pertain to my farming operation, my production history, and my compliance with program requirements. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes).

Under penalties of perjury, I certify that: 1. My taxpayer identification number shown on this form is correct, 2. I am not subject to backup withholding as a result of a failure to report all interest or dividend income, and 3. I am a United States (U.S.) citizen or other U.S. person. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| 67. TOTAL | 3,480.8 |
|---|---|
| 68. SECTION II TOTAL | 2,153.2 |
| 69. SECTION I TOTAL | 0 |
| 70. UNIT TOTAL | 2,153.2 |
| 71. ALLOCATED PROD | 0.0 |
| 72. TOTAL APH PROD | 2,153.2 |

73. Adjuster's Signature TC8  Date 07/12/2017  74. Insured's Signature  Date 07/12/2017
73. Adjuster's Signature  Date 07/12/2017  74. Insured's Signature  Date 07/12/2017

| Unit Guarantee | - | Total Production to Count | = | Deficiency | × | Price Election | × | Share | = | Estimated Indemnity |
|---|---|---|---|---|---|---|---|---|---|---|
| 5,694.0 | | 2,153.2 | | 3,540.8 | | $12 | | 1.000 | | $42.490 |

SEE REVERSE SIDE OF THIS FORM FOR NONDISCRIMINATION STATEMENT AND PRIVACY ACT STATEMENT.
COMPANY/AGENT COPY  RH-5008-2014

PAGE 1 of 1

**Company:** AGRI GENERAL INSURANCE COMPANY — Crop Insurance Serviced by Rain and Hail

# PRODUCTION WORKSHEET/PROOF OF LOSS

| POLICY NO. | CLAIM NO. | FIELD | ADJUSTER | LOSS TYPE | BATCH DATE | PAGE |
|---|---|---|---|---|---|---|
| MP-0750018 | 17-000176 | JL | TC8 | H | 07/12/2017 | |

### PRODUCER/OWNER INFORMATION
ONEIDA POTATO EXCHANGE
5818 FIRE LN
RHINELANDER, WI 54501-0000

### AGENCY INFORMATION
PROGRESSIVE AG
417 38TH ST SW STE A
FARGO, ND 58103-6508

| CROP/PLAN | UNIT NO. | INTENDED USE | PRICE/LEVEL | CROP YEAR | LOCATION DESCRIPTION |
|---|---|---|---|---|---|
| 84-PTATO 90-APH | 3.04 OU | OT | $12 0.75 | 2017 | 2 12 S 28 E KINNEY 160 HOUSE |

| CAUSE(S) OF DAMAGE | 42 - Freeze |
|---|---|
| DATE(S) OF DAMAGE | 03/03/2017 |
| INSURED CAUSE % | 100 |

**PHONE** 715-272-1192  **SSN/EIN** XXXXX4830  **ENTITY** LLC

**PHONE** 701-277-9210  **CODE** 777230

**STATE:** FLORIDA  **CODE:** 9  **COUNTY:** FLAGLER  **CODE:** 35

LOSS PAYABLE TO ME AND NO OTHERS

## SECTION I - ACREAGE APPRAISED, PRODUCTION AND ADJUSTMENTS

### A. ACTUARIAL / B. POTENTIAL YLD PER ACRE / C. TOTAL POTENTIAL PRODUCTION YIELD / D. STAGE GUARANTEE

| Policy/Yield Line | 16 Field ID | 17 Multi-Crop Code | 18 Reported Acres | 19 Determined Acres | 20 Interest or Share | 21 Risk | 22-24 Type/Class /Sub-Class | 26-28 Irr, Cropping, Organic Practice | Farm Serial No. | 29 Stage | 30 Use of Acreage | 31 Appraised Potential | 32a Moisture % 32b Factor | 33 Shell %, Factor or Value | 34 Production Pre QA | 35 Quality Factor | 36 Production Post QA | 37 Uninsured Causes | 38 Total to Count | Per Acre | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4.0 10.0 | | NS | 30.0 | 30.0 | 1.000 | 000 | GRPB(2610) | IRRIGATED (20) | 297 | H | H | | | | | | | | | 246.0 | 7,380 |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |

**39. TOTALS** 30.0  30.0  **OTHER PERSON SHARING:** ___  **42.TOTALS** 0  0  0  0  7,380.0

**40. Quality:** TW ☐ KD ☐ Aflatoxin ☐ Vomitoxin ☐ Fumonisin ☐ Garlicky ☐ Dark Roast ☐ Sclerotinia ☐ Ergoty ☐ CoFo ☐ Other ☐ None ☒  **41.** Do any mycotoxins exceed FDA, State or other health organization maximum limits? Yes ☐ No ☒

### 14. Date(s) Notice of Loss
| 1st Notice | 2nd Notice | Final Notice |
|---|---|---|
| 03/20/2017 | | |

Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was planted and incurred an indemnity within the same crop year? Yes ☐ No ☒
Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was prevented from being planted within the same crop year? Yes ☐ No ☒

## SECTION II - HARVESTED PRODUCTION
**43.** Date Harvest Completed: 06/06/2017  **44.** Is damage similar to other farms in the area? Yes ☒ No ☐  **45.** Assignment of Indemnity? Yes ☐ No ☒  **46.** Transfer of Right to Indemnity? Yes ☐ No ☒

### A. MEASUREMENTS / B. GROSS PRODUCTION / C. ADJUSTMENTS TO HARVESTED PRODUCTION

| 47a Share / 47b Field ID | 48 Multi-Crop Code | 49 Length or Diameter | 50 Width | 51 Depth | 52 Deduction | 53 Net Cubic Feet | 54 Conversion Factor | 55 Gross Production | 56 Bu. Ton. Lbs. Cwt. | 57 Shell/ Sugar Factor | 58a Foreign Material % 58b Factor | 59a Moisture % 59b Factor | 60a Test WT 60b Factor | 61 Adjusted Production | 62 Production Not to Count | 63 Production Pre-QA | 64a Value 64b Mkt. Price | 65 Quality Factor | 66 Production to Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.000 4.0 | NS | MBT PRODUCE,INC, JACKSONVILLE,FL 4002-4014 7 L 3,232.8 | | | | | | 3,232.8 | CWT | | | | | 3,232.8 | 0.0 | 3232.8 | | | 3,232.8 |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |

I certify that to the best of my knowledge and belief all of the information on this form is correct and complete and that it will be used to determine my loss, if any, for damage to my insured crops. I understand that this Production Worksheet/Proof of Loss and supporting papers are subject to audit and approval by us. I understand that this crop insurance is subsidized and reinsured by the Federal Crop Insurance Corporation, an agency of the United States Department of Agriculture (USDA). I accept the Agreed Amount Payable, subject to policy provisions, for damage to my insured crops. I hereby certify that the acreage reports for each insured crop that I submitted are true and correct and that all documents or copies of documents that I have submitted in support of my insurance claim are true, correct and complete. I hereby authorize you to inspect any and all scale tickets, warehouse receipts, inventory records and any other documents that pertain to the crop I have harvested and marketed or that I now have in my possession wherever located. I also hereby expressly authorize you to inspect and copy any and all records of the Farm Service Agency of the USDA, consent to the release of the records that pertain to my farming operation, my production history, and my compliance with program requirements. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes).

Under penalties of perjury, I certify that: 1. My taxpayer identification number shown on this form is correct, 2. I am not subject to backup withholding as a result of a failure to report all interest or dividend income, and 3. I am a United States (U.S.) citizen or other U.S. person. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| 67. TOTAL | 3,232.8 |
|---|---|
| 68. SECTION II TOTAL | 3,232.8 |
| 69. SECTION I TOTAL | 0 |
| 70. UNIT TOTAL | 3,232.8 |
| 71. ALLOCATED PROD | 0.0 |
| 72. TOTAL APH PROD | 3,232.8 |

| 73. Adjuster's Signature | Date | 74. Insured's Signature | Date | Unit Guarantee | = | Total Production to Count | = | Deficiency | × | Price Election | × | Share | = | Estimated Indemnity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TC8 07/12/2017 | | 07/12/2017 | | 7,380.0 | | 3,232.8 | | 4,147.2 | | $12 | | 1.000 | | $49,766 |
| 73. Adjuster's Signature | Date 07/12/2017 | 74. Insured's Signature | Date 07/12/2017 | | | | | | | | | | | |

SEE REVERSE SIDE OF THIS FORM FOR NONDISCRIMINATION STATEMENT AND PRIVACY ACT STATEMENT.
COMPANY/AGENT COPY  RH-5008-2014

PAGE 1 of 1

| Company: AGRI GENERAL INSURANCE COMPANY | Crop Insurance Serviced by Rain and Hail | POLICY NO. | CLAIM NO. | FIELD | ADJUSTER | LOSS TYPE | BATCH DATE | PAGE |
|---|---|---|---|---|---|---|---|---|

**PRODUCTION WORKSHEET/PROOF OF LOSS**

| POLICY NO. | CLAIM NO. | FIELD | ADJUSTER | LOSS TYPE | BATCH DATE | PAGE |
|---|---|---|---|---|---|---|
| MP-0750018 | 17-000176 | JL | TC8 | H | 07/12/2017 | |

| PRODUCER/OWNER INFORMATION | AGENCY INFORMATION | CROP/PLAN | UNIT NO. | INTENDED USE | PRICE/LEVEL | CROP YEAR | LOCATION DESCRIPTION |
|---|---|---|---|---|---|---|---|
| ONEIDA POTATO EXCHANGE<br>5818 FIRE LN<br>RHINELANDER, WI 54501-0000 | PROGRESSIVE AG<br>417 38TH ST SW STE A<br>FARGO, ND 58103-6508 | 84-PTATO<br>90-APH | 3.05 OU | OT | $12  0.75 | 2017 | 29  12 S  29 E<br>Kidney 105 Less |

| PHONE | SSN/EIN | ENTITY |
|---|---|---|
| 715-272-1192 | XXXXX4830 | LLC |

| PHONE | CODE |
|---|---|
| 701-277-9210 | 777230 |

| CAUSE(S) OF DAMAGE | 42 - Freeze |
|---|---|
| DATE(S) OF DAMAGE | 03/03/2017 |
| INSURED CAUSE % | 100 |

STATE: FLORIDA     CODE: 9     COUNTY: FLAGLER     CODE: 35

LOSS PAYABLE TO ME AND NO OTHERS

## SECTION I - ACREAGE APPRAISED, PRODUCTION AND ADJUSTMENTS

**A. ACTUARIAL**  **B. POTENTIAL YLD PER ACRE**  **C. TOTAL POTENTIAL PRODUCTION YIELD**  **D. STAGE GUARANTEE**

| Policy / Yield Line | 16 Field ID | 17 Multi-Crop Code | 18 Reported Acres | 19 Determined Acres | 20 Interest or Share | 21 Risk | 22-24 Type/Class I/Sub-Class | 26-28 Irr, Cropping, Organic Practice | 29 Farm Serial No. | 30 Stage | 31 Use of Acreage | 32 Appraised Potential | 32a Moisture % / 32b Factor | 33 Shell %, Factor or Value | 34 Production Pre QA | 35 Quality Factor | 36 Production Post QA | 37 Uninsured Causes | 38 Total to Count | Per Acre | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6.0<br>11.0 | | NS | 48.0 | 48.0 | 1.000 | 000 | GRPB(2610) | IRRIGATED (20) | 310 | H | | | | | | | | | | 246.0 | 11.808 |

| 39. TOTALS | 48.0 | 48.0 | OTHER PERSON SHARING: | 42.TOTALS | 0 | | 0 | 0 | 0 | 11,808.0 |
|---|---|---|---|---|---|---|---|---|---|---|

40. Quality: TW ☐ KD ☐ Aflatoxin ☐ Vomitoxin ☐ Fumonisin ☐ Garlicky ☐ Dark Roast ☐ Sclerotinia ☐ Ergoty ☐ CoFo ☐ Other ☐ None ☒     41. Do any mycotoxins exceed FDA, State or other health organization maximum limits? Yes ☐ No ☒

**14. Date(s) Notice of Loss**

| 1st Notice | 2nd Notice | Final Notice |
|---|---|---|
| 03/20/2017 | | |

Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was planted and incurred an indemnity within the same crop year?  Yes ☐ No ☒

Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was prevented from being planted within the same crop year?  Yes ☐ No ☒

## SECTION II - HARVESTED PRODUCTION

43. Date Harvest Completed: 05/12/2017     44. Is damage similar to other farms in the area? Yes ☒ No ☐     45. Assignment of Indemnity?  Yes ☐ No ☒     46. Transfer of Right to Indemnity? Yes ☐ No ☒

**A. MEASUREMENTS**   **B. GROSS PRODUCTION**   **C. ADJUSTMENTS TO HARVESTED PRODUCTION**

| 47a Share / 47b Field ID | 48 Multi-Crop Code | 49 Length or Diameter | 50 Width | 51 Depth | 52 Deduc-tion | 53 Net Cubic Feet | 54 Conversion Factor | 55 Gross Production | 56 Bu. Ton. Lbs. Cwt. | 57 Shell/ Sugar Factor | 58a Foreign Material % / 58b Factor | 59a Moisture % / 59b Factor | 60a Test WT / 60b Factor | 61 Adjusted Production | 62 Production Not to Count | 63 Production Pre-QA | 64a Value / 64b Mkt. Price | 65 Quality Factor | 66 Production to Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.000<br>6.0 | NS | MBT PRODUCE, INC, JACKSONVILLE, FL 3661-3681 4LOAD | | | | | | 1,724.2 | 1,724.2<br>CWT | | | | | 1,724.2 | 0.0 | 1724.2 | | | 1,724.2 |
| 1.000<br>6.0 | NS | ONEIDA POTATO EXCHANGE, LLC., RHINELANDER, WI 3667-3680 4LOAD | | | | | | 1,688.2 | 1,688.2<br>CWT | | | | | 1,688.2 | 0.0 | 1688.2 | | | 1,688.2 |
| 1.000<br>6.0 | NS | BACKERS POTATO CHIP, FULTON, MO. 3673-3695 9LOAD | | | | | | 3,923.8 | 3,923.8<br>CWT | | | | | 3,923.8 | 0.0 | 3923.8 | | | 3,923.8 |
| | | | | | | | TOTAL for Policy Line 6.0 | | | | | | | | | | | | 7,336.2 |

I certify that to the best of my knowledge and belief all of the information on this form is correct and complete and that it will be used to determine my loss, if any, or damage to my insured crops. I understand that this Production Worksheet/Proof of Loss and supporting papers are subject to audit and approval by us. I understand that this crop insurance is subsidized and reinsured by the Federal Crop Insurance Corporation, an agency of the United States Department of Agriculture (USDA). I accept the Agreed Amount Payable, subject to policy provisions, for damage to my insured crops. I hereby certify that the acreage reports for each insured crop that I submitted are true and correct and that all documents or copies of documents that I have submitted in support of my claim are true, correct and complete. I hereby authorize you to inspect any and all scale tickets, warehouse receipts, inventory records and any other documents that pertain to the crop I have harvested and marketed or that I now have in my possession wherever located. I also hereby expressly authorize you to inspect and copy any and all records of the Farm Service Agency of the USDA, consent to the release of the records that pertain to my farming operation, my production history, and my compliance with program requirements. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes).

Under penalties of perjury, I certify that: 1. My taxpayer identification number shown on this form is correct, 2. I am not subject to backup withholding as a result of a failure to report all interest or dividend income, and 3. I am a United States (U.S.) citizen or other U.S. person. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid any backup withholding.

| | |
|---|---|
| 67. TOTAL | 7,336.2 |
| 68. SECTION II TOTAL | 7,336.2 |
| 69. SECTION I TOTAL | 0 |
| 70. UNIT TOTAL | 7,336.2 |
| 71. ALLOCATED PROD | 0.0 |
| 72. TOTAL APH PROD | 7,336.2 |

| 73. Adjuster's Signature | Date | 74. Insured's Signature | Date |
|---|---|---|---|
| TC8 | 07/12/2017 | | 07/12/2017 |
| 73. Adjuster's Signature | Date | 74. Insured's Signature | Date |
| | | | 07/12/2017 |

| Unit Guarantee | Total Production to Count | = | Deficiency | × | Price Election | × | Share | = | Estimated Indemnity |
|---|---|---|---|---|---|---|---|---|---|
| 11,808.0 | 7,336.2 | | 4,471.8 | | $12 | | 1.000 | | $53,662 |

SEE REVERSE SIDE OF THIS FORM FOR NONDISCRIMINATION STATEMENT AND PRIVACY ACT STATEMENT.

COMPANY/AGENT COPY     RH-5008-2014



**GENERATED BY EADJUSTER**

# ADJUSTER'S SPECIAL REPORT

Loss No. _____ 17-000176 _____

Policy No. _____ MP-0750018 _____

AGRI GENERAL INSURANCE COMPANY                    **INSURANCE COMPANY**

Date _____ 07/12/2017 _____

Name of Insured ONEIDA POTATO EXCHANGE

Address 5818 FIRE LN                    City RHINELANDER                    State WI 54501-0000

Agency Name & Address PROGRESSIVE AG, 417 38TH ST SW STE A, FARGO, ND 58103-6508

To Rain and Hail

> Explanation of Quality Adjustment Factors for Unit: 3.02 OU

- WEIGHT TICKET #4198,4195,4184

  - Quality Calculation: Quality factor (0) taken from grade determination.

    See appraisal worksheet.

TC8          _Tony Chite_          Adjuster

©NCIS 7101 Rev. 96

# PLANTED FIRST INSURED CROP DECLARATION FORM

| Insured Name | | | | Policy Number | Company Name |
|---|---|---|---|---|---|
| ONEIDA POTATO EXCHANGE | | | | MP-0750018 | AGRI GENERAL INSURANC... |

| Claim Number | Crop Year | County |
|---|---|---|
| 17-000176 | 2017 | FLAGLER |

| Unit Number (First Crop) | Line Number | Yield Number | Legal Description/FSN | First Insured Crop | Intended Second Crop | Option Number | Acres |
|---|---|---|---|---|---|---|---|
| 2.02 OU | 1.0 | 12 | 297 | PTATO (0084) | N/A | 1 (NS) | 10.0 |
| 2.02 OU | 1.0 | 12 | 297 | PTATO (0084) | N/A | 1 (NS) | 6.0 |
| 2.03 OU | 5.0 | 6 | 310 | PTATO (0084) | N/A | 1 (NS) | 40.0 |
| 3.02 OU | 2.0 | 2 | 201 | PTATO (0084) | N/A | 1 (NS) | 26.0 |
| 3.04 OU | 4.0 | 10 | 297 | PTATO (0084) | N/A | 1 (NS) | 30.0 |
| 3.05 OU | 6.0 | 11 | 310 | PTATO (0084) | N/A | 1 (NS) | 48.0 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Enter the applicable option number(s) in the above table (First Crop Planted Acreage):

1. I certify that I will **not plant a second crop** on the same acreage where the first insured crop is planted. The first crop premium and indemnity will be reduced by 65% if a second crop is planted (by you or another person or entity), insured, and has a payable indemnity (handled in accordance with option number three below). You will also be responsible for notifying us of this change in your intentions and repaying any overpayment on the first insured crop. **(Code NS)**

2. I elect to **NOT** insure any acreage of a second crop planted on the same acreage as any planted first insured crop in the unit (decision applies to all second crop acreage on a first insured crop unit basis). **(Code WI)**

3. I certify that I will **insure** the acreage of a second crop planted on the same acreage as any planted first insured crop in accordance with my policy provisions (regardless of whether the acreage is insured with a different insurance provider or planted and insured by a different person or entity). **I also agree to accept whatever option results in the greatest number of net dollars between the additional first crop indemnity (less additional first crop premium) and any potential second crop indemnity, UNLESS this amount is limited by the terms of the policy provisions. (Code IR)**

4. I certify that I will **insure** the acreage of a second crop planted on the same acreage as any planted first insured crop in accordance with my policy provisions (regardless of whether the acreage is insured with a different insurance provider or planted and insured by a different person or entity). I have, and am submitting, acceptable records to show that I have **double cropped acreage in at least two of the last four crop years** in which the first insured crop was planted in the county or can show that the applicable acreage was double cropped in at least two of the last four crop years in which the first insured crop was grown on it. I also agree that if I have planted more double cropped acres than can be supported by my records, the extra acres will be handled in accordance with the applicable option number elected above for such acreage. **(Code DC)**

5. I certify that I will plant and insure a second crop on the same acreage where the first insured crop is planted. The first insured crop acreage in this situation does not contribute to the first insured crop unit loss which results in such acreage not being subject to an indemnity reduction. This code is used when no other multiple cropping code applies to such acreage and a 100% indemnity is applicable. **(Code FC)**

A second crop is defined as the next occurrence of planting any agricultural commodity for harvest following a first insured crop on the same acreage. A cover crop, planted after a first insured crop and planted for the purpose of haying or otherwise harvesting in any manner, or that is hayed or grazed prior to November 1 of the current crop year, or otherwise harvested at any time, is considered a second crop. It is not considered a second crop if a volunteer crop or cover crop is not intended to be hayed, grazed or otherwise harvested (i.e. green manure, erosion control etc.), or is hayed or grazed on or after November 1 of the current crop year.

I certify that to the best of my knowledge and belief all of the information on this form is correct. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes).

| Insured's Signature | Date | | |
|---|---|---|---|
| | 07/12/2017 | Page 1 of 1 | |



| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: ONEIDA & JULINGTON POTATOES... |



| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: ONEIDA & JULINGTON POTATOES... |



06/08/2017 09:05

06/08/2017 09:06

# Oneida/Julington

# 50/50

# Unit 2.02

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida Julington 2.02.pdf |
|---|---|---|---|

## ONEIDA POTATO EXCHANGE, LLC. & JULINGTON CREEK FARMS, LLC.

PO BOX 600636
JACKSONVILLE, FL 32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 6/6/2017 | 4015 |

**Bill To**

MBT PRODUCE, INC.
PO BOX 600277
JACKSONVILLE, FL 32260-0277

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 4224 | Net 30 | | 6/6/2017 | | 39836 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 465.8 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 13.00 | 6,055.40 |
| 465.8 | 301 | THE POTATO BOARD | -0.03 | -13.97 |

| | Total | $6,041.43 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida Julington 2.02.pdf |
|---|---|---|---|

ONEIDA POTATO EXCHANGE, LLC. &
JULINGTON CREEK FARMS, LLC.

PO BOX 600636
JACKSONVILLE, FL  32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 6/6/2017 | 4023 |

**Bill To**

MBT PRODUCE, INC.
PO BOX 600277
JACKSONVILLE, FL  32260-0277

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 4233 | Net 30 | | 6/6/2017 | | 39849 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 407.4 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 13.00 | 5,296.20 |
| 407.4 | 301 | THE POTATO BOARD | -0.03 | -12.22 |

| | Total | $5,283.98 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida Julington 2.02.pdf |
|---|---|---|---|

**ONEIDA POTATO EXCHANGE, LLC. &**
**JULINGTON CREEK FARMS, LLC.**

PO BOX 600636
JACKSONVILLE, FL  32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 6/6/2017 | 4024 |

| Bill To | Ship To |
|---|---|
| MBT PRODUCE, INC.<br>PO BOX 600277<br>JACKSONVILLE, FL  32260-0277 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 4234 | Net 30 | | 6/6/2017 | | 39850 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 399.2 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 13.00 | 5,189.60 |
| 399.2 | 301 | THE POTATO BOARD | -0.03 | -11.98 |

| | Total | $5,177.62 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida Julington 2.02.pdf |
|---|---|---|---|

**ONEIDA POTATO EXCHANGE, LLC. &**
**JULINGTON CREEK FARMS, LLC.**

PO BOX 600636
JACKSONVILLE, FL 32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 6/7/2017 | 4028 |

| Bill To | Ship To |
|---|---|
| MBT PRODUCE, INC.<br>PO BOX 600277<br>JACKSONVILLE, FL 32260-0277 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 4235 | Net 30 | | 6/7/2017 | | 39853 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 402.2 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 12.50 | 5,027.50 |
| 402.2 | 301 | THE POTATO BOARD | -0.03 | -12.07 |

| | Total | $5,015.43 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida Julington 2.03.pdf |
|---|---|---|---|

# Oneida/Julington

# 50/50

# Unit 2.03

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida Julington 2.03.pdf |
|---|---|---|---|

## ONEIDA POTATO EXCHANGE, LLC. & JULINGTON CREEK FARMS, LLC.

PO BOX 600636
JACKSONVILLE, FL 32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 5/12/2017 | 3696 |

**Bill To**

BACKERS POTATO CHIP
PO BOX 128
FULTON, MO 65251

PAID
06/13/2017

**Ship To**

BACKERS POTATO CHIP
1 WEST INDUSTRIAL BLVD.
FULTON, MO 65251
PH# 573-642-2833

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 3872 | Net 30 | | 5/12/2017 | | 13841 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 447.6 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 18.50 | 8,280.60 |

| | Total | $8,280.60 |
|---|---|---|

**ONEIDA POTATO EXCHANGE, LLC. &
JULINGTON CREEK FARMS, LLC.**

PO BOX 600636
JACKSONVILLE, FL 32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 5/12/2017 | 3697 |

PAID
06/28/2017

| Bill To | Ship To |
|---|---|
| MBT PRODUCE, INC.<br>PO BOX 600277<br>JACKSONVILLE, FL 32260-0277 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 3874 | Net 30 | | 5/12/2017 | | 39443 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 425.4 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 13.00 | 5,530.20 |
| 425.4 | 301 | THE POTATO BOARD | -0.03 | -12.76 |

| | Total | $5,517.44 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida Julington 2.03.pdf |
|---|---|---|---|

**ONEIDA POTATO EXCHANGE, LLC. &
JULINGTON CREEK FARMS, LLC.**

PO BOX 600636
JACKSONVILLE, FL 32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 5/12/2017 | 3698 |

**Bill To**

MBT PRODUCE, INC.
PO BOX 600277
JACKSONVILLE, FL 32260-0277

*PAID*
*06/28/2017*

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 3875 | Net 30 | | 5/12/2017 | | 39444 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 414 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 13.00 | 5,382.00 |
| 414 | 301 | THE POTATO BOARD | -0.03 | -12.42 |

| | **Total** | **$5,369.58** |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida Julington-2.03.pdf |
|---|---|---|---|

ONEIDA POTATO EXCHANGE, LLC. &
JULINGTON CREEK FARMS, LLC.

PO BOX 600636
JACKSONVILLE, FL 32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 5/13/2017 | 3699 |

**PAID**
**06/20/2017**

**Bill To**

MBT PRODUCE, INC.
PO BOX 600277
JACKSONVILLE, FL 32260-0277

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 3876 | Net 30 | | 5/13/2017 | | 39445 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 414 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 13.00 | 5,382.00 |
| 414 | 301 | THE POTATO BOARD | -0.03 | -12.42 |

| | **Total** | **$5,369.58** |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida Julington 2.03.pdf |

ONEIDA POTATO EXCHANGE, LLC. &
JULINGTON CREEK FARMS, LLC.

PO BOX 600636
JACKSONVILLE, FL 32260-0636

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/9/2017 | 3700 |

PAID
06/13/2017

**Bill To**

BACKERS POTATO CHIP
PO BOX 128
FULTON, MO  65251

**Ship To**

BACKERS POTATO CHIP
1 WEST INDUSTRIAL BLVD.
FULTON, MO  65251
PH# 573-642-2833

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 3878 | Net 30 | | 5/9/2017 | | 13816 | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 408.8 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 18.50 | 7,562.80 |

| | | **Total** | | $7,562.80 |

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida Julington 2.03.pdf |
|---|---|---|---|

**ONEIDA POTATO EXCHANGE, LLC. &**
**JULINGTON CREEK FARMS, LLC.**

PO BOX 600636
JACKSONVILLE, FL 32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 5/9/2017 | 3701 |

PAID
06/13/2017

| Bill To |
|---|
| BACKERS POTATO CHIP<br>PO BOX 128<br>FULTON, MO  65251 |

| Ship To |
|---|
| BACKERS POTATO CHIP<br>1 WEST INDUSTRIAL BLVD.<br>FULTON, MO  65251<br>PH# 573-642-2833 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 3879 | Net 30 | | 5/9/2017 | | 13817 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 407.2 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 18.50 | 7,533.20 |

| | Total | $7,533.20 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida Julington 2.03.pdf |
|---|---|---|---|

ONEIDA POTATO EXCHANGE, LLC. &
JULINGTON CREEK FARMS, LLC.

PO BOX 600636
JACKSONVILLE, FL 32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 5/11/2017 | 3715 |

PAID
06/13/2017

| Bill To | Ship To |
|---|---|
| BACKERS POTATO CHIP<br>PO BOX 128<br>FULTON, MO 65251 | BACKERS POTATO CHIP<br>1 WEST INDUSTRIAL BLVD.<br>FULTON, MO 65251<br>PH# 573-642-2833 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 3884 | Net 30 | | 5/11/2017 | | 13835-B | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 441.8 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 18.50 | 8,173.30 |

| | | | Total | $8,173.30 |
|---|---|---|---|---|

ONEIDA POTATO EXCHANGE, LLC. &
JULINGTON CREEK FARMS, LLC.

PO BOX 600636
JACKSONVILLE, FL 32260-0636

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/10/2017 | 3706 |

**PAID**
08/28/2017

**Bill To**

MBT PRODUCE, INC.
PO BOX 600277
JACKSONVILLE, FL 32260-0277

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 3885 | Net 30 | | 5/10/2017 | | 39495 | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 470 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 13.00 | 6,110.00 |
| 470 | 301 | THE POTATO BOARD | -0.03 | -14.10 |

| | **Total** | $6,095.90 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida Julington 2.03.pdf |
|---|---|---|---|

**ONEIDA POTATO EXCHANGE, LLC. &**
**JULINGTON CREEK FARMS, LLC.**

PO BOX 600636
JACKSONVILLE, FL 32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 5/12/2017 | 3707 |

PAID
06/28/2017

| Bill To | Ship To |
|---|---|
| MBT PRODUCE, INC.<br>PO BOX 600277<br>JACKSONVILLE, FL 32260-0277 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 3887 | Net 30 | | 5/12/2017 | | 39496 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 504 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 13.00 | 6,552.00 |
| 504 | 301 | THE POTATO BOARD | -0.03 | -15.12 |

| | **Total** | **$6,536.88** |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida Julington 2.03.pdf |

**ONEIDA POTATO EXCHANGE, LLC. &**
**JULINGTON CREEK FARMS, LLC.**

PO BOX 600636
JACKSONVILLE, FL 32260-0636

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/12/2017 | 3708 |

**PAID**
**06/28/2017**

**Bill To**

MBT PRODUCE, INC.
PO BOX 600277
JACKSONVILLE, FL 32260-0277

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 3888 | Net 30 | | 5/12/2017 | | 39499 | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 433 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 13.00 | 5,629.00 |
| 433 | 301 | THE POTATO BOARD | -0.03 | -12.99 |

| | | | **Total** | $5,616.01 |

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida Julington 2.03.pdf |
|---|---|---|---|

**ONEIDA POTATO EXCHANGE, LLC. &**
**JULINGTON CREEK FARMS, LLC.**

PO BOX 600636
JACKSONVILLE, FL  32260-0636

# Invoice

| Data | Invoice # |
|---|---|
| 5/15/2017 | 3709 |

PAID
06/13/2017

**Bill To**

BACKERS POTATO CHIP
PO BOX 128
FULTON, MO  65251

**Ship To**

BACKERS POTATO CHIP
1 WEST INDUSTRIAL BLVD.
FULTON, MO  65251
PH# 573-642-2833

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 3895 | Net 30 | | 5/15/2017 | | 13840 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 439.8 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 18.50 | 8,136.30 |

| | Total | $8,136.30 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida Julington 2.03.pdf |

**ONEIDA POTATO EXCHANGE, LLC. &**
**JULINGTON CREEK FARMS, LLC.**

PO BOX 600636
JACKSONVILLE, FL 32260-0636

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/15/2017 | 3727 |

PAID
06/28/2017

| Bill To | Ship To |
|---------|---------|
| MBT PRODUCE, INC.<br>PO BOX 600277<br>JACKSONVILLE, FL 32260-0277 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 3910 | Net 30 | | 5/15/2017 | | 39510 | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 438 | BULK CHIP – OT... | BULK ATLANTIC POTATOES | 13.00 | 5,694.00 |
| 438 | 301 | THE POTATO BOARD | -0.03 | -13.14 |

| | **Total** | $5,680.86 |

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida Julington 2.03.pdf |
|---|---|---|---|

**ONEIDA POTATO EXCHANGE, LLC. &
JULINGTON CREEK FARMS, LLC.**

PO BOX 600636
JACKSONVILLE, FL 32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 5/15/2017 | 3728 |

PAID
05/26/2017

| Bill To |
|---|
| MBT PRODUCE, INC.
PO BOX 600277
JACKSONVILLE, FL 32260-0277 |

| Ship To |
|---|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 3911 | Net 30 | | 5/15/2017 | | 39511 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 449.4
449.4 | BULK CHIP - OT...
301 | BULK ATLANTIC POTATOES
THE POTATO BOARD | 13.00
-0.03 | 5,842.20
-13.48 |

| | Total | $5,828.72 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida Julington 2.03.pdf |
|---|---|---|---|

**ONEIDA POTATO EXCHANGE, LLC. &**
**JULINGTON CREEK FARMS, LLC.**

**PO BOX 600636**
**JACKSONVILLE, FL 32260-0636**

# Invoice

| Date | Invoice # |
|---|---|
| 5/15/2017 | 3729 |

PAID
05/26/2017

| Bill To |
|---|
| MBT PRODUCE, INC.<br>PO BOX 600277<br>JACKSONVILLE, FL 32260-0277 |

| Ship To |
|---|
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 3912 | Net 30 | | 5/15/2017 | | 39512 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 456.2 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 13.00 | 5,930.60 |
| 456.2 | 301 | THE POTATO BOARD | -0.03 | -13.69 |

| | Total | $5,916.91 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida Julington 2.03.pdf |
|---|---|---|---|

ONEIDA POTATO EXCHANGE, LLC. &
JULINGTON CREEK FARMS, LLC.

PO BOX 600636
JACKSONVILLE, FL 32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 5/17/2017 | 3762 |

**Bill To**

MBT PRODUCE, INC.
PO BOX 600277
JACKSONVILLE, FL 32260-0277

PAID
06/28/2017

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 3949 | Net 30 | | 5/17/2017 | | 39543 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 397.4 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 13.00 | 5,166.20 |
| 397.4 | 301 | THE POTATO BOARD | -0.03 | -11.92 |

| | **Total** | **$5,154.28** |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida Julington 2.03.pdf |
|---|---|---|---|

**ONEIDA POTATO EXCHANGE, LLC. &**
**JULINGTON CREEK FARMS, LLC.**

PO BOX 600636
JACKSONVILLE, FL 32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 5/17/2017 | 3764 |

**PAID**
06/28/2017

**Bill To**

MBT PRODUCE, INC.
PO BOX 600277
JACKSONVILLE, FL 32260-0277

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 3951 | Net 30 | | 5/17/2017 | | 39539 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 409.8 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 13.00 | 5,327.40 |
| 409.8 | 301 | THE POTATO BOARD | -0.03 | -12.29 |

| | **Total** | **$5,315.11** |
|---|---|---|

ONEIDA POTATO EXCHANGE, LLC. &
JULINGTON CREEK FARMS, LLC.

PO BOX 600636
JACKSONVILLE, FL 32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 5/17/2017 | 3765 |

**PAID**
06/28/2017

**Bill To**

MBT PRODUCE, INC.
PO BOX 600277
JACKSONVILLE, FL 32260-0277

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 3952 | Net 30 | | 5/17/2017 | | 39540 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 438 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 13.00 | 5,694.00 |
| 438 | 301 | THE POTATO BOARD | -0.03 | -13.14 |

| | Total | $5,680.86 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida Julington 2.03.pdf |
|---|---|---|---|

**ONEIDA POTATO EXCHANGE, LLC. &**
**JULINGTON CREEK FARMS, LLC.**

PO BOX 600636
JACKSONVILLE, FL 32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 5/17/2017 | 3768 |

**Bill To**

MBT PRODUCE, INC.
PO BOX 600277
JACKSONVILLE, FL 32260-0277

PAID
08/28/2017

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 3955 | Net 30 | | 5/17/2017 | | 39549 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 411.2 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 13.00 | 5,345.60 |
| 411.2 | 301 | THE POTATO BOARD | -0.03 | -12.34 |

| | **Total** | $5,333.26 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida Julington 2.03.pdf. |
|---|---|---|---|

**ONEIDA POTATO EXCHANGE, LLC. &**
**JULINGTON CREEK FARMS, LLC.**

**PO BOX 600636**
**JACKSONVILLE, FL  32260-0636**

# Invoice

| Date | Invoice # |
|---|---|
| 5/18/2017 | 3776 |

**Bill To**

MBT PRODUCE, INC.
PO BOX 600277
JACKSONVILLE, FL  32260-0277

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 3965 | Net 30 | | 5/18/2017 | | 39562 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 426.2 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 13.00 | 5,540.60 |
| 426.2 | 301 | THE POTATO BOARD | -0.03 | -12.79 |

| | Total | $5,527.81 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.02.pdf |

# Oneida

# Unit 3.02

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.02.pdf |
|---|---|---|---|

**MBT PRODUCE INC.**
**P.O. BOX 600277**
**JACKSONVILLE, FL 32260**

PH#904-880-1031
877-230-9041
FAX#904-880-1510

5/30/17

Attn: Oneida Potato

Re: Notice of rejection  po# 4198

Conditional:____        Rejection__X__

PO#4198
Date: 5/30/17
Cwt: 44,000
Truck: Huff Trk
Dest: Utz Foods, Hanover, Pa

Reason: load refused due to 17% wet breakdown in the potatoes. Load was found to be unfit for human consumption.
        Dumped , freight charges pending

Signed: Ryan Wilson

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.02.pdf |

**MBT PRODUCE INC.**
P.O. BOX 600277
JACKSONVILLE, FL 32260

PH#904-880-1031
877-230-9041
FAX#904-880-1510

5/30/17

Attn: Oneida Potato

Re: Notice of rejection  po# 4195

Conditional:____          Rejection__X__

PO#4195
Date: 5/30/17
Cwt: 44,960
Truck: Landstar Logistics
Dest:  Ballreich, Tiffin, Oh

Reason: load refused due to 21% wet breakdown in the potatoes. Load was found to be unfit for human consumption.
          Dumped , freight charges pending

Signed: Ryan Wilson

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.02.pdf |

**MBT PRODUCE INC.**
**P.O. BOX 600277**
**JACKSONVILLE, FL 32260**

PH#904-880-1031
877-230-9041
FAX#904-880-1510

6/2/17

Attn:  Oneida Potato

Re: Notice of rejection  po# 4184

Conditional:_____          Rejection__X__

PO#4184
Date: 6/2/17
Cwt: 43,800
Truck: Cadence trk
Dest:  Kettle Foods, Beloit, Wi

Reason: load refused due to 21% wet breakdown in the potatoes. Load was found to be unfit for human consumption.
         Dumped , freight charges pending.

Signed: Ryan Wilson

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.02.pdf |
|---|---|---|---|

**ONEIDA POTATO EXCHANGE, LLC.**

# Invoice

PO BOX 600636
JACKSONVILLE, FL  32260-0636

| Date | Invoice # |
|---|---|
| 5/26/2017 | 3948 |

**Bill To**

E.K. BARE & SONS, INC.
P.O. BOX 409
BIRD-IN-HAND, PA  17505-0409

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 4139 | | | 5/26/2017 | | 1705-05189 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 464 | E.K. BARE | BULK CHIPPING POTATOES | 13.00 | 6,032.00 |
| 464 | 301 | THE POTATO BOARD | -0.03 | -13.92 |

| | **Total** | $6,018.08 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.02.pdf |
|---|---|---|---|

ONEIDA POTATO EXCHANGE, LLC.

# Invoice

PO BOX 600636
JACKSONVILLE, FL  32260-0636

| Date | Invoice # |
|---|---|
| 5/26/2017 | 3947 |

**Bill To**

E.K. BARE & SONS, INC.
P.O. BOX 409
BIRD-IN-HAND, PA  17505-0409

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 4138 | | | 5/26/2017 | | 1705-08611 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 437.2 | E.K. BARE | BULK CHIPPING POTATOES | 13.00 | 5,683.60 |
| 437.2 | 301 | THE POTATO BOARD | -0.03 | -13.12 |

| | Total | $5,670.48 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.02.pdf |
|---|---|---|---|

## ONEIDA POTATO EXCHANGE, LLC.

# Invoice

PO BOX 600636
JACKSONVILLE, FL 32260-0636

| Date | Invoice # |
|---|---|
| 5/26/2017 | 3943 |

**Bill To**

MBT PRODUCE, INC.
PO BOX 600277
JACKSONVILLE, FL 32260-0277

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 4133 | Net 30 | | 5/26/2017 | | 39692 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 392.4 | MBT - MAY | BULK CHIPPING POTATOES | 13.00 | 5,101.20 |
| 392.4 | 301 | THE POTATO BOARD | -0.03 | -11.77 |

| | Total | $5,089.43 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.02.pdf |
|---|---|---|---|

**ONEIDA POTATO EXCHANGE, LLC.**

PO BOX 600636
JACKSONVILLE, FL  32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 5/26/2017 | 3942 |

| Bill To |
|---|
| MBT PRODUCE, INC.<br>PO BOX 600277<br>JACKSONVILLE, FL  32260-0277 |

| Ship To |
|---|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 4132 | Net 30 | | 5/26/2017 | | 39691 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 424.4<br>424.4 | MBT - MAY<br>301 | BULK CHIPPING POTATOES<br>THE POTATO BOARD | 13.00<br>-0.03 | 5,517.20<br>-12.73 |

| | Total | $5,504.47 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.02.pdf |
|---|---|---|---|

**ONEIDA POTATO EXCHANGE, LLC.**

# Invoice

PO BOX 600636
JACKSONVILLE, FL  32260-0636

| Date | Invoice # |
|---|---|
| 5/26/2017 | 3933 |

| Bill To |
|---|
| MBT PRODUCE, INC.<br>PO BOX 600277<br>JACKSONVILLE, FL  32260-0277 |

| Ship To |
|---|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 4112 | Net 30 | | 5/26/2017 | | 39673 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 435.2 | MBT - MAY | BULK CHIPPING POTATOES | 12.50 | 5,440.00 |
| 435.2 | 301 | THE POTATO BOARD | -0.03 | -13.06 |

| | Total | $5,426.94 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: UNIT-3.02 USDA GRADE & MAP ... |
|---|---|---|---|

 **USDA**

U.S. DEPARTMENT OF AGRICULTURE
AGRICULTURAL MARKETING SERVICE
FRUIT AND VEGETABLE PROGRAMS

P-053176-4

☐ SUBLOT

## FEDERAL-STATE INSPECTION CERTIFICATE

| INSPECTION STARTED: | M M | D D | Y Y | Hour | Min | A/P |
|---|---|---|---|---|---|---|
| | 0 5 | 2 7 | 1 7 | 0 4 | 0 0 | P M |

This certificate is issued pursuant to the Agricultural Marketing Act of 1946, as amended and is admissible as prima facie evidence in all courts of the United States.

| INSPECTION COMPLETED: | M M | D D | Y Y | Hour | Min | A/P |
|---|---|---|---|---|---|---|
| | 0 5 | 2 7 | 1 7 | 0 5 | 0 0 | P M |

WARNING: Any person who knowingly shall falsely make, issue, alter, forge, or counterfeit this certificate, or participate in any such actions, is subject to a fine of not more than $1,000 or imprisonment for not more than one year, or both.

APPLICANT: Flagler Farms     CITY/STATE: Bunnell, FL     PL#:

INSPECTION POINT: Hastings, FL     OTHER ID:

CONVEYANCE NO.: Lot Inspection     TYPE:     NOTESHEET NO.:

| PRODUCT/VARIETY | *NUMBER AND SIZE OF CONTAINER | DESCRIPTION OF PRODUCT (Brand, Markings, Size, Quality, Condition, etc.) | GRADE | |
|---|---|---|---|---|
| Round White Potatoes | Bulk 26 LBS | "NO Brand" | | |
| | | 27% Total Defects | | |
| | | 27% External Defects consisting | | |
| | | of Growth cracks, Air cracks, | | |
| | | Elephant Hide, Scabs, including | | |
| | | 5% Soft Rot | | |
| | | No Internal Defects | | |
| | | 2% Under 1½ in dia. | | |

ABOVE PRODUCTS MEET REQUIREMENTS OF MARKETING ORDER:

*VARIETY AND NUMBER OF CONTAINERS ARE PROVIDED BY THE APPLICANT AND ARE NOT BEING CERTIFIED BY THE INSPECTOR UNLESS OTHERWISE NOTED

**FOR DATA ENTRY ONLY**

CORRECTS FV-184 CERTIFICATE NUMBER

APPLICANT NO.
21

| | ON-SITE |
|---|---|
| | HOURS: |
| CWT. | OTHER.T: |
| | TRAVEL |
| | MILES: |
| INSPECTED BY | OTHER.I: |
| | OTHER: |
| | $ |

REMARKS: Oneida Potato Exchange FSN 201 North Field Track 171 Unit 3.02 26 acres Sample Submitted by Tommy Christian insurance adjuster. Money order # 207331207314

I, the undersigned, a duly authorized inspector of the United States Department of Agriculture, do hereby certify that samples of the herein described product were inspected and the grades as shown by said samples were as herein stated.

| FEE: | 50.00 |
|---|---|
| O.T.: | |
| EXP.: | |

INSPECTOR'S SIGNATURE: Mary H. Potter #4567

DATE ISSUED: 5/27/17

ESTIMATED TOTAL: $ 50.00

ORIGINAL

FORM FV-184 (7/2011) (Previous editions may be used)

Document Name: UNIT 3.02 USDA GRADE & MAP ...

Division 8

Claim No. 17-000176

Policy No. MP-0750018



# Florida Department of Agriculture and Consumer Services
## Division of Fruit and Vegetables

**ADAM H. PUTNAM**
**COMMISSIONER**

## POTATO NOTESHEET

Applicant: Figgler Farms     Address: Bunnell FL     Carrier No.: Lot Inspection

| | MARKS | TYPE POTATOES & TYPE CONTAINERS | SAMPLE (POUNDS) | CUTS | BRUISES | SUNBURN | SCABS | GROWTH CRACKS | AIR CRACKS | WIREWORM | GRASS DAMAGE | NOT FAIRLY WELL SHAPED | | SOFT ROT | TOTAL DEFECTS EXTERNAL | CUT IN SAMPLE | INTERNAL DISCOLORATION | HOLLOW HEART | TOTAL DEFECTS (INTERNAL) | PERCENT TOTAL DEFECTS | PERCENT U.S. NO. 2 | COUNT | OUNCES | UNDER MIN. | OVER MAX | UNDER 1 7/8" | UNDER 2" | 2 1/2" OR 6 OZ. AND LARGER | UNDER 1 1/2" | OVER 2 3/4" OR 5 OZ. | OVER 3 1/2" |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POTATOES | "No Brand" Round White Bulk | | 26 | | | | ✓ | ✓ | ✓ | | | | Elephant Hide ✓ | 1.25 5.75 26 | | | | 0 | 27 | 73 | | | | | | | | | 2 | |
| | | | | | | | | | | | | | | 5% 27.45 | | | | | | | | | | | | | | | | |

27% Total Defects

27% External Defects — moisture of Elephant Growth Cracks, Air Cracks
Elephant Hide, scabs including 1% Slope Rot

No Internal Defects

2% underlying indic

Fails to Grade US No 2

SIZE:                          SKINNING:

MEETS CANADIAN REQUIREMENTS: YES ☐ NO ☐     WASHED: YES ☐ NO ☒     RECEIVER: _____

IF MEETS CANADIAN IMPORT REQUIREMENTS, SHOW PACKAGES ARE:     CONTRACTOR NO: _____

LABELED ☐   PRINTED ☐   STAMPED ☐   AS TO:

SHIPPER'S NAME: _____

SHIPPER'S ADDRESS: _____

COUNTRY OF ORIGIN: USA

INSPECTION POINT: Hastings _____ FL

INSPECTION BEGUN:   HOUR: 4:00 PM   DATE: 5/27/17

INSPECTION COMPLETED:   HOUR: 5:00 PM   DATE: 5/27/17

CERTIFICATE #: P053176.

| GRADE | 100 LBS. | 50 LBS. | 40 LBS. | 10/5 LBS. | 5/10 LBS. |
|---|---|---|---|---|---|
| U.S. NO.1 SIZE A IN MIN. | | | | | |
| U.S. NO.1 SIZE A | | | | | |
| U.S. NO.1 | | | | | |
| U.S. NO.1 SIZE B | | | | South | FSN |

REMARKS: One Lot Potato Exchange FSN 201 North Field Truck 171
Unit 3.02 26 acres Sample Submitted by Tommy Christian insurance
adjuster

INSPECTOR: Mary K Peters     NO. 4567

FDACS - 07167  03/2014

Field #10
T-206

Money order # 20733 1207314

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: UNIT-3.02 USDA GRADE & MAP ... |
|---|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.04.pdf |

# Oneida

# Unit 3.04

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.04.pdf |
|---|---|---|---|

**ONEIDA POTATO EXCHANGE, LLC.**

PO BOX 600636
JACKSONVILLE, FL  32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 6/4/2017 | 4002 |

| Bill To |
|---|
| MBT PRODUCE, INC.<br>PO BOX 600277<br>JACKSONVILLE, FL  32260-0277 |

| Ship To |
|---|
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 4208 | Net 30 | | 6/4/2017 | | 39812 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 470.2 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 13.00 | 6,112.60 |
| 470.2 | 301 | THE POTATO BOARD | -0.03 | -14.11 |

| | Total | $6,098.49 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.04.pdf |
|---|---|---|---|

**ONEIDA POTATO EXCHANGE, LLC.**

PO BOX 600636
JACKSONVILLE, FL 32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 6/3/2017 | 4003 |

| Bill To |
|---|
| MBT PRODUCE, INC.<br>PO BOX 600277<br>JACKSONVILLE, FL 32260-0277 |

| Ship To |
|---|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 4209 | Net 30 | | 6/3/2017 | | 39816 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 406 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 13.00 | 5,278.00 |
| 406 | 301 | THE POTATO BOARD | -0.03 | -12.18 |

| | **Total** | **$5,265.82** |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.04.pdf |
|---|---|---|---|

**ONEIDA POTATO EXCHANGE, LLC.**

PO BOX 600636
JACKSONVILLE, FL  32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 6/5/2017 | 4004 |

**Bill To**

MBT PRODUCE, INC.
PO BOX 600277
JACKSONVILLE, FL  32260-0277

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 4210 | Net 30 | | 6/5/2017 | | 39825 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 455.8 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 12.50 | 5,697.50 |
| 455.8 | 301 | THE POTATO BOARD | -0.03 | -13.67 |

| | **Total** | $5,683.83 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.04.pdf |
|---|---|---|---|

**ONEIDA POTATO EXCHANGE, LLC.**

PO BOX 600636
JACKSONVILLE, FL  32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 6/5/2017 | 4005 |

**Bill To**

MBT PRODUCE, INC.
PO BOX 600277
JACKSONVILLE, FL  32260-0277

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 4211 | Net 30 | | 6/5/2017 | | 39826 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 505.2 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 12.50 | 6,315.00 |
| 505.2 | 301 | THE POTATO BOARD | -0.03 | -15.16 |

| | Total | $6,299.84 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.04.pdf |
|---|---|---|---|

**ONEIDA POTATO EXCHANGE, LLC.**

PO BOX 600636
JACKSONVILLE, FL  32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 6/5/2017 | 4012 |

| Bill To | Ship To |
|---|---|
| MBT PRODUCE, INC.<br>PO BOX 600277<br>JACKSONVILLE, FL  32260-0277 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 4221 | Net 30 | | 6/5/2017 | | 39837 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 465.2 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 13.00 | 6,047.60 |
| 465.2 | 301 | THE POTATO BOARD | -0.03 | -13.96 |

| | **Total** | $6,033.64 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.04.pdf |
|---|---|---|---|

**ONEIDA POTATO EXCHANGE, LLC.**

PO BOX 600636
JACKSONVILLE, FL  32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 6/5/2017 | 4013 |

| Bill To | Ship To |
|---|---|
| MBT PRODUCE, INC.<br>PO BOX 600277<br>JACKSONVILLE, FL  32260-0277 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 4222 | Net 30 | | 6/5/2017 | | 39838 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 466 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 13.00 | 6,058.00 |
| 466 | 301 | THE POTATO BOARD | -0.03 | -13.98 |

| | Total | $6,044.02 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.04.pdf |
|---|---|---|---|

## ONEIDA POTATO EXCHANGE, LLC.

PO BOX 600636
JACKSONVILLE, FL 32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 6/6/2017 | 4014 |

| Bill To | Ship To |
|---|---|
| MBT PRODUCE, INC.<br>PO BOX 600277<br>JACKSONVILLE, FL 32260-0277 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 4223 | Net 30 | | 6/6/2017 | | 39835 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 464.4 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 13.00 | 6,037.20 |
| 464.4 | 301 | THE POTATO BOARD | -0.03 | -13.93 |

| | Total | $6,023.27 |
|---|---|---|

# Oneida

# Unit 3.05

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.05.pdf |
|---|---|---|---|

**ONEIDA POTATO EXCHANGE, LLC.**

PO BOX 600636
JACKSONVILLE, FL 32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 5/4/2017 | 3661 |

**PAID**
06/21/2017

| Bill To |
|---|
| MBT PRODUCE, INC.<br>PO BOX 600277<br>JACKSONVILLE, FL 32260-0277 |

| Ship To |
|---|
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 3817 | Net 30 | | 5/4/2017 | | 39304 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 437.2 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 13.00 | 5,683.60 |
| 437.2 | 301 | THE POTATO BOARD | -0.03 | -13.12 |

| | Total | $5,670.48 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.05.pdf |
|---|---|---|---|

**ONEIDA POTATO EXCHANGE, LLC.**

PO BOX 600636
JACKSONVILLE, FL 32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 5/4/2017 | 3662 |

PAID
06/21/2017

| Bill To | Ship To |
|---|---|
| MBT PRODUCE, INC.<br>PO BOX 600277<br>JACKSONVILLE, FL 32260-0277 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 3818 | Net 30 | | 5/4/2017 | | 39305 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 471.6 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 13.00 | 6,130.80 |
| 471.6 | 301 | THE POTATO BOARD | -0.03 | -14.15 |

| | Total | $6,116.65 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.05.pdf |
|---|---|---|---|

**ONEIDA POTATO EXCHANGE, LLC.**

PO BOX 600636
JACKSONVILLE, FL  32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 5/8/2017 | 3667 |

PAID
06/20/2017

| Bill To |
|---|
| ONEIDA POTATO EXCHANGE, LLC.<br>5901 FIRE LANE<br>RHINELANDER, WI  54501 |

| Ship To |
|---|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 3831 | Net 30 | | 5/8/2017 | | 1675716-4 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 437.8 | BULK CHIP – OT... | BULK ATLANTIC POTATOES | 13.00 | 5,691.40 |
| 437.8 | 301 | THE POTATO BOARD | -0.03 | -13.13 |

| | Total | $5,678.27 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.05.pdf |
|---|---|---|---|

**ONEIDA POTATO EXCHANGE, LLC.**

PO BOX 600636
JACKSONVILLE, FL 32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 5/8/2017 | 3673 |

PAID
06/13/2017

| Bill To |
|---|
| BACKERS POTATO CHIP<br>PO BOX 128<br>FULTON, MO 65251 |

| Ship To |
|---|
| BACKERS POTATO CHIP<br>1 WEST INDUSTRIAL BLVD.<br>FULTON, MO 65251<br>PH# 573-642-2833 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 3845 | Net 30 | | 5/8/2017 | | 13814 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 413.8 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 18.50 | 7,655.30 |

| | | | **Total** | $7,655.30 |
|---|---|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.05.pdf |
|---|---|---|---|

## ONEIDA POTATO EXCHANGE, LLC.

**Invoice**

PO BOX 600636
JACKSONVILLE, FL  32260-0636

| Date | Invoice # |
|---|---|
| 5/8/2017 | 3674 |

**PAID**
**06/13/2017**

| Bill To | Ship To |
|---|---|
| BACKERS POTATO CHIP<br>PO BOX 128<br>FULTON, MO  65251 | BACKERS POTATO CHIP<br>1 WEST INDUSTRIAL BLVD.<br>FULTON, MO  65251<br>PH# 573-642-2833 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 3846 | Net 30 | | 5/8/2017 | | 13815 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 401 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 18.50 | 7,418.50 |

| | **Total** | **$7,418.50** |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.05.pdf |
|---|---|---|---|

**ONEIDA POTATO EXCHANGE, LLC.**

PO BOX 600636
JACKSONVILLE, FL  32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 5/10/2017 | 3677 |

PAID
06/20/2017

| Bill To | Ship To |
|---|---|
| ONEIDA POTATO EXCHANGE, LLC.<br>5901 FIRE LANE<br>RHINELANDER, WI  54501 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 3849 | Net 30 | | 5/10/2017 | | 1675716-24 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 407.8 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 13.00 | 5,301.40 |
| 407.8 | 301 | THE POTATO BOARD | -0.03 | -12.23 |

| | Total | $5,289.17 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.05.pdf |
|---|---|---|---|

**ONEIDA POTATO EXCHANGE, LLC.**

PO BOX 600636
JACKSONVILLE, FL 32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 5/10/2017 | 3678 |

PAID
06/20/2017

| Bill To | Ship To |
|---|---|
| ONEIDA POTATO EXCHANGE, LLC.<br>5901 FIRE LANE<br>RHINELANDER, WI 54501 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 3850 | Net 30 | | 5/10/2017 | | 1675716-25 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 448 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 13.00 | 5,824.00 |
| 448 | 301 | THE POTATO BOARD | -0.03 | -13.44 |

| | | | Total | $5,810.56 |
|---|---|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.05.pdf |

**ONEIDA POTATO EXCHANGE, LLC.**

PO BOX 600636
JACKSONVILLE, FL  32260-0636

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/10/2017 | 3679 |

| Bill To |
|---------|
| MBT PRODUCE, INC.<br>PO BOX 600277<br>JACKSONVILLE, FL  32260-0277 |

| Ship To |
|---------|
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 3851 | Net 30 | | 5/10/2017 | | 1675716-26 | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 408.8 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 13.00 | 5,314.40 |
| 408.8 | 301 | THE POTATO BOARD | -0.03 | -12.26 |

| | **Total** | **$5,302.14** |

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.05.pdf |
|---|---|---|---|

## ONEIDA POTATO EXCHANGE, LLC.

**Invoice**

PO BOX 600636
JACKSONVILLE, FL 32260-0636

| Date | Invoice # |
|---|---|
| 5/10/2017 | 3680 |

**PAID**
**06/20/2017**

| Bill To | Ship To |
|---|---|
| ONEIDA POTATO EXCHANGE, LLC.<br>5901 FIRE LANE<br>RHINELANDER, WI 54501 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 3852 | Net 30 | | 5/10/2017 | | 1675716-27 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 394.6 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 13.00 | 5,129.80 |
| 394.6 | 301 | THE POTATO BOARD | -0.03 | -11.84 |
| 1 | ONEIDA-FL | ATLANTIC POTATOES | -0.01 | -0.01 |

| | **Total** | **$5,117.95** |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.05.pdf |
| --- | --- | --- | --- |

**ONEIDA POTATO EXCHANGE, LLC.**

PO BOX 600636
JACKSONVILLE, FL 32260-0636

# Invoice

| Date | Invoice # |
| --- | --- |
| 5/10/2017 | 3681 |

| Bill To |
| --- |
| MBT PRODUCE, INC.<br>PO BOX 600277<br>JACKSONVILLE, FL 32260-0277 |

| Ship To |
| --- |
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
| --- | --- | --- | --- | --- | --- | --- |
| 3853 | Net 30 |  | 5/10/2017 |  | 1675716-28 |  |

| Quantity | Item Code | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 406.6 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 13.00 | 5,285.80 |
| 406.6 | 301 | THE POTATO BOARD | -0.03 | -12.20 |

| | Total | $5,273.60 |
| --- | --- | --- |

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.05.pdf |

**ONEIDA POTATO EXCHANGE, LLC.**

PO BOX 600636
JACKSONVILLE, FL  32260-0636

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/11/2017 | 3714 |

PAID
06/13/2017

| Bill To | Ship To |
|---------|---------|
| BACKERS POTATO CHIP<br>PO BOX 128<br>FULTON, MO  65251 | BACKERS POTATO CHIP<br>1 WEST INDUSTRIAL BLVD.<br>FULTON, MO  65251<br>PH# 573-642-2833 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 3861 | Net 30 | | 5/11/2017 | | 13831 | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 441.4 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 18.50 | 8,165.90 |

| | | | **Total** | $8,165.90 |

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.05.pdf |
|---|---|---|---|

**ONEIDA POTATO EXCHANGE, LLC.**

PO BOX 600636
JACKSONVILLE, FL 32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 5/11/2017 | 3687 |

PAID
06/13/2017

| Bill To | Ship To |
|---|---|
| BACKERS POTATO CHIP<br>PO BOX 128<br>FULTON, MO  65251 | BACKERS POTATO CHIP<br>1 WEST INDUSTRIAL BLVD.<br>FULTON, MO  65251<br>PH# 573-642-2833 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 3862 | Net 30 | | 5/11/2017 | | 13832 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 448.2 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 18.50 | 8,291.70 |

| | | | **Total** | $8,291.70 |
|---|---|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.05.pdf |

**ONEIDA POTATO EXCHANGE, LLC.**

PO BOX 600636
JACKSONVILLE, FL 32260-0636

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/11/2017 | 3688 |

**PAID**
**06/13/2017**

| Bill To | Ship To |
|---------|---------|
| BACKERS POTATO CHIP<br>PO BOX 128<br>FULTON, MO 65251 | BACKERS POTATO CHIP<br>1 WEST INDUSTRIAL BLVD.<br>FULTON, MO 65251<br>PH# 573-642-2833 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 3863 | Net 30 | | 5/11/2017 | | 13833 | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 441 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 18.50 | 8,158.50 |

| | **Total** | **$8,158.50** |

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.05.pdf |

## ONEIDA POTATO EXCHANGE, LLC.

**PO BOX 600636**
**JACKSONVILLE, FL 32260-0636**

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/11/2017 | 3689 |

PAID
06/13/2017

| Bill To | Ship To |
|---------|---------|
| BACKERS POTATO CHIP<br>PO BOX 128<br>FULTON, MO 65251 | BACKERS POTATO CHIP<br>1 WEST INDUSTRIAL BLVD.<br>FULTON, MO 65251<br>PH# 573-642-2833 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 3864 | Net 30 | | 5/11/2017 | | 13834 | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 454.8 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 18.50 | 8,413.80 |

| | **Total** | **$8,413.80** |

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.05.pdf |

## ONEIDA POTATO EXCHANGE, LLC.

PO BOX 600636
JACKSONVILLE, FL  32260-0636

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/11/2017 | 3690 |

**PAID**
**06/13/2017**

| Bill To | Ship To |
|---------|---------|
| BACKERS POTATO CHIP<br>PO BOX 128<br>FULTON, MO  65251 | BACKERS POTATO CHIP<br>1 WEST INDUSTRIAL BLVD.<br>FULTON, MO  65251<br>PH# 573-642-2833 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 3865 | Net 30 | | 5/11/2017 | | 13835 | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 450 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 18.50 | 8,325.00 |

| | | | | | | | Total | $8,325.00 |

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.05.pdf |
|---|---|---|---|

**ONEIDA POTATO EXCHANGE, LLC.**

PO BOX 600636
JACKSONVILLE, FL  32260-0636

# Invoice

| Date | Invoice # |
|---|---|
| 5/12/2017 | 3694 |

**PAID**
06/13/2017

| Bill To | Ship To |
|---|---|
| BACKERS POTATO CHIP<br>PO BOX 128<br>FULTON, MO  65251 | BACKERS POTATO CHIP<br>1 WEST INDUSTRIAL BLVD.<br>FULTON, MO  65251<br>PH# 573-642-2833 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 3869 | Net 30 | | 5/12/2017 | | 13838 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 440.6 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 18.50 | 8,151.10 |

| | Total | $8,151.10 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: Oneida 3.05.pdf |

**ONEIDA POTATO EXCHANGE, LLC.**

PO BOX 600636
JACKSONVILLE, FL  32260-0636

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/12/2017 | 3695 |

**PAID**
06/13/2017

| Bill To | Ship To |
|---------|---------|
| BACKERS POTATO CHIP<br>PO BOX 128<br>FULTON, MO. 65251 | BACKERS POTATO CHIP<br>1 WEST INDUSTRIAL BLVD.<br>FULTON, MO  65251<br>PH# 573-642-2833 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| 3870 | Net 30 | | 5/12/2017 | | 13839 | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 433 | BULK CHIP - OT... | BULK ATLANTIC POTATOES | 18.50 | 8,010.50 |

| | **Total** | $8,010.50 |

16.0 Acres

3690
3936

3870    1674.6 ✓          2195.4
4/28 - +208.8 =          2453.4
                          2919.2

# Oneida/Julington

+208.8 1674.6 ✓

X/#) 2
~~$9444~~
~~$25030~~
26345
X .5

2727.2  ~~2761.4~~
        2015.4

X 12

~~$32721~~ $27137
$24485

X .500

0          J
2214       2322
1476      +1548
3690       3870

$17515
$11720
$13172

## 50/50

$16363
$13568

$12093

## Unit 2.02

Billy Davis Inspected
5-7-17

6.0 Acres
~~10.0~~ UH Mush No USDA Grade See Photos

~~6.0~~ 0
10.0 H

16.0 Acres
Warant
3936

Guaratee
9840 - 8231.8 ✓

Prod.

40.0 Acre
2.06 cwt/Ac
Harvested

Guaratee
10320 - 8231.8: ✓    2088.2

X 12
$25058

# Oneida/Julington

1608.2
X $12
$19298

X .500
$9649

X .500
$12529

# 50/50

FSN 310
T- 310
Field # 3

40.0 Acre Harvested

# Unit 2.03

Preharvest - Appraised  184.0 cwt /Ac   Deed Signed
Harvested  206.0 cwt/Ac

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: DOCUEMENTATION & MAPS-ONEID... |
|---|---|---|---|

# Oneida

FSN 171
T-206
field 10

# Unit 3.02

3 loads Rejected 5-30  440.0 cwt
              5-30  449.6
              6-2   438.0
              ─────
              1327.6 cwt. Harvestd + Rejected
            + 2153.2
            ─────────
            3480.8 cwt ÷ 26.0 Acre = 133.9 cwt/Ac

All
26.0 Acre Harvestd  See USDA Grade
                         Dated 5/27/17

Gvorontier 5694

2153.2 √ cwt Harvstd + Sold
                    After harvest   40 to 50% out-
           Having  to grade        Rottering

3540.8
  X $12
─────────
$42480

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: DOCUMENTATION & MAPS-ONEID... |
|---|---|---|---|

# Oneida

# Unit 3.04

FSN 297
T- 303

Kinney 100 House
30.0 Acres

No Sample out
of This Field Did
Take one on front
field Next to This
one.
Sample failed #2
Potatoes

All Harvested 6-4 Thru 6-6

30.0   Acres
Guarantee
7380
3232.8 ✓                108 cwt/ A ✓
4147.2
X $12
$49766

$ 171930

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: DOCUEMENTATION & MAPS-ONEID... |
|---|---|---|---|

# Oneida

# Unit 3.05

FSN-310
T- 310
Fields # 4 & 5        Harvest was Just Completed   Visit 5-9
                                                 Billy & I


All Harvested   5-4 thru 5-12

48.0 Acres

Guaratee
  11808      ✓        153 cwt/Acre Harvated
  7336.2   —
  ─────────
  4471.8
  X  $12
  ──────────
  $53662 .

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: DOCUEMENTATION & MAPS-ONEID... |
|---|---|---|---|



United States Department of Agriculture
Farm Service Agency

September 29, 2015

**Flagler County, FL**

Farm: 297
Tract: 303

1:9,000

Disclaimer: Wetland identifiers do not represent the size, shape or specific determination of the area. Refer to your original determination (CPA-026 and attached maps) for exact wetland boundaries and determinations, or contact NRCS.



penny
320-250-509

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: DOCUEMENTATION & MAPS-ONEID... |
|---|---|---|---|



24.0 Back 80
Unit 3.05

Borderline Loss

80.0 Acres Reported

1
34.62
UHEL
Julington 100%

Borderline Loss
50/50 Barn
40.0 Acres
Unit 2.03

48.0 Acres     Less

Unit 3.05
100%
Oneida

12S29E029

2
33.64
UHEL

3
48.84
UHEL
Julington + Oneida

4
28.82
UHEL

5
29.56
UHEL

Home
Unit 3.05
56.0

Did not check
Harvsted
6
68.42
UHEL

Julington 100%



![USDA logo] **United States Department of Agriculture**
**Farm Service Agency**

Farm: 310
Tract: 310

# Flagler County, FL
1:9,640

August 28, 2015

N

Disclaimer: Wetland identifiers do not represent the size, shape or specific determination of the area. Refer to your original determination (CPA-026 and attached maps) for exact wetland boundaries and determinations, or contact NRCS.

Section

06/08/2017 09:06

06/08/2017 09:06

| Policy No. MP-0750018 | Claim No. 17-000176 | Division 8 | Document Name: IMG_0182 ONEIDA & JULINGTON.... |

**CENTRAL AND SOUTHERN POTATO WEIGHT METHOD APPRAISAL WORKSHEET**

Document Name: ONEIDA & JULINGTON 50% 50%...

Division 8

Claim No. 17-000176

Policy No. MP-0750018

COMPANY: Agri General
CLAIM NO: 17-178 / 17-176

1. INSURED'S NAME: Julington Creek Farms / Oneida Potato Exchange
2. POLICY NO. 749812 / 750618
3. UNIT NO. 2.02
4. CROP YEAR 2017

FSW297
F303

| FIELD ID 5 | ACRES IN FIELD 6 | ROW SPACE 7 | TYPE 8 | WEIGHT OF POTATOES IN EACH SAMPLE (EACH BLOCK EQUALS 1/1000 ACRE SAMPLE ROW) 9 | | | | | TOTAL ALL SAMPLES 10 | NO. OF SAMPLES 11 | AVG. LBS. PER SAMPLE (10 ÷ 11) 12 | % POTATOES REMAINING (EXCLUDING EXTERNAL DEFECTS) (REFER TO ITEM 24) 13 | AVG. LBS. PER SAMPLE (EXCLUDING EXTERNAL DEFECTS) (12 X 13) 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 16.0 | 40" | w | 7.0 14.0 | 14.0 | 8.0 | 10.0 | 12.0 | 65.0 | 6 | 10.8 | | |

| DID THE LOT FAIL U.S. #2 DUE TO INTERNAL OR OTHER DEFECTS? 15 | FACTOR "YES" IN 15, ENTER "0" "NO" IN 15, ENTER "1" 16 | AVG. LBS. TO COUNT PER SAMPLE (14 X 16) 17 | CONVERSION FACTOR 18 | APPRAISAL CWT. PER ACRE (17 X 18) 19 |
|---|---|---|---|---|
| YES ☐  NO ☐ | | 10.8 | 10 | 108.0 |

**GRADE DETERMINATION**   20. PRODUCTION GRADED BY: **LABORATORY** ☐ **LICENSED GRADER** ☐

| EXTERNAL DEFECTS | TOTAL WEIGHT OF SAMPLE TO BE GRADED FOR EXTERNAL DEFECTS 21 | TOTAL WEIGHT OF POTATOES FAILING U.S. #2 DUE TO EXTERNAL DEFECTS 22 | % POTATOES FAILING U.S. #2 DUE TO EXTERNAL DEFECTS (22 ÷ 21) 23 | % POTATOES REMAINING (EXCLUDES EXTERNAL DEFECTS) (1.000 − 23) (TRASFER TO ITEM 13) 24 | REMARKS: Pre harvest. Harvested only 10.0 Acres with 167.5 cwt/Acre |
|---|---|---|---|---|---|
| INTERNAL DEFECTS | TOTAL WEIGHT OF SAMPLE TO BE GRADED FOR INTERNAL DEFECTS (21 − 22) 25 | TOTAL WEIGHT OF POTATOES FAILING U.S. #2 DUE TO INTERNAL DEFECTS 26 | % POTATOES FAILING U.S. #2 DUE TO INTERNAL DEFECTS (26 ÷ 25) 27 | DOES % IN ITEM 27 EXCEED TOLERANCE IN GRADE STANDARDS FOR U.S. #2 POTATOES? 28  YES ☐ NO ☐ | |
| OTHER DEFECTS (Freezing, Southern Bacterial Wilt, Ring Rot, Late Blight, Soft Rot or Wet Breakdown) | TOTAL WEIGHT OF SAMPLE TO BE GRADED FOR OTHER DEFECTS (21 − 29) 29 | TOTAL WEIGHT OF POTATOES FAILING U.S. #2 DUE TO OTHER DEFECTS 30 | % POTATOES FAILING U.S. #2 DUE TO OTHER DEFECTS (30 ÷ 29) 31 | DOES % IN ITEM 31 EXCEED TOLERANCE IN GRADE STANDARDS FOR U.S. #2 POTATOES? 32  YES ☐ NO ☐ | |

33. ADJUSTER'S SIGNATURE _(signature)_ Billy Davis   CODE NO. TC8   DATE 5/9/17
34. INSURED'S SIGNATURE _(signature)_   DATE 7/12/17

©NCIS—M 562  Rev. 02-2016   (See Reverse Side for Required Statements)   Page 1 of 1

Document Name: ONEIDA & JULINGTON 50% 50%...

Division 8

Claim No. 17-0001/6

Policy No. MP-0750018

# CENTRAL AND SOUTHERN POTATO WEIGHT METHOD APPRAISAL WORKSHEET

| COMPANY: Agri General | 1. INSURED'S NAME | 2. POLICY NO. | 3. UNIT NO. | 4. CROP YEAR |
|---|---|---|---|---|
| CLAIM NO: 17- 176,175 | Oneida Potato Exchange 50/50 Julington Creek Farms | 750018 749812 | 2.02 | 2017 |

FSN2-310
T-310

| FIELD ID 5 | ACRES IN FIELD 6 | ROW SPACE 7 | TYPE 8 | WEIGHT OF POTATOES IN EACH SAMPLE (EACH BLOCK EQUALS 1/1000 ACRE SAMPLE ROW) 9 | | | | | TOTAL ALL SAMPLES 10 | NO. OF SAMPLES 11 | AVG. LBS. PER SAMPLE (10 ÷ 11) 12 | % POTATOES REMAINING (EXCLUDING EXTERNAL DEFECTS) (REFER TO ITEM 24) 13 | AVG. LBS. PER SAMPLE (EXCLUDING EXTERNAL DEFECTS) (12 X 13) 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 40.0 | 40" | W | 11.0 | 28.0 | 12.0 | 24.0 | 17.0 | 92.0 | 5 | 18.4 | | |

| DID THE LOT FAIL U.S. #2 DUE TO INTERNAL OR OTHER DEFECTS? 15 | FACTOR "YES" IN 15, ENTER "0" "NO" IN 15, ENTER "1" 16 | AVG. LBS. TO COUNT PER SAMPLE (14 X 16) 17 | CONVERSION FACTOR 18 | APPRAISAL CWT. PER ACRE (17 X 18) 19 |
|---|---|---|---|---|
| YES ☐    NO ☐ | | 18.4 | 10 | 184 |

## GRADE DETERMINATION

20. PRODUCTION GRADED BY: **LABORATORY** ☐ **LICENSED GRADER** ☐

| | TOTAL WEIGHT OF SAMPLE TO BE GRADED FOR EXTERNAL DEFECTS 21 | TOTAL WEIGHT OF POTATOES FAILING U.S. #2 DUE TO EXTERNAL DEFECTS 22 | % POTATOES FAILING U.S. #2 EXTERNAL DEFECTS (22 ÷ 21) 23 | % POTATOES REMAINING (EXCLUDES EXTERNAL DEFECTS) (1.000 – 23) (TRASFER TO ITEM 13) 24 | REMARKS: |
|---|---|---|---|---|---|
| **EXTERNAL DEFECTS** | | | | | Pre-harvest Appraisal Harvested 206.0 cwt. Per Acre — Increase due to growth |
| **INTERNAL DEFECTS** | TOTAL WEIGHT OF SAMPLE TO BE GRADED FOR INTERNAL DEFECTS (21 – 22) 25 | TOTAL WEIGHT OF POTATOES FAILING U.S. #2 DUE TO INTERNAL DEFECTS 26 | % POTATOES FAILING U.S. #2 DUE TO INTERNAL DEFECTS (26 ÷ 25) 27 | DOES % IN ITEM 27 EXCEED TOLERANCE IN GRADE STANDARDS FOR U.S. #2 POTATOES? 28  YES ☐ NO ☐ | |
| **OTHER DEFECTS** (Freezing, Southern Bacterial Wilt, Ring Rot, Late Blight, Soft Rot or Wet Breakdown) | TOTAL WEIGHT OF SAMPLE TO BE GRADED FOR OTHER DEFECTS (21 – 22) 29 | TOTAL WEIGHT OF POTATOES FAILING U.S. #2 DUE TO OTHER DEFECTS 30 | % POTATOES FAILING U.S. #2 DUE TO OTHER DEFECTS (30 ÷ 29) 31 | DOES % IN ITEM 31 EXCEED TOLERANCE IN GRADE STANDARDS FOR U.S. #2 POTATOES? 32  YES ☐ NO ☐ | |

| 33. ADJUSTER'S SIGNATURE | CODE NO. | DATE | 34. INSURED'S SIGNATURE | DATE |
|---|---|---|---|---|
| John Christie  JC8 ↳ Billy Davis | JC8 | 5-9-17 | X | 7/12/17 |

©NCIS-M 562_Rev. 02-2014     (See Reverse Side for Required Statements)     Page 1 of 1

## COLLECTION OF INFORMATION AND DATA (PRIVACY ACT) STATEMENT
### Agents, Loss Adjusters and Policyholders

The following statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a): The Risk Management Agency (RMA) is authorized by the Federal Crop Insurance Act (7 U.S.C. 1501-1524) or other Acts, and the regulations promulgated thereunder, to solicit the information requested on documents established by RMA or by approved insurance providers (AIPs) that have been approved by the Federal Crop Insurance Corporation (FCIC) to deliver Federal crop insurance. The information is necessary for AIPs and RMA to operate the Federal crop insurance program, determine program eligibility, conduct statistical analysis, and ensure program integrity. Information provided herein may be furnished to other Federal, State, or local agencies, as required or permitted by law, law enforcement agencies, courts or adjudicative bodies, foreign agencies, magistrate, administrative tribunal, AIPs contractors and cooperators, Comprehensive Information Management System (CIMS), congressional offices, or entities under contract with RMA. For insurance agents, certain information may also be disclosed to the public to assist interested individuals in locating agents in a particular area. Disclosure of the information requested in voluntary. However, failure to correctly report the requested information may result in the rejection of this document by the AIP or RMA in accordance with the Standard Reinsurance Agreement between the AIP and FCIC, Federal regulations, or RMA-approved procedures and the denial of program eligibility or benefits derived therefrom. Also, failure to provide true and correct information may result in civil suit or criminal prosecution and the assessment of penalties or pursuit of other remedies.

## NONDISCRIMINATION STATEMENT

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or a part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD).

To file a complaint of discrimination, write to: USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

```
Date     : 07/19/2017                        AGRI GENERAL INSURANCE COMPANY                          Page:      1
State    : FLORIDA                                   CLAIM SUMMARY                                    Policy:  MP0750018
Crop Year: 2017                                                                                      Loss:  17-000176

                                                                                                     Crop:   PTATO

        Insured: ONEIDA POTATO EXCHANGE                    Agency: PROGRESSIVE AG
                 PAUL SOWINSKI                                      417 38TH ST SW STE A
                 5818 FIRE LN                                      FARGO ND 58103-6508
                 RHINELANDER WI 54501
                                                                   7772-30
Additional payees:

- none -
```

| CROP | UNIT | FARM | TOWN/RANGE/SEC | STAGE | ACRES | x | ACRE GUAR | = | TOTAL GUAR | - | PROD COUNTED | = | DEFICIENCY | x PRICE | = INDEMNITY | x INTEREST = | AMOUNT PAYABLE | 1ST CROP RESERVE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PL 1.0 YD 12.0 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| PTATO | 2.02 | 297 | 12S 28E 2 | H | 10.0 |  | 246.0 CWT |  | 2,460.0 CWT |  | 1,674.6 CWT |  | 785.4 | $12.00 | 4,712 | 0.500 | $4,712 |  |
| PL 1.0 YD 12.0 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| PTATO | 2.02 | 297 | 12S 28E 2 | UH | 6.0 |  | 246.0 CWT |  | 1,476.0 CWT |  | 0.0 CWT |  | 1,476.0 | $12.00 | 7,970 | 0.500 | $7,970 |  |
| PL 5.0 YD 6.0 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| PTATO | 2.03 | 310 | 12S 29E 29 | H | 40.0 |  | 246.0 CWT |  | 9,840.0 CWT |  | 8,231.8 CWT |  | 1,608.2 | $12.00 | 9,649 | 0.500 | $9,649 |  |
| PL 2.0 YD 2.0 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| PTATO | 3.02 | 201 | 12S 29E 9 | H | 26.0 |  | 219.0 CWT |  | 5,694.0 CWT |  | 2,153.2 CWT |  | 3,540.8 | $12.00 | 42,490 | 1.000 | $42,490 |  |
| PL 4.0 YD 10.0 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| PTATO | 3.04 | 297 | 12S 28E 2 | H | 30.0 |  | 246.0 CWT |  | 7,380.0 CWT |  | 3,232.8 CWT |  | 4,147.2 | $12.00 | 49,766 | 1.000 | $49,766 |  |
| PL 6.0 YD 11.0 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| PTATO | 3.05 | 310 | 12S 29E 29 | H | 48.0 |  | 246.0 CWT |  | 11,808.0 CWT |  | 7,336.2 CWT |  | 4,471.8 | $12.00 | 53,662 | 1.000 | $53,662 |  |

```
                                                                                              *    $168,249
```

```
          COUNTY       ACRES    PRODUCTION    PAYMENT     CHECK     CHECK DATE    CLAIM AMT    LOSS CREDIT    CHECK AMT
PTATO     FLAGLER      160.0    22,628.6     $168,249   3122094    7/19/2017    $168,249.00   $25,115.00   $143,134.00   LOSS AMOUNT                  $168,249
                                                                                                                        APPLIED TO PREMIUM            $25,115

                                                                CLAIM TOTAL -> $168,249.00   $25,115.00   $143,134.00   CURRENT CHECK #3122094     $143,134
                                                                                                                        * PAYEE'S SHARE AMOUNT


AMOUNT REPORTED TO I.R.S.     $168,249.00
UNDER SOCIAL SECURITY NUMBER    *****4830
```

**Please enter the URL below to participate in a brief claim survey regarding this claim settlement. All responses will be kept confidential.**

**https://www.rainhail.com/s/claimsurvey**

SCAN: 9014691393191854001 4

# AGRI GENERAL INSURANCE COMPANY
### RAIN AND HAIL L.L.C.
## MPCI Claim Notice of Prevented Planting, or Damage or Loss

| | | |
|---|---|---|
| Policy No. | MP0950018 | State FL |
| Claim No. | 19-006206 | Date 04/08/2019 |
| Crop Year | 2019 | Page 1 OF 1 |

| INSURED INFORMATION | AGENT / AGENCY INFORMATION |
|---|---|
| ONEIDA POTATO EXCHANGE<br>5818 FIRE LN<br>RHINELANDER, WI 54501-0000 | PROGRESSIVE AG<br>Agent Code: PH<br>Agent was notified of claim via: Phone |
| PHONE: (715)272-1192 | PHONE: (701)277-9210    CODE: 7772-30 |

**PLEASE SPECIFY THE CROP FOR WHICH YOU ARE FILING A LOSS. (One crop per notice.) : POTATOES(84) - APH(90)**

Specify below all county locations that have experienced damage.

| County | Unit No. | Legal Description | Cause of Loss | | | Date of Loss | Intentions* |
|---|---|---|---|---|---|---|---|
| PUTNAM (107) | UNKNOWN | UNKNOWN | Excess Moisture/Precipitat... | | | 04/2019 | OT |
| FLAGLER (35) | UNKNOWN | UNKNOWN | Excess Moisture/Precipitat... | | | 04/2019 | OT |

*Intentions Legend: To harvest = HT; To chop/silage = CS; Leave for cover = LC; Destroy = DS; Plant to another crop = PC; Pasture = PS; Hay = HY; Crop will be direct marketed = DM; Other (please explain) = OT; Replant = RP; Unknown at this time (Substantive) = UK

**Indicate the condition of the damaged crop acreage for which you are claiming a loss by marking the box at left and answering the questions for that section.**

☐ **PREVENTED PLANTING**
(Unable to plant all or part of the insured crop acreage by the final planting date or within the late planting period for the crop.)

☐ **REPLANT TO SAME CROP**
(Replanting previously planted crop acreage to the same crop due to damage or conditions preventing an adequate stand.)
1. Are at least 20 acres or 20% of the acres in each of the reported unit(s) being replanted?　☐ YES　☐ NO
2. Are more than 50 acres being replanted within any unit being reported?　☐ YES　☐ NO
**\*\*(You must obtain company approval before destroying or replanting any of the crop acreage you intend on replanting!)\*\***

☐ **NOTICE of DAMAGE**
(Crop has sustained damage, however all acres will be taken to harvest - it appears production will exceed guarantee at this time.)
\*\* A claim will be filed for the crop(s) reported. The company will take no further action at this time. Please notify your agent if loss becomes apparent or if crop sustains additional damage.

☐ **HARVESTABLE**
(Part or all of crop acreage being reported has significant damage, however all crop acres will be harvested.)
(Harvest means: Harvesting in a manner consistent for the insured crop being reported, ie. corn insured as grain, harvested for grain.)

1. What is the approximate date of harvest for the crop(s), you are reporting a loss?_____
2. Will any harvested production from the reported acreage be farm stored or used in another method other than storing or selling?　☐ YES　☐ NO
3. Will all harvested production from the reported acreage be delivered or sold to an elevator, processor, or third party?　☐ YES　☐ NO
4. Will the estimated amount of your loss exceed $5000 for any individual crop unit for which you are reporting a claim?　☐ YES　☐ NO
**\*\*Your policy requires that you keep a complete record of harvesting and marketing records of each insured crop for each unit.\*\***

☒ **SEVERELY DAMAGED**
(Part or all of the crop acreage has sustained severe damage - Intend to destroy, hay, graze, chop for silage or abandon ANY acres of the crop within the unit(s) being reported.)
**\*\*You must have company approval before destroying any crop acreage of the unit(s) reported for loss\*\***
**\*\*Your policy requires that you continue to provide ordinary care to your crop(s) after reporting a claim.\***

| *Other policies?* If the interest share for any of the crop units reported for loss are less than 100%, is the other share insured? | ☐ YES　☒ NO |
|---|---|

Please list associated policies.

| Name | Policy Number | Company |
|---|---|---|
| | | |
| | | |

**Contact Information:**
Best time to contact insured ...................................................................................................................... ☒ AM　☐ Noon　☐ PM
Contact Name and Phone Number: ONEIDA POTATO EXCHANGE, H:(715)272-1192, C:(715)272-1192
Comments: PH(4/8/19)-POTATO EXCESS RAIN 4/7

The insured or member of the insured's immediate family is either an insurance agent, adjuster or employee of the insurance industry
or Risk Management Agency?　☐ YES　☒ NO

| _____ | PENNEY HAMMER | 04/08/2019 |
|---|---|---|
| INSURED'S SIGNATURE | AGENT'S SIGNATURE | DATE |

*Your policy requires that you report any probable loss in writing within 72 hours of your initial discovery of damage (but not later than 15 days after the end of the insurance period) by unit, for each insured crop, unless stated otherwise in the specific crop provisions. If during harvest a probable loss is suspected, you must notify the Company promptly, and give dates when harvest will be completed. Representative unharvested sample areas of the crop must be left, as specified by the Crop Provisions, so the adjuster may verify the cause and extent of damage. The size and number of sample areas may vary by crop and acreage but should be for most crops: (a) a strip at least ten feet wide extending the entire length of each field in the unit(s) or (b) as specified by the specific crop provisions for the crop. The sample areas must not be harvested or destroyed until the time specified in the applicable crop provisions. Should you wish to harvest the harvested acreage, some crop's provisions require that representative sample areas of the stubble be left in tact. Make sure sample areas are representative of the entire field.*

**WEB COPY**

RH-5026-2019

2019_4691393_EXTERNAL_PROD

**Bell, Kim - 08**

*[handwritten: 4/22]*

| | |
|---|---|
| **From:** | Sumner, Wyatt - 08 |
| **Sent:** | Tuesday, April 9, 2019 1:11 PM |
| **To:** | Lanier, Jeff - 08 |
| **Cc:** | Bell, Kim - 08; Adams, Gail - 08 |
| **Subject:** | FW: Warning: Loss suspended, $500K liability detected on  MP-0750018 19-006206 |

*[handwritten: need to hear back on these emails]*

Let me know when you set the reserve if we are in the 500K range.

*Wyatt*
AVP Claims Manager
Southern Division
AL, AR, FL, GA, MS, KY, LA, & TN
800 538 8020 Ext. 2414
229 349 7888 Cell
(515) 559-1558 Fax
Rain and Hail
*A Chubb company*

*[handwritten: NO will Not be 500K per JL WS 5-15-19]*

**From:** IT Claims <ITClaims@rainhail.com>
**Sent:** Monday, April 8, 2019 1:01 PM
**To:** MPClaim_500K_08
**Subject:** Warning: Loss suspended, $500K liability detected on MP-0750018 19-006206

| | |
|---|---|
| **Crop Year** | : 2019 |
| **Division** | : 8 |
| **State** | : FLORIDA (9) |
| **Policyholder** | : ONEIDA POTATO EXCHANGE |
| **Crop/Plan** | : POTATOES / APH |
| **Loss Type** | : UNHARVESTED |
| **Claim Supervisor** | : JEFF LANIER (JL) |
| **Adjuster** | : JEFF LANIER (JL) |
| **Claim Number** | : 19-006206 |
| **Link to policy** | : Click to open |

*[handwritten: MP-750018 19-6206]*

*[handwritten: Putnam 2,000  Flager 2,000]*

The following county(ies) have more than $500,000 in liability for this claim. Please use the link above to update the claim; designating if this claim has the potential to be a large loss or not.

**Will this potentially be a large loss?**

**Yes -** If this claim has potential to be a large loss and RMA should be notified, update the reserve accordingly and set the RMA Participated Large Loss flag to 'S' (Send to RMA). All of the required information will be sent to the applicable Regional Office for you electronically. You do not need to email RMA to notify them.

1

**No -** If it is not going to be a large loss, set the RMA Participated Large Loss flag to 'D' (Determined loss to be less than 500k, RMA will not be notified).

| Potential Large Loss Counties for 19-006206 | | | |
|---|---|---|---|
| Crop/Plan | County | Liability | Reserve |
| 84 / 90 | FLAGLER | $ 645,736 | $ 22,000 |

Thank you,

IT Division

# eAdjuster Claim Summary



RECEIVED AUG 1 2 2019
RECEIVED AUG 1 2 2019

| Insured Name | Company | Agency | Division/State |
|---|---|---|---|
| ONEIDA POTATO EXCHANGE | AGRI GENERAL INSURANCE COMPANY (Crop Insurance Serviced by Rain and Hail) | PROGRESSIVE AG (7772-30) | Division 8 FLORIDA |

| Policy Number | Claim Number | Crop/Plan | Loss Type |
|---|---|---|---|
| MP-0750018 | 19-006206 | PTATO/APH | Unharvested |

| Adjuster | eAdjuster Version | Finalized Date |
|---|---|---|
| TC8 | Version 2019.07.18 (Downloaded with Version 2019.06.30) | 08/08/2019 |
| | For Office Use Only | |

## Estimated Indemnity

| Line ID | Yield ID | Acres | Prod/Acre | Guarantee | - | Total Production to Count | = | Deficiency | X | Price Election | X | Share | = | Estimated Indemnity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Unit 3.07 OU: FLAGLER** | | | | | | | | | | | | | | |
| 5.0 | 17.0 | 20.0 (H) | 149.7 | 4,666.0 | - | 2,994.2 | = | 1,671.8 | X | $12 | X | 1.000 | = | $20,062 |
| | | | FSN 316 | | | | | | | | | | | |
| | | 20.0 | | | | | | | | | | | | $20,062 |
| **Unit 3.06 OU: FLAGLER** | | | | | | | | | | | | | | |
| 3.0 | 11.0 | 106.0 (H) | 178.9 | 23,458.0 | - | 18,961.4 | = | 4,496.6 | X | $12 | X | 1.000 | = | $53,959 |
| | | FSN 310, KINNEY 105 LESS | | | | | | | | | | | | |
| | | 106.0 | | | | | | | | | | | | $53,959 |
| | | | | | | | | | | | Total Estimated Indemnity: | | | $74,021 |

## Loss Credit Agreement

In addition to any premium and/or administrative fees for all crop(s)/county(ies) in which the billing date has passed and for the crop/county(ies) with the loss, I agree to have my total premium and/or administrative fees for all of my crop(s)/county(ies) insured under this policy or any other policy authorized under the ACT deducted from the indemnity or prevented planted loss due me under this claim. If the billing date has passed for any crop(s)/county(ies) at the time the loss payment is processed, any amounts due for those crop(s)/county(ies) will be deducted, regardless of how you answered this question.       Yes **X** No ___

## Summary Questions

Is any acreage of the damage crops considered a second crop following a first insured crop which was planted and incurred an indemnity within the same crop year?       no

Is any acreage of the damage crops considered a second crop following a first insured crop which was prevented from being planted within the same crop year?       no

Was any part of this crop loss due to chemical damage?       no

## Verifications

Policyholder verified Tax ID XXXXX4830 is correct.       Yes **X** No ___

Policyholder verified Entity Type Limited Liability Company is correct.       Yes **X** No ___

## Comments

PH(4/8/19)-POTATO EXCESS RAIN 4/7
Additional Damage Notes:
04/09/2019 POTATO 4-5 INCHES MORE RAIN 4/8

**Rain and Hail**
A Chubb Company

# UNDERWRITING CERTIFICATION FORM

Loss No. _____ 19-006206

Policy No. _____ MP-0750018

AGRI GENERAL INSURANCE COMPANY

**INSURANCE COMPANY**

Date _____ 08/08/2019

Name of Insured ONEIDA POTATO EXCHANGE

Address 5818 FIRE LN                    City RHINELANDER                    State WI 54501-0000

Agency Name & Address PROGRESSIVE AG, 417 38TH ST SW STE A, FARGO, ND 58103-6508

To Rain and Hail

Have you been actively engaged in farming for a share of the production of any crop on the acreage designated as Added Land in FLAGLER county prior to the year in which the land was identified as added land on your policy (year added: 2019)?

**Answer: no**

08/08/2019    Signature Date    Insured's Signature

RH-5151-2016

# EADJUSTER CLAIM INFORMATION AND DEFERRAL (CID)

| INSURED NAME: ONEIDA POTATO EXCHANGE<br>AUTHORIZED SIGNATURE(S): PAUL SOWINSKI | | POLICY NUMBER: MP-0750018 |
|---|---|---|

| COMPANY: ACE PROPERTY AND CASUALTY INSURANCE COMPANY | AGENCY: PROGRESSIVE AG<br>AGENT OF RECORD: PENNEY HAMMER | CROP YEAR: 2019 | Claim No. 19-006206 |
|---|---|---|---|

| Contact Information - Name: ONEIDA POTATO EXCHANGE Phone: 715-272-1192 | Claim Entry Date: 04/08/2019 |
|---|---|

## COMMENTS

PH(4/8/19)-POTATO EXCESS RAIN 4/7

## CONTRACTS

| CROP | PLAN | TYPE | COVERAGE | PRICE | LEVEL | PLANT REPORT_DATE | COUNTY | OPTIONS |
|---|---|---|---|---|---|---|---|---|
| *84 (POTATOES) | APH(90) | IRRIGATED GRPA | A | 17.25 | 0.75 | 02/25/2019 | FLAGLER | YAYC |
| *84 (POTATOES) | APH(90) | IRRIGATED GRPB | A | 12.00 | 0.75 | 02/25/2019 | FLAGLER | YAYC |
| *84 (POTATOES) | APH(90) | | A | 12.00 | 0.80 | 02/25/2019 | PUTNAM | YAYC |
| *84 (POTATOES) | APH(90) | | A | 17.25 | 0.75 | 02/25/2019 | ST. JOHNS | YAYC |

## LOSS PAYEE/TRANSFER OF COVERAGE

| CROP | YIELD | TYPE | NAME | ADDRESS |
|---|---|---|---|---|

No loss payee or transfer of coverage.

## COMPANIONS

| NAME | COMPANY | POLICY | LOSS NUMBER |
|---|---|---|---|

No companions

## DETAILS

| LINE# | CROP | FARM UNIT | FSN# | SHARE | PERSON SHARING/COUNTY | LOCATION | APP YLD/ACRE GUAR | ACRES | PLANT REPORT DATE | TOTAL GUARANTEE | PRICE | LIAB | RISK AREA | LOSS AVG YLD | EST PROD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.0 YLD# 6.0 | 90-PTATO IRRIGATED GRPB | 2.03 OU | 310 | 0.500 | JULINGTON CREEK FARMS<br>FLAGLER | 12S  29E 29<br>KINNEY 105 - BARN | 298.00 223.5 | ADDED LAND 2016 (R)40.0 | 02/10/2019 | 8940 | 10.8000 | 48276 | 000 | 296.0 CWT | 11840.0 CWT |
| 3.0 YLD# 11.0 | 90-PTATO IRRIGATED GRPB | 3.06 OU OPT-> | 310 YA | 1.000 | FLAGLER | 12S  29E 29<br>12S  29E 30<br>KINNEY 105 LESS | 295.00 221.3 | ADDED LAND 2017 (R)106.0 (D)106.0 | 02/19/2019 | 23458 | 12 | 281496 | 000 | 178.9 CWT | Loss |
| 5.0 YLD# 17.0 | 90-PTATO IRRIGATED GRPB | 3.07 OU | 316 | 1.000 | FLAGLER | 12S  29E 32 | 311.00 233.3 | ADDED LAND 2019 (R)20.0 (D)20.0 | 02/25/2019 | 4666 | 12 | 55992 | 000 | 149.7 CWT | Loss |
| 4.0 YLD# 14.0 | 90-PTATO IRRIGATED GRPB | 3.08 OU | 389 | 1.000 | FLAGLER | 14S  29E 2<br>FFF 2018 NB | 311.00 233.3 | ADDED LAND 2018 (R)30.0 | 02/06/2019 | 6999 | 10.8000 | 75589 | 000 | 385.0 CWT | 11550.0 CWT |

# EADJUSTER CLAIM INFORMATION AND DEFERRAL (CID) EXTENDER

| INSURED NAME: ONEIDA POTATO EXCHANGE<br>AUTHORIZED SIGNATURE(S): PAUL SOWINSKI | | POLICY NUMBER: MP-0750018 | |
|---|---|---|---|
| COMPANY: ACE PROPERTY AND CASUALTY INSURANCE COMPANY | AGENCY: PROGRESSIVE AG<br>AGENT OF RECORD: PENNEY HAMMER | CROP YEAR: 2019 | Claim No. 19-006206 |
| Contact Information - Name: ONEIDA POTATO EXCHANGE Phone: 715-272-1192 | | Claim Entry Date: 04/08/2019 | |

## DETAILS

| LINE# | CROP | FARM UNIT | FSN# | SHARE | PERSON SHARING/COUNTY | LOCATION | APP YLD/ACRE GUAR | ACRES | PLANT REPORT DATE | TOTAL GUARAN TEE | PRICE | LIAB | RISK AREA | LOSS AVG YLD | EST PROD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.0<br>YLD#<br>18.0 | 90-PTATO IRRIGATED GRPA | 3.08 OU | 389 | 1.000 | FLAGLER | 14S 29E 2 | 293.00<br>219.8 | ADD P/T/V 2019 (R)45.0 | 02/09/2019 | 9891 | 15.5250 | 153558 | 000 | 8.2 CWT | 370.0 CWT |
| 6.0<br>YLD#<br>19.0 | 90-PTATO IRRIGATED GRPB | 4.00 BU | 1323 | 1.000 | PUTNAM | 9S 27E 49 | 253.00<br>202.4 | ADDED LAND 2019 (R)51.0 | 02/08/2019 | 10322 | 10.8000 | 111478 | 000 | 390.0 CWT | 19890.0 CWT |



# ADJUSTER'S SPECIAL REPORT

Loss No. _____ 19-006206

Policy No. _____ MP-0750018

AGRI GENERAL INSURANCE COMPANY

**INSURANCE COMPANY**

Date _____ 08/08/2019

Name of Insured ONEIDA POTATO EXCHANGE

Address 5818 FIRE LN                        City RHINELANDER                State WI 54501-0000

Agency Name & Address PROGRESSIVE AG, 417 38TH ST SW STE A, FARGO, ND 58103-6508

To Rain and Hail

Narrative for Unit 2.03 OU:

- Acres verified by a Planted Acreage Report. Share verified by settlement sheet.

Narrative for Unit 3.06 OU:

- Acres verified by a Planted Acreage Report. Share verified by settlement sheet.

Narrative for Unit 3.07 OU:

- Acres verified by a Planted Acreage Report. Share verified by settlement sheet.

Narrative for Unit 3.08 OU:

- Acres verified by a Planted Acreage Report. Share verified by settlement sheet.

Added Land Question already answered for FLAGLER county (last loss was in the year 2017)

on yield line(s) 11.This claim is considered a delayed claim for the following

reason(s):

- Unit '3.07 OU' was not settled within 60 days of '2019-06-03' (the harvest
  complete date).

_____ Adjuster

©NCIS 7101 Rev. 96



**\*\*GENERATED BY EADJUSTER\*\***

# ADJUSTER'S SPECIAL REPORT

Loss No. 19-006206

Policy No. MP-0750018

AGRI GENERAL INSURANCE COMPANY **INSURANCE COMPANY**

Date 08/08/2019

Name of Insured ONEIDA POTATO EXCHANGE

Address 5818 FIRE LN                     City RHINELANDER                     State WI 54501-0000

Agency Name & Address PROGRESSIVE AG, 417 38TH ST SW STE A, FARGO, ND 58103-6508

To

Reason for delayed claim:

- Insured requested and received an extension from Rain and Hail

TC8 ـنـَـَـبـنـت                                 Adjuster

**Company: AGRI GENERAL INSURANCE COMPANY**    Crop Insurance Serviced by Rain and Hail

## PRODUCTION WORKSHEET/PROOF OF LOSS

| POLICY NO. | CLAIM NO. | FIELD | ADJUSTER | LOSS TYPE | BATCH DATE | PAGE |
|---|---|---|---|---|---|---|
| MP-0750018 | 19-006206 | WS8 | TC8 | U | 08/08/2019 | |

| PRODUCER/OWNER INFORMATION | AGENCY INFORMATION |
|---|---|
| ONEIDA POTATO EXCHANGE<br>5818 FIRE LN<br>RHINELANDER, WI 54501-0000 | PROGRESSIVE AG<br>417 38TH ST SW STE A<br>FARGO, ND 58103-6508 |

| CROP/PLAN | UNIT NO. | INTENDED USE | PRICE/LEVEL | CROP YEAR | LOCATION DESCRIPTION |
|---|---|---|---|---|---|
| 84-PTATO<br>90-APH | 3.06 CU | OT | $12 0.75 | 2019 | 32 13 S 28 E<br>KINNEY 106 LESS |

**CAUSE(S) OF DAMAGE**   31 - Excess Moisture/Precipit

**DATE(S) OF DAMAGE** 04/2019

**INSURED CAUSE %** 100

**LOSS PAYABLE TO ME AND NO OTHERS**

| PHONE | SSN/EIN | ENTITY |
|---|---|---|
| 715-272-1192 | XXXXX4830 | LLC |

| PHONE | CODE |
|---|---|
| 701-277-9210 | 777230 |

STATE: FLORIDA   CODE: 9  |  COUNTY: FLAGLER   CODE: 35

### SECTION I - ACREAGE APPRAISED, PRODUCTION AND ADJUSTMENTS

**A. ACTUARIAL** | **B. POTENTIAL YLD PER ACRE** | **C. TOTAL POTENTIAL PRODUCTION YIELD** | **D. STAGE GUARANTEE**

| Policy / Yield Line | 16 Field ID | 17 Multi-Crop Code | 18 Reported Acres | 19 Determined Acres | 20 Interest or Share | 21 Risk | 22-24 Type/Class /Sub-Class | 26-28 Irr, Cropping, Organic Practice | Farm Serial No. | 29 Stage | 30 Use of Acreage | 31 Appraised Potential | 32a Moisture % / 32b Factor | 33 Shell %, Factor or Value | 34 Production Pre-QA | 35 Quality Factor | 36 Production Post-QA | 37 Uninsured Causes | 38 Total to Count | Per Acre | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.0 | | | | | | | GRPB(2610) | IRRIGATED | | | H | | | Options: YA | | | | | | | |
| 11.0 | | NS | 106.0 | 106.0 | 1 | 000 | (20) | | 310 | H | N/A | | | | | | | | | 221.3 | 23,458 |

**39. TOTALS** 106.0   106.0   **OTHER PERSON SHARING:** _____   **42. TOTALS** 0   0   0   0   23,458.0

**40. Quality:** TW ☐ KD ☐ Aflatoxin ☐ Vomitoxin ☐ Fumonisin ☐ Garlicky ☐ Dark Roast ☐ Sclerotinia ☐ Ergoty ☐ CoFo ☐ Other ☐ None ☒    **41.** Do any mycotoxins exceed FDA, State or other health organization maximum limits? Yes ☐ No ☒

| **14. Date(s) Notice of Loss** | |  |
|---|---|---|
| 1st Notice | 2nd Notice | Final Notice |
| 04/08/2019 | 04/09/2019 | |

Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was planted and incurred an indemnity within the same crop year? Yes ☐ No ☒

Is any acreage of the damage crop(s) considered a first insured crop following a first insured crop which was prevented from being planted within the same crop year? Yes ☐ No ☒

### SECTION II - HARVESTED PRODUCTION

**43. Date Harvest Completed:** 06/22/2019   **44.** Is damage similar to other farms in the area? Yes ☒ No ☐   **45.** Assignment of Indemnity? Yes ☐ No ☒   **46.** Transfer of Right to Indemnity? Yes ☐ No ☒

**A. MEASUREMENTS** | **B. GROSS PRODUCTION** | **C. ADJUSTMENTS TO HARVESTED PRODUCTION**

| 47a Share / 47b Field ID | 48 Multi-Crop Code | 49 Length or Diameter | 50 Width | 51 Depth | 52 Deduc-tion | 53 Net Cubic Feet | 54 Conversion Factor | 55 Gross Production | 56 Bu. Ton. Lbs. Cwt. | 57 Shell/ Sugar Factor | 58a Foreign Material % / 58b Factor | 59a Moisture % / 59b Factor | 60a Test WT / 60b Factor | 61 Adjusted Production | 62 Production Not to Count | 63 Production Pre-QA | 64a Value / 64b Mkt. Price | 65 Quality Factor | 66 Production to Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 3.0 | NS | SEE ATTACHED SUMMARY, | | | | SEE ATTACHED SUMMARY | | 11507-A<br>18,961.4 | 18,961.4<br>CWT | | | | | 18,961.4 | 0.0 | 18961.4 | | | 18,961.4 |

I certify that to the best of my knowledge and belief all of the information on this form is correct and complete and that it will be used to determine my insured crops. I understand that this Production Worksheet/Proof of Loss and supporting papers are subject to audit and approval by us. I understand that this crop insurance is subsidized and reinsured by the Federal Crop Insurance Corporation, an agency of the United States Department of Agriculture (USDA). I accept the Agreed Amount Payable, subject to policy provisions, for damage to my insured crops. I hereby certify that the acreage reports for each insured crop that I submitted are true and correct and that all documents or copies of documents that I have submitted in support of my insurance claim are true, correct and complete. I hereby authorize you to inspect any and all scale tickets, warehouse receipts, inventory records and any other documents that pertain to the crop I have harvested and marketed or that I now have in my possession wherever located. I also hereby expressly authorize you to inspect and copy any and all records of the Farm Service Agency of the USDA, consent to the release of the records that pertain to my farming operation, my production history, and my compliance with program requirements. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes). YES ☒

Under penalties of perjury, I certify that: 1. My taxpayer identification number shown on this form is correct, 2. I am not subject to backup withholding as a result of a failure to report all interest or dividend income, and 3. I am a United States (U.S.) citizen or other U.S. person. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | | |
|---|---|---|
| **67. TOTAL** | 18,961.4 | |
| **68. SECTION II TOTAL** | | 18,961.4 |
| **69. SECTION I TOTAL** | | 0 |
| **70. UNIT TOTAL** | | 18,961.4 |
| **71. ALLOCATED PROD** | | 0.0 |
| **72. TOTAL APH PROD** | | 18,961.4 |

| 73. Adjuster's Signature | Date | 74. Insured's Signature | Date |
|---|---|---|---|
| TC8 | 08/08/2019 | | 08/08/2019 |
| 73. Adjuster's Signature | Date | 74. Insured's Signature | Date |
| | 08/08/2019 | | 08/08/2019 |

| Unit Guarantee | - | Total Production to Count | = | Deficiency | × | Price Election | × | Share | = | Estimated Indemnity |
|---|---|---|---|---|---|---|---|---|---|---|
| 23,458.0 | | 18,961.4 | | 4,496.6 | | $12 | | 1.000 | | $53,959 |

SEE REVERSE SIDE OF THIS FORM FOR NONDISCRIMINATION STATEMENT AND PRIVACY ACT STATEMENT.

**COMPANY/AGENT COPY**   RH-5008-2019

**Company:** AGRI GENERAL INSURANCE COMPANY _____ Crop Insurance Serviced by Rain and Hail

# PRODUCTION WORKSHEET/PROOF OF LOSS

| POLICY NO. | CLAIM NO. | FIELD | ADJUSTER | LOSS TYPE | BATCH DATE | PAGE |
|---|---|---|---|---|---|---|
| MP-0750018 | 19-006206 | WS8 | TC8 | U | 08/08/2019 | |

| | |
|---|---|
| **PRODUCER/OWNER INFORMATION** | **AGENCY INFORMATION** |

| CROP/PLAN | UNIT NO. | INTENDED USE | PRICE/LEVEL | CROP YEAR | LOCATION DESCRIPTION |
|---|---|---|---|---|---|
| 84-PTATO 90-APH | 3.07 OU | OT | $12  0.75 | 2019 | 32  12 S  29 E |

ONEIDA POTATO EXCHANGE
5818 FIRE LN
RHINELANDER, WI 54501-0000

PROGRESSIVE AG
417 38TH ST SW STE A
FARGO, ND 58103-6508

| CAUSE(S) OF DAMAGE | 31 - Excess Moisture/Precipit |
|---|---|

| PHONE | SSN/EIN | ENTITY | | PHONE | CODE |
|---|---|---|---|---|---|
| 715-272-1192 | XXXXX4830 | LLC | | 701-277-9210 | 777230 |

| DATE(S) OF DAMAGE | 04/2019 |
|---|---|
| **INSURED CAUSE %** | 100 |

| STATE: FLORIDA | CODE: 9 | COUNTY: FLAGLER | CODE: 35 |
|---|---|---|---|

LOSS PAYABLE TO ME AND
NO OTHERS

## SECTION I - ACREAGE APPRAISED, PRODUCTION AND ADJUSTMENTS

| A. | | | | | | | | | | | B. POTENTIAL YLD PER ACRE | | C. TOTAL POTENTIAL PRODUCTION YIELD | | | | | | D. STAGE GUARANTEE | |

**A. ACTUARIAL**

| Policy / Yield Line | 16 Field ID | 17 Multi-Crop Code | 18 Reported Acres | 19 Determined Acres | 20 Interest or Share | 21 Risk | 22-24 Type/Class /Sub-Class | 26-28 Irr, Cropping, Organic Practice | Farm Serial No. | 29 Stage | 30 Use of Acreage | 31 Appraised Potential | 32a Moisture % / 32b Factor | 33 Shell %, Factor or Value | 34 Production Pre QA | 35 Quality Factor | 36 Production Post QA | 37 Uninsured Causes | 38 Total to Count | Per Acre | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5.0 17.0 | | NS | 20.0 | 20.0 | 1 | 000 | GRPB(2610) | IRRIGATED (20) | 316 | H | H N/A | | | | | | | | | 233.3 | 4.666 |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |

**39. TOTALS** 20.0  20.0  OTHER PERSON SHARING: _____  **42.TOTALS** 0  0  0  0  4,666.0

**40. Quality:** TW ☐ KD ☐ Aflatoxin ☐ Vomitoxin ☐ Fumonisin ☐ Garlicky ☐ Dark Roast ☐ Sclerotinia ☐ Ergoty ☐ CoFo ☐ Other ☐ None ☒   **41. Do any mycotoxins exceed FDA, State or other health organization maximum limits?** Yes ☐ No ☒

| 14. Date(s) Notice of Loss | | | |
|---|---|---|---|
| 1st Notice 04/08/2019 | 2nd Notice 04/09/2019 | Final Notice | Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was planted and incurred an indemnity within the same crop year? Yes ☐ No ☒ |
| | | | Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was prevented from being planted within the same crop year? Yes ☐ No ☒ |

## SECTION II - HARVESTED PRODUCTION

**43.** Date Harvest Completed: 06/03/2019   **44.** Is damage similar to other farms in the area? Yes ☒ No ☐   **45.** Assignment of Indemnity? Yes ☐ No ☒   **46.** Transfer of Right to Indemnity? Yes ☐ No ☒

| A. MEASUREMENTS | | | | | | B. GROSS PRODUCTION | | | | | C. ADJUSTMENTS TO HARVESTED PRODUCTION | | | | | | | |

| 47a Share / 47b Field ID | 48 Multi-Crop Code | 49 Length or Diameter | 50 Width | 51 Depth | 52 Deduc-tion | 53 Net Cubic Feet | 54 Conversion Factor | 55 Gross Production | 56 Bu. Ton. Lbs. Cwt. | 57 Shell/ Sugar Factor | 58a Foreign Material % / 58b Factor | 59a Moisture % / 59b Factor | 60a Test WT / 60b Factor | 61 Adjusted Production | 62 Production Not to Count | 63 Production Pre-QA | 64a Value 64b Mkt. Price | 65 Quality Factor | 66 Production to Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 5.0 | NS | SEE ATTACHED SUMMARY, SEE ATTACHED SUMMARY | | | | | | SEE SUMMARY 2,994.2 | 2,994.2 CWT | | | | | 2,994.2 | 0.0 | 2994.2 | | | 2,994.2 |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |

I certify that to the best of my knowledge and belief all of the information on this form is correct and complete and that it will be used to determine my loss, if any, for damage to my insured crops. I understand that this Production Worksheet/Proof of Loss and supporting papers are subject to audit and approval by us. I understand that this crop insurance is subsidized and reinsured by the Federal Crop Insurance Corporation, an agency of the United States Department of Agriculture (USDA). I accept the Agreed Amount Payable, subject to policy provisions, for damage to my insured crops. I hereby certify that the acreage reports for each insured crop that I submitted are true and correct and that all documents or copies of documents that I have submitted in support of my insurance claim are true, correct and complete. I hereby authorize you to inspect any and all scale tickets, warehouse receipts, inventory records and any other documents that pertain to the crop I have harvested and marketed or that I now have in my possession wherever located. I also hereby expressly authorize you to inspect and copy any and all records of the Farm Service Agency of the USDA, consent to the release of the records that pertain to my farming operation, my production history, and my compliance with program requirements. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes). YES ☒

Under penalties of perjury, I certify that:  1. My taxpayer identification number shown on this form is correct, 2. I am not subject to backup withholding as a result of a failure to report all interest or dividend income, and 3. I am a United States (U.S.) citizen or other U.S. person. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| 67. TOTAL | 2,994.2 |
|---|---|
| 68. SECTION II TOTAL | 2,994.2 |
| 69. SECTION I TOTAL | 0 |
| 70. UNIT TOTAL | 2,994.2 |
| 71. ALLOCATED PROD | 0.0 |
| 72. TOTAL APH PROD | 2,994.2 |

| 73. Adjuster's Signature | Date | 74. Insured's Signature | Date |
|---|---|---|---|
| [signature] TC8 | 08/08/2019 | [signature] P-P | 08/08/2019 |

| 73. Adjuster's Signature | Date | 74. Insured's Signature | Date |
|---|---|---|---|
| | 08/08/2019 | | 08/08/2019 |

| | Unit Guarantee | - | Total Production to Count | = | Deficiency | × | Price Election | × | Share | = | Estimated Indemnity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4,666.0 | | 2,994.2 | | 1,671.8 | | $12 | | 1.000 | | $20,062 |

SEE REVERSE SIDE OF THIS FORM FOR NONDISCRIMINATION STATEMENT AND PRIVACY ACT STATEMENT.
COMPANY/AGENT COPY          RH-5008-2019

# PLANTED FIRST INSURED CROP DECLARATION FORM

| Insured Name | Policy Number | Company Name |
| --- | --- | --- |
| ONEIDA POTATO EXCHANGE | MP-0750018  AGRI GENERAL INSURANC... | |

| Claim Number | Crop Year | County |
| --- | --- | --- |
| 19-006206 | 2019 | FLAGLER |

| Unit Number (First Crop) | Line Number | Yield Number | Legal Description/FSN | First Insured Crop | Intended Second Crop | Option Number | Acres |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 3.06 OU | 3.0 | 11 | 310 | PTATO (0084) | N/A | 1 (NS) | 106.0 |
| 3.07 OU | 5.0 | 17 | 316 | PTATO (0084) | N/A | 1 (NS) | 20.0 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Enter the applicable option number(s) in the above table (First Crop **Planted Acreage**):

1. I certify that I will **not plant a second crop** on the same acreage where the first insured crop is planted. The first crop premium and indemnity will be reduced by 65% if a second crop is planted (by you or another person or entity), insured, and has a payable indemnity (handled in accordance with option number three below). You will also be responsible for notifying us of this change in your intentions and repaying any overpayment on the first insured crop. **(Code NS)**

2. I elect to **NOT insure** any acreage of a second crop planted on the same acreage as any planted first insured crop in the unit (decision applies to all second crop acreage on a first insured crop unit basis). **(Code WI)**

3. I certify that I will **insure** the acreage of a second crop planted on the same acreage as any planted first insured crop in accordance with my policy provisions (regardless of whether the acreage is insured with a different insurance provider or planted and insured by a different person or entity). **I also agree to accept whatever option results in the greatest number of net dollars between the additional first crop indemnity (less additional first crop premium) and any potential second crop indemnity, UNLESS this amount is limited by the terms of the policy provisions. (Code IR)**

4. I certify that I will **insure** the acreage of a second crop planted on the same acreage as any planted first insured crop in accordance with my policy provisions (regardless of whether the acreage is insured with a different insurance provider or planted and insured by a different person or entity). I have, and am submitting, acceptable records to show that I have **double cropped acreage in at least two of the last four crop years** in which the first insured crop was planted in the county or can show that the applicable acreage was double cropped in at least two of the last four crop years in which the first insured crop was grown on it. I also agree that if I have planted more double cropped acres than can be supported by my records, the extra acres will be handled in accordance with the applicable option number elected above for such acreage. **(Code DC)**

5. I certify that I will plant and insure a second crop on the same acreage where the first insured crop is planted. The first insured crop acreage in this situation does not contribute to the first insured crop unit loss which results in such acreage not being subject to an indemnity reduction. This code is used when no other multiple cropping code applies to such acreage and a 100% indemnity is applicable. **(Code FC)**

A second crop is defined as the next occurrence of planting any agricultural commodity for harvest following a first insured crop on the same acreage. A cover crop, planted after a first insured crop and planted for the purpose of haying grazing or otherwise harvesting in any manner, or that is hayed or grazed prior to November 1 of the current crop year, or otherwise harvested at any time, is considered a second crop. It is not considered a second crop if a volunteer crop or cover crop is not intended to be hayed, grazed or otherwise harvested (i.e. green manure, erosion control etc.), or is hayed or grazed on or after November 1 of the current crop year.

I certify that to the best of my knowledge and belief all of the information on this form is correct. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes).

| Insured's Signature | Date | |
| --- | --- | --- |
| *[signature]* | 08/08/2019 | Page 1 of 1 |

COMPANY/AGENCY COPY        SEE REVERSE SIDE OF THIS FORM FOR NONDISCRIMINATION STATEMENT AND PRIVACY ACT STATEMENT        RH-5051-2018

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

*unit 3.06*

*Guaranteed 23458*

*$8961.4*

# Invoice

| Date | Invoice # |
|---|---|
| 6/22/2019 | J1507-A |

*Short 4496.6*
*X 12.00*
*$53959*

**Bill To**

MBT Produce INC.
PO Box 600277
Jacksonville, FL 32260-0277

*43 Loads*

*Harvest Started 5-22 to 6-22*

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0073 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 478.55 | Bulk Chipping Potatoes | 14.00 | 6,699.70 |

| | Total | $6,699.70 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/22/2019 | 11507 |

| Bill To |
|---|
| MBT Produce INC.<br>PO Box 600277<br>Jacksonville, FL 32260-0277 |

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0075 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 429.2 | Bulk Chipping Potatoes | 14.00 | 6,008.80 |

| | Total | $6,008.80 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 6/22/2019 | 11508-A |

**Bill To**

MBT Produce INC.
PO Box 600277
Jacksonville, FL 32260-0277

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0074 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 409.4 | Bulk Chipping Potatoes | 14.00 | 5,731.60 |

| | Total | $5,731.60 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/22/2019 | 11508 |

| Bill To |
|---|
| MBT Produce INC.<br>PO Box 600277<br>Jacksonville, FL 32260-0277 |

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0076 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 467.4 | Bulk Chipping Potatoes | 14.00 | 6,543.60 |
| | | | |

| | Total | $6,543.60 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/22/2019 | 11509 |

| Bill To |
|---|
| MBT Produce INC.<br>PO Box 600277<br>Jacksonville, FL 32260-0277 |

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0077 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 425.4 | Bulk Chipping Potatoes | 14.00 | 5,955.60 |
| | | | |

| | Total | $5,955.60 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/26/2019 | 11510 |

| Bill To |
|---|
| MBT Produce INC.<br>PO Box 600277<br>Jacksonville, FL 32260-0277 |

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0079 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 443 | Bulk Chipping Potatoes | 14.00 | 6,202.00 |

| | Total | $6,202.00 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/26/2019 | 11511 |

| Bill To |
|---|
| MBT Produce INC.<br>PO Box 600277<br>Jacksonville, FL 32260-0277 |

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0080 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 422.2 | Bulk Chipping Potatoes | 14.00 | 5,910.80 |

| | Total | $5,910.80 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/26/2019 | 11512 |

**Bill To**

MBT Produce INC.
PO Box 600277
Jacksonville, FL 32260-0277

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0081 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 458.4 | Bulk Chipping Potatoes | 14.00 | 6,417.60 |

| | Total | $6,417.60 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/27/2019 | 11513 |

**Bill To**

MBT Produce INC.
PO Box 600277
Jacksonville, FL 32260-0277

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0082 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 457.45 | Bulk Chipping Potatoes | 14.00 | 6,404.30 |
| | | | |
| | **Total** | | $6,404.30 |

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/27/2019 | 11514 |

**Bill To**

MBT Produce INC.
PO Box 600277
Jacksonville, FL 32260-0277

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0083 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 466.4 | Bulk Chipping Potatoes | 14.00 | 6,529.60 |

| | Total | $6,529.60 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/27/2019 | 11515 |

**Bill To**

MBT Produce INC.
PO Box 600277
Jacksonville, FL 32260-0277

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0084 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 430.6 | Bulk Chipping Potatoes | 14.00 | 6,028.40 |

| | Total | $6,028.40 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/27/2019 | 11516 |

**Bill To**

MBT Produce INC.
PO Box 600277
Jacksonville, FL 32260-0277

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0085 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 467.6 | Bulk Chipping Potatoes | 14.00 | 6,546.40 |
| | | | |

| | **Total** | **$6,546.40** |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/27/2019 | 11517 |

| Bill To |
|---|
| MBT Produce INC.<br>PO Box 600277<br>Jacksonville, FL 32260-0277 |

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0086 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 441.45 | Bulk Chipping Potatoes | 14.00 | 6,180.30 |

| | Total | $6,180.30 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/27/2019 | 11518 |

| Bill To |
|---|
| MBT Produce INC.<br>PO Box 600277<br>Jacksonville, FL 32260-0277 |

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0037 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 424.2 | Bulk Chipping Potatoes | 14.00 | 5,938.80 |

| | Total | $5,938.80 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/27/2019 | 11519 |

**Bill To**

MBT Produce INC.
PO Box 600277
Jacksonville, FL 32260-0277

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0088 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 440.3 | Bulk Chipping Potatoes | 14.00 | 6,164.20 |

| | Total | $6,164.20 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/27/2019 | 11520 |

| Bill To |
|---|
| MBT Produce INC.<br>PO Box 600277<br>Jacksonville, FL 32260-0277 |

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0089 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 433.4 | Bulk Chipping Potatoes | 14.00 | 6,067.60 |

| | | Total | $6,067.60 |
|---|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/28/2019 | 11521 |

| Bill To |
|---|
| MBT Produce INC.<br>PO Box 600277<br>Jacksonville, FL 32260-0277 |

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0090 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 440.55 | Bulk Chipping Potatoes | 14.00 | 6,167.70 |

| | Total | $6,167.70 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/28/2019 | 11522 |

**Bill To**

MBT Produce INC.
PO Box 600277
Jacksonville, FL 32260-0277

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0091 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 429.4 | Bulk Chipping Potatoes | 14.00 | 6,011.60 |

| | | **Total** | $6,011.60 |
|---|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/28/2019 | 11523 |

| Bill To |
|---|
| MBT Produce INC.<br>PO Box 600277<br>Jacksonville, FL 32260-0277 |

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0092 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 424.3 | Bulk Chipping Potatoes | 14.00 | 5,940.20 |

| | Total | $5,940.20 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
| --- | --- | --- | --- |

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
| --- | --- |
| 5/28/2019 | 11524 |

| Bill To |
| --- |
| MBT Produce INC.<br>PO Box 600277<br>Jacksonville, FL 32260-0277 |

| P.O. No. | Terms | Project |
| --- | --- | --- |
| 2019-0092 | | |

| Quantity | Description | Rate | Amount |
| --- | --- | --- | --- |
| 436.45 | Bulk Chipping Potatoes | 14.00 | 6,110.30 |
| | | | |

| | Total | $6,110.30 |
| --- | --- | --- |

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/28/2019 | 11525 |

| Bill To |
|---|
| MBT Produce INC.<br>PO Box 600277<br>Jacksonville, FL 32260-0277 |

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0094 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 429.75 | Bulk Chipping Potatoes | 14.00 | 6,016.50 |

| | Total | $6,016.50 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/28/2019 | 11526 |

| Bill To |
|---|
| MBT Produce INC.<br>PO Box 600277<br>Jacksonville, FL 32260-0277 |

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0095 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 593.9 | Bulk Chipping Potatoes | 14.00 | 8,314.60 |

| | Total | $8,314.60 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/29/2019 | 11527 |

| Bill To |
|---|
| MBT Produce INC.<br>PO Box 600277<br>Jacksonville, FL 32260-0277 |

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0096 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 405.45 | Bulk Chipping Potatoes | 14.00 | 5,676.30 |
| | | | |

| | Total | $5,676.30 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/29/2019 | 11528 |

**Bill To**

MBT Produce INC.
PO Box 600277
Jacksonville, FL 32260-0277

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0097 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 621.65 | Bulk Chipping Potatoes | 14.00 | 8,703.10 |

| | Total | $8,703.10 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/29/2019 | 11529 |

| Bill To |
|---|
| MBT Produce INC.<br>PO Box 600277<br>Jacksonville, FL 32260-0277 |

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0098 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 442.1 | Bulk Chipping Potatoes | 14.00 | 6,189.40 |

| | Total | $6,189.40 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/30/2019 | 11530 |

**Bill To**

MBT Produce INC.
PO Box 600277
Jacksonville, FL 32260-0277

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0099 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 459.2 | Bulk Chipping Potatoes | 14.00 | 6,428.80 |
| | | | |

| | **Total** | $6,428.80 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/30/2019 | 11531 |

| Bill To |
|---|
| MBT Produce INC.<br>PO Box 600277<br>Jacksonville, FL 32260-0277 |

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0100 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 444.8 | Bulk Chipping Potatoes | 14.00 | 6,227.20 |

| | Total | $6,227.20 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
| --- | --- | --- | --- |

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
| --- | --- |
| 5/30/2019 | 11532 |

| Bill To |
| --- |
| MBT Produce INC. PO Box 600277 Jacksonville. FL 32260-0277 |

| P.O. No. | Terms | Project |
| --- | --- | --- |
| 2019-0101 | | |

| Quantity | Description | Rate | Amount |
| --- | --- | --- | --- |
| 436.05 | Bulk Chipping Potatoes | 14.00 | 6,104.70 |
| | | | |

| | Total | $6,104.70 |
| --- | --- | --- |

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/30/2019 | 11533 |

| Bill To |
|---|
| MBT Produce INC.<br>PO Box 600277<br>Jacksonville, FL 32260-0277 |

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0102 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 508.2 | Bulk Chipping Potatoes | 14.00 | 7,114.80 |

| | Total | $7,114.80 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/30/2019 | 11534 |

**Bill To**

MBT Produce INC.
PO Box 600277
Jacksonville, FL 32260-0277

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0103 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 463.5 | Bulk Chipping Potatoes | 14.00 | 6,489.00 |

| | **Total** | $6,489.00 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/30/2019 | 11535 |

| Bill To |
|---|
| MBT Produce INC.<br>PO Box 600277<br>Jacksonville, FL 32260-0277 |

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0104 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 454.25 | Bulk Chipping Potatoes | 14.00 | 6,359.50 |

| | Total | $6,359.50 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/30/2019 | 11536 |

**Bill To**

MBT Produce INC.
PO Box 600277
Jacksonville, FL 32260-0277

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0105 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 405.6 | Bulk Chipping Potatoes | 14.00 | 5,678.40 |

| | Total | $5,678.40 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/30/2019 | 11537 |

**Bill To**

MBT Produce INC.
PO Box 600277
Jacksonville, FL 32260-0277

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0106 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 423.8 | Bulk Chipping Potatoes | 14.00 | 5,933.20 |

| | Total | $5,933.20 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/30/2019 | 11538 |

| Bill To |
|---|
| MBT Produce INC.<br>PO Box 600277<br>Jacksonville, FL 32260-0277 |

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0107 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 403.6 | Bulk Chipping Potatoes | 14.00 | 5,650.40 |

| | Total | $5,650.40 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/31/2019 | 11539 |

| Bill To |
|---|
| MBT Produce INC.
PO Box 600277
Jacksonville, FL 32260-0277 |

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0108 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 420.4 | Bulk Chipping Potatoes | 14.00 | 5,885.60 |
| | | | |

| | Total | $5,885.60 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/31/2019 | 11540 |

| Bill To |
|---|
| MBT Produce INC.<br>PO Box 600277<br>Jacksonville, FL 32260-0277 |

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0109 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 465.25 | Bulk Chipping Potatoes | 14.00 | 6,513.50 |
| | **Total** | | $6,513.50 |

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 5/31/2019 | 11541 |

**Bill To**

MBT Produce INC.
PO Box 600277
Jacksonville, FL 32260-0277

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0110 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 470.9 | Bulk Chipping Potatoes | 14.00 | 6,592.60 |

| | Total | $6,592.60 |
|---|---|---|

Case 3:18-bk-04194-JAF   Doc 165-4   Filed 04/07/21   Page 255 of 372

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/1/2019 | 11542 |

**Bill To**

MBT Produce INC.
PO Box 600277
Jacksonville, FL 32260-0277

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 2019-0111 | | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 439.85 | Bulk Chipping Potatoes | 14.00 | 6,157.90 |
| | | **Total** | $6,157.90 |

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 6/1/2019 | 11543 |

**Bill To**

MBT Produce, INC.
PO Box 600277
Jacksonville, FL 32260-0277

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0112 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 499.65 | Bulk Chipping Potatoes | 14.00 | 6,995.10 |

| | Total | $6,995.10 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 6/1/2019 | 11544 |

**Bill To**

MBT Produce INC.
PO Box 600277
Jacksonville, FL 32260-0277

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0113 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 420 | Bulk Chipping Potatoes | 14.00 | 5,880.00 |
| | | | |

| | | **Total** | $5,880.00 |

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 6/2/2019 | 11545 |

| Bill To |
|---|
| MBT Produce INC.<br>PO Box 600277<br>Jacksonville, FL 32260-0277 |

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0114 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 453.65 | Bulk Chipping Potatoes | 14.00 | 6,351.10 |

| | Total | $6,351.10 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 6/2/2019 | 11546 |

| Bill To |
|---|
| MBT Produce INC.<br>PO Box 600277<br>Jacksonville, FL 32260-0277 |

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0115 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 431.75 | Bulk Chipping Potatoes | 14.00 | 6,044.50 |

| | Total | $6,044.50 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 6/2/2019 | 11547 |

| Bill To |
|---|
| MBT Produce INC.<br>PO Box 600277<br>Jacksonville, FL 32260-0277 |

| P.O. No. | Terms | Project |
|---|---|---|
| 2019-0116 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 42.45 | Bulk Chipping Potatoes | 14.00 | 594.30 |

| | Total | 5594.30 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

*Unit # 3.07*

*Oneida Potato Exchange* **Invoice**

*2994,2* ✓

| Date | Invoice # |
|---|---|
| 6/3/2019 | 11506 |

*20.0 Acres*

*#20062*

**Bill To**

MBT Produce INC.
PO Box 600277
Jacksonville, FL 32260-0277

| | P.O. No. | Terms | Project |
|---|---|---|---|
| | | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 365.65 | Bulk Chipping Potatoes | 14.00 | 5,119.10 |
| | | | |
| | **Total** | | $5,119.10 |

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 6/3/2019 | 11501 |

**Bill To**

MBT Produce INC.
PO Box 600277
Jacksonville, FL 32260-0277

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 455.4 | Bulk Chipping Potatoes | 14.00 | 6.375.60 |

| | **Total** | $6.375.60 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 6/3/2019 | 11502 |

**Bill To**

MBT Produce INC.
PO Box 600277
Jacksonville, FL 32260-0277

| P.O. No. | Terms | Project |
|---|---|---|
| | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 425.3 | Bulk Chipping Potatoes | 14.00 | 5,954.20 |

| | **Total** | $5,954.20 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 6/3/2019 | 11503 |

**Bill To**

MBT Produce INC.
PO Box 600277
Jacksonville, FL 32260-0277

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 429.2 | Bulk Chipping Potatoes | 14.00 | 6,008.80 |

| | Total | $6,008.80 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 6/3/2019 | 11504 |

**Bill To**

MBT Produce INC.
PO Box 600277
Jacksonville, FL 32260-0277

| P.O. No. | Terms | Project |
|---|---|---|
| | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 428.55 | Bulk Chipping Potatoes | 14.00 | 5,999.70 |

| | | | |
|---|---|---|---|
| | | **Total** | $5,999.70 |

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/3/2019 | 11505 |

**Bill To**

MBT Produce INC.
PO Box 600277
Jacksonville, FL 32260-0277

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 435.4 | Bulk Chipping Potatoes | 14.00 | 6,095.60 |

| | Total | $6,095.60 |
|--|-------|-----------|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: 2019 YEAR ONEIDA POTATO INV... |
|---|---|---|---|

Oneida Potato Exchange

5818 Fire Lane
WI 54501

# Invoice

| Date | Invoice # |
|---|---|
| 6/3/2019 | 11506 |

**Bill To**

MBT Produce INC.
PO Box 600277
Jacksonville, FL 32260-0277

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 454.65 | Bulk Chipping Potatoes | 14.00 | 6,365.10 |

| | Total | $6,365.10 |
|---|---|---|

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: ONEIDA SIGNED PW s 2019.pdf |
|---|---|---|---|

Company: AGRI GENERAL INSURANCE COMPANY

**PRODUCTION WORKSHEET/PROOF OF LOSS**

Crop Insurance Serviced by Rain and Hail

PAGE 1 of 1

| | POLICY NO. | CLAIM NO. | FIELD | ADJUSTER | LOSS TYPE | BATCH DATE | PAGE |
|---|---|---|---|---|---|---|---|
| | MP-0750018 | 19-006206 | MSB | TC8 | U | 08/08/2019 | |

**PRODUCER/OWNER INFORMATION**

ONEIDA POTATO EXCHANGE
5818 FIRE LN
RHINELANDER, WI 54501-0000

PHONE 715-272-1192   SSN/EIN XXXXX4830   ENTITY LLC
STATE FLORIDA   CODE: 9

**AGENCY INFORMATION**

PROGRESSIVE AG
417 38TH ST SW STE. A
FARGO, ND 58103-6508

PHONE 701-277-9210   CODE 777230
COUNTY: FLAGLER   CODE: 35

| CROP/PLAN | UNIT NO. | INTENDED USE | PRICE LEVEL | CROP YEAR | LOCATION DESCRIPTION |
|---|---|---|---|---|---|
| 84-FIATO 90-APH | 3.06 OU | OT | $12. 0.75 | 2019 | |

CAUSE(S) OF DAMAGE: 31 - Excess moisture/precip/rain
DATE(S) OF DAMAGE: 04/2019
INSURED CAUSE % 100

LOSS PAYABLE TO ME AND NO OTHERS

**SECTION I - ACREAGE APPRAISED, PRODUCTION AND ADJUSTMENTS**

**A. ACTUARIAL**

| 15 Policy Yields | 16 Field Crop Code | 17 Multi-Crop Code | 18 Reported Acres | 19 Determined Acres | 20 Int or Share | 21 Risk | 23-24 Type/Class P/C | 26-28 Irr, Cropping, Organic, Non-Cstr | 29 Farm Serial No. | 30 Use of Acreage | 31 Appraised Potential |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.0 | | | | | | | | | | H | |
| 11.0 | NS | | 106.0 | 106.0 | 1.000 | | | 0I/91/3612 IRRIGATED (20) | 310 | H N/A | |

**B. POTENTIAL YLD PER ACRE** | **C. TOTAL POTENTIAL PRODUCTION YIELD** | **D. STAGE GUARANTEE**

| 32 Moisture % | 33 Shell % Factor or Value | 34 Production Pre CA | 35 Quality Factor | 36 Production Post CA | 37 Uninsured Causes | 38 Total to Count | Per Acre | Total |
|---|---|---|---|---|---|---|---|---|
| | | Options: YA | | | | | 221.3 | 23,456 |

**33. TOTALS** 106.0   106.0   OTHER PERSON SHARING:

| | 0 | | 0 | 0 | 42 TOTALS | 0 | | | 0 | 23,458.0 |

40. Quality: TW ☐ KD ☐ Aflatoxin ☐ Vomitoxin ☐ Fumonisin ☐ Garlicky ☐ Dark Roast ☐ Sclerotinia ☐ Ergoty ☐ CoFo ☐ Other ☐ None ☒   41. Do any mycotoxins exceed FDA, State or other health organization maximum limits? Yes ☐ No ☒

| 1st Notice 04/18/2019 | 14. Date(s) Notice of Loss | 2nd Notice 04/19/2019 | Final Notice |
|---|---|---|---|

Is any acreage of the damaged crop(s) considered a second crop following a first-insured crop which was planted and insured on the same crop year? Yes ☐ No ☒
Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was prevented from being planted within the same crop year? Yes ☐ No ☒

**SECTION II - HARVESTED PRODUCTION**   43. Date Harvest Completed 06/22/2019   44. Is damage similar to other farms in the area? Yes ☒ No ☐   45. Assignment of Indemnity? Yes ☐ No ☒   46. Transfer of Right to Indemnity? Yes ☐ No ☒

**A. MEASUREMENTS** | **B. GROSS PRODUCTION** | **C. ADJUSTMENTS TO HARVESTED PRODUCTION**

| 47a Share / 47b Field ID | 48 Length or Diameter | 49 Width | 50 Depth | 51 Deduction | 52 Net Cubic Feet | 53 Conversion Factor | 54 Gross Production | 56 Eq. Ton. Aug Factor | 56 Shell/Sugar Factor | 58a Foreign Material % / 58b Factor | 59a Moisture % / 59b Factor | 60a Test WT / 60b Factor | 61 Adjusted Production | 62 Production Not to Count | 63 Production Pre CA | 64a Value / 64b IAC Price | 65 Quality Factor | 66 Production to Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.0 | NS | | SEE ATTACHED SUMMARY, SEE ATTACHED SUMMARY | | | | 11507-A 18,961.4 | 18,961.4 CWT | | | | | | 18,961.4 | 0.0 | 18,961.4 | | | 18,961.4 |

I certify that, to the best of my knowledge and belief all of the information on this form is correct and complete and that it will be used to determine my loss, if any, for damage to my insured crops. I understand that this Production Worksheet/Proof of Loss and supporting papers are subject to audit and approved by us. I understand that this crop insurance is subsidized and reinsured by the Federal Crop Insurance Corporation, an agency of the United States Department of Agriculture (USDA). I accept the Agreed Amount Payable, subject to policy provisions, for damage to my insured crops. I hereby certify that the acreage reports for each insured crop that I submitted are true and correct and that all documents or copies of documents that I have submitted in support of my insurance claim are true, correct and complete. I hereby authorize you to inspect any and all scale tickets, warehouse receipts, inventory records and any other documents that pertain to the crop I have harvested and must elect or that I now have in my possession at or ever located. I also hereby expressly authorize you to inspect and copy any and all records of the Farm Service Agency of the USDA, consent to the release of the records that pertain to my farming operation, my production history, and my compliance with program requirements. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of this policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes).

Under penalties of perjury, I certify that: 1. My taxpayer identification number shown on this form is correct; 2. I am not subject to backup withholding as a result of a failure to report all interest or dividend income; and 3. I am a United States (U.S.) citizen or other U.S. person. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| 67. TOTAL | 18,961.4 |
|---|---|
| 68. SECTION II TOTAL | 18,961.4 |
| 69. SECTION I TOTAL | 0 |
| 70. UNIT TOTAL | 18,961.4 |
| 71. ALLOCATED PROD | 0.0 |
| 72. TOTAL APH PROD | 18,961.4 |

73. Adjuster's Signature  TC8   Date 08/08/2019

74. Insurer's Signature   Date 08/08/2019

74. Insured's Signature   Date 08/05/2019

| Unit Guarantee | Total Production to Count | Deficiency | Price Election | Share | Estimated Indemnity |
|---|---|---|---|---|---|
| 23,458.0 | 18,961.4 | 4,496.6 | $12 | 1.000 | $53,959 |

SEE REVERSE SIDE OF THIS FORM FOR NONDISCRIMINATION STATEMENT AND PRIVACY ACT STATEMENT
COMPANY/AGENT COPY   RH-5008-2019

| Policy No. MP-0750018 | Claim No. 19-006206 | Division 8 | Document Name: ONEIDA SIGNED PW s 2019.pdf |
|---|---|---|---|

PAGE 1 of 1

| Company: AGRI GENERAL INSURANCE COMPANY | Crop Insurance Serviced by Rain and Hail | POLICY NO. | CLAIM NO. | FIELD | ADJUSTER | LOSS TYPE | BATCH DATE | PAGE |
|---|---|---|---|---|---|---|---|---|
| | | MP-0750018 | 19-006206 | K58 | TC8 | U | 03/08/2019 | |

**PRODUCTION WORKSHEET/PROOF OF LOSS**

PRODUCER/OWNER INFORMATION

ONEIDA POTATO EXCHANGE
5818 FIRE LN
RHINELANDER, WI 54501-0000

PHONE: 715-272-1192   SSN/EIN XXXX4830   ENTITY LLC
STATE: FLORIDA   CODE: 9   COUNTY: FLAGLER   CODE: 35

AGENCY INFORMATION

PROGRESSIVE AG
417 38TH ST SW, STE A
FARGO, ND 58103-6508

PHONE: 701-277-9210   CODE: 777230

| CROP/PLAN | UNIT NO. | INTENDED USE | PRICE/LEVEL | CROP YEAR | LOCATION DESCRIPTION |
|---|---|---|---|---|---|
| 64-PTATO 99-APH | 3.07-00 | OT | $12  0.75 | 2019 | |

CAUSE(S) OF DAMAGE: 31 - Excess Moisture/Precipit

DATE(S) OF DAMAGE: 04/2019

INSURED CAUSE %: 100

LOSS PAYABLE TO ME AND NO OTHERS

**SECTION I - ACREAGE APPRAISED, PRODUCTION AND ADJUSTMENTS**

A. ACTUARIAL

| Policy / Yield / Line | 16 Field ID | 17 Multi-Crop Code | 18 Reported Acres | 19 Determined Acres | 20 Interest or Share | .21 Price | 22-26 Type/Class Itr, Cropping, Organic Practice / Form Seed/Kit No. | 29 Stage | 30 Use of Acreage | 31 Appraised Potential | B. POTENTIAL YLD PER ACRE | | | C. TOTAL POTENTIAL PRODUCTION YIELD | | | | | D. STAGE GUARANTEE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 32a Moisture % 32b Factor | 33 Shell % Factor or Value | 34 Production Pre CA | 35 Quality Factor | 36 Production Post CA | 37 Uninsured Causes | 39 Total to Count | Per Acre | Total |
| 5.0 17.0 | NS | | 20.0 | 20.0 | 1.000 | | 22RI(2618) IRRIGATED (120)  316  H | | N/A | | | | | | | | | 233.3 | 4,666 |
| | **39. TOTALS** | | 20.0 | 20.0 | OTHER PERSON SHARING: | | | | | '42.TOTALS | | 0 | | 0 | 0 | 0 | | | 4,666.0 |

40. Quality: TW☐ KD☐ Aflatoxin☐ Vomitoxin☐ Fumonisin☐ Garlicky☐ Dark Roast☐ Sclerotinia☐ Ergoy☐ CoFo☐ Other☐ None ☒   '41. Do any mycotoxins exceed FDA, State or other health organization maximum limits? Yes☐ No ☒

14. Date(s) Notice of Loss

| 1st Notice | 2nd Notice | Final Notice |
|---|---|---|
| 04/08/2019 | 04/09/2019 | |

Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was planted and insured an indemnity within the same crop year? Yes ☐ No ☒
Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was prevented from being planted within the same crop year? Yes ☐ No ☒

44. Is damage similar to other farms in the area? Yes ☒ No ☐   45. Assignment of Indemnity: Yes ☐ No ☒   46. Transfer of Right to Indemnity? Yes ☐ No ☒

**SECTION II - HARVESTED PRODUCTION**   43. Date Harvest Completed: 06/03/2019

A. MEASUREMENTS

B. GROSS PRODUCTION

C. ADJUSTMENTS TO HARVESTED PRODUCTION

| 47a Share 47b Field ID | 48 Multi-Crop Code | 49 Length of (Diameter) | 50 Width | 51 Depth | 52 Deduct- ion | 53 Net Conv Feet | 54 Conversion Factor | 55 Gross Production | 56 Bu. Ton Lbs. Cwt. | 57 Shell/ Sugar Value | 58a Foreign Material % 58b Factor | 58a Moisture % 58b Factor | 59a Test WT * 59b Factor | 61 Adjusted Production | 62 Production Prior to Count | 63 Production Pre CA | 64a Value 64b Mkt. Price | 65 Quality Factor | 66 Production to Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5.0 | NS | SEE ATTACHED SUMMARY, SEE ATTACHED SUMMARY | | | | | | SEE SUMMARY 2,994.2 | 2,994.2 OT | | | | | 2,994.2 | 0.0 | 2994.2 | | | 2,994.2 |

I certify to the best of my knowledge and belief all of the information on this form is correct and complete and that it will be used to determine my loss, if any, for damage to my insured crops. I understand that this Production Worksheet/Proof of Loss and supporting papers are subject to audit and approved by me. I understand that this crop insurance is subsidized and reinsured by the Federal Crop Insurance Corporation, an agency of the United States Department of Agriculture (USDA). I accept the Agreed Amount Payable, subject to policy provisions, for damage to my insured crops. I hereby certify that the acreage reports for each insured crop that I submitted are true and correct and that all documents or copies of documents that I have submitted in support of my insurance claim are true, correct and complete. I hereby authorize you to inspect any and all crop tickets, warehouse receipts, inventory records and any other documents that pertain to the crop I have harvested and marketed or that I now have in my possession wherever located. I also hereby expressly authorize you to inspect and copy any and all records of the Farm Service Agency of the USDA, consent to the release of the records that pertain to my farming operation, my production history, and my compliance with program requirements. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes).

Under penalties of perjury, I certify that: 1. My taxpayer identification number shown on this form is correct, 2. I am not subject to backup withholding as a result of a failure to report all interest or dividend income, and 3. I am a United States (U.S.) citizen or other U.S. person. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications that you must make to avoid backup withholding.

| | | |
|---|---|---|
| 67. TOTAL | | 2,994.2 |
| 68. SECTION II TOTAL | | 2,994.2 |
| 69. SECTION I TOTAL | | 0 |
| 70. UNIT TOTAL | | 2,994.2 |
| 71. ALLOCATED PROD | | 0.0 |
| 72. TOTAL APH PROD | | 2,994.2 |

| 73. Adjuster's Signature TC8 | Date 03/08/2019 |
|---|---|
| Insured's Signature | Date 03/08/2019 |

| Unit Guarantee | | Total Production to Count | Deficiency | Price Election | Share | Estimated Indemnity |
|---|---|---|---|---|---|---|
| 4,666.0 | − | 2,994.2 | = 1,671.8 | $12 | 1.000 | $20,062 |

| 73. Adjuster's Signature TC8 | Date 03/08/2019 |
|---|---|
| 73. Insured's Signature | Date 03/08/2019 |

SEE REVERSE SIDE OF THIS FORM FOR NONDISCRIMINATION STATEMENT AND PRIVACY ACT STATEMENT
COMPANY/AGENT COPY   RH-5006-2019

## COLLECTION OF INFORMATION AND DATA (PRIVACY ACT) STATEMENT
### Agents, Loss Adjusters and Policyholders

The following statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a): The Risk Management Agency (RMA) is authorized by the Federal Crop Insurance Act (7 U.S.C. 1501-1524) or other Acts, and the regulations promulgated thereunder, to solicit the information requested on documents established by RMA or by approved insurance providers (AIPs) that have been approved by the Federal Crop Insurance Corporation (FCIC) to deliver Federal crop insurance. The information is necessary for AIPs and RMA to operate the Federal crop insurance program, determine program eligibility, conduct statistical analysis, and ensure program integrity. Information provided herein may be furnished to other Federal, State, or local agencies, as required or permitted by law, law enforcement agencies, courts or adjudicative bodies, foreign agencies, magistrate, administrative tribunal, AIPs contractors and cooperators, Comprehensive Information Management System (CIMS), congressional offices, or entities under contract with RMA. For insurance agents, certain information may also be disclosed to the public to assist interested individuals in locating agents in a particular area. Disclosure of the information requested in voluntary. However, failure to correctly report the requested information may result in the rejection of this document by the AIP or RMA in accordance with the Standard Reinsurance Agreement between the AIP and FCIC, Federal regulations, or RMA-approved procedures and the denial of program eligibility or benefits derived therefrom. Also, failure to provide true and correct information may result in civil suit or criminal prosecution and the assessment of penalties or pursuit of other remedies.

## NONDISCRIMINATION STATEMENT

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or a part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD).

To file a complaint of discrimination, write to: USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

# MPCI Claim Progress Report
### Crop Year: 2019



Serviced by RAIN AND HAIL L.L.C.
SOUTHERN DIVISION
1951 ROSEBUD ROAD
GRAYSON, GA 30017-1558

| Claim | Name | Policy | Suspended Loss | Type | Phone | Claim Date | CID Print Date | Adjusted Date | Received Date | Loss Reserve | 1st Crop Reserve |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19-006206 | ONEIDA POTATO EXCHANGE | MP-0750018 | Y | Unharvested | (715)272-1192 (701)277-9210 | 04/08/2019 | 08/05/2019 | 08/08/2019 | 08/12/2019 | $ 86689 | |

**Area Coord:**
**Primary Adj:**    TOMMY J CHRISTIAN
**Agency:**    PROGRESSIVE AG 7772-30
**Crop:**    Potatoes-APH

| Adjuster Contact Date/Claim Status | Spoke With | Appointment/Follow Up | Comment |
|---|---|---|---|
| 04/16/2019(Morning): Waiting for Harvest to be C... | Policyholder(In person) | Adjuster within 30 days | Went and visited fields. Crop did receive some damage but insured is taking to harvest. |
| 06/25/2019(Morning): Waiting on Insured to Gathe... | Policyholder's Employee(In person) | Adjuster within 30 days | |
| 07/19/2019(Morning): Ready to Work/Visit Farm | Policyholder's Employee(In person) | Adjuster within 30 days | WILL TRY TO CLOSE NEXT WEEK. |

**Deferred Status:**  (50) 500k liab, review for possible RMA involvement - 04/08/2019
**Comments:** PH(4/8/19)-POTATO EXCESS RAIN 4/7

# Detailed Data
# PRISM Precipitation Data for Single Location and Time Period
## (created 08 Aug 2019)



Location: **Lat: 29.4362 Lon: -81.4049 (Florida - Flagler County); T12S R29E Sec 30**
Elevation: **20 ft**
Start Date: **01 April 2019** Data for this date is **unlikely to change**
End Date: **15 June 2019** Data for this date is **likely to change**
Assessment Basis: **Prior 10 years (2009-2018)**
Plant Hardiness Zone: **9a: 20 to 25 °F**

**Precipitation (total inches)**



**Individual data values for time series**

| Time | Precip | 10yr avg Precip |
| --- | --- | --- |
| 04-01-2019 | 0.00 | 0.098 |
| 04-02-2019 | 0.50 | 0.098 |
| 04-03-2019 | 0.32 | 0.099 |
| 04-04-2019 | 0.00 | 0.100 |
| 04-05-2019 | 0.16 | 0.101 |
| 04-06-2019 | 0.02 | 0.102 |
| 04-07-2019 | 1.49 | 0.102 |
| 04-08-2019 | 0.00 | 0.102 |
| 04-09-2019 | 1.17 | 0.102 |
| 04-10-2019 | 0.26 | 0.102 |
| 04-11-2019 | 0.00 | 0.102 |
| 04-12-2019 | 0.00 | 0.102 |
| 04-13-2019 | 0.00 | 0.101 |
| 04-14-2019 | 0.00 | 0.101 |
| 04-15-2019 | 0.59 | 0.101 |
| 04-16-2019 | 0.00 | 0.101 |
| 04-17-2019 | 0.00 | 0.101 |
| 04-18-2019 | 0.00 | 0.101 |
| 04-19-2019 | 0.51 | 0.101 |
| 04-20-2019 | 0.94 | 0.101 |
| 04-21-2019 | 0.00 | 0.101 |
| 04-22-2019 | 0.00 | 0.102 |
| 04-23-2019 | 0.00 | 0.103 |
| 04-24-2019 | 0.00 | 0.104 |
| 04-25-2019 | 0.00 | 0.105 |
| 04-26-2019 | 0.11 | 0.107 |
| 04-27-2019 | 0.07 | 0.109 |
| 04-28-2019 | 0.00 | 0.111 |
| 04-29-2019 | 0.00 | 0.113 |
| 04-30-2019 | 0.00 | 0.116 |
| 05-01-2019 | 0.00 | 0.119 |
| 05-02-2019 | 0.00 | 0.123 |
| 05-03-2019 | 0.01 | 0.127 |
| 05-04-2019 | 0.05 | 0.131 |
| 05-05-2019 | 0.35 | 0.135 |
| 05-06-2019 | 1.74 | 0.140 |
| 05-07-2019 | 0.00 | 0.145 |
| 05-08-2019 | 0.00 | 0.150 |
| 05-09-2019 | 0.00 | 0.155 |
| 05-10-2019 | 0.00 | 0.161 |
| 05-11-2019 | 0.00 | 0.166 |
| 05-12-2019 | 0.04 | 0.172 |
| 05-13-2019 | 0.02 | 0.177 |
| 05-14-2019 | 0.94 | 0.182 |
| 05-15-2019 | 0.00 | 0.187 |
| 05-16-2019 | 0.00 | 0.192 |
| 05-17-2019 | 0.00 | 0.197 |
| 05-18-2019 | 0.00 | 0.201 |

| Date | | |
|---|---|---|
| 05-19-2019 | 0.00 | 0.204 |
| 05-20-2019 | 0.00 | 0.207 |
| 05-21-2019 | 0.00 | 0.210 |
| 05-22-2019 | 0.00 | 0.213 |
| 05-23-2019 | 0.00 | 0.214 |
| 05-24-2019 | 0.00 | 0.216 |
| 05-25-2019 | 0.00 | 0.217 |
| 05-26-2019 | 0.00 | 0.218 |
| 05-27-2019 | 0.00 | 0.218 |
| 05-28-2019 | 0.06 | 0.218 |
| 05-29-2019 | 0.02 | 0.218 |
| 05-30-2019 | 0.00 | 0.217 |
| 05-31-2019 | 0.00 | 0.217 |
| 06-01-2019 | 0.05 | 0.217 |
| 06-02-2019 | 0.00 | 0.216 |
| 06-03-2019 | 0.10 | 0.216 |
| 06-04-2019 | 0.00 | 0.216 |
| 06-05-2019 | 0.00 | 0.216 |
| 06-06-2019 | 0.24 | 0.216 |
| 06-07-2019 | 0.04 | 0.217 |
| 06-08-2019 | 0.01 | 0.218 |
| 06-09-2019 | 1.96 | 0.219 |
| 06-10-2019 | 1.85 | 0.220 |
| 06-11-2019 | 0.13 | 0.223 |
| 06-12-2019 | 0.05 | 0.226 |
| 06-13-2019 | 0.46 | 0.230 |
| 06-14-2019 | 0.28 | 0.235 |
| 06-15-2019 | 0.00 | 0.239 |
| Total | 14.54 | 12.060 |

# Detailed Data
# PRISM Precipitation Data for Single Location and Time Period
## (created 08 Aug 2019)



Location: **Lat: 29.4220 Lon: -81.3938 (Florida - Flagler County); T12S R29E Sec 32**
Elevation: **20 ft**
Start Date: **01 April 2019** Data for this date is **unlikely to change**
End Date: **15 June 2019** Data for this date is **likely to change**
Assessment Basis: **Prior 10 years (2009-2018)**
Plant Hardiness Zone: **9a: 20 to 25 °F**

**Precipitation (total inches)**



**Individual data values for time series**

| Time | Precip | 10yr avg Precip |
|---|---|---|
| 04-01-2019 | 0.00 | 0.098 |
| 04-02-2019 | 0.50 | 0.098 |
| 04-03-2019 | 0.32 | 0.100 |
| 04-04-2019 | 0.00 | 0.100 |
| 04-05-2019 | 0.14 | 0.101 |
| 04-06-2019 | 0.02 | 0.101 |
| 04-07-2019 | 1.53 | 0.102 |
| 04-08-2019 | 0.00 | 0.101 |
| 04-09-2019 | 1.15 | 0.101 |
| 04-10-2019 | 0.32 | 0.101 |
| 04-11-2019 | 0.00 | 0.101 |
| 04-12-2019 | 0.00 | 0.101 |
| 04-13-2019 | 0.00 | 0.100 |
| 04-14-2019 | 0.00 | 0.100 |
| 04-15-2019 | 0.61 | 0.099 |
| 04-16-2019 | 0.00 | 0.099 |
| 04-17-2019 | 0.00 | 0.099 |
| 04-18-2019 | 0.00 | 0.099 |
| 04-19-2019 | 0.62 | 0.099 |
| 04-20-2019 | 0.92 | 0.099 |
| 04-21-2019 | 0.00 | 0.099 |
| 04-22-2019 | 0.00 | 0.099 |
| 04-23-2019 | 0.00 | 0.100 |
| 04-24-2019 | 0.00 | 0.101 |
| 04-25-2019 | 0.00 | 0.103 |
| 04-26-2019 | 0.09 | 0.104 |
| 04-27-2019 | 0.05 | 0.106 |
| 04-28-2019 | 0.00 | 0.108 |
| 04-29-2019 | 0.00 | 0.111 |
| 04-30-2019 | 0.00 | 0.114 |
| 05-01-2019 | 0.00 | 0.117 |
| 05-02-2019 | 0.00 | 0.121 |
| 05-03-2019 | 0.01 | 0.125 |
| 05-04-2019 | 0.03 | 0.129 |
| 05-05-2019 | 0.40 | 0.134 |
| 05-06-2019 | 1.64 | 0.139 |
| 05-07-2019 | 0.00 | 0.144 |
| 05-08-2019 | 0.00 | 0.150 |
| 05-09-2019 | 0.00 | 0.156 |
| 05-10-2019 | 0.00 | 0.162 |
| 05-11-2019 | 0.00 | 0.167 |
| 05-12-2019 | 0.05 | 0.173 |
| 05-13-2019 | 0.02 | 0.179 |
| 05-14-2019 | 0.76 | 0.185 |
| 05-15-2019 | 0.00 | 0.190 |
| 05-16-2019 | 0.00 | 0.195 |
| 05-17-2019 | 0.00 | 0.200 |
| 05-18-2019 | 0.00 | 0.204 |

| Date | | | |
|---|---|---|---|
| 05-19-2019 | 0.00 | | 0.208 |
| 05-20-2019 | 0.00 | | 0.211 |
| 05-21-2019 | 0.00 | | 0.214 |
| 05-22-2019 | 0.00 | | 0.216 |
| 05-23-2019 | 0.00 | | 0.218 |
| 05-24-2019 | 0.00 | | 0.219 |
| 05-25-2019 | 0.00 | | 0.220 |
| 05-26-2019 | 0.00 | | 0.220 |
| 05-27-2019 | 0.00 | | 0.220 |
| 05-28-2019 | 0.03 | | 0.220 |
| 05-29-2019 | 0.00 | | 0.219 |
| 05-30-2019 | 0.00 | | 0.218 |
| 05-31-2019 | 0.00 | | 0.217 |
| 06-01-2019 | 0.03 | | 0.217 |
| 06-02-2019 | 0.00 | | 0.216 |
| 06-03-2019 | 0.07 | | 0.215 |
| 06-04-2019 | 0.00 | | 0.214 |
| 06-05-2019 | 0.00 | | 0.213 |
| 06-06-2019 | 0.13 | | 0.213 |
| 06-07-2019 | 0.02 | | 0.213 |
| 06-08-2019 | 0.03 | | 0.214 |
| 06-09-2019 | 1.80 | | 0.214 |
| 06-10-2019 | 2.02 | | 0.214 |
| 06-11-2019 | 0.09 | | 0.216 |
| 06-12-2019 | 0.08 | | 0.218 |
| 06-13-2019 | 0.50 | | 0.222 |
| 06-14-2019 | 0.28 | | 0.226 |
| 06-15-2019 | 0.00 | | 0.230 |
| | Total | 14.26 | 11.991 |

```
Date      : 08/14/2019                          AGRI GENERAL INSURANCE COMPANY                           Page:    1
State     : FLORIDA                                    CLAIM SUMMARY                                     Policy: MP0750018
Crop Year: 2019                                                                                          Loss:  19-006206

                                                                                                         Crop:  PTATO

          Insured: ONEIDA POTATO EXCHANGE                             Agency: PROGRESSIVE AG
                   PAUL SOWINSKI                                               417 38TH ST SW STE A
                   5818 FIRE LN                                               FARGO ND 58103-6508
                   RHINELANDER WI 54501

                   WES THIGPEN                                                7772-30
Additional payees:

- none -
```

| CROP | UNIT | FARM | TOWN/RANGE/SEC | STAGE | ACRES | x | ACRE GUAR | = | TOTAL GUAR | - | PROD COUNTED | = | DEFICIENCY | x PRICE x | INTEREST = | INDEMNITY | = AMOUNT PAYABLE | 1ST CROP RESERVE |
|------|------|------|----------------|-------|-------|---|-----------|---|------------|---|--------------|---|------------|-----------|------------|-----------|-----------------|------------------|
| PL 3.0 YD 11.0 | | | | | | | | | | | | | | | | | | |
| PTATO | 3.06 | | 310 12S  29E  29 30 | H | 106.0 | | 221.3 CWT | | 23,458.0 CWT | | 18,961.4 CWT | | 4,496.6 | $12.00 | 1.000 | 53,959 | $53,959 | |
| PL 5.0 YD 17.0 | | | | | | | | | | | | | | | | | | |
| PTATO | 3.07 | | 316 12S  29E  32 | H | 20.0 | | 233.3 CWT | | 4,666.0 CWT | | 2,994.2 CWT | | 1,671.8 | $12.00 | 1.000 | 20,062 | $20,062 | |

```
                                                                                                            *    $74,021
```

| | COUNTY | ACRES | PRODUCTION | PAYMENT | CHECK | CHECK DATE | CLAIM AMT | LOSS CREDIT | CHECK AMT | | |
|---|--------|-------|------------|---------|-------|------------|-----------|-------------|-----------|---|---|
| PTATO | FLAGLER | 126.0 | 21,955.6 | $74,021 | A3255112 | 8/14/2019 | $74,021.00 | $38,574.00 | $35,447.00 | LOSS AMOUNT $74,021 | APPLIED TO PREMIUM $38,574 |
| | | | | | | CLAIM TOTAL -> | $74,021.00 | $38,574.00 | $35,447.00 | CURRENT CHECK #3255112 $35,447 | * PAYEE'S SHARE AMOUNT |

```
AMOUNT REPORTED TO I.R.S.        $74,021.00
UNDER SOCIAL SECURITY NUMBER     *****4830
```

**Please enter the URL below to participate in a brief claim survey regarding this claim settlement. All responses will be kept confidential.**

**https://www.rainhail.com/s/claimsurvey**

SCAN: 0015812081 3406060019

**AGRI GENERAL INSURANCE COMPANY**

**RAIN AND HAIL L.L.C.**

**MPCI Claim Notice of Prevented Planting, or Damage or Loss**

| | | |
|---|---|---|
| Policy No. | MP0950018 | State: FL |
| Claim No. | 20-005177 | Date: 03/16/2020 |
| Crop Year | 2020 | Page: 1 OF 1 |

| INSURED INFORMATION | AGENT / AGENCY INFORMATION |
|---|---|
| ONEIDA POTATO EXCHANGE<br>5818 FIRE LN<br>RHINELANDER, WI 54501-0000 | PROGRESSIVE AG<br>Agent Code: PH<br>Agent was notified of claim via: Phone |
| PHONE: (715)272-1192 | PHONE: (701)277-9210     CODE: 7772-30 |

**PLEASE SPECIFY THE CROP FOR WHICH YOU ARE FILING A LOSS. (One crop per notice.) : POTATOES(84) - APH(90)**

Specify below all county locations that have experienced damage.

| County | Unit No. | Legal Description | Cause of Loss | | | | | Date of Loss | Intentions* |
|---|---|---|---|---|---|---|---|---|---|
| PUTNAM (107) | UNKNOWN | UNKNOWN | Excess Moisture/Precipitat… | | | | | 03/2020 | OT |
| FLAGLER (35) | UNKNOWN | UNKNOWN | Excess Moisture/Precipitat… | | | | | 03/2020 | OT |

*Intentions Legend: To harvest = HT; To chop/silage = CS; Leave for cover = LC; Destroy = DS; Plant to another crop = PC; Pasture = PS; Hay = HY; Crop will be direct marketed = DM; Other (please explain) = OT; Replant = RP; Unknown at this time (Substantive) = UK

**Indicate the condition of the damaged crop acreage for which you are claiming a loss by marking the box at left and answering the questions for that section.**

☐ **PREVENTED PLANTING**
(Unable to plant all or part of the insured crop acreage by the final planting date or within the late planting period for the crop.)

☐ **REPLANT TO SAME CROP**
(Replanting previously planted crop acreage to the same crop due to damage or conditions preventing an adequate stand.)
1. Are at least 20 acres or 20% of the acres in each of the reported unit(s) being replanted?  ☐ YES  ☐ NO
2. Are more than 50 acres being replanted within any unit being reported?  ☐ YES  ☐ NO
**(You must obtain company approval before destroying or replanting any of the crop acreage you intend on replanting!)**

☐ **NOTICE of DAMAGE**
(Crop has sustained damage, however all acres will be taken to harvest - it appears production will exceed guarantee at this time.)
** A claim will be filed for the crop(s) reported. The company will take no further action at this time. Please notify your agent if loss becomes apparent or if crop sustains additional damage.

☐ **HARVESTABLE**
(Part or all of crop acreage being reported has significant damage, however all crop acres will be harvested.)
(Harvest means: Harvesting in a manner consistent for the insured crop being reported, ie. corn insured as grain, harvested for grain.)

1. What is the approximate date of harvest for the crop(s), you are reporting a loss?_____
2. Will any harvested production from the reported acreage be farm stored or used in another method other than storing or selling?  ☐ YES  ☐ NO
3. Will all harvested production from the reported acreage be delivered or sold to an elevator, processor, or third party?  ☐ YES  ☐ NO
4. Will the estimated amount of your loss exceed $5000 for any individual crop unit for which you are reporting a claim?  ☐ YES  ☐ NO
**Your policy requires that you keep a complete record of harvesting and marketing records of each insured crop for each unit.**

☒ **SEVERELY DAMAGED**
(Part or all of the crop acreage has sustained severe damage - Intend to destroy, hay, graze, chop for silage or abandon ANY acres of the crop within the unit(s) being reported.)

**You must have company approval before destroying any crop acreage of the unit(s) reported for loss**
**Your policy requires that you continue to provide ordinary care to your crop(s) after reporting a claim.**

*Other policies?* If the interest share for any of the crop units reported for loss are less than 100%, is the other share insured?  ☐ YES  ☒ NO

**Please list associated policies.**

| Name | Policy Number | Company |
|---|---|---|
| | | |
| | | |

**Contact Information:**
Best time to contact insured ................................................................................................  ☒ AM  ☐ Noon  ☐ PM
Contact Name and Phone Number:  ONEIDA POTATO EXCHANGE, H:(715)272-1192, C:(715)272-1192
Comments:  PH(3/16/20)-POTATOES Decreased stand count from excess moisture and humidity during early growing season

**The insured or member of the insured's immediate family is either an insurance agent, adjuster or employee of the insurance industry or Risk Management Agency?**  ☐ YES  ☒ NO

| _____ | **PENNEY HAMMER** | 03/16/2020 |
|---|---|---|
| INSURED'S SIGNATURE | AGENT'S SIGNATURE | DATE |

*Your policy requires that you report any probable loss in writing within 72 hours of your initial discovery of damage (but not later than 15 days after the end of the insurance period) by unit, for each insured crop, unless stated otherwise in the specific crop provisions. If during harvest a probable loss is suspected, you must notify the Company promptly, and give dates when harvest will be completed. Representative unharvested sample areas of the crop must be left, as specified by the Crop Provisions, so the adjuster may verify the cause and extent of damage. The size and number of sample areas may vary by crop and acreage but should be for most crops: (a) a strip at least ten feet wide extending the entire length of each field in the unit(s) or (b) as specified by the specific crop provisions for the crop. The sample areas must not be harvested or destroyed until the time specified in the applicable crop provisions. Should you wish to harvest the harvested acreage, some crop's provisions require that representative sample areas of the stubble be left in tact. Make sure sample areas are representative of the entire field.*

**WEB COPY**

RH-5026-2019

2020 5812081 3 EXTERNAL_PROD

# Rain and Hail
A Chubb Company

## eAdjuster Claim Summary

| Insured Name | Company | Agency | Division/State |
|---|---|---|---|
| ONEIDA POTATO EXCHANGE | AGRI GENERAL INSURANCE COMPANY<br>(Crop Insurance Serviced by Rain and Hail) | PROGRESSIVE AG<br>(7772-30) | Division 8<br>FLORIDA |

| Policy Number | Claim Number | Crop/Plan | Loss Type |
|---|---|---|---|
| MP-0750018 | 20-005177 | PTATO/APH | Unharvested |

| Adjuster | eAdjuster Version | Finalized Date |
|---|---|---|
| WBA | Version 2020.07<br>(Downloaded with Version 2020.06) | 08/14/2020 |

| For Office Use Only |
|---|
|  |

## Estimated Indemnity

| Line ID | Yield ID | Acres | Prod/Acre | Guarantee | - | Total Production to Count | = | Deficiency | X | Price Election | X | Share | = | Estimated Indemnity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit 4.09 OU: FLAGLER | | | | | | | | | | | | | | |
| 4.0 | 21.0 | 28 (H) | 97.1 | 6,426.0 | - | 2,717.6 | = | 3,708.4 | X | $12.25 | X | 1.000 | = | $45,428 |
| | | | FSN 396, JOHNNY P | | | | | | | | | | | |
| | | 28.0 | | | | | | | | | | | | $45,428 |
| Unit 1.02 OU: FLAGLER | | | | | | | | | | | | | | |
| 5.0 | 20.0 | 41 (H) | 106.1 | 7,597.0 | - | 4,348.7 | = | 3,248.3 | X | $12.25 | X | 0.500 | = | $19,896 |
| | | | FSN 310, BARN | | | | | | | | | | | |
| | | 41.0 | | | | | | | | | | | | $19,896 |
| Unit 3.04 OU: FLAGLER | | | | | | | | | | | | | | |
| 3.0 | 22.0 | 51.7 (H) | 109.1 | 9,580.0 | - | 5,641.5 | = | 3,938.5 | X | $12.25 | X | 0.500 | = | $24,123 |
| | | | FSN 389, CO RD 135 | | | | | | | | | | | |
| | | 51.7 | | | | | | | | | | | | $24,123 |
| Unit 2.00 OU: PUTNAM | | | | | | | | | | | | | | |
| 8.0 | 24.0 | 45 (H) | 125.7 | 9,648.0 | - | 5,655.2 | = | 3,992.8 | X | $12.25 | X | 0.500 | = | $24,456 |
| | | | FSN 1395, BIG FIELD EAST | | | | | | | | | | | |
| | | 45.0 | | | | | | | | | | | | $24,456 |
| Unit 4.06 OU: FLAGLER | | | | | | | | | | | | | | |
| 2.0 | 11.0 | 114 (H) | 148.7 | 22,743.0 | - | 16,957.1 | = | 5,785.9 | X | $12.25 | X | 1.000 | = | $70,877 |
| | | | FSN 310, BACK, HOME | | | | | | | | | | | |
| | | 114.0 | | | | | | | | | | | | $70,877 |
| | | | | | | | | | | | | | Total Estimated Indemnity: | $184,780 |

## Loss Credit Agreement

In addition to any premium and/or administrative fees for all crop(s)/county(ies) in which the billing date has passed and for the crop/county(ies) with the loss, I agree to have my total premium and/or administrative fees for all of my crop(s)/county(ies) insured under this policy or any other policy authorized under the ACT deducted from the indemnity or prevented planted loss due me under this claim.  If the billing date has passed for any crop(s)/county(ies) at the time the loss payment is processed, any amounts due for those crop(s)/county(ies) will be deducted, regardless of how you answered this question.

Yes _X_  No ___

## Summary Questions

Is any acreage of the damage crops considered a second crop following a first insured crop which was planted and incurred an indemnity within the same crop year?

no

Is any acreage of the damage crops considered a second crop following a first insured crop which was prevented from being planted within the same crop year?

no

Was any part of this crop used for planting, taking a set, landscape or used for clonal material?                    no

## Verifications

Policyholder verified Tax ID XXXXX4830 is correct.                                              Yes _X_  No ___

Policyholder verified Entity Type Limited Liability Company is correct.                          Yes _X_  No ___

## Comments

PH(3/16/20)-POTATOES Decreased stand count from excess moisture and humidity during early growing season
Additional Damage Notes:
04/30/2020 OUTNAM AND FLAGLER COUNTIES POTATOES FIELD ROT - NEED TO TAKE SAMPLES
06/02/2020 FLAGLER EXCESS RAIN DURING HARVEST

**Rain and Hail**
A Chubb Company

# UNDERWRITING CERTIFICATION FORM

Loss No. ___20-005177___

Policy No. ___MP-0750018___

___AGRI GENERAL INSURANCE COMPANY___                              **INSURANCE COMPANY**

Date ___08/14/2020___

Name of Insured ___ONEIDA POTATO EXCHANGE___

Address ___5818 FIRE LN___          City ___RHINELANDER___          State ___WI 54501-0000___

Agency Name & Address ___PROGRESSIVE AG, 417 38TH ST SW STE A, FARGO, ND 58103-6508___

To ___Rain and Hail___

Have you been actively engaged in farming for a share of the production of any crop on the acreage designated as Added Land in FLAGLER county prior to the year in which the land was identified as added land on your policy (year added: 2020)?

**Answer: no**

This line was flagged as New Crop in 2019. Have you been actively engaged in farming a share of the production on this line (45 acres of POTATOES in PUTNAM county on Yield 24.0 FSN 1395)?

**Answer: no**

Have you been actively engaged in farming (or are a SBI holder to a person who has been actively engaged in farming) insurable production of POTATOES in PUTNAM county?

**Answer: yes**

List the crop years in which you have been actively engaged in farming this production. Include farming as an SBI on another policy. Example: 2017, 2018, 2019

**Answer: 2019**

___08/14/2020___  Signature Date          *See Attached*          Insured's Signature

RH-5151-2016

# EADJUSTER CLAIM INFORMATION AND DEFERRAL (CID)

| INSURED NAME: ONEIDA POTATO EXCHANGE<br>AUTHORIZED SIGNATURE(S): PAUL SOWINSKI | | POLICY NUMBER: MP-0750018 |
|---|---|---|
| COMPANY: ACE PROPERTY AND CASUALTY INSURANCE COMPANY | AGENCY: PROGRESSIVE AG<br>AGENT OF RECORD: PENNEY HAMMER | CROP YEAR: 2020    Claim No. 20-005177 |
| Contact Information - Name: ONEIDA POTATO EXCHANGE Phone: 715-272-1192 | | Claim Entry Date: 03/16/2020 |

## COMMENTS

PH(3/16/20)-POTATOES Decreased stand count from excess moisture and humidity during early growing season

## CONTRACTS

| CROP | PLAN | TYPE | COVERAGE | PRICE | LEVEL | PLANT REPORT_DATE | COUNTY | OPTIONS |
|---|---|---|---|---|---|---|---|---|
| *84 (POTATOES) | APH(90) | IRRIGATED GRPB | A | 12.25 | 0.75 | 02/25/2020 | FLAGLER | YAYC |
| *84 (POTATOES) | APH(90) | IRRIGATED GRPA | A | 17.00 | 0.75 | 02/25/2020 | FLAGLER | YAYC |
| *84 (POTATOES) | APH(90) | IRRIGATED GRPB | A | 12.25 | 0.80 | 02/25/2020 | PUTNAM | YAYC |
| *84 (POTATOES) | APH(90) | IRRIGATED GRPA | A | 17.00 | 0.80 | 02/25/2020 | PUTNAM | YAYC |
| *84 (POTATOES) | APH(90) | | A | 17.00 | 0.75 | 02/25/2020 | ST. JOHNS | YAYC |

## LOSS PAYEE/TRANSFER OF COVERAGE

| CROP | YIELD | TYPE | NAME | ADDRESS |
|---|---|---|---|---|
| No loss payee or transfer of coverage. | | | | |

## COMPANIONS

| NAME | COMPANY | POLICY | LOSS NUMBER |
|---|---|---|---|
| No companions | | | |

## DETAILS

| LINE# | CROP | FARM UNIT | FSN# | SHARE | PERSON SHARING/COUNTY | LOCATION | APP YLD/ACRE GUAR | ACRES | PLANT REPORT DATE | TOTAL GUARANTEE | PRICE | LIAB | RISK AREA | LOSS AVG YLD | EST PROD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5.0 YLD# 20.0 | 90-PTATO IRRIGATED GRPB | 1.02 OU | 310 | 0.500 | BOARDWALK FARMS FLAGLER | 12S  29E 29<br>BARN | 247.00<br>185.3 | (R)41.0<br>(D)41.0 | 01/29/2020 | 7597 | 12.25 | 46532 | 000 | 106.1 CWT | Loss |
| 8.0 YLD# 24.0 | 90-PTATO IRRIGATED GRPB | 2.00 OU | 1395 | 0.500 | BOARDWALK FARMS PUTNAM | 9S  27E 49<br>BIG FIELD EAST | 268.00<br>214.4 | NEW CROP<br>(R)45.0<br>(D)45.0 | 02/04/2020 | 9648 | 12.25 | 59094 | 000 | 125.7 CWT | Loss |
| 3.0 YLD# 22.0 | 90-PTATO IRRIGATED GRPB | 3.04 OU | 389 | 0.500 | JULINGTON CREEK FARMS FLAGLER | 13S  29E 35<br>CO RD 135 | 247.00<br>185.3 | (R)51.7<br>(D)51.7 | 02/03/2020 | 9580 | 12.25 | 58678 | 000 | 109.1 CWT | Loss |
| 1.0 YLD# 9.0 | 90-PTATO IRRIGATED GRPB | 4.01 OU | 171 | 1.000 | FLAGLER | 12S  29E 8<br>12S  29E 7<br>HWY 100 S | 340.00<br>255.0 | ADDED LAND 2017<br>(R)85.0 | 01/18/2020 | 21675 | 11.0250 | 238967 | 000 | 350.0 CWT | 29750.0 CWT |

# EADJUSTER CLAIM INFORMATION AND DEFERRAL (CID) EXTENDER

| INSURED NAME: ONEIDA POTATO EXCHANGE<br>AUTHORIZED SIGNATURE(S): PAUL SOWINSKI | | POLICY NUMBER: MP-0750018 |
|---|---|---|
| COMPANY: ACE PROPERTY AND CASUALTY INSURANCE COMPANY | AGENCY: PROGRESSIVE AG<br>AGENT OF RECORD: PENNEY HAMMER | CROP YEAR: 2020   Claim No. 20-005177 |
| Contact Information - Name: ONEIDA POTATO EXCHANGE Phone: 715-272-1192 | | Claim Entry Date: 03/16/2020 |

## DETAILS

| LINE# | CROP | FARM UNIT | FSN# | SHARE | PERSON SHARING/COUNTY | LOCATION | APP YLD/ACRE GUAR | ACRES | PLANT REPORT DATE | TOTAL GUARAN TEE | PRICE | LIAB | RISK AREA | LOSS AVG YLD | EST PROD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.0<br>YLD#<br>11.0 | 90-PTATO<br>IRRIGATED<br>GRPB | 4.06<br>OU<br>OPT-> | 310<br>YAYC | 1.000 | FLAGLER | 12S  29E 30<br>12S  29E 29<br>BACK, HOME | 266.00<br>199.5 | ADDED<br>LAND<br>2017<br>(R)114.0<br>(D)114.0 | 02/09/2020 | 22743 | 12.25 | 278602 | 000 | 148.7<br>CWT | Loss |
| 4.0<br>YLD#<br>21.0 | 90-PTATO<br>IRRIGATED<br>GRPB | 4.09<br>OU | 396 | 1.000 | FLAGLER | 12S  29E 33<br>JOHNNY P | 306.00<br>229.5 | ADDED<br>LAND<br>2020<br>(R)28.0<br>(D)28.0 | 02/10/2020 | 6426 | 12.25 | 78719 | 000 | 97.1<br>CWT | Loss |
| 7.0<br>YLD#<br>19.0 | 90-PTATO<br>IRRIGATED<br>GRPB | 5.01<br>OU | 1323 | 1.000 | PUTNAM | 9S  27E 49<br>EVELYN, DIRST LEFT | 268.00<br>214.4 | ADDED<br>LAND<br>2019<br>(R)99.0 | 02/17/2020 | 21226 | 11.0250 | 234017 | 000 | 229.5<br>CWT | 22716.6<br>CWT |
| 6.0<br>YLD#<br>23.0 | 90-PTATO<br>IRRIGATED<br>GRPA | 5.02<br>OU | 1395 | 1.000 | PUTNAM | 9S  27E 49<br>EVELYN RED | 219.00<br>175.2 | NEW<br>CROP<br>(R)1.0 | 02/17/2020 | 175 | 15.3000 | 2678 | 000 | 250.0<br>CWT | 250.0<br>CWT |



# ADJUSTER'S SPECIAL REPORT

Loss No. _____ 20-005177 _____

Policy No. _____ MP-0750018 _____

AGRI GENERAL INSURANCE COMPANY                    **INSURANCE COMPANY**

Date_____ 08/14/2020 _____

Name of Insured  ONEIDA POTATO EXCHANGE

Address 5818 FIRE LN                          City RHINELANDER                    State WI 54501-0000

Agency Name & Address PROGRESSIVE AG, 417 38TH ST SW STE A, FARGO, ND 58103-6508

To Claims

Insured had a loss in both counties due to excessive precipitation in May (Putnam Co)

and early June (Flagler Co). Plant date also a factor in the loss. The later planted

acres causing the trouble. Due to the order of operations harvesting the earlier planted

crop first, frequent rains slowed production which resulted into a snowball effect. Once

the potatoes matured, the then daily rainfall and very high temperatures tuned the

ground into an oven, cooking and rotting the remainder of the crop present. The insured

was able to harvest some from each unit, but only until the feasibility of harvest was

exceeded. Quality samples taken from each field documenting the percent of rot/decay and

none graded above U.S. # 2 sample grade determination. All samples and supporting

documents attached as well as pictures and claim extension.

WBA _____ _WBA_ _____ Adjuster

©NCIS 7101 Rev. 96

**GENERATED BY EADJUSTER**



# ADJUSTER'S SPECIAL REPORT

Loss No. ___20-005177___

Policy No. ___MP-0750018___

AGRI GENERAL INSURANCE COMPANY

**INSURANCE COMPANY**

Date ___08/14/2020___

Name of Insured ONEIDA POTATO EXCHANGE

Address 5818 FIRE LN          City RHINELANDER          State WI 54501-0000

Agency Name & Address PROGRESSIVE AG, 417 38TH ST SW STE A, FARGO, ND 58103-6508

To Rain and Hail

Narrative for Unit 1.02 OU:

- Acres verified by a Planted Acreage Report. Share verified by RH-1156.

Narrative for Unit 2.00 OU:

- Acres verified by a Planted Acreage Report. Share verified by RH-1156.

Narrative for Unit 3.04 OU:

- Acres verified by a Planted Acreage Report. Share verified by RH-1156.

Narrative for Unit 4.01 OU:

- Share verified by RH-1156.

Narrative for Unit 4.06 OU:

- Acres verified by a Planted Acreage Report. Share verified by RH-1156.

Narrative for Unit 4.09 OU:

- Acres verified by a Planted Acreage Report. Share verified by RH-1156.

_____ Adjuster

©NCIS 7101 Rev. 96



**\*\*GENERATED BY EADJUSTER\*\***

# ADJUSTER'S SPECIAL REPORT

Loss No. _____ 20-005177 _____

Policy No. _____ MP-0750018 _____

AGRI GENERAL INSURANCE COMPANY

**INSURANCE COMPANY**

Date _____ 08/14/2020 _____

Name of Insured _ONEIDA POTATO EXCHANGE_

Address _5818 FIRE LN_          City _RHINELANDER_          State _WI 54501-0000_

Agency Name & Address _PROGRESSIVE AG, 417 38TH ST SW STE A, FARGO, ND 58103-6508_

To _____

Added Land Question already answered for FLAGLER county (last loss was in the year 2019)

on yield line(s) 11.This claim is considered a delayed claim for the following

reason(s):

- Unit '1.02 OU' was not settled within 60 days of '2020-06-11' (the harvest complete date).

- Unit '2.00 OU' was not settled within 60 days of '2020-05-09' (the harvest complete date).

- Unit '3.04 OU' was not settled within 60 days of '2020-06-11' (the harvest complete date).

- Unit '4.06 OU' was not settled within 60 days of '2020-06-11' (the harvest complete date).

- Unit '4.09 OU' was not settled within 60 days of '2020-06-11' (the harvest complete date).

Reason for delayed claim:

- Insured requested and received an extension from Rain and Hail

WBA          _WBA_          Adjuster

©NCIS 7101 Rev. 96

PAGE 1 of 1
Case 3:18-bk-04194-JAF  Doc 165-4  Filed 04/07/21  Page 288 of 372
Crop Insurance Serviced by Watts and Associates

# PRODUCTION WORKSHEET/PROOF OF LOSS

| Company: AGRI GENERAL INSURANCE COMPANY | | |
|---|---|---|

| | | | ADJUSTER | LOSS TYPE | BATCH DATE | PAGE |
|---|---|---|---|---|---|---|
| MP-0750018 | 20-005177 | BG8 | WBA | U | 08/14/2020 | |

| PRODUCER/OWNER INFORMATION | AGENCY INFORMATION | CROP/PLAN | UNIT NO. | INTENDED USE | PRICE/LEVEL | CROP YEAR | LOCATION DESCRIPTION |
|---|---|---|---|---|---|---|---|
| ONEIDA POTATO EXCHANGE<br>5818 FIRE LN<br>RHINELANDER, WI 54501-0000 | PROGRESSIVE AG<br>417 38TH ST SW STE A<br>FARGO, ND 58103-6508 | 84-PTATO<br>90-APH | 1.02 OU | OT | $12.25  0.75 | 2020 | 29  12 S  29 E<br>BARN |

| PHONE | SSN/EIN | ENTITY | PHONE | CODE | CAUSE(S) OF DAMAGE | 31 - Excess Moisture/Precipit |
|---|---|---|---|---|---|---|
| 715-272-1192 | XXXXX4830 | LLC | 701-277-9210 | 777230 | DATE(S) OF DAMAGE | 04/2020 |

| STATE: FLORIDA | CODE:  9 | INSURED CAUSE % | 100 |
|---|---|---|---|

| COUNTY: FLAGLER | CODE: 35 | LOSS PAYABLE TO ME AND | NO OTHERS |
|---|---|---|---|

## SECTION I - ACREAGE APPRAISED, PRODUCTION AND ADJUSTMENTS

### A. ACTUARIAL

| Policy/Yield Line | 16 Field ID | 17 Multi-Crop Code | 18 Reported Acres | 19 Determined Acres | 20 Interest or Share | 21 Risk | 22-24 Type/Class /Sub-Class | 26-28 Irr, Cropping, Organic Practice | Farm Serial No. | 29 Stage | 30 Use of Acreage | B. POTENTIAL YLD PER ACRE 31 Appraised Potential | 32a Moisture % / 32b Factor | 33 Shell % Factor or Value | C. TOTAL POTENTIAL PRODUCTION YIELD 34 Production Pre QA | 35 Quality Factor | 36 Production Post QA | 37 Uninsured Causes | 38 Total to Count | D. STAGE GUARANTEE Per Acre | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5.0<br>20.0 | | NS | 41.0 | 41.0 | 0.5 | 000 | GRPB(2610) | IRRIGATED (20) | 310 | H | H<br>N/A | | | | | | | | | 185.3 | 7,597 |

| 39. TOTALS | 41.0 | 41.0 | OTHER PERSON SHARING: BOARDWALK FARMS | 42.TOTALS | 0 | 0 | 0 | 0 | 7,597.0 |
|---|---|---|---|---|---|---|---|---|---|

40. Quality: TW ☐ KD ☐ Aflatoxin ☐ Vomitoxin ☐ Fumonisin ☐ Garlicky ☐ Dark Roast ☐ Sclerotinia ☐ Ergoty ☐ CoFo ☐ Other ☐ None ☒   41. Do any mycotoxins exceed FDA, State or other health organization maximum limits? Yes ☐ No ☒

| 14. Date(s) Notice of Loss | | | |
|---|---|---|---|
| 1st Notice<br>03/16/2020 | 2nd Notice<br>04/30/2020 | Final Notice | Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was planted and incurred an indemnity within the same crop year? Yes ☐ No ☒ |

Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was prevented from being planted within the same crop year? Yes ☐ No ☒

## SECTION II - HARVESTED PRODUCTION

43. Date Harvest Completed:  06/11/2020   44. Is damage similar to other farms in the area? Yes ☒ No ☐   45. Assignment of Indemnity? Yes ☐ No ☒   46. Transfer of Right to Indemnity? Yes ☐ No ☒

### A. MEASUREMENTS | B. GROSS PRODUCTION | C. ADJUSTMENTS TO HARVESTED PRODUCTION

| 47a Share / 47b Field ID | 48 Multi-Crop Code | 49 Length or Diameter | 50 Width | 51 Depth | 52 Deduction | 53 Net Cubic Feet | 54 Conversion Factor | 55 Gross Production | 56 Bu. Ton. Lbs. Cwt. | 57 Shell/ Sugar Factor | 58a Foreign Material % / 58b Factor | 59a Moisture % / 59b Factor | 60a Test WT / 60b Factor | 61 Adjusted Production | 62 Production Not to Count | 63 Production Pre-QA | 64a Value / 64b Mkt. Price | 65 Quality Factor | 66 Production to Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.5<br>5.0 | NS | MBT PRODUCE INC, JACKSONVILLE, FL MULTIPLE | | | | | | 4,348.7 | 4,348.7<br>CWT | | | | | 4,348.7 | 0.0 | 4348.7 | | | 4,348.7 |

I certify that to the best of my knowledge and belief all of the information on this form is correct and complete and that it will be used to determine my loss, if any, for damage to my insured crops. I understand that this Production Worksheet/Proof of Loss and supporting papers are subject to audit and approval by us. I understand that crop insurance is subsidized and reinsured by the Federal Crop Insurance Corporation, an agency of the United States Department of Agriculture (USDA). I accept the Agreed Amount Payable, subject to policy provisions, for damage to my insured crops. I hereby certify that the acreage reports for each insured crop that I submitted are true and correct and that all documents or copies of documents that I have submitted in support of my insurance claim are true, correct and complete. I hereby authorize you to inspect any and all scale tickets, warehouse receipts, inventory records and any other documents that pertain to the crop I have harvested and marketed or that I now have in my possession wherever located. I also hereby expressly authorize you to inspect and copy any and all records of the Farm Service Agency of the USDA, consent to the release of the records that pertain to my farming operation, my production history, and my compliance with program requirements. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes). YES ☒

Under penalties of perjury, I certify that:  1. My taxpayer identification number shown on this form is correct, 2. I am not subject to backup withholding as a result of a failure to report all interest or dividend income, and 3. I am a United States (U.S.) citizen or other U.S. person. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| 67. TOTAL | 4,348.7 |
|---|---|
| 68. SECTION II TOTAL | 4,348.7 |
| 69. SECTION I TOTAL | 0 |
| 70. UNIT TOTAL | 4,348.7 |
| 71. ALLOCATED PROD | 0.0 |
| 72. TOTAL APH PROD | 4,348.7 |

| 73. Adjuster's Signature | Date | 74. Insured's Signature | Date |
|---|---|---|---|
| WBA  WBA | 08/14/2020 | See Attached | 08/14/2020 |

| 73. Adjuster's Signature | Date | 74. Insured's Signature | Date | Unit Guarantee | - | Total Production to Count | = | Deficiency | × | Price Election | × | Share | = | Estimated Indemnity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 08/14/2020 | | 08/14/2020 | 7,597.0 | | 4,348.7 | | 3,248.3 | | $12.25 | | 0.500 | | $19,896 |

SEE REVERSE SIDE OF THIS FORM FOR NONDISCRIMINATION STATEMENT AND PRIVACY ACT STATEMENT.
COMPANY/AGENT COPY                    RH-5008-2019

PAGE 1 of 2
Case 3:18-bk-04194-JAF   Doc 165-4   Filed 04/07/21   Page 289 of 372
Crop Insurance Serviced by Rain and Hail

| Company: AGRI GENERAL INSURANCE COMPANY | | | ADJUSTER | LOSS TYPE | BATCH DATE | PAGE |
|---|---|---|---|---|---|---|
| | | MP-0750018 | 20-005177 | BG8 | WBA | U | 08/14/2020 | |

## PRODUCTION WORKSHEET/PROOF OF LOSS

| PRODUCER/OWNER INFORMATION | AGENCY INFORMATION | CROP/PLAN | UNIT NO. | INTENDED USE | PRICE/LEVEL | CROP YEAR | LOCATION DESCRIPTION |
|---|---|---|---|---|---|---|---|
| ONEIDA POTATO EXCHANGE | PROGRESSIVE AG | 84-PTATO 90-APH | 2.00 OU | OT | $12.25  0.80 | 2020 | 49  9 S  27 E BIG FIELD EAST |

ONEIDA POTATO EXCHANGE
5818 FIRE LN
RHINELANDER, WI 54501-0000

PROGRESSIVE AG
417 38TH ST SW STE A
FARGO, ND 58103-6508

| | | | CAUSE(S) OF DAMAGE | 31 - Excess Moisture/Precipit |
|---|---|---|---|---|

| PHONE | SSN/EIN | ENTITY | PHONE | CODE | DATE(S) OF DAMAGE | 04/2020 |
|---|---|---|---|---|---|---|
| 715-272-1192 | XXXXX4830 | LLC | 701-277-9210 | 777230 | INSURED CAUSE % | 100 |

STATE: FLORIDA    CODE: 9    COUNTY: PUTNAM    CODE: 107

LOSS PAYABLE TO ME AND NO OTHERS

## SECTION I - ACREAGE APPRAISED, PRODUCTION AND ADJUSTMENTS

### A. ACTUARIAL

| Policy / Yield Line | 16 Field ID | 17 Multi-Crop Code | 18 Reported Acres | 19 Determined Acres | 20 Interest or Share | 21 Risk | 22-24 Type/Class /Sub-Class | 26-28 Irr, Cropping, Organic Practice | Farm Serial No. | 29 Stage | 30 Use of Acreage | B. POTENTIAL YLD PER ACRE 31 Appraised Potential | 32a Moisture % 32b Factor | C. TOTAL POTENTIAL PRODUCTION YIELD 33 Shell %, Factor or Value | 34 Production Pre QA | 35 Quality Factor | 36 Production Post QA | 37 Uninsured Causes | 38 Total to Count | D. STAGE GUARANTEE Per Acre | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8.0 24.0 | | NS | 45.0 | 45.0 | 0.5 | 000 | GRPB(2610) | IRRIGATED (20) | 1395 | H | H N/A | | | | | | | | | 214.4 | 9,648 |

**39. TOTALS** 45.0   45.0   OTHER PERSON SHARING: BOARDWALK FARMS   **42.TOTALS** 0 | 0 | | 0 | 9,648.0

40. Quality: TW ☐ KD ☐ Aflatoxin ☐ Vomitoxin ☐ Fumonisin ☐ Garlicky ☐ Dark Roast ☐ Sclerotinia ☐ Ergoty ☐ CoFo ☐ Other ☐ None ☒
41. Do any mycotoxins exceed FDA, State or other health organization maximum limits? Yes ☐ No ☒

| 14. Date(s) Notice of Loss | | |
|---|---|---|
| 1st Notice 03/16/2020 | 2nd Notice 04/30/2020 | Final Notice |

Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was planted and incurred an indemnity within the same crop year? Yes ☐ No ☒

Is any acreage of the damage crop(s) considered a first insured crop which was prevented from being planted within the same crop year? Yes ☐ No ☒

## SECTION II - HARVESTED PRODUCTION

43. Date Harvest Completed: 05/09/2020   44. Is damage similar to other farms in the area? Yes ☒ No ☐   45. Assignment of Indemnity? Yes ☐ No ☒   46. Transfer of Right to Indemnity? Yes ☐ No ☒

### A. MEASUREMENTS / B. GROSS PRODUCTION / C. ADJUSTMENTS TO HARVESTED PRODUCTION

| 47a Share 47b Field ID | 48 Multi-Crop Code | 49 Length or Diameter | 50 Width | 51 Depth | 52 Deduction | 53 Net Cubic Feet | 54 Conversion Factor | 55 Gross Production | 56 Bu. Ton. Lbs. Cwt. | 57 Shell/ Sugar Factor | 58a Foreign Material % 58b Factor | 59a Moisture % 59b Factor | 60a Test WT 60b Factor | 61 Adjusted Production | 62 Production Not to Count | 63 Production Pre-QA | 64a Value 64b Mkt. Price | 65 Quality Factor | 66 Production to Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.5 8.0 | NS | Saratoga Potato Chips, Ft Wayne, In 8446 | | | | | | 442.6 | 442.6 CWT | | | | | 442.6 | 0.0 | 442.6 | | | 442.6 |
| 0.5 8.0 | NS | Saratoga Potato Chips, Ft Wayne, In 8449 | | | | | | 443.8 | 443.8 CWT | | | | | 443.8 | 0.0 | 443.8 | | | 443.8 |
| 0.5 8.0 | NS | Saratoga Potato Chips, Ft Wayne, In 8450 | | | | | | 442.0 | 442.0 CWT | | | | | 442.0 | 0.0 | 442.0 | | | 442.0 |
| 0.5 8.0 | NS | Saratoga Potato Chips, Ft Wayne, In 2464 | | | | | | 461.6 | 461.6 CWT | | | | | 461.6 | 0.0 | 461.6 | | | 461.6 |
| 0.5 8.0 | NS | Saratoga Potato Chips, Ft Wayne, In 8451 | | | | | | 468.2 | 468.2 CWT | | | | | 468.2 | 0.0 | 468.2 | | | 468.2 |

| 67. TOTAL | 5,655.2 | 68. SECTION II TOTAL | 5,655.2 |
|---|---|---|---|
| | | 69. SECTION I TOTAL | 0 |
| | | 70. UNIT TOTAL | 5,655.2 |
| | | 71. ALLOCATED PROD | 0.0 |
| | | 72. TOTAL APH PROD | 5,655.2 |

I certify that, to the best of my knowledge and belief all of the information on this form is correct and complete and that it will be used to determine my loss, if any, for damage to my insured crops. I understand that this Production Worksheet/Proof of Loss and supporting papers are subject to audit and approval by us. I understand that this crop insurance is subsidized and reinsured by the Federal Crop Insurance Corporation, an agency of the United States Department of Agriculture (USDA). I accept the Agreed Amount Payable, subject to policy provisions, for damage to my insured crops. I hereby certify that the acreage reports for each insured crop that I submitted are true and correct and that all documents or copies of documents that I have submitted in support of my insurance claim are true, correct and complete. I hereby authorize you to inspect any and all scale tickets, warehouse receipts, inventory records and any other documents that pertain to the crop I have harvested and marketed or that I now have in my possession wherever located. I also hereby expressly authorize you to inspect and copy any and all records of the Farm Service Agency of the USDA, consent to the release of the records that pertain to my farming operation, my production history, and my compliance with program requirements. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes).   YES ☒

Under penalties of perjury, I certify that:  1. My taxpayer identification number shown on this form is correct, 2. I am not subject to backup withholding as a result of a failure to report all interest or dividend income, and 3. I am a United States (U.S.) citizen or other U.S. person.  The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| 73. Adjuster's Signature | Date | | 74. Insured's Signature | Date |
|---|---|---|---|---|
| WBA | 08/14/2020 | | See attached | 08/14/2020 |
| 73. Adjuster's Signature | Date | | 74. Insured's Signature | Date |
| | 08/14/2020 | | | 08/14/2020 |

| Total Unit Guarantee | - | Total Production to Count | = | Deficiency | × | Price Election | × | Share | = | Estimated Indemnity |
|---|---|---|---|---|---|---|---|---|---|---|
| 9,648.0 | | 5,655.2 | | 3,992.8 | | $12.25 | | 0.500 | | $24,456 |

SEE REVERSE SIDE OF THIS FORM FOR NONDISCRIMINATION STATEMENT AND PRIVACY ACT STATEMENT.

COMPANY/AGENT COPY

RH-5008-2019

**Continuation Sheet – Harvested Production**

| 1. Crop/Code # | 2. Unit # | 3. Location Description | | 7. Company | AGRI GENERAL INSURANCE COMPANY | | 8. Name of Insured | ONEIDA POTATO EXCHANGE |
|---|---|---|---|---|---|---|---|---|
| PTATO 84 | 2.00 OU | | | Agency | PROGRESSIVE AG | | | |

| 9. Claim # | 10. Policy # | 11. Crop Year |
|---|---|---|
| 20-005177 | MP-0750018 | 2020 |

**SECTION II – DETERMINED HARVESTED PRODUCTION**

**A. MEASUREMENTS** / **B. GROSS PRODUCTION** / **C. ADJUSTMENTS TO HARVESTED PRODUCTION**

| 47a/47b Share/Field ID | 48 Multi-Crop Code | 49 Length or Diameter | 50 Width | 51 Depth | 52 Deduction | 53 Net Cubic Feet | 54 Conversion Factor | 55 Gross Prod. | 56 Bu., Ton, Lbs., CWT. | 57 Shell/Sugar Factor | 58a/58b FM % Factor | 59a/59b Moisture % Factor | 60a/60b Test WT Factor | 61 Adjusted Production | 62 Production Not to Count | 63 Production Pre-QA | 64a/64b Value Mkt. Price | 65 Quality Factor | 66 Production to Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.500 / 8.0 | NS | Saratoga Potato Chips, Ft Wayne, In 8452 | | | | | | 447.4 | 447.4 CWT | | | | | 447.4 | 0.0 | 447.4 | | | 447.4 |
| 0.500 / 8.0 | NS | Saratoga Potato Chips, Ft Wayne, In 8453 | | | | | | 447.2 | 447.2 CWT | | | | | 447.2 | 0.0 | 447.2 | | | 447.2 |
| 0.500 / 8.0 | NS | Saratoga Potato Chips, Ft Wayne, In 8454 | | | | | | 473.4 | 473.4 CWT | | | | | 473.4 | 0.0 | 473.4 | | | 473.4 |
| 0.500 / 8.0 | NS | Saratoga Potato Chips, Ft Wayne, In 2468 | | | | | | 573.6 | 573.6 CWT | | | | | 573.6 | 0.0 | 573.6 | | | 573.6 |
| 0.500 / 8.0 | NS | Saratoga Potato Chips, Ft Wayne, In 2467 | | | | | | 298.4 | 298.4 CWT | | | | | 298.4 | 0.0 | 298.4 | | | 298.4 |
| 0.500 / 8.0 | NS | Saratoga Potato Chips, Ft Wayne, In 235829 | | | | | | 280.8 | 280.8 CWT | | | | | 280.8 | 0.0 | 280.8 | | | 280.8 |
| 0.500 / 8.0 | NS | Sterzing, Burlington, Ia 11192 | | | | | | 428.4 | 428.4 CWT | | | | | 428.4 | 0.0 | 428.4 | | | 428.4 |
| 0.500 / 8.0 | NS | Sterzing, Massillon, Oh 24149 | | | | | | 447.8 | 447.8 CWT | | | | | 447.8 | 0.0 | 447.8 | | | 447.8 |
| | | | | | | | | | TOTAL for Policy Line 8.0 | | | | | 5655.2 | | | | | 5655.2 |

| 67. SECTION II SUBTOTAL (Add to Section II Total on Page I) | 68. SECTION II SUBTOTAL (Add to Section II Total on Page I) |
|---|---|
| 3397.0 | 3397.0 |

©NCIS–M910_Rev 12-2013    (See Reverse Side For Required Statements)    75. Page ___ of ___

# PRODUCTION WORKSHEET/PROOF OF LOSS

| Company: AGRI GENERAL INSURANCE COMPANY | | ADJUSTER | LOSS TYPE | BATCH DATE | PAGE |
|---|---|---|---|---|---|
| Crop Insurance Serviced by Claims and Staff | | BG8 | WBA | U | 08/14/2020 | |

| MP-0750018 | 20-005177 | | | | |
|---|---|---|---|---|---|

| PRODUCER/OWNER INFORMATION | AGENCY INFORMATION | CROP/PLAN | UNIT NO. | INTENDED USE | PRICE/LEVEL | CROP YEAR | LOCATION DESCRIPTION |
|---|---|---|---|---|---|---|---|
| ONEIDA POTATO EXCHANGE 5818 FIRE LN RHINELANDER, WI 54501-0000 | PROGRESSIVE AG 417 38TH ST SW STE A FARGO, ND 58103-6508 | 84-PTATO 90-APH | 3.04 OU | OT | $12.25 0.75 | 2020 | 35, 13 S 29 E CO RD 135 |

| PHONE | SSN/EIN | ENTITY | PHONE | CODE | CAUSE(S) OF DAMAGE | 31 - Excess Moisture/Precipit |
|---|---|---|---|---|---|---|
| 715-272-1192 | XXXXX4830 | LLC | 701-277-9210 | 777230 | DATE(S) OF DAMAGE | 04/2020 |

| STATE: FLORIDA | CODE: 9 | COUNTY: FLAGLER | CODE: 35 | INSURED CAUSE % | 100 |
|---|---|---|---|---|---|

LOSS PAYABLE TO ME AND NO OTHERS

## SECTION I - ACREAGE APPRAISED, PRODUCTION AND ADJUSTMENTS

### A. ACTUARIAL

| Policy / Yield Line | 16 Field ID | 17 Multi-Crop Code | 18 Reported Acres | 19 Determined Acres | 20 Interest or Share | 21 Risk | 22-24 Type/Class /Sub-Class | 26-28 Irr, Cropping, Organic Practice | Farm Serial No. | 29 Stage | 30 Use of Acreage | B. POTENTIAL YLD PER ACRE 31 Appraised Potential | C. TOTAL POTENTIAL PRODUCTION YIELD 32a Moisture % 32b Factor | 33 Shell %, Factor or Value | 34 Production Pre QA | 35 Quality Factor | 36 Production Post QA | 37 Uninsured Causes | 38 Total to Count | D. STAGE GUARANTEE Per Acre | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.0 22.0 | | NS | 51.7 | 51.7 | 0.5 | 000 | GRPB(2610) | IRRIGATED (20) | 389 | H | H N/A | | | | | | | | | 185.3 | 9,580 |

| 39. TOTALS | 51.7 | 51.7 | OTHER PERSON SHARING: JULINGTON CREEK FARMS | 42.TOTALS | 0 | | 0 | 0 | 0 | 9,580.0 |
|---|---|---|---|---|---|---|---|---|---|---|

40. Quality: TW ☐ KD ☐ Aflatoxin ☐ Vomitoxin ☐ Fumonisin ☐ Garlicky ☐ Dark Roast ☐ Sclerotinia ☐ Ergoty ☐ CoFo ☐ Other ☐ None ☒     41. Do any mycotoxins exceed FDA, State or other health organization maximum limits? Yes ☐ No ☒

| 14. Date(s) Notice of Loss | | | |
|---|---|---|---|
| 1st Notice 03/16/2020 | 2nd Notice 04/30/2020 | Final Notice | |

Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was planted and incurred an indemnity within the same crop year? Yes ☐ No ☒

Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was prevented from being planted within the same crop year? Yes ☐ No ☒

## SECTION II - HARVESTED PRODUCTION

| 43. Date Harvest Completed: 06/11/2020 | 44. Is damage similar to other farms in the area? Yes ☒ No ☐ | 45. Assignment of Indemnity? Yes ☐ No ☒ | 46. Transfer of Right to Indemnity? Yes ☐ No ☒ |
|---|---|---|---|

### A. MEASUREMENTS  B. GROSS PRODUCTION  C. ADJUSTMENTS TO HARVESTED PRODUCTION

| 47a Share 47b Field ID | 48 Multi-Crop Code | 49 Length or Diameter | 50 Width | 51 Depth | 52 Deduc-tion | 53 Net Cubic Feet | 54 Conversion Factor | 55 Gross Production | 56 Bu. Ton. Lbs. Cwt. | 57 Shell/Sugar Factor | 58a Foreign Material % 58b Factor | 59a Moisture % 59b Factor | 60a Test WT 60b Factor | 61 Adjusted Production | 62 Production Not to Count | 63 Production Pre-QA | 64a Value 64b Mkt. Price | 65 Quality Factor | 66 Production to Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.5 3.0 | NS | MBT PRODUCE INC, JACKSONVILLE, FL 12 LOADS | | | | | | 5,641.5 | 5,641.5 CWT | | | | | 5,641.5 | 0.0 | 5641.5 | | | 5,641.5 |

I certify that to the best of my knowledge and belief all of the information on this form is correct and complete and that it will be used to determine my loss, if any, for damage to my insured crops. I understand that this Production Worksheet/Proof of Loss and supporting papers are subject to audit and approval by us. I understand that crop insurance is subsidized and reinsured by the Federal Crop Insurance Corpora-tion, an agency of the United States Department of Agriculture (USDA). I accept the Agreed Amount Payable, subject to policy provisions, for damage to my insured crops. I hereby certify that the acreage reports for each insured crop that I submitted are true and correct and that all documents or copies of documents that I have submitted in support of my insurance claim are true, correct and complete. I hereby authorize you to inspect any and all scale tickets, warehouse receipts, inventory records and any other documents that pertain to the crop I have harvested and marketed or that I now have in my possession wherever located. I also hereby expressly authorize you to inspect and copy any and all records of the Farm Service Agency of the USDA, consent to the release of the records that pertain to my farming operation, my production history, and my compliance with program requirements. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes). YES ☒

Under penalties of perjury, I certify that:  1. My taxpayer identification number shown on this form is correct, 2. I am not subject to backup withholding as a result of a failure to report all interest or dividend income, and 3. I am a United States (U.S.) citizen or other U.S. person. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| 67. TOTAL | 5,641.5 |
|---|---|
| 68. SECTION II TOTAL | 5,641.5 |
| 69. SECTION I TOTAL | 0 |
| 70. UNIT TOTAL | 5,641.5 |
| 71. ALLOCATED PROD | 0.0 |
| 72. TOTAL APH PROD | 5,641.5 |

| 73. Adjuster's Signature WBA | Date 08/14/2020 | 74. Insured's Signature See Attached | Date 08/14/2020 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 73. Adjuster's Signature | Date 08/14/2020 | 74. Insured's Signature | Date 08/14/2020 | Unit Guarantee 9,580.0 | - Total Production to Count 5,641.5 | = Deficiency 3,938.5 | × Price Election $12.25 | × Share 0.500 | = Estimated Indemnity $24,123 |

SEE REVERSE SIDE OF THIS FORM FOR NONDISCRIM-INATION STATEMENT AND PRIVACY ACT STATEMENT.
COMPANY/AGENT COPY                                    RH-5008-2019

PAGE 1 of 1
Case 3:18-bk-04194-JAF   Doc 165-4   Filed 04/07/21   Page 292 of 372
Crop Insurance Serviced by Claims and Pal...

**Company:** AGRI GENERAL INSURANCE COMPANY

## PRODUCTION WORKSHEET/PROOF OF LOSS

| | | |
|---|---|---|
| MP-0750018 | 20-005177 | BG8 |

| ADJUSTER | LOSS TYPE | BATCH DATE | PAGE |
|---|---|---|---|
| WBA | U | 08/14/2020 | |

### PRODUCER/OWNER INFORMATION

ONEIDA POTATO EXCHANGE
5818 FIRE LN
RHINELANDER, WI 54501-0000

### AGENCY INFORMATION

PROGRESSIVE AG
417 38TH ST SW STE A
FARGO, ND 58103-6508

| CROP/PLAN | UNIT NO. | INTENDED USE | PRICE/LEVEL | CROP YEAR | LOCATION DESCRIPTION |
|---|---|---|---|---|---|
| 84-PTATO 90-APH | 4.06 OU | OT | $12.25  0.75 | 2020 | 30  15 S  29 E  30  15 S  29 E  BACK, HOME |

| PHONE | SSN/EIN | ENTITY |
|---|---|---|
| 715-272-1192 | XXXXX4830 | LLC |

| PHONE | CODE |
|---|---|
| 701-277-9210 | 777230 |

| CAUSE(S) OF DAMAGE | 31 - Excess Moisture/Precipit |
|---|---|
| DATE(S) OF DAMAGE | 04/2020 |
| INSURED CAUSE % | 100 |

STATE: FLORIDA        CODE:  9
COUNTY: FLAGLER        CODE: 35

LOSS PAYABLE TO ME AND
NO OTHERS

## SECTION I - ACREAGE APPRAISED, PRODUCTION AND ADJUSTMENTS

### A. ACTUARIAL

| Policy / Yield Line | 16 Field ID | 17 Multi-Crop Code | 18 Reported Acres | 19 Determined Acres | 20 Interest or Share | 21 Risk | 22-24 Type/Class /Sub-Class | 26-28 Irr, Cropping, Organic Practice | Farm Serial No. | 29 Stage | 30 Use of Acreage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.0 11.0 | | NS | 114.0 | 114.0 | 1 | 000 | GRPB(2610) | IRRIGATED (20) | 310 | H | H N/A |

### B. POTENTIAL YLD PER ACRE

| 31 Appraised Potential | 32a Moisture % 32b Factor |
|---|---|

### C. TOTAL POTENTIAL PRODUCTION YIELD

| 33 Shell %, Factor or Value | 34 Production Pre QA | 35 Quality Factor | 36 Production Post QA | 37 Uninsured Causes | 38 Total to Count |
|---|---|---|---|---|---|
| Options: YAYC | | | | | |

### D. STAGE GUARANTEE

| Per Acre | Total |
|---|---|
| 199.5 | 22,743 |

**39. TOTALS** 114.0   114.0   OTHER PERSON SHARING:

**42. TOTALS** 0   0   0   0   22,743.0

**40. Quality:** ☐ TW ☐ KD ☐ Aflatoxin ☐ Vomitoxin ☐ Fumonisin ☐ Garlicky ☐ Dark Roast ☐ Sclerotinia ☐ Ergoty ☐ CoFo ☐ Other ☒ None
**41.** Do any mycotoxins exceed FDA, State or other health organization maximum limits? Yes ☐ No ☒

| 14. Date(s) Notice of Loss | |
|---|---|
| 1st Notice 03/16/2020 | 2nd Notice 04/30/2020 | Final Notice |

Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was planted and incurred an indemnity within the same crop year? Yes ☐ No ☒
Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was prevented from being planted within the same crop year? Yes ☐ No ☒

## SECTION II - HARVESTED PRODUCTION

**43.** Date Harvest Completed: 06/11/2020   **44.** Is damage similar to other farms in the area? Yes ☒ No ☐   **45.** Assignment of Indemnity? Yes ☐ No ☒   **46.** Transfer of Right to Indemnity? Yes ☐ No ☒

### A. MEASUREMENTS

| 47a Share 47b Field ID | 48 Multi-Crop Code | 49 Length or Diameter | 50 Width | 51 Depth | 52 Deduction |
|---|---|---|---|---|---|
| 1 2.0 | NS | | | | |

### B. GROSS PRODUCTION

| 53 Net Cubic Feet | 54 Conversion Factor | 55 Gross Production | 56 Bu. Ton. Lbs. Cwt. |
|---|---|---|---|
| MBT PRODUCE INC, JACKSONVILLE, FL SEVERAL | | 16,957.1 | 16,957.1 CWT |

### C. ADJUSTMENTS TO HARVESTED PRODUCTION

| 57 Shell/ Sugar Factor | 58a Foreign Material % 58b Factor | 59a Moisture % 59b Factor | 60a Test WT 60b Factor | 61 Adjusted Production | 62 Production Not to Count | 63 Production Pre-QA | 64a Value 64b Mkt. Price | 65 Quality Factor | 66 Production to Count |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 16,957.1 | 0.0 | 16957.1 | | | 16,957.1 |

I certify that to the best of my knowledge and belief all of the information on this form is correct and complete and that it will be used to determine my loss, if any, for damage to my insured crops. I understand that this Production Worksheet/Proof of Loss and supporting papers are subject to audit and approval by us. I understand that crop insurance is subsidized and reinsured by the Federal Crop Insurance Corporation, an agency of the United States Department of Agriculture (USDA). I accept the Agreed Amount Payable, subject to policy provisions, for damage to my insured crops. I hereby certify that the acreage reports for each insured crop that I submitted are true and correct and that all documents or copies of documents that I have submitted in support of my insurance claim are true, correct and complete. I hereby authorize you to inspect any and all scale tickets, warehouse receipts, inventory records and any other documents that pertain to the crop I have harvested and marketed or that I now have in my possession wherever located. I also hereby expressly authorize you to inspect and copy any and all records of the Farm Service Agency of the USDA, consent to the release of the records that pertain to my farming operation, my production history, and my compliance with program requirements. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes).

Under penalties of perjury, I certify that:  1. My taxpayer identification number shown on this form is correct, 2. I am not subject to backup withholding as a result of a failure to report all interest or dividend income, and 3. I am a United States (U.S.) citizen or other U.S. person. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | | |
|---|---|---|
| 67. TOTAL | 16,957.1 | |
| 68. SECTION II TOTAL | | 16,957.1 |
| 69. SECTION I TOTAL | | 0 |
| 70. UNIT TOTAL | | 16,957.1 |
| 71. ALLOCATED PROD | | 0.0 |
| 72. TOTAL APH PROD | | 16,957.1 |

YES ☒

| 73. Adjuster's Signature | Date |
|---|---|
| [signature] WBA | 08/14/2020 |

| 74. Insured's Signature | Date |
|---|---|
| See Attached | 08/14/2020 |

| 73. Adjuster's Signature | Date |
|---|---|
| | 08/14/2020 |

| 74. Insured's Signature | Date |
|---|---|
| | 08/14/2020 |

| Unit Guarantee | - | Total Production to Count | = | Deficiency | × | Price Election | × | Share | = | Estimated Indemnity |
|---|---|---|---|---|---|---|---|---|---|---|
| 22,743.0 | | 16,957.1 | | 5,785.9 | | $12.25 | | 1.000 | | $70,877 |

*SEE REVERSE SIDE OF THIS FORM FOR NONDISCRIMINATION STATEMENT AND PRIVACY ACT STATEMENT.*
**COMPANY/AGENT COPY**                    RH-5008-2019

PAGE 1 of 1

| Company: AGRI GENERAL INSURANCE COMPANY | | | ADJUSTER | LOSS TYPE | BATCH DATE | PAGE |
|---|---|---|---|---|---|---|
| Crop Insurance Serviced by Farmers Mutual Hail | | | WBA | U | 08/14/2020 | |

**PRODUCTION WORKSHEET/PROOF OF LOSS**

| | | |
|---|---|---|
| MP-0750018 | 20-005177 | BG8 |

| PRODUCER/OWNER INFORMATION | AGENCY INFORMATION | CROP/PLAN | UNIT NO. | INTENDED USE | PRICE/LEVEL | CROP YEAR | LOCATION DESCRIPTION |
|---|---|---|---|---|---|---|---|
| ONEIDA POTATO EXCHANGE 5818 FIRE LN RHINELANDER, WI 54501-0000 | PROGRESSIVE AG 417 38TH ST SW STE A FARGO, ND 58103-6508 | 84-PTATO 90-APH | 4.09 OU | OT | $12.25 0.75 | 2020 | 33 12 S 29 E JOHNNY P |

| PHONE | SSN/EIN | ENTITY | PHONE | CODE | CAUSE(S) OF DAMAGE |
|---|---|---|---|---|---|
| 715-272-1192 | XXXXX4830 | LLC | 701-277-9210 | 777230 | 31 - Excess Moisture/Precipit |

STATE: FLORIDA   CODE: 9   COUNTY: FLAGLER   CODE: 35

DATE(S) OF DAMAGE: 04/2020

INSURED CAUSE %: 100

LOSS PAYABLE TO ME AND NO OTHERS

## SECTION I - ACREAGE APPRAISED, PRODUCTION AND ADJUSTMENTS

### A. ACTUARIAL

| Policy / Yield Line | 16 Field ID | 17 Multi-Crop Code | 18 Reported Acres | 19 Determined Acres | 20 Interest or Share | 21 Risk | 22-24 Type/Class /Sub-Class | 26-28 Irr, Cropping, Organic Practice | Farm Serial No. | 29 Stage | 30 Use of Acreage | B. POTENTIAL YLD PER ACRE 31 Appraised Potential | 32a Moisture % / 32b Factor | C. TOTAL POTENTIAL PRODUCTION YIELD 33 Shell %, Factor or Value | 34 Production Pre QA | 35 Quality Factor | 36 Production Post QA | 37 Uninsured Causes | 38 Total to Count | D. STAGE GUARANTEE Per Acre | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4.0 21.0 | | NS | 28.0 | 28.0 | 1 | 000 | GRPB(2610) | IRRIGATED (20) | 396 | H | H N/A | | | | | | | | | 229.5 | 6,426 |

**39. TOTALS** 28.0   28.0   OTHER PERSON SHARING:   **42.TOTALS** 0   0   0   0   6,426.0

40. Quality: TW ☐ KD ☐ Aflatoxin ☐ Vomitoxin ☐ Fumonisin ☐ Garlicky ☐ Dark Roast ☐ Sclerotinia ☐ Ergoty ☐ CoFo ☐ Other ☐ None ☒   41. Do any mycotoxins exceed FDA, State or other health organization maximum limits? Yes ☐ No ☒

| 14. Date(s) Notice of Loss | | |
|---|---|---|
| 1st Notice 03/16/2020 | 2nd Notice 04/30/2020 | Final Notice |

Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was planted and incurred an indemnity within the same crop year? Yes ☐ No ☒

Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was prevented from being planted within the same crop year? Yes ☐ No ☒

## SECTION II - HARVESTED PRODUCTION

43. Date Harvest Completed: 06/11/2020   44. Is damage similar to other farms in the area? Yes ☒ No ☐   45. Assignment of Indemnity? Yes ☐ No ☒   46. Transfer of Right to Indemnity? Yes ☐ No ☒

### A. MEASUREMENTS / B. GROSS PRODUCTION / C. ADJUSTMENTS TO HARVESTED PRODUCTION

| 47a Share 47b Field ID | 48 Multi-Crop Code | 49 Length or Diameter | 50 Width | 51 Depth | 52 Deduction | 53 Net Cubic Feet | 54 Conversion Factor | 55 Gross Production | 56 Bu. Ton. Lbs. Cwt. | 57 Shell/ Sugar Factor | 58a Foreign Material % 58b Factor | 59a Moisture % 59b Factor | 60a Test WT 60b Factor | 61 Adjusted Production | 62 Production Not to Count | 63 Production Pre-QA | 64a Value 64b Mkt. Price | 65 Quality Factor | 66 Production to Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. 4.0 | NS | MBT PRODUCE INC, JACKSONVILLE. FL 6 LOADS | | | | | | 2,717.6 | 2,717.6 CWT | | | | | 2,717.6 | 0.0 | 2717.6 | | | 2,717.6 |

I certify that to the best of my knowledge and belief all of the information on this form is correct and complete and that it will be used to determine my loss, if any, for damage to my insured crops. I understand that this Production Worksheet/Proof of Loss and supporting papers are subject to audit and approval by us. I understand that crop insurance is subsidized and reinsured by the Federal Crop Insurance Corporation, an agency of the United States Department of Agriculture (USDA). I accept the Agreed Amount Payable, subject to policy provisions, for damage to my insured crops. I hereby certify that the acreage reports for each insured crop that I submitted are true and correct and that all documents or copies of documents that I have submitted in support of my insurance claim are true, correct and complete. I hereby authorize you to inspect any and all scale tickets, warehouse receipts, inventory records and any other documents that pertain to the crop I have harvested and marketed or that I now have in my possession wherever located. I also hereby expressly authorize you to inspect and copy any and all records of the Farm Service Agency of the USDA, consent to the release of the records that pertain to my farming operation, my production history, and my compliance with program requirements. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes). YES ☒

Under penalties of perjury, I certify that: 1. My taxpayer identification number shown on this form is correct, 2. I am not subject to backup withholding as a result of a failure to report all interest or dividend income, and 3. I am a United States (U.S.) citizen or other U.S. person. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| 67. TOTAL | 2,717.6 |
|---|---|
| 68. SECTION II TOTAL | 2,717.6 |
| 69. SECTION I TOTAL | 0 |
| 70. UNIT TOTAL | 2,717.6 |
| 71. ALLOCATED PROD | 0.0 |
| 72. TOTAL APH PROD | 2,717.6 |

| 73. Adjuster's Signature | Date | 74. Insured's Signature | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| WBA WBA | 08/14/2020 | See Attached | 08/14/2020 | Unit Guarantee | - | Total Production to Count | = Deficiency | × Price Election | × Share | = Estimated Indemnity |
| 73. Adjuster's Signature | Date 08/14/2020 | 74. Insured's Signature | Date 08/14/2020 | 6,426.0 | | 2,717.6 | 3,708.4 | $12.25 | 1.000 | $45.428 |

SEE REVERSE SIDE OF THIS FORM FOR NONDISCRIM-INATION STATEMENT AND PRIVACY ACT STATEMENT.

COMPANY/AGENT COPY

RH-5008-2019

## PLANTED FIRST INSURED CROP DECLARATION FORM

| Insured Name | | | | | Policy Number | | Company Name |
|---|---|---|---|---|---|---|---|
| ONEIDA POTATO EXCHANGE | | | | | MP-0750018  AGRI GENERAL INSURANC... | | |

| Claim Number | | | Crop Year | | County | | |
|---|---|---|---|---|---|---|---|
| 20-005177 | | | 2020 | | PUTNAM, FLAGLER | | |

| Unit Number (First Crop) | Line Number | Yield Number | Legal Description/FSN | First Insured Crop | Intended Second Crop | Option Number | Acres |
|---|---|---|---|---|---|---|---|
| 1.02 OU | 5.0 | 20 | 310 | PTATO (0084) | N/A | 1 (NS) | 41 |
| 2.00 OU | 8.0 | 24 | 1395 | PTATO (0084) | N/A | 1 (NS) | 45 |
| 3.04 OU | 3.0 | 22 | 389 | PTATO (0084) | N/A | 1 (NS) | 51.7 |
| 4.06 OU | 2.0 | 11 | 310 | PTATO (0084) | N/A | 1 (NS) | 114 |
| 4.09 OU | 4.0 | 21 | 396 | PTATO (0084) | N/A | 1 (NS) | 28 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Enter the applicable option number(s) in the above table (First Crop **Planted Acreage**):

1. I certify that I will **not plant a second crop** on the same acreage where the first insured crop is planted. The first crop premium and indemnity will be reduced by 65% if a second crop is planted (by you or another person or entity), insured, and has a payable indemnity (handled in accordance with option number three below). You will also be responsible for notifying us of this change in your intentions and repaying any overpayment on the first insured crop. **(Code NS)**

2. I elect to **NOT insure** any acreage of a second crop planted on the same acreage as any planted first insured crop in the unit (decision applies to all second crop acreage on a first insured crop unit basis). **(Code WI)**

3. I certify that I will **insure** the acreage of a second crop planted on the same acreage as any planted first insured crop in accordance with my policy provisions (regardless of whether the acreage is insured with a different insurance provider or planted and insured by a different person or entity). **I also agree to accept whatever option results in the greatest number of net dollars between the additional first crop indemnity (less additional first crop premium) and any potential second crop indemnity, UNLESS this amount is limited by the terms of the policy provisions. (Code IR)**

4. I certify that I will **insure** the acreage of a second crop planted on the same acreage as any planted first insured crop in accordance with my policy provisions (regardless of whether the acreage is insured with a different insurance provider or planted and insured by a different person or entity). I have, and am submitting, acceptable records to show that I have **double cropped acreage in at least two of the last four crop years** in which the first insured crop was planted in the county or can show that the applicable acreage was double cropped in at least two of the last four crop years in which the first insured crop was grown on it. I also agree that if I have planted more double cropped acres than can be supported by my records, the extra acres will be handled in accordance with the applicable option number elected above for such acreage. **(Code DC)**

5. I certify that I will plant and insure a second crop on the same acreage where the first insured crop is planted. The first insured crop acreage in this situation does not contribute to the first insured crop unit loss which results in such acreage not being subject to an indemnity reduction. This code is used when no other multiple cropping code applies to such acreage and a 100% indemnity is applicable. **(Code FC)**

A second crop is defined as the next occurrence of planting any agricultural commodity for harvest following a first insured crop on the same acreage. A cover crop, planted after a first insured crop and planted for the purpose of haying grazing or otherwise harvesting in any manner, or that is hayed or grazed prior to November 1 of the current crop year, or otherwise harvested at any time, is considered a second crop. It is not considered a second crop if a volunteer crop or cover crop is not intended to be hayed, grazed or otherwise harvested (i.e. green manure, erosion control etc.), or is hayed or grazed on or after November 1 of the current crop year.

I certify that to the best of my knowledge and belief all of the information on this form is correct. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes).

| Insured's Signature | Date | |
|---|---|---|
| *See Attached* | 08/14/2020 | Page 1 of 1 |

| Policy No. MP-0750018 | Claim No. 20-005177 | Division 8 | Document Name: Field - image1588700871965.jpg | GPS Coordinates: 29.6808735, -81.5648629 Accurate within 5 meters (16.4 ft) |









**USDA**

U.S. DEPARTMENT OF AGRICULTURE
AGRICULTURAL MARKETING SERVICE
FRUIT AND VEGETABLE PROGRAMS

S- 595671

☐ SUBLOT

## FEDERAL-STATE INSPECTION CERTIFICATE

| INSPECTION STARTED: | M M | D D | Y Y | Hour | Min. | A/P | |
|---|---|---|---|---|---|---|---|
| | 0 5 | 0 6 | 2 0 | 1 0 | 0 0 | A M | |

This certificate is issued pursuant to the Agricultural Marketing of 1946, as amended and is admissible as prima facie evidence in all courts of the United States.

| INSPECTION COMPLETED: | M M | D D | Y Y | Hour | Min. | A/P |
|---|---|---|---|---|---|---|
| | 0 5 | 0 6 | 2 0 | 1 0 | 4 5 | A M |

WARNING: Any person who knowingly shall falsely make, issue, alter, forge, or counterfeit this certificate, or participate in any such actions, is subject to a fine of not more than $1,000 or imprisonment for not more than one year, or both.

APPLICANT: *Boardwalk Farms LLC / Oneida Potato Exch*    CITY/STATE: *Hastings, FL*    PLI:

INSPECTION POINT: *Hastings, FL*    OTHER ID:

CONVEYANCE NO. *Lot Inspection*    TYPE:    NOTESHEET NO.

| PRODUCT/VARIETY | *NUMBER AND SIZE OF CONTAINER | DESCRIPTION OF PRODUCT (Brand, Markings, Size, Quality/Condition, etc.) | GRADE | |
|---|---|---|---|---|
| *Round White Potatoes* | *Bulk 25 lbs* | *"No Brand"* | | |
| | | *96% Total defects* | | |
| | | *86% External defects consisting Elephant Hide, Cuts, Growth Cracks. Includes 10% Soft Rot* | *Fails to grade US No. 2* | |
| | | *10% Internal defects consisting of Blackheart Hollow heart with discoloration* | | |
| | | *10% Under 1½ in diameter* | | |

ABOVE PRODUCTS MEET REQUIREMENTS OF MARKETING ORDER:

*VARIETY OF PRODUCT AND NUMBER OF CONTAINERS ARE PROVIDED BY THE APPLICANT AND ARE NOT BEING CERTIFIED BY THE INSPECTOR UNLESS OTHERWISE NOTED.

### FOR DATA ENTRY ONLY

CORRECTS FV-184 CERTIFICATE NUMBER

APPLICANT NO.

21

| CWT | | ON-SITE HOURS | |
| | | OT (hrs.): | |
| | | TRAVEL MILES: | |
| INSPECTED BY | | OT (hrs.): | |
| | | OTHER | |
| | | $ | |

REMARKS:

*Boardwalk Farms LLC / Oneida - Yld 16.0
Lot 9s 27E49, Unit 3.0 Sample submitted by
William Barber Insurance Adjustor
Pd Ck# 5342*

I, the undersigned, a duly authorized inspector of the United States Department of Agriculture, do hereby certify that samples of the herein described product were inspected and the grades as shown by said samples were as herein stated.

*J. Stade*    5874    5/6/2020

INSPECTOR'S SIGNATURE    DATE ISSUED

FEE: $ *50*
O.T.: $
EXP.: $
ESTIMATED TOTAL
$ *50.00*

FORM FV-184 (3/2007) (Previous editions may be used)

ORIGINAL

**RECEIPT** DATE 5-5-2020 No. 723834

RECEIVED FROM 4 C FARMS $ 200.00

Two Hundred Dollars & No/100 ———————— DOLLARS

○ FOR RENT
⊗ FOR  INSPECTION FEE - INSURANCE CLAIM

BOARDWALK + ONIEDA

| ACCOUNT | | ○ CASH |
|---------|---|--------|
| PAYMENT | 200,00 | ○ CHECK |
| BAL. DUE | | ○ MONEY ORDER |
| | | ○ CREDIT CARD |

FROM _____ TO _____

BY _J. Slade_

---

**RECEIPT** DATE 5-5-2020 No. 723833

RECEIVED FROM 4-C FARMS $ 50.00

Fifty dollars, and No/100 ———————— DOLLARS

○ FOR RENT
○ FOR  INSPECTION FEE - INSURANCE CLAIM

KOFLOWSKI CK#5341

| ACCOUNT | | ○ CASH |
|---------|---|--------|
| PAYMENT | 50,00 | ○ CHECK |
| BAL. DUE | ○ | ○ MONEY ORDER |
| | | ○ CREDIT CARD |

CERT#
FROM _____ TO _____

BY _J. Slade_

# Detailed Data
## PRISM Precipitation Data for Single Location and Time Period
### (created 30 Jun 2020)



Location: **Lat: 29.6787 Lon: -81.5641 (Florida - Putnam County); T9S R27E Sec 49**
Elevation: **16 ft**
Start Date: **01 January 2020** Data for this date is **unlikely to change**
End Date: **10 May 2020** Data for this date is **likely to change**
Assessment Basis: **Prior 10 years (2010-2019)**
Plant Hardiness Zone: **9a: 20 to 25 °F**

**Precipitation (total inches)**



**Individual data values for time series**

| Time | Precip | 10yr avg Precip |
|------|--------|-----------------|
| 01-01-2020 | 0.00 | 0.084 |
| 01-02-2020 | 0.00 | 0.085 |
| 01-03-2020 | 0.00 | 0.086 |
| 01-04-2020 | 0.00 | 0.087 |
| 01-05-2020 | 0.56 | 0.089 |
| 01-06-2020 | 0.00 | 0.090 |
| 01-07-2020 | 0.00 | 0.092 |
| 01-08-2020 | 0.00 | 0.094 |
| 01-09-2020 | 0.00 | 0.096 |
| 01-10-2020 | 0.00 | 0.098 |
| 01-11-2020 | 0.00 | 0.100 |
| 01-12-2020 | 0.00 | 0.102 |
| 01-13-2020 | 0.00 | 0.104 |
| 01-14-2020 | 0.00 | 0.107 |
| 01-15-2020 | 0.00 | 0.109 |
| 01-16-2020 | 0.08 | 0.112 |
| 01-17-2020 | 0.00 | 0.115 |
| 01-18-2020 | 0.00 | 0.117 |
| 01-19-2020 | 0.00 | 0.120 |
| 01-20-2020 | 0.04 | 0.122 |
| 01-21-2020 | 0.00 | 0.125 |
| 01-22-2020 | 0.00 | 0.127 |
| 01-23-2020 | 0.00 | 0.129 |
| 01-24-2020 | 0.00 | 0.130 |
| 01-25-2020 | 0.01 | 0.132 |
| 01-26-2020 | 0.00 | 0.133 |
| 01-27-2020 | 0.00 | 0.134 |
| 01-28-2020 | 0.00 | 0.134 |
| 01-29-2020 | 0.00 | 0.134 |
| 01-30-2020 | 0.07 | 0.134 |
| 01-31-2020 | 0.01 | 0.133 |
| 02-01-2020 | 0.01 | 0.132 |
| 02-02-2020 | 0.00 | 0.131 |
| 02-03-2020 | 0.00 | 0.129 |
| 02-04-2020 | 0.00 | 0.127 |
| 02-05-2020 | 0.00 | 0.125 |
| 02-06-2020 | 0.00 | 0.123 |
| 02-07-2020 | 0.58 | 0.120 |
| 02-08-2020 | 0.00 | 0.117 |
| 02-09-2020 | 0.00 | 0.114 |
| 02-10-2020 | 0.00 | 0.111 |
| 02-11-2020 | 0.00 | 0.107 |
| 02-12-2020 | 0.00 | 0.104 |
| 02-13-2020 | 0.00 | 0.101 |
| 02-14-2020 | 0.03 | 0.098 |
| 02-15-2020 | 0.03 | 0.095 |
| 02-16-2020 | 0.00 | 0.092 |
| 02-17-2020 | 0.22 | 0.089 |

| | | |
|---|---|---|
| 02-18-2020 | 0.00 | 0.086 |
| 02-19-2020 | 0.00 | 0.084 |
| 02-20-2020 | 0.00 | 0.081 |
| 02-21-2020 | 0.05 | 0.079 |
| 02-22-2020 | 0.00 | 0.078 |
| 02-23-2020 | 0.00 | 0.076 |
| 02-24-2020 | 0.00 | 0.075 |
| 02-25-2020 | 0.00 | 0.073 |
| 02-26-2020 | 0.20 | 0.072 |
| 02-27-2020 | 0.62 | 0.072 |
| 02-28-2020 | 0.00 | 0.071 |
| 02-29-2020 | 0.00 | 0.071 |
| 03-01-2020 | 0.00 | 0.071 |
| 03-02-2020 | 0.00 | 0.071 |
| 03-03-2020 | 0.00 | 0.071 |
| 03-04-2020 | 0.00 | 0.072 |
| 03-05-2020 | 0.00 | 0.072 |
| 03-06-2020 | 0.07 | 0.073 |
| 03-07-2020 | 0.00 | 0.074 |
| 03-08-2020 | 0.00 | 0.075 |
| 03-09-2020 | 0.00 | 0.077 |
| 03-10-2020 | 0.00 | 0.078 |
| 03-11-2020 | 0.00 | 0.080 |
| 03-12-2020 | 0.00 | 0.082 |
| 03-13-2020 | 0.00 | 0.084 |
| 03-14-2020 | 0.00 | 0.086 |
| 03-15-2020 | 0.00 | 0.089 |
| 03-16-2020 | 0.00 | 0.091 |
| 03-17-2020 | 0.00 | 0.093 |
| 03-18-2020 | 0.00 | 0.096 |
| 03-19-2020 | 0.00 | 0.098 |
| 03-20-2020 | 0.00 | 0.100 |
| 03-21-2020 | 0.00 | 0.103 |
| 03-22-2020 | 0.00 | 0.105 |
| 03-23-2020 | 0.00 | 0.107 |
| 03-24-2020 | 0.00 | 0.109 |
| 03-25-2020 | 0.00 | 0.111 |
| 03-26-2020 | 0.03 | 0.113 |
| 03-27-2020 | 0.00 | 0.114 |
| 03-28-2020 | 0.00 | 0.116 |
| 03-29-2020 | 0.00 | 0.117 |
| 03-30-2020 | 0.00 | 0.118 |
| 03-31-2020 | 0.00 | 0.118 |
| 04-01-2020 | 0.47 | 0.119 |
| 04-02-2020 | 0.00 | 0.119 |
| 04-03-2020 | 0.00 | 0.119 |
| 04-04-2020 | 0.00 | 0.119 |
| 04-05-2020 | 0.00 | 0.119 |
| 04-06-2020 | 0.25 | 0.119 |
| 04-07-2020 | 0.00 | 0.118 |

| | | |
|---|---|---|
| 04-08-2020 | 0.00 | 0.118 |
| 04-09-2020 | 0.00 | 0.117 |
| 04-10-2020 | 0.00 | 0.116 |
| 04-11-2020 | 0.00 | 0.115 |
| 04-12-2020 | 0.00 | 0.115 |
| 04-13-2020 | 0.00 | 0.114 |
| 04-14-2020 | 0.06 | 0.114 |
| 04-15-2020 | 0.40 | 0.113 |
| 04-16-2020 | 0.53 | 0.113 |
| 04-17-2020 | 0.00 | 0.113 |
| 04-18-2020 | 0.00 | 0.113 |
| 04-19-2020 | 0.00 | 0.113 |
| 04-20-2020 | 0.00 | 0.113 |
| 04-21-2020 | 0.09 | 0.114 |
| 04-22-2020 | 0.00 | 0.114 |
| 04-23-2020 | 0.00 | 0.115 |
| 04-24-2020 | 0.85 | 0.116 |
| 04-25-2020 | 0.02 | 0.117 |
| 04-26-2020 | 0.00 | 0.119 |
| 04-27-2020 | 0.00 | 0.120 |
| 04-28-2020 | 0.00 | 0.122 |
| 04-29-2020 | 0.00 | 0.124 |
| 04-30-2020 | 0.35 | 0.125 |
| 05-01-2020 | 0.10 | 0.127 |
| 05-02-2020 | 0.00 | 0.129 |
| 05-03-2020 | 0.00 | 0.131 |
| 05-04-2020 | 0.00 | 0.134 |
| 05-05-2020 | 0.00 | 0.137 |
| 05-06-2020 | 0.00 | 0.139 |
| 05-07-2020 | 0.00 | 0.141 |
| 05-08-2020 | 0.00 | 0.144 |
| 05-09-2020 | 0.00 | 0.146 |
| 05-10-2020 | 0.06 | 0.147 |
| Total | 5.79 | 14.030 |

# Detailed Data
# PRISM Precipitation Data for Single Location and Time Period
## (created 30 Jun 2020)



Location: **Lat: 29.6783 Lon: -81.5641 (Florida - Putnam County); T9S R27E Sec 49**
Elevation: **16 ft**
Start Date: **01 April 2020** Data for this date is **unlikely to change**
End Date: **10 May 2020** Data for this date is **likely to change**
Assessment Basis: **Prior 10 years (2010-2019)**
Plant Hardiness Zone: **9a: 20 to 25 °F**

**Precipitation (total inches)**



**Individual data values for time series**

| Time | Precip | 10yr avg Precip |
|------|--------|------------------|
| 04-01-2020 | 0.47 | 0.118 |
| 04-02-2020 | 0.00 | 0.118 |
| 04-03-2020 | 0.00 | 0.119 |
| 04-04-2020 | 0.00 | 0.119 |
| 04-05-2020 | 0.00 | 0.119 |
| 04-06-2020 | 0.25 | 0.119 |
| 04-07-2020 | 0.00 | 0.119 |
| 04-08-2020 | 0.00 | 0.118 |
| 04-09-2020 | 0.00 | 0.117 |
| 04-10-2020 | 0.00 | 0.116 |
| 04-11-2020 | 0.00 | 0.116 |
| 04-12-2020 | 0.00 | 0.115 |
| 04-13-2020 | 0.00 | 0.114 |
| 04-14-2020 | 0.06 | 0.114 |
| 04-15-2020 | 0.40 | 0.113 |
| 04-16-2020 | 0.53 | 0.113 |
| 04-17-2020 | 0.00 | 0.113 |
| 04-18-2020 | 0.00 | 0.113 |
| 04-19-2020 | 0.00 | 0.113 |
| 04-20-2020 | 0.00 | 0.113 |
| 04-21-2020 | 0.09 | 0.114 |
| 04-22-2020 | 0.00 | 0.114 |
| 04-23-2020 | 0.00 | 0.115 |
| 04-24-2020 | 0.85 | 0.116 |
| 04-25-2020 | 0.02 | 0.117 |
| 04-26-2020 | 0.00 | 0.119 |
| 04-27-2020 | 0.00 | 0.120 |
| 04-28-2020 | 0.00 | 0.122 |
| 04-29-2020 | 0.00 | 0.124 |
| 04-30-2020 | 0.35 | 0.125 |
| 05-01-2020 | 0.10 | 0.127 |
| 05-02-2020 | 0.00 | 0.129 |
| 05-03-2020 | 0.00 | 0.131 |
| 05-04-2020 | 0.00 | 0.134 |
| 05-05-2020 | 0.00 | 0.137 |
| 05-06-2020 | 0.00 | 0.139 |
| 05-07-2020 | 0.00 | 0.141 |
| 05-08-2020 | 0.00 | 0.144 |
| 05-09-2020 | 0.00 | 0.146 |
| 05-10-2020 | 0.06 | 0.147 |
| Total | 3.18 | 4.878 |







| Policy No. MP-0750018 | Claim No. 20-005177 | Division 8 | Document Name: Field - image1591298424756.jpg | GPS Coordinates: 29.7148442, -81.4996416 Accurate within 10 meters (32.8 ft) |



Policy No. MP-0750018          Claim No. 20-003177          Division 8          Document Name: Field - Johnny_P.jpg





# Detailed Data
# PRISM Precipitation Data for Single Location and Time Period
### (created 14 Aug 2020)



Location: **Lat: 29.4327 Lon: -81.3933 (Florida - Flagler County); T12S R29E Sec 29**
Elevation: **20 ft**
Start Date: **01 May 2020** Data for this date is **unlikely to change**
End Date: **20 June 2020** Data for this date is **likely to change**
Assessment Basis: **Prior 10 years (2010-2019)**
Plant Hardiness Zone: **9a: 20 to 25 °F**

**Precipitation (total inches)**



**Individual data values for time series**

| Time | Precip | 10yr avg Precip |
|------|--------|-----------------|
| 05-01-2020 | 0.36 | 0.121 |
| 05-02-2020 | 0.00 | 0.123 |
| 05-03-2020 | 0.00 | 0.123 |
| 05-04-2020 | 0.00 | 0.124 |
| 05-05-2020 | 0.00 | 0.125 |
| 05-06-2020 | 0.00 | 0.125 |
| 05-07-2020 | 0.00 | 0.126 |
| 05-08-2020 | 0.00 | 0.126 |
| 05-09-2020 | 0.00 | 0.127 |
| 05-10-2020 | 0.07 | 0.128 |
| 05-11-2020 | 1.20 | 0.129 |
| 05-12-2020 | 0.00 | 0.129 |
| 05-13-2020 | 0.00 | 0.130 |
| 05-14-2020 | 0.00 | 0.131 |
| 05-15-2020 | 0.00 | 0.133 |
| 05-16-2020 | 0.02 | 0.134 |
| 05-17-2020 | 0.01 | 0.136 |
| 05-18-2020 | 0.00 | 0.138 |
| 05-19-2020 | 0.00 | 0.140 |
| 05-20-2020 | 0.14 | 0.142 |
| 05-21-2020 | 0.00 | 0.144 |
| 05-22-2020 | 0.00 | 0.147 |
| 05-23-2020 | 0.00 | 0.150 |
| 05-24-2020 | 0.00 | 0.153 |
| 05-25-2020 | 0.00 | 0.157 |
| 05-26-2020 | 0.51 | 0.160 |
| 05-27-2020 | 0.00 | 0.164 |
| 05-28-2020 | 0.53 | 0.168 |
| 05-29-2020 | 0.71 | 0.172 |
| 05-30-2020 | 0.58 | 0.176 |
| 05-31-2020 | 1.10 | 0.180 |
| 06-01-2020 | 0.11 | 0.185 |
| 06-02-2020 | 0.02 | 0.189 |
| 06-03-2020 | 0.00 | 0.193 |
| 06-04-2020 | 0.16 | 0.197 |
| 06-05-2020 | 0.08 | 0.201 |
| 06-06-2020 | 0.04 | 0.205 |
| 06-07-2020 | 1.85 | 0.209 |
| 06-08-2020 | 0.87 | 0.213 |
| 06-09-2020 | 0.58 | 0.216 |
| 06-10-2020 | 0.03 | 0.220 |
| 06-11-2020 | 0.96 | 0.223 |
| 06-12-2020 | 0.03 | 0.226 |
| 06-13-2020 | 0.02 | 0.229 |
| 06-14-2020 | 0.05 | 0.232 |
| 06-15-2020 | 0.05 | 0.235 |
| 06-16-2020 | 0.00 | 0.238 |
| 06-17-2020 | 0.00 | 0.240 |

| | | | |
|---|---|---|---|
| 06-18-2020 | | 0.10 | 0.242 |
| 06-19-2020 | | 0.00 | 0.244 |
| 06-20-2020 | | 0.92 | 0.245 |
| | Total | 11.10 | 8.744 |

# Detailed Data
# PRISM Precipitation Data for Single Location and Time Period
## (created 14 Aug 2020)



Location: **Lat: 29.3151 Lon: -81.3329 (Florida - Flagler County); T14S R29E Sec 1**
Elevation: **16 ft**
Start Date: **01 May 2020** Data for this date is **unlikely to change**
End Date: **20 June 2020** Data for this date is **likely to change**
Assessment Basis: **Prior 10 years (2010-2019)**
Plant Hardiness Zone: **9a: 20 to 25 °F**

**Precipitation (total inches)**



**Individual data values for time series**

| Time | Precip | 10yr avg Precip |
|------|--------|-----------------|
| 05-01-2020 | 0.24 | 0.123 |
| 05-02-2020 | 0.00 | 0.125 |
| 05-03-2020 | 0.00 | 0.126 |
| 05-04-2020 | 0.00 | 0.127 |
| 05-05-2020 | 0.00 | 0.128 |
| 05-06-2020 | 0.00 | 0.130 |
| 05-07-2020 | 0.02 | 0.131 |
| 05-08-2020 | 0.00 | 0.133 |
| 05-09-2020 | 0.00 | 0.134 |
| 05-10-2020 | 0.02 | 0.136 |
| 05-11-2020 | 0.05 | 0.138 |
| 05-12-2020 | 0.00 | 0.140 |
| 05-13-2020 | 0.00 | 0.142 |
| 05-14-2020 | 0.00 | 0.144 |
| 05-15-2020 | 0.00 | 0.146 |
| 05-16-2020 | 0.08 | 0.149 |
| 05-17-2020 | 0.01 | 0.151 |
| 05-18-2020 | 0.00 | 0.154 |
| 05-19-2020 | 0.00 | 0.157 |
| 05-20-2020 | 0.00 | 0.160 |
| 05-21-2020 | 0.00 | 0.163 |
| 05-22-2020 | 0.02 | 0.167 |
| 05-23-2020 | 0.02 | 0.171 |
| 05-24-2020 | 0.00 | 0.174 |
| 05-25-2020 | 0.00 | 0.178 |
| 05-26-2020 | 0.47 | 0.182 |
| 05-27-2020 | 0.00 | 0.186 |
| 05-28-2020 | 0.25 | 0.191 |
| 05-29-2020 | 1.99 | 0.195 |
| 05-30-2020 | 1.11 | 0.199 |
| 05-31-2020 | 0.53 | 0.203 |
| 06-01-2020 | 0.05 | 0.207 |
| 06-02-2020 | 0.04 | 0.211 |
| 06-03-2020 | 0.00 | 0.215 |
| 06-04-2020 | 0.28 | 0.218 |
| 06-05-2020 | 0.40 | 0.221 |
| 06-06-2020 | 0.10 | 0.224 |
| 06-07-2020 | 1.28 | 0.227 |
| 06-08-2020 | 0.69 | 0.229 |
| 06-09-2020 | 0.72 | 0.231 |
| 06-10-2020 | 1.44 | 0.233 |
| 06-11-2020 | 0.38 | 0.235 |
| 06-12-2020 | 0.13 | 0.236 |
| 06-13-2020 | 0.01 | 0.238 |
| 06-14-2020 | 0.03 | 0.238 |
| 06-15-2020 | 0.05 | 0.238 |
| 06-16-2020 | 0.00 | 0.239 |
| 06-17-2020 | 0.00 | 0.241 |

| | | |
|---|---|---|
| 06-18-2020 | 0.94 | 0.243 |
| 06-19-2020 | 0.12 | 0.245 |
| 06-20-2020 | 0.53 | 0.247 |
| Total | 12.00 | 9.400 |

# Detailed Data
# PRISM Precipitation Data for Single Location and Time Period
## (created 14 Aug 2020)



Location: **Lat: 29.4338 Lon: -81.4049 (Florida - Flagler County); T12S R29E Sec 30**
Elevation: **20 ft**
Start Date: **01 May 2020** Data for this date is **unlikely to change**
End Date: **20 June 2020** Data for this date is **likely to change**
Assessment Basis: **Prior 10 years (2010-2019)**
Plant Hardiness Zone: **9a: 20 to 25 °F**

**Precipitation (total inches)**



**Individual data values for time series**

| Time | Precip | 10yr avg Precip |
|---|---|---|
| 05-01-2020 | 0.39 | 0.121 |
| 05-02-2020 | 0.00 | 0.123 |
| 05-03-2020 | 0.00 | 0.124 |
| 05-04-2020 | 0.00 | 0.124 |
| 05-05-2020 | 0.00 | 0.125 |
| 05-06-2020 | 0.00 | 0.126 |
| 05-07-2020 | 0.00 | 0.126 |
| 05-08-2020 | 0.00 | 0.126 |
| 05-09-2020 | 0.00 | 0.127 |
| 05-10-2020 | 0.08 | 0.128 |
| 05-11-2020 | 1.12 | 0.128 |
| 05-12-2020 | 0.00 | 0.129 |
| 05-13-2020 | 0.00 | 0.130 |
| 05-14-2020 | 0.00 | 0.131 |
| 05-15-2020 | 0.00 | 0.132 |
| 05-16-2020 | 0.02 | 0.133 |
| 05-17-2020 | 0.02 | 0.135 |
| 05-18-2020 | 0.00 | 0.137 |
| 05-19-2020 | 0.00 | 0.139 |
| 05-20-2020 | 0.14 | 0.141 |
| 05-21-2020 | 0.00 | 0.143 |
| 05-22-2020 | 0.00 | 0.146 |
| 05-23-2020 | 0.00 | 0.149 |
| 05-24-2020 | 0.00 | 0.152 |
| 05-25-2020 | 0.00 | 0.156 |
| 05-26-2020 | 0.49 | 0.159 |
| 05-27-2020 | 0.00 | 0.163 |
| 05-28-2020 | 0.58 | 0.167 |
| 05-29-2020 | 0.54 | 0.171 |
| 05-30-2020 | 0.46 | 0.175 |
| 05-31-2020 | 0.98 | 0.180 |
| 06-01-2020 | 0.09 | 0.184 |
| 06-02-2020 | 0.02 | 0.188 |
| 06-03-2020 | 0.00 | 0.192 |
| 06-04-2020 | 0.20 | 0.197 |
| 06-05-2020 | 0.10 | 0.201 |
| 06-06-2020 | 0.06 | 0.205 |
| 06-07-2020 | 1.81 | 0.209 |
| 06-08-2020 | 0.98 | 0.213 |
| 06-09-2020 | 0.47 | 0.216 |
| 06-10-2020 | 0.05 | 0.220 |
| 06-11-2020 | 0.87 | 0.223 |
| 06-12-2020 | 0.02 | 0.226 |
| 06-13-2020 | 0.02 | 0.229 |
| 06-14-2020 | 0.11 | 0.232 |
| 06-15-2020 | 0.06 | 0.235 |
| 06-16-2020 | 0.00 | 0.237 |
| 06-17-2020 | 0.00 | 0.240 |

| | | | |
|---|---|---|---|
| 06-18-2020 | | 0.10 | 0.241 |
| 06-19-2020 | | 0.00 | 0.243 |
| 06-20-2020 | | 0.82 | 0.244 |
| | Total | 10.60 | 8.720 |

# Detailed Data
# PRISM Precipitation Data for Single Location and Time Period
## (created 14 Aug 2020)



Location: **Lat: 29.4220 Lon: -81.3776 (Florida - Flagler County); T12S R29E Sec 33**
Elevation: **16 ft**
Start Date: **01 May 2020** Data for this date is **unlikely to change**
End Date: **20 June 2020** Data for this date is **likely to change**
Assessment Basis: **Prior 10 years (2010-2019)**
Plant Hardiness Zone: **9a: 20 to 25 °F**

**Precipitation (total inches)**



**Individual data values for time series**

| Time | Precip | 10yr avg Precip |
|------|--------|-----------------|
| 05-01-2020 | 0.33 | 0.120 |
| 05-02-2020 | 0.00 | 0.121 |
| 05-03-2020 | 0.00 | 0.122 |
| 05-04-2020 | 0.00 | 0.123 |
| 05-05-2020 | 0.00 | 0.124 |
| 05-06-2020 | 0.00 | 0.125 |
| 05-07-2020 | 0.00 | 0.126 |
| 05-08-2020 | 0.00 | 0.127 |
| 05-09-2020 | 0.00 | 0.128 |
| 05-10-2020 | 0.08 | 0.129 |
| 05-11-2020 | 1.18 | 0.130 |
| 05-12-2020 | 0.00 | 0.131 |
| 05-13-2020 | 0.00 | 0.132 |
| 05-14-2020 | 0.00 | 0.134 |
| 05-15-2020 | 0.00 | 0.135 |
| 05-16-2020 | 0.02 | 0.137 |
| 05-17-2020 | 0.02 | 0.139 |
| 05-18-2020 | 0.00 | 0.141 |
| 05-19-2020 | 0.00 | 0.143 |
| 05-20-2020 | 0.14 | 0.146 |
| 05-21-2020 | 0.00 | 0.149 |
| 05-22-2020 | 0.00 | 0.152 |
| 05-23-2020 | 0.00 | 0.155 |
| 05-24-2020 | 0.00 | 0.158 |
| 05-25-2020 | 0.00 | 0.162 |
| 05-26-2020 | 0.51 | 0.165 |
| 05-27-2020 | 0.01 | 0.169 |
| 05-28-2020 | 0.47 | 0.173 |
| 05-29-2020 | 0.85 | 0.177 |
| 05-30-2020 | 0.65 | 0.181 |
| 05-31-2020 | 1.12 | 0.185 |
| 06-01-2020 | 0.12 | 0.189 |
| 06-02-2020 | 0.02 | 0.193 |
| 06-03-2020 | 0.00 | 0.196 |
| 06-04-2020 | 0.17 | 0.200 |
| 06-05-2020 | 0.09 | 0.204 |
| 06-06-2020 | 0.04 | 0.207 |
| 06-07-2020 | 1.90 | 0.211 |
| 06-08-2020 | 0.82 | 0.214 |
| 06-09-2020 | 0.67 | 0.217 |
| 06-10-2020 | 0.05 | 0.220 |
| 06-11-2020 | 0.89 | 0.223 |
| 06-12-2020 | 0.03 | 0.226 |
| 06-13-2020 | 0.02 | 0.229 |
| 06-14-2020 | 0.03 | 0.231 |
| 06-15-2020 | 0.04 | 0.234 |
| 06-16-2020 | 0.00 | 0.237 |
| 06-17-2020 | 0.00 | 0.239 |

| | | | |
|---|---|---|---|
| 06-18-2020 | | 0.13 | 0.242 |
| 06-19-2020 | | 0.00 | 0.244 |
| 06-20-2020 | | 0.90 | 0.246 |
| | Total | 11.30 | 8.836 |



**United States
Department of
Agriculture**

P- 768808

AGRICULTURAL MARKETING SERVICE SPECIALTY CROPS PROGRAM ☐ SUBLOT

## FEDERAL-STATE INSPECTION CERTIFICATE

| INSPECTION STARTED: | M M | D D | Y Y | Hour | Min. | A/P | |
|---|---|---|---|---|---|---|---|
| | 0 6 | 0 6 | 2 0 | 0 8 | : 3 0 | A M | This certificate is issued pursuant to the Agricultural Marketing Act of 1946, as amended and is admissible as prima facie evidence in all courts of the United States. |
| INSPECTION COMPLETED: | M M | D D | Y Y | Hour | Min. | A/P | WARNING: Any person who knowingly shall falsely make, issue, alter, forge, or counterfeit this certificate, or participate in any such actions, is subject to a fine of not more than $1,000 or imprisonment for not more than one year, or both. |
| | 0 6 | 0 6 | 2 0 | 0 9 | : 1 5 | A M | |

APPLICANT: Oneida Potato Exchange Hastings FL   CITY/STATE: ___   PLI: ___

INSPECTION POINT: Hastings, FL   OTHER ID: ___

CONVEYANCE NO. Lot Inspection   TYPE: ___   NOTE SHEET NO. ___

| PRODUCT/VARIETY | *NUMBER AND SIZE OF CONTAINER | DESCRIPTION OF PRODUCT (Brand, Markings, Size, Quality/Condition, etc.) | GRADE | |
|---|---|---|---|---|
| Round White Potatoes | 25 lbs (Bulk) | "No Brand" | Fails to grade US No. 2 | |
| | | 46 % Total defects | | |
| | | 45 % External defects | | |
| | | consisting of growth | | |
| | | cracks, including | | |
| | | 32% Soft Rot | | |
| | | 1 % Internal defects | | |
| | | consisting of internal discoloration | | |
| | | 1 % Under 1 1/2 india | | |

ABOVE PRODUCTS MEET REQUIREMENTS OF MARKETING ORDER: ___
*VARIETY OF PRODUCT AND NUMBER OF CONTAINERS ARE PROVIDED BY THE APPLICANT AND ARE NOT BEING CERTIFIED BY THE INSPECTOR UNLESS OTHERWISE NOTED

**FOR DATA ENTRY ONLY**
CORRECTS FV-184 CERTIFICATE NUMBER

APPLICANT NO.
21

REMARKS: Oneida Potato Exchange, Field # Johnny P-396, Lot yld 2', Unit 4.09 Sample Submitted by Will Barker Insurance Adjustor   Pd ck 14903

| | ON-SITE HOURS: | | |
|---|---|---|---|
| CWT | OT(hrs.): | | FEE: 50.00 |
| | TRAVEL MILES: | | O.T.: |
| INSPECTED BY | OT(hrs.): | I, the undersigned, a duly authorized inspector of the United States Department of Agriculture, do hereby certify that samples of the herein described product were inspected and the grades as shown by said samples were as herein stated. | EXP.: |
| | OTHER $ | | |

| INSPECTOR'S SIGNATURE | DATE ISSUED | ESTIMATED TOTAL |
|---|---|---|
| J. Slade # 5874 | 6/6/20 | $ 50.00 |

FORM FV-184 (11/2015) (Previous editions may be used)

ORIGINAL



**United States
Department of
Agriculture**

P- **768809**

AGRICULTURAL MARKETING SERVICE SPECIALTY CROPS PROGRAM ☐ SUBLOT

## FEDERAL-STATE INSPECTION CERTIFICATE

| INSPECTION STARTED: | M M 0 6 | D D 0 6 | Y Y 2 0 | Hour 1 | Min. :0 0 | A/P A M | This certificate is issued pursuant to the Agricultural Marketing Act of 1946, as amended and is admissible as prima facie evidence in all courts of the United States. |
|---|---|---|---|---|---|---|---|
| INSPECTION COMPLETED: | M M 0 6 | D D 0 6 | Y Y 2 0 | Hour 1 | Min. :4 1 5 | A/P A M | *WARNING:* Any person who knowingly shall falsely make, issue, alter, forge, or counterfeit this certificate, or participate in any such actions, is subject to a fine of not more than $1,000 or imprisonment for not more than one year, or both. |

APPLICANT: ONIEDA POTATO EXCHANGE   CITY/STATE: Hastings, FL   PLI:

INSPECTION POINT: HASTINGS, FL   OTHER ID:

CONVEYANCE NO. LOT INSPECTION   TYPE:   NOTESHEET NO.

| PRODUCT/*VARIETY | *NUMBER AND SIZE OF CONTAINER | DESCRIPTION OF PRODUCT (Brand, Markings, Size, Quality/Condition, etc.) | GRADE |
|---|---|---|---|
| ROUND WHITE POTATOES | 28 lbs (BULK) | "NO BRAND" 65% Total Defects 48% External Defects Consisting of Growth Cracks Greening Including 34% Soft Rot 17% Internal Defects Consisting of Black Leg Hollow Heart with Discoloration 0% Under 1 1/2 IN DIA | FAILS TO GRADE US No 2 |

ABOVE PRODUCTS MEET REQUIREMENTS OF MARKETING ORDER:

*VARIETY OF PRODUCT AND NUMBER OF CONTAINERS ARE PROVIDED BY THE APPLICANT AND ARE NOT BEING CERTIFIED BY THE INSPECTOR UNLESS OTHERWISE NOTED

**FOR DATA ENTRY ONLY**

CORRECTS FV-184 CERTIFICATE NUMBER

APPLICANT NO. 21 -

REMARKS: Onieda Potato Exchange
Field# Back 310 Lot Yld 11 Unit 4.06
Sample Submitted by Will Barker
Insurance Adjuster
Pd Check 14903

| | ON-SITE | |
|---|---|---|
| | HOURS: | |
| CWT | OT(hrs.) | |
| | TRAVEL | |
| | MILES: | |
| INSPECTED BY | OT(hrs.): | |
| | OTHER: | |
| $ | | |

I, the undersigned, a duly authorized inspector of the United States Department of Agriculture, do hereby certify that samples of the herein described product were inspected and the grades as shown by said samples were as herein stated.

FEE: 50.00
O.T.:
EXP.:

INSPECTOR'S SIGNATURE Katrina Cornwall 636   DATE ISSUED 06/06/20   ESTIMATED TOTAL $ 50.00

FORM FV-184 (11/2015) (Previous editions may be used)

ORIGINAL



**United States Department of Agriculture**

P-**768812**

AGRICULTURAL MARKETING SERVICE SPECIALTY CROPS PROGRAM ☐ SUBLOT

## FEDERAL-STATE INSPECTION CERTIFICATE

INSPECTION STARTED: M 0 6 | D 2 1 0 | Y 0 | Hour 10 | Min. 15 | A/P A

This certificate is issued pursuant to the Agricultural Marketing Act of 1946, as amended and is admissible as prima facie evidence in all courts of the United States.

INSPECTION COMPLETED: M 0 6 | D 2 1 0 | Y 0 | Hour 11 | Min. 0 0 | A/P A

WARNING: Any person who knowingly shall falsely make, issue, alter, forge, or counterfeit this certificate, or participate in any such actions, is subject to a fine of not more than $1,000 or imprisonment for not more than one year, or both.

APPLICANT: BoardWalk FARMs/Oneida Potato Exchange Hastings, FL
CITY/STATE: Hastings, FL    PLI:

INSPECTION POINT: Hastings, FL    OTHER ID:

CONVEYANCE NO: Lot Inspection    TYPE:    NOTESHEET NO.

| PRODUCT*/VARIETY | *NUMBER AND SIZE OF CONTAINER | DESCRIPTION OF PRODUCT (Brand, Markings, Size, Quality/Condition, etc.) | GRADE | |
|---|---|---|---|---|
| Round White Potatoes | 33 lbs (bulk) | "NO BRAND" 86% Total Defects 67% External Defects Consisting of Growth Cracks Including 55% Soft Rot 19% Internal Defects Consisting of Black Leg Internal Brown Spot 3% Under 1½ IN DIA | FAILS to Grade US No 1 | |

ABOVE PRODUCTS MEET REQUIREMENTS OF MARKETING ORDER:

*VARIETY OF PRODUCT AND NUMBER OF CONTAINERS ARE PROVIDED BY THE APPLICANT AND ARE NOT BEING CERTIFIED BY THE INSPECTOR UNLESS OTHERWISE NOTED

FOR DATA ENTRY ONLY
CORRECTS FV-184 CERTIFICATE NUMBER

APPLICANT NO. 21

REMARKS: Boardwalk FARMs/Oneida Potato Exchange Field# 310/BARN Lot Yld 15/20 Unit 2.02/1.02 Submitted by Will Barker Insurance Adjuster pd check 14903

CWT / ON-SITE HOURS / OT(hrs.) / TRAVEL MILES / OT(hrs.) / OTHER

INSPECTED BY $

I, the undersigned, a duly authorized inspector of the United States Department of Agriculture, do hereby certify that samples of the herein described product were inspected and the grades as shown by said samples were as herein stated.

FEE: 50.00   O.T.:   EXP.:

INSPECTOR'S SIGNATURE: Katrina Cornwall 6736   DATE ISSUED: 6/6/20   ESTIMATED TOTAL $ 50.00

FORM FV-184 (11/2015) (Previous editions may be used)

ORIGINAL



**United States
Department of
Agriculture**

P- 768811

AGRICULTURAL MARKETING SERVICE SPECIALTY CROPS PROGRAM ☐ SUBLOT

## FEDERAL-STATE INSPECTION CERTIFICATE

| INSPECTION STARTED: | M M | D D | Y Y | Hour | Min. | A/P |
|---|---|---|---|---|---|---|
| | 0 6 | 0 6 | 2 0 | 0 9 | 1 5 | A M |

This certificate is issued pursuant to the Agricultural Marketing Act of 1946, as amended and is admissible as prima facie evidence in all courts of the United States.

| INSPECTION COMPLETED: | M M | D D | Y Y | Hour | Min. | A/P |
|---|---|---|---|---|---|---|
| | 0 6 | 0 6 | 2 0 | 1 0 | 1 5 | A M |

WARNING: Any person who knowingly shall falsely make, issue, alter, forge, or counterfeit this certificate, or participate in any such actions, is subject to a fine of not more than $1,000 or imprisonment for not more than one year, or both.

APPLICANT: Onieda Potato Exchange    CITY/STATE: Hastings, FL    PLI: —

INSPECTION POINT: Hastings, FL    OTHER ID: —

CONVEYANCE NO. hot inspection    TYPE: —    NOTESHEET NO. —

| PRODUCT/*VARIETY | NUMBER AND SIZE OF CONTAINER | DESCRIPTION OF PRODUCT (Brand, Markings, Size, Quality/Condition, etc.) | GRADE | |
|---|---|---|---|---|
| Round White Potatoes | 32 lbs (Bulk) | "NO BRAND" | F a i l s t o G r a d e C.S. Z O R | |
| | | 66% Total Defects | | |
| | | 66% External Defects consisting of: growth cracks, Not fairly well Shaped | | |
| | | Including: 62½% Soft Rot | | |
| | | 0% internal defects consisting of: — | | |
| | | 1% under 1½" in diameter | | |

ABOVE PRODUCTS MEET REQUIREMENTS OF MARKETING ORDER:
*VARIETY OF PRODUCT AND NUMBER OF CONTAINERS ARE PROVIDED BY THE APPLICANT AND ARE NOT BEING CERTIFIED BY THE INSPECTOR UNLESS OTHERWISE NOTED

**FOR DATA ENTRY ONLY**
CORRECTS FV-184 CERTIFICATE NUMBER

APPLICANT NO. 21

REMARKS: Onieda Potato Exchange Field #: Co Rd 135-389
Lot: Yld 22, Unit 4.01 Sample Submitted by: Will Barker, Insurance Adjuster
Pd. Check 14903 50% Share w/ Julington Creek

ON-SITE HOURS: | CWT | OT(hrs.): | TRAVEL MILES: | OT(hrs.): | OTHER: $

I, the undersigned, a duly authorized inspector of the United States Department of Agriculture, do hereby certify that samples of the herein described product were inspected and the grades as shown by said samples were as herein stated.

FEE: $50.00/100    O.T.: —    EXP.: —

INSPECTED BY

INSPECTOR'S SIGNATURE Jessica Cunningham 6750    DATE ISSUED 6-6-20    ESTIMATED TOTAL $50.00/100

FORM FV-184 (11/2015) (Previous editions may be used)

ORIGINAL

### MBT PRODUCE INC.
### P.O. BOX 600277
### JACKSONVILLE, FL 32260

PH#904-880-1031
877-230-9041
F~#904-880-1510
EMAIL:westhigpen@bellsouth.net

7/07/20

This is to certify that MBT Produce INC has received the following potato loads from Oneida Potato Exchange. Total Weight received 4469 cwt.

| | | | |
|---|---|---|---|
| 6/1/2020 | MBT | 50068 | 448.2 |
| 6/1/2020 | MBT | BULA 2507 | 472.3 |
| 6/1/2020 | MBT | 50116 | 466 |
| 6/1/2020 | MBT | 50117 | 451.7 |
| 6/1/2020 | MBT | 50142 | 475.8 |
| 6/1/2020 | MBT | 50150 | 447.1 |
| 6/8/2020 | MBT | 50257 | 418.3 |
| 6/8/2020 | MBT | 40840 | 408.4 |
| 6/8/2020 | MBT | 50287 | 471.2 |
| 6/8/2020 | MBT | 50285 | 410 |

Regards,
Wes Thigpen

## MBT PRODUCE INC.
## P.O. BOX 600277
## JACKSONVILLE, FL 32260

PH#904-880-1031
877-230-9041
F~#904-880-1510
EMAIL:westhigpen@bellsouth.net

7/07/20

This is to certify that MBT Produce INC has received the following potato loads from Oneida Potato Exchange and Boardwalk Farms LLC. Total Weight received 4348.74 cwt.

| | | | |
|---|---|---|---|
| 6/1/2020 | MBT | BULA 2503 | 448 |
| 6/1/2020 | MBT | 50057 | 418.9 |
| 6/1/2020 | MBT | 50058 | 451.14 |
| 6/1/2020 | MBT | 50073 | 437.9 |
| 6/1/2020 | MBT | 50072 | 462.5 |
| 6/1/2020 | MBT | 50074 | 440.2 |
| 6/1/2020 | MBT | 50075 | 453.7 |
| 6/11/2020 | MBT | 50327 | 397.3 |
| 6/11/2020 | MBT | 50328 | 425.6 |
| 6/11/2020 | MBT | 50329 | 413.5 |

Regards,
Wes Thigpen

**MBT PRODUCE INC.**
**P.O. BOX 600277**
**JACKSONVILLE, FL 32260**

PH#904-880-1031
877-230-9041
F~#904-880-1510
EMAIL:westhigpen@bellsouth.net

7/07/20

This is to certify that MBT Produce INC has received the
following potato loads from Oneida Potato Exchange LLC. Total
Weight received 12488.10 cwt.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/1/2020 | MBT | 50099 | 435.9 | 5/19/2020 | MBT | 20309 | 444.6 |
| 6/1/2020 | MBT | 50096 | 427.1 | 5/25/2020 | MBT | 20312 | 450.8 |
| 6/1/2020 | MBT | 50098 | 441.8 | 5/25/2020 | MBT | 20314 | 449.2 |
| 6/1/2020 | MBT | 50131 | 435.6 | 5/25/2020 | MBT | 20313 | 456.6 |
| 5/19/2020 | MBT | 49871 | 444.2 | 5/25/2020 | MBT | 49960 | 440 |
| 5/19/2020 | MBT | 49872 | 443.6 | 5/25/2020 | MBT | 49990 | 435.4 |
| 5/19/2020 | MBT | 49870 | 448.4 | 5/25/2020 | MBT | BULA 2494 | 448.9 |
| 5/19/2020 | MBT | 49875 | 451.2 | 5/25/2020 | MBT | 49992 | 392.3 |
| 5/19/2020 | MBT | 20296 | 473 | 5/25/2020 | MBT | 50043 | 481 |
| 5/19/2020 | MBT | 49863 | 448.8 | 5/25/2020 | MBT | 50041 | 453.8 |
| 5/19/2020 | MBT | 20297 | 450 | 5/25/2020 | MBT | 50042 | 468.4 |
| 5/19/2020 | MBT | 20308 | 487 | 5/25/2020 | MBT | 50035 | 436 |
| 5/19/2020 | MBT | 49911 | 450.7 | 5/25/2020 | MBT | 50044 | 410 |
| 5/19/2020 | MBT | 20310 | 435.4 | 5/25/2020 | MBT | 49991 | 448.4 |

Regards,
Wes Thigpen

**MBT PRODUCE INC.**
**P.O. BOX 600277**
**JACKSONVILLE, FL 32260**

PH#904-880-1031
877-230-9041
F~#904-880-1510
EMAIL:westhigpen@bellsouth.net

7/07/20
This is to certify that MBT Produce INC has received the
following potato loads from Oneida Potato Exchange LLC. Total
Weight received 2717.60 cwt.

| | | | |
|---|---|---|---|
| 6/8/2020 | MBT | 50254 | 529.6 |
| 6/8/2020 | MBT | 50229 | 433.9 |
| 6/8/2020 | MBT | 50219 | 438.2 |
| 6/8/2020 | MBT | 50233 | 420 |
| 6/8/2020 | MBT | 50288 | 446.6 |
| 6/11/2020 | MBT | 50326 | 449.3 |

Regards,
Wes Thigpen

**MBT PRODUCE INC.**
**P.O. BOX 600277**
**JACKSONVILLE, FL 32260**

PH#904-880-1031
877-230-9041
F~#904-880-1510
EMAIL:westhigpen@bellsouth.net

7/07/20

This is to certify that MBT Produce INC has received the following potato loads from Julington Creek Farms. Total Weight received 5641.50 cwt.

| | | | |
|---|---|---|---|
| 6/8/2020 | MBT | 50233 | 463.3 |
| 6/8/2020 | MBT | 50280 | 502.4 |
| 6/8/2020 | MBT | 50269 | 464.9 |
| 6/8/2020 | MBT | 50279 | 499.3 |
| 6/1/2020 | MBT | 50133 | 445.5 |
| 6/1/2020 | MBT | 50134 | 459 |
| 6/1/2020 | MBT | 50174 | 429.4 |
| 6/1/2020 | MBT | 20384 | 503.7 |
| 6/1/2020 | MBT | 50175 | 457.6 |
| 6/8/2020 | MBT | 50199 | 487.2 |
| 6/8/2020 | MBT | 50195 | 455.7 |
| 6/8/2020 | MBT | 50201 | 473.5 |

Regards,
Wes Thigpen

| Date | Customer | BOL | |
|---|---|---|---|
| 6/1/2020 | MBT | 50068 | 448.2 |
| 6/1/2020 | MBT | BULA 2507 | 472.3 |
| 6/1/2020 | MBT | 50116 | 466 |
| 6/1/2020 | MBT | 50117 | 451.7 |
| 6/1/2020 | MBT | 50142 | 475.8 |
| 6/1/2020 | MBT | 50150 | 447.1 |
| 6/8/2020 | MBT | 50257 | 418.3 |
| 6/8/2020 | MBT | 40840 | 408.4 |
| 6/8/2020 | MBT | 50287 | 471.2 |
| 6/8/2020 | MBT | 50285 | 410 |

| Date | Customer | BOL | |
|---|---|---|---|
| 6/1/2020 | MBT | BULA 2503 | 448 |
| 6/1/2020 | MBT | 50057 | 418.9 |
| 6/1/2020 | MBT | 50058 | 451.14 |
| 6/1/2020 | MBT | 50073 | 437.9 |
| 6/1/2020 | MBT | 50072 | 462.5 |
| 6/1/2020 | MBT | 50074 | 440.2 |
| 6/1/2020 | MBT | 50075 | 453.7 |
| 6/11/2020 | MBT | 50327 | 397.3 |
| 6/11/2020 | MBT | 50328 | 425.6 |
| 6/11/2020 | MBT | 50329 | 413.5 |

| Date | Customer | BOL | Home |
|---|---|---|---|
| 6/1/2020 | MBT | 50099 | 435.9 |
| 6/1/2020 | MBT | 50096 | 427.1 |
| 6/1/2020 | MBT | 50098 | 441.8 |
| 6/1/2020 | MBT | 50131 | 435.6 |
| 5/19/2020 | MBT | 49871 | 444.2 |
| 5/19/2020 | MBT | 49872 | 443.6 |
| 5/19/2020 | MBT | 49870 | 448.4 |
| 5/19/2020 | MBT | 49875 | 451.2 |
| 5/19/2020 | MBT | 20296 | 473 |
| 5/19/2020 | MBT | 49863 | 448.8 |
| 5/19/2020 | MBT | 20297 | 450 |
| 5/19/2020 | MBT | 20308 | 487 |
| 5/19/2020 | MBT | 49911 | 450.7 |
| 5/19/2020 | MBT | 20310 | 435.4 |
| 5/19/2020 | MBT | 20309 | 444.6 |
| 5/25/2020 | MBT | 20312 | 450.8 |
| 5/25/2020 | MBT | 20314 | 449.2 |
| 5/25/2020 | MBT | 20313 | 456.6 |
| 5/25/2020 | MBT | 49960 | 440 |
| 5/25/2020 | MBT | 49990 | 435.4 |
| 5/25/2020 | MBT | BULA 2494 | 448.9 |
| 5/25/2020 | MBT | 49992 | 392.3 |
| 5/25/2020 | MBT | 50043 | 481 |
| 5/25/2020 | MBT | 50041 | 453.8 |
| 5/25/2020 | MBT | 50042 | 468.4 |
| 5/25/2020 | MBT | 50035 | 436 |
| 5/25/2020 | MBT | 50044 | 410 |
| 5/25/2020 | MBT | 49991 | 448.4 |
| | | | 12,488.10 |

| Date | Customer | BOL | JP |
|---|---|---|---|
| 6/8/2020 | MBT | 50054 | 529.6 |
| 6/8/2020 | MBT | 50229 | 433.9 |
| 6/8/2020 | MBT | 50219 | 438.2 |
| 6/8/2020 | MBT | 50233 | 420 |
| 6/8/2020 | MBT | 50288 | 446.6 |
| 6/11/2020 | MBT | 50326 | 449.3 |
| | | | 2,717.60 |

| Date | Customer | BOL | Les |
|---|---|---|---|
| 5/27/2020 | MBT | 49807 | 459 |
| 5/27/2020 | MBT | 49841 | 466.4 |
| 5/27/2020 | MBT | 49864 | 432.4 |
| 5/27/2020 | MBT | 49863 | 441 |
| 5/4/2020 | MBT | 49588 | 433.9 |
| 5/11/2002 | MBT | 49580 | 438.2 |
| 5/4/2020 | MBT | 49579 | 420 |
| 5/4/2020 | MBT | 49615 | 446.6 |
| 5/4/2020 | MBT | 49616 | 449.3 |
| 5/4/2020 | MBT | 20223 | 433.9 |
| 5/4/2020 | MBT | 20222 | 438.2 |
| 5/4/2020 | MBT | 20232 | 420 |
| 5/4/2020 | MBT | 20231 | 446.6 |
| 5/4/2020 | MBT | 49628 | 449.3 |
| 5/4/2020 | MBT | 49627 | 433.9 |
| 5/11/2020 | MBT | 20240 | 438.2 |
| 5/11/2020 | MBT | 20239 | 420 |
| 5/11/2020 | MBT | 49637 | 446.6 |
| 5/11/2020 | MBT | 49636 | 449.3 |
| 5/11/2020 | MBT | 20251 | 433.9 |
| 5/11/2020 | MBT | 20250 | 438.2 |
| 5/11/2020 | MBT | 20271 | 420 |
| 5/11/2020 | MBT | 49670 | 446.6 |
| 5/11/2020 | MBT | 49677 | 449.3 |
| 5/11/2020 | MBT | 49671 | 433.9 |
| 5/11/2020 | MBT | 20254 | 438.2 |
| 5/11/2020 | MBT | 20253 | 420 |
| 5/11/2020 | MBT | 20261 | 446.6 |
| 5/11/2020 | MBT | 49746 | 449.3 |
| 5/11/2020 | MBT | 49761 | 433.9 |
| 5/11/2020 | MBT | 49739 | 438.2 |
| 5/11/2020 | MBT | 49738 | 420 |
| 5/11/2020 | MBT | 49747 | 446.6 |
| 5/11/2020 | MBT | 49762 | 449.3 |
| 5/11/2020 | MBT | 49763 | 433.9 |
| 5/11/2020 | MBT | 49772 | 438.2 |
| 5/11/2020 | MBT | 49745 | 420 |
| 5/19/2020 | MBT | 20270 | 446.6 |
| 5/19/2020 | MBT | 20272 | 449.3 |
| 5/19/2020 | MBT | 20273 | 433.9 |
| 5/19/2020 | MBT | 20274 | 438.2 |
| 5/19/2020 | MBT | 49793 | 420 |
| 5/19/2020 | MBT | 49808 | 446.6 |
| 5/19/2020 | MBT | 20280 | 449.3 |
| | | | 19302.8 |

| Date | Customer | BOL | Rawls |
|---|---|---|---|
| 6/8/2020 | MBT | 50233 | 463.3 |
| 6/8/2020 | MBT | 50280 | 502.4 |
| 6/8/2020 | MBT | 50269 | 464.9 |
| 6/8/2020 | MBT | 50279 | 499.3 |
| 6/1/2020 | MBT | 50133 | 445.5 |
| 6/1/2020 | MBT | 50134 | 459 |
| 6/1/2020 | MBT | 50174 | 429.4 |
| 6/1/2020 | MBT | 20384 | 503.7 |
| 6/1/2020 | MBT | 50175 | 457.6 |
| 6/8/2020 | MBT | 50199 | 487.2 |
| 6/8/2020 | MBT | 50195 | 455.7 |
| 6/8/2020 | MBT | 50201 | 473.5 |
| | | | 6,641.50 |

**Rain and Hail**
A Chubb Company

EXTENSION REQUEST FOR SUBMITTING CLAIM

Insured's Name: ONEIDA POTATO EXCHANGE      Policy #: MP- 750018      Loss # 20-005177

State: FL      Crop: POTATO (84)      Plan: APH (90)      County: PUTNAM

Unit Structure: OU      EOIP:[1] 6/30      EOIP Date: _____      Last Harvest Price Released (if applicable):[2] 12.25

## Section I

Unless this extension is granted, I (Insured) understand the requirements per the policy provisions to submit (sign) the final claim declaring the amount of loss no later than:

(1) For policies other than revenue protection (YP, APH, Other), 60 days after the End of Insurance Period (EOIP) for all acreage in the unit.
   [1] EOIP is defined in the policy provisions as the **earlier of**: (1) The Total Destruction of the insured crop on the unit; (2) Abandonment; (3) Harvest of the unit; (4) Final Adjustment of a loss on a unit; (5) The Calendar Date for the EOIP; or (6) As Otherwise Specified in the Crop Provisions.

   Or;

(2) For revenue protection (RP), the **later of**:
   [2] (i) 60 days after the last date the harvest price is released for the crop listed above; or
   (ii) 60 days after the date the EOIP for all acreage in the unit by the dates shown in (1) above

I also understand the failure to timely submit (sign) a claim or provide the required information necessary to determine the amount of the claim will result in no indemnity and I will still be required to pay the premium due under the policy for the unit, unless Rain and Hail L.L.C. (RHLLC) agrees to this request for extension. This request may only be granted if the amount of loss cannot be determined within the required time period stated above because the information needed to determine the amount of the loss is not available. If this request for extension is granted,

(1) And continues beyond the date I am required to submit my production report, I will be assigned the previous year's approved yield as a temporary yield in accordance with applicable procedures.

(2) It does not extend any dates specified in the policy by which premiums, administrative fees, or other debts owed must be paid.

(3) Damage occurring after the end of the insurance period as stated above is not covered.

I request this extension be granted by Rain and Hail due to:

☒ Incomplete marketing/production records available from Buyer/Processor

☐ Delayed Measurement of Farm Stored Production (Grain Crops Only, See Section II)

☐ Other (explain): _____

## Section II (Delayed Measurement of Farm Stored Grain(s) Production Only)

**REQUEST TO DELAY MEASUREMENT OF FARM STORED PRODUCTION**

In addition to Section I above, I understand that this does not waive or change any terms of the policy & that I will contact RHLLC immediately upon completed delivery of the insured commodity (not to exceed 180 days after the EOIP). I hereby request to delay measurement of my farm-stored insured grain crop(s) listed above for up to 180 days after the End of Insurance Period (EOIP).

_____      5/8/20
Insured's Signature      Date

## COLLECTION OF INFORMATION AND DATA (PRIVACY ACT) STATEMENT
### Agents, Loss Adjusters, and Policyholders

The following statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a): The Risk Management Agency (RMA) is authorized by the Federal Crop Insurance Act (7 U.S.C. 1501-1524) or other Acts, and the regulations promulgated thereunder, to solicit the information requested on documents established by RMA, or by approved insurance providers (AIPs), that have been approved by the Federal Crop Insurance Corporation (FCIC), to deliver Federal crop insurance. The information is necessary for AIPs and RMA to operate the Federal crop insurance program, determine program eligibility, conduct statistical analysis, and ensure program integrity. Information provided herein may be furnished to other Federal, State, or local agencies, as required or permitted by law, law enforcement agencies, courts or adjudicative bodies, foreign agencies, magistrate, administrative tribunal, AIPs contractors and cooperators, Comprehensive Information Management System (CIMS), congressional offices, or entities under contract with RMA. For insurance agents, certain information may also be disclosed to the public to assist interested individuals in locating agents in a particular area. Disclosure of the information requested is voluntary. However, failure to correctly report the requested information may result in the rejection of this document by the AIP or RMA in accordance with the Standard Reinsurance Agreement between the AIP and FCIC, Federal regulations, or RMA-approved procedures and the denial of program eligibility or benefits derived therefrom. Also, failure to provide true and correct information may result in civil suit or criminal prosecution and the assessment of penalties or pursuit of other remedies.

## NONDISCRIMINATION STATEMENT
### Non-Discrimination Policy:

The U.S. Department of Agriculture (USDA) prohibits discrimination against its customers, employees, and applicants for employment on the bases of race, color, national origin, age, disability, sex, gender identity, religion, reprisal, and where applicable, political beliefs, marital status, familial or parental status, sexual orientation, or all or part of an individual's income is derived from any public assistance program, or protected genetic information in employment or in any program or activity conducted or funded by the Department. (Not all prohibited bases will apply to all programs and/or employment activities.)

### To File a Program Complaint:

If you wish to file a Civil Rights program complaint of discrimination, complete the USDA Program Discrimination Complaint Form, found online at http://www.ascr.usda.gov/complaint_filing_cust.html, or at any USDA office, or call (866) 632-9992 to request the form. You may also write a letter containing all of the information requested in the form. Send your completed complaint form or letter by mail to the U.S. Department of Agriculture, Director, Office of Adjudication, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, by fax (202) 690-7442 or email at program.intake@usda.gov.

### Persons with Disabilities:

Individuals who are deaf, hard of hearing or have speech disabilities and wish to file either an EEO or program complaint please contact USDA through the Federal Relay Service at (800) 877-8339 or (800) 845-6136 (in Spanish).

Persons with disabilities, who wish to file a program complaint, please see information above on how to contact the Department by mail directly or by email. If you require alternative means of communication for program information (e.g., Braille, large print, audiotape, etc.) please contact USDA's TARGET Center at (202) 720-2600 (voice and TDD).

RH-5157-2017

**Rain and Hail**
A Chubb Company

## UNDERWRITING CERTIFICATION FORM

Loss No. _____ 20-005177 _____

Policy No. _____ MP-0750018 _____

AGRI GENERAL INSURANCE COMPANY

**INSURANCE COMPANY**

Date _____ 08/10/2020 _____

Name of Insured  ONEIDA POTATO EXCHANGE

Address 5818 FIRE LN                    City  RHINELANDER                    State WI 54501-0000

Agency Name & Address PROGRESSIVE AG, 417 38TH ST SW STE A, FARGO, ND 58103-6508

To  Rain and Hail

Have you been actively engaged in farming for a share of the production of any crop on
the acreage designated as Added Land in FLAGLER county prior to the year in which the
land was identified as added land on your policy (year added: 2020)?

**Answer: no**

This line was flagged as New Crop in 2019. Have you been actively engaged in farming a
share of the production on this line (45 acres of POTATOES in PUTNAM county on Yield
24.0 FSN 1395)?

**Answer: no**

Have you been actively engaged in farming (or are a SBI holder to a person who has been
actively engaged in farming) insurable production of POTATOES in PUTNAM county?

**Answer: yes**

List the crop years in which you have been actively engaged in farming this production.
   Include farming as an SBI on another policy. Example: 2017, 2018, 2019

**Answer: 2019**

08/10/2020 _____ Signature Date _____    Insured's Signature

RH-5151-2016

Document Name: Signed Claim.pdf

Division 8 | Claim No. 20-005177 | Policy No. MP-0750018

**PRODUCTION WORKSHEET/PROOF OF LOSS**

Company: AGRI GENERAL INSURANCE COMPANY    Crop Insurance Serviced by Rain and Hail

PAGE 1 of 1

| POLICY NO. | CLAIM NO. | FIELD | ADJUSTER | LOSS TYPE | BATCH DATE | PAGE |
|---|---|---|---|---|---|---|
| MP-0750018 | 20-005177 | BG8 | WBA | U | 08/10/2020 | |

PRODUCER/OWNER INFORMATION

ONEIDA POTATO EXCHANGE
5818 FIRE LN
RHINELANDER, WI 54501-0000

AGENCY INFORMATION

PROGRESSIVE AG
417 38TH ST SW STE A
FARGO, ND 58103-6508

| CROP/PLAN | UNIT NO. | INTENDED USE | PRICE/LEVEL | CROP YEAR | LOCATION DESCRIPTION |
|---|---|---|---|---|---|
| 84-PTATO 90-APH | 1.02 OU | OT | $12.25  0.75 | 2020 | 29 12 5 29 E BARN |

PHONE 715-272-1192  SSN/EIN XXXXX4830  ENTITY LLC

PHONE 701-277-9210  CODE 777230

| CAUSE(S) OF DAMAGE | 31 - Excess Moisture/Precipit |
|---|---|
| DATE(S) OF DAMAGE | 04/2020 |
| INSURED CAUSE % | 100 |

STATE: FLORIDA  CODE: 9   COUNTY: FLAGLER  CODE: 35

LOSS PAYABLE TO ME AND NO OTHERS

**SECTION I - ACREAGE APPRAISED, PRODUCTION AND ADJUSTMENTS**

A. ACTUARIAL    B. POTENTIAL YLD PER ACRE    C. TOTAL POTENTIAL PRODUCTION YIELD    D. STAGE GUARANTEE

| Policy/Yield Line | 16 Field ID | 17 Multi-Crop Code | 18 Reported Acres | 19 Determined Acres | 20 Interest or Share | 21 Risk | 22-24 Type/Class /Sub-Class | 26-28 Irr, Cropping, Organic Practice | Farm Serial No. | 29 Stage | 30 Use of Acreage | 31 Appraised Potential | 32a Moisture % 32b Factor | 33 Shell %, Factor or Value | 34 Production Pre QA | 35 Quality Factor | 36 Production Post QA | 37 Uninsured Causes | 38 Total to Count | Per Acre | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5.0 20.0 | | NS | 41.0 | 41.0 | 0.5 | 000 | (RPB(2610) | IRRIGATED (20) | 310 | H | N/A | | | | | | | | | 185.3 | 7.597 |

| 39. TOTALS | 41.0 | 41.0 | OTHER PERSON SHARING: BOARDWALK FARMS | 42.TOTALS | 0 | 0 | 0 | 0 | 7,597.0 |

40. Quality: ☐ TW ☐ KD ☐ Aflatoxin ☐ Vomitoxin ☐ Fumonisin ☐ Garlicky ☐ Dark Roast ☐ Sclerotinia ☐ Ergoty ☐ CoFo ☐ Other ☐ None ☒   41. Do any mycotoxins exceed FDA, State or other health organization maximum limits? Yes ☐ No ☒

14. Date(s) Notice of Loss
1st Notice 03/16/2020   2nd Notice 04/30/2020   Final Notice

Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was planted and incurred an indemnity within the same crop year? Yes ☐ No ☒
Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was prevented from being planted within the same crop year? Yes ☐ No ☒

**SECTION II - HARVESTED PRODUCTION**  43. Date Harvest Completed: 06/11/2020  44. Is damage similar to other farms in the area? Yes ☒ No ☐  45. Assignment of Indemnity? Yes ☐ No ☒  46. Transfer of Right to Indemnity? Yes ☐ No ☒

A. MEASUREMENTS    B. GROSS PRODUCTION    C. ADJUSTMENTS TO HARVESTED PRODUCTION

| 47a Share 47b Field ID | 48 Multi-Crop Code | 49 Length or Diameter | 50 Width | 51 Depth | 52 Deduction | 53 Net Cubic Feet | 54 Conversion Factor | 55 Gross Production | 56 Bu. Ton. Lbs. Cwt. | 57 Shell/Sugar Factor | 58a Foreign Material % 58b Factor | 59a Moisture % 59b Factor | 60a Test WT 60b Factor | 61 Adjusted Production | 62 Production Not to Count | 63 Production Pre-QA | 64a Value 64b Mkt. Price | 65 Quality Factor | 66 Production to Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.5 5.0 | NS | MBT PRODUCE INC, JACKSONVILLE, FL MULTIPLE | | | | | | 4,348.7 | 4,348.7 CWT | | | | | 4,348.7 | 0.0 | 4348.7 | | | 4,348.7 |

I certify that to the best of my knowledge and belief all of the information on this form is correct and complete and that it will be used to determine my loss, if any, for damage to my insured crops. I understand that this Production Worksheet/Proof of Loss and supporting papers are subject to audit and approval by us. I understand that this crop insurance is subsidized and reinsured by the Federal Crop Insurance Corporation, an agency of the United States Department of Agriculture (USDA). I accept the Agreed Amount Payable, subject to policy provisions, for damage to my insured crops. I hereby certify that the acreage reports for each insured crop that I submitted are true and correct and that all documents or copies of documents that I have submitted in support of my insurance claim are true, correct and complete. I hereby certify that I agree to inspect any and all scale tickets, warehouse receipts, inventory records and any other documents that pertain to the crop I have harvested and marketed or that I now have in my possession wherever located. I also hereby expressly authorize you to inspect and copy any and all records of the Farm Service Agency of the USDA, consent to the release of the records that pertain to my farming operation, my production history, and my compliance with program requirements. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes).

Under penalties of perjury, I certify that: 1. My taxpayer identification number shown on this form is correct, 2. I am not subject to backup withholding as a result of a failure to report all interest or dividend income, and 3. I am a United States (U.S.) citizen or other U.S. person. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| 67. TOTAL | 4,348.7 |
| 68. SECTION II TOTAL | 4,348.7 |
| 69. SECTION I TOTAL | 0 |
| 70. UNIT TOTAL | 4,348.7 |
| 71. ALLOCATED PROD | 0.0 |
| 72. TOTAL APH PROD | 4,348.7 |

| 73. Adjuster's Signature WBA | Date 08/10/2020 | 74. Insured's Signature | Date 08/10/2020 | Unit Guarantee | - | Total Production to Count | = | Deficiency | × | Price Election | × | Share | = | Estimated Indemnity |
| 73. Adjuster's Signature | Date 08/10/2020 | 74. Insured's Signature | Date 08/10/2020 | 7,597.0 | | 4,348.7 | | 3,248.3 | | $12.25 | | 0.500 | | $19,896 |

SEE REVERSE SIDE OF THIS FORM FOR NONDISCRIMINATION STATEMENT AND PRIVACY ACT STATEMENT.
COMPANY/AGENT COPY    RH-5008-2019

Document Name: Signed Claim.pdf

PAGE 1 of 2

**Company:** AGRI GENERAL INSURANCE COMPANY    *Crop Insurance Serviced by Rain and Hail*

# PRODUCTION WORKSHEET/PROOF OF LOSS

| POLICY NO. | CLAIM NO. | FIELD | ADJUSTER | LOSS TYPE | BATCH DATE | PAGE |
|---|---|---|---|---|---|---|
| MP-0750018 | 20-005177 | BG8 | WBA | U | 08/10/2020 | |

### PRODUCER/OWNER INFORMATION

ONEIDA POTATO EXCHANGE
5818 FIRE LN
RHINELANDER, WI 54501-0000

PHONE 715-272-1192   SSN/EIN XXXXX4830   ENTITY LLC

STATE: FLORIDA   CODE: 9

### AGENCY INFORMATION

PROGRESSIVE AG
417 38TH ST SW STE A
FARGO, ND 58103-6508

PHONE 701-277-9210   CODE 777230

COUNTY: PUTNAM   CODE: 107

| CROP/PLAN | UNIT NO. | INTENDED USE | PRICE/LEVEL | CROP YEAR | LOCATION DESCRIPTION |
|---|---|---|---|---|---|
| 84-PTATO 90-APH | 2.00 OU | OT | $12.25 0.80 | 2020 | 49 N S 27 E BIG FIELD EAST |

CAUSE(S) OF DAMAGE: 31 - Excess Moisture/Precipit

DATE(S) OF DAMAGE: 04/2020

INSURED CAUSE % 100

LOSS PAYABLE TO ME AND NO OTHERS

## SECTION I - ACREAGE APPRAISED, PRODUCTION AND ADJUSTMENTS

### A. ACTUARIAL

| Policy /Yield Line | 16 Field ID | 17 Multi-Crop Code | 18 Reported Acres | 19 Determined Acres | 20 Interest or Share | 21 Risk | 22-24 Type/Class /Sub-Class | 26-28 Irr, Cropping, Organic Practice | Farm Serial No. | 29 Stage | 30 Use of Acreage | B. POTENTIAL YLD PER ACRE 31 Appraised Potential | 32a Moisture % 32b Factor | 33 Shell %, Factor or Value | C. TOTAL POTENTIAL PRODUCTION YIELD 34 Production Pre QA | 35 Quality Factor | 36 Production Post QA | 37 Uninsured Causes | 38 Total to Count | D. STAGE GUARANTEE Per Acre | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8.0 24.0 | | NS | 45.0 | 45.0 | 0.5 | 000 | GRPB(2610) | IRRIGATED (20) | 1395 | H | H N/A | | | | | | | | | 214.4 | 9,648 |

**39. TOTALS** 45.0  45.0   OTHER PERSON SHARING: BOARDWALK FARMS   **42. TOTALS** 0   0   0   0   9,648.0

**40. Quality:** ☐ TW ☐ KD ☐ Aflatoxin ☐ Vomitoxin ☐ Fumonisin ☐ Garlicky ☐ Dark Roast ☐ Sclerotinia ☐ Ergoty ☐ CoFo ☐ Other ☐ None ☒

**41.** Do any mycotoxins exceed FDA, State or other health organization maximum limits? Yes ☐ No ☒

### 14. Date(s) Notice of Loss

1st Notice 03/16/2020   2nd Notice   Final Notice

Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was damaged and incurred an indemnity within the same crop year? Yes ☐ No ☒

Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was prevented from being planted within the same crop year? Yes ☐ No ☒

## SECTION II - HARVESTED PRODUCTION

**43.** Date Harvest Completed: 05/09/2020   **44.** Is damage similar to other farms in the area? Yes ☒ No ☐   **45.** Assignment of Indemnity? Yes ☐ No ☒   **46.** Transfer of Right to Indemnity? Yes ☐ No ☒

### A. MEASUREMENTS / B. GROSS PRODUCTION / C. ADJUSTMENTS TO HARVESTED PRODUCTION

| 47a Share 47b Field ID | 48 Multi-Crop Code | 49 Length or Diameter | 50 Width | 51 Depth | 52 Deduc-tion | 53 Net Cubic Feet | 54 Conversion Factor | 55 Gross Production | 56 Bu. Ton Lbs. Cwt | 57 Shell Sugar Factor | 58a Foreign Material % 58b Factor | 59a Moisture % 59b Factor | 60a Test WT 60b Factor | 61 Adjusted Production | 62 Production Not to Count | 63 Production Pre-QA | 64a Value 64b Mkt. Price | 65 Quality Factor | 66 Production to Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.5 8.0 | NS | Saratoga Potato Chips, Ft Wayne, In 8446 | | | | | | 442.6 | 442.6 CWT | | | | | 442.6 | 0.0 | 442.6 | | | 442.6 |
| 0.5 8.0 | NS | Saratoga Potato Chips, Ft Wayne, In 8449 | | | | | | 443.8 | 443.8 CWT | | | | | 443.8 | 0.0 | 443.8 | | | 443.8 |
| 0.5 8.0 | NS | Saratoga Potato Chips, Ft Wayne, In 8450 | | | | | | 442.0 | 442.0 CWT | | | | | 442.0 | 0.0 | 442.0 | | | 442.0 |
| 0.5 8.0 | NS | Saratoga Potato Chips, Ft Wayne, In 2464 | | | | | | 461.6 | 461.6 CWT | | | | | 461.6 | 0.0 | 461.6 | | | 461.6 |
| 0.5 8.0 | NS | Saratoga Potato Chips, Ft Wayne, In 8451 | | | | | | 468.2 | 468.2 CWT | | | | | 468.2 | 0.0 | 468.2 | | | 468.2 |

I certify that to the best of my knowledge and belief all of the information on this form is correct and complete and that it will be used to determine my loss, if any, for damage to my insured crops. I understand that this Production Worksheet/Proof of Loss and supporting papers are subject to audit and approval by us. I understand that this crop insurance is subsidized and reinsured by the Federal Crop Insurance Corporation, an agency of the United States Department of Agriculture (USDA). I accept the Agreed Amount Payable, subject to policy provisions, for damage to my insured crops. I hereby certify that the acreage reports for each insured crop that I submitted are true and correct and that all documents or copies of documents that I have submitted in support of my insurance claim are true, correct and complete. I hereby authorize you to inspect any and all scale tickets, warehouse receipts, inventory records and any other documents that pertain to the crop I have harvested and marketed or that I now have in my possession wherever located. I also hereby expressly authorize you to inspect and copy any and all records of the Farm Service Agency of the USDA, consent to the release of the records that pertain to my farming operation, my production history, and my compliance with program requirements. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes).

Under penalties of perjury, I certify that: 1. My taxpayer identification number shown on this form is correct, 2. I am not subject to backup withholding as a result of a failure to report all interest or dividend income, and 3. I am a United States (U.S.) citizen or other U.S. person. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| 67. TOTAL | 5,655.2 |
|---|---|
| 68. SECTION II TOTAL | 5,655.2 |
| 69. SECTION I TOTAL | 0 |
| 70. UNIT TOTAL | 5,655.2 |
| 71. ALLOCATED PROD | 0.0 |
| 72. TOTAL APH PROD | 5,655.2 |

| 73. Adjuster's Signature WBA | Date 08/10/2020 | 74. Insured's Signature | Date 08/10/2020 |
|---|---|---|---|
| 73. Adjuster's Signature | Date 08/10/2020 | 74. Insured's Signature | Date 08/10/2020 |

| Unit Guarantee | - | Total Production to Count | = | Deficiency | × | Price Election | × | Share | = | Estimated Indemnity |
|---|---|---|---|---|---|---|---|---|---|---|
| 9,648.0 | | 5,655.2 | | 3,992.8 | | $12.25 | | 0.500 | | $24,456 |

SEE REVERSE SIDE OF THIS FORM FOR NONDISCRIMINATION STATEMENT AND PRIVACY ACT STATEMENT: COMPANY/AGENT COPY   RH-5008-2019

Division 8   Claim No. 20-005177   Policy No. MP-0750018

**PAGE 1 of 1**

Company: AGRI GENERAL INSURANCE COMPANY — Crop Insurance Serviced by Rain and Hail

# PRODUCTION WORKSHEET/PROOF OF LOSS

| POLICY NO. | CLAIM NO. | FIELD | ADJUSTER | LOSS TYPE | BATCH DATE | PAGE |
|---|---|---|---|---|---|---|
| MP-0750018 | 20-005177 | BG8 | WBA | U | 08/10/2020 | |

| CROP/PLAN | UNIT NO. | INTENDED USE | PRICE/LEVEL | CROP YEAR | LOCATION DESCRIPTION |
|---|---|---|---|---|---|
| 84-PTATO 90-APH | 3.04 OU | OT | $12.25 0.75 | 2020 | 36 13 S 29 E CO RD 135 |

**PRODUCER/OWNER INFORMATION**

ONEIDA POTATO EXCHANGE
5818 FIRE LN
RHINELANDER, WI 54501-0000

PHONE 715-272-1192   SSN/EIN XXXXX4830   ENTITY LLC

STATE: FLORIDA   CODE: 9   COUNTY: FLAGLER   CODE: 35

**AGENCY INFORMATION**

PROGRESSIVE AG
417 38TH ST SW STE A
FARGO, ND 58103-6508

PHONE 701-277-9210   CODE 777230

CAUSE(S) OF DAMAGE: 31 - Excess Moisture/Precipit
DATE(S) OF DAMAGE: 04/2020
INSURED CAUSE % 100
LOSS PAYABLE TO ME AND NO OTHERS

## SECTION I - ACREAGE APPRAISED, PRODUCTION AND ADJUSTMENTS

**A. ACTUARIAL**

| Policy/Yield Line | 16 Field ID | 17 Multi-Crop Code | 18 Reported Acres | 19 Determined Acres | 20 Interest or Share | 21 Risk | 22-24 Type/Class /Sub-Class | 26-28 Irr, Cropping, Organic Practice | Farm Serial No. | 29 Stage | 30 Use of Acreage | 31 Appraised Potential | 32a Moisture % / 32b Factor | 33 Shell %, Factor or Value | 34 Production Pre QA | 35 Quality Factor | 36 Production Post QA | 37 Uninsured Causes | 38 Total to Count | Per Acre | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.0 22.0 | | NS | 51.7 | 51.7 | 0.5 | 000 | GRPB(2610) | IRRIGATED (20) | 389 | H | H N/A | | | | | | | | | 185.3 | 9,580 |

**39. TOTALS** 51.7  51.7   OTHER PERSON SHARING: JULINGTON CREEK FARMS   **42. TOTALS** 0 | 0 | 0 | 0 | 9,580.0

40. Quality: TW ☐ KD ☐ Aflatoxin ☐ Vomitoxin ☐ Fumonisin ☐ Garlicky ☐ Dark Roast ☐ Sclerotinia ☐ Ergoty ☐ CoFo ☐ Other ☐ None ☒
41. Do any mycotoxins exceed FDA, State or other health organization maximum limits? Yes ☐ No ☒

**14. Date(s) Notice of Loss**

| 1st Notice | 2nd Notice | Final Notice |
|---|---|---|
| 03/16/2020 | 04/30/2020 | |

Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was planted and incurred an indemnity within the same crop year? Yes ☐ No ☒
Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was prevented from being planted within the same crop year? Yes ☐ No ☒

## SECTION II - HARVESTED PRODUCTION

43. Date Harvest Completed: 06/11/2020   44. Is damage similar to other farms in the area? Yes ☒ No ☐   45. Assignment of Indemnity? Yes ☐ No ☒   46. Transfer of Right to Indemnity? Yes ☐ No ☒

**A. MEASUREMENTS / B. GROSS PRODUCTION / C. ADJUSTMENTS TO HARVESTED PRODUCTION**

| 47a Share / 47b Field ID | 48 Multi-Crop Code | 49 Length or Diameter | 50 Width | 51 Depth | 52 Deduction | 53 Net Cubic Feet | 54 Conversion Factor | 55 Gross Production | 56 Bu. Ton. Lbs. Cwt. | 57 Shelli Sugar Factor | 58a Foreign Material % / 58b Factor | 59a Moisture % / 59b Factor | 60a Test WT / 60b Fadtor | 61 Adjusted Production | 62 Production Not to Count | 63 Production Pre-QA | 64a Value / 64b Mkt. Price | 65 Quality Factor | 66 Production to Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.5 3.0 | NS | | | | | MBT PRODUCE INC, JACKSONVILLE, FL 12 LOADS | | 5,641.5 5,641.5 | 5,641.5 CWT | | | | | 5,641.5 | 0.0 | 5641.5 | | | 5,641.5 |

I certify that to the best of my knowledge and belief all of the information on this form is correct and complete and that it will be used to determine my loss, if any, for damage to my insured crops. I understand that this Production Worksheet/Proof of Loss and supporting papers are subject to audit and approval by us. I understand that this crop insurance is subsidized and reinsured by the Federal Crop Insurance Corporation, an agency of the United States Department of Agriculture (USDA). I accept the Agreed Amount Payable, subject to policy provisions, for damage to my insured crops. I hereby certify that the acreage reports for each insured crop that I submitted are true and correct and that all documents or copies of documents that I have submitted in support of my insurance claim are true, correct and complete. I hereby authorize you to inspect any and all scale tickets, warehouse receipts, inventory records and any other documents that pertain to the crop I have harvested and marketed or that I now have in my possession wherever located. I also hereby expressly authorize you to inspect and copy any and all records of the Farm Service Agency of the USDA, consent to the release of the records that pertain to my farming operation, my production history, and my compliance with program requirements. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes).

Under penalties of perjury, I certify that: 1. My taxpayer identification number shown on this form is correct, 2. I am not subject to backup withholding as a result of a failure to report all interest or dividend income, and 3. I am a United States (U.S.) citizen or other U.S. person. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | | |
|---|---|---|
| 67. TOTAL | 5,641.5 | 68. SECTION II TOTAL 5,641.5 |
| | | 69. SECTION I TOTAL 0 |
| | | 70. UNIT TOTAL 5,641.5 |
| | | 71. ALLOCATED PROD 0.0 |
| | | 72. TOTAL APH PROD 5,641.5 |

| 73. Adjuster's Signature WBA | Date 08/10/2020 | 74. Insured's Signature | Date 08/10/2020 |
| 73. Adjuster's Signature | Date 08/10/2020 | 74. Insured's Signature | Date 08/10/2020 |

| Unit Guarantee | − | Total Production to Count | = | Deficiency | × | Price Election | × | Share | = | Estimated Indemnity |
|---|---|---|---|---|---|---|---|---|---|---|
| 9,580.0 | | 5,641.5 | | 3,938.5 | | $12.25 | | 0.500 | | $24,123 |

SEE REVERSE SIDE OF THIS FORM FOR NONDISCRIMINATION STATEMENT AND PRIVACY ACT STATEMENT.
COMPANY/AGENT COPY   RH-5008-2019

Document Name: Signed Claim.pdf
Division 8
Claim No. 20-005177
Policy No. MP-0750018

PAGE 1 of 1

**Company:** AGRI GENERAL INSURANCE COMPANY — Crop Insurance Serviced by Rain and Hail

## PRODUCTION WORKSHEET/PROOF OF LOSS

| POLICY NO. | CLAIM NO. | FIELD | ADJUSTER | LOSS TYPE | BATCH DATE | PAGE |
|---|---|---|---|---|---|---|
| MP-0750018 | 20-005177 | BG8 | WBA | U | 08/10/2020 | |

**PRODUCER/OWNER INFORMATION**

ONEIDA POTATO EXCHANGE
5818 FIRE LN
RHINELANDER, WI 54501-0000

**AGENCY INFORMATION**

PROGRESSIVE AG
417 38TH ST SW STE A
FARGO, ND 58103-6508

| CROP/PLAN | UNIT NO. | INTENDED USE | PRICE/LEVEL | CROP YEAR | LOCATION DESCRIPTION |
|---|---|---|---|---|---|
| 84-PTATO 90-APH | 4.06 OU | OT | $12.25  0.75 | 2020 | 30  12 S  29 E / 29  12 S  29 E BACK, HOME |

| CAUSE(S) OF DAMAGE | 31 - Excess Moisture/Precipit |
|---|---|

| PHONE | SSN/EIN | ENTITY |
|---|---|---|
| 715-272-1192 | XXXXX4830 | LLC |

| PHONE | CODE |
|---|---|
| 701-277-9210 | 777230 |

| DATE(S) OF DAMAGE | 04/2020 |
|---|---|

| STATE: FLORIDA | CODE: 9 |
|---|---|

| COUNTY: FLAGLER | CODE: 35 |
|---|---|

| INSURED CAUSE % | 100 |
|---|---|

LOSS PAYABLE TO ME AND NO OTHERS

### SECTION I - ACREAGE APPRAISED, PRODUCTION AND ADJUSTMENTS

**A. ACTUARIAL** | **B. POTENTIAL YLD PER ACRE** | **C. TOTAL POTENTIAL PRODUCTION YIELD** | **D. STAGE GUARANTEE**

| Policy/Yield Line | 16 Field ID | 17 Multi-Crop Code | 18 Reported Acres | 19 Determined Acres | 20 Interest or Share | 21 Risk | 22-24 Type/Class /Sub-Class | 26-28 Irr, Cropping, Organic Practice | Farm Serial No. | 29 Stage | 30 Use of Acreage | 31 Appraised Potential | 32a Moisture % / 32b Factor | 33 Shell %, Factor or Value | 34 Production Pre QA | 35 Quality Factor | 36 Production Post QA | 37 Uninsured Causes | 38 Total to Count | Per Acre | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.0 11.0 | | NS | 114.0 | 114.0 | 1 | 000 | GRPB(2610) | IRRIGATED (20) | 310 | H | H N/A | | Options: YAYC | | | | | | | 199.5 | 22,743 |
| | | | | | | | | | | | | | | | | | | | | | |

| | 39. TOTALS | 114.0 | 114.0 | OTHER PERSON SHARING: | | | | **42.TOTALS** | 0 | | 0 | 0 | 0 | 22,743.0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**40. Quality:** ☐ TW ☐ KD ☐ Aflatoxin ☐ Vomitoxin ☐ Fumonisin ☐ Garlicky ☐ Dark Roast ☐ Sclerotinia ☐ Ergoty ☐ CoFo ☐ Other ☐ None ☒

**41.** Do any mycotoxins exceed FDA, State or other health organization maximum limits? Yes ☐ No ☒

**14. Date(s) Notice of Loss**

| 1st Notice | 2nd Notice | Final Notice |
|---|---|---|
| 03/16/2020 | 04/30/2020 | |

Is any acreage of the damage crop(s) considered a second crop following a first insured crop and incurred an indemnity within the same crop year? Yes ☐ No ☒

Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was prevented from being planted within the same crop year? Yes ☐ No ☒

### SECTION II - HARVESTED PRODUCTION

**43.** Date Harvest Completed: 06/11/2020   **44.** Is damage similar to other farms in the area? Yes ☒ No ☐   **45.** Assignment of Indemnity? Yes ☐ No ☒   **46.** Transfer of Right to Indemnity? Yes ☐ No ☒

**A. MEASUREMENTS** | **B. GROSS PRODUCTION** | **C. ADJUSTMENTS TO HARVESTED PRODUCTION**

| 47a Share / 47b Field ID | 48 Multi-Crop Code | 49 Length or Diameter | 50 Width | 51 Depth | 52 Deduction | 53 Net Cubic Feet | 54 Conversion Factor | 55 Gross Production | 56 Bu. Ton. Lbs. Cwt | 57 Shell Sugar Factor | 58a Foreign Material % / 58b Factor | 59a Moisture % / 59b Factor | 60a Test WT / 60b Factor | 61 Adjusted Production | 62 Production Not to Count | 63 Production Pre-QA | 64a Value / 64b Mkt. Price | 65 Quality Factor | 66 Production to Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.0 | NS | MBT PRODUCE INC, JACKSONVILLE, FL SEVERAL | | | | | | 16,957.1 16,957.1 | 16,957.1 CWT | | | | | 16,957.1 | 0.0 | 16957.1 | | | 16,957.1 |

I certify that to the best of my knowledge and belief all of the information on this form is correct and complete and that it will be used to determine my loss, if any, for damage to my insured crops. I understand that this Production Worksheet/Proof of Loss and supporting papers are subject to audit and approval by us. I understand that this crop insurance is subsidized and reinsured by the Federal Crop Insurance Corporation, an agency of the United States Department of Agriculture (USDA). I accept the Agreed Amount Payable, subject to policy provisions, for damage to my insured crops. I hereby certify that the acreage reports for each insured crop that I submitted are true and correct and that all documents or copies of documents that I have submitted in support of my insurance claim are true, correct and complete. I hereby authorize you to inspect any and all scale tickets, warehouse receipts, inventory records and any other documents that pertain to the crop I have harvested and marketed or that I now have in my possession wherever located. I also hereby expressly authorize you to inspect and copy any and all records of the Farm Service Agency of the USDA, consent to the release of those records that pertain to my farming operation, my production history, and my compliance with program requirements. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes).

Under penalties of perjury, I certify that: 1. My taxpayer identification number shown on this form is correct, 2. I am not subject to backup withholding as a result of a failure to report all interest and dividend income, and 3. I am a United States (U.S.) citizen or other U.S. person. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| **67. TOTAL** | 16,957.1 |
|---|---|
| **68. SECTION II TOTAL** | 16,957.1 |
| **69. SECTION I TOTAL** | 0 |
| **70. UNIT TOTAL** | 16,957.1 |
| **71. ALLOCATED PROD** | 0.0 |
| **72. TOTAL APH PROD** | 16,957.1 |

| 73. Adjuster's Signature | WBA | Date 08/10/2020 | 74. Insured's Signature | Date 08/10/2020 |
|---|---|---|---|---|
| 73. Adjuster's Signature | | Date 08/10/2020 | 74. Insured's Signature | Date 08/10/2020 |

| Unit Guarantee | - | Total Production to Count | = | Deficiency | × | Price Election | × | Share | = | Estimated Indemnity |
|---|---|---|---|---|---|---|---|---|---|---|
| 22,743.0 | | 16,957.1 | | 5,785.9 | | $12.25 | | 1.000 | | $70,877 |

SEE REVERSE SIDE OF THIS FORM FOR NONDISCRIMINATION STATEMENT AND PRIVACY ACT STATEMENT.

COMPANY/AGENT COPY    RH-5008-2019

Document Name: Signed Claim.pdf

Division 8

Claim No. 20-005177

Policy No. MP-0750018

PAGE 1 of 1

Company: AGRI GENERAL INSURANCE COMPANY          Crop Insurance Serviced by Rain and Hail

**PRODUCTION WORKSHEET/PROOF OF LOSS**

| POLICY NO. | CLAIM NO. | FIELD | ADJUSTER | LOSS TYPE | BATCH DATE | PAGE |
|---|---|---|---|---|---|---|
| MP-0750018 | 20-005177 | BG8 | WBA | U | 08/10/2020 | |

| PRODUCER/OWNER INFORMATION | AGENCY INFORMATION |
|---|---|
| ONEIDA POTATO EXCHANGE<br>5818 FIRE LN<br>RHINELANDER, WI 54501-0000 | PROGRESSIVE AG<br>417 38TH ST SW STE A<br>FARGO, ND 58103-6508 |

| CROP/PLAN | UNIT NO. | INTENDED USE | PRICE/LEVEL | CROP YEAR | LOCATION DESCRIPTION |
|---|---|---|---|---|---|
| 84-PTATO<br>90-APH | 4.09 OU | OT | $12.25  0.75 | 2020 | XX 12 S 29 E<br>JOHNNY P |

| PHONE | SSN/EIN | ENTITY |
|---|---|---|
| 715-272-1192 | XXXXX4830 | LLC |

| PHONE | CODE |
|---|---|
| 701-277-9210 | 777230 |

CAUSE(S) OF DAMAGE: 31 - Excess Moisture/Precipit

DATE(S) OF DAMAGE: 04/2020

INSURED CAUSE %: 100

STATE: FLORIDA     CODE: 9

COUNTY: FLAGLER     CODE: 35

LOSS PAYABLE TO ME AND NO OTHERS

## SECTION I - ACREAGE APPRAISED, PRODUCTION AND ADJUSTMENTS

### A. ACTUARIAL

| Policy/Yield Line | 16 Field ID | 17 Multi-Crop Code | 18 Reported Acres | 19 Determined Acres | 20 Interest or Share | 21 Risk | 22-24 Type/Class /Sub-Class | 26-28 Irr, Cropping, Organic Practice | Farm Serial No. | 29 Stage | 30 Use of Acreage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4.0<br>21.0 | | NS | 28.0 | 28.0 | 1 | 000 | $RPB(2610)$ | IRRIGATED (20) | 396 | H | N/A |

### B. POTENTIAL YLD PER ACRE / C. TOTAL POTENTIAL PRODUCTION YIELD

| 31 Appraised Potential | 32a Moisture %<br>32b Factor | 33 Shell %, Factor or Value | 34 Production Pre QA | 35 Quality Factor | 36 Production Post QA | 37 Uninsured Causes | 38 Total to Count |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### D. STAGE GUARANTEE

| Per Acre | Total |
|---|---|
| 229.5 | 6,426 |

| 39. TOTALS | 28.0 | 28.0 | OTHER PERSON SHARING: | 42. TOTALS | 0 | 0 | 0 | 0 | 6,426.0 |
|---|---|---|---|---|---|---|---|---|---|

40. Quality: TW ☐ KD ☐ Aflatoxin ☐ Vomitoxin ☐ Fumonisin ☐ Garlicky ☐ Dark Roast ☐ Sclerotinia ☐ Ergoty ☐ CoFo ☐ Other ☐ None ☒     41. Do any mycotoxins exceed FDA, State or other health organization maximum limits? Yes ☐ No ☒

### 14. Date(s) Notice of Loss

| 1st Notice | 2nd Notice | Final Notice |
|---|---|---|
| 03/16/2020 | 04/30/2020 | |

Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was planted and incurred an indemnity within the same crop year? Yes ☐ No ☒

Is any acreage of the damage crop(s) considered a second crop following a first insured crop which was prevented from being planted within the same crop year? Yes ☐ No ☒

## SECTION II - HARVESTED PRODUCTION

43. Date Harvest Completed: 06/11/2020     44. Is damage similar to other farms in the area? Yes ☒ No ☐     45. Assignment of Indemnity? Yes ☐ No ☒     46. Transfer of Right to Indemnity? Yes ☐ No ☒

### A. MEASUREMENTS

| 47a Share<br>47b Field ID | 48 Multi-Crop Code | 49 Length or Diameter | 50 Width | 51 Depth | 52 Deduction | 53 Net Cubic Feet | 54 Conversion Factor | 55 Gross Production |
|---|---|---|---|---|---|---|---|---|
| 4.0 | NS | MBT PRODUCE INC, JACKSONVILLE, FL 6 LOADS | | | | | | 2,717.6<br>2,717.6 CWT |

### B. GROSS PRODUCTION / C. ADJUSTMENTS TO HARVESTED PRODUCTION

| 56 Bu. Ton. Lbs. Cwt. | 57 Shell Sugar Factor | 58a Foreign Material %<br>58b Factor | 59a Moisture %<br>59b Factor | 60a Test WT<br>60b Factor | 61 Adjusted Production | 62 Production Not to Count | 63 Production Pre-QA | 64a Value<br>64b Mkt. Price | 65 Quality Factor | 66 Production to Count |
|---|---|---|---|---|---|---|---|---|---|---|
| 2,717.6 | | | | | 2,717.6 | 0.0 | 2717.6 | | | 2,717.6 |

I certify that to the best of my knowledge and belief all of the information on this form is correct and complete and that it will be used to determine my loss, if any, for damage to my insured crops. I understand that this Production Worksheet/Proof of Loss and supporting papers are subject to audit and approval by us. I understand that this crop insurance is subsidized and reinsured by the Federal Crop Insurance Corporation, an agency of the United States Department of Agriculture (USDA). I accept the Agreed Amount Payable, subject to policy provisions, for damage to my insured crops. I hereby certify that the acreage reports for each insured crop that I submitted are true and correct and that all documents or copies of documents that I have submitted in support of my insurance claim are true, correct and complete. I hereby authorize you to inspect any and all scale tickets, warehouse receipts, inventory records and any other documents that pertain to the crop I have harvested and marketed or that I now have in my possession wherever located. I also hereby expressly authorize you to inspect and copy any and all records of the Farm Service Agency of the USDA, consent to the release of the records that pertain to my farming operation, my production history, and my compliance with program requirements. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes).

| 67. TOTAL | 2,717.6 | 68. SECTION II TOTAL | 2,717.6 |
|---|---|---|---|

Under penalties of perjury, I certify that: 1. My taxpayer identification number shown on this form is correct, 2. I am not subject to backup withholding as a result of a failure to report all interest or dividend income, and 3. I am a United States (U.S.) citizen or other U.S. person. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| 69. SECTION I TOTAL | 0 |
|---|---|
| 70. UNIT TOTAL | 2,717.6 |
| 71. ALLOCATED PROD | 0.0 |
| 72. TOTAL APH PROD | 2,717.6 |

| 73. Adjuster's Signature | Date | 74. Insured's Signature | Date |
|---|---|---|---|
| WBA | 08/10/2020 | Paul Saler | 08/10/2020 |
| 73. Adjuster's Signature | Date | 74. Insured's Signature | Date |
| | 08/10/2020 | | 08/10/2020 |

| Unit Guarantee | - | Total Production to Count | = | Deficiency | × | Price Election | × | Share | = | Estimated Indemnity |
|---|---|---|---|---|---|---|---|---|---|---|
| 6,426.0 | | 2,717.6 | | 3,708.4 | | $12.25 | | 1.000 | | $45,428 |

SEE REVERSE SIDE OF THIS FORM FOR NONDISCRIMINATION STATEMENT AND PRIVACY ACT STATEMENT.
COMPANY/AGENT COPY     RH-5008-2019

Document Name: Signed Claim.pdf
Division 8
Claim No. 20-005177
Policy No. MP-0750018

# PLANTED FIRST INSURED CROP DECLARATION FORM

Insured Name
**ONEIDA POTATO EXCHANGE**

Policy Number        Company Name
**MP-0750018  AGRI GENERAL INSURANC...**

Claim Number
**20-005177**

Crop Year
**2020**

County
**PUTNAM, FLAGLER**

| Unit Number (First Crop) | Line Number | Yield Number | Legal Description/FSN | First Insured Crop | Intended Second Crop | Option Number | Acres |
|---|---|---|---|---|---|---|---|
| 1.02 OU | 5.0 | 20 | 310 | PTATO (0084) | N/A | 1 (NS) | 41 |
| 2.00 OU | 8.0 | 24 | 1395 | PTATO (0084) | N/A | 1 (NS) | 45 |
| 3.04 OU | 3.0 | 22 | 389 | PTATO (0084) | N/A | 1 (NS) | 51.7 |
| 4.06 OU | 2.0 | 11 | 310 | PTATO (0084) | N/A | 1 (NS) | 114 |
| 4.09 OU | 4.0 | 21 | 396 | PTATO (0084) | N/A | 1 (NS) | 28 |

Enter the applicable option number(s) in the above table (First Crop **Planted Acreage**):

1. I certify that I will **not plant a second crop** on the same acreage where the first insured crop is planted. The first crop premium and indemnity will be reduced by 65% if a second crop is planted (by you or another person or entity), insured, and has a payable indemnity (handled in accordance with option number three below). You will also be responsible for notifying us of this change in your intentions and repaying any overpayment on the first insured crop. **(Code NS)**

2. I elect to **NOT insure** any acreage of a second crop planted on the same acreage as any planted first insured crop in the unit (decision applies to all second crop acreage on a first insured crop unit basis). **(Code WI)**

3. I certify that I will **insure** the acreage of a second crop planted on the same acreage as any planted first insured crop in accordance with my policy provisions (regardless of whether the acreage is insured with a different insurance provider or planted and insured by a different person or entity). **I also agree to accept whatever option results in the greatest number of net dollars between the additional first crop indemnity (less additional first crop premium) and any potential second crop indemnity, UNLESS this amount is limited by the terms of the policy provisions. (Code IR)**

4. I certify that I will **insure** the acreage of a second crop planted on the same acreage as any planted first insured crop in accordance with my policy provisions (regardless of whether the acreage is insured with a different insurance provider or planted and insured by a different person or entity). I have, and am submitting, acceptable records to show that I have **double cropped acreage in at least two of the last four crop years** in which the first insured crop was planted in the county or can show that the applicable acreage was double cropped in at least two of the last four crop years in which the first insured crop was grown on it. I also agree that if I have planted more double cropped acres than can be supported by my records, the extra acres will be handled in accordance with the applicable option number elected above for such acreage. **(Code DC)**

5. I certify that I will plant and insure a second crop on the same acreage where the first insured crop is planted. The first insured crop acreage in this situation does not contribute to the first insured crop unit loss which results in such acreage not being subject to an indemnity reduction. This code is used when no other multiple cropping code applies to such acreage and a 100% indemnity is applicable. **(Code FC)**

A second crop is defined as the next occurrence of planting any agricultural commodity for harvest following a first insured crop on the same acreage. A cover crop, planted after a first insured crop and planted for the purpose of haying grazing or otherwise harvesting in any manner, or that is hayed or grazed prior to November 1 of the current crop year, or otherwise harvested at any time, is considered a second crop. It is not considered a second crop if a volunteer crop or cover crop is not intended to be hayed, grazed or otherwise harvested (i.e. green manure, erosion control etc.), or is hayed or grazed on or after November 1 of the current crop year.

I certify that to the best of my knowledge and belief all of the information on this form is correct. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes).

Insured's Signature

Date
**08/10/2020**    Page 1 of 1

**COLLECTION OF INFORMATION AND DATA (PRIVACY ACT) STATEMENT**
**Agents, Loss Adjusters and Policyholders**

The following statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a):  The Risk Management Agency (RMA) is authorized by the Federal Crop Insurance Act (7 U.S.C. 1501-1524) or other Acts, and the regulations promulgated thereunder, to solicit the information requested on documents established by RMA or by approved insurance providers (AIPs) that have been approved by the Federal Crop Insurance Corporation (FCIC) to deliver Federal crop insurance.  The information is necessary for AIPs and RMA to operate the Federal crop insurance program, determine program eligibility, conduct statistical analysis, and ensure program integrity.  Information provided herein may be furnished to other Federal, State, or local agencies, as required or permitted by law, law enforcement agencies, courts or adjudicative bodies, foreign agencies, magistrate, administrative tribunal, AIPs contractors and cooperators, Comprehensive Information Management System (CIMS), congressional offices, or entities under contract with RMA.  For insurance agents, certain information may also be disclosed to the public to assist interested individuals in locating agents in a particular area. Disclosure of the information requested is voluntary.  However, failure to correctly report the requested information may result in the rejection of this document by the AIP or RMA in accordance with the Standard Reinsurance Agreement between the AIP and FCIC, Federal regulations, or RMA-approved procedures and the denial of program eligibility or benefits derived therefrom.  Also, failure to provide true and correct information may result in civil suit or criminal prosecution and the assessment of penalties or pursuit of other remedies.

**NONDISCRIMINATION STATEMENT**

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or a part of an individual's income is derived from any public assistance program.  (Not all prohibited bases apply to all programs.)  Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at  (202) 720-2600 (voice and TDD).

To file a complaint of discrimination, write to: USDA, Director, Office of Civil Rights,1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, or call (800) 795-3272 (voice) or (202) 720-6382 (TDD).  USDA is an equal opportunity provider and employer.

# MPCI Claim Progress Report
### Crop Year: 2020



Serviced by RAIN AND HAIL L.L.C.
SOUTHERN DIVISION
1951 ROSEBUD ROAD
GRAYSON, GA 30017-1558

| Claim | Name | Policy | Suspended Loss | Type | Phone | Claim Date | CID Print Date | Adjusted Date | Received Date | Loss Reserve | 1st Crop Reserve |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20-005177 | ONEIDA POTATO EXCHANGE | MP-0750018 | N | Unharvested | (715)272-1192 (701)277-9210 | 03/16/2020 | 05/01/2020 | 08/14/2020 | 08/14/2020 | $ 178000 | |

**Area Coord:**
**Agency:** PROGRESSIVE AG 7772-30
**Primary Adj:** WILLIAM B BARKER
**Crop:** Potatoes-APH

| Adjuster Contact Date/Claim Status | Spoke With | Appointment/Follow Up | Comment |
|---|---|---|---|
| 03/19/2020(Afternoon): Called, No Answer | Policyholder(Phone) | Adjuster within 4 days | Called and left message |
| 03/19/2020(Afternoon): Going to Harvest | Policyholder(Phone) | Adjuster within 30 days | Damage is minimal at this point, claim opened as a precaution. Further action may be needed later once p |
| 04/30/2020(Morning): Going to Harvest | Policyholder(Phone) | Adjuster within 30 days | |
| 05/01/2020(Morning): Appraisal Needed | Left Message and Phone Number(Phone) | Adjuster within 30 days | |
| 05/05/2020(Morning): Going to Harvest | Farm Manager(Phone) | Adjuster within 30 days | Took quality samples from Putnam County farms to grader in Hastings 5/5/20 |
| 06/04/2020(Afternoon): Going to Harvest | Farm Manager(In person) | Adjuster within 30 days | Made farm visits on 5-5 and 6-4 to take appraisals and QA samples. Excess rain is rotting the crop in the fi |
| 07/07/2020(Morning): Waiting on Documents | Farm Manager(In person) | Adjuster within 30 days | |
| 08/12/2020(Morning): Waiting on Documents | Farm Manager(In person) | Adjuster within 30 days | |

**Comments:** PH(3/16/20)-POTATOES Decreased stand count from excess moisture and humidity during early growing season

2020 63198158 INTERNAL_PROD

```
Date       : 08/20/2020                        AGRI GENERAL INSURANCE COMPANY                          Page:      1
State      : FLORIDA                                    CLAIM SUMMARY                                  Policy: MP0750018
Crop Year: 2020                                                                                        Loss:  20-005177

                                                                                                       Crop:  PTATO

        Insured: ONEIDA POTATO EXCHANGE                              Agency: PROGRESSIVE AG
                 PAUL SOWINSKI                                               417 38TH ST SW STE A
                 5818 FIRE LN                                               FARGO ND 58103-6508
                 RHINELANDER WI 54501
                                                                            7772-30
Additional payees:

- none -
```

| CROP | UNIT | FARM | TOWN/RANGE/SEC | STAGE | ACRES | x | ACRE GUAR | = | TOTAL GUAR | - | PROD COUNTED | = | DEFICIENCY | x PRICE x | INTEREST | = INDEMNITY | AMOUNT = PAYABLE | 1ST CROP RESERVE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PL 5.0 YD 20.0 | | | | | | | | | | | | | | | | | | |
| PTATO | 1.02 | 310 12S | 29E  29 | H | 41.0 | | 185.3 CWT | | 7,597.0 CWT | | 4,348.7 CWT | | 3,248.3 | $12.25 | 0.500 | 19,896 | $19,896 | |
| PL 8.0 YD 24.0 | | | | | | | | | | | | | | | | | | |
| PTATO | 2.00 | 1395 9S | 27E  49 | H | 45.0 | | 214.4 CWT | | 9,648.0 CWT | | 5,655.2 CWT | | 3,992.8 | $12.25 | 0.500 | 24,456 | $24,456 | |
| PL 3.0 YD 22.0 | | | | | | | | | | | | | | | | | | |
| PTATO | 3.04 | 389 13S | 29E  35 | H | 51.7 | | 185.3 CWT | | 9,580.0 CWT | | 5,641.5 CWT | | 3,938.5 | $12.25 | 0.500 | 24,123 | $24,123 | |
| PL 2.0 YD 11.0 | | | | | | | | | | | | | | | | | | |
| PTATO | 4.06 | 310 12S | 29E  29 30 | H | 114.0 | | 199.5 CWT | | 22,743.0 CWT | | 16,957.1 CWT | | 5,785.9 | $12.25 | 1.000 | 70,877 | $70,877 | |
| PL 4.0 YD 21.0 | | | | | | | | | | | | | | | | | | |
| PTATO | 4.09 | 396 12S | 29E  33 | H | 28.0 | | 229.5 CWT | | 6,426.0 CWT | | 2,717.6 CWT | | 3,708.4 | $12.25 | 1.000 | 45,428 | $45,428 | |

```
                                                                                                    *   $184,780
```

| | COUNTY | ACRES | PRODUCTION | PAYMENT | CHECK | CHECK DATE | CLAIM AMT | LOSS CREDIT | CHECK AMT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PTATO | FLAGLER | 234.7 | 29,664.9 | $160,324 | 3334173 | 8/20/2020 | $184,780.00 | $66,236.00 | $118,544.00 | LOSS AMOUNT | $184,780 |
| PTATO | PUTNAM | 45.0 | 5,655.2 | $24,456 | | | | | | APPLIED TO PREMIUM | $66,236 |
| TOTAL | | 279.7 | | $184,780 | | | | | | CURRENT CHECK #3334173 | $118,544 |
| | | | | | | CLAIM TOTAL -> | $184,780.00 | $66,236.00 | $118,544.00 | * PAYEE'S SHARE AMOUNT | |

```
AMOUNT REPORTED TO I.R.S.      $184,780.00
UNDER SOCIAL SECURITY NUMBER     *****4830
```

**Please enter the URL below to participate in a brief claim survey regarding this claim settlement. All responses will be kept confidential.**

**https://www.rainhail.com/s/claimsurvey**

| Policy | MP-0750018 | State | FLORIDA 9 | Date | 11/22/2017 | Page 1 of 5 | JS |
|---|---|---|---|---|---|---|---|
| For | 2018 and succeeding years | | | | | | |

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.

SCAN: 80234629747746320012  2018

| Applicant/Insured Information | Signature Authorization | Agency/Agent information |
|---|---|---|
| ONEIDA POTATO EXCHANGE<br>PAUL SOWINSKI<br>5818 FIRE LN<br>RHINELANDER WI 54501-0000 | I grant the person(s) listed below the authority to sign any and all crop insurance documents on my behalf. I understand that by authorizing such persons to sign documents on my behalf I am legally bound by all terms and conditions of such documents and of the crop insurance contract. I also understand that granting the following person(s) the authority to sign on my behalf does not obligate that person(s) to the terms and conditions of my crop insurance contract. I further understand that this authorization may be revoked by me at any time upon written notice, signed and delivered to my Approved Insurance Provider.<br>APPLICANT/INSURED AUTHORIZED REPRESENTATIVE | PROGRESSIVE AG<br>417 38TH ST SW STE A<br>FARGO ND 58103-6508<br><br>mailto: LAUREL@PROGRESSIVEAG.COM |

| | | |
|---|---|---|
| Phone 715-272-1192  SSN / EIN / Ran ****4830  Limited Liability Company  Person Type  State of Incorp. WI  SA: PAUL SOWINSKI | | Phone 701-277-9210  Agency Code 7772-30 |

Other Changes: ☒ Add Signature Authorization ☐ Add/change/correct Insured's authorized representative ☐ Correct the spelling of Insured's name ☐ Correct SBI's identification number
☐ Remove Signature Authorization ☐ Correct Insured's identification number ☐ Change/correct Insured's address ☐ Correct the spelling of SBI's name

# MPCI Production Reporting Form

| County | Name of Crop | Effective Crop Year | Plan of Insurance | Coverage Level | Percentage of Price Election, Projected Price, Amount of Ins., or Prot. Factor | Practice/Type/Class etc. | Options, Elections or Endorsements | Unit Structure Code | New Producer | Designated County | Total Acres |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FLAGLER | POTATOES | 2018 | APH | A 0.75 | MKT | IRRIGATED GRPA | YA | OU | | | |
| | POTATOES | 2018 | APH | A 0.75 | MKT | IRRIGATED GRPB | YA | OU | | | |
| ST. JOHNS | POTATOES | 2018 | APH | A 0.75 | MKT | | YA | OU | P | | |

**REMARKS/OTHER:**

**POLICY LOSS PAYEE AND ADDRESS**

LOSS PAYABLE TO ME AND NO OTHERS

**SBI INFORMATION** - List all persons with a substantial beneficial interest (10% or more) in the insured/applicant as defined in the applicable policy provisions (include landlords or tenants insured under the applicant). If none, state NONE. For spousal insureds/applicants, indicate the spouse's name, identification number and identification number type. If individual insured/applicant is not married, state No Spouse.

| SBI Request | Name | Complete Address | Telephone Number | Identification Number | Identification Number Type | Person Type |
|---|---|---|---|---|---|---|
| ☐ UPDATE<br>☐ REMOVE<br><br>☐ ADD | PAUL SOWINSKI | 5818 FIRE LANE<br>RHINELANDER WI 54501-0000 | 715-272-1192 | ****8410 | SSN | Individual |

WEB COPY                              Production Reporting                              RH-5200-2018 (Rev.09-2017)

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.
MPCI Acreage and Production Reporting Form

| Policy | MP-0750018 | State | FLORIDA 9 | Date | 11/22/2017 | Page 2 of 5 | JS |
| For | 2018 and succeeding years | | ONEIDA POTATO EXCHANGE | | | | |

SCAN: 8023462974746320023    2018

---

County 35 FLAGLER
Crop APH-POTATOES
Practice IRRIGATED
Type GRPB
²Legal Description
FSN: 265
6 12S 29E

Unit Description
Insured's Share 0.500    ³Other persons sharing in crop
BOARDWALK FARMS

Unit Number BU 1.00    FSN 265 Yield No. 4.0
☐ Added Land/Cropland Acres___ ☐ New Prac/Type/TMA ☐ New Crop ☐ Meas Serv

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | 0.00 | 246.0 T |
| 14 | | 0.00 | 246.0 T |
| 15 | 22377.00 | 50.40 | 444.0 A |
| 16 | 8618.40 | 22.80 | 378.0 A |
| 17 | | 0.00 | Z |

| Total Yield | 1314.0 | Prior Yield | 329.0 |
| + Years | 4 | Ave Yield | 329.0 |
| = Prelim Yield | 329.0 | Rate Yield | 329.0 |
| T-Yield | 246.0 | Appr Yield | 329.0 |

| ¹Record Type | | Prevented Acres | |
| Planted Acres | | Uninsurable Acres/Prod | |
| Date Planting Completed | | High Risk Acres | |
| High Risk Acres Class | | | |

Remarks/Other: SC 01/02/18 PR 02/14/18 PL 02/25/18 AR 03/15/18
Z, Zero Acres

County 35 FLAGLER
Crop APH-POTATOES
Practice IRRIGATED
Type GRPA
²Legal Description
FSN: 265
6 12S 28E

Unit Description FIELD 3
Insured's Share 0.500    ³Other persons sharing in crop
JULINGTON CREEK FARMS

Unit Number OU 2.01    FSN 265 Yield No. 3.0
☐ Added Land/Cropland Acres___ ☐ New Prac/Type/TMA ☐ New Crop ☐ Meas Serv

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | 0.00 | 228.0 T |
| 14 | 8100.00 | 20.00 | 405.0 A |
| 15 | 17261.00 | 37.00 | 467.0 A |
| 16 | 5809.60 | 33.00 | 176.0 A L |
| 17 | | 0.00 | Z |

| Total Yield | 1276.0 | Prior Yield | 319.0 |
| + Years | 4 | Ave Yield | 319.0 |
| = Prelim Yield | 319.0 | Rate Yield | 319.0 |
| T-Yield | 228.0 | Appr Yield | 319.0 |

| ¹Record Type | | Prevented Acres | |
| Planted Acres | | Uninsurable Acres/Prod | |
| Date Planting Completed | | High Risk Acres | |
| High Risk Acres Class | | | |

Remarks/Other: SC 01/02/18 PR 02/14/18 PL 02/25/18 AR 03/15/18
Z, Zero Acres

County 35 FLAGLER
Crop APH-POTATOES
Practice IRRIGATED
Type GRPB
²Legal Description
FSN: 297
2 12S 28E

Unit Description KINNEY 100 FRONT WEST BACK WES
Insured's Share 0.500    ³Other persons sharing in crop
JULINGTON CREEK FARMS

Unit Number OU 2.02 YA    FSN 297 Yield No. 12.0
☑ Added Land/Cropland Acres___ ☐ New Prac/Type/TMA ☐ New Crop ☐ Meas Serv

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | 0.00 | 0.00 | 328.0 L |
| 15 | 0.00 | 0.00 | 328.0 L |
| 16 | 0.00 | 0.00 | 328.0 L |
| 17 | 1674.60 | 16.00 | 105.0 P A L |

| Total Yield | 1089.0 | Prior Yield | 328.0 |
| + Years | 4 | Ave Yield | 272.0 |
| = Prelim Yield | 272.0 | Rate Yield | 272.0 |
| T-Yield | 246.0 | Appr Yield | 295.0 |

| ¹Record Type | 2017 LOSS | Prevented Acres | |
| Planted Acres | | Uninsurable Acres/Prod | |
| Date Planting Completed | | High Risk Acres | |
| High Risk Acres Class | | | |

Remarks/Other: SC 01/02/18 PR 02/14/18 PL 02/25/18 AR 03/15/18
60% YA Plug,17T=328
Yield Adjustment
L, Added Land, Simple Avg
ADDED LAND 2017

County 35 FLAGLER
Crop APH-POTATOES
Practice IRRIGATED
Type GRPB
²Legal Description
FSN: 310
29 12S 29E

Unit Description KINNEY 105 - BARN
Insured's Share 0.500    ³Other persons sharing in crop
JULINGTON CREEK FARMS

Unit Number OU 2.03    FSN 310 Yield No. 6.0
☑ Added Land/Cropland Acres___ ☐ New Prac/Type/TMA ☐ New Crop ☐ Meas Serv

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | 0.00 | 0.00 | 328.0 L |
| 15 | 0.00 | 0.00 | 328.0 L |
| 16 | 0.00 | 0.00 | 328.0 L |
| 17 | 8231.80 | 40.00 | 206.0 A L |

| Total Yield | 1190.0 | Prior Yield | 328.0 |
| + Years | 4 | Ave Yield | 298.0 |
| = Prelim Yield | 298.0 | Rate Yield | 298.0 |
| T-Yield | 246.0 | Appr Yield | 298.0 |

| ¹Record Type | 2017 LOSS | Prevented Acres | |
| Planted Acres | | Uninsurable Acres/Prod | |
| Date Planting Completed | | High Risk Acres | |
| High Risk Acres Class | | | |

Remarks/Other: SC 01/02/18 PR 02/14/18 PL 02/25/18 AR 03/15/18
L, Added Land, Simple Avg
ADDED LAND 2016

---

RH-5204-2016

## AGRI GENERAL INSURANCE COMPANY
### RAIN AND HAIL L.L.C.
#### MPCI Acreage and Production Reporting Form

| Policy | MP-0750018 | State | FLORIDA 9 | | Date | 11/22/2017 | Page 3 of 5 | JS |
|---|---|---|---|---|---|---|---|---|
| For | 2018 | and succeeding years | | ONEIDA POTATO EXCHANGE | | | | |

SCAN: 80234629747746330036    2018

---

County 35 FLAGLER
Crop APH-POTATOES
Practice IRRIGATED
Type GRPB
²Legal Description
FSN: 171
7 8 12S 29E

Unit Description BAR D
Insured's Share 1.000    ³Other persons sharing in crop

Unit Number OU 3.01    FSN 171    Yield No. 9.0
☒ Added Land/Cropland Acres___  ☐ New Prac/Type/TMA  ☐ New Crop  ☐ Meas. Serv.

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | 0.00 | 0.00 | 328.0 L |
| 14 | 0.00 | 0.00 | 328.0 L |
| 15 | 0.00 | 0.00 | 328.0 L |
| 16 | 0.00 | 0.00 | 328.0 L |
| 17 | 14,276.6 | 38.00 | 375.7 A |

| Total Yield | | Prior Yield | 328.0 |
| ÷ Years | 5 | Ave Yield | |
| = Prelim Yield | | Rate Yield | |
| T-Yield | 246.0 | Appr Yield | |

Record Type / Planted Acres / Date Planting Completed / High Risk Acres Class

Prevented Acres / Uninsurable Acres/Prod. / High Risk Acres

Remarks/Other:  SC 01/02/18 PR 02/14/18 PL 02/25/18 AR 03/15/18
13-16 YLD 1312.0
L, Added Land, Simple Avg
ADDED LAND 2017

---

County 35 FLAGLER
Crop APH-POTATOES
Practice IRRIGATED
Type GRPB
²Legal Description
FSN: 201
9 12S 29E

Unit Description BAR D
Insured's Share 1.000    ³Other persons sharing in crop

Unit Number OU 3.01 YA    FSN 201    Yield No. 2.0
☐ Added Land/Cropland Acres___  ☐ New Prac/Type/TMA  ☐ New Crop  ☐ Meas. Serv.

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | 0.00 | 246.0 T |
| 14 | 7250.00 | 29.00 | 250.0 A |
| 15 | 12974.00 | 30.60 | 424.0 A |
| 16 | - | 0.00 | · Z |
| 17 | 2153.20 | 26.00 | 83.0 P A L |

| Total Yield | 1003.0 | Prior Yield | 292.0 |
| ÷ Years | 4 | Ave Yield | 251.0 |
| = Prelim Yield | 251.0 | Rate Yield | 251.0 |
| T-Yield | 246.0 | Appr Yield | 267.0 |

Record Type 2017 LOSS
Planted Acres / Date Planting Completed / High Risk Acres Class

Prevented Acres / Unsurable Acres/Prod. / High Risk Acres

Remarks/Other:  SC 01/02/18 PR 02/14/18 PL 02/25/18 AR 03/15/18
60% YA Plug,17T=246
Yield Adjustment
Z, Zero Acres

---

County 35 FLAGLER
Crop APH-POTATOES
Practice IRRIGATED
Type GRPA
²Legal Description
FSN: 265
6 12S 29E

Unit Description
Insured's Share 1.000    ³Other persons sharing in crop

Unit Number OU 3.02    FSN 265    Yield No. 5.0
☐ Added Land/Cropland Acres___  ☐ New Prac/Type/TMA  ☐ New Crop  ☐ Meas. Serv.

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | 0.00 | 228.0 T |
| 13 | | 0.00 | 228.0 T |
| 14 | | 0.00 | 228.0 T |
| 15 | 11477.00 | 29.00 | 396.0 A |
| 16 | - | 0.00 | · Z |
| 17 | · | 0.00 | · Z |

| Total Yield | 1080.0 | Prior Yield | 270.0 |
| ÷ Years | 4 | Ave Yield | 270.0 |
| = Prelim Yield | 270.0 | Rate Yield | 270.0 |
| T-Yield | 228.0 | Appr Yield | 270.0 |

Record Type
Planted Acres / Date Planting Completed / High Risk Acres Class

Prevented Acres / Unsurable Acres/Prod. / High Risk Acres

Remarks/Other:  SC 01/02/18 PR 02/14/18 PL 02/25/18 AR 03/15/18
Z, Zero Acres

---

County 35 FLAGLER
Crop APH-POTATOES
Practice IRRIGATED
Type GRPB
²Legal Description
FSN: 265
6 12S 29E

Unit Description FIELD HOME
Insured's Share 1.000    ³Other persons sharing in crop

Unit Number OU 3.03    FSN 265    Yield No. 1.0
☐ Added Land/Cropland Acres___  ☐ New Prac/Type/TMA  ☐ New Crop  ☐ Meas. Serv.

| Crop Year | Total Production | Acres | Yield/ Yield Descriptor |
|---|---|---|---|
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | 36113.00 | 110.00 | 328.0 A |
| 14 | 37400.00 | 110.00 | 340.0 A |
| 15 | 16563.00 | 41.10 | 403.0 A |
| 16 | 34209.00 | 90.50 | 378.0 A |
| 17 | 16,583.6 | 44.00 | 376.9 A |

| Total Yield | | Prior Yield | 362.0 |
| ÷ Years | 5 | Ave Yield | |
| = Prelim Yield | | Rate Yield | |
| T-Yield | 246.0 | Appr Yield | |

Record Type
Planted Acres / Date Planting Completed / High Risk Acres Class

Prevented Acres / Unsurable Acres/Prod. / High Risk Acres

Remarks/Other:  SC 01/02/18 PR 02/14/18 PL 02/25/18 AR 03/15/18
13-16 YLD 1449.0

---

RH-5204-2016

## AGRI GENERAL INSURANCE COMPANY
### RAIN AND HAIL L.L.C.
### MPCI Acreage and Production Reporting Form

| Policy | MP-0750018 | State | FLORIDA 9 | | Date | 11/22/2017 | Page 4 of 5 | JS |
|---|---|---|---|---|---|---|---|---|
| For | 2018 | and succeeding years | | ONEIDA POTATO EXCHANGE | | | | |

SCAN: 8023462974774633047  2018

| | Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|---|
| County | 35 FLAGLER | 35 FLAGLER | FLAGLER | FLAGLER |
| Crop | APH-POTATOES | APH-POTATOES | POTATOES | POTATOES |
| Practice | IRRIGATED | IRRIGATED | IRRIGATED | IRRIGATED |
| Type | GRPB | GRPB | GRPA | GRPB |
| ²Legal Description | FSN: 297 / 2 12S 28E | FSN: 310 / 29 12S 29E | MASTER YIELD | MASTER YIELD |
| Unit Description | KINNEY 100 HOUSE | KINNEY 105 LESS | | |
| Insured's Share | 1.000 | 1.000 | | |

### Column 1 — Unit Number OU 3.03 YA, FSN 297, Yield No. 10.0

| Crop Year | Total Production | Acres | Yield/Yield Descriptor |
|---|---|---|---|
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | 0.00 | 0.00 | 328.0 L |
| 15 | 0.00 | 0.00 | 328.0 L |
| 16 | 0.00 | 0.00 | 328.0 L |
| 17 | 3232.80 | 30.00 | 108.0 P A L |

| | | | |
|---|---|---|---|
| Total Yield | 1092.0 | Prior Yield | 328.0 |
| + Years | 4 | Ave Yield | 273.0 |
| = Prelim Yield | 273.0 | Rate Yield | 273.0 |
| T-Yield | 246.0 | Appr Yield | 295.0 |

| Record Type | 2017 LOSS | Prevented Acres | |
| Planted Acres | | Uninsurable Acres/Prod | |
| Date Planting Completed | | High Risk Acres | |
| High Risk Acres Class | | | |

Remarks/Other: SC 01/02/18 PR 02/14/18 PL 02/25/18 AR 03/15/18
60% YA Plug,17T=328
Yield Adjustment
L, Added Land, Simple Avg
ADDED LAND 2017

### Column 2 — Unit Number OU 3.04 YA, FSN 310, Yield No. 11.0

| Crop Year | Total Production | Acres | Yield/Yield Descriptor |
|---|---|---|---|
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | 0.00 | 0.00 | 328.0 L |
| 15 | 0.00 | 0.00 | 328.0 L |
| 16 | 0.00 | 0.00 | 328.0 L |
| 17 | 7336.20 | 48.00 | 153.0 P A L |

| | | | |
|---|---|---|---|
| Total Yield | 1137.0 | Prior Yield | 328.0 |
| + Years | 4 | Ave Yield | 284.0 |
| = Prelim Yield | 284.0 | Rate Yield | 284.0 |
| T-Yield | 246.0 | Appr Yield | 295.0 |

| Record Type | 2017 LOSS | Prevented Acres | |
| Planted Acres | | Uninsurable Acres/Prod | |
| Date Planting Completed | | High Risk Acres | |
| High Risk Acres Class | | | |

Remarks/Other: SC 01/02/18 PR 02/14/18 PL 02/25/18 AR 03/15/18
60% YA Plug,17T=328
Yield Adjustment
L, Added Land, Simple Avg
ADDED LAND 2017

### Column 3 — Unit Number, FSN, Yield No.

| Crop Year | Total Production | Acres | Yield/Yield Descriptor |
|---|---|---|---|
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | 0 | 228 |
| 14 | 8100.0 | 20.0 | 405 |
| 15 | 28738.0 | 66.0 | 435 |
| 16 | 5809.6 | 33.0 | 176 |
| 17 | | 0.00 | - 2 |

| | | | |
|---|---|---|---|
| Total Yield | 1244 | Prior Yield | |
| + Years | 4 | Ave Yield | |
| = Prelim Yield | 311 | Rate Yield | |
| T-Yield | 228 | Appr Yield | 311 |

| Record Type | | Prevented Acres | |
| Planted Acres | | Uninsurable Acres/Prod | |
| Date Planting Completed | | High Risk Acres | |
| High Risk Acres Class | | | |

Remarks/Other:

### Column 4 — Unit Number, FSN, Yield No.

| Crop Year | Total Production | Acres | Yield/Yield Descriptor |
|---|---|---|---|
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | 36113.0 | 110.0 | 328 |
| 14 | 44650.0 | 139.0 | 321 |
| 15 | 51914.0 | 122.1 | 425 |
| 16 | 42827.4 | 113.3 | 378 |
| 17 | 53,488.8 | 242.0 | 221 |

| | | | |
|---|---|---|---|
| Total Yield | | Prior Yield | |
| + Years | 5 | Ave Yield | |
| = Prelim Yield | | Rate Yield | |
| T-Yield | 246 | Appr Yield | 335 |

| Record Type | | Prevented Acres | |
| Planted Acres | | Uninsurable Acres/Prod | |
| Date Planting Completed | | High Risk Acres | |
| High Risk Acres Class | | | |

Remarks/Other:

RH-5204-2016

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.
**MPCI Application/Cancellation/Transfer/Policy Change/Reporting Form**

| Policy | MP-0750018 | State | FLORIDA 9 | Date | 11/22/2017 | Page 5 of 5 | JS |

For 2018 and succeeding years    ONEIDA POTATO EXCHANGE

SCAN: 8023462974774633005 8    2018

**CANCELLATION INFORMATION:** I hereby request cancellation of my crop insurance policy for the crop(s) and crop year shown on this cancellation. I understand that if this form is not executed on or before the cancellation date for any crop-year-listed, the cancellation of insurance on such crop(s) will not become effective until the following crop year;

**REASON FOR CANCELLATION:** ☐ Mutual Consent  ☐ Insured's Request
☐ Death, Incompetence or Dissolution  ☐ Other _____

**TRANSFER INFORMATION:**

**Part I:** I hereby request cancellation of **my insurance** policy with [Enter Ceding AIP's Name and Policy No.:] _____ for the crop(s) and crop year(s) shown on this application because I have applied for insurance with another Approved Insurance Provider. I understand that if this form is not executed on or before the established cancellation date for any crop listed, the cancellation of insurance on such crop(s) will not become effective until the following crop year.

I hereby authorize and direct the Ceding Approved Insurance Provider shown above to furnish any information relative to my insurance policy to the Assuming Approved Insurance Provider specified under Part II. I understand that if coverage for any crop(s) is now terminated or would have subsequently terminated for delinquent debt had this transfer not occurred, no coverage can be provided by the assuming Approved Insurance Provider.

**Part II:** By submission of this form, we agree to provide crop insurance to this applicant for the crop(s) and crop year shown on this application unless this form is not executed on or before the established cancellation date for any of the crop(s) shown, in which case insurance will be provided for such crop(s) for the following crop year.

Assuming AIP and Policy Issuing Company Code

Signature of AIP Representative Authorized to Accept Applications _____ Date _____

**A) CONDITIONS OF ACCEPTANCE STATEMENT:** This application is accepted and insurance attaches in accordance with the policy unless: (1) The Federal Crop Insurance Corporation determines that, in accordance with the regulations, the risk is excessive; (2) any material fact is omitted, concealed or misrepresented in this application or in the submission of this application; (3) you have failed to provide complete and accurate information required by this application; or (4) the answer to any of the following questions is "yes." An answer of "yes" to these questions does not automatically result in rejection of the application. For example, if you answer "yes" to question (a) but your debt was discharged in bankruptcy, the application would not be rejected.

| Yes | No | |
|---|---|---|
| ☐ | ☒ | (a) Are you now indebted, and the debt is delinquent, for insurance coverage under the Federal Crop Insurance Act? |
| ☐ | ☒ | (b) Have you in the last five years been convicted under federal or state law of planting, cultivating, growing, producing, harvesting, or storing a controlled substance? |
| ☐ | ☒ | (c) Have you ever had insurance coverage under the authority of the Federal Crop Insurance Act terminated for violation of the terms of the contract or regulations, or for failure to pay your delinquent debt? |
| ☐ | ☒ | (d) Are you disqualified or debarred under the Federal Crop Insurance Act, the regulations of the FCIC, or the USDA? |
| ☐ | ☒ | (e) Have you ever entered into an agreement with the FCIC or with the Department of Justice that you would refrain from participating in programs under the authority of the Federal Crop Insurance Act and that agreement is still effective? |
| ☐ | ☒ | (f) Do you have like insurance on any of the above crop(s)? |

I understand that if coverage for any crop is currently terminated or would have subsequently terminated for indebtedness had this application been filed after the termination date, no coverage can be provided and I am ineligible for any benefits under the Federal Crop Insurance Act until the cause for termination is corrected.

We will notify you of rejection by depositing notification in the United States mail, postage paid, to the applicant's address. Unless rejected or the sales closing date has passed at the time you signed this application, insurance shall be in effect for the crop(s) and crop years specified and shall continue for each succeeding crop year, unless otherwise specified in the policy, until canceled, terminated or voided. The insurance contract, which includes the accepted application, is defined in the regulation published at 7 CFR chapter IV. No term or condition of the contract shall be waived or changed unless such waiver or change is expressly allowed by the contract and is in writing.

**B) CERTIFICATION STATEMENT:** I certify that to the best of my knowledge and belief all of the information on this form is correct. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to cancellation of the policy, and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C. §1506; 31 U.S.C. §3729, §3730 and any other applicable federal statutes).

**C) USDA MULTIPLE BENEFIT CERTIFICATION STATEMENT:** I understand that obtaining multiple Federal benefits for the same loss, such as a Noninsured Crop Disaster Assistance Program (NAP) payment(s) and a Federal crop insurance indemnity, is prohibited by law. I certify that I have, or will disclose any other USDA benefit, including any NAP benefit, received for this crop. Failure to disclose the receipt of multiple Federal benefits, or failure to repay one of the multiple Federal benefits such as either the NAP benefit or the Federal crop insurance indemnity for the same crop, may result in my being disqualified from receiving Federal crop insurance benefits, as well as being ineligible for various programs administered by the Farm Service Agency for up to five (5) years.

**D) ANTI-REBATING CERTIFICATION STATEMENT FOR APPLICANT/INSURED:** I certify, for the crop year indicated, that I have not directly or indirectly received, accepted, or been paid, offered, promised, or given any benefit, including money, goods, or services for which payment is usually made, rebate, discount, abatement, credit, or reduction of premium, or any other valuable consideration, as an inducement to procure insurance or in exchange for purchasing this insurance policy after it has been procured. I understand that this prohibition does not include payment of administrative fees, performance based discounts, and any other payment approved by FCIC that are authorized under sections 508(a)(9)(B) and 508(d)(3) of the Federal Crop Insurance Act (Act) (7 U.S.C. §§ 1508(a)(9)(B) and 1508(d)(3)). I understand that a false certification or failure to completely and accurately report any information on this form may subject me, and any person with a substantial beneficial interest in me, to sanctions, including but not limited to, criminal and civil penalties and administrative sanctions in accordance with section 515(h) of the Act (7 U.S.C. §1515(h)) and all other applicable federal statutes.

**E) ANTI-REBATING CERTIFICATION STATEMENT FOR AGENT:** I certify, for the crop year indicated, that I have neither offered nor promised, directly or indirectly, any benefit, including money, goods, or services for which payment is usually made, rebate, discount, credit, reduction of premium, or any other valuable consideration to this person either as an inducement to procure insurance or in exchange for obtaining insurance after it has been procured, I understand that this prohibition does not include payment of administrative fees, performance based discounts, and any other payment approved by FCIC that are authorized under sections 508(a)(9)(B) and 508(d)(3) of the Federal Crop Insurance Act (Act) (7 U.S.C. §§ 1508(a)(9)(B) and 1508(d)(3)). I understand that a false certification or failure to completely and accurately report any violation may subject me, and all agencies/companies I represent, to sanctions, including but not limited to, criminal and civil penalties and administrative sanctions in accordance with section 515(h) of the Act (7 U.S.C §1515(h)) and all other applicable federal statutes.

**F) NONDISCRIMINATION STATEMENT**

**Non-Discrimination Policy:** The U.S. Department of Agriculture (USDA) prohibits discrimination against its customers, employees, and applicants for employment on the bases of race, color, national origin, age, disability, sex, gender identity, religion, reprisal, and where applicable, political beliefs, marital status, familial or parental status, sexual orientation, or all or part of an individual's income is derived from any public assistance program, or protected genetic information in employment or in any program or activity conducted or funded by the Department, (Not all prohibited bases will apply to all programs and/or employment activities.)

To File a Program Complaint: If you wish to file a Civil Rights program complaint of discrimination, complete the USDA Program Discrimination Complaint Form, found online at https://www.ascr.usda.gov/ad-3027-usda-program-discrimination-complaint-form, or at any USDA office, or call (866) 632-9992 to request the form. You may also write a letter containing all of the information requested in the form. Send your completed complaint form or letter by mail to the U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, by fax (202) 690-7442 or email at program.intake@usda.gov.

**Persons with Disabilities:** Individuals who are deaf, hard of hearing or have speech disabilities and wish to file either an EEO or program complaint please contact USDA through the Federal Relay Service at (800) 877-8339 or (800) 845-6136 (in Spanish). Persons with disabilities, who wish to file a program complaint, please see information above on how to contact the Department by mail directly or by email. If you require alternative means of communication for program information (e.g. Braille, large print, audiotape, etc.) please contact USDA's TARGET Center at (202) 720-2600 (voice and TDD).

**G) COLLECTION OF INFORMATION AND DATA (PRIVACY ACT) STATEMENT:** Agents, Loss Adjusters, and Policyholders: The following statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a): The Risk Management Agency (RMA) is authorized by the Federal Crop Insurance Act (7 U.S.C. 1501-1524) or other Acts, and the regulations promulgated thereunder, to solicit the information requested on documents established by RMA, or by approved insurance providers (AIPs), that have been approved by the Federal Crop Insurance Corporation (FCIC), to deliver Federal crop insurance. The information is necessary for AIPs and RMA to operate the Federal crop insurance program, determine program eligibility, conduct statistical analysis, and ensure program integrity. Information provided herein may be furnished to other Federal, State, or local agencies, as required or permitted by law, law enforcement agencies, courts or adjudicative bodies, foreign agencies, magistrate, administrative tribunal, AIPs contractors and cooperators, Comprehensive Information Management Systems (CIMS), congressional offices, or entities under contract with RMA. For insurance agents, certain information may also be disclosed to the public to assist interested individuals in locating agents in a particular area. Disclosure of the information requested is voluntary. However, failure to correctly report the requested information may result in the rejection of this document by the AIP or RMA in accordance with the Standard Reinsurance Agreement between the AIP and FCIC, Federal regulations, or RMA-approved procedures and the denial of program eligibility or benefits derived therefrom, Also, failure to provide true and correct information may result in civil suit or criminal prosecution and the assessment of penalties or pursuit of other remedies.

**H) NEW PRODUCER:** I certify that I have not produced the insured crop in the county for more than two APH crop years. I certify that I was not a member of another insured entity as a substantial beneficial interest holder, which produced the insured crop in the county for more than two APH crop years. I certify that any substantial beneficial interest holders for the policy in which new producer status is requested, have not produced the insured crop in the county for more than two APH crop years. I understand that any mis-certification may result in recalculation of my yield guarantees, premiums and any applicable loss payments. The certification statements contained in this paragraph apply to any crop(s)/county(ies) that have been marked as being a New Producer in the New Producer column of the application.

---

I certify that the information and answers on this application are correct to my knowledge and belief, that none of the reasons for rejection in items 1 through 4 of the 'Conditions of Acceptance' apply and that I am aware of and understand the requirements of the Collection of Information and Data (Privacy Act), as well as all other provisions contained on this application. I personally guarantee payment of the total premium and any applicable administrative fees (premium not applicable to CAT coverage).

I certify that I am responsible for establishing the approved APH yields that are used to calculate the production guarantees contained in this acreage report and that such approved APH yields are correct to the best of my knowledge. I understand this form may be reviewed or audited, and that information inaccurately reported or failure to retain records to support information on this form, may result in a recomputation of the approved APH yield.

**PROMISSORY NOTE:** On or before 08/15/18 the Undersigned in consideration of the issuance of the policy shown above, hereby agrees to pay, at 9200 Northpark Drive, Suite 300, Johnston, Iowa 50131, to the order of the Company the total premium and applicable administrative fees, all as allowed by law. The Undersigned agrees to pay the maximum amount of interest on the total unpaid premium after such due dates plus reasonable costs of collection and attorney fees, all as allowed by law as stated in 7 CFR 457.8 and consents to the Iowa Court jurisdiction and venue. The Undersigned agrees and acknowledges that the Company may deduct any and all monies owed under this policy or any other policy, whether or not due, from any loss payable to you under this policy.

**Native Sod:** (IA, MN, MT, NE, ND, SD ONLY) ☐ I HAVE ☐✗ HAVE NOT broken native sod after February 7, 2014. I understand that if I till native sod acreage, I will be assessed a reduction in yield guarantee and premium subsidy, these reductions apply in the crop year that my total native sod acreage tilled exceeds 5 acres in the county (cumulated across crops and crop years), and these reduction in benefits may be retroactively applied within a crop year.

Paul Swinski
Applicant/Insured's Printed Name

Paul Swinski
Applicant/Insured's Signature    11-27-2017    Date

Licensed Agent's Printed Name    Tanner

Licensed Agent's Signature    11-27-17    Date    Code

## 1 PERSON TYPE

| | | | |
|---|---|---|---|
| A. Public Schools | F. Transfer of Rights to Indemnity (SBI only) | P. Partnerships | X. Individual Operating as a Business |
| B. Trust-Bureau of Indian Affairs (BIA) and Indian Tribe Ventures | G. Receiver or Liquidator | R. Revocable Trust | Y. Limited Liability Company |
| C. Corporations | H. Public Agency State/Local Government | S¹. Spousal/Married | |
| D. Estates | I. Individuals | T. Irrevocable Trust | |
| E. Non-Profit or Tax Exempt Organizations | J. Joint Operations/Joint Ventures/Co-Ownerships | U. Undivided Interest (CAT only) | |

¹ Enter the spouse's information on the front of the 5200 form in the SBI Information section  If not married, state No Spouse.

For all insured persons other than "S", list all persons or entities with 10 percent or more interest in the insured/applicant on the front of the 5200 form in the SBI Information section.

## 2 LEGAL DESCRIPTION

Section, township, range, other land identifier (e.g., Spanish land grants, metes and bounds, etc.)

## 3 NAME OF OTHER PERSON(S) SHARING IN THE CROP

If the landlord or tenant is insuring the others share on this policy, include the landlord or tenant's name and the percent of share of the landlord or tenant listed.

## 4 ACREAGE TYPE

| | | | |
|---|---|---|---|
| A. Insured (planted) | E. Insured – New breaking acreage insured by WA and the insured is able to substantiate the acreage has previously been in production | I. Insured – Total native sod acreage greater than five acres insured by WA | R. Uninsurable due to new breaking and the insured cannot substantiate the acreage has previously been in production |
| B. Insured - Acreage emerging from an USDA program the initial crop year | | J. Insured – Short rated acreage | S. Uninsurable due to total native sod acreage greater than five acres and is not insured by SP or WA |
| C. Insured - New breaking acreage insured in accordance with the policy (i.e., 5 percent or less of insured acreage planted in the unit) the initial crop year or insured under SP and the insured is able to substantiate the acreage has previously been in production | F. Insured – New breaking acreage insured by WA and the insured is unable to substantiate the acreage has previously been in production | K. Insured – Late-planted acreage | T. Unreported acreage (within the same unit) |
| | G. Insured – Total native sod acreage greater than five acres insured under the terms of the policy | L. Insured-UUF/Third Party damaged acreage | U. Unreported units |
| | | M. Prevented planting | V. Zero acreage report for unit |
| D. Insured – New breaking acreage insured in accordance with the policy or under SP and the insured is unable to substantiate the acreage has previously been in production | H. Insured – Total native sod acreage greater than five acres insured under the terms of the SP | N. Uninsured | W. Zero acreage report for county |
| | | O. Uninsurable | |
| | | P. Uninsurable due to 2nd crop provisions | |
| | | Q. Uninsurable due to new breaking and the insured substantiates the acreage has been in production | |

## 5 RECORD TYPE

| | | | |
|---|---|---|---|
| A. Harvested Production: Sold/Commercial Storage | F. Harvested Production: Livestock Feeding Records | K. Unharvested and Production Appraised by AIP (ARPI only) | Z. Zero Planted Acres |
| B. Harvested Production: Farm Stored/Measured by Insured | G. Harvested Production: Field Harvest Records | L. Unreported Production (ARPI only) | |
| C. Harvested Production: Pick/Daily Sales Records | H. Harvested Production: Other | M. Claim for Indemnity | |
| D. Harvested Production: Automated Yield Monitoring System | I. Unharvested and Destroyed (ARPI only) | N. Appraisal (non-loss) | |
| E. Harvested Production: Farm Stored/Measured by Authorized Representative | J. Unharvested and Put to Another Use (ARPI only) | O. UUF or Third Party Damage | |

## 6 INSURABILITY

Indicate whether acreage and production being reported is from insurable, uninsurable, uninsurable cause of loss appraisal, uninsured acreage or from acreage on which a PP payment was reduced due to a second crop being planted.

## 7 MULTI CROP YEAR REPORTING REASON

Enter the applicable code(s) for the reason the insured is reporting a crop year other than the most recent APH crop year  Insureds may certify production reports for crop years other than the most recent for various reasons, including:

| | | |
|---|---|---|
| A. certification of crop years not previously certified; | D. replacement of assigned yield; | G. recertification for new actuarial offer; |
| B. correction; | E. certification by new insured; | H. recertification for new unit structure; or |
| C. replacement of temporary yield; | F. certification using another producer's history for new acreage; | I. other. |

If not applicable, leave blank.

## 8 SUPPLEMENTAL COVERAGE OPTION (SCO) ENDORSEMENT TERMS AND CONDITIONS

In addition to Section 38(2) of the Basic Provisions, I hereby elect this Supplemental Coverage Option Endorsement, and by this election I understand:

A. I must have purchased a policy under the Common Crop Insurance Policy Basic Provisions and applicable Crop Provisions to elect this Endorsement and must also purchase this Endorsement with the same Approved Insurance Provider as my Common Crop Insurance Policy.
B. I may elect coverage under this Endorsement and the Farm Service Agency's Agriculture Risk Coverage Program, but the same acreage of the crop cannot be covered under both programs.
C. I may elect coverage under this Endorsement and Stacked Income Protection Plan for the upland cotton, but the same acreage cannot be insured under both.
D. If at any time my Common Crop Insurance Policy for the crop is canceled or terminated, coverage under this endorsement is automatically canceled or terminated.
E. That by electing this Endorsement, it will continue from year to year unless I or you cancel or change my election by written notice on or before the cancellation date or my coverage is otherwise canceled or terminated under the terms  of my policy.
F. Separate Administrative Fees will be assessed for each crop insured under this Endorsement.

ARC Coverage ☐ YES ☐ NO means if you elected the SCO Endorsement, do you also have ARC Coverage?

## 9 STACKED INCOME PROTECTION PLAN (STAX) TERMS AND CONDITIONS

I may not elect coverage under this plan of insurance on the same acres I elect coverage for the Supplemental Coverage Option (SCO) Endorsement if I participate in the SCO. I understand that by signing this application, the coverage under this plan of insurance will continue from year to year unless I or you cancel or change my election by written notice on or before the cancellation date or my coverage is otherwise canceled or terminated under the terms of my policy.

A. Coverage Level represents STAX Coverage Range
B. Percentage of Price Election represents STAX Protection Factor
C. Designated County means when both SCO and STAX are elected for the same crop and county(ies), if land is added to this operation after the Sales Closing Date and reported by the Acreage Reporting Date, such acreage will be covered by SCO or STAX as indicated in this column. If no designation is made, the acreage is covered by SCO.
D. SCO Coverage ☐ YES ☐ NO means if you elected the STAX Policy, do you also have SCO Coverage for the same county(ies)? If Yes, identify by APH Database whether SCO or STAX applies by listing the Yield No.(s) and plan in the REMARKS/OTHER section of this form. Any acres insured by the companion policy that are not designated for STAX coverage will be covered by SCO.

**Production Reporting**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Policy | MP-0750018 | State | FLORIDA 9 | Date | 11/06/2018 | Page 1 of 3 | A/S |

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.

For 2020 and succeeding years

SCAN: 00354129406636210011  2020

| Applicant/Insured Information | Signature Authorization | Agency/Agent Information |
|---|---|---|
| ONEIDA POTATO EXCHANGE<br>PAUL SOWINSKI<br>5818 FIRE LN<br>RHINELANDER WI 54501-0000<br><br>Mobile Number: 715-272-1182 | I grant the person(s) listed above the authority to sign any and all crop insurance documents on my behalf. I understand that by authorizing such persons to sign documents on my behalf I am equally bound by all terms and conditions of such documents and of the crop insurance contract. I also understand that granting the following person(s) the authority to sign on my behalf does not obligate that person(s) to the terms and conditions of any crop insurance contract. I further understand that this authorization may be revoked by me at any time upon written notice, signed and delivered to my Approved Insurance Provider.<br><br>APPLICANT/INSURED AUTHORIZED REPRESENTATIVE | PROGRESSIVE AG<br>417 38TH ST SW STE A<br>FARGO ND 58103-6508<br><br>mailto: RLG@PROGRESSIVEAG.COM<br>        JOAN@PROGRESSIVEAG.COM |
| Phone<br>715-272-1182 | SSN / EIN / Ran<br>****4830   Person Type<br>Limited Liability Company   State of Incorp.<br>WI   SA. PAUL SOWINSKI | Phone<br>701-277-9210   Agency Code<br>7772-30 |
| Other Changes:  ☒ Add Signature Authorization<br>☐ Remove Signature Authorization | ☐ Add/change/correct insured's authorized representative<br>☐ Correct insured's identification number | ☐ Correct the spelling of insured's name<br>☐ Change/correct insured's address | ☐ Correct SBI's identification number<br>☐ Correct the spelling of SBI's name |

# MPCI Production Reporting Form

| County | Name of Crop | Effective Crop Year | **Plan of Insurance | *Coverage Level | *Percentage of Price Election, Projected Price, Amount of Ins., or Prot. Factor | Practice/Type/Class etc. | Options, Elections or Endorsements | Unit Structure Code | *New Producer | *Designated County | Total Acres | "X" if Zero Acres |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FLAGLER | POTATOES | 2020 | APH | A 0.75 | MKT | IRRIGATED GRPA | YAYC | OU | | X | | |
| | POTATOES | 2020 | APH | A 0.75 | MKT | IRRIGATED GRPB | YAYC | OU | | X | | |
| PUTNAM | POTATOES | 2020 | APH | A 0.80 | MKT | | YAYC | OU | P | | | |
| ST. JOHNS | POTATOES | 2020 | APH | A 0.75 | MKT | | YAYC | OU | P | | | |

**REMARKS/OTHER:**

**POLICY LOSS PAYEE AND ADDRESS**

LOSS PAYABLE TO ME AND NO OTHERS

**SBI INFORMATION** - List all persons with a substantial beneficial interest (10% or more) in the insured/applicant as defined in the applicable policy provisions (include landlords or tenants insured under the applicant) If none, state NONE. For spousal insureds/applicants, indicate the spouse's name, identification number and identification number type. If individual insured/applicant is not married, state No Spouse.

| SBI Request | Name | Complete Address | Telephone Number | Identification Number | Identification Number Type | Person Type |
|---|---|---|---|---|---|---|
| ☐ UPDATE<br>☐ REMOVE | PAUL SOWINSKI | 5818 FIRE LANE<br>RHINELANDER WI 54501-0000 | 715-272-1182 | ****9410 | SSN | Individual |
| ☐ ADD | | | | | | |

WEB COPY

RH-5200-2020

SCAN: P 54129N 34 2020 SOFT LMT REMOVED FARMING ACREAGE ONLY

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.

MPCI Production Reporting Form

| Policy | MP-0750018 | State | FLORIDA 9 | Date | 11/05/2019 | Page 2 of 3 | AJS |
|---|---|---|---|---|---|---|---|
| For | 2020 | and succeeding years | | ONEIDA POTATO EXCHANGE | | | |

SCAN: 00354129406636210022    2020

| Crop | Practice | Type | Unit Number/ Options | Insured's Share | Name of Other Person(s) Sharing in the Crop | FSA Farm-Tract-Field | PR Date | T-Yield Area/Area Class | T-Yield PY-Yield | Production Record Type/ Trend | Yield Number | APH Year Total Production | 2019 Acres | Yield | Unharvestable Total Production | Acres |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POTATOES | IRRIGATED | GRPB | OU 2 03 | 0.500 JULINGTON CREEK FARMS | | 310 | 02/14/20 | | 247.0 289.0 | | | | 40.00 | 265.7 | | |
| Legal Description 35 FLAGLER | | | 29 12S 29E | | | | Unit Description: KINNEY 166 - BARN Remarks: Z, Zero Acres,ADDED LAND 2018 | | | ☒ Added Land/Cropland Acres | ☐ New Crop | ☐ New Prac/Type/TMA | ☐ Meas Serv | | | |
| POTATOES | IRRIGATED | GRPB | OU 3 06 YAYC | 1.000 | | 310 | 02/14/20 | | 247.0 288.0 | M | 11.0 | 18861.00 | 108.00 | 179.0 | | |
| Legal Description 35 FLAGLER | | | 29 30 12S 29E | | | | Unit Description: KINNEY 166 LESS Remarks: Non-Cupped App Yld 263.0;OPTIONS:YAYC,Z, Zero Acres,ADDED LAND 2017APH YIELD CUPPED | | | ☒ Added Land/Cropland Acres | ☐ New Crop | ☐ New Prac/Type/TMA | ☐ Meas Serv | | | |
| POTATOES | IRRIGATED | GRPB | OU 3 07 YA | 1.000 | | 316 | 02/14/20 | | 247.0 311.0 | M | 17.0 | 2904.00 | 20.00 | 150.0 | | |
| Legal Description 35 FLAGLER | | | 32 12S 29E | | | | Unit Description. Remarks: Yield Adjustment;L, Added Land, Simple Avg;ADDED LAND 2019;60% YA Plug.19T=311 | | | ☒ Added Land/Cropland Acres | ☐ New Crop | ☐ New Prac/Type/TMA | ☐ Meas Serv | | | |
| POTATOES | IRRIGATED | GRPA | OU 3 08 | 1.000 | | 366 | 02/14/20 | A&B | 225.0 263.0 | | 18.0 | 10,231.5 | 46.00 | 227.4 | | |
| Legal Description 35 FLAGLER | | | 2 14S 29E | | | | Unit Description. Remarks: C, New Crop/Practice/Type Avg/Emerging CRP;ADD PRAC/TYPE/VARIETY 2019 | | | ☐ Added Land/Cropland Acres | ☐ New Crop | ☒ New Prac/Type/TMA | ☐ Meas Serv | | | |
| POTATOES | IRRIGATED | GRPB | OU 3 06 | 1.000 | | 366 | 02/14/20 | A&B | 247.0 311.0 | | 14.0 | 13,280.4 | 30.00 | 442.68 | | |
| Legal Description 35 FLAGLER | | | 2 14S 29E | | | | Unit Description: FFF 2016 NB Remarks: L, Added Land, Simple Avg;ADDED LAND 2018 | | | ☒ Added Land/Cropland Acres | ☐ New Crop | ☐ New Prac/Type/TMA | ☐ Meas Serv | | | |
| POTATOES | IRRIGATED | GRPB | OU 4 00 | 1.000 | | 1323 | 02/14/20 | A&B | 225.0 263.0 | | 18.0 | 15,922.5 | 51.00 | 312.2 | | |
| Legal Description 107 PUTNAM | | | 48 98 27E | | | | Unit Description Remarks: T, 100% of T-Yield;ADDED LAND 2019;NEW PRODUCER | | | ☒ Added Land/Cropland Acres | ☐ New Crop | ☐ New Prac/Type/TMA | ☐ Meas Serv | | | |
| | | | | | | | | | | | | | | | | |
| Legal Description | | | | | | | Unit Description Remarks | | | ☐ Added Land/Cropland Acres | ☐ New Crop | ☐ New Prac/Type/TMA | ☐ Meas Serv | | | |
| Legal Description | | | | | | | Unit Description Remarks | | | ☐ Added Land/Cropland Acres | ☐ New Crop | ☐ New Prac/Type/TMA | ☐ Meas Serv | | | |
| Legal Description | | | | | | | Unit Description Remarks | | | ☐ Added Land/Cropland Acres | ☐ New Crop | ☐ New Prac/Type/TMA | ☐ Meas Serv | | | |
| Legal Description | | | | | | | Unit Description Remarks | | | ☐ Added Land/Cropland Acres | ☐ New Crop | ☐ New Prac/Type/TMA | ☐ Meas Serv | | | |
| Legal Description | | | | | | | Unit Description Remarks | | | ☐ Added Land/Cropland Acres | ☐ New Crop | ☐ New Prac/Type/TMA | ☐ Meas Serv | | | |

RH-5205-2019

| | | | | | | |
|---|---|---|---|---|---|---|
| | Policy | MP-0750018 | State | FLORIDA 9 | Date 11/05/2019 | Page 3 of 3 | AJS |

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.

**MPCI Application/Cancellation/Transfer/Policy Change/Reporting Form**

| | |
|---|---|
| For 2020 and succeeding years | ONEIDA POTATO EXCHANGE |

SCAN: 0035412940663622003 5  2020

**CANCELLATION INFORMATION:** I hereby request cancellation of my crop insurance policy for the crop(s) and crop year shown on the cancellation. I understand that if this form is not executed on or before the cancellation date for any crop year listed, the cancellation of insurance on such crop(s) will not become effective until the following crop year.

**REASON FOR CANCELLATION:** ☐ Mutual Consent   ☐ Insured's Request
☐ Death, Incompetence or Dissolution   ☐ Other _____

**TRANSFER INFORMATION:**

**Part I:** I hereby request cancellation of my insurance policy with [Enter Ceding AIP's Name and Policy No.] _____ for the crop(s) and crop year(s) shown on this application because I have applied for insurance with another Approved Insurance Provider. I understand that if this form is not executed on or before the established cancellation date for any crop year listed, the cancellation of insurance on such crop(s) will not become effective until the following crop year.

I hereby authorize and direct the Ceding Approved Insurance Provider shown above to furnish any information relative to my insurance policy to the Assuming Approved Insurance Provider specified under Part II. I understand that if coverage for any crop(s) is now terminated or would have subsequently terminated for delinquent debt had this transfer not occurred, no coverage can be provided by the assuming Approved Insurance Provider.

**Part II:** By submission of this form, we agree to provide crop insurance to this applicant for the crop(s) and crop year shown on this application unless this form is not executed on or before the established cancellation date for any of the crop(s) shown, in which case insurance will be provided for such crop(s) for the following crop year.

Assuming AIP and Policy Issuing Company Code

Signature of AIP Representative Authorized to Accept Applications _____ Date _____

**A) CONDITIONS OF ACCEPTANCE STATEMENT:** This application is accepted and insurance attaches in accordance with the policy unless: (1) The Federal Crop Insurance Corporation determines that in accordance with the regulations, the risk is excessive; (2) any material fact is omitted, concealed or misrepresented in this application or in the submission of this application; (3) you have failed to provide complete and accurate information required by this application; or (4) the answer to any of the following questions is 'yes.' An answer of 'yes' to these questions does not automatically result in rejection of the application. For example, if your answer 'yes' to question (a) but your debt was discharged in bankruptcy, the application would not be rejected.

| Yes | No | |
|---|---|---|
| ☐ | ☒ | (a) Are you now indebted, and the debt is delinquent, for insurance coverage under the Federal Crop Insurance Act? |
| ☐ | ☒ | (b) Have you in the last five years been convicted under federal or state law of planting, cultivating, growing, producing, harvesting, or storing a controlled substance? |
| ☐ | ☒ | (c) Have you ever had insurance coverage under the authority of the Federal Crop Insurance Act terminated for violation of the terms of the contract or regulations, or for failure to pay your delinquent debt? |
| ☐ | ☒ | (d) Are you disqualified or debarred under the Federal Crop Insurance Act, the regulations of the FCIC, or the USDA? |
| ☐ | ☒ | (e) Have you ever entered into an agreement with the FCIC or with the Department of Justice that you would refrain from participating in programs under the authority of the Federal Crop Insurance Act and that agreement is still effective? |
| ☐ | ☒ | (f) Do you have fire insurance on any of the above crop(s)? |

I understand that if coverage for any crop is currently terminated or would have subsequently terminated for indebtedness had this application been filed after the termination date, no coverage can be provided and I am ineligible for any benefits under the Federal Crop Insurance Act until the cause for termination is corrected.

We will notify you of rejection by depositing notification in the United States mail, postage paid, to the applicant's address. Unless rejected or the sales closing date has passed at the time you signed this application, insurance shall be in effect for the crop(s) and crop year(s) specified and shall continue for such succeeding crop year unless otherwise specified in the policy, until canceled, terminated or voided. The insurance contract, which includes the accepted application, is defined in the regulation published at 7 CFR chapter IV. No term or condition of the contract shall be waived or changed unless such waiver or change is expressly allowed by the contract and is in writing.

**B) CERTIFICATION STATEMENT:** I certify that to the best of my knowledge and belief all of the information on this form is correct. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy and in criminal or civil penalties (18 U.S.C. §1006 and §1014; 7 U.S.C §1506, 31 U.S.C §729, §3730 and any other applicable federal statutes).

**C) USDA MULTIPLE BENEFIT CERTIFICATION STATEMENT:** I understand that obtaining multiple Federal benefits for the same loss, such as a Noninsured Crop Disaster Assistance Program (NAP) payment(s) and a Federal crop insurance indemnity, is prohibited by law. I certify that I have, or will disclose any other USDA benefit, including any NAP benefit, received for this crop. Failure to disclose the receipt of multiple Federal benefits, or failure to repay one of the multiple Federal benefits such as other the NAP benefit or the Federal crop insurance indemnity for the same crop, may result in my being disqualified from receiving Federal crop insurance benefits, as well as being ineligible for various programs administered by the Farm Service Agency for up to five (5) years.

**D) ANTI-REBATING CERTIFICATION STATEMENT FOR AGENT/INSURED:** I certify, for the crop year indicated, that I have not directly or indirectly received, accepted or been paid, offered, promised, or given any benefit, including money, goods, or services for which payment is usually made, rebate, discount, abatement, credit, or reduction of premium, or any other valuable consideration, as an inducement to procure insurance or in exchange for purchasing this insurance policy after it has been procured. I understand that this prohibition does not include payment of administrative fees, performance based discounts and any other payment approved by FCIC that are authorized under sections 508(a)(9)(B) and 508(e)(3) of the Federal Crop Insurance Act (Act) (7 U.S.C §§ 1508(a)(9)(B) and 1508(e)(3)). I understand that a false certification or failure to completely and accurately report any violation of this form may subject me, and any person with a substantial beneficial interest in me, to sanctions, including but not limited to, criminal and civil penalties and administrative sanctions in accordance with section 515(h) of the Act (7 USC §1515(h)) and all other applicable federal statutes.

**E) ANTI-REBATING CERTIFICATION STATEMENT FOR AGENT:** I certify, for the crop year indicated, that I have neither offered nor promised, directly or indirectly, any benefit, including money, goods, or services for which payment is usually made, rebate, discount, credit, reduction of premium, or any other valuable consideration to this person either as an inducement to procure insurance or in exchange for purchasing insurance after it has been procured. I understand that this prohibition does not include payment of administrative fees, performance based discounts, and any other payment approved by FCIC that are authorized under sections 508(a)(9)(B) and 508(e)(3) of the Federal Crop Insurance Act (Act) (7 U.S.C §§ 1508(a)(9)(B) and 1508(e)(3)). I understand that a false certification or failure to completely and accurately report any violation may subject me, and all agencies/companies I represent, to sanctions, including but not limited to criminal and civil penalties and administrative sanctions in accordance with section 515(h) of the Act (7 USC §1515(h)) and all other applicable federal statutes.

**F) NONDISCRIMINATION STATEMENT**

**Non-Discrimination Policy:** In accordance with Federal law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on the basis of race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs).

To File a Program Complaint: If you wish to file a Civil Rights program complaint of discrimination, complete the USDA Program Discrimination Complaint Form, found online at https://www.ascr.usda.gov/ad-3027-usda-program-discrimination-complaint-form, or at any USDA office, or call (866) 632-9992 to request the form. You may also write a letter containing all of the information requested in the form. Send your completed complaint form or letter by mail to the U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W, Washington, D.C. 20250-9410 or email at program.intake@usda.gov

**Persons with Disabilities:** Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible State or local Agency that administers the program or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

Persons with disabilities, who wish to file a program complaint, please see information above on how to contact the Department by mail directly or by email.

**G) COLLECTION OF INFORMATION AND DATA (PRIVACY ACT) STATEMENT:** Agents, Loss Adjusters, and Policyholders. The following statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a). The Risk Management Agency (RMA) is authorized by the Federal Crop Insurance Act (7 U.S.C. §§ 1501-1524) or other Acts, and the regulations promulgated thereunder, to solicit the information requested on documents established by RMA, or by approved insurance providers (AIPs), that have been approved by the Federal Crop Insurance Corporation (FCIC), to collect the Federal crop insurance. The information is necessary for AIPs and RMA to operate the Federal crop insurance program, determine program eligibility, conduct statistical analyses, and ensure program integrity. Information provided herein may be furnished to other Federal, State, or local agencies, as required or permitted by law, law enforcement agencies, courts or adjudicative bodies, foreign agencies, magistrate, administrative tribunal, AIP's contractors and cooperators, Comprehensive Information Management System (CIMS), congressional offices, or entities under contract with RMA. For insurance agents, certain information may also be disclosed to the public to assist interested individuals in locating agents in a particular area. Disclosure of this information is voluntary. However, failure to correctly report the requested information may result in the rejection of the document by the AIP or RMA in accordance with the Standard Reinsurance Agreement between the AIP and FCIC. Federal regulations or RMA-approved procedures and the denial of program eligibility or benefits derived therefrom. Also, failure to provide true and correct information may result in civil and criminal prosecution and the assessment of penalties or pursuit of other remedies.

**H) NEW PRODUCER:** I certify that I have not produced the insured crop in the county for more than two APH crop years. I certify that I was not a member of another insured entity as a substantial beneficial interest holder, which produced the insured crop in the county for more than two APH crop years. I certify that any substantial beneficial interest holders for the policy in which new producer status is requested, have not produced the insured crop in the county for more than two APH crop years. I understand that any mis-certification may result in recalculation of my yield guarantees, premiums and any applicable loss payments. The certification statements contained in this paragraph apply to any crop(s)/county(ies) that have been marked as being a New Producer in the New Producer column of the application.

| | |
|---|---|
| I certify that the information and answers on this application are correct to my knowledge and belief and none of the reasons for rejection in items 1 through 4 of the Conditions of Acceptance apply, and that I am aware of and understand the requirements of the Collection of Information and Data (Privacy Act), as well as all other provisions contained in this application. I personally guarantee payment of the total premium and any applicable administrative fees (premium not applicable to CAT coverage). | I certify that I am responsible for establishing the approved APH yields that are used to calculate the production guarantees contained in the acreage report and that such approved APH yields are correct to the best of my knowledge. I understand this form may be reviewed or audited, and that information inaccurately reported or failure to retain records to support information on this form, may result in a recomputation of the approved APH yield |

**PROMISSORY NOTE:** On or before **08/15/20** the Undersigned, in consideration of the issuance of the policy shown above, hereby agrees to pay, at Rain and Hail L.L.C., PO Box 7000 Johnston, Iowa 50131 to the order of the Company, the total premium and applicable administrative fees, all as allowed by law. The Undersigned agrees to pay the maximum amount of interest on the total unpaid premium and due dates plus reasonable costs of collection and attorney fees, all as allowed by law as stated in 7 CFR 457.8 and consents to the sole Court jurisdiction and venue. The Undersigned agrees and acknowledges that the Company may deduct any and all amounts owed under the policy or any other policy, whether or not due, from any loss payable to you under this policy.

**Native Sod:** (IIA, MN, MT, ME, ND, SD ONLY) ☐ I HAVE ☐ I HAVE NOT broken native sod after February 7, 2014. I understand that if I till native sod acreage, I will be assessed a reduction in yield guarantee and premium subsidy. These reductions apply in the crop year that my total native sod acreage tilled exceeds 5 acres in the county (cumulative across crops and crop years), and these reductions of benefits may be retroactively applied when in a crop year.

| | | | | |
|---|---|---|---|---|
| PAUL SOWINSKI | | | | |
| Applicant/Insured's Printed Name | | Licensed Agent's Printed Name | | Code |
| Applicant/Insured's Signature | 2-14-2020 | Licensed Agent's Signature | 2-14-2020 | |
| | Date | | Date | |

WEB COPY

SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS

RH-5200-2020

**Production Reporting**

| | | | | |
|---|---|---|---|---|
| | Policy: MP-2760018 | State: FLORIDA 9 | Date: 11/04/2020 | Page: of 4 | A-5 |

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.

For 2021 and succeeding years

SCAN: 10265957316814120019 2021

**Applicant/Insured Information**

ONEIDA POTATO EXC-IANGE
PAUL SOWINSKI
5818 PINE LN
RHINELANDER WI 54501-0000

Mobile Number: 715-272-1192

Phone 715-272-1192  SSN: Emp. Rep:  Person Type: State of Incorp:  9A: PAUL SOWINSKI
430  Limited Liability Company  WI

**Signature Authorization**

**Agency/Agent Information**

PROGRESSIVE AG
417 38TH ST SW STE A
FARGO ND 58103-6808

mailto: RLG@PROGRESSIVEAG.COM
JDAN@PROGRESSIVEAG.COM

Phone 701-277-8210  Agency Code 7772.30

Other Changes  ☑ Add Signature Authorization  ☐ Add/change/correct insured's authorized representative  ☐ Correct the spelling of insured's name  ☐ Correct SBI's identification number
☐ Remove Signature Authorization  ☐ Correct insured's identification number  ☐ Change/correct insured's address  ☐ Correct the spelling of SBI's name

# MPCI Production Reporting Form

| County | Name of Crop | Effective Crop Year | **Plan of Insurance | *Coverage Level | *Percentage of Price Election Projected Price, Amount of Ins. or Prec. Factor | Practice/Type/Class etc. | Options, Elections or Endorsements | Unit Structure Code | *New Producer | Designated County | Total Acres | "X" Zero Acres |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FLAGLER | POTATOES | 2021 | APH | A 0.75 | ADDL | IRRIGATED GRPA | YAYC | OU | | X | | |
| | POTATOES | 2021 | APH | A 0.75 | ADDL | IRRIGATED GRPB | YAYC | OU | | X | | |
| PUTNAM | POTATOES | 2021 | APH | A 0.80 | ADDL | IRRIGATED GRPA | YAYC | OU | P | | | |
| | POTATOES | 2021 | APH | A 0.80 | ADDL | IRRIGATED GRPB | YAYC | OU | P | | | |
| ST. JOHNS | POTATOES | 2021 | APH | A 0.75 | ADDL | | YAYC | OU | P | | | |

REMARKS/OTHER:

POLICY LOSS PAYEE AND ADDRESS

LOSS PAYABLE TO ME AND NO OTHERS

**SBI INFORMATION** - List all persons with a substantial beneficial interest (10% or more) in the insured applicant as defined in the applicable policy provisions (include landlords or tenants insured under the applicant) If state, state NONE. For spouses' insured-applicants, indicate the spouse's name, identification number and identification number type. If individual insured-applicant is not married, state No Spouse.

| SBI Request | Name | Complete Address | Telephone Number | Identification Number | Identification Number Type | Person Type |
|---|---|---|---|---|---|---|
| ☐ UPDATE | PAUL SOWINSKI | 5818 PINE LANE RHINELANDER WI 54501-0000 | 715-272-1192 | 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 | SSN | Individual |
| ☐ REMOVE | | | | | | |
| ☐ ADD | | | | | | |

WEB COPY  Production Reporting  R-4366-2020 (Rev 03-2020)

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.

**MPCI Acreage and Production Reporting Form**

| | |
|---|---|
| Policy | MP-0750018 | State | FLORIDA 9 | Date 11-04-2020 | Page 2 of 8 | AJ3 |
| For | 2021 | and succeeding years | ONEIDA POTATO EXCHANGE | | |
| SCAN: | 10265957316314140024 | 2021 |

---

**Unit 1**

County 39 FLAGLER
Crop APH-POTATOES
Practice IRRIGATED
Type GRP9
Legal Description
FSN 285
6 129 295

Unit Description
Insured's Share 0.500    Other persons sharing in crop
BOARDWALK FARMS

Unit Number CU1.0I    FSN 285 Yield No. 4.0

| Crop Year | Prior Prod./Late Production | Acres | Pre/Post Quanty Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | 0.00 | 247 0 T |
| 14 | | 0.00 | 247.0 T |
| 15 | 23377.00 | 50.40 | 444.0 A |
| 16 | 5818.00 | 22.80 | 378.6 A |
| 17 | 0.00 | 0.00 | - Z |
| 18 Z | 0-00 | 0.00 | - Z |
| 19 | 0.00 | 0.00 | - Z |
| 20 | 0.00 | 0.00 | - Z |
| Total Yield | 1318.0 | Prior Yield | 329.0 |
| - Years | 4 | Avs Yield | 328.0 |
| - Prior Yield | 329.0 | Adj Yield | |
| T Yield | 247.0 | Base Yield | 329.0 |
| | | Appr Yield | 329.0 |

Production Adjust Type
Ranges Acres
Date Planted Completed
High Risk Acres Class

Remarks/Other
Z. Zero Acres

---

**Unit 2**

County 39 FLAGLER
Crop APH-POTATOES
Practice IRRIGATED
Type GRP9
Legal Description
FSN 310
29 135 295

Unit Description BARN
Insured's Share 0.500    Other persons sharing in crop
BOARDWALK FARMS

Unit Number CU1.02 YA    FSN 310 Yield No. 29.0

| Crop Year | Pre/Post-Quanty Total Production | Acres | Pre/Post Quanty Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | 0.00 | 247.0 T |
| 18 | | 0.00 | 247.0 T |
| 19 | | 0.00 | 247.0 T |
| 20 M | 4348.00 | 41.00 | 106.0 P A L |
| Total Yield | 847 0 | Prior Yield | 247 0 |
| - Years | 4 | Ave Yield | 212.0 |
| - Prior Yield | 212.0 | Adj Yield | |
| T Yield | 247.0 | Base Yield | 212.0 |
| | | Appr Yield | 222.0 |

Production Record Type M
Ranges Acres
Date Planting Completed
High Risk Acres Class

Remarks/Other
Yield Adjustment
A. Actual
60% YA Plug 20Tx247

---

**Unit 3**

County 39 FLAGLER
Crop APH-POTATOES
Practice IRRIGATED
Type GRPA
Legal Description
FSN 245
6 125 295

Unit Description FIELD 3
Insured's Share 0.500    Other persons sharing in crop
JULINGTON CREEK FARMS

Unit Number CU3.01    FSN 245 Yield No. 3.0

| Crop Year | Pre/Post-Quanty Total Production | Acres | Pre/Post Quanty Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | 0.00 | 229.0 T |
| 14 | 8100.00 | 20.00 | 406.0 A |
| 15 | 17281.00 | 37.90 | 457.5 A |
| 16 | 5810.00 | 33.80 | 176.0 A L |
| 17 | 0.00 | 0.00 | - Z |
| 18 Z | 0.00 | 0.00 | - Z |
| 19 | 0.00 | 0.00 | - Z |
| 20 | 0.00 | 0.00 | - Z |
| Total Yield | 1273.0 | Prior Yield | 318 0 |
| - Years | 4 | Avs Yield | 318.0 |
| - Prior Yield | 318.0 | Adj Yield | |
| T Yield | 229.0 | Base Yield | 318.0 |
| | | Appr Yield | 318.0 |

Production Record Type
Ranges Acres
Date Planting Completed
High Risk Acres Class

Remarks/Other
Z. Zero Acres

---

**Unit 4**

County 39 FLAGLER
Crop APH-POTATOES
Practice IRRIGATED
Type GRP9
Legal Description
FSN 267
2 123 295

Unit Description KINNEY 100 FRONT WEST BACK WEG
Insured's Share 0.500    Other persons sharing in crop
JULINGTON CREEK FARMS

Unit Number CU3.02 YA    FSN 297 Yield No. 12.0

| Crop Year | Pre/Post-Quanty Total Production | Acres | Pre/Post Quanty Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | 0.00 | 0.00 328.0 L |
| 15 | | 0.00 | 0.00 328.0 L |
| 16 | | 0.00 | 0.00 328.0 L |
| 17 | | 1676.00 | 15.00 105.0 P A L |
| 18 Z | | 0.00 | 0.00 Z |
| 19 | | 0.00 | 0.00 Z |
| 20 | | 0.00 | 0.00 Z |
| Total Yield | 1089 0 | Prior Yield | 295 0 |
| - Years | 4 | Avs Year | 272.0 |
| - Prior Yield | 272.0 | Adj Yield | |
| T Yield | 247.0 | Base Yield | 272 0 |
| | | Appr Yield | 295 0 |

Production Record Type
Ranges Acres
Date Planting Completed
High Risk Acres Class

Remarks/Other
Yield Adjustment
Z. Zero Acres
ADDED LAND 2017
50% YA Plug 17Tx328

---

R-4 6204-2021

| | | | | Policy | MP-0750018 | State | FLORIDA 9 | | Date | 11/04/2020 | Page 3 of 8 | | AJS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.

MPCI Acreage and Production Reporting Form

For 2021 and succeeding years    ONEIDA POTATO EXCHANGE

SCAN: 10265957316814140035   2021

| County | 35 FLAGLER | County | 35 FLAGLER | County | 35 FLAGLER | County | 35 FLAGLER |
|---|---|---|---|---|---|---|---|
| Crop | APH-POTATOES | Crop | APH-POTATOES | Crop | APH-POTATOES | Crop | APH-POTATOES |
| Practice | IRRIGATED | Practice | IRRIGATED | Practice | IRRIGATED | Practice | IRRIGATED |
| Type | GRPB | Type | GRPB | Type | GRPB | Type | GRPB |
| ²Legal Description | | ²Legal Description | | ²Legal Description | | ²Legal Description | |
| FSN 310 | | FSN 389 | | FSN: 171 | | FSN: 201 | |
| 29 12S 29E | | 35 13S 29E | | 7 8 12S 29E | | 9 12S 29E | |

| Unit Description  KINNEY 105 - BARN | | Unit Description  CO RD 135 | | Unit Description  HWY 100 S | | Unit Description  BAR D | |
|---|---|---|---|---|---|---|---|
| Insured's Share  0.500 | ¹Other persons sharing in crop | Insured's Share  0.500 | ¹Other persons sharing in crop | Insured's Share  1.000 | ¹Other persons sharing in crop | Insured's Share  1.000 | ¹Other persons sharing in crop |
| JULINGTON CREEK FARMS | | JULINGTON CREEK FARMS | | | | | |

| Unit Number  0U 3.03 | FSN | 310 Yield No | 6.0 | Unit Number  0U 3.04 YA | FSN | 389 Yield No. 22.0 | Unit Number  0U 4.01 | FSN | 171 Yield No.  9.0 | Unit Number  0U 4.01 YA | FSN | 201 Yield No.  2.0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Crop Year / Pre/Post Quantity Total Production / Acres / Pre/Post Quantity Yield/Yield Descriptor

| Crop Year | Pre/Post Quanty Total Production | Acres | Pre/Post Quanty Yield/Yield Descriptor | Crop Year | Pre/Post Quanty Total Production | Acres | Pre/Post Quanty Yield/Yield Descriptor | Crop Year | Pre/Post Quanty Total Production | Acres | Pre/Post Quanty Yield/Yield Descriptor | Crop Year | Pre/Post Quanty Total Production | Acres | Pre/Post Quanty Yield/Yield Descriptor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | | | | 11 | | | | 11 | | | | 11 | | | |
| 12 | | | | 12 | | | | 12 | | | | 12 | | | |
| 13 | | | | 13 | | | | 13 | | | | 13 | | 0.00 | 247.0 T |
| 14 | | | | 14 | | | | 14 | 0.00 | 0.00 | 328.0 L | 14 | 7280.00 | 29.00 | 250.0 A |
| 15 | 0.00 | 0.00 | 328.0 L | 15 | | | | 15 | 0.00 | 0.00 | 328.0 L | 15 | 12874.00 | 30.60 | 424.0 A |
| 16 | 0.00 | 0.00 | 328.0 L | 16 | | | | 16 | 0.00 | 0.00 | 328.0 L | 16 | 0.00 | 0.00 | - Z |
| 17 | 8232.00 | 40.00 | 206.0 A L | 17 | | 0.00 | 247.0 T | 17 | 14277.00 | 38.00 | 376.0 A | 17 | 2153.00 | 26.00 | 83.0 P A L |
| 18 Z | 0.00 | 0.00 | - Z | 18 | | 0.00 | 247.0 T | 18 Z | | 0.00 | • | 18 Z | 0.00 | 0.00 | - Z |
| 19 A | 10629.00 | 40.00 | 266.0 A | 19 | | 0.00 | 247.0 T | 19 | | 0.00 | | 19 | 0.00 | 0.00 | - Z |
| 20 | 0.00 | 0.00 | - Z | 20 M | 5642.00 | 51.70 | 109.0 P A L | 20 | 38081.3 | 85.00 | A | 20 | 0.00 | 0.00 | - Z |

| Total Yield | 1128.0 | Prior Yield | 282.0 | Total Yield | 850.0 | Prior Yield | 247.0 | Total Yield | | Prior Yield | 340.0 | Total Yield | 1004.0 | Prior Yield | 267.0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ÷ Years | 4 | Ave Yield | 282.0 | ÷ Years | 4 | Ave Yield | 213.0 | ÷ Years | 5 | Ave Yield | | ÷ Years | 4 | Ave Yield | 251.0 |
| = Prelim Yield | 282.0 | Adj Yield | | = Prelim Yield | 213.0 | Adj Yield | | = Prelim Yield | | Adj Yield | | = Prelim Yield | 251.0 | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | 282.0 | T-Yield | 247.0 | Rate Yield | 213.0 | T-Yield | 247.0 | Rate Yield | | T-Yield | 247.0 | Rate Yield | 251.0 |
| | | Appr Yield | 282.0 | | | Appr Yield | 222.0 | | | Appr Yield | | | | Appr Yield | 267.0 |

| Production Record Type | | Production Record Type | M | Production Record Type | | Production Record Type | |
|---|---|---|---|---|---|---|---|
| Planted Acres | | Planted Acres | | Planted Acres | | Planted Acres | |
| Date Planted Completed | | Date Planted Completed | | Date Planted Completed | | Date Planted Completed | |
| Unmeasurable Acres/Prod | | Unmeasurable Acres/Prod | | Unmeasurable Acres/Prod | | Unmeasurable Acres/Prod | |
| High Risk Acres | | High Risk Acres | | High Risk Acres | | High Risk Acres | |
| High Risk Acres Class | | High Risk Acres Class | | High Risk Acres Class | | High Risk Acres Class | |

| Remarks/Other   SC ...2/31/20 PR 20 15 31 PL 02/25/21 AR 03/19/21 | Remarks/Other   SC 12/31/20 PR 20 15 31 PL 02/25/21 AR 03/19/21 | Remarks/Other   SC 12/31-20 PR 20 5/21 PL 03/25/21 AR 03/15/21 | Remarks/Other   SC 12/31/20 PR 02/15/21 PL 02 2N 2: AA 03/15/21 |
|---|---|---|---|
| Z. Zero Acres | Yield Adjustment | 14-17 YLD 1360.0 | Remarks/Other |
| ADDED LAND 2016 | A. Actual | A. Actual | Yield Adjustment |
| | 60% YA Plug 20T=247 | ADDED LAND 2017 | Z. Zero Acres |
| | | | 60% YA Plug 17T=246 |

WEB COPY

RH-5204-2021

# AGRI GENERAL INSURANCE COMPANY
## RAIN AND HAIL L.L.C.
### MPCI Acreage and Production Reporting Form

| Policy | MP-0750018 | State | FLORIDA 9 | Date | 11/04/202C | Page 4 of 8 | A,B |
|---|---|---|---|---|---|---|---|

For 2021 and succeeding years — ONEIDA POTATO EXCHANGE

SCAN: 1026595731681414O0046  2021

---

**Panel 1**

County 36 FLAGLER
Crop APH-POTATOES
Practice IRRIGATED
Type GRPA
Legal Description
FSN 265
6 125 29E

Unit Description
Insured's Share 1.000    'Other persons sharing in crop

Unit Number OU4.02    FSN 285    Yield No 8.0

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | 0.00 | 225.0 | T |
| 13 | 0.00 | 226.0 | T |
| 14 | 0.00 | 225.0 | T |
| 15 | 11477.00 | 29.06 | 396.0 A |
| 16 | 0.00 | 0.00 | - Z |
| 17 | 0.00 | 0.00 | - Z |
| 18 Z | 0.00 | 0.00 | - Z |
| 19 | 0.00 | 0.00 | - Z |
| 20 | 0.00 | 0.00 | - Z |

Appr Yield 1071.0    Prev Yield 268.0
- Years 4    Ave Yield 268.0
- Prod Yield 268.0    Ag Yield
T Yield 225.0    Rate Yield 268.0
                   Appr Yield 268.0

Remarks/Other
Z. Zero Acres

---

**Panel 2**

County 36 FLAGLER
Crop APH-POTATOES
Practice IRRIGATED
Type GRPB
Legal Description
FSN 265
6 125 29E

Unit Description FIELD HOME
Insured's Share 1.000    'Other persons sharing in crop

Unit Number OU4.02    FSN 266    Yield No 1.0

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | 36113.00 | 110.00 | 328.0 A |
| 14 | 37400.00 | 110.00 | 340.0 A |
| 15 | 18663.00 | 41.16 | 402.0 A |
| 16 | 34300.00 | 80.59 | 376.0 A |
| 17 H | 16604.00 | 44.00 | 377.0 A |
| 18 Z | 0.00 | 0.00 | - B |
| 19 | 0.00 | 0.00 | - Z |
| 20 | 0.00 | 0.00 | - Z |

Appr Yield 1826.0    Prev Yield 365.0
- Years 6    Ave Yield 365.0
- Prod Yield 365.0    Ag Yield
T Yield 247.0    Rate Yield 365.0
                   Appr Yield 365.0

Remarks/Other
Z. Zero Acres

---

**Panel 3**

County 36 FLAGLER
Crop APH-POTATOES
Practice IRRIGATED
Type GRPB
Legal Description
FSN 272
1 14S 29E

Unit Description BARTON 2018 NB
Insured's Share 1.000    'Other persons sharing in crop

Unit Number OU4.03    FSN 272    Yield No 13.0

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | 0.00 | 0.00 | 311.0 L |
| 15 | | | |
| 16 | | | |
| 17 | 0.00 | 0.00 | 311.0 L |
| 18 | 0.00 | 0.00 | 311.0 L |
| 19 | 0.00 | 0.00 | 311.0 L |
| 20 | 0.00 | 0.00 | 311.0 L |

Appr Yield 1244.0    Prev Yield 311.0
- Years 4    Ave Yield 311.0
- Prod Yield 311.0    Ag Yield
T Yield 247.0    Rate Yield 311.0
                   Appr Yield 311.0

Remarks/Other
L. Added Land, Simple Avg
ADDED LAND 2018

---

**Panel 4**

County 36 FLAGLER
Crop APH-POTATOES
Practice IRRIGATED
Type GRPB
Legal Description
FSN 297
2 12S 29E

Unit Description KINNEY 100 HOUSE
Insured's Share 1.000    'Other persons sharing in crop

Unit Number OU4.04 YA    FSN 297    Yield No 10.0

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | 0.00 | 0.00 | 328.0 L |
| 15 | 0.00 | 0.00 | 328.0 L |
| 16 | 0.00 | 0.00 | 328.0 L |
| 17 | 3233.00 | 30.00 | 106.0 P A L |
| 18 Z | 0.00 | 0.00 | - Z |
| 19 | 0.00 | 0.00 | - Z |
| 20 | 0.00 | 0.00 | - Z |

Appr Yield 1092.0    Prev Yield 285.0
- Years 4    Ave Yield 273.0
- Prod Yield 273.0    Ag Yield
T Yield 247.0    Rate Yield 273.0
                   Appr Yield 293.0

Remarks/Other
Yield Adjustment
Z. Zero Acres
ADDED LAND 2017
40% YA Plug 177x328

---

WEB COPY

RH-5204-202*

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.
MPCI Acreage and Production Reporting Form

| Policy | MP-0750018 | State FLORIDA 9 | Date 11/04.2020 | Page 5 of 8 | A.5 |
| For | 2021 | and succeeding years | ONEIDA POTATO EXCHANGE |

SCAN: 10265957316814140057   2021

| | | | |
|---|---|---|---|
| County  36 FLAGLER | County  36 FLAGLER | County  36 FLAGLER | County  36 FLAGLER |
| Crop  APH-POTATOES | Crop  APH-POTATOES | Crop  APH-POTATOES | Crop  APH-POTATOES |
| Practice  IRRIGATED | Practice  IRRIGATED | Practice  IRRIGATED | Practice  IRRIGATED |
| Type  GRPB | Type  GRPB | Type  GRPA | Type  GRPB |
| Legal Description | Legal Description | Legal Description | Legal Description |
| FSN: 310 | FSN: 318 | FSN: 389 | FSN: 389 |
| 29 30 125 29E | 32 125 29E | 2 145 29E | 2 145 39E |

| Unit Description  BACK, HOME | Unit Description | Unit Description | Unit Description  FFF 2019 NB |
| Insured's Share  1.000    Other persons sharing in crop | Insured's Share  1.000    'Other persons sharing in crop | Insured's Share  1.000    'Other persons sharing in crop | Insured's Share  1.000    'Other persons sharing in crop |

| Unit Number  OU405   FSN   310  Yield No  11.0 | Unit Number  OU408 YA   FSN   318  Yield No  17.0 | Unit Number  OU407   FSN   389  Yield No. 18.0 | Unit Number  OU407   FSN   389  Yield No  14.0 |

| Crop Year | Pre Prod Quality Actual Yield/Yard Descriptor | Acres | Pre Prod Quality Actual Yield/Yard Descriptor | Crop Year | Pre Prod Quality Actual Yield Prod | Adml | Pre Prod Quality Actual Yield/Yard Descriptor | Crop Year | Pre Prod Quality Actual Yield/Yard Descriptor | Acres | Pre Prod Quality Actual Yield Prod | Crop Year | Pre Prod Quality Actual Yield Prod | Acres | Pre Prod Quality Actual Yield/Yard Descriptor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | | | | 11 | | | | 11 | | | | 11 | | | |
| 12 | | | | 12 | | | | 12 | | | | 12 | | | |
| 13 | | | | 13 | | | | 13 | | | | 13 | | | |
| 14 | | | | 14 | | | | 14 | | | | 14 | | | |
| 15 | | | | 15 | | | | 15 | | | | 15 | | | |
| 16 | 0.00 | 0.00 | 329.0  L | 16 | 0.00 | 0.00 | 311.0  L | 16 | 0.00 | 0.00 | 292.0  C | 16 | | 0.00 | 0.00 | 311.0  L |
| 17 | 7336.00 | 48.00 | 153.0  A L | 17 | 0.00 | 0.00 | 211.0  L | 17 | 0.00 | 0.00 | 253.0  C | 17 | | 0.00 | 0.00 | 311.0  L |
| 18  Z | 0.00 | 0.00 | -  Z | 18 | 0.00 | 0.00 | 311.0  L | 18 | 0.00 | 0.00 | 292.0  C | 18 | | 0.00 | 0.00 | 311.0  L |
| 19  M | 10861.00 | 106.00 | 178.0  A L | 19  M | 2994.00 | 20.00 | 150.0 P A L | 19  A | 10232.00 | 45.00 | 227.0  A | 19  A | 13290.00 | 30.00 | 442.0  A |
| 20  M | 18867.00 | 114.00 | 148.0  A L | 20 | 0.00 | 0.00 | -  Z | 20 | 0.00 | 0.00 | -  Z | 20 | 0.00 | 0.00 | -  Z |
| Total Yield | 809.0 | Prior Yield | 265.0 | Total Yield | 1063.0 | Prior Yield | 280.0 | Total Yield | 1106.0 | Prior Yield | 277.0 | Total Yield | 1376.0 | Prior Yield | 344.0 |
| - Years | 4 | Ass Yield | 202.0 | - Years | 4 | Ass Yield | 271.0 | - Years | 4 | Ass Yield | 277.0 | - Years | 4 | Ass Yield | 344.0 |
| = Report Yield | 202.0 | Appr Yield | | = Report Yield | 271.0 | Adj Yield | | = Report Yield | 277.0 | Adj Yield | | = Report Yield | 344.0 | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | 202.0 | T-Yield | 267.0 | Rate Yield | 271.0 | T-Yield | 225.0 | Rate Yield | 277.0 | T-Yield | 247.0 | Rate Yield | 344.0 |
| | | Appr Yield | 262.0 | | | Appr Yield | 280.0 | | | Appr Yield | 277.0 | | | Appr Yield | 344.0 |

| Production Record Type  M | Production Record Type | Production Record Type | Production Record Type |
| Planted Acres | Planted/Basic Acres Prod | Planted Acres | Planted Acres |
| High Risk Acres | Other Planting Comments | High Risk Acres | High Risk Acres |
| High Risk Other Class | High Risk Other Class | High Risk Other Class | High Risk Other Class |

Remarks/Other   SC 17/01/35 20 09/31/15 20 02/15/11 20 00/11/11
Remarks/Other   SC 17/01/35 20 02/15/11 20 12/15/20 00/41/11
Remarks/Other   SC 10/07/35 20 02/15/11 20 17/04/11 M 02/11/11
Remarks/Other   SC 10/06/35 05 03/05/11 02 02/06/11 08 07/31

A. Actual
ADDED LAND 2017
APH YIELD FLOORED

Remarks/Other
Yield Adjustment
2. Zero Acres
ADDED LAND 2018
60% YA Plug 181x311

2. Zero Acres
ADD PRAC/TYPE/VARIETY 2018

Remarks/Other
2. Zero Acres
ADDED LAND 2019

WEB COPY

RH-5204-2321

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.
MPCI Acreage and Production Reporting Form

| Policy | MP-0750018 | State | FLORIDA 9 | Date | 11/04/2020 | Page 6 of 8 | AJS |
|---|---|---|---|---|---|---|---|

For 2021 and succeeding years    ONEIDA POTATO EXCHANGE

SCAN: 10265957316814140068    2021

---

**Panel 1**

County 35 FLAGLER
Crop APH-POTATOES
Practice IRRIGATED
Type GRPB
Legal Description
FSN: 389
26 35 13S 29E

Unit Description CO RD 135
Insured's Share 1.000    Other persons sharing in crop

Unit Number OU 4.07    FSN 389 Yield No. 15.0
☒ Added Land/Cropland Acres___ ☐ New Prac/Type/TMA ☐ New Crop ☐ Mens Serv

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | 0.00 | 0.00 311.0 | L |
| 18 | 0.00 | 0.00 311.0 | L |
| 19 | 0.00 | 0.00 311.0 | L |
| 20 | 0.00 | 0.00 311.0 | L |

Total Yield 1244.0    Prior Yield 311.0
• Years 4    Ave Yield 311.0
• Prelim Yield 311.0    Adj Yield
T-Yield 247.0    Rate Yield 311.0
    App Yield 311.0

Production Record Type: Prelevated Acres
Planted Acres: Unmaturable Acres/Prod
Date Planting Completed: High Risk Acres
High Risk Acres Class:

Remarks/Other: SC 12/31/20 PR 32 15/21 PL 02/25/21 AR 03/15/21
L. Added Land, Simple Avg
ADDED LAND 2018

---

**Panel 2**

County 35 FLAGLER
Crop APH-POTATOES
Practice IRRIGATED
Type GRPB
Legal Description
FSN 398
33 12S 29E

Unit Description JOHNNY P
Insured's Share 1.000    Other persons sharing in crop

Unit Number OU 4.08 YA    FSN 396 Yield No 21.0
☒ Added Land/Cropland Acres___ ☐ New Prac/Type/TMA ☐ New Crop ☐ Mens Serv

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | 0.00 | 0.00 306.0 | L |
| 18 | 0.00 | 0.00 306.0 | L |
| 19 | 0.00 | 0.00 306.0 | L |
| 20 | M | 2718.00 | 28.00 97.0 P A L |

Total Yield 1015.0    Prior Yield 306.0
• Years 4    Ave Yield 254.0
• Prelim Yield 254.0    Adj Yield
T-Yield 247.0    Rate Yield 254.0
    App Yield 276.0

Production Record Type: M
Planted Acres: Unmaturable Acres/Prod
Date Planting Completed: High Risk Acres
High Risk Acres Class:

Remarks/Other: SC 12/31/20 PR 02 15 21 PL 02/25/21 AR 03/15/21
Yield Adjustment
A. Actual
ADDED LAND 2020
60% YA Plug.20T=306

---

**Panel 3**

County 107 PUTNAM
Crop APH-POTATOES
Practice IRRIGATED
Type GRPB
Legal Description
FSN: 1305
49 9S 27E

Unit Description BIG FIELD EAST
Insured's Share 0.500    Other persons sharing in crop
BOARDWALK FARMS

Unit Number BU 2.00 YA    FSN 1395 Yield No. 24.9
☐ Added Land/Cropland Acres___ ☐ New Prac/Type/TMA ☒ New Crop ☐ Mens Serv

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | 0.00 | 0.00 268.0 | C |
| 18 | 0.00 | 0.00 268.0 | C |
| 19 | 0.00 | 0.00 269.0 | C |
| 20 | M | 5655.00 | 45.00 126.0 P A L |

Total Yield 930.0    Prior Yield 288.0
• Years 4    Ave Yield 233.0
• Prelim Yield 233.0    Adj Yield
T-Yield 253.0    Rate Yield 233.0
    App Yield 241.0

Production Record Type: M
Planted Acres: Unmaturable Acres/Prod
Date Planting Completed: High Risk Acres
High Risk Acres Class:

Remarks/Other: SC 12/31/20 PR 02/15/21 PL 02/25/21 AR 07/19/21
Yield Adjustment
A. Actual
NEW CROP
NEW PRODUCER
60% YA Plug.20T=268

---

**Panel 4**

County 107 PUTNAM
Crop APH-POTATOES
Practice IRRIGATED
Type GRPB
Legal Description
FSN: 1323
49 9S 27E

Unit Description EVELYN. DIRST LEFT
Insured's Share 1.000    Other persons sharing in crop

Unit Number OU 5.01    FSN 1323 Yield No. 19.0
☒ Added Land/Cropland Acres___ ☐ New Prac/Type/TMA ☐ New Crop ☐ Mens Serv

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | A | 15923.00 | 51.00 312.0 A |
| 20 | 7396.40 | 98.00 | A |

Total Yield     Prior Yield 268.0
• Years 4    Ave Yield
• Prelim Yield    Adj Yield
T-Yield 253.0    Rate Yield
    App Yield

Production Record Type: Prelevated Acres
Planted Acres: Unmaturable Acres/Prod
Date Planting Completed: High Risk Acres
High Risk Acres Class:

Remarks/Other: SC 12/31/20 PR 02/15/21 PL 05/25/21 AR 07/15/21
19-19 YLD 312.0
A. Actual
ADDED LAND 2019
NEW PRODUCER

---

WEB COPY

RH-5204-2021

| Policy | MP-0750018 | State | FLORIDA 9 | | Date | 11/04/2020 | Page 7 of 8 | AJS |
|---|---|---|---|---|---|---|---|---|

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.
MPCI Acreage and Production Reporting Form

For 2021 and succeeding years — ONEIDA POTATO EXCHANGE

SCAN: 10265957316814140079  2021

| | | | |
|---|---|---|---|
| County 107 PUTNAM | County | County | County |
| Crop APH-POTATOES | Crop | Crop | Crop |
| Practice IRRIGATED | Practice | Practice | Practice |
| Type GRPA | Type | Type | Type |
| Legal Description FSN: 1395 4B 9S 27E | Legal Description | Legal Description | Legal Description |
| Unit Description EVELYN RED | Unit Description | Unit Description | Unit Description |
| Insured's Share 1.000 | Insured's Share | Insured's Share | Insured's Share |

Unit Number  0U 5.02   FSN 1395  Yield No. 23.0

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | 25685 | 1.00 | A |

Total Yield — Poor Yield 219.0
Years 4 — Ave Yield
I-Yield 219.0 — T-Yield 219.0

Remarks/Other
0-0 YLD 0.0
A, Actual
NEW CROP
NEW PRODUCER

WEB COPY                                                RH-5204-2021

AGRI GENERAL INSURANCE COMPANY
RAIN AND HAIL, LLC
MPCI Application/Cancellation/Transfer/Policy Change/Reporting Form

| Policy | MP-0750018 | State | FLORIDA 8 | Date | 11-04-2020 | Page 8 of 8 | A,5 |

For 2021 and succeeding years    ONEIDA POTATO EXCHANGE

SCAN: 1026595731681414008 0 2021

SCAN: 1026595731681414009l

**1 PERSON TYPE**

A. Public Schools
B. Trust Bureau of Indian Affairs (BIA) and Indian Tribe Ventures
C. Corporations
D. Estates
E. Non-Profit or Tax Exempt Organizations

F. Transfer of Rights to indemnity (SB only)
G. Receiver or Liquidator
H. Public Agency State/Local Government
I. Individuals
J. Joint Operational/Joint Ventures/Co-Ownerships

P. Partnerships
R. Revocable Trust
S*. Spouse Married
T. Irrevocable Trust
U. Undivided Interest (CAT only)

K. Individual Operating as a Business
E. Limited Liability Company

*Enter the spouse's information on the front of the SBI information section. If not married, state No Spouse

For all insured persons other than "S", list all persons or entities with 10 percent or more interest in the insured/applicant on the Front of the SBI form in the SBI information section.

**2 LEGAL DESCRIPTION**

Section, township, range, other land identifier (e.g., Spanish land grants, metes and bounds etc.)

**3 NAME OF OTHER PERSON(S) SHARING IN THE CROP**

If the landlord or tenant is insuring the others share on this policy, include the landlord or tenant's name and the percent of share of the landlord or tenant listed

**4 ACREAGE TYPE**

A. Insured (planted)
B. Insured - Acreage emerging from an USDA program the initial crop year
C. Insured - New breaking acreage insured in accordance with the policy i.e., 5 percent or less of insured acreage planted in the year the initial crop year or insured under SP and it is insured is able to substantiate the acreage has previously been in production
D. Insured - New breaking acreage insured in accordance with the policy or under SP and the insured is unable to substantiate the acreage has previously been in production

E. Insured - New breaking acreage insured by AIP and the insured is able to substantiate the acreage has previously been in production
F. Insured - New breaking acreage insured by AIP and the insured is unable to substantiate the acreage has previously been in production
G. Insured - Total native sod acreage greater than five acres insured under the terms of the policy
H. Insured - Total native sod acreage greater than five acres insured under the terms of the SP

I. Insured - Total native sod acreage greater than five acres insured by AIP
J. Insured - Short-rated acreage
K. Insured - Loss damaged acreage
L. Insured - UT Third Party damaged acreage
M. Prevented planting
N. Uninsured
O. Uninsurable
P. Uninsurable due to 2nd crop provisions
Q. Uninsurable due to hire breaking and the insured substantiates the acreage has been in production

R. Uninsurable due to new breaking and the insured cannot substantiate the acreage has previously been in production
S. Uninsurable due to total native sod acreage greater than five acres and is not insured by SP or WA
T. Unreported acreage within the same unit
U. Unreported units
V. Zero acreage report for unit
W. Zero acreage report for county

**5 PRODUCTION RECORD TYPE**

A. Harvested Production Sub/Commercial Storage
B. Harvested Production Farm Report Measured by Insured
C. Harvester Production Pick/Daily Sales Records
D. Harvested Production Automated Yield Monitoring System
E. Harvested Production Farm Stored/Measured by Authorized Representative

F. Harvested Production Livestock Feeding Records
G. Harvested Production Farm Harvest Records
H. Other
I. Unharvested and Destroyed (ARPI only)
J. Unharvested and Put to Another Use (ARPI only)

K. Unharvested and Production Appraised by AIP (ARPI only)
L. Unreported Production (ARPI only)
M. Claim for indemnity
N. Appraisal non-catastrophe
O. UUF or Third Party Damage

P. Unharvested with harvest incomplete (ARPI only)
Q. Zero production when no claim appraisal/UUF/3rd party damage record
Z. Zero Planted Acres

**6 INSURABILITY**

Indicate whether acreage and production being reported is insurable, uninsurable, unilaterable cause of loss appraisal, uninsured acreage or from acreage on which a PP payment was reduced due to a second crop being planted

**7 MULTI CROP YEAR REPORTING SEASON**

Enter the applicable codes for the reason the insured is reporting a crop year other than the most recent APH crop year. Insureds may certify production reports for crop years other than the most recent for various reasons, including
A. recertification of past years not previously certified,
B. conversion,
C. replacement of temporary yield,

D. replacement of assigned yield,
E. certification by new insured
F. certification using another producer's history for new acreage,

G. recertification for new actuarial offer,
H. recertification for new unit structure, or
I. other.

If not applicable, leave blank.

**8 SUPPLEMENTAL COVERAGE OPTION (SCO) ENDORSEMENT TERMS AND CONDITIONS**

In addition to Section 3(b+c) of the Basic Provisions, I hereby elect the Supplemental Coverage Option Endorsement, and by this election I understand:
A. I must have purchased a policy under the Common Crop Insurance Policy Basic Provisions and applicable Crop Provisions to elect this Endorsement with the same Approved Insurance Provider as my Common Crop Insurance Policy.
B. I may elect coverage under this Endorsement and the Farm Service Agency's Agriculture Risk Coverage Program, but the same acreage of the crop cannot be covered under both programs.
C. I may elect coverage under this Endorsement and Stacked Income Protection Plan for the same county, but the same acreage cannot be insured under both.
D. If in any time my Common Crop Insurance Policy for the crop is canceled or terminated, coverage under this endorsement is automatically canceled or terminated.
E. The by electing this Endorsement, if we continue from year to year unless I or you, cancel or change my election by written notice on or before the cancellation date of my coverage is otherwise canceled or terminated under the terms of my policy.
F. Separate Administrative Fees will be assessed for each crop insured under this Endorsement.
Percentage of Price Election represents SCO Coverage Percentage. ARC Coverage □ YES □ NO means if you elected the SCO Endorsement, do you also have ARC Coverage?

**9 STACKED INCOME PROTECTION PLAN (STAX) TERMS AND CONDITIONS**

I say elect coverage under the part of insurance and the Farm Service Agency's Agriculture Risk Coverage Program or Price Loss Coverage Program, but the same acreage of the crop cannot be covered under both programs. I may not elect coverage under this plan of insurance or the same acres I elect coverage for the Supplemental Coverage Option (SCO). I understand that by signing this application, the coverage under this plan of insurance will continue from year to year unless I or you cancel or change my election by written notice or in part is the cancellation date of my coverage is otherwise canceled or terminated under the terms of my policy.
A. Coverage Level representing STAX Coverage Range
B. Percentage of Price Election represents STAX Protection Factor
C. Designated County means when both SCO and STAX are elected for the same crop and county/area, if land is added to this operation after the Sales Closing Date and reported by the Acreage Reporting Date, such acreage will be covered by SCO or STAX as indicated in this column to the designated area, the acreage is covered by SCO
D. SCO Coverage □ YES □ NO means if you elected the STAX Policy, do you also have SCO Coverage for the same county/area? If Yes, identify by APH Database whether SCO or STAX applies by listing the Yield file id and plan in the REMARKS/OTHER section of this form. Any acres insured by the comparison policy that are not designated for STAX coverage will be covered by SCO

**10 MULTI-COUNTY ENTERPRISE UNIT (MCEU)**

Enter a 'P' for the primary county and an 'S' for the secondary county. If there is more than one primary county and/or more than one secondary county, you will need to associate which primary and secondary county go together. For example, if County A is the primary county associated with County C as the secondary county, enter 'P2' for County D and 'S2' for County C.

**11 HURRICANE INSURANCE PROTECTION-WIND INDEX (HIP-WI) ENDORSEMENT TERMS AND CONDITIONS**

In addition to Section 3 (b+c) of the Basic Provisions, I hereby elect the Hurricane Insurance Protection - Wind Index Endorsement, and by this election I understand
A. I must have purchased an underlying policy consisting of the Common Crop Insurance Policy Basic Provisions and applicable Crop Provisions to elect this Endorsement and must also purchase this Endorsement with the same Approved Insurance Provider as my Common Crop Insurance Policy.
B. If at any time my underlying policy for the crop is cancelled or terminated, coverage under this Endorsement is automatically cancelled or terminated.
C. That by electing this Endorsement, it will continue from year to year unless I or you, cancel or change my election by written notice on or before the cancellation date of my coverage is otherwise canceled or terminated under the terms of my underlying policy.
D. Separate Administrative Fees will be assessed for each crop insured under this Endorsement.
Percentage of Price Election represents the HIP-WI Coverage Percentage.

**Production Reporting**

| | | Policy | MP-6760018 | State | FLORIDA B | Date | 11/04/2020 | Page | : of 6 | A-6 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.

For 2021 and succeeding years

SCAN: 10265957316814120019  2021

| Applicant/Insured Information | Signature Authorization | Agency/Agent Information |
| --- | --- | --- |
| ONEIDA POTATO EXCHANGE<br>PAUL SOWINSKI<br>5818 PINE LN<br>RHINELANDER WI 54501-0000<br><br>Mobile Number: 715-272-1192 | I grant the person(s) listed below the authority to sign any and all crop insurance documents on my behalf. I understand this by authorizing such persons it is/I understand, in my behalf, I am legally bound by all terms and conditions of such documents and/or the crop insurance contract. I also understand that granting the following persons the authority to sign on my behalf does not obligate that person(s), or the terms and conditions of my crop insurance contract. I further understand that the authorization may be revoked by me at any time upon written notice signed and delivered to my Approved Insurance Provider.<br><br>APPLICANT INSURED/AUTHORIZED REPRESENTATIVE | PROGRESSIVE AG<br>417 38TH ST SW STE A<br>FARGO ND 58103-6908<br><br>mailto: RLG@PROGRESSIVEAG.COM<br>JDAN@PROGRESSIVEAG.COM |
| Phone<br>715-272-1192   SSN  EIN  Ran  Person Type  State of Incorp.<br>430  Limited Liability Company  WI  BA  PAUL SOWINSKI | | Phone<br>701-277-9210  Agency Code<br>7772.30 |

| Other Changes | ☑ Add Signature Authorization<br>☐ Remove Signature Authorization | ☐ Add/change/correct Insured's authorized representative<br>☐ Correct Insured's identification number | ☐ Correct the spelling of Insured's name<br>☐ Change/correct Insured's address | ☐ Correct SBI's identification number<br>☐ Correct the spelling of SBI's name |

# MPCI Production Reporting Form

| County | Name of Crop | Effective Crop Year | *Plan of Insurance | *Coverage Level | *Percentage of Price Election Projected Price, Amount of Ins. or Prot. Factor | Practice/Type/Class etc. | Options, Elections or Endorsements | Unit Structure Code | *New Producer | Designated County | Total Acres | *X = Zero Acres |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FLAGLER | POTATOES | 2021 | APH | A 0.75 | ADDL | IRRIGATED GRPA | YAYC | OU | | X | | |
| | POTATOES | 2021 | APH | A 0.75 | ADDL | IRRIGATED GRPB | YAYC | OU | | X | | |
| PUTNAM | POTATOES | 2021 | APH | A 0.80 | ADDL | IRRIGATED GRPA | YAYC | OU | P | | | |
| | POTATOES | 2021 | APH | A 0.80 | ADDL | IRRIGATED GRPB | YAYC | OU | P | | | |
| ST. JOHNS | POTATOES | 2021 | APH | A 0.75 | ADDL | | YAYC | OU | P | | | |

REMARKS/OTHER:

POLICY LOSS PAYEE AND ADDRESS

LOSS PAYABLE TO ME AND NO OTHERS

SBI INFORMATION - List all persons with a substantial beneficial interest (10% or more) in the insured applicant as defined in the applicable policy provisions (include land lords or tenants insured under the applicant) if done state NONE. For spouses' insured applicants, indicate the spouse's name, identification number and identification number type. If individuals insured applicant is not married, state No Spouse.

| SBI Request | Name | Complete Address | Telephone Number | Identification Number | Identification Number Type | Person Type |
| --- | --- | --- | --- | --- | --- | --- |
| ☐ UPDATE<br>☐ REMOVE | PAUL SOWINSKI | 5818 PINE LANE<br>RHINELANDER WI 54501-0000 | 715-272-1192 | 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 | SSN | Individual |
| ☐ ADD | | | | | | |

WEB COPY

Production Reporting

R-6266-2020 (Rev. 03-2020)

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.

MPCI Acreage and Production Reporting Form

| Policy | MP-0750018 | State | FLORIDA 8 | Date | 11-04-2020 | Page 2 of 8 | AJ3 |

For 2021 and succeeding years   ONEIDA POTATO EXCHANGE

SCAN: 10265957316814140024   2021

| | Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|---|
| County | 38 FLAGLER | 38 FLAGLER | 38 FLAGLER | 38 FLAGLER |
| Crop | APH-POTATOES | APH-POTATOES | APH-POTATOES | APH-POTATOES |
| Practice | IRRIGATED | IRRIGATED | IRRIGATED | IRRIGATED |
| Type | GRP8 | GRP8 | GRP8 | GRP8 |
| Legal Description | | | | |
| FSN 265 | FSN 310 | FSN 248 | FSN 267 |
| & 128 286 | 28 128 286 | & 128 286 | 2 128 286 |

| Unit Description | BOARDWALK FARMS | BARN BOARDWALK FARMS | FIELD 3 JULINGTON CREEK FARMS | KINNEY 100 FRONT WEST BACK WEG JULINGTON CREEK FARMS |
|---|---|---|---|---|
| Insured's Share | 0.600 | 0.600 | 0.500 | 0.500 |
| Other persons sharing in crop | | | | |

| Unit Number | CU1.01 | CU1.02 YA | CU3.01 | CU3.02 YA |
| FSN | 285 | 310 | 261 | 297 |
| Yield No | 4.0 | 20.0 | 3.0 | 12.0 |

**Unit CU1.01 (FSN 285, Yield No 4.0)**

| Crop Year | Prod Production | Acres | Per Plan Quant Actual Yield Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | 0.00 | 247.6  T |
| 14 | | 0.00 | 247.6  T |
| 15 | 23377.00 | 50.40 | 464.6  A |
| 16 | 9818.00 | 22.80 | 376.6  A |
| 17 | 0.00 | 0.00 | - Z |
| 18 Z | 0.00 | 0.00 | - Z |
| 19 | 0.00 | 0.00 | - Z |
| 20 | 0.00 | 0.00 | - Z |
| Total Yield | 1318.0 | Prov Yield | 328.0 |
| - Years | 4 | App Yield | 328.0 |
| - Prelim Yield | 328.0 | Ad Yield | |
| T Yield | 247.0 | Rate Yield | 329.0 |
| | | App Yield | 329.0 |

Production Record Type:
Planted Acres:
Date Planting Completed:
High Risk Acres Class:

Remarks/Other: Z. Zero Acres

**Unit CU1.02 YA (FSN 310, Yield No 20.0)**

| Crop Year | Per Plant Quant Total Production | Acres | Per Plan Quant Actual Yield Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | 0.00 | 247.0  T |
| 18 | | 0.00 | 247.6  T |
| 19 | | 0.00 | 247.0  T |
| 20 M | 4348.00 | 41.00 | 106.0 P A L |
| Total Yield | 847.0 | Prov Yield | 247.0 |
| - Years | 4 | Ave Yield | 212.0 |
| - Prelim Yield | 212.0 | Ad Yield | |
| T Yield | 247.0 | Rate Yield | 212.0 |
| | | App Yield | 222.0 |

Production Record Type: M
Planted Acres:
Date Planting Completed:
High Risk Acres Class:

Remarks/Other: Z. Zero Acres
Yield Adjustment
A. Actual
60% YA Plug 20Tx247

**Unit CU3.01 (FSN 261, Yield No 3.0)**

| Crop Year | Per Plant Quant Total Production | Acres | Per Plan Quant Actual Yield Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | 0.00 | 229.0  T |
| 14 | 8100.00 | 20.00 | 405.0  A |
| 15 | 17391.80 | 37.80 | 457.5  A |
| 16 | 5810.60 | 33.60 | 176.0  A L |
| 17 | 0.00 | 0.00 | - Z |
| 18 Z | 0.00 | 0.00 | - Z |
| 19 | 0.00 | 0.00 | - Z |
| 20 | 0.00 | 0.00 | - Z |
| Total Yield | 1273.0 | Prov Yield | 318.0 |
| - Years | 4 | Ave Yield | 318.0 |
| - Prelim Yield | 318.0 | Ad Yield | |
| T Yield | 228.0 | Rate Yield | 318.0 |
| | | App Yield | 318.0 |

Production Record Type:
Planted Acres:
Date Planting Completed:
High Risk Acres Class:

Remarks/Other: Z. Zero Acres

**Unit CU3.02 YA (FSN 297, Yield No 12.0)**

| Crop Year | Per Plant Quant Total Production | Acres | Per Plan Quant Actual Yield Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | 0.00 | 0.00 | 328.0  L |
| 15 | | 0.00 | 0.00 | 328.0  L |
| 16 | | 0.00 | 0.00 | 328.0  L |
| 17 | 1676.00 | 15.00 | 105.0 P A L |
| 18 Z | 0.00 | 0.00 | Z |
| 19 | 0.00 | 0.00 | Z |
| 20 | 0.00 | 0.00 | Z |
| Total Yield | 1089.0 | Prov Yield | 295.0 |
| - Years | 4 | Ave Yield | 272.0 |
| - Prelim Yield | 272.0 | Ad Yield | |
| T Yield | 247.0 | Rate Yield | 272.0 |
| | | App Yield | 295.0 |

Production Record Type:
Planted Acres:
Date Planting Completed:
High Risk Acres Class:

Remarks/Other: Z. Zero Acres
Yield Adjustment
Z. Zero Acres
ADDED LAND 2017
50% YA Plug 17Tx329

WEB COPY

R4-6204-2021

| Policy | MP-0750018 | State | FLORIDA 9 | | Date | 11/04/2020 | Page 3 of 8 | AJS |
|---|---|---|---|---|---|---|---|---|
| For | 2021 | and succeeding years | | ONEIDA POTATO EXCHANGE | | | | |

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.
MPCI Acreage and Production Reporting Form

SCAN: 10265957316814140035  2021

| | Column 1 | Column 2 | Column 3 | Column 4 |
|---|---|---|---|---|
| County | 35 FLAGLER | 35 FLAGLER | 35 FLAGLER | 35 FLAGLER |
| Crop | APH-POTATOES | APH-POTATOES | APH-POTATOES | APH-POTATOES |
| Practice | IRRIGATED | IRRIGATED | IRRIGATED | IRRIGATED |
| Type | GRPB | GRPB | GRPB | GRPB |
| Legal Description | FSN 310 / 29 12S 29E | FSN 389 / 35 13S 29E | FSN 171 / 7 8 13S 29E | FSN 201 / 9 12S 29E |
| Unit Description | KINNEY 105 - BARN | CO RD 135 | HWY 100 S | BAR D |
| Insured's Share | 0.500 | 0.500 | 1.000 | 1.000 |
| Other persons sharing in crop | JULINGTON CREEK FARMS | JULINGTON CREEK FARMS | | |
| Unit Number | OU 3.03 | OU 3.04 YA | OU 4.01 | OU 4.01 YA |
| FSN | 310 | 389 | 171 | 201 |
| Yield No. | 6.0 | 22.0 | 9.0 | 2.0 |

**Column 1 — Unit OU 3.03**

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | 0.00 | 0.00 | 328.0  L |
| 16 | 0.00 | 0.00 | 328.0  L |
| 17 | 8232.00 | 40.00 | 206.0  A L |
| 18  Z | 0.00 | 0.00 | -  Z |
| 19  A | 10629.00 | 40.00 | 266.0  A |
| 20 | 0.00 | 0.00 | -  Z |

| Total Yield | 1128.0 | Prior Yield | 282.0 |
| + Years | 4 | Ave Yield | 282.0 |
| Prelim Yield | 282.0 | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | 282.0 |
| | | Appr Yield | 282.0 |

Production Record Type — Prevented Acres
Planted Acres — Unmapable Acres/Prod
Date Planting Completed — High Risk Acres
High Risk Acres Class

Remarks/Other
Z. Zero Acres
ADDED LAND 2016

**Column 2 — Unit OU 3.04 YA**

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | 0.00 | 247.0  T |
| 18 | | 0.00 | 247.0  T |
| 19 | | 0.00 | 247.0  T |
| 20  M | 9842.00 | 51.70 | 109.0P A L |

| Total Yield | 850.0 | Prior Yield | 247.0 |
| + Years | 4 | Ave Yield | 213.0 |
| Prelim Yield | 213.0 | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | 213.0 |
| | | Appr Yield | 222.0 |

Production Record Type — M
Planted Acres — Unmapable Acres/Prod
Date Planting Completed — High Risk Acres
High Risk Acres Class

Remarks/Other
Yield Adjustment
A. Actual
60% YA Plug.20T=247

**Column 3 — Unit OU 4.01**

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | 0.00 | 0.00 | 328.0  L |
| 15 | 0.00 | 0.00 | 328.0  L |
| 16 | 0.00 | 0.00 | 328.0  L |
| 17  M | 14277.00 | 38.00 | 376.0  A |
| 18  Z | | 0.00 | - |
| 19 | | -0.00 | |
| 20 | 38081.3 | 85.00 | A |

| Total Yield | | Prior Yield | 340.0 |
| + Years | 5 | Ave Yield | |
| Prelim Yield | | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | |
| | | Appr Yield | |

Production Record Type — A — Prevented Acres
Planted Acres — Unmapable Acres/Prod
Date Planting Completed — High Risk Acres
High Risk Acres Class

Remarks/Other
14-17 YLD 1360.0
A. Actual
ADDED LAND 2017

**Column 4 — Unit OU 4.01 YA**

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | 0.00 | 247.0  T |
| 14 | 7250.00 | 29.00 | 250.0  A |
| 15 | 12974.00 | 30.60 | 424.0  A |
| 16 | 0.00 | 0.00 | -  Z |
| 17 | 2163.00 | 26.00 | 83.0P A L |
| 18  Z | 0.00 | 0.00 | -  Z |
| 19 | 0.00 | 0.00 | -  Z |
| 20 | 0.00 | 0.00 | -  Z |

| Total Yield | 1004.0 | Prior Yield | 267.0 |
| + Years | 4 | Ave Yield | 251.0 |
| Prelim Yield | 251.0 | Adj Yield | |
| T-Yield | 247.0 | Rate Yield | 251.0 |
| | | Appr Yield | 267.0 |

Production Record Type — Prevented Acres
Planted Acres — Unmapable Acres/Prod
Date Planting Completed — High Risk Acres
High Risk Acres Class

Remarks/Other
Yield Adjustment
Z. Zero Acres
60% YA Plug.17T=246

WEB COPY

# AGRI GENERAL INSURANCE COMPANY
## RAIN AND HAIL L.L.C.
### MPCI Acreage and Production Reporting Form

| | | |
|---|---|---|
| Policy | MP-0750018 | State FLORIDA 9 | Date 11/04/2020 | Page 4 of 8 | A,8 |
| For | 2021 and succeeding years | ONEIDA POTATO EXCHANGE | | | |

SCAN: 1026595731681414 0046   2021

---

County  36 FLAGLER
Crop  APH-POTATOES
Practice  IRRIGATED
Type  GRPA
Legal Description
FSN  265
6 125 296

Unit Description
Insured's Share  1.000    Other persons sharing in crop

Unit Number  OU402   FSN  265   Yield No  6.0

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | 0.00 | 225.0 | T |
| 13 | 0.00 | 226.0 | T |
| 14 | 0.00 | 225.0 | T |
| 15 | 11477.00 | 29.06 | 396.0 | A |
| 16 | 0.00 | 0.00 | - Z |
| 17 | 0.00 | 0.00 | - Z |
| 18 Z | 0.00 | 0.00 | - Z |
| 19 | 0.00 | 0.00 | - Z |
| 20 | 0.00 | 0.00 | - Z |
| Total Yield | 1071.0 | Prev Yield | 268.0 |
| - Years | 4 | App Yield | 268.0 |
| - Prelim Yield | 268.0 | Adj Yield | |
| T Yield | 225.0 | Rate Yield | 268.0 |
| | | App Yield | 268.0 |

Remarks/Other
Z. Zero Acres

---

County  36 FLAGLER
Crop  APH-POTATOES
Practice  IRRIGATED
Type  GRPB
Legal Description
FSN  265
6 125 296

Unit Description  FIELD HOME
Insured's Share  1.000    Other persons sharing in crop

Unit Number  OU402   FSN  266   Yield No  1.0

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | 36113.00 | 110.00 | 328.0 | A |
| 14 | 37400.00 | 110.00 | 340.0 | A |
| 15 | 16663.00 | 41.16 | 402.0 | A |
| 16 | 34300.00 | 80.50 | 276.0 | A |
| 17 H | 16664.00 | 44.06 | 377.0 | A |
| 18 Z | 0.00 | 0.00 | - Z |
| 19 | 0.00 | 0.00 | - Z |
| 20 | 0.00 | 0.00 | - Z |
| Total Yield | 1826.0 | Prev Yield | 366.0 |
| - Years | 5 | App Yield | 365.0 |
| - Prelim Yield | 366.0 | Adj Yield | |
| T Yield | 247.0 | Rate Yield | 366.0 |
| | | App Yield | 363.0 |

Remarks/Other
Z. Zero Acres

---

County  36 FLAGLER
Crop  APH-POTATOES
Practice  IRRIGATED
Type  GRPB
Legal Description
FSN  272
1 145 296

Unit Description  BARTON 2018 NB
Insured's Share  1.000    Other persons sharing in crop

Unit Number  OU403   FSN  272   Yield No  13.0

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | 0.00 | 0.00 | 311.0 | L |
| 18 | 0.00 | 0.00 | 311.0 | L |
| 19 | 0.00 | 0.00 | 311.0 | L |
| 20 | 0.00 | 0.00 | 311.0 | L |
| Total Yield | 1244.0 | Prev Yield | 311.0 |
| - Years | 4 | App Yield | 311.0 |
| - Prelim Yield | 311.0 | Adj Yield | |
| T Yield | 247.0 | Rate Yield | 311.0 |
| | | App Yield | 311.0 |

Remarks/Other
L. Added Land. Simple Avg
ADDED LAND 2018

---

County  36 FLAGLER
Crop  APH-POTATOES
Practice  IRRIGATED
Type  GRPB
Legal Description
FSN  297
2 125 296

Unit Description  KINNEY 100 HOUSE
Insured's Share  1.000    Other persons sharing in crop

Unit Number  OU404 YA   FSN  297   Yield No  10 6

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor |
|---|---|---|---|
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | 0.00 | 0.00 | 328.0 | L |
| 15 | 0.00 | 0.00 | 328.0 | L |
| 16 | 0.00 | 0.00 | 328.0 | L |
| 17 | 2233.00 | 30.00 | 106.0 | A L |
| 18 Z | 0.00 | 0.00 | - Z |
| 19 | 0.00 | 0.00 | - Z |
| 20 | 0.00 | 0.00 | - Z |
| Total Yield | 1092.0 | Prev Yield | 285.0 |
| - Years | 4 | App Yield | 273.0 |
| - Prelim Yield | 273.0 | Adj Yield | |
| T Yield | 247.0 | Rate Yield | 273.0 |
| | | App Yield | 293.0 |

Remarks/Other
Yield Adjustment
Z. Zero Acres
ADDED LAND 2017
40% YA Plug 177x328

---

WEB COPY

RH-5204-202

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.

MPCI Acreage and Production Reporting Form

| Policy | MP-0750018 | State | FLORIDA 9 | Date | 11/04.2020 | Page 5 of 8 | A.5 |
|---|---|---|---|---|---|---|---|

For 2021 and succeeding years    ONEIDA POTATO EXCHANGE

SCAN: 10265957316814140057   2021

| County | 35 FLAGLER | County | 35 FLAGLER | County | 35 FLAGLER | County | 35 FLAGLER |
|---|---|---|---|---|---|---|---|
| Crop | APH-POTATOES | Crop | APH-POTATOES | Crop | APH-POTATOES | Crop | APH-POTATOES |
| Practice | IRRIGATED | Practice | IRRIGATED | Practice | IRRIGATED | Practice | IRRIGATED |
| Type | GRPB | Type | GRPB | Type | GRPA | Type | GRPB |
| Legal Description | | Legal Description | | Legal Description | | Legal Description | |
| FSN: 310 | | FSN: 318 | | FSN: 389 | | FSN: 389 | |
| 29 30 125 29E | | 32 125 29E | | 2 145 29E | | 2 145 39E | |

| Unit Description | BACK, HOME | Unit Description | | Unit Description | | Unit Description | FFF 2019 NB |
|---|---|---|---|---|---|---|---|
| Insured's Share | 1.000 | Other persons sharing in crop | Insured's Share | 1.000 | Other persons sharing in crop | Insured's Share | 1.000 | Other persons sharing in crop | Insured's Share | 1.000 | Other persons sharing in crop |

Unit Number   CU405   FSN   310   Yield No   11.0
Unit Number   CU408YA   FSN   318   Yield No   17.0
Unit Number   CU407   FSN   389   Yield No   18.0
Unit Number   CU407   FSN   389   Yield No   14.0

| Crop Year | Prev/Final Quantity Adjust Yield/Prod Ratio | Acres | Prev/Final Quantity Adjust Yield/Yield Descriptor | Crop Year | Prev/Final Quantity Adjust Yield/Prod Ratio | Acres | Prev/Final Quantity Adjust Yield/Yield Descriptor |
|---|---|---|---|---|---|---|---|
| 11 | | | | 11 | | | |
| 12 | | | | 12 | | | |
| 13 | | | | 13 | | | |
| 14 | | | | 14 | | | |
| 15 | | | | 15 | | | |
| 16 | 0.00 | 0.00 328.0 L | | 16 | | | |
| 17 | 7336.00 | 48.00 152.0 A L | | 17 | | | |
| 18 Z | 0.00 | 0.00 - 2 | | 18 | | | |
| 19 M | 18861.00 | 106.00 178.0 A L | | 19 M | | | |
| 20 M | 18867.00 | 114.00 148.0 A L | | 20 | | | |

| Total Yield | 809.0 | Prior Yield | 265.0 |
|---|---|---|---|
| - Years | 4 | Add Yield | 202.0 |
| - Prior Years | 202.9 | Add Yield | |
| T. Yield | 247.0 | Base Yield | 302.8 |
| | | Appr Yield | 262.0 |

Production Record Type   M

| Crop Year | | |
|---|---|---|
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | 0.00 | 0.00 262.0 C | | 0.00 | 0.00 311.0 L |
| 17 | 0.00 | 0.00 253.0 C | | 0.00 | 0.00 311.0 L |
| 18 | 0.00 | 0.00 292.0 C | | 0.00 | 0.00 311.0 L |
| 19 A | 10232.00 | 46.00 327.0 A | | 13290.00 | 36.00 442.0 A |
| 20 | 0.00 | 0.00 - 2 | | 0.00 | 0.00 - 2 |

| Total Yield | 1106.0 | Prior Yield | 277.0 |
|---|---|---|---|
| - Years | 4 | Add Yield | 277.0 |
| - Prior Years | 277.0 | Add Yield | |
| T. Yield | 225.0 | Base Yield | 277.0 |
| | | Appr Yield | 277.0 |

| Total Yield | 1376.0 | Prior Yield | 344.0 |
|---|---|---|---|
| - Years | 4 | Add Yield | 344.0 |
| - Prior Years | 344.0 | Add Yield | |
| T. Yield | 247.0 | Base Yield | 344.0 |
| | | Appr Yield | 344.0 |

Remarks/Other
A. Actual
ADDED LAND 2017
APH YIELD FLOORED

Remarks/Other
Yield Adjustment
Z. Zero Acres
ADDED LAND 2018
80% YA Plug 181x311

Remarks/Other
Z. Zero Acres
ADD PRACT/TYPE/VARIETY 2018

Remarks/Other
Z. Zero Acres
ADDED LAND 2019

WEB COPY

RH-5204-2021

| Policy | MP-0750018 | State | FLORIDA 9 | Date | 11/04/2020 | Page 6 of 8 | AJS |
|---|---|---|---|---|---|---|---|

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL L.L.C.
MPCI Acreage and Production Reporting Form

For 2021 and succeeding years — ONEIDA POTATO EXCHANGE

SCAN: 10265957316814140068   2021

| | | | |
|---|---|---|---|
| County 35 FLAGLER | County 35 FLAGLER | County 107 PUTNAM | County 107 PUTNAM |
| Crop APH-POTATOES | Crop APH-POTATOES | Crop APH-POTATOES | Crop APH-POTATOES |
| Practice IRRIGATED | Practice IRRIGATED | Practice IRRIGATED | Practice IRRIGATED |
| Type GRPB | Type GRPB | Type GRPB | Type GRPB |
| ¹Legal Description | ²Legal Description | ²Legal Description | ¹Legal Description |
| FSN: 389 | FSN 396 | FSN: 1305 | FSN: 1323 |
| 26 3S 13S 29E | 33 12S 29E | 49 9S 27E | 49 9S 27E |
| Unit Description CO RD 135 | Unit Description JOHNNY P | Unit Description BIG FIELD EAST | Unit Description EVELYN. DIRST LEFT |
| Insured's Share 1.000   ³Other persons sharing in crop | Insured's Share 1.000   ³Other persons sharing in crop | Insured's Share 0.500   ³Other persons sharing in crop | Insured's Share 1.000   ³Other persons sharing in crop |
| | | BOARDWALK FARMS | |

| Unit Number OU 4.07   FSN 389 Yield No. 15.0 | Unit Number OU 4.09 YA   FSN 396 Yield No 21.0 | Unit Number BU 2.00 YA   FSN 1395 Yield No. 24.0 | Unit Number OU 5.01   FSN 1323 Yield No. 19.0 |
|---|---|---|---|

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor | Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor | Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor | Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | | | | 11 | | | | 11 | | | | 11 | | | |
| 12 | | | | 12 | | | | 12 | | | | 12 | | | |
| 13 | | | | 13 | | | | 13 | | | | 13 | | | |
| 14 | | | | 14 | | | | 14 | | | | 14 | | | |
| 15 | | | | 15 | | | | 15 | | | | 15 | | | |
| 16 | | | | 16 | | | | 16 | | | | 16 | | | |
| 17 | 0.00 | 0.00 311.0 L | | 17 | 0.00 | 0.00 306.0 L | | 17 | 0.00 | 0.00 268.0 C | | 17 | | | |
| 18 | 0.00 | 0.00 311.0 L | | 18 | 0.00 | 0.00 306.0 L | | 18 | 0.00 | 0.00 268.0 C | | 18 | | | |
| 19 | 0.00 | 0.00 311.0 L | | 19 | 0.00 | 0.00 306.0 L | | 19 | 0.00 | 0.00 268.0 C | | 19 | A | 16923.00 | 81.00 312.0 A |
| 20 | 0.00 | 0.00 311.0 L | | 20 M | 2718.00 | 28.00 97.0 P A L | | 20 M | 5655.00 | 45.00 126.0 P A L | | 20 | 27396.40 | 98.00 | A |

| Total Yield | 1244.0 | Prior Yield 311.0 | | Total Yield | 1015.0 | Prior Yield 306.0 | | Total Yield | 930.0 | Prior Yield 268.0 | | Total Yield | | Prior Yield 268.0 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| • Years | 4 | Ave Yield 311.0 | | • Years | 4 | Ave Yield 254.0 | | • Years | 4 | Ave Yield 233.0 | | • Years | 4 | Ave Yield | |
| • Prelim Yield | 311.0 | Adj Yield | | • Prelim Yield | 254.0 | Adj Yield | | • Prelim Yield | 233.0 | Adj Yield | | • Prelim Yield | | Adj Yield | |
| T-Yield | 247.0 | Rate Yield 311.0 | | T-Yield | 247.0 | Rate Yield 254.0 | | T-Yield | 253.0 | Rate Yield 233.0 | | T-Yield | 253.0 | Rate Yield | |
| | | Appr Yield 311.0 | | | | Appr Yield 276.0 | | | | Appr Yield 241.0 | | | | Appr Yield | |

| Production Record Type | | Production Record Type M | | Production Record Type M | | Production Record Type A | |
|---|---|---|---|---|---|---|---|
| Planted Acres | | Planted Acres | | Planted Acres | | Planted Acres | |
| Date Planting Completed | | Date Planting Completed | | Date Planting Completed | | Date Planting Completed | |
| High Risk Acres Class | | High Risk Acres Class | | High Risk Acres Class | | High Risk Acres Class | |

Remarks/Other: SC 12/31/20 PR 32 15:31 PL 02/25/21 AR 03:15:31 I. Added Land. Simple Avg ADDED LAND 2018

Remarks/Other: SC 12/31/20 PR 02 15:31 PL 02/25/21 AR 03:15:31 Yield Adjustment A. Actual ADDED LAND 2020 60% YA Plug 20T=306

Remarks/Other: SC 12/31/20 PR 32 15:31 PL 02/25/21 AR 03:15:31 Yield Adjustment A. Actual NEW CROP NEW PRODUCER 60% YA Plug 20T=268

Remarks/Other: SC 12-31-20 PR 02 15:31 PL 02/25/21 AR 03:15:31 19-19 YLD 312.0 A. Actual ADDED LAND 2019 NEW PRODUCER

RH-5204-2021

| | | AGRI GENERAL INSURANCE COMPANY | | Policy | MP-0750018 | State | FLORIDA 9 | | Date | 11/04/2020 | Page 7 of 8 | AJS |
| RAIN AND HAIL L.L.C. | | | | For | 2021 | and succeeding years | | ONEIDA POTATO EXCHANGE | | | | |
| MPCI Acreage and Production Reporting Form | | | | | | | | SCAN: | 10265957316814100079 | | | 2021 |

| County 107 PUTNAM | County | County | County |
|---|---|---|---|
| Crop **APH-POTATOES** | Crop | Crop | Crop |
| Practice **IRRIGATED** | Practice | Practice | Practice |
| Type **GRPA** | Type | Type | Type |
| ²Legal Description<br>FSN: 1395<br>48 9S 27E | ²Legal Description | ²Legal Description | ²Legal Description |
| Unit Description **EVELYN RED** | Unit Description | Unit Description | Unit Description |
| Insured's Share  1.000  ³Other persons sharing in crop | Insured's Share    ³Other persons sharing in crop | Insured's Share    ³Other persons sharing in crop | Insured's Share    ³Other persons sharing in crop |

| Unit Number  OU 5.02 | FSN 1395 Yield No. 23.0 | Unit Number | FSN | Yield No. | Unit Number | FSN | Yield No. | Unit Number | FSN | Yield No. |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ Added Land/Cropland Acres ___ ☐ New Prac/Type/TNA ☒ New Crop ☐ Meas Serv | | ☐ Added Land/Cropland Acres ___ ☐ New Prac/Type/TNA ☐ New Crop ☐ Meas Serv | | | ☐ Added Land/Cropland Acres ___ ☐ New Prac/Type/TNA ☐ New Crop ☐ Meas Serv | | | ☐ Added Land/Cropland Acres ___ ☐ New Prac/Type/TNA ☐ New Crop ☐ Meas Serv | | |

| Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor | Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor | Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor | Crop Year | Pre/Post Quality Total Production | Acres | Pre/Post Quality Actual Yield/Yield Descriptor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | |
| 20 | 25685 | 1.00 | A | | | | | | | | | | | | |

| Total Yield | | Prior Yield 219.0 | Total Yield | | Prior Yield | Total Yield | | Prior Yield | Total Yield | | Prior Yield |
|---|---|---|---|---|---|---|---|---|---|---|---|
| • Years | 4 | Ave Yield | • Years | | Ave Yield | • Years | | Ave Yield | • Years | | Ave Yield |
| = Prelim Yield | | Adj Yield | = Prelim Yield | | Adj Yield | = Prelim Yield | | Adj Yield | = Prelim Yield | | Adj Yield |
| T-Yield | 219.0 | Rate Yield | 1-Yield | | Rate Yield | T-Yield | | Rate Yield | T-Yield | | Rate Yield |
| | | Appr Yield | | | Appr Yield | | | Appr Yield | | | Appr Yield |
| Production Record Type | A | Prevented Acres | Production Record Type | | Prevented Acres | Production Record Type | | Prevented Acres | Production Record Type | | Prevented Acres |
| Planted Acres | | Unmaturable Acres/Prod | Planted Acres | | Unmaturable Acres/Prod | Planted Acres | | Unmaturable Acres/Prod | Planted Acres | | Unmaturable Acres/Prod |
| Date Planting Completed | | High Risk Acres | Date Planting Completed | | High Risk Acres | Date Planting Completed | | High Risk Acres | Date Planting Completed | | High Risk Acres |
| High Risk Acres Class | | | High Risk Acres Class | | | High Risk Acres Class | | | High Risk Acres Class | | |

| Remarks/Other | Remarks/Other | Remarks/Other | Remarks/Other |
|---|---|---|---|
| 0-0 YLD 0.0<br>A, Actual<br>NEW CROP<br>NEW PRODUCER | | | |

WEB COPY

RH-5204-2021

**AGRI GENERAL INSURANCE COMPANY**
RAIN AND HAIL, L.L.C.

MPCI Application/Cancellation/Transfer/Policy Change/Reporting Form

| Policy | MP-0750018 | State | FLORIDA 8 | Date | 11-04-2020 | Page 8 of 8 | A.5 |

For 2021 and succeeding years    ONEIDA POTATO EXCHANGE

SCAN: 1026595731681414 0080  2021

Applicant's Printed Name: Paul Sowinski

Date: 12-23-2020

Licensed Agent's Date: 12-23-20

WEB COPY    SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS    RH-8200-2020 (Rev. 03-2020)

SCAN: 1026595731681414009 1

## 1 PERSON TYPE

A. Public Schools
B. Trust-Bureau of Indian Affairs (BIA) and Indian Tribe Ventures
C. Corporations
D. Estates
E. Non-Profit or Tax Exempt Organizations

F. Transfer of Rights to Indemnity (SB only)
G. Receiver of Liquidator
H. Public Agency State/Local Government
I. Individuals
J. Joint Operation/Joint Ventures/Co-Ownerships

P. Partnerships
R. Revocable Trust
S. Spouse Married
T. Irrevocable Trust
U. Undivided Interest (CAT only)

K. Individual Operating as a Business
E. Limited Liability Company

## 2 LEGAL DESCRIPTION

## 3 NAME OF OTHER PERSON(S) SHARING IN THE CROP

## 4 ACREAGE TYPE

A. Insured (planted)
B. Insured - Acreage emerging from an USDA program
C. Insured - New breaking acreage
D. Insured - New breaking acreage

E. Insured - New breaking acreage
G. Insured - Total native sod acreage
H. Insured - Four native sod acreage

L. Insured   Total native sod acreage
J. Insured - Short-rated acreage
K. Insured - Late-planted acreage
L. Insured - UT Third Party damaged acreage
M. Prevented planting
N. Un-insured
O. Un-insurable
P. Un-insurable due to 2nd crop provisions
Q. Un-insurable

R. Unsurable due to new breaking
S. Unsurable due to total native sod acreage
T. Unreported acreage
J. Unreported units
V. Zero acreage report for unit
W. Zero acreage report for county

## 5 PRODUCTION RECORD TYPE

A. Harvested Production: Sub-Commercial Storage
B. Harvested Production: Farm Stored
C. Harvested Production: Pick/Dairy Sales Records
D. Harvested Production: Automated Yield Monitoring System
E. Harvested Production: Farm Stored/Measured by Authorized Representative

F. Harvested Production: Livestock Feeding Records
G. Harvested Production: Farm Harvest Records
H. Other
I. Unharvested and Destroyed (ARPI only)
J. Unharvested and Put to Another Use (ARPI only)

K. Unharvested and Production Appraised by AIP (ARPI only)
L. Unreported Production (ARPI only)
M. Claim for Indemnity
N. Appraisal  non-cated
O. ULF or Third Party Damage

P. Unharvested with Harvest Incomplete (ARPI only)
Q. Zero production when no claim appraise
Z. Zero Planted Acres

## 6 INSURABILITY

## 7 MULTI-CROP YEAR REPORTING SEASON

A. ratification of most years not previously certified
B. correction
C. replacement of temporary yield

D. replacement of assigned yield
E. certification for new insured
F. certification using another producer's history for new acreage

G. recertification for new actuarial offer
H. recertification for new unit structure
I. other

## 8 SUPPLEMENTAL COVERAGE OPTION (SCO) ENDORSEMENT TERMS AND CONDITIONS

## 9 STACKED INCOME PROTECTION PLAN (STAX) TERMS AND CONDITIONS

SCO Coverage □ YES □ NO    STAX Coverage □ YES □ NO

## 10 MULTI-COUNTY ENTERPRISE UNIT (MCEU)

## 11 HURRICANE INSURANCE PROTECTION-WIND INDEX (HIP-WI) ENDORSEMENT TERMS AND CONDITIONS